# EXHIBIT N

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING C-9 | PAGE OF PAGES 1 / 379 |
|---|---|---|---|

| 2. CONTRACT NUMBER HT940221C0007 | 3. SOLICITATION NUMBER HT940220R0002 | 4. TYPE OF SOLICITATION ☐ SEALED B D (FB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 07/13/2020 | 6. REQUISITION/PURCHASE NUMBER 21-PHAR-0028 |
|---|---|---|---|---|

**7. ISSUED BY**  CODE  HT9402

DEFENSE HEALTH AGENCY
DEFENSE HEALTH AGENCY AURORA
16401 E CENTRETECH PARKWAY
AURORA CO 80011

**8. ADDRESS OFFER TO (If other than Item 7)**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and  copies as listed in Amendment 6 Paragraph 6 table  copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if hand carried, in the depository located in  Mail Room, Defense Health Agency-Aurora- 16401 E Centretech Parkway, Aurora CO 80011  until  1200 MTN  local time  06/04/2021

CAUTION: LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL | A. NAME Dwight Bonham | B. TELEPHONE (NO COLLECT CALLS) AREA CODE 303  NUMBER 676 3731  EXT | C. E-MAIL ADDRESS dwight.d.bonham.civ@mail.mil |
|---|---|---|---|

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| ☒ | A | SOLICITATION/CONTRACT FORM | 1 | ☒ | I | CONTRACT CLAUSES | 156 |
| ☒ | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| ☒ | C | DESCRIPTION/SPECS./WORK STATEMENT | 22 | ☒ | J | LIST OF ATTACHMENTS | 171 |
| ☒ | D | PACKAGING AND MARKING | 104 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| ☒ | E | INSPECTION AND ACCEPTANCE | 105 | ☐ | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| ☒ | F | DELIVERIES OR PERFORMANCE | 106 | | | | |
| ☒ | G | CONTRACT ADMINISTRATION DATA | 111 | ☐ | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| ☒ | H | SPECIAL CONTRACT REQUIREMENTS | 134 | ☐ | M | EVALUATION FACTORS FORAWARD | |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within  calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52 232.8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. 0001-0005 | DATE 10/3/20 | AMENDMENT NO. 0006 | DATE 5/11/21 |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 1WPW1 | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|
| Express Scripts, Inc. 1 Express Way St. Louis, MO 63121 | | | Brad Phillips Senior Vice President, Financial Officer |

| 15B. TELEPHONE NUMBER AREA CODE (b)(6)  NUMBER (b)(6)  EXT. | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE ☐ | 17. SIGNATURE Brad Phillips digitial signature  *Digitally signed by Brad Phillips...* | 18. OFFER DATE 8/3/21 |
|---|---|---|---|

## AWARD (To be completed by government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT $4,286,902,274.40 | 21. ACCOUNTING AND APPROPRIATION 9720200130.1889.102000 |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304 (c) ( )  ☐ 41 U.S.C. 253 (c) ( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7)  CODE HT9402 See Schedule G | 25. PAYMENT WILL BE MADE BY  CODE HT9402 See Schedule G |
|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print) Hilary Lewis  303 676 3812 HILARY.M.LEWIS.CIV@MAIL.MIL | 27. UNITED STATES OF AMERICA *Hilary M Lewis* (Signature of Contracting Officer)  Digitally signed by LEWIS.HILARY.MECKEL.140047358 Date: 2021.08.05 10:12:49 -06'00' | 28. AWARD DATE 20210805 |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | | | Page 1 | of **15** |

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| 0001 | Contract Transition-In,<br>TRICARE Pharmacy Services<br>Incrementally Funded Amount: $(b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 0002 | Government Directed Notifications,<br>Transition-In<br>Est Qty: 250,000 at Award<br>Incrementally Funded Amount: $(b) (4) | 250000 | EA | (b) (4) | | (b) (4) |
| 0003 | Contract Data Requirements List (CDRL)<br>Incrementally Funded Amount: $(b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 0004 | Combined PA and MN for MHS Genesis<br>Prescriptions<br>(FY22)<br>Obligated Amount: $(b) (4)<br>ACRN: AA | 1 | LO | (b) (4) | | (b) (4) |
| 0005 | Combined PA and MN for MHS Genesis<br>Prescriptions<br>(FY23)<br>Obligated Amount: $(b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 0006 | Implementation of Specialty Requirements<br>Ph I<br>Obligated Amount: $(b) (4)<br>ACRN: AC<br>Funded: $(b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1001 | Retail Network Claims,<br>TRICARE Only-Eligible<br>Est Qty: 22833000 at Award | 22833000 | EA | (b) (4) | | (b) (4) |
| 100101 | DoD Funds<br>(FY23)<br>(Qty: 16,800,000 and Amt: $(b) (4)<br>ACRN: AC<br>Funded: $(b) (4) | | | | | |
| 1002 | Retail Network Claims,<br>Medicare Dual-Eligible<br>Est Qty: 26701000 at Award | 26701000 | EA | (b) (4) | | (b) (4) |
| 100201 | MERHCF Funds<br>(FY23)<br>(Qty:17400000 and Amt: $(b) (4)<br>ACRN: AD<br>Funded: $(b) (4) | | | | | |
| 1003 | Retail Specialty Network Claims<br>TRICARE Only-Eligible<br>Est Qty: 332332 at Award | 332332 | EA | (b) (4) | | (b) (4) |
| 100301 | DoD Funds<br>(FY23)<br>(Qty:146000 and Amt: $(b) (4) | | | | | |

Continued...                                                                 Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | | | Page 2 | of **15** |
|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| | ACRN: AC<br>Funded: $ (b) (4) | | | | | |
| 1004 | Retail Specialty Network Claims<br>Medicare Dual-Eligible<br>Est Qty: 493807 at Award | 493807 | EA | (b) (4) | | (b) (4) |
| 100401 | MERHCF Funds<br>(FY23)<br>(Qty:232000 and Amt: $ (b) (4)<br>ACRN: AD<br>Funded: $ (b) (4) | | | | | |
| 1005 | MTF Prescriptions, Adjudication Services<br>Est Qty: 56428500 at Award | 56428500 | EA | (b) (4) | | (b) (4) |
| 100501 | DoD Funds<br>(FY23)<br>(Qty:28000000 and Amt: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | | | | | |
| 100502 | MERHCF Funds<br>(FY23)<br>(Qty:8000000 and Amt: $ (b) (4)<br>ACRN: AD<br>Funded: $ (b) (4) | | | | | |
| 1006 | Mail Order Pharmacy, Prescription Fill<br>TRICARE Only-Eligible<br>Est Qty: 4616500 at Award | 4616500 | EA | (b) (4) | | (b) (4) |
| 100601 | DoD Funds<br>(FY23)<br>(Qty:3400000 and Amt: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | | | | | |
| 1007 | Mail Order Pharmacy, Prescription Fill<br>Medicare Dual-Eligible<br>Est Qty: 19418000 at Award | 19418000 | EA | (b) (4) | | (b) (4) |
| 100701 | MERHCF Funds<br>(FY23)<br>(Qty:12300000 and Amt: $ (b) (4)<br>ACRN: AD<br>Funded: $ (b) (4) | | | | | |
| 1008 | Mail Order Unreplenished Agents<br>Incrementally Funded Amount:<br>$ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1009 | Market Priced Pharmaceutical Program -<br>MPPP | 240 | EA | (b) (4) | | (b) (4) |

Continued...

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | | | Page 3 | of **15** |
|---|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | Administrative Fee Est Qty: 240 at Award Obligated Amount: $ (b) (4) | | | | | |
| 1010 | Market Priced Pharmaceutical Program - MPPP Sustainment Offer Drugs (Option Line Item) Obligated Amount: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1011 | Clinical Reviews (PA & MN) TRICARE Only Eligible Est Qty: 276800 at Award Obligated Amount: $ (b) (4) | 276800 | EA | (b) (4) | | (b) (4) |
| 101101 | DoD Funds (FY23) (Qty:238000 and Amt: $ (b) (4) ACRN: AC Funded: $ (b) (4) | | | | | |
| 1012 | Clinical Reviews (PA & MN) Medicare Dual-Eligible Est Qty: 322700 at Award | 322700 | EA | (b) (4) | | (b) (4) |
| 101201 | MERHCF Funds (FY23) (Qty:216000 and Amt: $ (b) (4) ACRN: AD Funded: $ (b) (4) | | | | | |
| 1013 | TRICARE Pharmacy Svcs, Administrative Support | 40595652 | EA | (b) (4) | | (b) (4) |
| 101301 | DoD Funds (FY23) (Qty:16524063 and Amt: $ (b) (4) ACRN: AC Funded: $ (b) (4) | | | | | |
| 101302 | MERHCF Funds (FY23) (Qty:13922676 and Amt: $ (b) (4) ACRN: AD Funded: $ (b) (4) | | | | | |
| 1014 | Contract Data Requirements List (CDRL) Incrementally Funded Amount: $ (b) (4) ACRN: AC Funded: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1015 | Retail Network Cost Control Incentive Obligated Amount: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1016 | Specialty Network Cost Control Incentive | 1 | LO | (b) (4) | | (b) (4) |

Continued...                                                                                   Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | | | | Page 4 | of **15** |

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| | Obligated Amount: $0.00 | | | | | |
| 1017 | Market Price Pharmaceutical Program - MPPP<br>Cost Control Incentive<br>(Option Line Item)<br>Obligated Amount: $(b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1018 | Award Fee Incentive, OP1<br>(Option Line Item)<br>(Not Separately Priced) | | | | | |
| 1018AA | Award Fee, 1st Six Months, OP1<br>$ (b) (4) is the Max Award Fee Amount<br>Incrementally Funded Amount:<br>$ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1018AB | Award Fee, 2nd Six Months, OP1<br>$ (b) (4) is the Max Award Fee Amount<br>Obligated Amount: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1019 | Contract Transition-Out, Non-Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 1020 | Contract Transition-Out, Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 1023 | Implementation Changes OP1<br>(Not Separately Priced) | | | | | |
| 1023AA | Loading PA and/or MN in Supoort of Final GENESIS<br>Waves (FY23)<br>Obligated Amount: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | 4 | EA | (b) (4) | | (b) (4) |
| 1023AB | Loading PA and/or MN in Support of Final GENSIS<br>Waves (FY24)<br>Obligated Amount: $ (b) (4) | 1 | EA | (b) (4) | | (b) (4) |
| 1024 | Mail Order Pharmacy, Specialty Clinical Svcs<br>TRICARE Only Eligible | 74000 | EA | (b) (4) | | (b) (4) |
| 102401 | DoD Funds<br>(FY23)<br>(Qty:52600 and Amt: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | | | | | |

Continued…                                                                                  Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | | | | Page 5 | of **15** |
|---|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| 1025 | Mail Order Pharmacy, Specialty Clinical Svcs<br>Medicare Dual Eligible | 221728 | EA | (b) (4) | | (b) (4) |
| 102501 | MERHCF Funds<br>(FY23)<br>(Qty:56000 and Amt: $ (b) (4)<br>ACRN: AD<br>Funded: $ (b) (4) | | | | | |
| 2001 | Retail Network Claims,<br>TRICARE Only Eligible<br>Est Qty: 19418000 at Award<br>(Option Line Item) | 22831500 | EA | (b) (4) | | (b) (4) |
| 2002 | Retail Network Claims,<br>Medicare Dual-Eligible<br>Est Qty: 27360000 at Award<br>(Option Line Item) | 27360000 | EA | (b) (4) | | (b) (4) |
| 2003 | Retail Specialty Network Claims<br>TRICARE Only Eligible<br>Est Qty: 360375 at Award<br>(Option Line Item) | 360375 | EA | (b) (4) | | (b) (4) |
| 2004 | Retail Specialty Network Claims<br>Medicare Dual-Eligible<br>Est Qty: 535508 at Award<br>(Option Line Item) | 535508 | EA | (b) (4) | | (b) (4) |
| 2005 | MTF Prescriptions, Adjudication Services<br>Est Qty: 56428500 at Award<br>(Option Line Item) | 56428500 | EA | (b) (4) | | (b) (4) |
| 2006 | Mail Order Pharmacy, Prescription Fill<br>TRICARE Only Eligible<br>Est Qty: 4628000 at Award<br>(Option Line Item) | 4628000 | EA | (b) (4) | | (b) (4) |
| 2007 | Mail Order Pharmacy, Prescription Fill<br>Medicare Dual-Eligible<br>Est Qty: 19799000 at Award<br>(Option Line Item) | 19799000 | EA | (b) (4) | | (b) (4) |
| 2008 | Mail Order Unreplenished Agents<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 2009 | Market Priced Pharmaceutical Program -<br>MPPP<br>Administrative Fee<br>Est Qty: 240 at Award<br>(Option Line Item) | 240 | EA | (b) (4) | | (b) (4) |
| 2010 | Market Priced Pharmaceutical Program -<br>MPPP<br>Sustainment Offer Drugs | 1 | LO | (b) (4) | | (b) (4) |

Continued...                                                                      Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | | Page 6 | of **15** |
|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | (Option Line Item) | | | | | |
| 2011 | Clinical Reviews (PA & MN) TRICARE Only Eligible Est Qty: 304500 at Award (Option Line Item) | 304500 | EA | (b) (4) | | (b) (4) |
| 2012 | Clinical Reviews (PA & MN) Medicare Dual-Eligible Est Qty: 355000 at Award (Option Line Item) | 355000 | EA | (b) (4) | | (b) (4) |
| 2013 | TRICARE Pharmacy Svcs, Administrative Support (Option Line Item) | 43380000 | EA | (b) (4) | | (b) (4) |
| 2014 | Contract Data Requirements List (CDRL) (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 2015 | Retail Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 2016 | Specialty Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 2017 | Market Price Pharmaceutical Program - MPPP Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 2018 | Award Fee Incentive, OP2 (Option Line Item) | | | | | |
| 2018AA | Award Fee, 1st Six Months, OP2 $ (b) (4) is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 2018AB | Award Fee, 2nd Six Months, OP2 $ (b) (4) is the Max Award Fee Amount (Option Line Item) | 302000 | LO | (b) (4) | | (b) (4) |
| 2019 | Contract Transition-Out, Non-Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 2020 | Contract Transition-Out, Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3001 | Retail Network Claims, TRICARE Only Eligible Est Qty: 22850500 at Award (Option Line Item) | 22850500 | EA | (b) (4) | | (b) (4) |
| 3002 | Retail Network Claims, Medicare Dual-Eligible Est Qty: 28035000 at Award (Option Line Item) | 28035000 | EA | (b) (4) | | (b) (4) |

Continued...                                                                                    Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | Page 7 | of **15** |
|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| 3003 | Retail Specialty Network Claims TRICARE Only Eligible Est Qty: 392362 at Award (Option Line Item) | 392362 | EA | (b) (4) | | (b) (4) |
| 3004 | Retail Specialty Network Claims Medicare Dual-Eligible Est Qty: 583077 at Award (Option Line Item) | 583077 | EA | (b) (4) | | (b) (4) |
| 3005 | MTF Prescriptions, Adjudication Services Est Qty: 56428500 at Award (Option Line Item) | 56428500 | EA | (b)(4) | | (b) (4) |
| 3006 | Mail Order Pharmacy, Prescription Fill TRICARE Only Eligible Est Qty: 4699000 at Award (Option Line Item) | 4699000 | EA | (b) (4) | | (b) (4) |
| 3007 | Mail Order Pharmacy, Prescription Fill Medicare Dual-Eligible Est Qty: 20406000 at Award (Option Line Item) | 20406000 | EA | (b) (4) | | (b) (4) |
| 3008 | Mail Order Unreplenished Agents (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3009 | Market Priced Pharmaceutical Program - MPPP Administrative Fee Est Qty: 240 at Award (Option Line Item) | 240 | EA | (b) (4) | | (b) (4) |
| 3010 | Market Priced Pharmaceutical Program - MPPP Sustainment Offer Drugs (Option Line Item) | 1 | EA | (b) (4) | | (b) (4) |
| 3011 | Clinical Reviews (PA & MN) TRICARE Only Eligible Est Qty: 335000 at Award (Option Line Item) | 335000 | EA | (b) (4) | | (b) (4) |
| 3012 | Clinical Reviews (PA & MN) Medicare Dual-Eligible Est Qty: 390500 at Award (Option Line Item) | 390500 | EA | (b) (4) | | (b) (4) |
| 3013 | TRICARE Pharmacy Svcs, Administrative Support Est Qty: 43608000 at Award (Option Line Item) | 43608000 | EA | (b) (4) | | (b) (4) |
| 3014 | Contract Data Requirements List (CDRL) (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |

Continued...                                                                                              Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | Page 8 | of **15** |
|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| 3015 | Retail Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3016 | Specialty Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3017 | Market Price Pharmaceutical Program -<br>MPPP<br>Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3018 | Award Fee Incentive, OP3<br>(Option Line Item)<br>(Not Separately Priced) | | | | | |
| 3018AA | Award Fee, 1st Six Months, OP3<br>$ (b) (4) is the Max Award Fee Amount<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3018AB | Award Fee, 2nd Six Months, OP3<br>$ (b) (4) is the Max Award Fee Amount<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3019 | Contract Transition-Out, Non-Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3020 | Contract Transition-Out, Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4001 | Retail Network Claims,<br>TRICARE Only Eligible<br>Est Qty: 22890000 at Award<br>(Option Line Item) | 22890000 | EA | (b) (4) | | (b) (4) |
| 4002 | Retail Network Claims,<br>Medicare Dual-Eligible<br>Est Qty: 28723000 at Award<br>(Option Line Item) | 28723000 | EA | (b) (4) | | (b) (4) |
| 4003 | Retail Specialty Network Claims<br>TRICARE Only Eligible<br>Est Qty: 428561 at Award<br>(Option Line Item) | 428561 | EA | (b) (4) | | (b) (4) |
| 4004 | Retail Specialty Network Claims<br>Medicare Dual-Eligible<br>Est Qty: 636910 at Award<br>(Option Line Item) | 636910 | EA | (b) (4) | | (b) (4) |
| 4005 | MTF Prescriptions, Adjudication Services<br>Est Qty: 56428500 at Award<br>(Option Line Item) | 56428500 | EA | (b) (4) | | (b) (4) |
| 4006 | Mail Order Pharmacy, Prescription Fill<br>TRICARE Only Eligible | 4826000 | EA | (b) (4) | | (b) (4) |

Continued...                                                                 Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | | | | Page 9 | | of **15** |
|---|---|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| | Est Qty: 4826000 at Award<br>(Option Line Item) | | | | | |
| 4007 | Mail Order Pharmacy, Prescription Fill<br>Medicare Dual-Eligible<br>Est Qty: 21234000 at Award<br>(Option Line Item) | 21234000 | EA | (b) (4) | | (b) (4) |
| 4008 | Mail Order Unreplenished Agents<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4009 | Market Priced Pharmaceutical Program -<br>MPPP<br>Administrative Fee<br>Est Qty: 240 at Award<br>(Option Line Item) | 240 | EA | (b) (4) | | (b) (4) |
| 4010 | Market Priced Pharmaceutical Program -<br>MPPP<br>Sustainment Offer Drugs<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4011 | Clinical Reviews (PA & MN)<br>TRICARE Only Eligible<br>Type: Requirements<br>Est Qty 368500 at Award<br>(Option Line Item) | 368500 | EA | (b) (4) | | (b) (4) |
| 4012 | Clinical Reviews (PA & MN)<br>Medicare Dual-Eligible<br>Est Qty: 429500 at Award<br>(Option Line Item) | 429500 | EA | (b) (4) | | (b) (4) |
| 4013 | TRICARE Pharmacy Svcs, Administrative<br>Support<br>(Option Line Item) | 43836000 | EA | (b) (4) | | (b) (4) |
| 4014 | Contract Data Requirements List (CDRL)<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4015 | Retail Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4016 | Specialty Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4017 | Market Price Pharmaceutical Program -<br>MPPP<br>Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4018 | Award Fee Incentive, OP4<br>(Option Line Item)<br>(Not Separately Priced) | | | | | |
| 4018AA | Award Fee, 1st Six Months, OP4 | 1 | LO | (b) (4) | | (b) (4) |

Continued...                                                                                                    Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | Page 10 | of **15** |
|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | $ (b) (4) is the Max Award Fee Amount (Not Separately Priced) (Option Line Item) | | | | | |
| 4018AB | Award Fee, 2nd Six Months, OP4 $ (b) (4) is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4019 | Contract Transition-Out, Non-Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4020 | Contract Transition-Out, Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5001 | Retail Network Claims, TRICARE Only Eligible Est Qty: 22950500 at Award (Option Line Item) | 22950500 | EA | (b) (4) | | (b) (4) |
| 5002 | Retail Network Claims, Medicare Dual-Eligible Est Qty: 29427000 at Award (Option Line Item) | 29427000 | EA | (b) (4) | | (b) (4) |
| 5003 | Retail Specialty Network Claims TRICARE Only Eligible Est Qty: 469211 at Award (Option Line Item) | 469211 | EA | (b) (4) | | (b) (4) |
| 5004 | Retail Specialty Network Claims Medicare Dual-Eligible Est Qty: 697267 at Award (Option Line Item) | 697267 | EA | (b) (4) | | (b) (4) |
| 5005 | MTF Prescriptions, Adjudication Services Est Qty: 56428500 at Award (Option Line Item) | 56428500 | EA | (b) (4) | | (b) (4) |
| 5006 | Mail Order Pharmacy, Prescription Fill TRICARE Only Eligible Est Qty: 5006000 at Award (Option Line Item) | 5006000 | EA | (b) (4) | | (b) (4) |
| 5007 | Mail Order Pharmacy, Prescription Fill Medicare Dual-Eligible Type: Requirements Est Qty: 22280000 at Award (Option Line Item) | 22280000 | EA | (b) (4) | | (b) (4) |
| 5008 | Mail Order Unreplenished Agents (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5009 | Market Priced Pharmaceutical Program - MPPP Administrative Fee Est Qty: 240 at Award | 240 | EA | (b) (4) | | (b) (4) |

Continued...                                                                                   Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | | | Page 11 | of **15** |
|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| | (Option Line Item) | | | | | |
| 5010 | Market Priced Pharmaceutical Program - MPPP<br>Sustainment Offer Drugs<br>Type: Requirements<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5011 | Clinical Reviews (PA & MN)<br>TRICARE Only Eligible<br>Est Qty: 405300 at Award<br>(Option Line Item) | 405300 | EA | (b) (4) | | (b) (4) |
| 5012 | Clinical Reviews (PA & MN)<br>Medicare Dual-Eligible<br>Est Qty: 472500 at Award | 472500 | EA | (b) (4) | | (b) (4) |
| 5013 | TRICARE Pharmacy Svcs, Administrative Support<br>(Option Line Item) | 43944000 | EA | (b) (4) | | (b) (4) |
| 5014 | Contract Data Requirements List (CDRL)<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5015 | Retail Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5016 | Specialty Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5017 | Market Price Pharmaceutical Program - MPPP<br>Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5018 | Award Fee Incentive, OP5<br>(Option Line Item)<br>(Not Separately Priced) | | | | | |
| 5018AA | Award Fee, 1st Six Months, OP5<br>$ (b) (4) is the Max Award Fee Amount<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5018AB | Award Fee, 2nd Six Months, OP5<br>$ (b) (4) is the Max Award Fee Amount<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5019 | Contract Transition-Out, Non-Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5020 | Contract Transition-Out, Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6001 | Retail Network Claims,<br>TRICARE Only Eligible<br>Est Qty: 23032000 at Award | 23032000 | EA | (b) (4) | | (b) (4) |

Continued...                                                                 Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | | Page 12 | | of **15** |
|---|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | (Option Line Item) | | | | | |
| 6002 | Retail Network Claims, Medicare Dual-Eligible Est Qty: 30146500 at Award (Option Line Item) | 30146500 | EA | (b) (4) | | (b) (4) |
| 6003 | Retail Specialty Network Claims TRICARE Only Eligible Est Qty: 514469 at Award (Option Line Item) | 514469 | EA | (b) (4) | | (b) (4) |
| 6004 | Retail Specialty Network Claims Medicare Dual-Eligible Est Qty: 764690 at Award (Option Line Item) | 764690 | EA | (b) (4) | | (b) (4) |
| 6005 | MTF Prescriptions, Adjudication Services Est Qty: 56428500 at Award (Option Line Item) | 56428500 | EA | (b) (4) | | (b) (4) |
| 6006 | Mail Order Pharmacy, Prescription Fill TRICARE Only-Eligible Est Qty: 5237500 at Award (Option Line Item) | 5237500 | EA | (b) (4) | | (b) (4) |
| 6007 | Mail Order Pharmacy, Prescription Fill Medicare Dual-Eligible Est Qty: 23539000 at Award (Option Line Item) | 23539000 | EA | (b) (4) | | (b) (4) |
| 6008 | Mail Order Unreplenished Agents (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6009 | Market Priced Pharmaceutical Program - MPPP Administrative Fee Est Qty: 240 at Award (Option Line Item) | 240 | EA | (b) (4) | | (b) (4) |
| 6010 | Market Priced Pharmaceutical Program - MPPP Sustainment Offer Drugs (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6011 | Clinical Reviews (PA & MN) TRICARE Only Eligible Est Qty: 445900 at Award (Option Line Item) | 445900 | EA | (b) (4) | | (b) (4) |
| 6012 | Clinical Reviews (PA & MN) Medicare Dual-Eligible Est Qty: 519700 at Award (Option Line Item) | 519700 | EA | (b) (4) | | (b) (4) |

Continued...

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | | | | Page 13 | of **15** |
|---|---|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| 6013 | TRICARE Pharmacy Svcs, Administrative Support (Option Line Item) | 44052000 | EA | (b) (4) | | (b) (4) |
| 6014 | Contract Data Requirements List (CDRL) (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6015 | Retail Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6016 | Specialty Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6017 | Market Price Pharmaceutical Program - MPPP Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6018 | Award Fee Incentive, OP6 (Option Line Item) (Not Separately Priced) | | | | | |
| 6018AA | Award Fee, 1st Six Months, OP6 $5,000,000 is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6018AB | Award Fee, 2nd Six Months, OP6 $5,000,000 is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6019 | Contract Transition-Out, Non-Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6020 | Contract Transition-Out, Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 7001 | Retail Network Claims, TRICARE Only Eligible Est Qty: 22830500 at Award (Option Line Item) | 22830500 | EA | (b) (4) | | (b) (4) |
| 7002 | Retail Network Claims, Medicare Dual-Eligible Est Qty: 30416000 at Award (Option Line Item) | 30416000 | EA | (b) (4) | | (b) (4) |
| 7003 | Retail Specialty Network Claims TRICARE Only Eligible Est Qty: 564706 at Award (Option Line Item) | 564706 | EA | (b) (4) | | (b) (4) |
| 7004 | Retail Specialty Network Claims Medicare Dual-Eligible Est Qty: 839428 at Award (Option Line Item) | 839428 | EA | (b) (4) | | (b) (4) |

Continued...

Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | | Page 14 | of **15** |
|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | Amount<br>(F) |
|---|---|---|---|---|---|
| 7005 | MTF Prescriptions, Adjudication Services<br>Est Qty: 56428500 at Award<br>(Option Line Item) | 56428500 | EA | (b) (4) | (b) (4) |
| 7006 | Mail Order Pharmacy, Prescription Fill<br>TRICARE Only Eligible<br>Est Qty: 5458000 at Award<br>(Option Line Item) | 5458000 | EA | (b) (4) | (b) (4) |
| 7007 | Mail Order Pharmacy, Prescription Fill<br>Medicare Dual-Eligible<br>Est Qty: 24788500 at Award<br>(Option Line Item) | 24788500 | EA | (b) (4) | (b) (4) |
| 7008 | Mail Order Unreplenished Agents<br>(Option Line Item) | 1 | EA | (b) (4) | (b) (4) |
| 7009 | Market Priced Pharmaceutical Program -<br>MPPP<br>Administrative Fee<br>Est Qty: 240 at Award<br>(Option Line Item) | 240 | EA | (b) (4) | (b) (4) |
| 7010 | Market Priced Pharmaceutical Program -<br>MPPP<br>Sustainment Offer Drugs<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 7011 | Clinical Reviews (PA & MN)<br>TRICARE Only Eligible<br>Est Qty: 490400 at Award<br>(Option Line Item) | 490400 | EA | (b) (4) | (b) (4) |
| 7012 | Clinical Reviews (PA & MN)<br>Medicare Dual-Eligible<br>Est Qty: 571700 at Award<br>(Option Line Item) | 571700 | EA | (b) (4) | (b) (4) |
| 7013 | TRICARE Pharmacy Svcs, Administrative<br>Support<br>(Option Line Item) | 44064000 | EA | (b) (4) | (b) (4) |
| 7014 | Contract Data Requirements List (CDRL)<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 7015 | Retail Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 7016 | Specialty Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 7017 | Market Price Pharmaceutical Program -<br>MPPP<br>Cost Control Incentive | 1 | LO | (b) (4) | (b) (4) |
| 7018 | Award Fee Incentive, OP7 | | | | |

Continued...                                                                 Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | | Page 15 | of **15** |
|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| | (Option Line Item)<br>(Not Separately Priced) | | | | | |
| 7018AA | Award Fee, 1st Six Months, OP7<br>$ (b) (4) is the Max Award Fee Amount<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 7018AB | Award Fee, 2nd Six Months, OP7<br>$ (b) (4) is the Max Award Fee Amount<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 7019 | Contract Transition-Out, Non-Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 7020 | Contract Transition-Out, Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| | Accounting Summary<br>AA 9720200130.1889.102000 $0.00 | | | | | |

**SECTION C**
**STATEMENT OF WORK**

## C.1. Program Description

TRICARE is the Department of Defense (DoD) health care program administered by the Defense Health Agency (DHA) by means of the Military Health System (MHS) for approximately 9.5 million active duty and retired members of the Uniformed Services, and their spouses and children, including TRICARE for Life beneficiaries. The TRICARE Pharmacy Program is authorized under 10 U.S.C. §1074g and 32 C.F.R. 199.21.

The mission of the MHS is to enhance DoD readiness and national security by providing health support for the full range of military operations. The MHS must be prepared not only to provide a high quality, cost-effective health care benefit to its eligible members during peacetime, but also must be prepared to support the armed forces during exercises, contingencies, operations other than war, and in wartime. The MHS provides quality medical care through: (1) a network of health care providers and pharmacies in the United States and its territories; and (2) direct care Military Treatment Facilities (MTFs) – (hospitals, clinics, and pharmacies) in the United States and overseas. The direct care system cannot support the total demand for health care services and is focused on maintaining the clinical skills of military staff to support medical readiness. TRICARE augments the direct care system through a civilian network of providers and facilities serving its eligible members.

TRICARE provides a world-class pharmacy benefit to all eligible beneficiaries through the integration of state of the art technologies to enhance patient safety, efficiency, and cost-effectiveness. DoD administers an integrated TRICARE Pharmacy Benefits Program offering pharmacy services through MTFs, retail network pharmacies, retail non-network pharmacies, or delivery through the TRICARE Mail Order Pharmacy (TMOP). Retail network pharmacy services are currently available in all 50 states and the District of Columbia, Guam, Puerto Rico, and the U.S. Virgin Islands.

Features of the pharmacy benefits program include the use of the DoD Uniform Formulary, a tiered cost sharing structure, and a preference for generic over branded products. The DoD formulary is managed by the DoD Pharmacy and Therapeutics (P&T) Committee, which establishes the basic program benefits. Prescriptions for selected pharmaceutical agents may be subject to prior authorization (PA) or utilization review requirements to assure Medical Necessity (MN), clinical appropriateness, and/or cost-effectiveness. DoD has established tiered cost-sharing by which beneficiaries partially defray costs of administering the pharmacy benefits program. Cost-sharing amounts differ based on the classification of a pharmaceutical agent as generic, formulary, or non-formulary, in conjunction with the Point of Service (POS) from which the agent is acquired. The mail order and retail portions of this benefit are open to all eligible TRICARE beneficiaries.

Pharmacy benefits management functions under this contract include the following: perform claims adjudication, administer a retail pharmacy network, operate TMOP, process reimbursements for claims filled at retail network and non-network pharmacies, perform clinical reviews, and provide beneficiary and pharmacy support services. The Contractor shall transmit all claim information to the Government's designated Pharmacy Data Warehouse (PDW).

# SECTION C
# STATEMENT OF WORK

**C.1.1.** Overall Program Objectives

The following objectives identify the desired outcomes of this contract and are supported by the technical requirements in Section C:

- Maximize patient safety through the utilization of best practices.
- Apply the prescription drug benefit consistently and comprehensively in an effective, efficient, and accurate manner.
- Execute a fiscally responsible pharmacy program.
- Establish and maintain a high level of customer and beneficiary satisfaction.
- Provide flexible, effective and collaborative management and quality control for all services and functions.

**C.1.2.** Definitions

Definitions specific to this contract, or not otherwise in Appendix A of the TRICARE Operations Manual, are provided in J-1.

**C.1.3.** Government Furnished Information

**C.1.3.1.** The Contractor shall interface with the Defense Enrollment Eligibility Reporting System (DEERS), according to the requirements established in the TRICARE Systems Manual.

**C.1.3.2.** The Government will provide licenses for the Contractor to access and use DEERS applications.

**C.1.3.3.** The Government will provide the Contractor with access to a medical pricing catalog which will be used for replenishment, both at TMOP and designated specialty pharmacies, and for adjudicating MTF Composite Healthcare System (CHCS) claims.

**C.1.3.4.** The Government will provide initial Interface Control Documents (ICDs) and some additional technical specifications for the following systems:

- PDW
- CHCS
- Forensic Toxicology Drug Testing Laboratory Information Management System (FTDTL IMS)
- Immunization Tracking System
- Theater Medical Data Store (TMDS)
- Clinical Data Repository/Health Data Repository (CHDR)
- MHS GENESIS

**C.1.3.5.** The Government will provide a quarterly data file for beneficiary mailings related to formulary changes, described under C.9.3.3.

**C.1.3.6.** The Government will provide a quarterly file of beneficiary zip codes for use in evaluating and reporting on compliance with network access standards.

SECTION C
STATEMENT OF WORK

**C.1.3.7.** The DHA Communications will design, develop, and print beneficiary educational materials, including written materials, briefings, and other methods of publicizing the TRICARE benefit, excluding letters and other communication pieces required under this contract. The Government will provide an electronic portal where printed items can be ordered by the Contractor.

**C.1.3.8.** The Government will provide the PDW Data Dictionary and Data Schema, as described under C.11.8.

**C.1.3.9.** Before the start of pharmacy services, the Government will provide (via previous contractors) batch files containing all retail, mail, and MTF claims along with Prior Authorization (PA) and MN determinations for the past two year period. The Government (via the outgoing contractor) will also provide an Other Health Insurance (OHI) data file.

**C.1.4.** Requirements Documents

**C.1.4.1.** Statutory and Regulatory Authority

- 10 U.S.C. §1074g Pharmacy Benefits Program
- 32 C.F.R. 199 Civilian Health and Medical Program of the Uniform Services (CHAMPUS)
- 10 U.S.C. §1086 Contracts for Health Benefits for Certain Members, Former Members, and Their Dependents
- 38 U.S.C. §8126 Limitation on Prices of Drugs Procured by Department and Certain other Federal Agencies

When changes are made to the above statutes or regulations, they are automatically incorporated into the contract requirements.

**C.1.4.2.** TRICARE Manuals.

**C.1.4.2.1.** The Contractor shall utilize the current version of the TRICARE Manuals T-2017, published at Attachment J-3, line 11.  The manuals are applicable in their entirety.

**C.1.4.2.2.** The Contractor shall routinely review proposed, pending, and published manual changes and discuss concerns with the Contracting Officer Representative (COR).

**C.1.4.2.3.** When a new manual change is pending publication (identified with a change number and date), the COR and Contractor shall coordinate to confirm the applicability of a change to the contract.

**C.1.4.2.3.1.** To the extent practicable, for those manual changes that apply to the contract, the Government and Contractor will negotiate in good faith a bilateral agreement incorporating the change into the contract.  This in no way precludes the Government's exercise of its rights to execute unilateral change orders as circumstances may require.

**C.1.4.2.3.2.** Those manual changes that do not apply to the contract will be incorporated into the contract as part of the next modification to incorporate an applicable change (i.e. Manual Changes 1-4 that do not apply will be incorporated at the same time as Manual Change 5, which does apply).

SECTION C
STATEMENT OF WORK

**C.1.4.2.4.** In the event of conflict, the TRICARE Policy Manual shall take precedence over the other three TRICARE Manuals. The TRICARE Reimbursement Manual shall take precedence over the TRICARE Systems Manual and the TRICARE Operations Manual. The TRICARE Systems Manual shall take precedence over the TRICARE Operations Manual.

In the event of a conflict between language found within the TRICARE Manuals and the contract, the contract prevails.

**C.2. General Claims Processing.**

**C.2.1.** The Contractor shall accept and process claims submitted by retail network pharmacies, TMOP, MTF pharmacies, Veteran Affairs (VA) pharmacies, Indian Health Services (IHS) pharmacies, by beneficiaries for direct reimbursement (including non-network), to include batch files submitted from the Department of Veterans Affairs (DVA) and State Medicaid Agencies.

**C.2.2.** Unless stated otherwise, the Contractor shall include claims adjudication processes outlined in C.2, consisting of eligibility check, application of the correct copayment, identification of OHI, benefit design edits, Drug Utilization Review (DUR) and application of catastrophic cap and deductible updates.

**C.2.3.** The Contractor shall maintain a complete patient profile, inclusive of all claims processed within the scope of this contract.

**C.2.4. Appeal Rights.** The Contractor shall not accept appeals from Active Duty Service Members (ADSMs). ADSM are not authorized as appealing parties for TRICARE cost-sharing determinations. ADSM should be directed to their local MTF for review of access to care issues.

**C.2.5.**  ██████ (b) (4) ██████

**C.2.5.1.** If the Contractor receives a prescription or supporting documentation (e.g., paper claim, PA request) for a beneficiary with Contractor-administered OHI, the Contractor shall internally transfer to its commercial operation in lieu of rejecting or returning to source.

**C.2.5.2.**  ██████ (b) (4) ██████

**C.2.6.** Claims Processing System

**C.2.6.1.** The Contractor shall provide 24 hours a day, 7 days a week claims processing for all locations, including overseas MTFs.

**C.2.6.2.** The Contractor's claims processing system shall be available no less than 99.5% of the time, excluding external downtime (e.g., DEERS, B2B Gateway, etc.). The system is considered to be unavailable when the failure rate for claims exceeds 25% for at least 30 minutes.

### SECTION C
### STATEMENT OF WORK

**C.2.6.2.1.** The Contractor shall provide reporting on system processing performance per Contract Data Requirements List (CDRL) M060. At the request of the Government, the Contractor shall provide documentation of reported downtime, including detailed explanation of the causes.

**C.2.6.2.2.** Contractor downtime concurrent with external system downtime is excluded from the system availability calculation.

**C.2.6.2.3.** The Contractor shall immediately communicate unscheduled downtimes in excess of a Government-determined threshold (no fewer than 15 minutes) to MTF pharmacy staff and other parties who have indicated interest in receiving this information. Updates on system availability will be provided at a Government-determined interval and will include an estimate of when the system will once again be available for use. A final notification shall take place to inform users that regular processing has been restored. The communication mechanism shall be provided and maintained by the Contractor.

**C.2.6.2.4.** The Contractor shall schedule maintenance windows, to the greatest extent possible, to coincide or overlap with Defense Manpower Data Center (DMDC) maintenance windows, as described in TRICARE Systems Manual (TSM) Chapter 3, Section 4.2. The TSM reflects a maximum window within which DMDC scheduled maintenance will occur. Actual planned duration is communicated by DMDC on a weekly basis (See C.11.5.2.). DMDC will attempt to accommodate the Contractor's needs when establishing a maintenance schedule.

**C.2.6.2.5.** The Contractor shall notify the Government no less than [(b)(4)] hours in advance of any planned maintenance window **(b) (4)** Such notifications shall include MTF pharmacy staff and any other interested parties through the process under C.2.6.2.3.

**C.2.6.3.** The Contractor shall accept any one of the multiple identifiers that may be submitted to process claims. Identifiers include but are not limited to DoD ID, social security number (SSN), or DoD Benefits Number (DBN). The primary identifier used by the Contractor shall be the DoD ID, as described in the TSM, and the Contractor's system shall link the identifier transmitted by the pharmacy with the DoD ID. The Contractor shall dynamically link all variations of patient IDs to ensure a single patient profile, including instances where patients may be eligible under health plans as a result of having more than one sponsor.

**C.2.6.4.** The Contractor shall ensure that their system utilizes software which maximizes configurable parameters to allow for changes to be made quickly and efficiently.

**C.2.7.** DEERS

**C.2.7.1.** Verifying Eligibility. The Contractor shall not authorize payment for a prescription prior to verifying eligibility, except at the direction of the Government.

**C.2.7.1.1.** In some cases, the Government may authorize the Contractor to process one or multiple claims regardless of DEERS eligibility or date of service. Any necessary overrides must be available to allow for real-time electronic claims and paper claims to process at any pharmacy POS.

### SECTION C
### STATEMENT OF WORK

**C.2.7.1.2.** The Contractor shall minimize queries to DEERS for transactions not authorizing payment and as a result of timed-out transactions.

**C.2.7.1.3.** The Contractor shall monitor DEERS query volumes for all interfaces throughout the period of performance against the projections provided during transition. The Contractor shall investigate the variance in these volumes and revise estimates for future periods of performance annually, or any time that the actual query volume(s) deviates significantly from the most recent projections (CDRL A090).

**C.2.7.2.** Catastrophic Cap and Deductible (CC&D)

**C.2.7.2.1.** The Contractor shall use the beneficiary's CC&D status to apply the correct copayment and deductible and perform updates in accordance with TOM Chapter 23, Section 3. Separate catastrophic caps are maintained for Continued Health Care Benefits Program (CHCBP), in accordance with TOM Chapter 23, Section 3.

**C.2.7.2.2.** The Contractor shall receive and provide reporting on the maintenance of CHCBP catastrophic caps (CDRL Q120).

**C.2.8.** Claims Processing Edits

**C.2.8.1.** The Contractor shall support claims adjudication rules specific to the POS, including separate rules for different MTF electronic health records (EHR) systems.

**C.2.8.2.** The Contractor shall apply comprehensive edits at the point of dispensing in accordance with commercial best practices. New claims shall be screened against the complete patient profile (see C.2.3) and the appropriate benefit design in force for that date and POS. The Contractor shall return appropriate clinical warnings or administrative alerts.

**C.2.8.3.** The Contractor shall perform real-time edits that may be specific to DoD and fall outside standard commercial practice, including but not limited to Prescription Monitoring Program, sanctioned providers, safety reviews established through the Uniform Formulary process, and the ability to suppress real-time edits by POS based on Government direction.

**C.2.8.4.** The Contractor shall be responsible for processing claims with dates of service prior to the start of this contract. This includes initial submission of claims, and also any adjustments, corrections, cancellations or recoupments. The Contractor shall perform all necessary research to process the claim according to benefit design and formulary restrictions in effect on the date of service.

**C.2.8.5.** At the Government's direction, the Contractor shall process any claim or prescription order. The Contractor shall apply any required overrides to allow the prescription to process successfully, resulting in a "paid" status.

**C.2.8.6.** State of Emergency (SOE) Declarations

**C.2.8.6.1.** The Contractor shall monitor SOE declarations issued by Federal and State Governments and make timely recommendations to the Government for implementation of "Emergency Refill

SECTION C
STATEMENT OF WORK

Too Soon Procedures" for areas placed under a SOE. The recommendation will include the designated ending date for the SOE.

**C.2.8.6.2.** Upon approval by the Government, the Contractor shall have the capability to bypass the refill too soon edit and allow the refill to be processed for areas covered by the state of emergency. The Government may also direct the Contractor to implement these measures for specific areas outside of a declared SOE.

**C.2.8.6.3.** The TMOP shall not ship medications to areas under declared emergency without confirming that delivery by carrier and receipt by beneficiary, is possible. For packages shipped prior to the emergency declaration that were reported lost or missing, the Contractor shall immediately ship the replacement to the beneficiary's alternate address and refund copay for the lost shipment upon request.

**C.2.8.6.4.** The Contractor shall provide standard emergency operating procedures which address the following:

- Avoid waste when shipping to areas where there is disaster, including holding shipments, confirming carrier delivery availability, and verifying current beneficiary location.
- Facilitate beneficiary access to medications during a declared emergency at both retail and mail POS, including but not limited to bypassing edits, replacing lost shipments, and shipping to alternate addresses. Facilitating access at MHS GENESIS POS will be limited to bypass of edits.
- Maintaining communication channels to keep stakeholders informed, including:
  o Beneficiaries: how they can receive their medications, in coordination with DHA Communications.
  o MTFs: possible patient movement, use over override codes, and how to transfer prescriptions
  o Retail Network: possible patient influx (e.g., local MTF being incapacitated)
  o DHA leadership: continual monitoring of SOE and recommendations for extension or early termination of emergency operation procedures
- Identify pharmacies impacted and advise of open network pharmacies within the impacted area

**C.2.8.6.5.** After an event, the Contractor shall provide reporting on the overrides that were granted under the Emergency procedures (CDRL R070). An event may be comprised of a number of individual Emergency Declarations (i.e., a hurricane that impacts a number of counties and states).

**C.2.9.** Other Health Insurance (OHI)

**C.2.9.1.** The Contractor's OHI file shall be the system of record for OHI. In all cases where possible OHI is identified, including but not limited to leads provided by the Managed Care Support Contractors (MCSC), pharmaceutical manufacturers, claim forms, beneficiary declarations, and Contractor's internal files, the Contractor shall investigate and develop OHI records in accordance with TOM, Chapter 23, Section 3, TOM Chapter 10, Section 5, and TRM, Chapter 4.

SECTION C
STATEMENT OF WORK

The Contractor shall implement processes to maximize the identification of OHI, including but not limited to utilizing commercial services or data sources.

In the event that OHI records in DEERS are inconsistent with the Contractor's system, the Contractor shall, as part of the claims adjudication process, utilize logic to determine which source is the most reliable. Such logic shall take into consideration a number of factors, including but not limited to the completeness of the DEERS OHI record (a complete record vs. a placeholder), the type of benefit associated with the record (medical comprehensive vs. pharmacy), and the age of the record.

When new OHI is identified, the Contractor shall pursue recoupment for past claims and build out the beneficiary's profile for future claims. (See C.2.8.4.) Post-adjudication, the Contractor shall perform reviews to ensure the claim processed correctly and update either DEERS or their system as necessary to maintain consistency.

The Contractor shall have a mechanism to allow a DEERS OHI record to be bypassed for up to one year based on the beneficiary's attestation that such OHI does not exist. Claims within that time will continue to process without rejecting for the reported OHI record.

The Contractor shall document their policies for the application of OHI information in claims processing, including the use of different types of DEERS records and how discrepancies are resolved. This documentation will be made available for the Government's review upon request.

The Contractor shall provide reporting to the Government on OHI development (CDRL Q110) and cost avoidance (CDRL Q111).

**C.2.10.** Claims Processing System Documentation

The Contractor shall develop and maintain comprehensive documentation of all aspects of claims processing. This documentation shall include the items listed below as well as any supplemental information provided by the Contractor.  The sum of all this documentation shall allow the Government to correctly determine how any given claims processing scenario will adjudicate. Updated versions of any of these documents shall be made available to the Government upon request.

The Contractor shall maintain all payer sheets used in the transmission of DoD claims from all POS.

The Contractor shall maintain a benefit design document and provide the Government with access to the current version via a web-based platform. The Contractor's presentation of the benefit design within this document shall remain consistent with the elements of the document initially provided by the Government and shall be in a format agreed to by the Government. The benefit design shall contain formulary and benefit restrictions based on beneficiary category, enrollment category, POS, medication by category, and any other factors, including but not limited to:

- MTF Basic and Extended Core Formularies
- Compound inclusions and exclusions

**SECTION C**
**STATEMENT OF WORK**

- Covered over-the-counter (OTCs)
- Federal Ceiling Price (FCP) Non-Compliant Retail Exclusions
- Non-Formulary Drugs
- PA
- Step-Therapy Drugs
- Self-Administered Injectables
- Smoking Cessation Drugs
- Specialty Drugs
- Covered Vaccines
- Non-covered Drugs
- Quantity Limit (QL) Restrictions
- Age restrictions

**C.3. Retail Prescriptions**

**C.3.1.** Retail Prescription Claims

**C.3.1.1.** The Contractor shall accept and process all claims for pharmaceutical agents and supplies covered under the TRICARE pharmacy benefit, and purchased from a licensed pharmacy in the 50 United States, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, Northern Mariana Islands, American Samoa and Guam.

**C.3.1.2.** The Contractor shall limit retail claims for covered drugs under 10 U.S.C. §1074g, 32 C.F.R. 199.21, and other applicable regulations. Network pharmacies may submit claims for covered supply items using the National Drug Code (NDC) numbers assigned to them. Reimbursement of retail pharmacy claims will be made in accordance with G.3.6.2.

**C.3.1.3.** When access to specific drugs at retail pharmacies is restricted under the law, the Contractor shall facilitate either a change in the beneficiary's current prescription to an approved pharmaceutical or supply, or shift the beneficiary's prescription to TMOP. Covered drugs that are restricted at retail and their respective implementation dates are published at in DoD P&T Committee Meeting Minutes (Attachment J-3, Line 1).

**C.3.1.4.** When claims are received for covered drugs furnished in geographical locations not covered under this contract, the Contractor shall forward them to the TRICARE Contractor responsible for processing claims for those locations as specified in the TOM, Chapter 8, Section 2.

**C.3.1.5.** The Contractor shall complete real-time, online Coordination of Benefits (COB) in accordance with National Council of Prescription Drug Program (NCPDP_ D.0 standards (or most current version) for those claims filled in retail network pharmacies where OHI has been identified, to include Medicare Part D claims. The Government will provide the COB and Medicare Part D billing transaction segments to include the required values. The Contractor is required to track Medicare Part D True Out-Of-Pocket expenses (TROOP) and total drug expenditures for each TRICARE beneficiary who is also enrolled in Medicare Part D. The Contractor shall provide this information to the Centers for Medicare & Medicaid Services (CMS) designated TROOP facilitator.

SECTION C
STATEMENT OF WORK

C.3.1.6. The Contractor shall reimburse claims in accordance with the TRM, Chapter 4.

C.3.1.7. The Contractor shall process claims submitted by Department of VA pharmacies for beneficiaries who are TRICARE-eligible as primary payer. The double coverage provisions in TOM, Chapter 23, Section 3 and TRM, Chapter 4 are waived for beneficiaries with Medicare Part D. VA benefits are not considered OHI.

C.3.1.8. If requested by the beneficiary and allowable under federal and state law, the Contractor may authorize the dispensing of up to a 90-day supply prescription as a single transaction at a retail pharmacy. In these cases, the pharmacy shall collect a copayment for each 30-day increment. The Contractor must make this option available at all retail network pharmacies.

C.3.1.9. The Contractor shall ensure that claims for prescriptions filled but not dispensed are reversed within ten (10) calendar days of the date the original claim was submitted. When reversals are processed more than ten (10) calendar days after the date the original claim was submitted, the Contractor shall adjust or cancel the TRICARE Encounter Data (TED) record.

C.3.1.10. The Contractor shall process batch claims in the most current NCPDP batch format. The Contractor may receive batch claims from a variety of sources (e.g., State Medicaid agencies, clearinghouses, DVA) and the Contractor shall process these claims regardless of the electronic media (e.g., CD ROM, tapes) through which they are submitted. All batch claims shall be processed within 14 days of receipt. The Contractor shall process claims from state agencies in accordance with TRM Chapter 1 Section 20. Notwithstanding the above, Medicaid subrogation electronic batch claims shall be processed within two business days.

C.3.1.11. The Contractor shall report the actual amount paid to the retail pharmacy. On the TED, this will be populated as the Amount Paid by Government Contactor, per the TSM.

**C.3.2.** Paper Claims

C.3.2.1. The Contractor shall process paper claims submitted by beneficiaries, also known as Direct Member Reimbursement (DMR) claims, and those submitted by pharmacies, known as assignment of benefit claims, in accordance with TOM, Chapter 23, Section 3, Paragraph 1.2 and Chapter 8, Section 1, Paragraph 3.1. The Contractor shall accept claims submitted using any of the specified forms. Electronic submission of paper claims is only allowed under an approved Office of Management and Budget (OMB) format.

C.3.2.2. Upon request, the Contractor shall mail the current version of the DD2642 claim form to beneficiaries.

C.3.2.3. The Contractor shall reimburse paper claims for non-network pharmacy services in accordance with the TRM, Chapter 1, Section 15, minus applicable copayments and deductibles.

C.3.2.4. The Contractor shall process these paper claims using the most current NCPDP format.

C.3.2.5. The Contractor shall monitor paper claims processing and work with retail network pharmacies to reduce the volume of network paper claims. Network pharmacies should be using

SECTION C
STATEMENT OF WORK

online coordination of benefits in most cases and the Contractor shall work with any pharmacies with higher than average rates of paper claims to transition them to online processing.

**C.3.2.5.1.** The Contractor shall require all retail network pharmacies to utilize online Coordination of Benefits.

████ The Contractor shall not report or bill manual corrections to retail pharmacy claims as paper claims.

████ The Contractor shall process claims for beneficiaries who are required by their OHI to use their designated mail order pharmacy or other non-network pharmacy using network cost shares. Non-network copayments and deductibles are not applicable to these claims.

████ The Contractor shall routinely audit paper claims to look for scenarios such as high cost claims, high cumulative claims value, and high volume of claims. All such reviews and audits shall be performed at the beneficiary and family level.

████ Measured on a monthly basis, paper claims shall meet the following minimum standards:

**C.3.2.9.1.** 95% of paper claims shall be processed to completion within ██ calendar days of receipt.

**C.3.2.9.2.** 100% of paper claims shall be processed to completion within ██ calendar days of receipt.

████ The Contractor shall provide reporting on paper claims volumes, processing times, denials and appeals (CDRL Q050). Paper claims are considered to be processed to completion as of their TED record Create Date.

████ The Contractor shall provide notification to the beneficiary must be in writing for denied paper claims. The notification must explain why the claims were denied and detail the beneficiary's appeal rights.

████ Under the TRICARE benefit, the Contractor shall not process paper claims for prescriptions filled at MTF pharmacies. If necessary, the Contractor may forward the claims to its commercial services section for review as a claim payable by a commercial insurance plan.

**C.3.3.** Retail Pharmacy Network

████ The Contractor shall establish and maintain a retail pharmacy network throughout the 50 United States, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, and Guam. The Contractor shall provide network retail pharmacy services in American Samoa and the Northern Mariana Islands when they become eligible.

████ Retail Network Access. The Contractor's retail pharmacy network shall meet the following:

**C.3.3.2.1.** Access Requirements, as measured by beneficiary zip code:

**C.3.3.2.1.1.** At least ██ pharmacy within 15 minutes driving time of ██ of the beneficiaries;

## SECTION C
## STATEMENT OF WORK

**C.3.3.2.1.2.** At least ▮(b) (4)▮ pharmacies within 15 minutes driving time of ▮(b) (4)▮ of the beneficiaries; and

**C.3.3.2.1.3.** At least ▮(b) (4)▮ pharmacy within 30 minutes driving time of ▮(b) (4)▮ of the beneficiaries.

**C.3.3.2.2.** No fewer than 35,000 retail network pharmacies.

**C.3.3.2.3.** Exclusions

▮C.3.3.2.3.1.▮ MTF, VA, Public Health Service (PHS), and Indian Health Service (IHS) pharmacies shall not be considered as retail network pharmacies for purposes of this requirement.

▮C.3.3.2.3.2.▮ Beneficiaries residing on military installations shall be excluded from this metric. The Government will provide a list of zip codes of military installations for the Contractor's use in calculating this metric.

▮C.3.3.4.▮ The Contractor shall use commercially available software or web tools to calculate this metric and the methodology shall be made available to the Government for audit upon request.

▮C.3.3.5.▮ The Contractor shall provide reports identifying retail network pharmacies and the total network size (CDRL M040), network access relative to the above metrics (CDRL M041), ▮(b) (4)▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮C.3.3.6.▮ The Contractor shall provide a plan describing how beneficiaries not meeting the access standards will have access to pharmacy services. (CDRL A110)

▮C.3.3.7.▮ All network pharmacies shall be fully licensed in accordance with applicable Federal and State laws and have a current NCPDP number. Pharmacies providing pharmaceuticals solely through internet or mail order pharmacies shall not be included in the retail network. Retail pharmacies who offer to mail prescriptions to beneficiaries as part of their business may be included in the network subject to the retail pharmacy specifications listed herein.

▮C.3.3.8.▮ At a minimum, the retail pharmacies shall provide TRICARE beneficiaries the same quality of services provided to beneficiaries of other commercial clients, to the extent allowed by Federal regulation and this contract.

▮C.3.3.9.▮ The Contractor shall ensure that all pharmacies document the receipt of the medication by the beneficiary or the individual authorized by the beneficiary, in accordance with all applicable State and Federal Laws. The Contractor shall ensure that network pharmacies have procedures to reasonably assess the validity of prescriptions ordered by telephone.

▮C.3.3.10.▮ Changes to the Retail Pharmacy Network

The Contractor shall have a plan for communicating to beneficiaries when a pharmacy is removed from the network. As part of the plan, the Contractor shall do the following in the event of network changes:

- Provide the Government with the names of all pharmacies selected for removal from the network at a minimum of ▮(b) (4)▮ days prior to the effective date of the changes.

SECTION C
STATEMENT OF WORK

- Identify and provide advance notification to beneficiaries who have filled prescriptions at the designated pharmacies during the previous six (6) months. The Contractor shall ensure that the beneficiary receives the letter at a minimum of 30 days prior to the effective date of the change.
- Provide the Government with samples of all beneficiary correspondence related to the change in the network for comment. The Government shall have no less than 14 days to review.
- Monitor and track prescription fills by impacted beneficiaries in specific categories (CDRL R020).
- Make changes to the plan as necessary to ensure successful communications with the all beneficiaries and minimize disruption of therapy.

**C.3.3.9.1.** In situations where a pharmacy fails to meet credentialing standards or there are indications of potential fraud that does not meet the standard requirements for case development per TOM Chapter 13, the Contractor may remove the pharmacy from the network without providing advance notification to the Government or beneficiaries. For other situations that justify short-notice removal of a pharmacy, the Contractor shall contact the Government for approval. The Contractor shall notify the impacted beneficiaries within 14 days after the pharmacy is removed.

**C.4. Specialty Pharmacy Program**

**C.4.1.** The Government will provide an initial list of pharmaceutical agents considered for the specialty pharmacy program. The Contractor shall propose updates to the list based on changes in the market, evolution of clinical practices, limited access, cost effectiveness, clinical support considerations, and overall benefit to the TRICARE Pharmacy Program for Government approval.

**C.4.2.** The Contractor shall provide the methodology under which drugs are evaluated and proposed for the addition or removal from the program.

**C.4.3.** Accreditation. All network specialty pharmacies shall be fully licensed in accordance with applicable Federal and State laws and have a current NCPDP number. The network specialty pharmacies shall maintain accreditation by a nationally recognized external accrediting body (e.g., URAC, ACHS, CPPA).

**C.4.3.1.** The Contractor shall provide notification to the Government of any changes to the network per C.3.3.9.

**C.4.4.** Access. The Contractor shall maximize the extent to which beneficiaries are able to obtain specialty pharmaceuticals agents through nationally accredited specialty pharmacies. When not dispensed by an MTF pharmacy or a VA pharmacy, all covered specialty agents, including limited distribution agents, shall be accessible to beneficiaries at in-network cost shares when appropriately prescribed.

**C.4.4.1.** The Contractor shall provide patient and prescriber education on obtaining specialty agents through the network specialty pharmacies. This shall include agents that have access restrictions.

SECTION C
STATEMENT OF WORK

C.4.4.2. The Contractor shall facilitate the movement of specialty prescriptions to the specialty network pharmacies when appropriate to support access to specialty agents and minimize beneficiary confusion. This shall include the movement of specialty prescriptions from MTF pharmacies to the specialty network pharmacies if requested by the Government.

**C.4.5.** Patient Support Program. The Contractor shall ensure support for beneficiaries who receive specialty agents in accordance with nationally accredited specialty pharmacy standards. At a minimum, this program shall provide medication administration support (e.g. proactive patient consultation, therapy evaluation and call center support,) that minimizes adverse events. This program shall maximize adherence as appropriate, improve well-being, and promote beneficiary satisfaction as measured by widely recognized industry benchmarks.

C.4.5.1. This program shall educate beneficiaries on manufacturer supported programs that may augment, but not replace, those services offered by the network specialty pharmacies when appropriate.

C.4.5.2. The program shall provide delivery management services to include timely delivery of medications to align with treatment schedules, delivery tracking and waste prevention.

C.4.5.3. The Contractor shall ensure beneficiaries receive accompanying supplies for specialty agents dispensed at network specialty pharmacies, including those required for administration, use, disposal or any other purposes in accordance with industry best practices.

**C.4.6.** Programmatic Support. The Contractor shall optimize the specialty program in the areas of cost controls, utilization strategies and incorporation of commercial best practices that aligns with the TRICARE benefit design. Utilization strategies will align with those noted under C.7.2.1.

**C.4.7.** Replenishment. The Contractor shall maximize replenishment of specialty agents from the National Prime Vendor (NPV) contract. The NPV is a contract held by the Defense Logistics Agency. For more information about the NPV, please see C.6.8.9

C.4.7.1. Replenishment will be provided (owed) to the Contractor when all of the following conditions are met: 1) specialty agents are dispensed to TRICARE eligible beneficiaries; 2) specialty agents are available for replenishment from the National Prime Vendor (NPV); and 3) specialty agents not acquired through the Market Priced Pharmaceutical Program per C.4.7.6.

C.4.7.2. The Contractor shall request replenishment in accordance with C.6.8. Any deviation in ordering product for replenishment from the NPV shall be requested per CDRL R130. Requests for deviations shall be consolidated by the Contractor for submission to the Government.

C.4.7.3. The Contractor shall ensure pharmacies ordering replenishment acknowledge receipt of replenished inventory from the NPV per C.6.8.20 and report any discrepancies per C.6.8.21.

C.4.7.4. The Contractor shall ensure pharmacies ordering replenishment continuously monitor availability for cost effective products for replenishment and provide recommendations to the government per CDRL W011.

### SECTION C
### STATEMENT OF WORK

Non-specialty drugs, if dispensed from specialty network pharmacies, will follow retail prescriptions claims processing per C.3.1.

The Contractor may identify opportunities for the Market Price Pharmaceutical Program per C.6.8.22.   Opportunities shall be accounted for in CDRL R140.

The Contractor shall track and report volume of dispensed specialty agents and the replenishment of specialty agents ordered and received from the NPV and provide auditable reconciliation reporting per C.6.8.7.

For non-replenished specialty agents, the costs will be reimbursed (see Section G.3.6.2). In instances where a specialty agent is deemed unreplenishable per C.6.8.14, the drug cost will be reimbursed as a non-replenished agent. Non-replenished agents are subject to cost control measures under the specialty network guarantee (see Section H.3.3).

**C.4.8.** Reporting. The Contractor shall provide a report on the dispensing of specialty prescriptions and clinical services provided (CDRL Q150).

## C.5. MTF Pharmacy Claims

**C.5.1.** The Contractor shall support claims submissions from MTF pharmacies running two different EHR systems:

- Composite Health Care System/AHLTA  (CHCS)
- MHS GENESIS

The Contractor shall support unique submission methods and claims processing rules for each system.

The contractor shall have a mechanism to transfer batches of MTF prescriptions (new and refill prescriptions) to the TMOP if requested by the Government.

**C.5.2.** MTF CHCS Claims

The Contractor shall connect to CHCS as described in Section C.11.7.3 until all remaining sites are transitioned to MHS GENESIS and the Government notifies the Contractor that support for CHCS is no longer needed.

The Contractor shall process claims using the CHCS business rules. CHCS is a legacy system that cannot support commercial standards so the Contractor must apply the CHCS business rules as prescribed.

The Contractor shall adjudicate MTF dispensing transactions in a format based on NCPDP D.0. The D.0 format used by the MTFs does not include the Coordination of Benefits segment.

In addition to a DEA Number or NPI, the Contractor shall accept provider SSN on MTF claims.

The Contractor shall not apply formulary edits.

SECTION C
STATEMENT OF WORK

▓▓▓▓▓ The Contractor shall perform Prospective Drug Utilization Review (ProDUR) on the inbound dispensing transactions.

▓▓▓▓▓ The Contractor does not create TEDs for these claims.

▓▓▓▓ The Contractor shall accept and log all data provided on transactions. All transactions shall be transmitted to the PDW.

▓▓▓▓ The Contractor shall not perform DEERS eligibility checks for MTF claims. The MTF assumes responsibility for eligibility; therefore, the Contractor will process the claim regardless of eligibility status.

▓▓▓▓▓ The Contractor shall support messaging to the MTF and handling of rejected claims to the MTF that varies from that used by the commercial network. The Contractor shall accept all CHCS claims and post them to the patient profile.

- Validity Rejects: The Contractor shall not reject MTF claims due to missing or invalid data. The Contractor will follow the processes outlined in C.5.3 to correct and resubmit the claim. For patient safety reasons, all claims must be successfully resubmitted, posted to the patient profile and transmitted to the PDW, unless the Contractor is notified by the MTF to allow the reject to remain on the patient profile.

- ProDUR Alerts: The Contractor shall not reject MTF claims for ProDURs but will instead return custom ProDUR alert messaging. The MTF will respond to the alert by either cancelling the prescription or entering an override code. The Contractor will receive a reversal if the prescription is cancelled, but if the MTF enters an override code, no additional message will be sent to the Contractor. MTF claims resulting specific ProDUR Alerts will be included on the Data Integrity Report described in C.5.2.12.

▓▓▓▓▓ If an ingredient cost of one cent ($0.01) is submitted by the MTF, the Contractor will recalculate the ingredient cost primarily using the medical pricing catalog supplied by DLA-TS, or using the published Average Wholesale Price (AWP) as a secondary source. NDCs received from CHCS are representative and may not reflect the medication actually dispensed so the Contractor shall price the claim using the medical pricing catalog lowest cost entry within the GCN of the submitted NDC.

▓▓▓▓▓ For claims priced from either the medical pricing catalog or AWP, the Contractor shall apply a regional discount established by DLA-TS, based on the NCPDP Pharmacy ID. If the ingredient cost submitted by the MTF is greater than one cent ($0.01), the Contractor shall post the claim and no regional discount is applied.

**C.5.3.** MTF Data Integrity Reviews

▓▓▓▓▓ The Contractor shall conduct reviews of MTF pharmacy claims data, excluding claims received from MHS GENESIS, and perform the following processes to identify and resolve issues specific to MTF claims. MHS GENESIS claims are subject to the reviews under C.10.2.1.

SECTION C
STATEMENT OF WORK

▨▨▨▨ The outgoing contractor will provide an initial list of MTF pharmacy contacts to the incoming contractor during Transition-in. The Contractor shall update as needed and send quarterly updates to the Government.

▨▨▨▨ The Contractor shall provide a daily report of MTF validity rejects (CDRL D020). Claims submitted using MHS GENESIS shall not be included in this report. The reports shall be broken out by MTF and sent to the pharmacy contact at each submitting MTF. A copy of the daily report shall also be provided to DHA. The MTF pharmacy will have three (3) business days to correct these claims. The MTF may reverse the claim entirely or reverse and resubmit the corrected claim. After allowing three (3) business days for the MTF to correct any errors, the Contractor shall undertake retroactive claims correction in their system to correct the remaining errors and ensure that the claims reflect a paid status. This shall be completed within two (2) business days. The Contractor shall continue to work the claim until it posts to the profile, is reversed by the MTF, or the MTF notifies the Contractor to take no further action. The Contractor shall ensure that 100% of issues have been addressed within the aforementioned time period.

▨▨▨▨ In the event that the Contractor's resubmission of a previously rejected MTF claim results in a DUR Interaction Severity Level 1, the Contractor shall contact the clinical staff at the submitting MTF by phone within one (1) hour. For all such situations, the Contractor shall keep a log that will be made available for the Government's review upon request. At minimum, the log shall document the identifying information of the pharmacy, prescription and beneficiary and the dates and times of the original reject, the DUR and the call communicating the safety warning to the MTF.

▨▨▨▨ The Contractor shall produce a weekly report of all paid MTF claims exceeding an established pricing threshold determined by the Government (CDRL W021). This threshold shall be subject to change. Claims submitted using MHS GENESIS shall not be included in this report. If the Contractor determines that the price is reasonable based on quantity and days' supply, consistent with the medical pricing catalog, and consistent with the standard dose for that medication, the claim shall not be included on the report to the MTF and no further action is required. The Contractor shall run the report seven (7) calendar days after the close of the reporting period to allow time for claims to be corrected by the MTF. The report shall be provided to the submitting MTF, which has five (5) business days to correct any of these claims. After five (5) business days, the Contractor shall review all claims in this report that have not been reversed or resubmitted by the MTF. For the remaining claims, the Contractor shall contact the submitting MTF to troubleshoot the claim, determine the cause of the error, and then correct the error on the claim within two (2) business days. The Contractor shall ensure that 100% of issues have been addressed within the aforementioned time period.

▨▨▨▨ The Contractor shall provide a Data Integrity report to the MTFs on a weekly basis (CDRL W020). The Contractor shall run the report seven (7) calendar days after the close of the reporting period to allow time for claims to be corrected by the MTF. Claims submitted using MHS GENESIS shall not be included in this report. This report shall include paid MTF claims which generated the following ProDUR warnings:

- High Dose Alerts - All prescriptions processed by MTF pharmacies where the prescription exceeds daily maximum allowable dosage for a medication, as

SECTION C
STATEMENT OF WORK

determined by First Databank (FDB) as a result of an input error, such as incorrect quantity or days supply. The daily dosage is calculated by dividing the quantity dispensed by the days' supply. This report shall not include high dose DUR alerts resulting from patient specific characteristics.

- o Incorrect Quantity - Example: Asmanex package size is one, site enters 30 in the quantity field, the adjudication system will calculate 30 inhalers due to the unit of measure being "ea", the price will also be calculated incorrectly based on the incorrect quantity dispensed 30 x $28.84 = $865.20.
- o Incorrect Days Supply - Example: Site enters one day supply for Doxycycline 100mg qty 180.
- • Invalid Provider

**C.5.3.7.** The Contractor's report shall be provided to the submitting MTF, which has five (5) business days to correct any of these claims. After five (5) business days, the Contractor shall review all claims in this report that have not been reversed or resubmitted by the MTF. For the remaining claims, the Contractor shall contact the submitting MTF to troubleshoot the claim, determine the cause of the error, and then correct the error on the claim within two (2) business days. The Contractor shall ensure that 100% of issues have been addressed within the aforementioned time period.

**C.5.3.8.** The Contractor shall also provide monthly summary reports to the Government on MTF rejections (CDRL M070), high cost claims (CDRL M072) and data integrity edits (CDRL M071), to allow the Government to monitor the reported claims and their resolution rates. Claims submitted using MHS GENESIS shall not be included in this report.

**C.5.4.** MHS GENESIS Claims

**C.5.4.1.** The Contractor shall connect to sites using MHS GENESIS as described in Section C.11.7.4. MHS GENESIS is the new EHR replacing CHCS at all MTFs. MHS GENESIS is a commercial standard EHR and processes claims in NCPDP D.0 format (or the most current standard). It is supported by the Defense Healthcare Management System Modernization (DHMSM) contractor. MTFs will continue to transition to the new system until all MTFs are using MHS GENESIS.

**C.5.4.2.** The Contractor shall review any changes to claims processing parameters with the Government before they are implemented, including any NCPDP mandated changes to the transaction format such as changes to reject codes and overrides.

**C.5.4.3.** The Contractor shall process claims using business rules for MHS GENESIS claims, which include the benefit design (including P&T guidance described in C.6.8.22.7) and other documentation (e.g., MTF Set-Up). The Government may direct specific changes to MHS GENESIS business rules as appropriate.

**C.5.4.3.1.** At the direction of the Government, the Contractor shall support coordination of benefits for MHS GENESIS claims. The business rules governing this process may vary from standard commercial practices.

SECTION C
STATEMENT OF WORK

The Contractor shall not perform DEERS eligibility checks for MTF claims. The MTF assumes responsibility for eligibility; therefore, the Contractor will process the claim regardless of eligibility status.

The Contractor shall maintain current, accurate, and complete system documentation, as described in C.2.10.

The Contractor shall coordinate an interface control document (ICD) with the DHMSM Contractor.  The ICD will be approved by the Government.

MHS GENESIS claims will utilize a full range of commercial edits with some exceptions, as defined here and in the Edit Set-Up documents. All transactions shall be transmitted to the PDW.

The Contractor shall adjudicate all MHS GENESIS claims and shall reject claims that do not pass edits. The Contractor may return a paid claim with advisory messaging in lieu of rejection or exclude specific drugs from such rejects as directed by the Government. The Government may identify specific information to be included in the messaging for advisories or rejects. Commercial standard edits shall apply unless otherwise indicated.

The Contractor shall accept the ingredient cost submitted on the claim for MHS GENESIS claims. No adjustments or discounts shall be applied.

The Contractor shall monitor MHS GENESIS rejects and, on a weekly basis, report NDCs which trigger rejects in the indicated categories. (CDRL W030)

**C.5.4.10.1.** The Contractor shall coordinate with DHA and/or the MHS GENESIS Contractor to ensure alignment between their drug file and that used by MHS GENESIS, including the handling of new and termed NDCs.

## C.6. Mail Order Pharmacy

**C.6.1.** Mail Order Pharmacy Prescriptions

The Contractor's mail order facility shall dispense and deliver medications to TRICARE beneficiaries consistent with the requirements that apply to the overall standard operations of TMOP outlined below. For beneficiaries in deployed theaters of operation, the Contractor shall dispense medications as indicated in Section C.6.7.

The Contractor shall accept prescription orders at TMOP by written (original or facsimile), electronic (supporting digital signature including e-prescribing), or telephonic submission.

**C.6.1.2.1**. The Contractor shall notify the beneficiary when a prescription order is received directly from a healthcare provider and process the prescription in accordance with the beneficiary's need (e.g. fill, pend the prescription, etc.).

The Contractor shall only accept prescriptions written by healthcare providers licensed in the U.S. with prescriptive authority as delegated by state and federal law. A provider who meets the applicable standards of state or federal licensure but who operates by the Indian Health Service, an

SECTION C
STATEMENT OF WORK

Indian tribe, tribal organization, or urban Indian organization would meet the requirements of having prescriptive authority under DHA rules.

The Contractor shall have procedures in place to reasonably assess the validity of prescription orders.

For all medications dispensed through TMOP, the Contractor's tracking and dispensing procedures shall comply with Federal and State law and all applicable state boards of pharmacy requirements.

For beneficiaries receiving prescription medications through the TMOP, the Contractor shall provide 24 hours a day, 7 days a week access to a pharmacist by phone.

The Contractor shall not collect sales tax on prescriptions dispensed by TMOP.

The Contractor shall not dispense TMOP prescriptions to a beneficiary with OHI, unless one of the following exceptions applies:

1. The OHI does not cover the prescribed agent, either by the benefit design or denied coverage review.

2. The beneficiary has exhausted the benefits under the OHI.

**C.6.1.8.1.** Under these exceptions, to receive TRICARE coverage of pharmaceuticals dispensed through the TMOP, beneficiaries with OHI must submit documentation to the Contractor showing the OHI does not cover the prescribed item, or documentation such as an Explanation of Benefits (EOB) indicating their coverage has been exhausted. In cases where the Contractor is also the PBM for the OHI, it may provide such documentation in place of the beneficiary. The Contractor will then update the beneficiary's profile with this information and process the prescription(s) accordingly.

The Contractor's TMOP prescription processing and written notification of denied orders shall meet the following minimum standards:

**C.6.1.9.1.** 98% of Mail Order prescriptions not requiring intervention or clarification shall be shipped in four (4) business days from receiving the prescription.

**C.6.1.9.2.** 100% of Mail order prescriptions shall be shipped, scheduled for delivery, returned, or denied within ten (10) calendar days of receipt, date stamped in accordance with TOM Chapter 8, Section 1.

Exceptions to the above prescription processing standard are as follows:

- Prescriptions under the Deployment Prescription Program (DPP) that require clarifications or intervention. These will not be included in the calculation of mail order pharmacy processing time.

**C.6.1.9.3.** Prescriptions dispensed from the TMOP shall be accurate 100% of the time, measured monthly.

### SECTION C
### STATEMENT OF WORK

C.6.1.10. In the event the Contractor fails to mail any prescription that did not require clarification or intervention within ten (10) business days, the Contractor shall automatically provide next day delivery service at no additional charge to the beneficiary.

C.6.1.11. The Contractor shall provide reporting of mail order volumes and processing times (CDRL Q040).

C.6.1.12. The Contractor shall contact the prescriber for each TMOP prescription received requiring intervention or clarification.

C.6.1.13. If the Contractor is unable to obtain a response from a prescriber within two (2) business days, the Contractor shall contact the beneficiary telephonically or by electronic means, based on the beneficiary's indicated preferences, to provide order status.

**C.6.1.13.1.** For intervention such as PA, MN or QL overrides, the Contractor will request beneficiary direction to process the prescription within the given benefit design, pend the prescription, return or cancel the prescription, or continue efforts to obtain a response from the provider.

**C.6.1.13.2.** For prescription clarification, which requires the information on the prescription to be clarified for completeness, accuracy and legibility, the Contractor will request beneficiary direction to either return or cancel the prescription or continue efforts to obtain a response from the provider. The Contractor will be held to the 10 day processing requirement per C.6.1.9. The Contractor shall document all calls and the beneficiary's direction.

C.6.1.14. If a medication is unavailable at Mail Order, the Contractor shall notify the beneficiary, provide options where the prescription can be filled including in-network options, and help facilitate the transfer of the prescription to the beneficiary's selected pharmacy.

C.6.1.15. The Contractor shall not return or cancel a prescription without first attempting to contact the beneficiary telephonically or by electronic means. The beneficiary shall have no less than 72 hours to provide a response before the prescription is returned or cancelled.

C.6.1.16. For all returned or cancelled prescriptions, the Contractor must provide written notification to the beneficiary explaining why the prescription was returned or cancelled.

C.6.1.17. If the Contractor is unable to fill a prescription because the medication is on backorder, the Contractor shall notify the beneficiary at the time of the order and offer to pend the prescription, transfer the prescription to a retail pharmacy, return or cancel the prescription, or contact the provider to request an alternative drug which is available. If the beneficiary opts to transfer the prescription to a retail network pharmacy, it shall be processed in accordance with C.3.1.

C.6.1.18. If the prescription is pended due to backorder, the Contractor shall contact the beneficiary when the medication is back in stock to request permission to fill the order.

**C.6.1.18.1.** The Contractor shall provide notification to the Government of items currently on backorder per CDRL W012.

## SECTION C
## STATEMENT OF WORK

▓▓▓▓▓ The Contractor will use best commercial practices to maximize generic substitution, including attempts to convert Dispense as Written (DAW) prescriptions. TMOP prescriptions dispensed shall adhere to the Government's mandatory generic policy.

▓▓▓▓▓ Upon receipt of a DAW prescription for a brand name product for which a generic equivalent is available, the Contractor shall contact the prescriber to change the prescription to a generic equivalent.

**C.6.1.20.1.** If the prescriber refuses to switch, the Contractor shall process the prescription according to government-approved PA criteria, as described in C.8.

**C.6.1.20.2.** If the prior authorization is denied, the Contractor shall cancel and/or return the prescription to the beneficiary.

**C.6.1.20.3.** If the Contractor cannot contact the prescriber, the Contractor shall notify the beneficiary per C.6.1.15.

▓▓▓▓▓ For all denied mail order prescriptions, the Contractor shall provide notification to the beneficiary explaining why the order was denied and detailing the beneficiary's appeal rights.

▓▓▓▓▓ At the direction of the COR, the Contractor may dispense brand in lieu of generic in instances where the brand is the lowest cost available on the medical pricing catalog, provided by the Defense Logistics Agency Troop Support (DLA-TS), for replenishment.

▓▓▓▓▓ The Contractor may offer automatic refills but shall exclude specific agents from this service as determined by the P&T process.

**C.6.1.23.1.** The automatic refill program shall allow beneficiaries to opt in for agents appropriate for automatic refill.

**C.6.1.23.2.** The Contractor shall present opt-in and opt-out options in a way that is clear and easy to understand and make their selection on all web-based tools and other beneficiary-facing communications. Confirmation will be sent to the beneficiary upon selection via the beneficiary's preferred electronic means.

**C.6.1.23.3.** The Contractor shall notify beneficiaries when a prescription is eligible for an automatic refill. The Contractor shall only fill the prescription after ▓▓▓ **(b) (4)** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**C.6.1.23.4.** The Contractor shall not dispense prescriptions exceeding 450 days' supply over the course of any 365 day period unless an override is deemed appropriate per C.8.10. This limitation will not be applied to beneficiaries during the period they are receiving DPP dispensing(s).

**C.6.1.23.5.** When a prescription expires, the Contractor shall contact the beneficiary to authorize outreach to the prescriber to renew the prescription and get confirmation from the beneficiary to continue enrollment of that prescription into the automatic refill program.

**SECTION C**
**STATEMENT OF WORK**

**C.6.1.23.6.** When a drug is removed from the automatic refill program, the Contractor shall notify the beneficiary per C.9.3.

**C.6.1.23.7.** The Contractor shall provide reporting in accordance with CDRL M130.

**C.6.1.24.** The Contractor shall use clinical best practices to ensure prescriptions are processed to reflect the beneficiaries' most recent therapy. This shall include but not limited to:

- Ensuring prescriptions processed have the most current strength, dosage forms, and directions of use.

- Renewal prescriptions are pended in lieu of rejecting early submissions and beneficiaries are notified by telephone or other electronic means, based on beneficiary preference, of prescriptions received and placed in a pended status, and the anticipated processing date for each.

**C.6.1.25.** The Contractor shall report dispensed ingredients that are replenished at the burdened unit price from the medical pricing catalog provided by the DLA-TS. On the TED, this will be populated as the Amount Paid by Government Contactor, per the TSM. Ingredients acquired by Contractor through MPPP should reflect the acquisition cost to the Government. See Section C.6.8.22 for more information.

**C.6.1.26.** The Contractor shall accommodate all special requirements in regards to handling, processing or shipping of pharmaceutical agents as recommended by the Food and Drug Administration (FDA) or manufacturer for products dispensed through TMOP.

**C.6.2.** Mailing Prescriptions

**C.6.2.1.** The Contractor shall mail TMOP prescription orders to only those beneficiaries living in the 50 United States, the District of Columbia, Puerto Rico, U.S. Virgin Islands, Northern Mariana Islands, American Samoa, and Guam, and to beneficiaries with an Army Post Office (APO), Fleet Post Office (FPO), or Diplomatic Post Office (DPO) address.

**C.6.2.2.** The Contractor shall mail TMOP prescriptions to an APO, FPO, and DPO address using, at minimum, a delivery method equivalent to U.S. Priority Mail. All other TMOP prescriptions shall be shipped or mailed postage paid to the beneficiary in a manner which provides, at a minimum, a delivery time equivalent to First Class U.S. Mail.

**C.6.2.3.** The Contractor shall ship TMOP prescriptions at no additional cost to the beneficiary. The Contractor may also offer pick-up at a local location, in accordance with state and federal laws.

**C.6.2.4.** The Contractor shall apply TMOP dispensing rules and copayments, regardless of delivery mechanism.

**C.6.2.5.** Upon request by the beneficiary, the Contractor shall provide next day or other expedited delivery services to beneficiaries with a mailing address within the continental U.S. The beneficiary is responsible for the additional shipping cost at the Contractor's most favorable shipping rate.

SECTION C
STATEMENT OF WORK

The Contractor shall have the ability to suspend shipping to specified addresses outside the United States by postal code when directed by the Government.

The Contractor shall ship medications care of (c/o) to the beneficiary's health care provider's office, if requested by the beneficiary.

When shipping medications, the Contractor shall comply with U.S., U.S. Military, and U.S. Diplomatic Postal Service regulations.

The Contractor shall not ship prescriptions to addresses where any prior prescription or correspondence to that beneficiary has been returned undeliverable without first contacting the beneficiary and verifying the address.

With each order shipped, the Contractor shall provide information on all options for reordering a medication.

The Contractor shall be responsible for all medications dispensed by the Contractor up to the verified point of delivery to the beneficiary or to the alternate delivery location designated by the beneficiary. When using U.S. Mail, the Contractor shall allow 12 days from the original ship date for the beneficiary to receive their order. Beginning 12 days after the ship date, the Contractor shall reship the order within three days of receiving notification from the beneficiary that their order has not been received or was received in unusable condition. A beneficiary shall have up to 45 days from the original ship date to report that an order was not received and request a replacement. This shall be extended to 60 days for prescriptions sent using an APO, FPO, or DPO address.  If the Contractor determines the original order was not received or was received in unusable condition, the Contractor shall reimburse the copayment for the original order, or may provide delivery of a replacement order with no additional copayment.  Upon receipt of beneficiary notification that the original order was not received, the Contractor shall educate the beneficiary regarding the copayment for any replacement order and the potential for reinstatement of the original copayment should the original order arrive in usable condition.  Following shipment of the replacement order, the Contractor shall monitor deliveries of prescription order(s) to determine the status of the original order as well as replacement orders and make outreach to the beneficiary as needed to address the ongoing issue.

If it is determined the original prescription order was not received or was received in unusable condition, the Contractor shall not receive an administrative fee, replenishment or reimbursement for the lost or damaged prescriptions. The Contractor will receive an administrative fee, replenishment or reimbursement if the replacement is the result of a circumstance in which the Contractor has limited or no control, such as a drug recall or natural disaster. The Contractor shall report on all replacement shipments requested and fulfilled (CDRL Q041).

**C.6.2.12.1.** In situations where either a return is received or a request to return a prescription is received due to error(s) not caused by the Contractor or the beneficiary (see C.6.5), the Contractor shall work with the Government to determine appropriate resolution.

Order Tracking. The Contractor shall provide an electronic method for beneficiaries to monitor a prescription order from the day an order is received to final delivery. Process should include updates on order receipt, any processing delays, the date of expected delivery, and upon

## SECTION C
## STATEMENT OF WORK

successful delivery. Additional notification would apply if an order is placed in pended status with a next eligible fill date, the order is eligible for release from pended status and the order is returned or cancelled. Beneficiaries should have an option to configure notifications if desired, based on their communication preferences.



**C.6.2.14.** (b) (4)

**C.6.2.14.1.** (b) (4)

**C.6.2.14.2.** (b) (4)

**C.6.2.14.3.**

**C.6.3.** Mail Order Pharmacy Accounts

**C.6.3.1.** The Contractor shall support TMOP registration by a variety of means, including but not limited to submissions in writing, via telephone, or via the Contractor's website.

**C.6.3.2.** For TMOP prescription orders, the Contractor shall allow beneficiaries to provide a credit card for the copayment amount.

**C.6.3.3.** The Contractor shall establish individual accounts for family members, and shall allow for more than one credit card to be on record for collection purposes.

**C.6.3.4.** The Contractor shall ensure that if a beneficiary overpays a copayment amount, the beneficiary is notified that the excess has been credited to the beneficiary's account for future prescriptions, or the overpayment is refunded to the beneficiary along with the explanation of the refund, based on the beneficiary's preference.

**C.6.3.5.** As a result of its own business judgment and at its own risk, the Contractor may choose to extend credit to beneficiaries so that when an insufficient copayment is received, the Contractor may fulfill the prescription order up to the amount of the Contractor-established credit limit and credit aging parameters. As the Contractor is not acting as an agent of the Government in extending credit to beneficiaries, none of the recoupment procedures set forth in this contract or the TRICARE manuals shall be available to the Contractor to collect beneficiary copayments. Likewise, any uncollected debts from beneficiaries resulting from the extension of credit are not reimbursable under this contract. If the Contractor does not extend credit or the beneficiary has exceeded the Contractor's established credit parameters, the Contractor shall return the prescription to the beneficiary and notify the beneficiary of the correct copayment amount required.

SECTION C
STATEMENT OF WORK

**C.6.4.** Returns

C.6.4.1. Prior to the start of pharmacy services, the Contractor shall identify its preferred Returns Management Reverse Distributor (Reverse Distributor) to the Government.

C.6.4.2. The Contractor shall segregate all returned pharmaceuticals from all other pharmaceuticals in its facility.

C.6.4.3. The Contractor will further distinguish between returns for which replenishment of the pharmaceutical is expected from the National Prime Vendor C.6.8.1, and any returns leading to a replacement furnished by the Contractor.

C.6.4.4. Any returns leading to a Contractor furnished replacement may be submitted to the Contractor's Reverse Distributor; any credits arising from these returned drugs accrue to the Contractor.

C.6.4.5. For all pharmaceutical agents returned to the MOP, the TED record will be adjusted or cancelled as necessary to properly reflect co-payment, administrative fee, and replenishment. The TED adjustment/cancellation must maintain an accurate clinical record on the PDW.

C.6.4.6. The Contractor shall hold all returned pharmaceutical agents for which replenishment is expected for processing by the Government's Reverse Distributor.

C.6.4.7. The Contractor shall contact the Government's Reverse Distributor no less frequently than quarterly to arrange for a return shipping date. The Contractor will provide the Government's Reverse Distributor access to its facility(ies) for onsite inventory, packaging, and shipment of returns to the Government's Reverse Distributor's central location.

C.6.4.8. The Contractor shall submit to the COR all receipts provided by the Government's Reverse Distributor upon pick-up. The Contractor is not responsible for the cost of packaging or shipment of returns to the Reverse Distributor.

C.6.4.9. The Contractor shall work directly with the Reverse Distributor to negotiate any disputes which may arising from the processing of returnable pharmaceuticals and/or the disposal of non-returnable pharmaceuticals owned by the Contractor.  In the event, a dispute cannot be resolved, the Contractor may contact the COR or the Contracting Officer for assistance.

C.6.4.10. Before dispensing any compounded medication through TMOP, the Contractor shall verify that all supplies and ingredients required to prepare the compound are available for replenishment from the National Prime Vendor (NPV), as described in C.6.8. In the event that any required products are not available, the Contractor may return the prescription to the beneficiary.

**C.6.5.** Error Reporting

C.6.5.1. The Contractor shall provide a report on all TMOP defects and errors (CDRL Q042). For purposes of this report, the Government defines a medical error according to the National Coordinating Council for Medication Error Reporting & Prevention (NCC-MERP): "Any preventable event that may cause or lead to inappropriate medication use or patient harm while the

SECTION C
STATEMENT OF WORK

medication is in the control of the health care professional, patient or consumer." Examples include, but are not limited to:

- Lost or damaged prescriptions reported upon receipt, resulting in delay in processing and/or increased difficulty in transcription;

- Prescriptions entered into the incorrect patient's profile, transcribing the wrong drug or dose, or directions (sig), into the patient's profiles;

- Failing to correctly enter all elements of a prescription, e.g., refills, such that the patient may not correctly receive the correct duration of therapy; or events that may trigger an allergy or drug-drug interaction, dosed incorrectly, wrong quantity transcribed, etc.; or

- Incorrect quantity dispensed, broken medications, label, bottle or packing defects, improper storage or shipping.

All such events which are identified and corrected prior to leaving TMOP are considered defects

**C.6.6.** Expanded Use of MTF and TMOP

**C.6.6.1.** The Contractor shall apply the requirements of the Expanded Use of MTF and TMOP (NDAA Fiscal Year 2015, Section 702), in accordance with TPM, Chapter 8, Section 9.1, The Contractor shall report monthly results using the Expanded Use of MTF and TMOP Summary Report (CDRL M120).

**C.6.6.2.** The Contractor shall monitor and apply any changes to the list of select medications for Expanded Use of MTF and TMOP posted in accordance with TPM Chapter 8, Section 9.1.

**C.6.6.3.** The Contractor shall approve overrides to the Expanded Use of MTF and TMOP, which may be authorized for the situations listed below. The Contractor shall apply the waiver in the patient profile which will allow a universal override for future retail dispensing in accordance with TPM Chapter 8, Section 9.1.

**C.6.6.4.** The Contractor shall implement a waiver process based on personal need, hardship, emergency, or other special circumstances that requires use of a retail pharmacy, per TPM Chapter 8, Section 9.1 and criteria established by the DoD P&T Committee (February 2015). The determination shall be made using Contractor-developed, Government-reviewed criteria. Criteria shall include the follow circumstances:

- A beneficiary exhibits personal need, hardship or an emergency.

- A beneficiary residing in a nursing home or other long term care facility. Communication with the beneficiary, a relative or a caregiver, is sufficient to establish residency in a nursing home. The Contractor will allow caregivers to establish residency for multiple beneficiaries at the same time.

- Barriers exist preventing a beneficiary from receiving medications by mail (e.g., no permanent mailing address, resides in rural setting)

SECTION C
STATEMENT OF WORK

- The dosing is not stable or the medication requires titration to achieve therapeutic effectiveness or safety.

- Waiver is approved by the COR for any other special circumstances.

C.6.6.5. The Contractor shall provide a dedicated toll-free number to assist beneficiaries in transferring their prescriptions from retail pharmacies to TMOP or an MTF, based on the beneficiary's directions.

C.6.6.6. When the Contractor processes a retail network pharmacy claim for a beneficiary subject to Expanded Use of MTF and TMOP, the Contractor will communicate information regarding the options available to the beneficiary.

C.6.6.7. The Contractor shall contact the beneficiary by letter or electronic means, based on the beneficiary's preference, by the end of the following week after each of the two potential 30-day courtesy fills. The communication shall remind the beneficiary of their options for obtaining future fills (at MTF, TMOP or pay the full cost of the medication at a retail network pharmacy), and provide contact information for the Contractor's call center.

C.6.6.8. The Contractor shall provide notification explaining the beneficiary's options in the following situations:

**C.6.6.8.1.** The beneficiary has paid the full cost for their prescription of select maintenance medication at a retail network pharmacy.

**C.6.6.8.2.** The beneficiary received a rejection for their medication at a retail pharmacy and did not subsequently contact the Contractor to obtain their prescription order through TMOP.

C.6.6.9. After the two 30-day courtesy fills, the Contractor shall require beneficiaries to pay the full cost of prescriptions for select maintenance medications when dispensed at a retail network pharmacy unless the beneficiary meets requirements for waiver or override. When a beneficiary opts to pay full price for a select medication at a retail network pharmacy, it is considered a non-covered service. A record of the dispensing shall be posted to the patient's profile. The Contractor will not reimburse paper claims submitted by beneficiaries who paid the full cost of a select medication, unless otherwise authorized by the COR subsequent to a review.

C.6.6.10. The Contractor shall not reject prescriptions filled at VA pharmacies under this program.

**C.6.7.** Deployment Prescription Program

C.6.7.1. The Contractor shall manage all aspects of the TMOP registration and prescription process for deploying beneficiaries and for beneficiaries at in-theater locations.

C.6.7.2. The Contractor shall provide comprehensive reporting, allowing the Government to monitor the program (CDRL M100). Deployment prescriptions include all prescriptions for TRICARE-eligible beneficiaries deployed in a theater of operation.

SECTION C
STATEMENT OF WORK

For beneficiaries deployed in theaters of operation, the Contractor shall provide an electronic method for beneficiaries to monitor a prescription order per C.6.2.13.

For beneficiaries deployed in theaters of operation, the Contractor shall provide prescription status notifications by electronic means or by telephone, based on the beneficiary's preference, including but not limited to prescriptions received, placed in pended status, next eligible fill date, eligible for release from pended status, prescription order shipment, as well as any prescription delays, returns or cancellations.

The Contractor shall receive DPP prescriptions via standard mail and via electronic methods (such as fax, secure server, or e-prescribing system) from any Pre-Deployment or Out-Processing Center, hereafter referred to as the "Center(s)." DPP prescriptions will also be received using these same channels from within theater.

Upon receipt of a DPP prescription, the Contractor shall verify, adjudicate, and process the prescription in accordance with the procedures outlined in C.6.7.11. DPP prescriptions may have additional restrictions (e.g., psychotropic policy, non-deployable medications, etc.), as stipulated at the Government's Deployment Prescription Program page (Attachment J-3, Line 2). Specific restrictions may vary depending on which command (e.g., CENTCOM, SOUTHCOM, PACOM, etc.) the deployment falls under.

The Contractor shall develop and maintain a prescription form to be used solely for the Deployed Prescription Program, based on a template furnished by the Government. The Contractor's initial DPP prescription form, as well as any subsequent updates or modifications, must receive Government approval prior to dissemination and utilization. The Contractor's DPP prescription form must be able to be printed and completed by hand, as well as completed electronically and digitally signed.

To support DPP prescriptions, the Contractor shall establish communications with and maintain channels of communication for all Centers and regional theater pharmacists.

The Contractor shall educate the Centers and theater personnel on the most common causes for delays in prescription processing and returned prescriptions, and shall actively work with the Centers and theater personnel to maximize the volume of prescriptions received and dispensed that do not require intervention or clarification.

The Contractor will provide a dedicated team to interface with deployment centers and theater personnel, and establish channels of communication to align processes to submit/process prescriptions.

Upon receipt of a DPP prescription, the Contractor shall perform the following verification steps:

**C.6.7.11.1.** The Contractor shall perform a DEERS eligibility query. If a DEERS query shows the beneficiary as ineligible for MOP, the Contractor shall notify the beneficiary with explanation, and provide guidance so the beneficiary may take the appropriate steps needed to show eligibility. Activated National Guard and Reserve service members may need to submit orders to DEERS to update their active duty status.

SECTION C
STATEMENT OF WORK

**C.6.7.11.2.** The Contractor shall verify that registration is complete and legible. The Contractor shall return the prescription form to the Centers for correction as necessary. For theater prescriptions, the Contractor shall contact the beneficiary, or the provider if unable to contact beneficiary, to verify registration information.

**C.6.7.11.3.** The Contractor shall enter all beneficiary registration and prescription information into Contractor's system and verify that the information provided is complete and correct. If clinical issues are identified with prescription information, the Contractor shall coordinate with the Center or theater prescriber as appropriate, to resolve issues.

**C.6.7.11.4.** The Contractor shall verify that all prescriber identifiers are received and valid.

**C.6.7.11.5.** The Contractor shall screen prescriptions to be pended for completeness and perform ProDUR prior to pending. Rejections and clinical warnings that would prevent the prescription from processing when it is released from pended status should be resolved with the Center or theater prescriber and corrected in the system prior to pending the prescription. This screening is in addition to the full adjudication process that occurs prior to dispensing, when the prescription is released from pended status by the beneficiary.

**C.6.7.12.** The Contractor shall notify the beneficiary via electronic means or telephone, based on the beneficiary's preference, when a pended prescription is eligible to be filled.

**C.6.7.13.** The Contractor shall dispense prescriptions following the standard mail order pharmacy adjudication process. For all DPP prescriptions, the appropriate overrides will be entered by the Contractor to allow the prescription to fill. These overrides may include the following:

- Max days' supply limit (up to 180 days' supply)
- Refill too soon
- MN
- PA required
- Excluded Drug
- QL
- Maximum Cost

**C.6.7.14.** Where clarification is required to process the prescription, the Contractor shall contact the prescriber (if originating from theater) or Center (if originating from Pre-Deployment Center) within one (1) business day to verify the prescription, and to notify the beneficiary of the issue.

**C.6.7.14.1.** The Contractor shall make a second attempt at seven calendar days after initial outreach if no response has been received. The Contractor shall allow up to 14 calendar days for a response.

**C.6.7.14.2.** For prescriptions originating in-theater, the Contractor will utilize the regional point of contacts (POCs) to assist in resolution. After attempting appropriate follow-up, the Contractor shall return and/or cancel any prescriptions that cannot be processed to the appropriate POC and notify the beneficiary and the prescriber.

## SECTION C
## STATEMENT OF WORK

**C.6.7.14.3.** When a delay is expected, the prescription cannot be processed, and upon successfully processing and/or shipping, the Contractor shall notify the beneficiary via electronic means or by phone based on the beneficiary's preference, within one (1) business day.

**C.6.8.** Pharmaceutical Agents and Supplies

**C.6.8.1.** The Contractor shall provide inventory of pharmaceutical agents and supplies, hereafter referred to collectively as "agents," for TMOP dispensing to TRICARE beneficiaries. The Government shall replenish that inventory as set forth below.

**C.6.8.1.1.** The Contractor shall use the NPV as the primary source for replenishing pharmaceutical agents and supplies unless the Government approves dispensing of specific pharmaceutical agents from commercial sources under the MPPP (see C.6.8.22).

**C.6.8.2.** In order for the Government to replenish agents dispensed to TRICARE beneficiaries, the Contractor shall request replenishment for the same agents (drug, strength, and form) as dispensed.

**C.6.8.3.** The Contractor shall request replenishment by using the medical pricing catalog to obtain agents from the Government's contracted NPV.

**C.6.8.4.** To optimize replenishment, the Contractor shall provide written notification to the COR when the NPV is not able to resolve situations which may impede the replenishment process. This notification will occur via CDRL D010 and will identify each situation, including the specific agent and NDC, number of prescriptions impacted, reasons for the issue (if known), and any steps taken to locate additional sources of supply, and also provide recommendations as appropriate.

**C.6.8.5.** The Government compiles the pricing file from Federal Supply Schedules (FSS), Distribution and Pricing Agreements (DAPA), joint DoD/DVA national contracts, DoD contracts, and Blanket Purchase Agreements (BPA). This is currently compiled by the DLA-TS. The Contractor shall use the medical pricing file to identify, select, and price orders from the NPV for agents in package sizes that are most economical to the Government and can support utilization levels for agents which are replenished. If the Contractor is using the NPVs online ordering system, the contactor is required to select the most economical contracted agent available in the online ordering system. Orders shall be rounded down to the nearest whole package size of product needed to replenish agents dispensed. The agents will be shipped by the NPV to the Contractor's TMOP location(s) and specialty pharmacy location(s). In limited cases when required by the NPV or manufacturer, the Contractor may receive orders that are drop shipped directly from the manufacturer to the aforementioned locations.

**C.6.8.5.1.** The Contractor shall submit electronic orders to the NPV 24 hour, 7 days a week. Routine manual order shall be submitted Monday through Friday (normal business days) between the hours of 8:00 a.m. and 5:00 p.m. Orders must be received prior to 5:00 p.m. local distribution center time to be considered for next business day delivery. Orders received after 5:00 p.m. will be shipped two business days after the date of the order.

**C.6.8.5.2.** The contractor shall be limited to two emergency shipments per month for each of the TPharm ordering facilities at no additional transportation/handling charges to the ordering facility.

SECTION C
STATEMENT OF WORK

Any additional emergency shipments requested by the ordering facility shall be at the expense of the ordering facility which shall include all applicable transportation and handling costs.

**C.6.8.6.** The Contractor shall not deviate from the procedures described above when ordering products from the NPV without prior written authorization from the COR. Requests to do so shall include the 11-digit NDC number, nomenclature of the product(s), package size, anticipated purchase quantity, unit cost per package, and anticipated total cost of the order for both the requested product and the product it will replace.

**C.6.8.7.** The Contractor shall track and report volume of dispensed agents and the replenishment agents ordered and received from the NPV. The Contractor shall also track and report the volume of agents dispensed from approved MPPP (see C.6.8.22) recommendations and provide auditable reconciliation reporting by 11-digit NDC number (CDRLs M110, M111 and M140). The elements required for auditing will be specified by the Government. In the event that a dispensed NDC is not available for replenishment from the NPV, the Contractor will request replenishment with a therapeutically equivalent substitute product with the same drug, dose, and dosage form. In cases where therapeutic equivalent agents are used to replenish dispensed agents, the Contractor will maintain records which permit the therapeutic equivalent agents to be tracked by quantity and cost back to the original agents in the Contractor's inventory. The quantities ordered from the NPV for replenishment shall not exceed the quantities dispensed. The Contractor shall reconcile any latent replenishment owed, no more than 90 days after conclusion of each option period. If the quantity owed cannot be depleted within this timeframe, the Contractor shall notify the Contracting Officer or COR, to request an extension and provide a plan to reconcile within reasonable amount of time.

**C.6.8.8.** The Contractor will provide written notification to the Government within ▮ days if availability issues result in prescriptions being returned to the beneficiary.

**C.6.8.9.** The Contractor shall coordinate with the NPV and the DLA-TS as necessary to accomplish the replenishment of pharmaceutical agents. The operational processes for this coordination are between the Contractor and the NPV, but shall be consistent with NPV requirements established in the DLA-TS/NPV contract SPE2DX-20-R-0001, or successor contracts.

**C.6.8.9.1.** The maximum number of discrete contractor facilities at which the NPV can support replenishment is 12.

**C.6.8.10.** The Contractor shall work collaboratively with the NPV to achieve efficiencies with regards to communications, ordering and delivery practices, usage forecasting and necessary reporting to facilitate replenishment. ▮▮▮▮▮▮▮▮▮▮▮ (b) (4)
▮▮▮▮▮▮▮▮▮▮▮▮

**C.6.8.11.** The Contractor shall provide usage data to the NPV for prescriptions dispensed by TMOP and specialty pharmacies in the network. The data should allow the NPV to accurately forecast the quantities necessary to meet current usage demands. The Contractor shall notify the NPV at least 14 days prior to any situations which may impact usage demands (e.g., the movement of prescription volume between dispensing facilities, benefit design changes or any other situations that may

SECTION C
STATEMENT OF WORK

impact usage demands) to ensure the NPV is able to support such changes. ███ (b) (4) ███

**C.6.8.11.1.** For newly marketed items of supply, the Contractor shall notify the NPV at least 30 days before changes in its usage patterns. Newly marketed items of supply are items approved by the FDA within the past six months.

**C.6.8.11.2.** The Contractor shall notify the NPV if any item is being removed from their usage data. The data will be removed by the NPV effective the last day of that calendar month.

██████ The Contractor shall participate in a process to expend any credits that have accumulated with the NPV as a result of returns, pricing errors, and other adjustments. In the event of an unusually large credit, the Government may initiate an out-of-cycle request to perform the process.

██████ As provided herein, the Contractor shall primarily dispense agents which are replenishable by the NPV. The Contractor understands that dispensed agents unreplenishable from the NPV are the responsibility of the Contractor. When an agent that is normally available from the NPV becomes unavailable, the Contractor will utilize its inventory to fill prescription orders, until NPV replenishment occurs, or a MPPP recommendation if approved by the Government under C.6.8.22.

██████ A dispensed pharmaceutical agent that has not been replenished is deemed unreplenishable (subject to be confirmation of individual agents by the Government) in the following cases:

- If the agent is a discontinued brand product which cannot be replenished. This does not include cases in which a branded NDC has changed and an equivalent product, referenced by NDC, is available.

- If the agent is a discontinued generic product, for which a therapeutic equivalent generic product cannot be replenished.

- Where the Government has directed a change from a brand product to a generic equivalent associated with a market shift to the generic product.

- Specific medications, defined by the Government, which have limited or no commercial use but are necessary to support troop readiness or operational contingency requirements.

- Specific situations in which the Contracting Officer or the COR determine that replenishment is not appropriate.

██████ Annual Rebaseline. Prior to the start of pharmacy services and by a date mutually agreed upon after award, and during each successive exercised option period within 60 days of CO notification, the Contractor shall submit a baseline listing of multi-source generic or branded products by 11-digit NDC for approval by the CO or COR (CDRL W010). Each baseline listing will identify the therapeutically equivalent NDC that is the most economical to the Government and will be dispensed for each product whenever substitution is permitted by the prescriber.

SECTION C
STATEMENT OF WORK

Continuous Monitoring. Following the start of option period 1, the Contractor shall continuously monitor availability and pricing of all replenished products and provide weekly recommendations to the Government for the most cost-effective agents to be dispensed (CDRL W010). The Contractor shall identify the recommended change by 11-digit NDC for the Government's approval and the anticipated annual savings to the Government based on current utilization trends. The Contractor shall exclude those products acquired under a commercial market recommendation approved by the Government per C.6.8.22.1, during the period in which the Contractor is dispensing the commercial products.

Authorization for NDC change requests for agents replenished must be obtained from the CO or COR in writing (CDRL D010). The Government may direct the Contractor to make additional changes due to: 1) significant changes in drug prices, 2) the Government's award of a pharmaceutical procurement contract, or 3) other circumstances that necessitate a change. In the event, an NDC change takes longer than 30 calendar days to complete, the Contractor shall notify the Government per C.6.8.18

The Contractor shall complete each NDC change no later than 30 calendar days after being notified by the Government. The Contractor shall submit a written request for extension to the COR within10 days of receiving initial notification if the NDC change is expected to take longer than 30 calendar days. The request shall state the date the NDC change will be made and include the rationale for the extension.

In situations where NPV has supplies of government-specific inventory, the Contractor shall work with the NPV to deplete existing supplies prior to implementing an NDC change or dispensing the commercially-acquired pharmaceutical agents. The Contractor shall notify the Government if it anticipates it will be unable to deplete this inventory.

Receipt of Goods. The Contractor's facility(ies) ordering replenishment (hereby within referred to as ordering facility) shall have 48 hours after inventory is delivered by the NPV to acknowledge receipt for orders via an EDI 527 transaction (C.6.8.9). If the receipt of an order is not acknowledged within 48 hours after delivery, the ordering facility's ability to report discrepancies will be waived and all items in the order shall be considered received in full.

Discrepant Orders. The ordering facility(s) shall report all discrepancies relating to an order delivered by the NPV within 48 hours after delivery. Discrepancies include but are not limited to the following conditions:

- Products were shipped in error.
- Overages or short ships.
- Products with concealed damages or damaged in shipment.
- Products that did not meet the expiration/shelf life dating requirements of the NPV contract, unless otherwise authorized by the ordering facility or the DLA Troop Support NPV Contracting Officer.
- Products that were recalled, regardless of level of recall, except when the manufacturer's policy states otherwise, in which case the manufacturer's disposition instructions shall be followed.
- Other conditions consistent with the PPV's normal return policy.

SECTION C
STATEMENT OF WORK

**C.6.8.21.1.** The ordering facility(s) shall report all discrepancies to the NPV customer service center within 48 hours after receiving an order (CDRL R010) and shall include the DLA Troop Support Discrepancy Mailbox (See Attachment J-3, Line 15) on any communication to the NPV regarding discrepancies. Any discrepancies reported after 48 hours may be rejected by the NPV. In limited instances, a discrepancy may require additional research to reach a final conclusion which shall have a mutually agreed upon date between the NPV and the ordering facility. Notification of these instances and the agreed upon resolution date shall be reported to the NPV, DLA and DHA as soon as they are identified.

**C.6.8.21.2.** If an ordering facility receives an overage, or agent is received after the NPV cancelled the item on the order confirmation, the ordering facility shall notify the NPV and obtain disposition for the items.  The NPV is to either provide a return authorization number and arrange for pickup or inform the ordering facility of other actions.  The ordering facility is not authorized to keep the overage or cancelled agent. Discrepant goods will be held by the ordering facility's receiving point subject to NPV's disposition instructions.

**C.6.8.21.3.** The Contractor shall submit all discrepancies regarding cold chain products directly to DLA Troop Support Cold Chain Management, where it will be evaluated for product quality. When valid discrepancies are identified, DLA Troop Support Cold Chain Management will notify the NPV of the specific error and indicate when receipt for goods should not be posted by the Contractor or if a credit must be given.

**C.6.8.22.** Market Priced Pharmaceutical Program (MPPP)

**C.6.8.22.1.** The Contractor may recommend to the Government sustainment offers of Trade Agreement Act (TAA) compliant agent(s) to dispense at TMOP or specialty pharmacy(ies)  where supply sources are not stable or are unavailable through the NPV(s).  Such offers may address situations when the only alternative agents available from the NPV(s) are branded agents, or agents otherwise treated as brand, which are more costly to the Government compared to generic agents available in the commercial market. The Government may impose additional restrictions such as minimum order thresholds.

**C.6.8.22.2.** The Generic Sequence Number (GSN) shall be the means of identifying the recommended drug family.

**C.6.8.22.3.** The Contractor's MPPP recommendation shall provide the following:

- The specific medical pricing catalog NDC and price for which a therapeutically equivalent agent is being offered.

- Evidence of market conditions which support the Contractor's recommendation based on the Government's usage demands at the time of evaluation.

- An attestation that the product is therapeutically equivalent to the comparable agent listed on the medical pricing catalog.

- An attestation that the drug is TAA compliant.

SECTION C
STATEMENT OF WORK

- The unit price and quantity available from the recommended commercial source.

- The proposed total cost to include drug, administrative fee, and estimated incentive.

- The expected allocation of drug, utilization between DoD and Dual-Eligible Beneficiaries.

- Cost savings of the combined drug and administrative fee when compared to the listed price on the MMC.

- The expiration date of the offer, as well as the estimated time period during which the product shall be dispensed based on current usage demands.

**C.6.8.22.4.** The Contractor shall advise DLA concurrently of offers they submit to the DHA Contracting Officer. The information provided to DLA shall include the NDC but shall exclude contractor pricing information.

**C.6.8.22.5.** If the Contractor's MPPP recommendation is approved by the Government, a provisional approval will be communicated to the Contractor, who will then communicate the specific NDC to be purchased to the Government. The Government will then use the NDC to make an independent determination of therapeutic equivalence and TAA compliance.

**C.6.8.22.6.** Upon the Government's confirmation of the Contractor's attestations, the parties will execute a modification identifying the pharmaceutical agent, unit price, and quantity at which the Contractor is authorized to purchase and dispense the specified agents (M140) in lieu of ordering replenishment. The Contractor will be paid an administrative fee for each recommendation which is accepted by the Government and implemented and may request reimbursement for the cost of pharmaceutical agents (described herein) dispensed by invoicing the as described in Section G.

**C.6.8.22.7.** If the NPV has excess quantities of government-specific inventory on hand (for the purpose of replenishment), the Contractor shall coordinate with the NPV to deplete these supplies per C.6.8.19 prior to dispensing the commercially-acquired pharmaceutical agents through the MPPP. Once the Contractor begins to dispense commercially-acquired product, all such product shall be dispensed before the resumption of dispensing product for replenishment. The Contractor shall notify the NPV, to ensure product is available to support the Government usage demands, prior to when it has completed the dispensing MPPP-acquired pharmaceutical agents and allowing for seamless transition back to use of Government replenished inventory.

**C.6.8.22.8.** At the request of the Government, the Contractor may submit MPPP offers to meet the requirements of MTF pharmacies. Any additional terms and conditions needed to facilitate this support may be negotiated as needed.

## C.7. Formulary and Benefit Design

### C.7.1. DoD Uniform Formulary

**C.7.1.1.** The Contractor shall comply with the provisions of the DoD Uniform Formulary and its copayment structure. Uniform Formulary changes are generally announced quarterly. Additional

**SECTION C**
**STATEMENT OF WORK**

information may be found at in the DoD P&T Committee Minutes (Attachment J-3, Line 1) and on the TRICARE website (Attachment J-3, Line 14).

▨▨▨▨ The Contractor shall participate in the formulary review process as a voting member of the Beneficiary Advisory Panel (BAP). Further information is available at the BAP website (Attachment J-3, Line 5).

▨▨▨▨ When the P&T process makes changes to the formulary, such as the approval of new or revised clinical restrictions, prior authorization, medical necessity, or alters clinical and/or safety criteria, the Contractor shall accurately adopt those changes according the specified implementation date. The Contractor shall continually monitor and implement published uniform formulary changes (see Attachment J-3, Line 1).

▨▨▨▨ The Contractor shall participate in person at quarterly meetings with the Government to align on implementation of benefit design changes.

▨▨▨▨ Copayments based on formulary status, point of service, and beneficiary category shall be charged to beneficiaries in accordance with the TRM, Chapter 2, Addendum B.

▨▨▨▨ The Contractor shall provide a report (CDRL M200) documenting the implementation of benefit design changes and the identification and correction of inaccuracies.

**C.7.2.** Contractor Formulary Support

▨▨▨▨ The Contractor shall augment and support DHA's efforts in developing methodologies for benefit design analysis and drug class reviews utilizing clinically appropriate best practices. Recommendations will be advisory, evidence-based and clinical in nature, and include documentation and supporting materials to inform the DHA decision-making process. The scope of the recommendations shall include outpatient formulary (UF/BCF/ECF) drug/drug class reviews to include recommendations for formulary status (e.g., UF, NF, step preferred, non-preferred, not covered), prior authorization and medical necessity criteria, quantity limits, ingredients for compounds, medications appropriate for the specialty program, and inpatient drug formulary recommendations to support DHA efforts to standardize MTF inpatient and clinic administered drug utilization and dispensing. Formulary recommendations must be in compliance with 32 CFR 199.21, align with DoD benefit design rules, evolve with Congressionally mandated changes and DHA program needs, and meet cost-effectiveness objectives of the DHA while preserving access and readiness.

▨▨▨▨ The Contractor shall monitor and provide timely notification to the Government of new agents that are scheduled to come to market which would generally be covered. The Contractor shall facilitate in identifying these agents as an innovator or a line extension and provide commercial formulary management strategies as available.  In addition, the Contractor shall provide approval pathways (e.g., NDA, ANDA and BLA) and identify if new agents are authorized generics and biosimilar products all in effort to support formulary decision making.

▨▨▨▨ The Contractor shall provide market drug trend reports and pipeline analysis no less than quarterly (Q170).

**SECTION C**
**STATEMENT OF WORK**

**C.7.2.4.** <span style="background:black">(b) (4)</span>

**C.7.3.** Benefit Design

**C.7.3.1.** The Contractor shall ensure all changes to the benefit design are accurately implemented and maintained in accordance with the Government's intent. The Contractor shall obtain clarification if the Government intent is unclear prior to assigning benefit design changes (e.g. formulary status, copay structure, PA/MN criteria, etc.)

**C.7.3.2.** Use of Generics

**C.7.3.2.1.** The Contractor shall adjudicate prescriptions in accordance with the TRICARE pharmacy program's mandatory generic substitution policy under 32 CFR 199.21. The Contractor shall accept certain Dispense as Written (DAW) codes in limited situations as directed by the Government.

**C.7.3.2.2.** The Government may designate a special status to specific medications. When directed by the Government, the Contractor shall regard designated brand medications as generics and designated generics as brand, applying the appropriate formulary status and copay. The P&T Committee decisions will govern the formulary status of a particular medication. This status may be designated for a specific point of service. The Contractor shall notify the Government when a brand / generic designation is changed (e.g Authorized Generic) as a commercial practice.

**C.7.4.** Vaccines

**C.7.4.1.** TRICARE authorized vaccines may be administered by retail network pharmacies in accordance with the Centers for Disease Control (CDC) immunization protocols (see Attachment J-3, Line 6), and are covered under the TRICARE Pharmacy Benefit in accordance with TPM Chapter 7, Section 2.2. The Contractor shall maintain a list of covered vaccines and adhere to any future change to CDC immunization protocols. The Contractor shall update vaccine availability immediately upon the new vaccine effective date, in accordance with TPM Chapter 7, Section 2.2. The Contractor shall making a list of covered vaccines publicly available for TRICARE beneficiaries.

**C.7.4.2.** The Contractor shall ensure that retail pharmacies adjudicate vaccine claims utilizing the most current vaccine NDC(s) available for those vaccines that are reformulated frequently (e.g. influenza vaccine). Prior vaccine NDC(s) should not adjudicate.

**C.7.5. Infused and Injectable Medications.** The Contractor shall process claims for infused and injectable pharmaceutical agents in accordance with the TPM, Chapter 8, Section 9.1 and Section 20.1.

**C.7.6. Non-Covered Items.** The Contractor shall deny requests for pharmaceutical agents and supplies not covered under the pharmacy benefit in accordance with DoD P&T policy. Appeals of

SECTION C
STATEMENT OF WORK

denied claims submitted by the beneficiary will be reviewed under the appeals process, set forth in TOM, Chapter 12.

**C.7.7. Compound Prescription Program.** The Contractor shall manage a compound prescription program. The program shall, at a minimum:

- Align with industry best practices
- ███████████ (b) (4) ███████████
- Ensure evidence-based safety, clinical effectiveness and cost effectiveness
- Monitor and advise on opportunities to control compound spending and average cost per prescription
- Perform continuous surveillance to ensure appropriate compound billing practices
- Apply to compound prescription claims from MTFs processed under the MHS GENESIS

**C.7.7.1.** The Contractor shall provide a monthly report per CDRL M210.

**C.7.8. Safety and Enhanced Care Services.** The Contractor shall provide services to manage appropriate use of medications and treatment regimens for non-specialty medications to achieve measurable outcomes and cost controls. Management strategies shall engage beneficiaries, prescribers and/or pharmacies and incorporate evolving industry best practices or commercial standards. Outcomes shall include but are not limited to:

- Prevent adverse drug events
- Increased use of preferred formulary agents
- Maximizing generic utilization
- Improved adherence
- Improved understanding of the DoD Benefit Design by beneficiaries, prescribers and/or pharmacies
- ███████████ (b) (4) ███████████

**C.7.8.1.** The Contractor shall monitor for potential non-adherence that might result from designated DoD benefit design edits (i.e., Prior Authorization, step therapy and non-covered), leading to prescription claim rejections or barriers that might prevent access to certain pharmaceuticals. The contractor shall conduct interventions to maximize continuity of care. This is independent of standard DUR safety edits, and will only be implemented for Government designated drugs and DoD benefit design edits and shall be suppressed for MTF upon request by the Government.

**C.7.8.2.** The Contractor shall maximize appropriate treatment regimens utilizing formulary preferred agents based on widely accepted evidence based treatment guidelines, or commonly accepted medication-related performance measures from nationally recognized certifying bodies such as CMS, PQA, and NCQA.

**C.7.8.3.** The Contractor shall support the use of electronic tools described in C.11.15 to facilitate the efforts described in this section.

SECTION C
STATEMENT OF WORK

▨▨▨▨ The Contractor shall provide a report, submitted no less than quarterly, including the following (CDRL Q070):

- **Actions taken to support continuity of care;**
- **Enhanced care outcomes; and**
- **Cost savings/avoidance.**

## C.8. Clinical Reviews and Overrides

**C.8.1.** The Contractor shall perform clinical reviews for pharmaceuticals designated by the P&T as requiring PA and/or MN, and based upon P&T established criteria and/or Government direction. The P&T Committee will provide PA and/or MN criteria for these pharmaceuticals.

**C.8.2.** The Contractor shall apply Government-approved criteria and utilize commercial best practices for conducting all clinical reviews to achieve the TRICARE Pharmacy Program objective of reduce costs to the Government by maximizing the use of preferred drugs and minimizing the use of non-preferred or non-formulary drugs.

**C.8.3.** When P&T designates new pharmaceuticals as requiring a PA or MN, the Contractor shall adopt those changes according the specified implementation date.

**C.8.4.** The Contractor shall maintain clinical review criteria by making appropriate recommendations for changes to the criteria if new clinical information becomes available after the implementation period.

**C.8.5.** The Contractor shall have a process for validating new clinical review requirements to ensure that claims adjudicate as intended by the Government.

**C.8.6.** The Contractor shall recognize PA/MNs across all points of service unless otherwise directed by the Government.

**C.8.7.** Clinical Review Processes

▨▨▨▨ The Contractor shall not perform a clinical review if the required PA or MN is active on system-wide profile, except as described in C.8.10.2.

▨▨▨▨ If the required PA or MN is not on file, the Contractor shall perform the relevant determination and transmit the approval or denial to the PDW.

▨▨▨▨ The Contractor shall submit TED records in accordance with the TSM for all approved or denied clinical reviews performed, including those performed electronically per C.11.15.9.

**C.8.7.3.1.** If additional information is received for a denied PA or MN within 30 calendar days of the initial denial, the reconsideration shall be part of the initial review. The Contractor shall not revise the previously submitted TED or generate a new TED for the revised PA or MN.

## SECTION C
## STATEMENT OF WORK

C.8.7.4. The Contractor shall allow an MTF pharmacist to report completed clinical reviews and shall document such reviews on the Contractor's system. These PAs shall be immediately available for claims processing.

C.8.7.5. An MTF prescriber the prescriber's representative, or a pharmacist may also utilize the Contractor's call center or web tools to request a clinical review, which shall be conducted per the requirements under C.8.10.2.

C.8.7.6. In cases where the clinical review was conducted by the MTF and placed on the profile by the Contractor (per C.8.7.4 above), the Contractor shall not submit a TED record.

C.8.7.7. The Contractor shall notify the beneficiary and the prescriber of the clinical review decision, except in cases where the review was performed by an MTF under C.8.7.4.

C.8.7.8. For denied clinical review determinations, the Contractor shall notify the beneficiary in writing and advise them of their appeal rights. The initial notification shall contain sufficient information to enable the beneficiary or prescriber to understand the basis for the denial and shall state with specificity what services and supplies are being denied and for what reason (i.e., listing specific PA or MN criteria not met).

C.8.7.9. The Contractor shall utilize commercial best practices for communicating these denials to minimize beneficiary confusion.

C.8.7.10. An appeal of the Contractor's initial determination and any further appeals shall be processed in accordance with the TOM, Chapter 12.

C.8.7.11. When appropriate to align with commercial best practices and DoD benefit design rules, the Contractor will propose proven commercial strategies for clinical reviews and shall provide recommendations to improve DHA supplied clinical review criteria.

**C.8.7.11.1.** (b) (4)

C.8.7.12. The Contractor shall perform PA determinations regarding off-label use of pharmaceuticals in accordance with the TPM, Chapter 8, Section 9.1.

C.8.7.13. The Contractor shall have the ability within its system to identify all beneficiaries with an existing PA or MN for specific medications, at the request of the Government.

C.8.7.14. The Contractor shall have the ability to apply, shorten, extend, or remove a specific PA or MN for any identified patient or group of patients. The Contractor shall execute this process within 30 days of receiving a request from the Government.

C.8.7.15. The Contractor shall process clinical review requests and provide notification to the beneficiary and the prescriber in a manner that meets the minimum processing standards below.

**C.8.7.15.1.** (b) (4) of all clinical reviews shall be completed and notification sent within (b) (4) days of receipt of a properly completed request, measured monthly.

SECTION C
STATEMENT OF WORK

**C.8.7.15.2.** 100% of all clinical reviews shall be completed and notification sent within10 days of receipt of a properly completed request, measured monthly.

The Contractor shall provide reporting on clinical review volumes and processing times (CDRL Q010). Electronic Prior Authorizations (ePA) (see C.11.15.9) shall be tracked and reported separately from non-electronic reviews. Appeals data will also be tracked and reported separately.

At the Government's request, the Contractor shall provide ad hoc reporting to retrieve PA and MN data extracts by drug or drug class with sufficient detail to determine specific outcomes (approval or denial) for each PA transaction.  The report shall detail decision pathways and specific criteria which lead to approvals and denials.  The report shall provide percent approved or denied via a given pathway over a specified time period. All data extracts must be in CSV or Microsoft Excel® format.

**C.8.8.** Availability of Medications Non-Compliant with Federal Ceiling Price

The Contractor shall limit retail network claims for covered drugs based on written pricing agreement requirements at 32 C.F.R. 199.21(q) (2). The P&T process will determine when covered drugs are unavailable through the retail network under this regulation and determine the criteria for preauthorization. These items and their respective implementation dates are published on the DoD P&T Committee website (Attachment J-3, Line 1).

Beginning on the published implementation date, access to these medications in the retail pharmacy network shall be restricted in accordance with TPM, Chapter 8, Section 9.1. The Contractor shall block all dispensing of the selected drug in the retail network, except when a preauthorization has been approved.

As the Government restricts access to a non-compliant covered drug, the Contractor shall notify beneficiaries with active prescriptions, describing the new restriction and providing information on how to change the current prescription to either an approved agent or move to TMOP (See C.9.3.3). The beneficiary may also submit a request for preauthorization, which shall be considered a type of clinical review and processed under the requirements in C.8.1.

**C.8.9.** Clinical Reviews for Dispensing Brand over Generic. The Contractor shall perform PAs using Contractor-developed, Government-reviewed criteria to determine when there is a clinical justification to use a brand name drug in lieu of a generic equivalent. The Contractor's criteria and documentation of clinical basis for criteria will be made available to the COR, for initial approval and concurrence, not less than 120 days prior to the start of pharmacy services. Once initial criteria are approved, the Contractor may only make changes to the criteria upon the Government's review and concurrence.

**C.8.10.** Administrative and Automated Overrides. The Contractor shall perform administrative and automated reviews. These edits do not require the same level of effort as clinical reviews and shall not be considered as such. These edits include but are not limited to automated overrides for age limit and gender restrictions for beneficiaries who meet the criteria, automated profile reviews, as well as quantity limit overrides for vacations, deployments, or medication dosage

SECTION C
STATEMENT OF WORK

changes. System-generated overrides shall be distinguished from PAs resulting from a clinical review on the patient's profile and in the PDW.

C.8.10.1. The Contractor shall not submit a TED for administrative or automated overrides.

C.8.10.2. Administrative Overrides for MTF Claims

**C.8.10.2.1.** Administrative Overrides Applied for CHCS

C.8.10.2.1.1. MTF pharmacies perform their own clinical reviews and the Government deems that the requirement for PA and/or MN has been satisfied if that drug has been dispensed at an MTF pharmacy, including medications dispensed in theater. Outside of other reject issues, the Contractor shall place these claims on the beneficiary's profile and not subject them to the daily report of MTF validity rejects, as described in C.5.3.3.

**C.8.10.2.2.** Administrative Overrides Applied for MHS GENESIS

C.8.10.2.2.1. MTF Claims processed through MHS GENESIS will require PA and/or MN justification when required by P&T. The Contractor shall not allow MTF claims for non-formulary agents from MHS GENESIS to adjudicate without documentation of the MN. The Contractor shall return a reject to the MTF when MN is required.

**C.8.10.2.2.2.** Where appropriate, for non-formulary medications requiring a PA, the Contractor shall combine the MN and PA criteria to address medical necessity through the MN criteria and clinical appropriateness through the PA criteria. Approvals of the combined criteria will be portable to retail and mail order points of service and will allow for a UF cost-share. If a beneficiary has an existing PA approval for a non-formulary drug on their profile, a reject will still be returned to the MTF when a MN approval is not on the profile.

**C.8.10.2.2.2.1.** If a combined MN and PA review is administered by the contractor, a review for MN in addition to a review for PA will also be paid against CLIN X011 or X012 (G.3.5.7.4).

**C.8.10.2.2.3.** At the direction of the Government, the Contractor shall load PA and/or MN overrides for existing beneficiaries receiving medications at MTF pharmacies. The Government will provide direction based on need in advance of each MHS GENESIS wave.

**C.8.10.2.3.** In the case of medications non-compliant for Federal Ceiling price, an MN allowing for the dispensing of a non-formulary medication at an MTF shall not allow a patient to qualify for a reduced copay.

**C.8.11. Automated Profile Reviews.** The Contractor shall provide automated profile reviews for pharmaceuticals and drug classes designated by P&T. Step therapy is a type of automated profile review that is intended to channel patients to preferred agents that provide the most cost-effective therapy and the least risk to patients. The Contractor shall perform the step therapy reviews electronically via automated medication profile review in real-time at the point of service. When a prescription for a drug requiring automated profile review is presented, the automated profile review will look back up to 360 days for qualifying drugs. The Contractor's look back

SECTION C
STATEMENT OF WORK

methodology shall have technical capabilities to be able to address a variety of potentially complex step edits, including but not limited to multiple steps. The Contractor shall not submit TEDs for automated profile reviews.

**C.8.12. Prescription Monitoring Initiatives.** Under 32 CFR 199.4, TRICARE may not cost share drugs to support or maintain a potential abuse situation. In coordination with prescribers and MCSCs, the Contractor shall support prescription and utilization monitoring intended to identify potential abuse situations and restrict access to prevent further abuse. Two aspects of prescription monitoring include the Beneficiary Monitoring Program, described under C.8.12.1, and MTF Restrictions, described under C.8.12.2.

**C.8.12.1.** Beneficiary Prescription Monitoring Program

**C.8.12.1.1.** The Contractor shall manage the Beneficiary Prescription Monitoring Program in accordance with the requirements set forth in TOM, Chapter 28. The Contractor shall coordinate efforts to identify potential candidates with the regional MCSCs and directly with the MTF sites.

**C.8.12.1.2.** The Contractor shall generate a quarterly listing of the most likely candidates for restrictions (CDRL Q060).

**C.8.12.1.3.** The list will contain the top 100 candidates for each region based on the beneficiary's Primacy Care Manager (PCM) assignment (Prime) or region location (e.g., residential address of Select beneficiaries). All candidates with an MTF PCM will be referred to the respective MTF while patients enrolled with an MCSC (Prime or Select) will be referred to that MCSC to review the candidates for possible restrictions.

**C.8.12.1.4.** Upon receiving a determination from an MCSC identifying those beneficiaries to be enrolled in the program, the Contractor shall send them letters in accordance with TOM Chapter 28.

**C.8.12.1.5.** Upon receiving the beneficiary's written response designating their prescribing providers, or the MTFs direction on restriction, the Contractor shall lock the beneficiary in accordance with the specified restrictions. Once the beneficiary is locked, the Contractor shall reject all pharmacy prescriptions submitted which violate a beneficiary's restriction(s).

**C.8.12.1.6.** The Contractor shall notify the COR and other designated authorities of beneficiaries who have not responded within 14 calendar days to approve the entry of 100% cost share restriction. A list of these beneficiaries shall be provided in CDRL Q060.

**C.8.12.1.6.1.** The Contractor shall post a record of dispensing to the beneficiary's profile when a beneficiary pays full price for restricted medications, since it is considered a non-covered service. The Contractor shall reimburse paper claims submitted by beneficiaries who paid the full cost of a restricted medication, only after authorized by the COR subsequent to a review.

**C.8.12.1.7.** The Contractor shall enter the prescriber selections from the beneficiary or restriction guidance from the Government within 24 hours of receiving. Approved overrides to restrictions will be completed as soon as possible, not to exceed four (4) business hours. For one-time exceptions to allow a claim to process, three possible overrides may be offered, depending on the situation and point of service. All overrides shall be reported in CDRL Q061.

SECTION C
STATEMENT OF WORK

A. Override by request – Immediately upon receiving the request, the Contractor enters an override to allow the prescription to process outside of the restriction. The override limit is set per TOM Chapter 28 unless the COR provides additional guidance.
B. Approved Overrides – When a request is made, the Contractor shall gain approval from the MTF POC or MCSC POC where the restriction originated or the COR as necessary to facilitate the process. The COR will provide concurrence for MCSC overrides and changes. The Contractor shall enter the override as soon as possible, not to exceed four (4) business hours.
C. Pharmacy Overrides – An override entered by the pharmacy as part of the claim adjudication process.

**C.8.12.1.8.** The Contractor shall apply restrictions differently for TMOP, retail, CHCS MTF, and MHS GENESIS prescriptions and overrides shall be offered as follows:

**C.8.12.1.8.1.** The Contractor shall reject TMOP and retail network pharmacy prescriptions if they are not in compliance with the beneficiary's restriction. An override by request (See C.8.12.1.7 (A) above) may be issued when the beneficiary calls the Contractor. When the number of overrides by request for that period has been reached, the Contractor may approve override (See C.8.12.1.7 (B) above) after approval of the appropriate POC.

**C.8.12.1.8.2.** A CHCS MTF prescription will generate a ProDUR warning alerting them that the beneficiary is not in compliance with their restriction, which the MTF can override (See C.5.2.).

**C.8.12.1.8.3.** MHS GENESIS prescriptions will be rejected if they are not in compliance with the beneficiary's restriction. The pharmacy may enter their own override (See C.8.12.1.7(C) above) or may contact the Contractor to request an override (See C.8.12.1.7 (A) above). Overrides by request shall be honored when requested by the MTF pharmacy.

**C.8.12.1.9.** The Contractor shall be available during all hours that MTF pharmacies using MHS GENESIS are open to assist the MTFs by providing information about the patient restrictions and entering an override by request.

**C.8.12.1.10.** The Contractor shall also apply restrictions for beneficiaries at their own request (for example, in the case of identity theft). Beneficiaries with restrictions entered at their own request may dis-enroll from the program at any time and remove all restrictions.

**C.8.12.1.11.** To aid the Government in monitoring the program, the Contractor shall provide reporting on the number of beneficiaries with restrictions, changes to restrictions over the reporting period, beneficiaries not in compliance with their restrictions, and an MTF compliance summary (CDRL Q061).

**C.8.12.1.12.** The Contractor shall provide a monthly updated report to the Government office (each TRO, program office (e.g., dental) or MTF) a list of their assigned beneficiaries restricted in their area (CDRLs M230, M231).

**C.8.12.2.** Other MTF Restriction Programs

SECTION C
STATEMENT OF WORK

**C.8.12.2.1.** In addition to the Beneficiary Prescription Monitoring Program, individual MTF sites may have specific utilization and prescription monitoring programs, such as Warrior Transition Units, where military personnel may be enrolled for a limited duration. Under these programs, the MTF will make determinations for entry, modification and removal of a beneficiary's restrictions. The MTFs will communicate these determinations to the Contractor to modify restrictions. The Contractor shall enter or update these restrictions as described above.

**C.8.12.2.2.** The Contractor shall create and maintain the MTF restriction forms, stored on their website in a location communicated to the MTFs. The Contractor shall provide proposed changes to the Government for review and concurrence. The form will contain, at minimum, the following data elements:

- New or modified request
- Date of request or modification
- Reinstatements of previous restrictions and effective date
- Restricted beneficiary's information (name, DoD ID, date of birth)
- Type of lock
- Provider(s) name and DEA/NPI
- Pharmacy's name and NPI
- Requestor POC information (phone number, email, signature, and date for prescriber, registered nurse, and/or MTF RPh)
- Restricting MTF Site
- Reason for Request and effective date
- Whether member has been notified of restriction

**C.8.12.2.3.** The Contractor shall provide a monthly report containing the beneficiaries' profiles broken out by prescriber (CDRLs M230, M231). This monthly report will also contain at summary level, at a minimum, the following data elements:

- MTF prescribers that write for restricted beneficiaries that are not assigned to them
- MTF prescribers writing a high volume of Schedule II-V prescriptions
- Non-compliant beneficiaries.

C.8.12.3. Prescription Drug Monitoring Programs

**C.8.12.3.1.** The Contractor shall establish the MHS as a new "state" for the purposes of sharing data with all other Prescription Drug Monitoring Programs (PDMPs). The Contractor shall be the MHS PDMP administrator. The MHS PDMP will be developed and supported compatibly with PMP Interconnect, the nationwide, interoperable PDMP data sharing hub owned by the National Association of Boards of Pharmacy (NABP). MHS PDMP data shall be available for registered PDMP users for all other states, including prescribers, pharmacists and their respective delegates.

**C.8.12.3.2.** The Contractor shall update the PDMP data each day with prescription dispensing activity from the previous day. The data file shall contain all DEA Schedule II-V prescriptions, including compounds and partial fills, which are dispensed from an MTF pharmacy (both CHCS and MHS GENESIS). At the Government's direction, the Contractor shall also include specified non-controlled drugs with high potential for abuse. The Contractor shall submit data using the most

## SECTION C
## STATEMENT OF WORK

current version of the American Society for Automation of Pharmacy (ASAP) 4.25A Standard, to include future updates in accordance with industry best practices. The Contractor shall monitor MHS PDMP data on a daily basis and perform validation and reconciliation of the MHS data. The Contractor shall populate the file using each beneficiary's most current available address. As the administrator, the Contractor shall have processes to mitigate data integrity errors and to correct errors as needed to allow record to post to the PDMP. The Contractor shall maintain a log of all these errors and their corrections, which will be made available to the Government for review upon request.

**C.8.12.3.3.** The Contractor shall provide MHS registered users with secure web-based access to query the most currently available data from all PDMPs that support sharing with MHS PDMP. The Contractor shall provide support to MHS users for issues related to data content and accuracy of the MHS PDMP database. The Contractor shall register all credentialed MHS prescribers, pharmacists, and their appointed representatives to allow them access to query all sharing PDMPs. The Contractor shall facilitate timely registration of all qualified MHS users, and provide training and education on appropriate use of the PDMP.

**C.8.12.3.4.** The Contractor shall provide monthly reporting on registrations and queries of PDMP data in accordance with CDRL M220.

## C.9. Customer Service

**C.9.1.** Beneficiary Services

**C.9.1.1.** The Contractor shall offer beneficiary services, including a call center. The Contractor shall operate beneficiary services with personnel predominantly dedicated to this contract and shall respond to beneficiary inquiries 24 hours a day, 365 days a year, in accordance with the contract requirements and performance standards stated below.

**C.9.1.1.1.** Through its beneficiary services operation, the Contractor shall provide accurate, complete, and timely responses in a courteous manner to questions from beneficiaries about any aspect of the services provided under this contract.

**C.9.1.1.2.** The Contractor shall use best commercial practices and technology that meet the needs of the MHS beneficiary in providing customer support and education resources, including mobile access and social media.

**C.9.1.1.2.1.** (b) (4)

**C.9.1.1.3.** The Contractor shall provide beneficiary services to beneficiaries with special needs.

**C.9.1.1.3.15.** The Contractor shall provide beneficiary services to non-English speaking beneficiaries

**C.9.1.1.3.16.** The Contractor shall provide beneficiary services for the hearing and visually impaired TRICARE beneficiaries.

SECTION C
STATEMENT OF WORK

**C.9.1.1.4.** The Contractor shall offer toll-free number(s) and number(s) for international callers in support of all the services provided under this contract, based on the requirements in TOM Chapter 23, Section 4 and Chapter 11, Section 6.

**C.9.1.1.5.** The Contractor shall maintain a list of all telephone and fax numbers used in the support of this contract and shall provide updates to the Government when numbers are added or changed and upon request.

**C.9.1.1.6.** The Contractor shall provide beneficiaries with access to their own claims history for no fewer than 18 months after their TRICARE eligibility has ended.

**C.9.1.1.7.** When the Contractor cannot resolve a specific beneficiary issue related to care not covered under this contract, the Contractor shall facilitate either a warm transfer to internal organizations when appropriate and approved by the Government or provide the beneficiary contact with the appropriate organization to seek additional guidance, in accordance with any MOUs. This requirement includes, but is not limited to, the following situations:

- If the beneficiary's issue concerns DEERS or DEERS eligibility, the Contractor shall refer the caller to the DMDC Beneficiary Telephone Center, and provide phone number and hours of service. These numbers are for beneficiary use only and cannot be used by the Contractor or other service provider.

- If the beneficiary's issue concerns coverage administered by another DHA Contractor (e.g., the MCSCs for their region), the Contractor shall refer the beneficiary to the appropriate TRICARE Contractor. The Contractor shall continue to work the issue until resolved or otherwise dispositioned.

**C.9.1.1.8.** The Contractor's automated response system shall offer an option for beneficiaries to check the status of their TMOP pharmaceutical prescription orders. The initial menu shall also offer beneficiaries the option of being immediately transferred to a Customer Service Representative.

**C.9.1.1.9.** At the beneficiary's request, the Contractor shall perform real-time coverage checks to verify whether a prescription will process under the benefit and confirm the copay that will be assessed. The Contractor's system shall perform a comprehensive mock adjudication utilizing the complete beneficiary profile and claims history when performing the coverage check. The outcome of the coverage check shall accurately reflect how a claim would adjudicate at that time, including:

- Availability and applicable copays at different points of service
- Existing clinical reviews on file and applicable lookback and bypass logic
- Claims history at all points of service
- Benefit rules and formulary limitations

**C.9.1.1.10.** The Contractor shall monitor issues driving call center volume and provide a monthly report of the top call center issues to the Government (CDRL M020). Additionally, significant issues that drive high call volumes or other significant sources of beneficiary dissatisfaction shall be reported to the COR or other designated authority. Interim updates on specific issues shall be provided to the Government upon request.

**SECTION C**
**STATEMENT OF WORK**

**C.9.1.1.11.** On an ongoing basis, the Contractor shall monitor beneficiary calls and industry trends to identify emerging issues impacting TRICARE beneficiaries. These issues shall be communicated to the COR or other designated authority on a timely basis. The Contractor shall work in collaboration with the Government to address these issues as appropriate.

**C.9.1.1.11.1**                  **(b) (4)**

**C.9.1.1.12.** The Contractor shall provide the Government with real-time remote and on-site call monitoring capabilities, as described in TOM, Chapter 11, Section 6.

**C.9.1.2.** The Contractor shall obtain the necessary access to accept referred customer service cases via the Government's secure, web based Assistance Reporting Tool (ART) which promotes customer service by facilitating beneficiary case resolution with less risk of compromising Protected Health Information (PHI).

**C.9.1.3.** All written responses to beneficiaries shall meet the standards established in the Plain Writing Act of 2010 (See 5 USC 301) as implemented in DoDI 5025.13, communicating to beneficiaries in a manner that is "clear, concise, well-organized and follows other best practices appropriate to the subject or field and intended audience." The Contractor shall use alternative government identification number, such as the DoD Benefits Number (DBN) in place of the SSN on outgoing correspondence from the Contractor to the beneficiary.

**C.9.1.4.** The Contractor shall monitor priority correspondence (See TOM Chapter 23, Section 4) addressing any beneficiary issue under this contract received from any source and provide reports of priority correspondence updated as correspondence is entered or closed. The Contractor shall forward priority correspondence to the Government in accordance with TOM Chapter 11, Section 5. In lieu of the reporting requirements in TOM, Chapter 11, Section 5, the Contractor shall follow the reporting requirements in CDRL M030.

**C.9.1.5.** Consistent with TOM Chapter 23, Section 4, the Contractor shall provide an explanation of benefits (EOB) to beneficiaries who obtain pharmacy services. The Contractor shall provide EOBs primarily by electronic means, but will also offer delivery by mail at the beneficiary's request or if a valid email address is not available.

**C.9.1.5.1.** The Contractor shall generate Electronic EOBs monthly but mailed EOBs will only be provided on a quarterly basis. Quarters are defined by the calendar year. EOBs will be generated no later than 11 days after the end of the period being reported (both monthly and quarterly).

**C.9.1.5.2.** Electronic EOBs shall contain information on prescriptions dispensed at all points of service, excluding only those referenced under C.9.1.5.4.

**C.9.1.5.3.** Mailed EOBs shall be sent only to those beneficiaries receiving prescriptions through retail or the TMOP points of service. If the beneficiary also receives prescriptions from additional points of service during that time period covered by the EOB, those shall be listed as well, with the exception of those referenced under C.9.1.5.4.

SECTION C
STATEMENT OF WORK

**C.9.1.5.4.** Claims at certain POS, such as VA CHDR (see C.11.9) shall be excluded from EOBs. The Government may exclude other POS or specific programs from EOBs.

**C.9.1.5.5.** For MTF and MOP claims appearing on an EOB, the Contractor shall apply pricing from the medical pricing file based on the lowest cost entry within the GCN.

**C.9.1.5.6.** The Contractor shall track the volume of EOBs sent through both channels, including the number of returned electronic notifications, the number of beneficiaries that accessed their electronic EOB and the number of mailed copies that were returned (CDRL Q080).

**C.9.1.5.7.** As measured on a monthly basis, the minimum performance shall be as follows:

| Beneficiary Help Desk | |
|---|---|
| **Service Category** | **Performance Standard** |
| Average Speed of Answer (measured from initial connection to answer by a service representative - includes any introductory message or automated menus) | 60 seconds or less |
| Telephone Call Blockage rate | 5% or less |
| Abandoned Call rate at any point | 5% or less |
| Telephone Calls Resolved at any point | 95% during initial call, 100% within 2 days |
| Priority Correspondence - Complete and issue resolved (to the Government's satisfaction, includes Electronic) | 85% during 10 days, 100% within 30 days |
| Routine Correspondence (Includes Electronic) | 85% within 15 days, 100% within 45 days |

The Contractor shall provide reporting on all metrics (CDRL Q020).

**C.9.2.** Pharmacy Help Desk Service

**C.9.2.1.** Starting no later than 40 days prior to the start of pharmacy services, the Contractor shall provide a dedicated toll-free number for a pharmacy help desk that helps retail network pharmacies provide courteous, prompt, and efficient retail pharmacy services to TRICARE beneficiaries in accordance with TRICARE Pharmacy Program requirements.

**C.9.2.2.** The Contractor shall also accommodate calls from MTF pharmacies to support processing of claims, dispensing of medications, or other related issues. The Contractor shall provide a dedicated toll-free number in support of MTF pharmacies and shall have staff specifically trained to support the MTFs. The Contractor shall report CHCS call metrics separate from that of MHS GENESIS.

**C.9.2.3.** The Contractor shall respond to inquiries from retail network pharmacies and MTF pharmacies 24 hours a day, 365 days a year, in accordance with the performance standards stated below.

| Pharmacy Help Desk | |
|---|---|
| **Service Category** | **Performance Standard** |

### SECTION C
### STATEMENT OF WORK

| Average Speed of Answer (measured from initial connection to answer by a service representative) | 60 seconds or less |
|---|---|
| Telephone Call Blockage rate | 5% or less |
| Abandoned Call rate at any point | 5% or less |

**C.9.2.3.1.** The Contractor shall provide call monitoring capabilities in accordance with C.9.1.1.12 for the MTF Pharmacy Help Desk.

**C.9.2.3.2.** The Contractor shall report MTF calls separately from those from retail pharmacies.

**C.9.2.3.3.** The Contractor shall provide reporting on all metrics (CDRL Q030).

**C.9.2.4.**



(b) (4)

**C.9.3.** Beneficiary Notifications

**C.9.3.1.** Unless otherwise specified, the Contractor shall send all written notifications to beneficiaries required under this contract electronically or by first class mail. Notifications not required to be in writing may utilize the communications methods listed above and additionally, phone and text message. As technology evolves, the Contractor may propose alternative communication channels to the Government for consideration.

**C.9.3.1.1.** Beneficiaries shall have a means to indicate their preferred communication method to the Contractor. The Contractor shall follow the beneficiary's indicated preference unless it is determined to be invalid (e.g., undeliverable mail/email) or otherwise superseded by the contract.

**C.9.3.2.** On a quarterly basis, the Contractor shall use effective methods (for example, e-mail, mail, smart phone applications) to send notices to newly-eligible beneficiaries, as identified by the Government. The notifications shall contain, at a minimum:

- A brief description of the TRICARE Pharmacy Benefit.

- The Contractor's contact information, including mailing address, beneficiary service telephone numbers, toll-free numbers for overseas beneficiaries, and the Contractor's email addresses.

- The Contractor's TRICARE Pharmacy Program website address.

- Contractor supplied TMOP registration form, and postage paid return envelope.

- Information on how the beneficiary can download the TRICARE Pharmacy Handbook from the Contractor's website.

SECTION C
STATEMENT OF WORK

C.9.3.3 On a quarterly basis, the Contractor shall notify beneficiaries who, within the past year, have received prescriptions for pharmaceutical agents that are newly-designated as (A) non-formulary; (B) for restricted access at retail due to non-compliance with Federal Ceiling Price (FCP);(C) requiring prior authorization or step therapy; (D) not eligible for automatic refill program; and (E) non-covered. Formulary and FCP compliance decisions are available on the DoD P&T Committee website (Attachment J-3, Line 1). The DoD P&T Committee may also identify other situations requiring notification to beneficiaries. In each case, the beneficiaries selected to receive the notice will be identified by the Government. The Contractor shall ensure that notices clearly explain the change (s) and identify formulary alternatives, as well as any additional information required to ensure continuity of care. These notices shall be approved in advance by the COR or other designated authority.

C.9.3.4 At the direction of the CO, the Contractor shall mail notices to beneficiaries identified by the Government regarding changes to the prescription drug benefit or other prescription drug information. The Contractor shall ensure that these notices are mailed to beneficiaries within five calendar days of receiving direction from the CO. The notice shall be approved by the COR or other designated authority prior to being mailed.

C.9.3.5 The Contractor shall monitor clinical issues and recall notices and notify beneficiaries who have filled impacted medications at retail, mail order or MTF pharmacies, notifying them of these issues.

C.9.3.6 Prior to sending out any mailing under this contract, the Contractor shall utilize commercially available mailing preparation software to scrub beneficiary mailing addresses.

C.9.3.7 The Contractor shall monitor returned mail and shall not continue to send mail to beneficiaries with known bad addresses.

C.9.3.7.1 When a valid email address is available and the beneficiary has indicated a preference for electronic communications, the Contractor may issue any notification by email, except where noted otherwise. Collection, maintenance, and use of email addresses shall be in accordance with the Contractor's plan described in C.9.4.1.1.23.

C.9.3.7.1.1 The Contractor shall monitor undeliverable email and will not continue to send messages to known invalid email addresses.

C.9.3.7.1.2 If the Contractor is notified that emails are being received by someone other than the intended recipient, the Contractor shall discontinue use of the email address until it has been verified by the beneficiary and corrected.

C.9.3.8 All communications with beneficiaries are subject to review by the Government upon request. The Contractor shall electronically provide the Government with copies of all mailings to be distributed to beneficiaries.

**C.9.4.** Education and Outreach

C.9.4.1 Beneficiary Education

SECTION C
STATEMENT OF WORK

**C.9.4.1.1.** The Contractor shall submit an annual comprehensive beneficiary and healthcare provider education plan to the Government, outlining how it intends to conduct targeted TRICARE Pharmacy Benefit education to beneficiaries, healthcare providers, and other stakeholders identified by the Government, as described in TOM, Chapter 11, Section 1 (CDRL A100). Issues may be identified by the Government or the Contractor. Additionally, the plan shall meet the following minimum requirements:

**C.9.4.1.1.20.** Establishes goals for educational plan and metrics to evaluate performance relative to these goals.

**C.9.4.1.1.21.** Provides monthly updates, social media messages, smart phone application updates, news articles, graphics, infographics, videos or other items of interest, of current best practice or using the latest platforms and channels of communication to DHA Communications as determined in the Memorandum of Understanding (MOU).

**C.9.4.1.1.22.** Includes a plan on how educational materials, letters, and other educational outreach to beneficiaries and healthcare providers will be delivered, such as by use of email, text, video, smart phone application, web based programs, U.S. Mail, or any latest platforms and channels of communication.

**C.9.4.1.1.23.** Includes a plan for how the Contractor will acquire email addresses and maintain them, recognizing that any Contractor collection of email addresses must have appropriate disclaimers to advise the beneficiary of how this PII will be protected.

**C.9.4.1.1.24.** Includes a plan describing their sustained communication effort to educate the beneficiary population about the benefits of receiving electronic EOBs and to influence greater adoption of their use.

**C.9.4.1.1.25.** Includes a plan describing their sustained communication effort to educate the beneficiary population about the benefits of using the Contractor's smartphone application and to influence greater adoption of its use.

**C.9.4.1.1.26.** All Contractor educational content shall use Plain Language in accordance with DoDI 5025.13.

**C.9.4.1.1.27.** All published web content shall be 508 compliant, per 29 USC 794d and overall public guidance (see Attachment J-3, Line 9).

**C.9.4.1.2.** The Contractor will provide input on content developed by DHA Communications within five business days. Reviews will include printed products, web and social media content, responses to query for media requests, customer service scripts/training manuals/curriculum (e.g., TRICARE Fundamentals Course), frequently asked questions, senior leader talking points, briefings, and other products identified by the Government.

**C.9.4.1.3.** The Contractor will work closely with DHA Communications to ensure all TRICARE beneficiaries and other stakeholders identified by the Government, receive unified, timely, accurate, consistent, and effective products and tools that improve their access, understanding, and use of the TRICARE Pharmacy Benefit. All educational materials and communications content, hereafter

**SECTION C**
**STATEMENT OF WORK**

referred to as content, will be coordinated with DHA Communications. DHA Communications will review and approve content developed by the Contractor.

**C.9.4.1.4.** The Contractor shall provide educational content on issues relating the to the TRICARE benefit for use by the Contractor and DHA, in accordance with CDRL Q160.

**C.9.4.1.4.28.** The Contractor's timeline for submission shall include sufficient time, as determined by the Government, for Government review for audience appropriateness, accuracy, timeliness, use of plain language, 508 compliance, and any other Government criteria identified by the Government. DHA Communications and the Contractor will work closely to address completion of items with a short suspense.

**C.9.4.1.4.29.** All content provided by the Contractor shall contain accurate, original, and publication-quality content that requires minimal editing by the Government, use of plain language, 508 compliance, and any other Government criteria identified by the Government.

**C.9.4.1.4.30.** The Contractor shall submit all content to the COR, DHA Communications, or other designated authority for review and final concurrence and approval prior to distribution – to both internal government partners or MCSCs as well as external partners and the public. All publications shall be in accordance with relevant DHA and MHS Style and Branding Guides, including those for the TRICARE and MHS GENESIS.

**C.9.4.1.5.** The Contractor shall attend the annual DHA Communications Training Conference which runs approximately three days, and participate in monthly DHA Communications Partnership Meetings, both of these are held in the National Capitol Region (NCR). The Contractor shall provide representation that can address all issues involving beneficiary and network provider education and communication to include print, web, social media, customer service, and media relations.

**C.9.4.1.6.** The Contractor shall participate in ad hoc meetings to address communication and education activities in support of the TRICARE Pharmacy Benefit, to include print and web content. Meetings shall be attended via teleconference or video telecommunications as directed by the Government. The purpose of these meetings are to develop, review, or revise core educational materials, discuss observations and possible changes in education and communication activities. The meeting participants are tasked with reviewing current policies and procedures to determine where proven best practices from government and private sector operations can be implemented in the administration of TRICARE Pharmacy Benefit to continue TRICARE's leading role as a world class health care delivery system.

**C.9.4.1.7.** The Contractor shall attend the annual Joint Federal Pharmacy Seminar and participate in joint educational efforts.

**C.9.4.1.8.** The Contractor shall alert the COR and DHA Communications about news that will have impact on the beneficiary population and is likely to increase customer service or media contacts. The Contractor shall conduct a media-relations program in accordance with Department of Defense guidelines (DoD Directive 5122.05 and DoD Instruction 5410.20) and guidance provided by DHA Communications. The Contractor shall speak only on issues for which it has direct responsibility in

## SECTION C
## STATEMENT OF WORK

the management of the TRICARE Pharmacy Benefit. All questions beyond the Contractor's scope shall be referred to DHA Communications.

**C.9.4.1.9.** The Contractor shall ensure all published materials communicate consistent with TRICARE program messages that employ TRICARE's mission and vision, as detailed on the TRICARE website. After approval from the Government, the Contractor shall perform the following in their media relations program, unless otherwise directed:

- Respond to media questions about their role as a contractor, responsibilities, and actions on behalf of the Government in support of the TRICARE Pharmacy Benefit program.

- Follow-up media contacts by sending copies of information provided to the media and a summary of any discussions to DHA Communications when immediate action was required.

**C.9.4.1.10.** Use of printed materials will be limited to essential products and the Contractor shall assist the Government in identifying the most cost-effective and efficient delivery of beneficiary educational materials. The Contractor is responsible for all storage, handling, and distribution of printed materials that are produced and shipped to the Contractor.

**C.9.4.1.11.** The Contractor shall distribute printed materials to individuals, MTFs, Beneficiary Counseling and Assistance Coordinators (BCACS) or other entities, as requested. The Contractor shall accept and fulfill orders for printed materials from designated POCs submitted via the Contractor's link on a government website. The Contractor may request additional printed materials from the Government on a quarterly basis.

**C.9.4.1.12.** The Contractor shall accept requests from beneficiaries to opt-out of receiving educational materials by mail, email, or text. The opt-out will not apply to notifications pertaining to safety and recall issues, benefit design changes (e.g., formulary changes) or the processing of specific claims or clinical reviews.

**C.9.4.2.** Medication Disposal. There are a number of safety concerns associated with patients having unused and expired medications in the home. The Contractor shall promote beneficiary safety by providing educational support to beneficiaries on the proper handling and disposal of unused or expired medications.

**C.9.4.3.** Prescriber Outreach. The Contractor shall engage in outreach to medical providers via the TRICARE MCSC contracts. Efforts shall include education on the TRICARE formulary and benefit design, PA submission, real-time prescription benefit check, and other relevant topics. The Contractor shall make educational materials available to prescribers as part of this outreach.



(b) (4)

**C.9.4.4.** Website

SECTION C
STATEMENT OF WORK

**C.9.4.4.1.** The Contractor shall provide a Health Insurance Portability and Accountability Act (HIPAA) compliant website in support of the services provided under this contract.

**C.9.4.4.2.** The Contractor's website shall meet the applicable accessibility standards at 36 CFR 1194 and shall make DS Logon available, as described in TSM, Chapter 1, Section 1.2. The Contractor is also encouraged to support the use of CAC logins where possible.

**C.9.4.4.3.** In addition to meeting the minimum requirements established within this contract, the Contractor shall ensure that its website and any mobile tools are consistent with commercial best practices and offer features, information, and functionality no less than those available to the Contractor's commercial clients.

**C.9.4.** At minimum, the Contractor's website shall offer the following information and functions:

- Provide a description of the TRICARE Pharmacy benefit;

- Provide Contractor contact information, including phone and fax numbers, mailing, and email address(es);

- Provide an email link to allow beneficiaries or other interested parties to contact Contractor by email with inquiries or comments;

- Allow beneficiaries to register online to use TMOP and provide downloadable forms for TMOP registration and prescription ordering;

- Allow TRICARE beneficiaries to manage their TMOP account(s) to include order refills, track their prescription status, pend prescriptions, view, release for shipping or cancel existing pended prescriptions, and update shipping address;

- Show the current status of all prescriptions or claims submitted;

- Allow TRICARE beneficiaries to check the status of member submitted (DMR) claims filed for services provided through a retail pharmacy;

- Provide the ability to locate TRICARE retail network pharmacies, at minimum by zip code;

- Provide PA and MN forms and criteria and make them available for downloads;

- Allow TRICARE beneficiaries to download and print an EOB detailing the beneficiary's retail, TMOP, specialty and MTF prescription activity in accordance with the TOM, Chapters 8 and 23, providing prescription activity for the preceding ██ months at a minimum;

- Provide a link to the TRICARE website to allow beneficiaries to download and print the DD2642 claim form;

- Provide links to online drug and health information;

## SECTION C
## STATEMENT OF WORK

- Provide links to the TRICARE pharmacy website and Regional MCSCs' websites;

- Provide a real-time web-based formulary search tool as described in C.9.4.9. and

- **(b) (4)**

**C.9.4.6.** The Contractor will maintain a responsive website and all portions of the Contractor's website will present information that is machine readable, in mobile-optimized format, and include Web APIs where applicable and in accordance with the May 23, 2012 Federal CIO Memorandum.

**C.9.4.7.** The Contractor shall not duplicate benefit information on the Contractor's website that already exists on TRICARE.mil and will embed links throughout their site to take beneficiaries back to the TRICARE.mil website for this content. The Contractor shall work closely with DHA Communications to identify appropriate linkages and content for use on their site.

**C.9.4.7.1.** The Contractor shall provide static links to web content referenced on DHA websites.

**C.9.4.8.** The Contractor shall make any information or resources not covered by Privacy or HIPAA regulations accessible without requiring an account registration or login.

**C.9.4.9.** Formulary Search Tool. The Contractor shall provide a real-time web-based Formulary Search Tool (FST) available for public access that accurately reflects the most current benefit design.

**C.9.4.9.1.** The Contractor shall document changes made to the FST and the expected outcomes. Documentation will include formulary status, PA or MNs, notes, and system changes, etc. Information will be provided to the Government on a regular basis. (CDRL M200)

**C.9.4.9.2.** The Contractor shall ensure that all FST content (e.g., formulary status, BCF/ECF, PA's, MN's, age, and gender restrictions, etc.) accurately reflects the implemented TRICARE benefit design in real time. Accuracy is based on the intent of the DoD P&T Committee.

**C.9.4.9.3.** The Contractor shall correct 99% of FST content errors within two business days of the inaccuracy being identified.

**C.9.4.9.4.** The Contractor shall correct 100% of FST content errors within 10 business days of the inaccuracy being identified.

**C.9.4.9.5.** The Contractor's FST shall include but is not limited to the following items:

- Identify drug (generic or brand) name, strength and formulation;

- Provide general drug information;

- Allow searches by generic name, brand name (trade name) and chemical name;

SECTION C
STATEMENT OF WORK

- Utilize a commercial standard predictive search algorithm which accounts for common misspellings;

- Allow results filtered by strength, form, route and medication type (brand or generic);

- Show status based on Uniform Formulary rules and coverage rules (non-covered) and availability at each POS (i.e., drugs restricted by POS);

- MTF Basic Core Formulary (BCF) and Extended Core Formulary (ECF);

- Show associated copayments based on coverage statue and POS;

- Show any restrictions, including but not limited to mandatory generic requirement, gender or age restriction, quantity level limits, PA, MN or step-therapy;

- Note drugs that are only available through specific points of service or mandated policies such as drugs enrolled in the Expanded Use of MTF and TMOP program, specialty drugs, Home Infusion Therapy program (HIT);

- Provide access to any forms associated with the above restrictions;

- Have the ability to show special messaging as provided by the Government, at least 300 characters in length;

- List formulary alternatives based on Uniform Formulary (UF) classes/subclasses;

- Provide status if FST is under maintenance or users are experiencing difficulties, including the type of issues occurring and expected resolution date;

- Be accessible to the public without requiring registration or login, using a static link.

**C.9.4.9.6.** The Contractor shall provide an email address on the FST page to allow users to provide feedback and ask questions. Feedback shall be made available to the Government upon request.

**C.9.4.9.7.** The formulary search tool shall be designed to be easily used and understood by the beneficiary, requiring as few steps as possible to navigate to the desired information

**C.9.4.9.8.** The Contractor shall update the tool to reflect benefit design changes immediately on their effective date.

**C.10. Claims Reviews and Audits**

**C.10.1.** Claims Research and Corrections

C.10.1.1. The Contractor shall research any claim, regardless of date of service, at the request of the Government.

SECTION C
STATEMENT OF WORK

**C.10.1.1.1.** The Government reserves the right to direct audits of retail or mail pharmacies. In addition to any Contractor initiated on-site audits for which TRICARE is the primary focus of the audit, the Contractor shall perform up to five Government-directed on-site audits per option period.

**C.10.1.1.2.** The Contractor shall be able to generate corrected retail transactions when the pharmacy is unable to reverse and/or edit the claims themselves.

**C.10.1.1.2.1.** These claims shall be distinguishable from pharmacy self-corrections and are not billable for additional administrative fees. The Contractor shall not identify or submit these corrections as paper claims.

**C.10.1.1.3.** Claim research and disputes shall result in corrected claims and the government made financially whole. All claims shall be resolved according to benefit design and formulary restrictions in effect on the date of service.

**C.10.1.1.4.** The Contractor shall perform all necessary research and will resolve all discrepancies for each claim identified within 60 days from the date of identification.

**C.10.1.1.4.1.** The Government may withhold the pharmaceutical cost, dispensing fees, and administrative fees from future administrative fee payments for any research not completed and resolved within 60 calendar days.

**C.10.1.1.4.2.** Withholds will apply to the specific claims that caused the audit to be initiated.

**C.10.1.1.5.** Any discrepancies identified by the Government in the monitoring of this contract shall be subject to Contractor desktop audits and, if necessary, on-site audits at the direction of the Government.

**C.10.1.1.6.** The Contractor shall perform offsets or recoupments of any identified discrepancies for claims during the performance of services of this contract and predecessor contracts in accordance with TOM, Chapter 10.

**C.10.1.1.7.** All requirements listed under C.10.1 shall apply to the specific research areas outlined below.

**C.10.1.2.** The Contractor shall perform research to facilitate the Government's response to issues by and on behalf of beneficiaries

**C.10.1.2.1.** The Contractor shall provide an initial response to requests to research specific beneficiary issues within four (4) business hours or no later than four (4) business hours into the next business day.

**C.10.1.2.2.** If this initial answer does not contain a complete response, the Contractor shall offer an estimated timeframe for how long it will take to fully research the issue. If further action is required to resolve the issue, the Contractor shall provide an estimated timeframe for resolution. The Contractor shall track research requests and beneficiary issues, including the date requested and resolved.

SECTION C
STATEMENT OF WORK

**C.10.1.3.** The Contractor shall resolve manufacturer disputes of the TRICARE utilization data, including but not limited to 340B and Medicaid Subrogation claims (where this information is available / data fields are populated) within the past ten years. This includes initial submission of claims, and any adjustments, corrections, or cancellations necessary for claims processed.

**C.10.1.3.1.** The Contractor shall participate in quarterly meetings to review the status of manufacturer disputes

**C.10.1.3.2.** The Contractor shall submit a report on the status of manufacturer disputes (CDRL M240).

**C.10.1.4.** Claims research shall be performed to provide additional information on potential issues in the claims adjudication process.

**C.10.2.** Program Integrity

**C.10.2.1.** Daily Claims Review

The Contractor shall perform an automated review of 100% of all claims daily. Data analysis includes, but is not limited to:

- Establish baseline data to enable TRICARE to recognize unusual trends, changes in drug utilization over time, physician referral or prescription patterns, and plan formulary composition over time;
- Analyze claims data to identify potential errors, inaccurate TROOP accounting, and pharmacy billing practices and services that pose the greatest risk for potential fraud, waste and abuse to the TRICARE program;
- Identify items or services that are being over utilized;
- Identify problem areas within the plan such as enrollment, finance, or data submission;
- Identify problem areas at the pharmacy and prescriber level;
- Compare claims information against other data (e.g., prescriber, drug provided, diagnoses, or beneficiaries) to identify potential errors and/or potential fraud and abuse; and
- Use findings to determine where there is a need for a change in policy.

**C.10.2.2.** The Contractor shall add and refine parameters on an ongoing basis to adapt to industry trends and areas of concern, applying knowledge and lessons learned from TRICARE as well as other government and commercial payers.

**C.10.2.3.** The Contractor will submit a monthly report showing audit findings, status of all claims in research, outcomes of completed research, and status of offsets or recoupments (CDRL M090). This report shall include all retail and TMOP claims.

**C.10.2.4.** The Contractor shall develop and maintain a Fraud and Abuse Monitoring and Auditing Work plan that meets the requirements established in TOM, Chapter 13. The plan will also include, but is not limited to, the audits described below.

**SECTION C**
**STATEMENT OF WORK**

**C.10.2.4.1.** The Contractor shall take the following action when inappropriate billing practices at the pharmacy level occur when pharmacies engage in activities including but not limited to the following:

- Incorrectly billing for secondary payers to receive increased reimbursement
- Billing for NDCs that were not dispensed
- Billing for incorrect quantity or days supply
- Billing for non-existent prescriptions
- Billing multiple payers for the same prescriptions, except as required for coordination of benefit transactions
- Billing for brand when generics are dispensed
- Billing for prescriptions that are never picked up (i.e., not reversing claims that are processed when prescriptions are filled but never picked up)
- Inappropriate use of DAW codes
- Prescription splitting to receive additional dispensing fees
- Drug diversion
- Controlled substance prescriber utilization — top prescribers state/region/national
- Beneficiary Submitted Claims (high aggregate dollars, network pharmacy)
- Morphine Milligram Equivalents (MME) > 90 per day
- Inappropriate compounding practices

Notwithstanding TOM, Chapter 13, Section 1, Paragraph 1.4.1, as a result of its fraud and monitoring efforts, the Contractor shall refer to DHA Program Integrity a minimum of six cases per option period. Each case will involve a loss of $100,000 or greater per case to the Government without patient harm, or any case involving patient harm. The Contractor shall provide a Fraud and Abuse Summary Report on the activities outlined in this Section and TOM, Chapter 13 (CDRL Q100).

## C.11. System Interfaces

**C.11.1.** The Contractor shall maintain a number of system interfaces to support the requirements under this contract. All interfaces shall include:

████████ Applying and maintaining appropriate functional upgrades and security measures;

████████ Providing and maintaining required test environments;

████████ Monitoring connections and performing required troubleshooting; and

████████ Executing and maintaining full system documentation with interface partners.

████████ The Contractor shall support any agreements, documentation, and operational processes required to establish working relationships with interface partners, including but not limited to MOU, Data Sharing Agreements, and issue reporting mechanisms.

SECTION C
STATEMENT OF WORK

**C.11.2.** The Contractor is shall support the use of DS Logon, as described in TSM, Chapter 1, Section 1.2, and CAC logins whenever possible. This includes web logins (including the beneficiary website) and system interfaces.

**C.11.3.** Interface Control Documents

**C.11.3.1.** The Contractor shall maintain Interface Control Documents (ICDs) for all system interfaces, except in cases when such interface specifications are maintained by the Government (eg, DMDC Interfaces). ICDs shall be provided in a non-proprietary format and shall utilize system names in lieu of specific companies that may currently hold those contracts. They shall be maintained thorough the mechanism in C.14.13.

**C.11.4.** B2B Connection and VPN Devices

**C.11.4.1.** The Contractor shall complete all tasks related to the documentation and implementation of Business-to-Business Gateway (B2B) telecommunications links. Tasks include but are not limited to:

**C.11.4.1.1.** Coordination among the Pharmacy Operations Division (POD), DHA Information Operations (DHA IO), MTFs, and other contractors as required.

**C.11.4.1.2.** Completion and approval of all B2B required documentation, including CDRL160 (B2B Gateway Questionnaire).

**C.11.4.1.3.** Procurement and configuration of the Virtual Private Network (VPN) and related equipment.

**C.11.4.1.4.** Initiation and completion of all required testing and implementation activities.

**C.11.4.1.5.** Support for all required follow-on activities, including updating documentation, performing IP address and port changes, performing security updates and executing related configuration changes.

**C.11.5.** DMDC Interfaces

**C.11.5.1.** The Contractor shall interface with DMDC interfaces and applications, including the DEERS, to verify eligibility, update the CC&D Database (CCDD) file, obtain demographic data for the PDW, check for OHI, and update beneficiary contact and OHI information. DMDC interfaces are utilized during the claims adjudication process, post adjudication processes, and via web-based applications. The Contractor shall use the applications described in the TOM and TSM. Documentation for DMDC interfaces is maintained by the Government.

**C.11.5.2.** The Contractor shall participate in regular integration testing meetings, as directed by the Government, throughout the duration of the contract. These meetings may occur as often as daily during contract transition but will likely move to two occurrences per week thereafter.

**C.11.5.3.** The Contractor shall support user acceptance testing and regression testing to support updates and maintain accounts with specified systems for entering and logging issues and defects.

SECTION C
STATEMENT OF WORK

**C.11.6.** Connections to Non-DoD Agency Pharmacies

**C.11.6.1.** The Contractor shall connect to DVA, PHS, and IHS pharmacies identified by the Government and support online adjudication for claims received from these pharmacies, in accordance with the individual agencies pharmacy claims adjudication rules. The Contractor shall connect to these pharmacies in the same manner as retail network pharmacies (Note: U.S. Coast Guard sites listed in Attachment J-6 are considered to be MTFs and are included under MHS GENESIS requirements).

**C.11.6.2.** The Contractor shall employ logic to distinguish between claims received directly from VA pharmacies and claims received via the CHDR interface (see C.11.9). The Contractor shall not return duplicate responses for these claims based on a previous CHDR claim.

**C.11.6.3.** The Contractor shall reimburse pharmaceuticals dispensed through these pharmacies as directed by the Government. These pharmacies will be paid the submitted costs plus a dispensing fee negotiated by the Government. Dispensing fees may be updated annually, as directed by the Government.

**C.11.6.4.** The Contractor shall exclude these pharmacies from the measurement of network access standards and the calculation of the Retail Network or Specialty Network Cost Control incentives in Section H.

**C.11.7.** MTF Interfaces

**C.11.7.1.** The Contractor shall connect to the DoD MHS electronic medical records, currently CHCS/Armed Forces Health Longitudinal Technology Application (AHLTA) and MHS GENESIS, in accordance with the requirements below. Simultaneous connections to CHCS and MHS GENESIS will be supported for sites in the process of transitioning between systems. Termination of CHCS/AHLTA connections will occur separately for each site for up to a year after the implementation of MHS GENESIS at that site.

**C.11.7.2.** The Contractor shall support concurrent submission of claims from both the CHCS and MHS GENESIS systems from individual sites, processing each claim type in accordance with the appropriate business rules. After MHS GENESIS is deployed at a location, it will be used exclusively for all new prescriptions and CHCS will only be utilized to process existing prescriptions with refills remaining. The Contractor shall identify MHS GENESIS claims separately from CHCS claims in all relevant reports.

**C.11.7.3.** CHCS

**C.11.7.3.1.** The Contractor shall develop and maintain an interface to all MTFs using CHCS/AHLTA. Connections shall be made via a CHCS host. A CHCS host is the computer installation running an instance of the CHCS software. A host may support multiple MTF pharmacies, aggregating transactions from its pharmacies, which are generally in geographic proximity the host. There are currently 97 CHCS hosts supporting approximately 700 MTF active dispensing locations, subject to change based on operational needs and MHS GENESIS deployment. The Contractor shall accommodate ongoing changes to the MTF pharmacy list.

SECTION C
STATEMENT OF WORK

**C.11.7.3.2.** The Contractor shall connect to the MTFs through the DHA IO B2B Gateway.

**C.11.7.3.3.** The Contract shall ensure these connections are in place no later than 30 days before the start of pharmacy services. Testing shall be in accordance with requirements established by DHA IO. The Contractor shall provide ongoing monitoring of MTF connections to verify connectivity.

**C.11.7.3.4.** The Contractor shall receive dispensing transactions from MTF pharmacies using CHCS. The Contractor shall receive these transactions using a custom format. The Contractor shall perform ProDUR on the inbound dispensing transactions, as described in C.5.2. All traffic is logged and transactions are forwarded to the data warehouse, excepting time-out transactions.

**C.11.7.3.5.** After all CHCS sites have been transitioned to MHS GENESIS, the Government will advise the Contractor that this interface may be discontinued. MTF Data Integrity reporting (see C.5.3) will also be discontinued at this time.

**C.11.7.3.6.** Profile Inquiry Transaction. The Contractor shall receive dispensing transactions and profile inquiry transactions from the TRICARE Medical Contractors and all CHCS MTFs. MHS GENESIS does not utilize this transaction. Profile inquiries are based on the NCPDP 3.2 variable format. When the Contractor receives a profile inquiry request, it shall return the requested data according to the technical specifications provided.

**C.11.7.4.** MHS GENESIS

**C.11.7.4.1.** The Contractor shall connect to MHS GENESIS through use of a commercial switch. The Contractor shall accept pharmacy claims from all MTFs using MHS GENESIS, including US Coast Guard sites.

**C.11.7.4.2.** Implementation of MHS GENESIS at MTFs is ongoing. The deployment of new locations occurs in phases and the group deployed in each phase is based on a Government-determined schedule. The Government shall notify the Contractor no fewer than 90 days in advance of the planned deployment date for a new site.

**C.11.7.4.3.** The Contractor shall process claims received through MHS GENESIS in accordance with C.5.4.

**C.11.7.4.4.** The Contractor shall support testing of MHS GENESIS in the environments described in C.11.14.3. Testing shall consist of multiple phases, led by the Defense Healthcare Management System Modernization (DHMSM) Program Office and their contractor(s).

**C.11.7.4.5.** In coordination with the MHS GENESIS Contractor, the Pharmacy Contractor shall submit an ICD for the MHS GENESIS interface.

**C.11.8.** Pharmacy Data Warehouse Interface

**C.11.8.1.** The Contractor shall develop and maintain an interface to the Pharmacy Data Warehouse (PDW). The PDW is the Government-owned system of record for the DoD Prescription Drug Program. It contains detailed data for every transaction from all POS, as well as extensive reference data to assist in the categorization and aggregation of drugs, beneficiaries, prescribers, pharmacies,

## SECTION C
## STATEMENT OF WORK

and associated prescription costs. PDW supports all aspects of DoD reporting requirements, data mining, ad hoc queries, and research.

C.11.8.1. The Contractor shall provide a data exchange consistent with the Pharmacy Warehouse Data Dictionary and Data Schema, to be provided to the Contractor after award. The pharmacy warehouse data feed shall be capable of transmitting new and updated data. Data feeds shall be provided on a daily basis in a format mutually agreed by both parties. The Contractor shall ensure that all paid, rejected, and reversed transactions from all POS, including direct member reimbursement claims, and their required data elements are transferred to the PDW. The content of the PDW evolves with significant changes, including but not limited to the implementation of new NCPDP standards and DoD Benefit Design changes. The Contractor shall coordinate such changes with the Government and support changes in the file feed and format to support the changes.

C.11.8.2. In the event that a daily file cannot be transmitted due to system outage or other system issue, the Contractor shall work with the Government to ensure that the PDW is brought up to date as soon as possible.

C.11.8.3. In instances when the Government identifies inconsistent or missing information between the Contractor's system and the PDW, the Contractor shall correct the inconsistency, such as adding the data element to the PDW and providing missing or updated data. The Contractor will provide a plan with a timeline in collaboration with the Government and provide updates until resolved.

C.11.8.4. The Contractor shall maintain an MOU with the PDW Contractor (CDRL A021).

**C.11.9.** Clinical Data Repository/Health Data Repository Interface

C.11.9.1. The Clinical Data Repository/Health Data Repository (CHDR) application is a joint effort between the DVA and DoD, enabling the DVAs Health Data Repository (HDR) and the DoDs Clinical Data Repository (CDR) to exchange outpatient pharmacy and drug allergy information for shared patients.

C.11.9.2. The Contractor shall send all retail and TMOP claims adjudicated under the TRICARE Pharmacy Benefit to the CHDR. CHDR will submit transactions to the Contractor for prescriptions dispensed to dual-eligible beneficiaries at VA pharmacies.

C.11.9.3. The Contractor shall develop and maintain a real-time bidirectional interface to the CHDR via the B2B gateway. The CHDR interface uses the NCPDP 5.1 standard. The Contractor shall not generate TEDs for CHDR claims.

C.11.9.4. The Contractor shall support specific adjudication rules for incoming CHDR transactions, including the following:

- The Contractor shall not check eligibility.
- No formulary edits or PA/MN rules will be applied.
- ProDUR will utilize VA-specific definitions and messaging the advisory information will be returned to the CHDR.

SECTION C
STATEMENT OF WORK

The Contractor shall not perform data integrity edits on CHDR claims but claims that do not satisfy data requirements (missing or invalid data) can result in a rejected claims response with corresponding NCPDP reject.

The Contractor shall not perform coordination of benefits for these claims.

## C.11.10.  Theater Medical Data Store (TMDS) Interface

The TMDS Automated Information System (AIS) is a services-oriented aggregation and distribution point for Theater Medical Data for Theater Medical Information Program (TMIP) family of systems. The purpose of the TMDS interface is to share outpatient prescription and pharmacy medical data stored in TMDS database with the Contractor's system on a weekly basis. The TMDS Prescription and Pharmacy data is extracted from TMDS as Extensible Markup Language (XML) files, which are provided via Secure File Transfer protocol (SFTP). The TMDS SFTP server is hosted at DoD Force Health Protection & Readiness (FHP&R). The Contractor will be provided with a SFTP username/password.

The Contractor shall develop and maintain an interface to TMDS. The Contractor shall retrieve XML data files representing TMDS claims on a weekly basis, apply business rules provided by the Government after award, and post those claims to the patient profile on the contractor's system and to PDTS. The Contractor shall monitor weekly file delivery and notify the Government when files are delayed or missing.

The Contractor shall pre-edit the inbound data to remove duplicate claims, those already posted to the profile, and aged claims, using a parameter defined by the government based on the date dispensed, currently claims over 365 days old. The Contractor shall also generate values for fields not included in the file and modify values of existing fields to make them suitable for adjudication using the NCPDP D.0 standard. Errors that must be corrected by the Contractor include:

- Missing or Invalid NDC – TMDS claims contain a free text drug name but the NDC may be missing. At the Contractor's request after award, the Government will provide a reference table to facilitate matching the drug name to the NDC, with ongoing maintenance of the table performed by the Contractor.
- Missing or Invalid DOB – Verify information using DMDC applications and correct the claim.
- Missing or Invalid Gender – Verify information using DMDC applications and correct the claim.

The Contractor shall apply their own methodology to reconcile any missing or invalid fields to allow the claim to post to the patient's profile. Upon request, the Government will answer questions and provide feedback during the transition period to assist the Contractor in refining their methodology. TMDS claims are not received in real time and have already been dispensed. Therefore, all claims that include minimum essential data must be posted to the profile, excluding duplicates and aged claims.

Minimum essential data is considered to be a drug name or NDC, drug strength (where applicable), quantity dispensed and sufficient information to identify a beneficiary profile on which

SECTION C
STATEMENT OF WORK

to post it. Default values may be used to populate other fields required to store the claim. The Contractor shall not verify eligibility. Standard edits performed as part of the adjudication process are not required and any edits the Contractor chooses to perform shall not impact the posting of the claim to the profile. The Contractor shall not reject TMDS claims. TMDS claims will also be transmitted to the PDW.

**C.11.10.4.** The Contractor shall log values that are mapped, inserted, or calculated; including the original value received on the file, and make such logs available for review by the Government. The Contractor will also document any claims that cannot be posted to the patient profile with an explanation of the missing data. The Contractor will track volumes for claims received and posted; as well as those that cannot be (i.e., those excluded as aged, duplicate or error) and provide reporting to the Government (CDRL M150).

**C.11.11.** Immunization Tracking System (HL7IMM) Interface

**C.11.11.1.** The Contractor shall develop, maintain, and update an interface with the Immunization Tracking System, which maintains the immunization records of active duty and uniformed beneficiaries. The interface shall support Secured File Transfer Protocol (SFTP). The file format transmitted by the Contractor is based upon industry standard (HL7IMM) and contains retail immunization data. The frequency of the process shall be configurable; currently this is a daily process.

**C.11.12.** Forensic Toxicology Drug Testing Laboratory Information Management System

**C.11.12.1.** The Forensic Toxicology Drug Testing Laboratory (FTDTL) receives specimens collected from active duty service members and tested for selected compounds at regional labs. Results are aggregated centrally by LIMS (Laboratory Information System).

**C.11.12.2.** The Contractor shall develop, maintain, and update an interface between the Contractor and the LIMS in support of the examination of a beneficiary record for submitted chemical compounds. The interface shall support Secured File Transfer Protocol (SFTP). The flat file transmitted by the Contractor will contain response information to the query file received from LIMS. The frequency (e.g., 15 minutes) of the query process shall be configurable.

**C.11.12.2.1.** The Contractor shall provide the SFTP server required to support this interface.

**C.11.13.** TEDS

**C.11.13.1.** The Contractor shall connect to the TED System in accordance with the TSM, Chapter 2.

**C.11.13.2.** The Contractor shall support a connection to the TEDS test environment and submission of test files.

**C.11.14.** Testing Requirements

**C.11.14.1.** The Contractor shall support all testing and validating activities required to connect to DoD systems in accordance with current DoD policy.

SECTION C
STATEMENT OF WORK

**C.11.14.2.** The Contractor shall support test set-up, execution, and troubleshooting activities for sustainment of interfaces on a schedule that is mutually agreed on by all relevant parties. The Contractor may, on occasion, be required to provide test files, transaction data, and other documentation to other parties to be used in the validation of data transmitted between systems.

**C.11.14.3.** Test Environments. The Contractor shall develop and support test environments. At minimum, the Contractor shall provide, as a minimum, two environments:

**C.11.14.3.1.** A production equivalent test environment. This environment shall reflect the current production capabilities, or, for new interfaces, the most developed version of those capabilities.

**C.11.14.3.2.** A development test environment. This environment shall include capabilities undergoing active quality assurance testing with external interfaces.

**C.11.14.3.3.** The test environments shall support and be used for sustainment testing of current systems.

**C.11.14.3.4.** Test environments shall be made available for use by the government interface testing partners responsible for transition and sustainment of systems that support this contract.

**C.11.14.3.5.** At a minimum, environments shall be available during standard business hours in all CONUS time zones. Extended hours will be honored on a mutually agreed-upon schedule.

**C.11.14.3.6.** The test environments shall support connections by commercial entities and via the B2B Gateway.

**C.11.14.3.7.** The Contractor shall support concurrent connections from multiple testing partners.

**C.11.14.3.8.** The Contractor will not exchange PHI/PII with external partners as test data. Prescriber name and ID shall be masked on all outgoing transactions to testing partners. Test data files may be excluded from this masking if the Government, Contractor, and external partners agree that to do so would compromise testing outcomes. All beneficiary profiles will be test beneficiaries in the current DMDC contractor test environment.

**C.11.14.3.9.** The Contractor shall make available a subset of test patients to each testing partner to use within the environment and those patients will not be used by the Contractor or any other interface partners unless mutually agreed for joint testing.

**C.11.14.3.10.** During the building of the test environment, the Contractor shall support setup and testing with external contractors on a mutually agreed upon schedule.

**C.11.15.** Electronic Claims Processing and Benefit Tools

**C.11.15.1.** The Contractor shall support commercial standard electronic tools in support of a range of activities in conjunction with ordering, renewing and filling outpatient prescriptions and communicating with prescribers. The tools shall support such functions including but not limited to entering and transmitting prescription orders, accessing formulary information, providing patient

## SECTION C
## STATEMENT OF WORK

specific benefit information, providing patient prescription history, completing prior authorizations, and using direct messaging to engage with prescribers.

C.11.15.2 New tools and enhancements to existing tools shall be offered to the Government when they are made available to commercial clients.

**C.11.15.2.1.** (b) (4)

C.11.15.3 All information provided using the electronic tools described in this section shall be accurate, complete, and timely, reflecting the current patient profile, benefit design, and other information.

C.11.15.4 The Contractor shall support e-prescribing for the retail network, specialty pharmacies, MTFs, and TMOP, in accordance with current commercial standards.

C.11.15.5 The Contractor shall manage and publish all data files and support real-time queries required to support all aspects of commercial e-prescribing practices.

C.11.15.6 The Contractor shall create, maintain, and publish accurate and up-to-date formulary information in all formats required to support widely adopted capabilities of commercial EHRs and all standard e-prescribing models.

C.11.15.7 The Contractor shall utilize tools to evaluate and maintain the accuracy of the formulary and benefit information in whatever format it is provided, including relevant patient, claims history, and pharmacy information, as required.

C.11.15.8 The Contractor shall ensure that all formulary and benefit information remains consistent across all the different ways in which the information is communicated. The Contractor shall have processes in place to quickly resolve any discrepancies, both those identified through the Contractor's monitoring and reported by prescribers and other users.

**C.11.15.8.1.** The Contractor shall also coordinate with all relevant stakeholders to ensure that information used by MHS GENESIS is accurate and that the format is optimized for that system. The Contractor shall work with the Government, MHS GENESIS contractor, and any other party as required to resolve any issues related to the presentation of formulary information.

C.11.15.9 The Contractor shall allow for the electronic transactions of prior authorizations (ePA). The offered platform must be supported for integration within a prescriber's EHR as well as a stand-alone website and must be accessible by MTFs worldwide. Any terms and conditions required to use this platform shall be provided to the Government for review and concurrence.

C.11.15.10 The Contractor shall maintain and update plan participation status files with commercial e-prescribing hub(s), to allow prescribers' EHRs to associate beneficiaries with the TRICARE benefit. The plan participation file shall include all beneficiaries covered under this contract for which the Contractor has processed claims, but will be limited to the minimum data fields required by the commercial e-prescribing hub to determine the appropriate formulary. The data fields submitted to identify TRICARE beneficiaries will be mutually determined between the

SECTION C
STATEMENT OF WORK

Government, the Contractor, and e-prescribing hub and may vary from those used by most commercial plans. The Contractor shall also have a process to remove patients from the file after determining that they are no longer eligible for the TRICARE benefit.

**C.11.16.** Contractor Claims Data

**C.11.16.1.** The Contractor shall provide the Government with online access to the Contractor's system that stores TRICARE claims processing information, in order to facilitate responses to beneficiary issues, monitor MTF claims processing, and perform audits. The Government shall have the ability to look-up individual patient claims transactions and rejects and generate ad hoc reporting.

**C.11.16.2.** The Contractor shall provide access for up to 100 government personnel in multiple locations, as specified by the Government, through a web-based tool.

**C.11.16.3.** This Contractor's database is to include all claim information and clearly differentiate between different claims types: Retail, TMOP, CHCS, MHS GENESIS, CHDR, Non-DoD Agency, paper claims, and Theater. The data shall include, at minimum, PA and MN authorizations, OHI status and records, benefit restriction authorizations, documentation of beneficiary support and services, and up-to-date, real-time claim details regarding prescription information, cost data, beneficiary demographics, prescriber, and dispensing pharmacy data.

**C.11.16.4.** All claim look-up data must be current, accurate, complete, and accessible immediately (same day). System must also include the ability to look up current claims by drug name or NDC. Data shall be retrievable for ad hoc reporting one day (24 hours). The Contractor shall provide training, a user guide, and ongoing customer support for this access. Training shall be provided as necessary to new users and when there are significant changes to the Contractor's system.

**C.11.17.** Interfaces with TRICARE Medical Contractors.

**C.11.17.1.** At the Government's direction, the Contractor shall provide data to and accept data from the TRICARE Medical Contractors and the Government.

**C.11.17.1.1.** The Contractor shall collaborate with the MCSCs and the Government in evaluating cost and clinical effectiveness of specific aspects of the pharmacy benefit, including but not limited to the specialty drug and home infusion therapy programs.

**C.11.17.1.2.** The Contractor shall coordinate with MCSCs to obtain data required to support outcomes measurement and other value-based initiatives. Data to be exchanged could include, but is not limited to, ICD codes, hospital admissions data, and laboratory values.

**C.11.17.2.** The TRICARE benefit includes health care plans that manage their own pharmacy claims. The Contractor shall accept batch claims files of these pharmacy claims for application to the central patient profile and transmission to the pharmacy data warehouse. The Contractor shall not reject these claims for benefit design or other edits otherwise applied in claims adjudication. The formatting and timing of the data files will be determined by mutual agreement between the Contractor, the medical contractor(s) and the Government.

SECTION C
STATEMENT OF WORK

**C.11.17.2.1.** In the event that a file cannot be transmitted due to system outage or other system issue, the Contractor shall work with the medical contractor(s) to ensure that the file is sent as soon as possible.

**C.11.17.2.2.** If the medical contractor(s) provide inaccurate or incomplete information to the Pharmacy contractor(s), the Contractor shall work with the medical contractor(s) to update missing and update data and apply it soon as possible.

**C.11.17.2.3.** In the event that individual claims cannot be posted to the patient profile, the Contractor shall attempt to correct the claim and work with the provider of the file to validate any required information.

**C.11.17.3.** The Contractor shall establish interfaces with the TRICARE MCSCs for purposes of providing patient medication history. This interface shall utilize HL7 FHIR or a comparable commercial standard with widespread adoption by medical payers.

**C.11.17.4.** The Contractor shall, no less that weekly, provide a data file containing pharmacy claims for all beneficiaries enrolled to that medical contractor. Beneficiaries will be identified by means of a data file provided by each Medical Contractor, to be refreshed no more frequently than weekly. Data shall be provided in a commercial standard format.

## C.12. Privacy, HIPAA, and Federal Information Requirements

The Contractor shall comply with all requirements in the TRICARE Manuals and as documented in the requirements located on the website referenced in Attachment J-3, line 13. The relevant areas covered include:

- Protection of PHI and PII
- Records Management
- Freedom of Information Act
- System of Records
- Data Sharing Agreements
- Privacy Act and HIPAA Training
- HIPAA Business Associate Provisions
- Breach Response

**C.12.1.** The Contractor shall ensure that it does not use or disclose PHI or PII received for DVA or DoD beneficiaries in any way that will remove or transfer the PHI/PII from a jurisdiction subject to the laws of the United States. The Contractor shall not release Government data without approval by the CO or COR.

## C.13. Financial

**C.13.1.** The Contractor shall not collect any additional fees, rebates, discounts, or premiums specific to processing TRICARE prescriptions other than recoveries (payable to the U.S. Treasury) resulting from audits of network pharmacies. The Contractor shall not negotiate or collect any pharmaceutical rebates, data-use rebates, or vendor charge-backs of any type from

### SECTION C
### STATEMENT OF WORK

pharmaceutical manufacturers, wholesalers, and/or network pharmacies on behalf of the Government or for itself in regard to the services performed under this contract. The prohibitions cited herein against earning an additional fee, and negotiating with pharmaceutical manufacturers or wholesalers do not apply to the task(s) described in C.6.8.22. The Government may also apply other exceptions to support initiatives determined to be in the Government's best interests.

**C.13.2.** Recoupments

The Contractor shall recoup Government funds and funds not properly collected at the time the prescription was dispensed in accordance with TOM, Chapter 10. Prescriptions subject to recoupment may be identified by the Government, or by the Contractor though its audit procedures. The Contractor is responsible to assist the Government in recouping any previous overpayment made to a provider by the TRICARE Pharmacy Program.  This requirement is not limited by the dates of service under this contract.

This does not apply to the collection of debts resulting from the Contractor granting credit to beneficiaries under C.6.3.5. Such debts are not owed to the Government. Therefore, the Contractor's collection of unpaid copayments is at the Contractor's own risk utilizing practices separate and apart from any recoupment procedures under this contract.

The Contractor shall recoup from patients with retroactive eligibility changes identified by DMDC. These recoupments shall be reported under CDRL Q130.

**C.13.3.** TED Submission Requirements

The Contractor shall submit a TED record for each prescription processed to completion and each completed Clinical Review, in accordance with TSM, Chapter 2, and the TOM, Chapter 1. MTF claims (See C.5) and rejected electronic claims are excluded. Adjustments, cancellations, or corrections to TED records shall be made as required to ensure financial transactions are complete and correctly recorded in TED records by fiscal year and by bank account (i.e., Medicare Dual eligible or TRICARE only).

The Contractor must be able to adjust prior Contractors' TEDs as necessary.

The Contractor's adjustments to TED records shall not create any inaccuracies in the clinical record.

For electronic retail claims, the Contractor may hold the TED for 10 days to allow for reversals of non-complaint prescriptions (C.3.1.9). Claims reversed or cancelled within the 10 day hold period do not require a TED. Reversals processed after the date the TED was submitted will require an adjusted or cancelled TED record. All other claims must submit TEDs in accordance the TOM, Chapter 1.

The accuracy rate for TED edits shall not be less than:

**C.13.3.5.1.** 95% after six months of performance during the first option period; and

**C.13.3.5.2.** 99% after nine months and thereafter during the entire term of the contract.

**SECTION C**
**STATEMENT OF WORK**

▨▨▨▨▨ The Contractor shall provide reporting to the Government on TEDs processed for all relevant CLINs (CDRL Q090).

## C.14. Management

**C.14.1.** Quality Management

▨▨▨▨▨ The Contractor shall provide a comprehensive Quality Management Plan (A050). The plan shall be reviewed and revised no less than annually or when changes are required.

**C.14.1.1.1.** The Contractor's plan shall incorporate a proactive and industry-leading quality management approach for all functions and requirements under this contract.

**C.14.1.1.2.** The Contractor's approach shall establish quality controls that meet the requirements in TOM Chapter 1, Section 4; TOM Chapter 23, Section 4, including reporting requirements (CDRL Q140 and CDRL M090).

**C.14.1.1.3.** The Contractor's plan shall address at least the following: pre-release testing processes, process mapping for all cases, self-inspection plan, continuous surveillance, continuous quality monitoring, continuous improvement, methods for prompt reporting, and methods for root cause analysis.

**C.14.1.1.4.** The Contractor's approach to quality management shall include the following:

- Promote proactive identification of potential issues, errors, and defects before they impact beneficiaries and other stakeholders
- Inform the Government within one business day of when an issue, error, or defect is identified
- Take available steps to mitigate the impact of the issue, error or defect
- Provide a corrective action plan and update the Government on a mutually agreed schedule until the issue is resolved, including all corrections
- Provide a long-term resolution to the issue and perform any required corrections
- Develop and implement procedures to ensure non-recurrence of issues, errors, and defects.

**C.14.2.** Contractor Training and Identification

▨▨▨▨▨ The Contractor shall ensure that its staff and any subcontractors are thoroughly trained and knowledgeable regarding the requirements of this contract.

▨▨▨▨▨ Contractor personnel and subcontractors shall identify themselves as contractors or subcontractors during meetings, telephone conversations, in electronic messages, or correspondence related to this contract.

▨▨▨▨▨ Contractor personnel shall be clearly identifiable while on Government property by wearing appropriate badges.

SECTION C
STATEMENT OF WORK

███████ Contractor personnel, while performing in a contractor capacity, shall not use their retired or reserve component military rank or title in any written or verbal communications associated with the contract under which they provide services.

███████ The Contractor shall avoid any action or statement that is inconsistent with the requirements of this contract.

███████ The Contractor shall provide to the CO an updated management organizational chart identifying key personnel at the post-award conference. The Contractor shall notify the Government in advance of any changes to key personnel and provide an updated organizational chart to reflect the change. Updated organizational charts shall also be provided in the event of a change in the management structure.

**C.14.3.** The Contractor shall monitor and log operational issues and provide updates of this log for recurring meetings with the Government (CDRL W040).

**C.14.4.** The Contractor shall monitor performance across all major areas of performance under the contract in accordance with CDRL M010.

**C.14.5.** The Contractor shall coordinate with the CO or COR no less than five business days prior to meeting with any DoD personnel, including the Military Services or Government Contractors in support of DoD. Such coordination will include sharing a list of attendees and tentative agenda of the topics to be discussed. The Contractor shall also provide an after-action summary/minutes documenting what was discussed and any materials provided by the Contractor.

**C.14.6.** No less than quarterly, the Contractor shall plan and conduct meetings with the Government to review progress and status of activities under the Contract. Meetings shall be held at a mutually agreed upon location. The final agenda and meeting materials shall be provided no less than five business days in advance of the meeting.

**C.14.7.** Within five business days after any meeting with the Government, the Contractor shall provide minutes and action items to the COR.

███████ The Contractor shall provide the Government with licenses to Medispan and First Data Bank (FDB) for purposes of calculating the Cost Control Incentives (see Section H). At a minimum, access to the FDB Core Package should be included. The Government anticipates up to ██ users for FDB and ██ users for Medispan.

**C.14.8.** The Contractor shall provide a version of the contract that is releasable under the Freedom of Information Act in accordance with CDRL A010.

**C.14.9.** The Contractor shall maintain standard operating procedures (SOP) documents for areas of contract performance that may have complex and variable processes that need to be communicated to stakeholders. SOPs should include, but are not limited to: Emergency Declarations, Drug Recalls, Deployed Prescription Program, Prescription Monitoring Program, Other Health Insurance, and PDMP. SOPs shall be developed during transition, in collaboration

# SECTION C
## STATEMENT OF WORK

with the Government, and shall be added and updated as necessary throughout the period of performance. SOPs shall be made available to the Government in accordance with C.14.13.

**C.14.10.** Continuity of Operations

**C.14.10.1.** The Contractor shall develop a Continuity of Operations Plan (COOP) that meets the requirements in TSM, Chapter 1, Section 1.1. Additionally, the plan shall address how all contract services will be restored after an emergency event. This includes both situations of both short or long duration and disruptions internal and external to the Contractor. The COOP shall be written to meet all performance standards established in this contract, including the restoration of critical functions within 24 hours. At minimum, critical functions includes real time claims processing. The COOP shall be delivered to the Government prior to the start of pharmacy services. The plan shall be reviewed annually and an updated version provided to the Government prior the start of each subsequent option period. (CDRL A030) The disaster recovery plan established in the COOP shall also be tested and results provided to the Government in accordance with the requirements established in the TSM (CDRL A031).

**C.14.11.** Clinical Support Agreements. Clinical Support Agreements (CSAs) may be used to optimize MTF pharmacies, as described in TOM, Chapter 15, Section 3. The Contracting Officer will incorporate CSAs via bilateral modification.

**C.14.12.** At the request of the Government, the Contractor shall provide additional reports to support benefit design review and evaluation. The Contractor shall deliver these results in the format and method specified by the Government (CDRL R030).

**C.14.13.** Contractor Maintained Documents. The Contractor shall maintain an online repository that is readily accessible to identified government users for purposes of contract oversight. In this location, the Contractor shall maintain current and archived versions of SOPs, technical documentation (including interface control documents, payer sheets, etc.), benefit design documents and drug lists, beneficiary communication templates, training documents, and other item listed in this contract or as otherwise requested. All documents shall include the date they were most recently updated. Archived versions shall include effective dates and be clearly distinguishable from the versions currently in use.

**C.15. Contract Transition**

**C.15.1.** Transition-In.

**C.15.1.1.** Contract transition-in shall be conducted in accordance with the TOM, Chapter 23 and the following.

**C.15.1.2.** The Contractor shall complete all transition-in efforts in accordance with the Transition-In Plan (CDRL T010), and be prepared to begin delivery of services in accordance with Section F of this contract. Transition-in efforts shall be completed prior to the applicable start of pharmacy services under this contact and shall include:

- Connectivity to all required government systems.
- Complete testing and certification that development is complete and systems are

SECTION C
STATEMENT OF WORK

functional for successful interaction with the all required government systems.

- Successful completion of integration, benchmark, and stress testing for all systems. Initial testing shall include but is not limited to all required financial transactions such as tracking transactions by fiscal year, voided, stale-dated or reissued checks, adjustment and cancellation TEDs, and recording and reporting collections. Significant issues experienced in testing may require that the Contractor repeat the tests to confirm that the appropriate corrections are in place. Exit criteria will be determined by the Government. The COR or other designated authority will certify the successful completion of integration, stress, and benchmark testing.
- Successful load of Automated Data Processing (ADP) and any other data from the Outgoing Contractor or DHA, including but not limited to:
  - TRICARE Encounter Provider Files (TEPRV)
  - PA/MN Files
  - TMOP Open Refill File
  - Prescription Monitoring Program Restrictions
  - Data in support of Deployed Prescription Program
  - Program Integrity Files

In addition to the requirements in TOM Chapter 23, Section 5, the Contractor's transition-in plan shall include the following:

- An overview of requirements
- Critical path and milestones
- Identification of risks, both overall and with reference to specific requirements and milestones. The plan shall include risks classified as moderate or above and their categorization. The Government may identify additional risks for the Contractor to address in their plan.
- Risk management strategies to be applied.

Throughout transition, the Contractor shall provide weekly reports on the status of transition relative to the transition plan (CDRL T020).

The Contractor shall arrange/attend meetings with the Government and/or external agencies in support of all requirements under this contract, including the establishment of all systems interfaces necessary to meet the requirements of the contract including but not limited to the PDW, DMDC, DHA/TEDS, MTFs, TMDS, and CHDR. This will include integration testing meetings on each business day during transition-in or as otherwise directed by the Government, beginning at a date determined by the Government.

During contract transition-in, the Contractor shall estimates to DMDC of projected DEERS query volume over the period of performance. These estimates shall be provided in accordance with CDRL A090.

The Contractor shall complete the required B2B questionnaires during transition and shall obtain Government approval prior to receiving authorization to connect to any Government system (including test systems and environments). (See C.11.4)

SECTION C
STATEMENT OF WORK

C.15.9. The Contractor shall support all required testing activities during the transition period (See C.11.14).

C.15.10 During transition, the Contractor shall coordinate the implementation of new MHS GENESIS sites with Outgoing contractor (See C.11.7.4).

C.15.11. At the Transition meeting between the incoming and outgoing Contractors and the Government representatives, contractors shall mutually agree to a run-off schedule for all processes not occurring in real-time, including but not limited to clinical reviews, paper claims, TMOP prescription processing and beneficiary correspondence.

C.15.11. The Contractor shall retain and use the TRICARE Encounter Provider record (TEPRV) provider numbers previously established by the outgoing Contractor for all TED submissions (TSM, Chapter 2, Section 1.2).

C.15.112. As part of transition efforts, the Contractor shall provide formulary support materials as described in C.7.2.1 in support of the first P&T meeting after go-live.

C.15.13. The Contractor shall review its proposed OHI process with the Government during contract transition-in (see C.2.9).

C.15.14. In the transition period, the Contractor shall support pre-implementation activities for any site scheduled to deploy MHS GENESIS within six months of the start of pharmacy services. The Contractor shall begin data analysis and training and education efforts for MHS GENESIS six months before a site is scheduled to deploy.

C.15.15. Performance-Based Transition-In Milestones. Successful completion of a performance-based transition-in milestone consists of the Contractor meeting the stated objectives established and verification by the Government. These milestones and their completion criteria are listed below. Achievement of each transition-in milestone triggers a performance-based payment comprising a percentage of the total transition-in price, as described in Section G.

| Milestone | Completion Criteria |
|---|---|
| Approach to DPP | Acceptance of technical approach by Government |
| Approach to OHI | Acceptance of technical approach by Government |
| Approach to Specialty | Acceptance of technical approach by Government |
| B2B Questionnaire - Initial | Approved; covers at minimum DEERS and TEDS |
| B2B Questionnaire - Final | Approved; covers all required interfaces |
| Benchmark Testing | Completion of benchmark testing, with all findings addressed |
| DEERS Volume Estimates | Acceptance of Estimates |
| Formulary Search Tool Mock-up Previewed | Gov't reviews & validates it meets requirements |
| MOU with DHA Communications | Fully executed MOU |
| MTF Help Desk SOPs | Accepted by the Government |

SECTION C
STATEMENT OF WORK

| Milestone | Completion Criteria |
|---|---|
| NIST Checklist | Submission of complete System Security Plan and checklist, certifying NIST compliance (See Section H) as well as confirmation that Basic Assessment has been posted to Supplier Performance Risk System (SPRS) (See DFARS 252.204-7020) |
| Post Award Conference/Transition | Completion of meeting |
| Quality Management Plan | Acceptance of plan; meets requirements |
| Run-off and/or Cutover Plans | Government acceptance of plans |
| Website Mock-up previewed | Approval by Government; meets requirements |

 Transition-in Mailings

**C.15.1.16.1.** The Contractor shall, in coordination with the outgoing Contractor, identify beneficiaries who, during the six months prior to the letter mailing date, used pharmacies that are not in the Contractor's pharmacy network. The incoming Contractor will inform these beneficiaries by letter that the pharmacy they previously used is no longer in the retail pharmacy network and provide information that enables the beneficiary to identify network pharmacies. This letter will be mailed so that beneficiaries will receive it 30 to 40 days prior to the start of pharmacy services.

**C.15.1.16.2.** The Contractor shall mail notices to beneficiaries who have filled prescriptions at TMOP or a retail pharmacy, during the six months prior to the mailing date. The letter shall include, at a minimum, the information required under the notice in C.9.3.2.

**C.15.1.16.3.** At the direction of the Government, the incoming Contractor shall mail letters to beneficiaries identified by the Government to communicate changes to the benefit during contract transition-in.

**C.15.1.16.4.** The incoming Contractor shall establish MOUs with internal and external DHA partners at the direction of the Government, or as the Contractor otherwise deems necessary to meet the requirements of the contract, including necessary cooperation, system interfaces, exchange of information, and POCs for such things as program integrity issues, case management (including coordination of care for patients who receive specialty pharmacy or home infusion services), third-party liability and claims jurisdiction issues. All MOUs are subject to annual review and update, as required, by the Contractor. At minimum, the Contractor shall establish MOU with the following:

- DHA Communications (CDRL A020)
- DHA Managed Care Support Contractors (CDRLs A023 & A024)
- DHA Compliance Review Contractor (CDRL A025)
- Transition-In MOU (CDRL R120)
- DHA Information Operations (Pharmacy Data Warehouse) (CDRL A021)
- DHMSM/MHS GENESIS Contractor (CDRL A022)

The Contractor will notify the Government of any additional MOUs that are required so numbers may be assigned for submission of deliverables.

## SECTION C
## STATEMENT OF WORK

**C.15.2.** Contract Transition-Out

**C.15.2.1.** The Contractor shall complete contract transition-out in accordance with the TOM, Chapter 23, and the following activities.

**C.15.2.2.** Upon award of any subsequent contract, the Contractor shall support transition activities of the incoming Contractor with minimal disruption of services to the beneficiaries. The Outgoing Contractor shall execute an MOU with the Incoming Contractor. All points of beneficiary contact shall provide outgoing messaging with the Incoming Contractor's contact information for no fewer than 45 days after the start of service delivery under the successor contract.

**C.15.2.3.** The Outgoing Contractor shall provide the Incoming Contractor with all applicable versions of the benefit design (see C.7.3), with effective dates, for the final two years of this contract. The Outgoing Contractor shall also provide an OHI data file.

**C.15.2.4.** The Contractor shall submit a Transition-Out Plan (CDRL T030) and regular status reports (CDRL T040).

**C.15.2.5.** The Contractor shall maintain sufficient qualified staff to meet all requirements of the contract, including beneficiary services and final processing of all pending claims including TED reporting requirements.

**C.15.2.6.** The Contractor's transition-out activities will be coordinated through the Government.

**C.15.2.7.** The Outgoing Contractor shall send a notice to all eligible beneficiaries who have used pharmacy services in the previous 12 months. The Government shall provide the new Contractor's information and POC to the Outgoing Contractor at least 120 calendar days prior to the end of the final option period of this contract. The notice will provide the new Contractor's information and points of contact (mailing addresses, email addresses, and phone numbers). The notice shall be sent 95 calendar days prior to the end of this contract.

### C.16. Contractor Offered Services, Methodologies and Techniques

**C.16.1.** Subject Matter Expertise

**C.16.1.1.** The Contractor will support evaluation of initiatives that impact and/or potentially change the TRICARE Pharmacy benefit. This includes but is not limited to ▓▓▓ (b) (4) ▓▓▓ collaboration with the POD ▓▓▓ (b) (4) ▓▓▓ regarding such pharmacy initiatives.

**C.16.1.2.** In cooperation with the POD, the Contractor will deliver ▓▓▓ (b) (4) ▓▓▓ for this type of cooperative effort. The Contractor will track and report to the Government the ▓▓▓ (b) (4) ▓▓▓.

**C.16.2.** Formulary Benefit Design Solutions

**C.16.2.1.** Consistent with requirements at C.7.2, the Contractor will provide solutions ▓▓▓ (b) (4) ▓▓▓ to support DoD Formulary and Benefit Design recommendations. The Contractor will provide:

## SECTION C
## STATEMENT OF WORK

- Trend reporting **(b) (4)**

- Compound claims report(s) with evidence-based recommendations which focus on **(b) (4)**

- Drug maintenance report(s) providing visibility to **(b) (4)** .
- Programs designed to promote adherence and appropriate drug-therapy utilization **(b) (4)**
- Advanced Opioid Management programs which provide **(b) (4)**

    for those already suffering from opioid use disorder.
- Advanced Healthcare Analytics to identify **(b) (4)**

**C.16.3.** Safety and Enhanced Care Services. Consistent with the requirements listed in C.7.8, the Contractor will provide:

**C.16.3.1.** Enhanced customer services through access of clinical care professionals **(b) (4)** Access to clinical care professionals shall be available to all beneficiaries regardless of their POS, for conditions including but not limited **(b) (4)** **(b) (4)** Beneficiaries will be able to contact a clinical care professional through Inquiries will be responded to within **(b) (4)** and **(b) (4)** Additionally, clinical care professionals shall **(b) (4)** messages through a variety of **(b) (4)** The goal of these services shall be to ensure safety and effectiveness, improve outcomes, and reduce costs. The clinical care team shall **(b) (4)**

**C.16.3.2.** The contractor will provide access to an on-demand data **(b) (4)** This data **(b) (4)** will be fully accessible to the Government **(b) (4)** . The contractor will provide **(b) (4)** to DHA and MHS designees initially, **(b) (4)** The Contractor will provide training to a core group of **(b)(4)** users **(b) (4)**

**C.16.3.3.** The Contractor will provide enhanced service **(b) (4)** to collect and analyze data needed to identify and manage the appropriate use of medications and treatment regimens for both specialty and non-specialty medications to achieve measurable outcomes and cost control.

This service will:

**SECTION C**
**STATEMENT OF WORK**

- Provide a dedicated ████ **(b) (4)** ████.
- Allow DHA to see data ████ **(b) (4)** ████
- Provide **(b) (4)** visibility to actions taken to support **(b) (4)** and improve outcomes ████ **(b) (4)** ████
- Promote coordination of care ████ **(b) (4)** ████
- Coordinate ████ **(b) (4)** ████ with the beneficiary.
- Support clinical improvement opportunities ████ **(b) (4)** ████.

**C.16.4.** Routine PA Analytics

**C.16.4.1.** Consistent with requirements listed in C.8.7 the Contractor will provide a solution to facilitate **(b) (4)** and improvement of clinical review criteria **(b) (4)** This solution will identify **(b) (4)** elements that may be available from **(b) (4)** that can be accessed through **(b) (4)** The contractor will review **(b) (4)** clinical review criteria at least **(b) (4)** This solution will support **(b) (4)**, identify cases most likely to **(b) (4)** and automatically **(b) (4)** as appropriate.

**C.16.5.** Telepharmacy

**C.16.5.1.** Consistent with customer service requirements in C.9.1, the contractor will provide beneficiary telepharmacy ████ **(b) (4)** ████ for care coordination services. Telepharmacy, specifically for care coordination is intended to achieve outcomes related to the cure or prevention of a disease, elimination or reduction of symptoms, or slowing the disease progress.

**C.16.6.** Customer Service Support **(b) (4)**

**C.16.6.1.** Consistent with tasks listed at C.9, the contractor will provide an ████ **(b) (4)** ████ to assist in conversations with beneficiaries. This tool will ████ **(b) (4)** ████ to better serve the beneficiary with **(b) (4)** and improve overall performance. This tool will also ████ **(b) (4)** ████ further enhance the caller's experience.

**C.16.7.** Access for Beneficiaries' Caregivers

**C.16.7.1.** Consistent with C.9.4.5, the contractor will provide caregiver access for beneficiaries requiring assistance with managing prescription needs. ████ **(b) (4)** ████

**C.16.8.** **(b) (4)** Coverage Review

**C.16.8.1.** Consistent with C.11.15.2, the contractor shall provide a solution which improves turnaround time and minimizes beneficiary disruption ████ **(b) (4)** ████

## SECTION C
## STATEMENT OF WORK

(b) (4)   The solution will be able to pull data from (b)(4)
as well as an y   (b) (4)
relevant to the PA which will   (b) (4)

**(End of Section C)**

# SECTION D
# PACKAGING AND MARKING

**D.1. Packaging and Marking.**

**D.1.1.  Compliance with Laws.** Preservation, packaging, and marking for all prescription pharmaceuticals delivered hereunder shall be in accordance with applicable Federal and State laws.

**D.1.2.  Packaging of Pharmaceuticals for Delivery.** All prescription pharmaceuticals delivered by the Contractor's mail order pharmacy or other pharmacy shall be adequately packaged and packed to ensure safe, undamaged delivery to the beneficiary. Packaging must minimize pill breakage and protect pharmaceuticals from damage from environmental and handling conditions (i.e. temperature, humidity, light, pressure, impact) which can be reasonably anticipated during postal or commercial shipping processes.

**D.1.3.  Packaging of Deliverables.** Any reports, electronic media, and other products furnished by the Contractor that cannot be delivered by electronic means shall be adequately packaged and packed to ensure safe delivery at destination. All products must be clearly marked to identify the contents, the sender, and the individual/office to which they are being sent. Extra care shall be taken in packaging electronic media to protect against damage, and to ensure that any electronic media will not become separated from the routing sheets. Such reports and other products to be furnished are to be shipped via a method that provides for acknowledgment of receipt. The Contractor shall retain such receipts. Shipments containing electronic media shall be marked as such and shall include the statement "Do Not X-Ray."

**D.1.4.  Labeling.** The Contractor shall include the contract number on all products to be furnished under the contract. The terms of this paragraph do not apply to Contractor shipments to beneficiaries.

**D.2. Inclusions.** Each package, report or other deliverable shall be accompanied by a letter or other document which includes the following identification.

**D.2.1.  Contract Number.** Identifies the contract by number under which the item is being delivered.

**D.2.2.  CDRL Item Number.** Identifies the Contract Data Requirements Lists (CDRL) Item Number or report requirement which requires the delivered item(s).

**D.2.3.  Partial or Full Satisfaction.** Indicates whether the Contractor considers the delivered items represent partial or full satisfaction of the requirement.

<div align="center">

**(End of Section D)**

</div>

**SECTION E**
**INSPECTION AND ACCEPTANCE**

**E.1. Clauses.**

**FAR 52.246-4 Inspection of Services–Fixed Price (AUG 1996)**

**E.2. Inspection.** Inspections may be conducted electronically or by physical inspection. Inspections will be performed at the Defense Health Agency, the Contractor's and/or subcontractor's facilities, or any other locations at which work is performed. Inspection of services and/or supplies provided hereunder will be accomplished by the Contracting Officer's Representative (COR) or his/her designee(s).

**E.3. Acceptance.**

**E.3.1. TEDS Records.** The acceptance process for the listed claims/pharmacy transactions are performed by the TEDS at the batch header/individual TEDS record level. Acceptance will be accomplished by individual TEDS record.
- Retail Network Claims (to include Direct Member Reimbursements)
- Network Specialty Claims
- Mail Order Pharmacy, Prescription Fill (and specialty services)
- Clinical Prior Authorization and Medical Necessity Reviews

**E.3.2. Other Records.** Acceptance or rejection of services other than those submitted with a TED record, provided under the terms and conditions of this contract, will be accomplished by the Government using a DD250, Material Inspection and Receiving Report. The DD250s shall be submitted to the Government only after the Contractor has accomplished the required services.

**E.3.3. Contract Transition-In and Contract Transition-Out.** The Contractor shall submit a separate DD250, Material Inspection and Receiving Report, to the Government after accomplishing each of the required contract transition-in requirements listed in C.15.

**E.4. Quality Assurance Surveillance Plan (QASP).** The Government will utilize a QASP to facilitate contract surveillance.

**(End of Section E)**

**SECTION F**
**DELIVERIES OR PERFORMANCE**

**F.1. Contract Clauses.**

**FAR 52.242-15 Stop-Work Order (AUG 1989)**

**F.2.  Period of Performance.**

**F.2.1. Transition-In.** The Base Period of Performance (PoP) is 15 months and one week (September 23, 2021 to December 31, 2022) and will begin upon receipt of notice to proceed. The Contractor shall begin contract transition-in activities and complete specific activities by the timelines specified in Section C of this contract and the TRICARE Operations Manual (TOM) Chapter 23, Section 5.  The Contractor shall also complete contract transition-in activities by the date specified in the Contractor's transition-in plan. In the event there is a conflict or overlap of dates/timelines between this contract, TRICARE Manuals, and the Contractor's transition-in plan, the dates/timelines specified in this contract take precedence. The Contractor shall make every effort to coordinate the dates accordingly and shall promptly notify the Contracting Officer and Contracting Officer's Representative if a conflict of dates arises.

**F.2.2. Full Performance.** Option periods one through seven will be 12 months each beginning on the next calendar day following the base period or completed option period, if exercised. The option periods identified herein are hereby defined as the period in which pharmacy services will be delivered to TRICARE beneficiaries. The start of pharmacy services delivery is the first day of option period 1; no pharmacy services delivery will be performed during transition-in. To meet the requirements for pharmacy services delivery for a given period, the Contractor will perform incidental administrative tasks associated with the given pharmacy service delivery period beyond that period (e.g. transfers, bank account close-out, etc.).

**F.2.3. Transition-Out.** When services under this contract are (or scheduled) to be discontinued, a contract transition-out period will be exercised concurrent with one of the pharmacy services delivery periods. The Contractor will begin contract transition-out activities upon exercise of the contract transition-out Contract Line Item Number (CLIN) and complete such activities within the timelines specified in TOM Chapter 23, Section 5 and Section C. All contract transition-out activities shall be accomplished no later than 270 days after the start of pharmacy services delivery by the incoming Contractor(s).

**F.3. Reports and Plans – Contract Data Requirements List (CDRL).** The Contractor shall electronically submit all CDRL items in accordance with each CDRL. The Contractor shall submit all CDRL items in the format specified on the CDRL.  If no format is specified, the Contractor may use any format compatible with the Microsoft Office Suite, Adobe PDF, or an alternate format approved by the Government.

- Unless otherwise specified in this section, all CDRL items shall be submitted to the Government via the E-commerce Extranet (Attachment J-3, Line 12). See TOM, Chapter 14 for report submission requirements.  If the CDRL's due date falls on a weekend or holiday, the Contractor shall submit on the following business day.

- Reports containing PII or PHI shall be submitted through the E-commerce Extranet into the appropriate slot that has been designated for PHI/PII.

**SECTION F**
**DELIVERIES OR PERFORMANCE**

- Reports shall contain sufficient data to allow the Government to calculate percentages independently. Reported percentages shall be rounded to two decimal places.

**F.3.1. Training.** Within 30 days of the start of transition, the incoming Contractor shall schedule a time and date to receive initial training from the Government on the submission of deliverables. Additional training for new users will be provided throughout the contract upon request.

**F.3.2. Administrative Requirements.** All reports shall include definitions (including examples, if applicable) of key terms, the reporting period, date the report was created, descriptions of methodology used when applicable, and a change log capturing any report modifications.

**F.3.3. Accuracy.** The Contractor is accountable for assuring that reports contain accurate and complete data. Upon identification of any errors following initial submission, the Contractor shall notify the Government within two business days and provide updated corrected reports within thirty days unless otherwise approved by the Government. The Contractor shall identify to the Government upon discovery the specific data to be corrected and provide an explanation for the initial error. The Contractor shall prepare written procedures describing the source of information as well as the specific steps followed in the collection and preparation of data for each report. All reports must be accompanied with data, documentation and audit trails sufficient to support and validate the reported information. The reports shall be titled as listed. The Contractor shall submit a negative report if there is no data to report.

**F.3.4. Usability.** The Contractor shall review proposed CDRL formats with the Government during Contractor transition to ensure the report fulfills the Government's intended use. The Government also reserves the right to request additional changes to a CDRL after the first submission.

**F.3.5. Contract Data Requirements List (CDRL).** The following is a list of the CDRLs the Contractor is required to complete and submit in accordance with the guidance provided above:

**F.3.5.1. Daily.**
D010   Mail Order Daily NDC Change Requests Report (Rev 10122022)
D020   MTF CHCS Claims Rejection Detail Report (Rev on 3/01/2023)
D030   Contractor Payment Check Issue Data
D040   Retail Pharmacy Claims (RPC) Data Requirements

**F.3.5.2. Weekly.**
W010   Mail Order Rebaseline and Continuous Monitoring Approval Report (Rev 10122022)
W011   Specialty Pharmacy Rebaseline and Continuous Monitoring Approval Report (Rev 10122022)
W012   Mail Order Backorder Report
W020   MTF CHCS Data Integrity Report - High Dose & Invalid Provider (Rev on 3/01/2023)
W021   MTF CHCS High Cost Claim Report (Rev on 3/01/2023)
W030   MHS GENESIS Drug Reject Report
W040   Operations Issues Log (Rev 02162022)

**F.3.5.3. Monthly.**

**SECTION F**
**DELIVERIES OR PERFORMANCE**

M010   TPharm Contract Performance Summary
M020   Call Center Top Issues Report
M030   Priority Correspondence Report
M040   Retail Network Pharmacy Report
M041   Retail Network Pharmacy Access Report
M050   TPharm Metric Summary Report (Rev 10122022)
M060   Pharmacy Transactions Processing Report
M070   MTF CHCS Claims Rejection Summary Report
M071   MTF CHCS Data Integrity Summary Report - High Dose & Invalid Provider (Rev on 3/01/2023)
M072   MTF CHCS High Cost Claim Summary Report (Rev on 3/01/2023)
M080   HIPAA Privacy Disclosure Report
M090   Pharmacy Claims Audit Report
M100   Deployment Prescription Program Report
M110   Replenishment Reconciliation Report Claims (Rev 12212021)
M111   Replenishment Reconciliation Report - NDC Level (Rev 12212021)
M120   Expanded Mail Order and MTF Report
M130   Auto Refill Dashboard
M140   Market Priced Pharmaceutical Program Report (Rev on 3/01/2023)
M150   Theater Medical Data Store (TMDS) Claims Processing Report (Rev 12032021)
M160   Bank Reconciliation Format (Rev 12032021)
M170   Accounts Receivable Reports
M180   Bank Cleared Payment Report
M190   Bank Account Statement Report
M200   Benefit Design and Formulary Search Tool Changes (Rev on 3/01/2023)
M210   Compound Prescription Report (Rev 10122022)
M220   PDMP MHS User Overview Report
M230   Prescription Monitoring Program Report MTF (Rev 12162021)
M231   Prescription Monitoring Program Report MCSC (Rev 12162021)
M240   Retail Refund Dispute Report
M250   Employee Access to DoD Information Systems/Networks Report

**F.3.5.4. Quarterly.**

Q010   Clinical and Admin Review Report (Rev 03232022)
Q020   Beneficiary Services Report
Q030   Pharmacy Help Desk Report (Rev 12212021)
Q040   Mail Order Pharmacy Prescription Report (Rev on 3/1/2023)
Q041   Mail Order Pharmacy Reship Report
Q042   Mail Order Quality Control Report
Q050   Paper Claims Processing Report (Rev 10122022)
Q060   Prescription Monitoring Program Utilizer Report (04112022)
Q061   Prescription Monitoring Program Overview Report (04112022)
Q070   Safety and Enhanced Care Services Report (Rev 10122022)
Q080   EOB Report
Q090   TED Summary Report
Q100   Fraud and Abuse Summary Report
Q110   Other Health Insurance (OHI) Identification and Development Report

**SECTION F**
**DELIVERIES OR PERFORMANCE**

Q111  OHI Cost Avoidance Report
Q120  CHCBP Monitoring Report
Q130  Eligibility Recoupment Status Report
Q140  Quarterly Review Program Report
Q150  Specialty Pharmacy Services Report (Rev 10122022)
Q160  Educational Update Report
Q170  Market Drug Trend Report
Q180  Specialty Pharmacy Accreditation Performance Guarantee Report (Rev 12232021)
Q190  Network Pharmacy Performance Report (Rev 12232021)
Q200  NPV Fulfillment Performance Report (Rev 12232021)

**F.3.5.5. Annual.**

A010  FOIA Releasable Contract
A020  MOU with DHA Communications
A021  MOU with DHA Information Operations (Pharmacy Data Warehouse) (Rev 12032021)
A022  MOU with MHS GENESIS Contractor
A023  MOU with MCSC - East Region
A024  MOU with MCSC - West Region
A025  MOU with DHA Compliance Review Contractor
A030  Continuity of Operation Plan
A031  Disaster Recovery Test Results (Rev 02272022)
A040  NIST Certification of Compliance Report
A050  Quality Management Plan
A060  Service Organization Control Report (SOC1) SSAE 18 (Rev 02092022)
A061  Bridge Letter on Service Organization Control Report (SOC1) SSAE 18 (Rev 02102022)
A070  Risk Assessment Letter of Assurance
A080  Fraud Detection and Prevention Strategy and Internal Procedures
A090  DEERS Query Volume Forecast (Rev 10122022)
A100  Education Plan
A110  Retail Network Access Plan
A120  System Security Plan
A130  Health and Safety Gaps Closure Report (Rev 122321)
A140  Latent Replenishment Owed Approval Report (Initial 3/01/2023)

**F.3.5.6. As Required.**

R010  NPV Discrepancy Report
R020  Pharmacy Change Monitoring Report
R030  Ad Hoc Management Reports
R040  Appeals Processing Guidelines, Desk Instructions and Reference Material
R050  Breach Report
R060  Standard Operating Procedures (Desk Procedures)
R070  State of Emergency Report
R080  Random Sampling Audit Worksheet
R090  Fraud Abuse Patient Harm-Initial Notification Checklist
R100  DHA-MTF Fraud and Abuse Cover Sheet
R110  Declaration of Transfer and Destruction of Records
R120  Transition-In MOU

## SECTION F
## DELIVERIES OR PERFORMANCE

R121  Transition-Out MOU
R130  Specialty Pharmacy Daily NDC Change Requests Report (Rev 10122022)
R140  Specialty Market Priced Pharmaceutical Program Report (Rev on 3/01/2023)
R150  Systems Integration Test Plans
R160  B2B Gateway Questionnaire
R170  Mission-Essential Contractor Services Plan
R180  MOU with TMEP Contractor

**F.3.5.7. Transition.**
T010  Transition-In Plan
T020  Transition-In Status Report
T030  Transition-Out Plan
T040  Transition-Out Status Report

**F.4 Delivery Schedule – Contract Changes**

**F.4.1 MHS GENESIS Transition – Loading Prior Authorization and Medical Necessity**
At the Government's direction, the Contract will load PA and MN overrides timely, so that existing beneficiaries will receive medication (requiring overrides) at the following MTF pharmacies transitioning to MHS GENESIS without interruption, per C.8.10.2.2.3.

| Wave / Site(s) | Final Five GENESIS PA/MN Load Support | | | Quantity Limit (QL) Load Spt | |
|---|---|---|---|---|---|
| | Modification | Sub-CLIN | Completion Date | Fielding Go-Live Date | Govt QL Listing Est Due Date (45 Days Before Start) |
| Portsmouth/Drum | P00006 | 1023AA | Jan, 2023 | 21-Jan-23 | Immediate |
| Reed/Belvoir | P00006 | 1023AA | Mar, 2023 | 25-Mar-23 | Immediate |
| Wright Patterson | P00006 | 1023AA | Jun, 2023 | 3-Jun-23 | 19-Apr-23 |
| Landstuhl/Lakenheath | P00006 | 1023AA | Sept, 2023 | 23-Sep-23 | 9-Aug-23 |
| Guam/S. Korea & Okinawa | P00006 | 1023AB | Dec, 2023 | 28-Oct-23 | 13-Sep-23 |

**(End of Section F)**

## SECTION G
## CONTRACT ADMINISTRATION

**G.1. Contract Clauses.**

**DFARS 252.204-7006 BILLING INSTRUCTIONS (OCT 2005)**

**DFARS 252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (DEC 2018)**

 (a) *Definitions.* As used in this clause—

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

"Payment request" and "receiving report" are defined in the clause at Electronic Submission of Payment Requests and Receiving Reports.

(b) *Electronic invoicing.* The WAWF system provides the method to electronically process vendor payment requests and receiving reports, as authorized by Defense Federal Acquisition Regulation Supplement (DFARS) Electronic Submission of Payment Requests and Receiving Reports.

(c) *WAWF access.* To access WAWF, the Contractor shall—

(1) Have a designated electronic business point of contact in the System for Award Management at https://www.sam.gov; and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d) *WAWF training.* The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/

(e) *WAWF methods of document submission.* Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) *WAWF payment instructions*. The Contractor shall use the following information when submitting payment requests and receiving reports in WAWF for this contract or task or delivery order:

(1) *Document type*. The Contractor shall submit payment requests using the following document type(s):

(i) For cost-type line items, including labor-hour or time-and-materials, submit a cost voucher.

(ii) For fixed price line items—

(A) That require shipment of a deliverable, submit the invoice and receiving report specified by the Contracting Officer.

**The Contractor shall use Invoice as 2 In 1 (DD250 Form).**

(B) For services that do not require shipment of a deliverable, submit either the Invoice 2in1, which meets the requirements for the invoice and receiving report, or the applicable invoice and receiving report, as specified by the Contracting Officer.

**The Contractor shall use Invoice as 2 In 1 (DD250 Form).**

(iii) For customary progress payments based on costs incurred, submit a progress payment request.

(iv) For performance based payments, submit a performance based payment request.

(v) For commercial item financing, submit a commercial item financing request.

(2) Fast Pay requests are only permitted when Federal Acquisition Regulation (FAR) 52.213-1 is included in the contract.

*[Note: The Contractor may use a WAWF "combo" document type to create some combinations of invoice and receiving report in one step.]*

(3) *Document routing*. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Table:

| Field Name in WAWF | Data entered in WAWF |
|---|---|
| Pay Official DoDAAC | **HT0010** |
| Issue By DoDAAC | **HT9402** |
| Admin DoDAAC | **HT9402** |
| Inspect By DoDAAC | |
| Ship To Code | **HT9402** |
| Ship From Code | **1WPW1** |
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | **HT0066** |
| Accept at Other DoDAAC | **HT9402** |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

 (4) *Payment request.* The Contractor shall ensure a payment request includes documentation appropriate to the type of payment request in accordance with the payment clause, contract financing clause, or Federal Acquisition Regulation 52.216-7, Allowable Cost and Payment, as applicable.

(5) *Receiving report*. The Contractor shall ensure a receiving report meets the requirements of DFARS Appendix F.

(g) *WAWF point of contact.*

(1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

> **The Contractor may obtain clarification regarding invoicing in WAWF from the DHA/CRM Accounting Technician assigned to their contract.**

 (2) Contact the WAWF helpdesk at 866-618-5988, if assistance is needed.

(End of clause)

**G.2. Contract Administration.** The Defense Health Agency (DHA), Managed Care-Contracting Division (MC-CD) will perform contract administration, except as delegated to other Government agencies by the DHA Contracting Officer. The Contractor will be provided a copy of all delegations of administration functions. The following individuals will be the Government points of contact during the performance of this contract.

**G.2.1. Contracting Officer.** The Contracting Officer is responsible for the administration of this contract and is solely authorized to take action on behalf of the Government that may result in

changes to the terms of this contract, including deviation from section C. The Contracting Officer for administration of this contract is:

> Contracting Officer
> Defense Health Agency
> Managed Care Contracting Division
> 16401 East Centretech Parkway
> Aurora, CO 80011-9066

**G.2.2. Contracting Officer's Representative**. The Contracting Officer will designate a Contracting Officer's Representative (COR) in writing. The Contractor will be provided a copy of COR appointment. The written appointment will delineate the scope of authority of the COR.

**G.2.3. Government Payment Office.**

> Defense Health Agency
> ATTN: Contract Resource Management (CRM) – Accounting Office
> 16401 E. Centretech Parkway
> Aurora, CO 80011-9066

**G.3. Billing Instructions.**

**G.3.1. Electronic Payment Support & Documentation for WAWF.**

**G.3.1.1. Payment support.** Contractors are required to submit their "payment request and receiving report" electronically utilizing the WAWF application.  In conjunction with the WAWF application, the Contractor must continue to submit their payment request and backup documents to the Contract Resource Management Office (DHA/CRM) at dha.buckley.crm.mbx.aur-crm-invoices@mail.mil.  This will ensure the continuity of payments.

**G.3.1.2. Credit Invoices.** WAWF is not able to process any credit invoices.  Credit invoices must be submitted directly to the DHA/CRM mailbox address listed above. Credit e-mail invoice(s) must clearly state in subject line 'WAWF not used.'

**G.3.1.3. Procedure if WAWF is unavailable.** When instructed by DHA/CRM that the WAWF system is not operating normally, the Contractor may submit their invoices directly to Contract Resource Management Office at the mailbox address listed above, with an email copy to the COR.  E-mail invoice(s) that are not submitted thru WAWF must clearly state in subject line 'WAWF not used'.  The e-mail receipt date shall be used as the invoice receipt date, DHA/CRM will work with the Contractor to get the Receiving Report signatures necessary for payment.

**G.3.2. Instructions to Paying Office.** The paying office will follow paying instructions included in any contract modification, including change order definitization and performance incentive payment modifications.

**G.3.2.1.** Revisions to payment instructions may be made as circumstances require. Revisions may be accomplished by correspondence between the contracting office and the paying office.

**G.3.3. Payments Due from the Contractor to the Government.**

**G.3.3.1. Performance Guarantees.** Upon determination of the performance guarantee and notification by the CO, the Contractor will follow instructions specified in the demand letter. If payment is not received by the due date specified, then the Government will make collection via payment offset by reducing the appropriate amount from the next payment(s) to the Contractor. If payment terms are not specified, Government will make collection via payment offset by reducing the appropriate amount from the next payment(s) to the Contractor.

**G.3.3.2. Other Payments from the Contractor to DHA.** Contractor payments will be made electronically following the directions outlined in the modification. If payment is not received by the due date then the Government will make collection via payment offset by reducing the appropriate amount from the next payment(s) to the Contractor. If payment terms are not specified, Government will make collection via payment offset by reducing the appropriate amount from the next payment(s) to the Contractor.

**G.3.3.3. Overpayments.** DHA reserves the right to collect overpayments made to the Contractor from the payments due to the Contractor (including any contract payments due the Contractor from other contracts it may hold with DHA or other Federal Agencies).

**G.3.4. Non-TEDS Instructions Invoice and Payment.** The basis for payment to the Contractor shall be the prices specified in Section B of this contract and as specified within this contract.

**G.3.4.1. Invoice Submission.** Non-TEDS invoices shall be submitted electronically in accordance with G.1 and G.3.1. The Contractor shall submit invoices through WAWF.

**G.3.4.1.1.** A proper invoice must include the elements identified at FAR 32.905.

**G.3.4.1.2.** All payments made by the Government will be made by EFT.

**G.3.4.1.3.** Payments will be made in accordance with Prompt Payment Act, FAR 52.232-25 (i.e. the 30th day after the later of the receipt of a proper invoice, or its acceptance).

**G.3.4.1.4.** Revisions to payment instructions may be made as circumstances require. This may be accomplished by correspondence between the Contractor and both the contracting office and the paying office.

**G.3.4.2. Types of Payments to the Contractor.** (X in CLIN designation, refers to same CLIN all option periods).

**G.3.4.2.1. CLIN 0001 – Contract Transition-In.** Payment for services rendered on this requirement will be made via performance-based payments upon completion of each performance milestone detailed in the performance-based payment table below and submission of a monthly payment request.  The balance of the transition-in price will be paid upon successful completion of the full transition-in requirement, after the start of pharmacy services.

| Milestone | Completion Criteria | Percentage of Transition-In Price Earned |
|---|---|---|
| Approach to DPP | Acceptance of technical approach by Government | 5% |
| Approach to OHI | Acceptance of technical approach by Government | 5% |
| Approach to Specialty | Acceptance of technical approach by Government | 5% |
| B2B Questionnaire - Initial | Approved; covers at minimum DEERS and TEDS | 5% |
| B2B Questionnaire - Final | Approved; covers all required interfaces | 5% |
| Benchmark Testing | Completion of benchmark testing, with all findings addressed | 5% |
| DEERS Volume Estimates | Acceptance of Estimates | 5% |
| Formulary Search Tool Mock-up Previewed | Gov't reviews and validates it meets requirements | 5% |
| MOU with DHA Communications | Fully executed MOU | 5% |
| MTF Help Desk SOPs | Accepted by the Government | 5% |
| NIST Checklist | Submission of complete System Security Plan and checklist, certifying NIST compliance (See Section H)  as well as confirmation that Basic Assessment has been posted to Supplier Performance Risk System (SPRS) (See DFARS 252.204-7020) | 5% |
| Post Award Conference/Transition | Completion of meeting | 5% |
| Quality Management Plan | Acceptance of plan; meets requirements | 5% |
| Run-off and/or Cutover Plans | Government acceptance of plans | 5% |
| Website Mock-up previewed | Approval by Government; meets requirements | 5% |
| Remainder upon successful completion of the full transition-in requirement, after the start of pharmacy services. | | 25% |

**G.3.4.2.2. CLIN 0002 – Government-Directed Notifications Transition-In.** Payment for Government-directed notifications during transition-in will be made by monthly submission of a payment request for CLIN 0002 following completion of any Government-directed notifications.

**G.3.4.2.3. CLINs 0003 and X014 – Contract Data Requirements List (CDRL).** Payment for deliverables will be made by submission of a payment request at the conclusion of the base period for CLIN 0003 and each option period for CLINs X014.

**G.3.4.2.4. CLINs X005 – MTF Prescription, Adjudication Services.** The unit price for adjudicating MTF prescriptions will be paid against CLINs X005 by the monthly submission of a payment request.  Supporting documentation required to validate this payment request will be sent to the COR. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims.

**G.3.4.2.5. CLINs X008 – Mail Order Pharmacy Unreplenished Agents.** The unit price for Contractor fulfillment of Mail Order Prescriptions (MOP) for which pharmaceutical agents could not be replenished by the National Prime Vendor (NPV) will be paid against Firm-Fixed-Price CLINs X008 by submission of a payment request at the conclusion of each option period.

**G.3.4.2.6. CLINs X009 – Market Price Pharmaceutical Program (MPPP) Administrative Fee.** The unit price for Contractor administrative fee associated with MPPP accepted offers will be paid against CLINs X009 by the monthly submission of a payment request for accepted offers. Estimated quantities for this CLIN will be adjusted to reflect the number of accepted offers.

**G.3.4.2.7. CLIN X010 – Market Price Pharmaceutical Program (MPPP).** The  total value of pharmaceutical agents for accepted MPPP sustainment offers (allocated by TRICARE-Only Eligible and Dual-Eligible fund type based on utilization) will be paid against CLIN X010 by the monthly submission of a payment request and only upon the obligation of sufficient funds for MPPP purchases once the entire quantity has been fully dispensed.

**G.3.4.2.8. CLINs X013 – TRICARE Pharmacy Services, Administrative Support.** The monthly per member per month price will be paid against CLINs X013 by the monthly submission of a payment request for no more than one-twelfth of the extended CLIN amount.

**G.3.4.2.8.1.** For the purpose of this CLIN, counts of beneficiaries under the PMPM includes all active users of the pharmacy benefit, at any point of service.  This number will be based on an average of the 12 previous months of unique users of the benefit as reported above. Using the number of unique beneficiaries, the Government will calculate the PMPM quantity for the next option period as follows: The number of unique beneficiaries multiplied by the number of months (12) equals the number of member months (the quantity). The number of member months is then multiplied by the fixed unit price to determine the extended amount for the period.  The Government will advise the Contractor of the quantity of unique beneficiaries to apply in a coming option period at the time an option period is exercised.

**G.3.4.2.9. CLINs X015 – Retail Network Cost Control Incentive.** Any performance incentive earned by the Contractor for Retail Network Cost Control (H.3.2.) will be paid against

CLINs X015.  The Contractor may submit its payment request upon receipt of the contract modification implementing the incentive assessment.

**G.3.4.2.10. CLINs X016 – Specialty Network Cost Control Incentive.** Any performance incentive earned by the Contractor for Specialty Network Cost control (H.3.3.) will be paid against CLINs X016. The Contractor may submit its payment request upon receipt of the contract modification implementing the incentive assessment.

**G.3.4.2.11. CLINs X017 – Market Price Pharmaceutical Program (MPPP) - Cost Control Incentive.** Any performance incentive earned by the Contractor for savings on generic drugs (H.3.4.) will be paid against CLINs X017.  The Contractor may submit its payment request upon receipt of the contract modification implementing the incentive assessment.

**G.3.4.2.12. SUB-CLINs X018AA/AB – Award Fee Pool.** Any Award Fee earned by the Contractor will be paid against CLINs X018AA/AB for the amount awarded by the Government under each CLIN.  The Contractor may submit its payment request upon receipt of the Award Fee Determination made by the Government in accordance with Section H.6.

**G.3.4.2.13. CLINS X019 or X020 – Transition-Out.** The Contractor will be paid against CLINs X019 or X020 (Transition-Out) activities only once during the contract.  Once exercised, the Contractor may submit a payment request only after all transition-out tasks have been completed.

**G.3.5. TEDS Instructions – Invoice and Payment for Claim Rate**.

**G.3.5.1. TEDS Record Submissions**. The Contractor will generate TEDS records for each prescription filled per the TSM, Chapter 2.  TEDS are reported on separate headers for TRICARE and TRICARE Medicare Dual Eligible.

**G.3.5.2. Due Date.** Invoice and payment procedures for claims processing fees are the same for paper and electronic claims. Submission of a TEDS record header to DHA is considered submittal of an invoice. No separate invoices are required for routine claims rate payments. However, invoices are required for non-automated payment requests. For purposes of determining the due date for payment under the Prompt Payment Clause, the "Transmission received end date/time stamp" (derived by TEDS at end of data transmission) will be used to determine the date of invoice receipt. Transmission received after 10:00AM ET shall be considered as received the next calendar day.

**G.3.5.3. Unit Price.** The Contractor is paid the claims processing unit price identified in Section B for the contract period in which the Contractor submits the initial TEDS record.  The Contractor is paid the unit price for each initial submission TEDS record (as defined under TSM 7950.3-M, April 1, 2015, Chapter 2, Section 1.1) that passes all TEDS edits as specified in the TSM and validated by the TEDS record edit system. Additionally, the Contractor is paid for the first adjustment TEDS record accepted under this contract that was initially submitted under a previous contract (even if the previous contract was held by the new Contractor).

**G.3.5.4. Appropriate Option Period.** The Contractor is paid the claims processing unit price identified in Section B for the contract period in which the Contractor submits the initial TEDS record. The "Batch/Voucher Date" in the voucher header is used to determine the contract option period. The Contractor is paid the claims processing unit price identified in Section B for the contract period in which the Contractor submits the initial TEDS record.

 **Payment.**  In order for the Contractor to receive payment of a claims processing fee, the TEDS record must pass all TEDS edits as specified in the TSM and validated by the TEDS record edit system no later than 210 calendar days following the end date for the contract.

**G.3.5.5. Header Type Indicator.**  The Contractor shall submit batch/vouchers under the correct "Header Type Indicator" as specified in the TSM Chapter 2, Section 2.3. to ensure correct payment. Header Type Indicator indicates to the TEDS processing system if the Contractor is requesting a claim rate payment, wants to retain a claim rate payment, does not want a claim rate payment or if the Contractor is requesting the claim rate payment previously paid be retracted.

**G.3.5.5.1. Eligible TEDS Records.** If the TEDS record is eligible to receive or retain a previous payment under the claims processing CLIN, then the TEDS record (with the exception of Type of Submission "C" complete cancellation to TEDS record data, see (G.3.5.5.3) shall be submitted by the Contractor to DHA using a Header Type Indicator of"6" or"9"(even if the TEDS record has already received payment under the claims processing CLIN).

**G.3.5.5.2. Ineligible TEDS Records.** If the TEDS record submitted is not eligible to receive payment or the Contractor wants DHA to retract a previous claim rate payment under the claims processing CLIN, the Contractor shall submit the TEDS record to DHA using a Header Type Indicator of "0" or "5". No payment under the claims processing CLIN can occur on any TEDS record grouped in a Batch/Voucher with Header Type Indicator of "0" or "5." Only no-pay and credits (where DHA retracts any previous claim rate) can be processed under these header types.

**G.3.5.5.3. Cancelled TEDS Records.** For a TEDS record submitted with a Type of Submission "C" by the Contractor, the Contractor shall determine if the TEDS record is still eligible to receive payment under the claims processing CLIN. The following criteria shall be used to determine if a TEDS record is still eligible for payment:

**G.3.5.5.3.1.** A TEDS record cancelled for any of the following reasons is eligible to retain the claims processing fee previously paid and shall be submitted with Header Type Indicator "6" or "9":

- Cancellation was at Government direction.
- Government data error.
- Stale dated/voided checks.
- New initial TEDS record is required by the Government.
- Incorrect DEERS response.
- Check is returned in undeliverable mail.
- Beneficiary or provider requests stop payment due to non-receipt of check prior to

stale date time period.

- Beneficiary or provider returns check because payment was received from other health insurance carrier whose responsibility was previously unknown to Contractor.
- Provider returns check because beneficiary has erroneously paid the provider and believes that the TRICARE benefit check is a duplicate payment.
- Claim processed in good faith by the Contractor but later identified as an error due to additional information received or learned.
- Claim processed by multiple Contractors resulting in duplicate processing.
- TQMC case resolutions resulting in an error.
- Program Integrity cases that are recouped retrospectively after investigation.
- Provider requested claims to be reissued to a new provider Tax Identifier.

**G.3.5.5.3.2.** A TEDS record cancelled for any of the following reasons is not eligible to retain the claims processing fee previously paid and shall be submitted with Header Type Indicator "0" or "5":

- Cancellation where a new initial TEDS record is required to correct a Contractor error.
- Cancellation due to Contractor error or an inability to adjust.
- Cancellation of a claim that was not DHA's responsibility so it should not have been paid.
- Any other cancellations for a reason not identified in paragraph G.3.5.5.3.

**G.3.5.5.4.** If the Contractor cannot determine the reason for the TEDS record cancellation, then the TEDS record submitted is not eligible to retain the claims processing fee previously paid. The cancellation of the cancelled TEDS record shall be submitted under Header Type Indicator "0" or "5."

**G.3.5.6. Co-Payments (Retail, Specialty, MOP).** The Government will offset unit price payments based on the calculated co-payment amounts (i.e. what was required to be collected by the Contractor from the beneficiary) to determine the net amount due the Contractor or Government. Payments shall be reported on the disbursing document showing the amounts paid by CLIN, co-payment offsets shall be separately reported on the disbursing document citing '9999CP' in the CLIN field (NOTE '9999CP' is not a CLIN but is used by DHA, CRM to report co-payment amounts). Co-payment offsets shall be calculated on a Net 30 basis and based on the same due date calculation used for processing fee payments. The Government shall pay the amount due to the Contractor in accordance with the Prompt Payment Act, after acceptance of the TEDS record.

**G.3.5.7. Types of Payments to the Contractor.** (X in CLIN designation, refers to same CLIN all option periods).

**G.3.5.7.1. CLINs X001 and X002 – Retail Network Claims.** Invoice and payment procedures for Retail Claims, (CLINs X001 and X002) differ as detailed in the payment instructions

provided in G.3.4. Submission of a TEDS record to DHA is considered submittal of an invoice and follows the rules laid out in G.3.5. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims.

**G.3.5.7.2. CLINs X003 and X004 – Retail Specialty Network Claims.** Payment of processing fees for Specialty Network Claims will be made against CLINs X003 or X004, depending upon the beneficiary's eligibility. The offset to processing fee payments based on the calculated co-payment amounts will be the same as described in G.3.5. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims.

**G.3.5.7.3. CLINs X006 or X007 – Mail Order Pharmacy, Prescription Fill.** Payment for processing Mail Order Pharmacy will be made against X006 or X007, depending upon the beneficiary's eligibility. Payment will be based on the CLIN unit price multiplied by the number of eligible records for that CLIN. The Contractor shall be paid one processing fee per TEDS record indicator number. Submission of a TEDS record to DHA is considered submittal of an invoice and follows the rules laid out in G.3.5. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims.

**G.3.5.7.3.1.** For MOP Prescription Fill, the Contractor will not submit a TEDs (invoice) for the processing fee for a replacement shipment, where the original shipment has not been received, or was received in unusable condition (C.6.2.12.)

**G.3.5.7.3.2.** CLINs 1021 or 1022 - Mail Order Pharmacy, Specialty Clinical Services. Payment for processing fee for Mail Order Pharmacy, Specialty Clinical Services will be made against CLINs 1021 or 1022, depending upon the beneficiary's eligibility. Payment will be based on the CLIN unit price multiplied by the number of eligible records for that CLIN. The Contractor shall be paid one processing fee per TEDS record indicator number. Submission of a TEDS record to DHA is considered submittal of an invoice and follows the rules laid out in G.3.5. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims. For the period during which a beneficiary refuses specialty clinical services, the Contractor will be paid a normal MOP prescription fill (X006 or X007) for any refills, or a new prescription for the same specialty medication(s).

**G.3.5.7.4. CLINs X011 or X012 – Clinical Reviews.** Clinical reviews are performed for both retail claims and mail order transactions. Payment for each clinical review (i.e. PAs/MNs) will be based on submission of a separate TEDS record and paid against CLIN X011 or X012. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of clinical reviews performed. The Contractor may:

- Submit a TEDS (invoice) for performing each clinical review as described at C.8.7.3.
- Not submit a TEDS (invoice) where a PA/MN review already exists for the same purpose at C.8.7.3.1.
- Not submit a TEDS (invoice) and not be paid a transaction fee for any administrative

(i.e. automated) reviews as described at C.8.10.

**G.3.6. Invoice and Payment – Fiscal Intermediary Function Payments.**

**G.3.6.1. Retail and Unreplenished Specialty Pharmacy Benefit Payment.** The Government will bear the cost of retail prescriptions and those specialty prescriptions not replenished by the NPV dispensed along with applicable dispensing fees under this contract.  The Contractor acts as a Fiscal Intermediary (Fl) for the Government to disburse Government funds for health care benefits (also known as "pass-through payments" or "non-underwritten payments").  These are not costs to the Contractor, so the Contractor shall not collect or hold health care benefit funds before dissemination to the beneficiary or provider. The Contractor shall immediately return any collections to the Government. No bank fees or other bank charges shall be paid from this account and no money should be drawn from the Federal Reserve Bank (FRB) for these charges.

**G.3.6.1.1. Prior Authorization.** The Contractor shall not release non-underwritten benefit payments without prior authorization from the DHA/CRM Budget Office.  See Section G.3.6.12 Authorization to Release TEDS Non-Underwritten Benefit Payments, for additional details.

**G.3.6.1.2. Source of Funding.** Funding for benefit payments made by the Contractor on behalf of the Government will be facilitated by allowing the Contractor (through the Contractor's financial institution) to draw money from the designated FRB. These draws may only be done for benefit payments that have previously been submitted on TEDS or as a non-TEDS voucher, that were approved for release by DHA/CRM and that are clearing the Contractor's financial institution on the day the draw is being accomplished. No advance payments are authorized.

**G.3.6.1.3. Voucher Integrity.** Voucher header and detail amounts transmitted by the Contractor become "fixed" data elements in the finance and accounting system for purposes of control and integrity. Corrections or adjustments to reported (payment) amounts must be accomplished on separate voucher transmissions.

**G.3.6.1.4. Incorrect TEDS.** All TEDS record based payments where the Contractor has billed using an incorrect Batch/Voucher CLIN/ASAP Account Number in the Batch/Voucher Header and a payment transfer has occurred shall be reported daily on the Contractors Resource Center (CRC) website by TEDS Record Indicator (TRI) by line item usually the day following receipt of TEDS data by DHA.

**G.3.6.2. Non-Underwritten Bank Accounts.**

**G.3.6.2.1. Establishment.** The Department of Treasury's Automated Standard Application for Payment System (ASAP) and FEDWIRE provide a mechanism for disbursement of Government funds for health care services received by TRICARE beneficiaries. After authorization by DHA/CRM, these systems allow the Contractor, through their bank, to draw cash directly from the FRB to cover payments as they clear the Contractor's bank account. ASAP is used by the Treasury, the FRB and DHA/CRM to verify the authorization to make draws and to track transactions made by the Contractor's bank. FEDWIRE is used by the Contractor's bank to actually draw funds from the FRB.

**G.3.6.2.2. Separate Accounts.** The Contractor shall establish a minimum of four (4) bank accounts for benefit-related transactions with a commercial bank that has FEDWIRE capability in accordance with current Treasury requirements. If the Contractor requires additional bank accounts, a request specifying the purpose of the additional accounts should be submitted to DHA/CRM for approval.

**G.3.6.2.2.1.** The first and second bank accounts will be used for claims eligible for the Medicare Dual-Eligible Health Care Fund (see Accrual Fund Check in the TSM Chapter 2, Section 4.1, Element 0-025- 05R), one each for pharmacy and direct member reimbursements. The third and fourth accounts will be for claims that are not eligible for this fund (such as beneficiaries with an active duty sponsor), also separated by pharmacy and direct member reimbursements. TEDS will be submitted separately for each account.  Funds used to pay for TRICARE-only and Medicare Dual Eligible claims come from separate and distinct appropriations. The Contractor shall therefore ensure that bank transactions are properly accounted for in order to prevent the comingling of funds. Failure to properly associate transactions with the correct bank account could result in the over-execution of DHA/CRM budget authority.  The transfer of funds between bank accounts is strictly prohibited (except when authorized to correct an earlier deposit found to have been made to the wrong account).  Any transactions reported under one bank account and later identified as belonging to a different bank account shall be reported immediately. DHA/CRM will instruct the Contractor as to what corrective action to take.

**G.3.6.2.3. New Accounts.** The Contractor shall submit bank information to DHA/CRM not later than 60 calendar days prior to the beginning of processing claims on a new account. The information shall include:'

- Name of Bank
- Overnight mail address
- American Banking Association (ABA) number/Routing Number (RTN).
- Contractor Taxpayer Identification Number (TIN)
- Data Universal Numbering System (DUNS) number for the Contractor and the bank.
- Taxpayer Identification Number (TIN) for the bank
- Contractor's bank account number (if separate checking and deposit account numbers are

used, both shall be provided and identified)
- Individual point of contact at the bank and an alternate, including their phone numbers, and e-mail addresses
- Individual point of contact at the Contractor and an alternate, including their phone numbers, and e-mail addresses

**G.3.6.2.3.1.** DHA/CRM will establish the bank accounts on ASAP. ASAP, along with FEDWIRE, provide a mechanism for disbursement of Government funds for health care services received by TRICARE beneficiaries. DHA/CRM will notify the bank and the Contractor once the bank accounts have been established and provide codes or other information necessary for the bank to make draws against the FRB using FEDWIRE. Currently, ASAP has a requirement to identify a total dollar amount that may be drawn on the FRB. This total dollar limit only represents an administrative ceiling at the FRB and does not constitute any authority to draw funds. Accounts will also have daily limits for the amount that can be drawn. The Contractor will be notified of these limits by DHA/CRM. DHA/CRM is able to increase or decrease these limits as needed.

**G.3.6.3. Fiscal Year Start-up of Bank Accounts.** The Contractor shall establish separate bank accounts for each new Federal Government fiscal year (October – September) following the procedures specified in G.3.6.2.1 "Establishment". All payments issued for benefit payments and all refunds received shall be processed against the new account effective the first day of the new fiscal year. The Contractor shall also transfer all recoupment installment payments to the new account from the previous year's account.

**G.3.6.4. Closing Bank Accounts.** Bank accounts shall be closed no later than the end of February, following the fiscal year end, or the end of the month after the month that the last payment on an account has cleared the account or been voided.

**G.3.6.4.1.** Cash drawdowns against the prior fiscal year's bank account may continue, if required, until all payments from the prior year have either cleared or been canceled, but no longer than the end of February of the following year or five months after the last payments have been cut on an account (in the case of a contract closeout).

**G.3.6.4.2.** All TEDS Bad Master for that Fiscal Year must be cleared or request for a manual clearing per G.3.6.9.

**G.3.6.4.3.** The final bank account reconciliations shall be made by the end of the month following the month having the last authorized transactions. All transactions that were not previously approved by DHA/CRM shall be explained with supporting documentation on the final bank reconciliation report (See G.3.6.6 and CDRLs M160, M180, M190). DHA/CRM reserves the right to not accept these transactions.

**G.3.6.4.4.** Any outstanding balance in the account shall be reimbursed to DHA no later than the required submission date of the final bank account reconciliation. This balance may be subject to interest if it includes overdrawn amounts that were required to be submitted at an earlier date.

**G.3.6.5. Draws on the Federal Reserve Bank.** The total amount of a cash draw down on the FRB is based on the daily total of benefit payments presented to the bank for payment. Computation of the amount of the draw must also include available funds from deposits into the account. These deposits will reduce the amount of cash needed for the draw down on the day the deposit fund become available for transactions. If estimates are needed due to timing of reports from check clearinghouses or the FRB, the draws shall be adjusted the next business day.

**G.3.6.5.1.** The Contractor shall ensure that cash drawdowns do not exceed the payments that have been authorized by DHA. The Contractor shall ensure that any excess draws are immediately returned to the FRB.

**G.3.6.5.2.** Unapproved draws or unauthorized payments by the Contractor may be immediately collected and may subject the Contractor to interest and penalties. Interest and a penalty will be charged beginning the day after the over-draw and interest will continue until the overdrawn amount is returned. Interest will accrue daily and is based on the Treasury Current Value of Funds Rate. The penalty is a one-time payment and is based on the penalty rate in the CFR, Title 31, Chapter IX, paragraph 901.9. DHA/CRM may initiate immediate payment offset against any payments to the Contractor involved for the interest, penalties and/or the overdrawn amount.

**G.3.6.5.3.** The Contractor shall ensure transactions are properly accounted for to prevent the commingling of funds between bank accounts. Failure to properly associate transactions with the correct bank account could result in the over-execution of DHA/CRM budget authority. Transfers of funds between bank accounts are strictly prohibited except for correcting deposits that are in the wrong account. Any other transactions reported under one bank account and erroneously charged against a different bank account shall be reported immediately to DHA/CRM when identified. DHA/CRM will instruct the Contractor as to what action to take depending on the situation.

**G.3.6.5.3.1.** The Contractor is financially liable for all amounts drawn by them from the FRB until paid to the authorized payee and any collections received by them on behalf of DHA until deposited into the FRB. The Contractor must immediately notify DHA/CRM of any loss or suspected loss of DHA funds. Any loss of funds must be refunded to the DHA within 2 business days after identification of the loss. If the funds are not returned to DHA within 2 business days interest and a penalty will be charged beginning the 3rd business days after the loss of DHA funds is identified and interest will continue until the missing funds are returned to DHA. Interest will accrue daily and is based on the Treasury Current Value of Funds Rate. The penalty is a one-time payment and is based on the penalty rate in the CFR, Title 31, Chapter IX, paragraph 901.9. DHA/CRM may initiate immediate payment offset against any payments to the Contractor involved for the interest, penalties and/or any unpaid amount due DHA. Once the funds have been returned to the DHA the Contractor shall reissue payment to the authorized payees (if needed) in accordance with paragraph 12.4.  The Contractor may appeal their liability for the loss of funds to the Contracting Officer if they can demonstrate that the loss was caused by erroneous information provided to them by the:

- TRICARE beneficiary;
- Department of Defense (e.g. DHA, DEERS, etc.); or
- Centers for Medicare and Medicaid Services (CMS)

If the loss occurred because of the actions taken by a federal agency outside the DoD (U.S Treasury, FRB, etc.) or CMS, the Contractor is still liable for the loss to DHA and they must pursue recovery of monies with the agency involved.

**G.3.6.6. Reporting.** Monthly bank reconciliations and the associated bank account statements are required for each account until the bank account is closed. Reports are to be submitted to CRM. See CDRLs M160, M180, and M190 for the descriptions of reporting requirements.

**G.3.6.7. Benefit Payments and TEDS Submissions.** TEDS data submissions for benefit payments shall be grouped into TEDS Vouchers by the "Batch/Voucher CLIN/ASAP Account Number" field (defined in TSM, Chapter 2, Section 2.3).

**G.3.6.7.1.** All prescriptions filled thru a retail pharmacy where reimbursement to the pharmacy would occur using a non-underwritten bank account assigned to the contractor shall be submitted to DHA using the 'Voucher' TED data submission process citing:

- Header Type Indicator '5' or '6' as appropriate (TSM data element 0-001)
- The appropriate Batch/Voucher CLIN/ASAP Account Number assigned by DHA, CRM each fiscal year in accordance with G.3.6.2. (TSM data element 0-025)

**G.3.6.7.2.** All prescriptions filled thru a retail pharmacy where reimbursement to the pharmacy does not require a draw on a non-underwritten bank account (e.g. replenishment of product) shall be submitted to DHA using the 'Batch' TED data submission process citing:

- Header Type Indicator '0' or '9' as appropriate (TSM data element 0-001)
- Batch/Voucher CLIN/ASAP Account Number '00000000' (TSM data element 0-025)

**G.3.6.7.3. Voucher Transmission Requirements.** Batch/Vouchers shall be transmitted by 10:00 AM Eastern Time to be considered for that day's business. Batch/Vouchers received after 10:00 AM Eastern Time shall be considered received the next calendar day for payment and check release authorization purposes. Batch/Vouchers must pass all TEDS header edits as specified in the TSM. If all header edits are not passed, the Batch/Voucher will be rejected and returned to the Contractor.

**G.3.6.7.4. Voucher Integrity.** Voucher header and detail amounts transmitted by the Contractor become "fixed" data elements in the finance and accounting system for purposes of control and integrity. Corrections or adjustments to reported (payment) amounts must be accomplished on separate voucher transmissions.

**G.3.6.8. Payment Suspension and TEDS Processing During Partial Funding Shortages.**

**G.3.6.8.1.** Some of the funding DHA receives may be restricted in use to a specific federal agency, military department and/or to a particular health care program. Funding for these special purpose programs may run out before funding for other DHA programs. Therefore, the Contractor shall have the ability to suspend claims payment and the associated submission of institutional TEDS records or non-institutional TEDS line item(s) to DHA based on values contained in the following TEDS record fields:

- Service Branch Classification Code (Sponsor), SBCC: As specified in the TSM, Chapter 2, Section 2.8.
- Enrollment/Health Plan Code (E/HPC): As specified in the TSM, Chapter 2, Section 2.5.
- Special Processing Code (SPC) - As specified in the TSM, Chapter 2, Section 2.8.
- Health Care Delivery Program Coverage Code: As specified in the TSM, Chapter 2, Addendum L.

**G.3.6.8.2.** The suspension of claims payment and TEDS records may be based on a single value (e.g., SBCC=A) or a combination of values (e.g., SBCC=A & E/HPC=SR). Suspension of TEDS records (institutional) or TEDS line items (non- institutional) containing specific values shall be implemented by the Contractor within five workdays after receiving notification from the CO. On the sixth workday, DHA CRM will implement immediate payment offset against Contractor invoices of any amounts paid by the Contractor from their bank account(s) for institutional TEDS records or non-institutional TEDS line items containing suspended value(s). The Contractor shall not, without prior CO approval, initiate payment offset against any provider or beneficiary for payments made against suspended transactions and offset by DHA/CRM on Contractor invoices.

**G.3.6.8.3.** For all suspended transactions, the Contractor shall hold the claim information until receiving instructions from the CO to do otherwise. The Contractor shall not reject the claims or return any information to the providers or beneficiaries unless instructed by the CO. Once the CO lifts the TEDS data submission restriction, the Contractor may submit all withheld TEDS data on the next appropriate (batch/voucher) data submission. DHA/CRM will reimburse the Contractor (without interest) for any invoice payment offsets done for TEDS suspended transaction that have not been recouped by the Contractor.

**G.3.6.9. Uncorrected (Bad Master) TEDS.** DHA will use the edits specified in the TSM, Chapter 2, Section 8.1, "Financial Edits" to determine the propriety of the payments. TEDS records that fail the edits specified in the TSM will be "flagged" by DHA/CRM as inadequate payment information. The Contractor shall correct the claims identified to them, by DHA/CRM, within 90 calendar days. If not corrected in 90 days, DHA/CRM will send a demand letter requiring resolution or reimbursement for all claims identified through TEDS as edit failures. The Contractor shall respond within 30 calendar days as to why the claim(s) in question cannot be corrected. If resolution cannot be reached between DHA CRM and the Contractor, the total amount of improper payments still in dispute will be collected by DHA CRM.

**G.3.6.9.1.** If resolution cannot be reached between DHA and the Contractor, the total amount of the improper payments still in dispute will be collected by DHA.

**G.3.6.9.2.** The Contractor shall take no recourse against TRICARE beneficiaries or providers under the situations described in this paragraph without prior DHA approval.

**G.3.6.10. Residual Benefit Claims.** Claims for service provided prior to start of the contract will be paid as benefits under this contract as described in paragraph G.3.6.7 and **Error! Reference source not found.** or, if necessary, under paragraph G.3.7 for non-routine payments.

**G.3.6.11. Miscellaneous.**

**G.3.6.11.1.** Claims from network pharmacies will be paid in accordance with the agreements which exist between the Contractor and its network pharmacies, e.g., WAC plus/minus price adjustment, plus Dispensing Fee, minus the collected co-payment. Network pharmacy payments may be accumulated until the agreed to payment date (e.g. weekly, biweekly, etc.).

**G.3.6.11.2.** For TRICARE-authorized vaccine claims submitted by network pharmacies, the pass-through payments will be in accordance with the agreements that exist between the Contractor and its network pharmacies, e.g., vaccine WAC, plus / minus price adjustment, plus a Dispensing Fee, plus an administration fee, also known as a Professional Service Fee (PSF). No Co-pay ($0) will be subtracted for TRICARE-authorized vaccinations.

**G.3.6.11.3.** For non-network pharmacy claims, the Contractor shall, on a daily basis, reimburse the submitter of the claim, billed charges minus applicable co-payments and deductibles in accordance with the TRICARE Reimbursement Manual (TRM), Chapter 2, Addendum B.

**G.3.6.11.4.** The Contractor shall submit TEDS records to DHA on a daily basis (business days), following a ten-day hold for each retail Electronic Media Claim (EMC) transaction. The ten-day hold does not apply to paper claims, clearinghouse claims, State Medicaid agency claims, specialty pharmacy transactions or mail order pharmacy transactions. TEDS records for all non-electronic claims will be submitted in accordance with TOM Chapter 1, Section 3, 1.8. DHA will confirm that the voucher header is valid, and that it balances with the dollar amount of the related records.

**G.3.6.12. Authorization to Release TEDS Non-Underwritten Benefit Payments.** The Contractor shall not release benefit payments without prior authorization from the DHA/CRM Budget Office Authorization from DHA/CRM to release payments will be sent to the Contractor via the daily "DHA/CRM Authorization to Release Checks/Payments by Cycle". This authorization report specifies contract number, ASAP Account ID#, initial transmission received date, and total dollar amount of funds that may be released based on information contained in the Batch/Voucher header. In the case of bi-weekly EMC, release of checks are approved provided the following criteria are met:

**G.3.6.12.1.** Voucher submissions must pass all header edits as specified in TSM Chapter 2, Section 4.1.

**G.3.6.12.2.** DHA/CRM Budget Officer has confirmed that funding is available to cover payments (from the daily report).

**G.3.6.12.3.** Payment Release**.** Benefit payments shall be released/mailed no later than two workdays after DHA/CRM has approved the release of payments. In the case of EMC, payment should be released no later than two workdays after the bi-weekly run.

**G.3.6.12.4.** DHA Acceptance. Authorization to release payments does not constitute DHA's acceptance that all payments are valid and/or correct. Detailed records will be audited for financial compliance. All transactions in these bank accounts must be valid and justified. Any unreported/unauthorized disbursements identified by DHA will be subject to immediate payment offset against any payments being made to the Contractor. All disputed amounts will remain in the possession of the Government until no longer in dispute.

**G.3.6.13. Benefit Payment Adjustments.**

**G.3.6.13.1. Underpayments.** When the Contractor makes an additional payment due to a prior underpayment, these payments shall be reported as an adjustment to the original TEDS record or manual voucher, but in the current fiscal year and current CLIN/ASAP ID regardless of the fiscal year or CLIN/ASAP ID of the original payment.

**G.3.6.13.2. Overpayment.** The Contractor shall follow recoupment procedures specified in the TOM, Chapter 10, to include offsetting overpayments against future payments.  When reporting collections the Contractor makes, whether cash or offset, the collection shall be accomplished as a separate credit transaction as an adjustment to the original TEDS record or manual voucher. Identified debts shall be reported on the Accounts Receivable Report in accordance with CDRLs M170 (see G13.3 below).

**G.3.6.14. Voided, Stale-dated Payments, or Replacement Checks/EFTs**

**G.3.6.14.1.** For voided or stale-dated payments <u>over</u> $10.00, a credit voucher through TEDS records must be processed in accordance with the standards detailed in TOM Chapter 3, Section 4. Or, if the check was issued as a manual voucher per G.3.7.5., the credit should be submitted as a similar manual voucher on a monthly basis.

**G.3.6.14.2.** For voided/stale-dated payments of $10.00 <u>or less</u>, the Contractor may elect either to create a credit voucher for the payment using a TEDS or manual voucher, or the Contractor may include the credit as a listing of under $10.00 credit transactions and submit it monthly in the Bank Account Reconciliation Report.

**G.3.6.14.3.** Replacement of Pharmacy Benefit Payments.

**G.3.6.14.3.1.** Reissuance of payments will be made against the current fiscal year bank account in use at the time of the reissuance.

**G.3.6.14.3.2.** Replacement payments may be issued upon request of the payee or authorized representative.  If the check is not returned by the payee, the payee must provide a statement describing the loss or destruction of the check.  Before a replacement check is issued, a stop payment order for the original check must have been issued and accepted by the bank.

**G.3.6.14.3.3.** The Contractor shall report the reissuance using the same procedure as was used to void/stale-date the original (i.e. on a TED or on a manual approval).

**G.3.6.14.3.4.** If the reissuance is for a check that cannot be done as a TED record and a void was already reported to CRM, the Contractor shall submit a request for approval of check release to DHA/CRM within 10 workdays of the request by payee.  Supporting documentation shall include the original check, the sponsor's SSN, branch of service, a copy of the EOB or  other documentation showing the computation, and, if needed, a statement as described in G.3.6.14.3.1 above.

**G.3.6.14.3.5.** If no credit voucher was reported to DHA in the voiding/stale-dating of the check, no credit voucher is required for the reissue (i.e. if the Contractor gets a returned check and immediately reissues from the same bank account, no TED or other voucher needs to be done). If the reissuance involves a check from a prior year, a TED or other voucher will need to be done to report the reissuance from the current year as well as a void for the original check.

**G.3.6.14.3.6.** If the amount of a stale-dated/voided check to be reissued is $10.00 or less, the Contractor shall use the same procedure in the reissuance as was used for the stale-dating.  If no credit voucher was made in the stale-dating of the check, no credit voucher is required for the reissue.  The Contractor shall reissue the payment and include the amount in the Pharmacy Bank Account Reconciliation Report.

**G.3.6.14.3.7.** Re-issuance of checks When Original Payee is deceased: Checks/EFTs issued by the Contractor shall be made payable to the legal representative of the estate of the person concerned with an additional line stating "For the estate of _____."  Checks shall not be payable to the "estate of" a decedent, nor to a deceased person.  Checks shall be delivered to the named payee or mailed to the payee's address of record.

**G.3.6.15. Federal Fiscal Year-end Processing/Fiscal Year Start-up**.

**G.3.6.15.1. Federal Fiscal Year-end Processing** All TEDS records must be received no later than 10:00 AM Eastern Daylight Time (EDT), (8:00 AM Mountain Daylight Time (MDT); 7:00 AM Pacific Daylight Time (PDT) on September 28. Any Batch/Voucher received after 10:00 AM EDT will be rejected by DHA and must be resubmitted by the Contractor using next fiscal year Batch/Voucher CLIN/ASAP Account Numbers. The Contractor should not submit

Batch/Vouchers with dates of September 29 and September 30. Any payment processed after September 28 must use the next fiscal year Batch/Voucher CLIN/ASAP Account Numbers and must utilize the new fiscal year check stock, as applicable. The Contractor shall not submit Batch/Vouchers to DHA between September 28, 10:00 AM EDT and October 1, 12:01 AM EDT. Transmission Files (TD Files) sent on September 28 cannot exceed 300,000 records.

**G.3.6.15.1.1.** Contractors will be able to test their new fiscal year's transactions in benchmark starting September 1. Like production, benchmark data must be received at DHA by 10:00 AM EDT on September 28. After 10:00 AM EDT on September 28 until October 1, 12:01 AM EDT no benchmark data can be transmitted to DHA.

**G.3.6.15.1.2. Fiscal Year Start-up Processing.**  The October 1 TEDS and subsequent data submissions must cite the new fiscal year "Batch/Voucher CLIN/ASAP Account Number" assigned by DHA/CRM to report all new fiscal year TEDS data. Any previously unreported TEDS data citing the prior fiscal years "Batch/Voucher CLIN/ASAP Account Numbers" will not be accepted. If there is a need for an exception to this, contact CRM.

**G.3.6.16. Procedure if TEDS is Unavailable.**

**G.3.6.16.1. TEDS Benefits.** If the authority to release payments has not been received by 5 PM ET or upon CO's notification that the TEDS Record processing system is not operating normally, the Contractor may send an email directly to the DHA/CRM Budget Office: dha.buckley.crm.mbx.crm-budget@mail.mil with a listing of specific vouchers to DHA/CRM to request release of payments. This may be done daily. Upon the discretion of DHA/CRM Budget Officer, depending upon the circumstances surrounding the status of TEDS, DHA/CRM can return to the Contractor a signed release so the Contractor can pay the providers and beneficiaries without delay. The Contractor must not release payments until this approval is received. Upon notification by the CO that the TEDS Record processing system is operating again, this process can be discontinued. The Contractor shall have 30 days to submit, on TEDS vouchers, all vouchers where payments have been released and to clear, at a minimum, all the TEDS header edits (as specified in the TSM, Chapter 2).  Failure to clear all header edits for any vouchers where the Contractor was authorized, under this contingency process, to release payments shall result in the Government collecting back the rejected voucher header totals via payment offset. When the vouchers clear the header edits, the monies collected via payment offset shall be

refunded to the Contractor (without interest or penalty). The Contractor requests will include the following Header information for each voucher (See TSM, Chapter 2, Section 2.2):

| ELN | Element Name |
|-----|--------------|
| 0-001 | Header Type Indicator |
| 0-005 | Contract Identifier |
| 0-010 | Contract Number |
| 0-015 | Batch/Voucher Identifier |
| 0-020 | Batch/Voucher Number |
| 0-025 | Batch/Voucher ASAP Account Number |
| 0-030 | Batch/Voucher Date YYYYDDD |
| 0-035 | Batch/Voucher Sequence Number |
| 0-040 | Batch/Voucher Resubmission Number |
| 0-045 | Total Number of Records |
| 0-50 | Total Amount Paid |

**G.3.6.16.2. Claim Rate.** Upon notification by the Contracting Officer that the TEDS Record processing system is not operating normally, the Contractor may submit invoices outside of the TEDS system via the manual claim process Section G.3.1.2G.3.1. A copy of the invoice should also be sent to the Contracting Officer and the COR.  The invoice shall list the number of claims processed by CLIN.  This may be submitted daily or grouped by no more than five days of claims.  These payments will be treated as an interim payment and will be a credit to the amount due as determined by the TEDS Record processing system when it is operating again.

**G.3.6.17. Mail Order and Specialty Pharmaceuticals.** This section covers the reporting requirements/replenishment for dispensing TMOP prescriptions.

**G.3.6.17.1. Drug Replenishment.** The Government will bear the cost of prescriptions dispensed at TMOP as well as certain specialty pharmaceuticals dispensed at Retail under this contract by providing drug replenishment through Defense Logistics Agency (DLA) and the NPV per section C.6.8., except for those pharmaceuticals covered under the MPPP. Replenishment will not be made for pharmaceutical agents shipped as a replacement.

**G.3.6.17.2. TEDS Record Submissions.** The Contractor shall generate a TEDS records for each prescription filled per TSM, Chapter 2. TEDs are reported on separate headers for TRICARE and TRICARE Medicare Dual Eligible, but are not utilized for cost reimbursement of drugs.

**G.3.6.17.2.1.** All prescriptions filled through mail order shall be submitted to DHA using the 'Batch' TED data submission process citing:

• Header Type Indicator '0' or '9' as appropriate (TSM data element 0-001) and
• Batch/Voucher CLIN/ASAP Account Number '00000000' (TSM data element 0-025)

**G.3.6.18. Collections and Receivables.**

**G.3.6.18.1. Collections.** Procedures for non-underwritten refunds apply to this contract. See TOM, Chapter 3, Financial Administration, Section 3, Claim Refund And Collection Procedures.

**G.3.6.18.2. Receivables.** Recoupments policies and procedures are detailed in the TOM, Chapter 10, Claims Adjustments and Recoupments, Section 4, Overpayments Recovery - Non-Financially Underwritten Funds.

**G.3.6.18.3. Reporting.** Receivables held by the Contractor will be reported monthly to CRM as detailed in CDRL M170 Accounts Receivable Summary Reports including Supplemental Reports.

**G.3.7. Other Benefit and Related Payments – Non-TEDS Routine Manual Vouchers.**

**G.3.7.1. General.** There are TRICARE programs that are paid through the ASAP related bank accounts but cannot be paid through TEDS processing.  These manual vouchers must be approved by DHA/CRM-Budget Officer before checks can be released or payments made.

**G.3.7.2. Submission.**  All Vouchers must be sent to the RM Invoices Mailbox, as specified in Section G.3.1.1, Payment Support.  Manual Vouchers not submitted to this mailbox may not be processed in a timely manner.

**G.3.7.3. Approval.**  DHA/CRM will send approvals within 5 business days of receiving complete voucher and documentation.  After funding approval by DHA/CRM Budget Officer, the Contractor shall make payment within 2 business days.  Payments will not be released without approval from DHA/CRM Budget Office.

**G.3.7.4. Federal Fiscal Year-end Processing of Non-TEDS Vouchers.** September vouchers that are submitted in the month of October shall utilize the October new fiscal year bank account and check stock.

**G.3.7.5. Types of Manual Vouchers.**

**G.3.7.5.1. Demonstrations and other New Benefit Programs.** These are trial or other new programs and they may vary in many ways from routine TRICARE benefits. TEDs will be used if possible but if the data associated with demonstrations is incompatible with TEDS data formats, the Contractor shall submit a separate voucher to DHA/CRM, with supporting documentation, no more frequently than monthly to obtain approval prior to making payments on the Non-Underwritten Bank Account. More detailed instructions may be given in contract modifications when these programs are established. These payments and any related credits or collections shall be identified on the bank reconciliations as additional lines listed by program.

**G.3.7.5.2. Other Payments.** Other adjustments are rare situations where a payment needs to be made but does not fall into routine processing such as TEDs, etc. For example, these payments may be the result of a very old claim, or legal settlements that do not apply to a given individual or payments directed by DHA. These must be submitted to the Contracting Officer and to

DHA/CRM RM Invoices Mailbox with supporting documentation explaining the issues that do not allow a TEDS record to be created, a copy of the claim, computation of the amount to be paid, and other applicable documents. The Contractor shall report these payments on the Bank Reconciliation Report under DHA approved manual transactions.

**G.3.7.5.2.1.** If a manual payment is requested, the request shall include detailed information on the claims including the claim itself, documents supporting the claims, the calculation of how much is owed and a statement as to why the claim could not be handled through normal, automated processes.

**G.4. Reporting.**

**G.4.1. Payment Related Data Submission (other than TEDS).**

**G.4.1.1. Daily.** A daily data feed on payments issued by the Contractor will be submitted per CDRL D030 Pass through Contractor Payment/Check Issue Data.

**G.4.1.2. Monthly.** Each month, the Contractor will require their bank to submit, directly to DHA, data on payments that have cleared the bank accounts per CDRL M180, Pass Through Bank Cleared Payments Data. This shall <u>not</u> come from the Contractor.

**G.4.2. Audit Requirement.** Annually, the Contractor shall provide a copy of the Contractor's Service Organization Control Report (SOC1) SSAE 18 and sub- Contractor's (if applicable) SOC1 SSAE 18 per CDRL A060 and Contractor's and sub-Contractor's (if applicable) Bridge letter in support of the SOC1 SSAE 18 per CDRL A061.

<p align="center"><b>(End of Section G)</b></p>

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.1. Contract Clauses.**

**DFARS 252.203-7000, Requirements Relating to Compensation of Former DoD Officials (SEP 2011)**

**H.2. Organizational Conflicts of Interest (OCI).**

**H.2.1. General.** The Contractor's attention is directed to FAR 9.5, Organizational and Consultant Conflicts of Interest.

**H.2.2. Potential Conflicts of Interest.** It is the position of DHA that close business relationships between the Contractor and other entities may pose a potential conflict of interest in the performance of the contract. This includes the following business arrangements: Ownership, either direct or a majority stake, of pharmacies by the Contractor; Ownership of the Contractor and pharmacies under a mutual parent company; Any other financial interest or minority ownership; or a Partnership Agreement. This potential conflict includes, but is not limited to, the Contractor's performance as a fiscal intermediary for the Government and in its role in pursuing waste, fraud and abuse (TRICARE Operations Manual (TOM) Chapter 13). Such impaired objectivity, internal allegiances, or conflicting roles must be avoided, neutralized, or mitigated.

**H.2.3. Contractor Responsibilities.** The Contractor shall avoid, mitigate, or neutralize any OCI, or the appearance thereof. If the Contractor obtains any knowledge of an actual or potential OCI involving the Contract, the Contractor shall immediately notify the Contracting Officer (CO), in writing, of the nature of the actual or potential OCI. The CO will examine the information provided by the Contractor and assess whether the actual or potential OCI exists and as applicable, whether the actual or potential OCI can be avoided, mitigated, or neutralized. Upon request by the CO, the Contractor shall provide a thorough and effective OCI plan to avoid, mitigate, or neutralize the actual or potential OCI. The Contractor shall submit the plan to the CO no later than 30 days from receipt of the CO request.

**H.2.4. Other Bids.** To avoid conflicts which may create bias ground rules, impair the Contractor's objectivity, or give the Contractor an unfair competitive advantage, the Contractor shall notify the Government should a potential conflict arise or when the Contractor plans to bid on a contract that could create a conflict.

**H.2.5. Third Party Information.** It may become necessary in the performance of this contract to review proprietary information from other Contractors. The Contractor shall protect all proprietary information from unauthorized use or disclosure and refrain from using the information for any purpose other than that for which it was furnished.

**H.2.5.1.** At the request of the other Contractor, or the CO, the Contractor shall execute agreements with third party companies furnishing data in connection with work performed under this contract.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.2.5.1.1.** Non-disclosure agreements shall be completed by the Contractor, all employees, and sub-Contractors who obtain access to proprietary information.

**H.2.5.2.** Safeguards shall be implemented to restrict access to proprietary information and to avoid, mitigate, or neutralize potential conflicts of interest.

**H.3. Cost Control Incentives.**

**H.3.1. Incentive Basis.** Each incentive is based on a table containing the "Guaranteed Average Price Adjustment Percentage" (Guarantee Percentage) for costs defined. The drug costs are based on reference unit prices at the time of claim processing. The Wholesale Acquisition Cost (WAC) published by First DataBank (FDB) is the preferred reference unit price. If the WAC is not listed at the time of claim processing, the Average Wholesale Price (AWP) published in Medispan will be utilized. Some cost incentives may also include a "Guaranteed Average Dispensing Fee" (Guaranteed Dispensing Fee) where specified.

**H.3.1.1. Incentive Source Data.** The Government's Pharmacy Data Warehouse (PDW) will accumulate reimbursement data from all applicable pharmacy transactions as incentive source data. The PDW will be the sole data source for calculating any performance incentive or guarantee penalty based on the total actual reimbursement cost and the total expected Government cost for reimbursement.

**H.3.1.2. Calculation of Incentive.** The Contractor may earn a performance incentive if the total actual reimbursement cost to the Government during each contract option period is less than the total expected Government cost for reimbursement. The total expected Government cost is the result from applying the Guaranteed Average Price Adjustment Percentage and the Guaranteed Average Dispensing Fee per prescription (if applicable) to the prescriptions filled under the Guarantee during the contract option period. The total expected Government cost will be calculated by:

- Adjusting the WAC (or AWP, if WAC is not available at time of claim processing) for the NDC associated with the prescription transaction by the Guaranteed Average Price Adjustment Percentage in the applicable table.

- Multiply the total units dispensed for the NDC with the adjusted WAC or AWP rate to calculate the expected drug cost.

- Multiply the total number of prescription claims for the associated NDC with the applicable Guaranteed Average Dispensing Fee, if any, specified in the table to determine the total Guaranteed Average Dispensing Fee for the NDC.

- Add the expected drug cost to the total Guaranteed Average Dispensing Fee to get the total expected Government cost for the associated NDC.

- For Specialty Replenished prescriptions, only the Guaranteed Average Dispensing fees will be included in the incentive; no proposed adjustments to WAC or AWP will be proposed for these agents (See Table H-5).

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.3.1.2.1. Table H-1 — Calculation Example.**

| | |
|---|---|
| Guaranteed Average Price Adjustment Percentage | -20% |
| Guaranteed Average Dispensing Fee | $1 |
| WAC (price per unit) | $3 |
| Total number of Rx dispensed | 10 |
| Total units dispensed | 300 |
| Calculation: | |
| Determine discount off of WAC | $3 x 20% = $0.60 |
| Subtract discount from WAC | $3 – $0.60 = $2.40 |
| To determine expected drug cost, multiply discounted WAC by total units dispensed | $2.40 x 300 = $720 |
| To determine the total Guaranteed Dispensing Fee, multiply Guaranteed Dispensing Fee by the total Rx dispensed | $1 x 10 = $10 |
| To determine the total expected Government cost, add expected drug cost to total Guaranteed Dispensing Fee | $720 + $10 = $730 |

**H.3.1.3. Positive Incentive Amount.** Cost control incentives will equal 10% of the difference between the actual total reimbursement cost processed during the option period and the total expected Government cost for reimbursement. For example, if in any option period the Contractor's Guaranteed Average Price Adjustment Percentage and the Guaranteed Average Dispensing Fee per prescription result in a Total Expected Government Cost for Reimbursement of $5 billion, and the actual cost to the Government was $4.95 billion, this reflects a savings of $50 million. The Contractor would be eligible for an incentive fee of $5 million (10% of the savings of $50 million) for that option period. The amount of the incentive that the Contractor may earn has no limit.

**H.3.1.4. Negative Incentive Amount.** In the event the total actual reimbursement cost in a contract option period exceeds the total expected Government cost for reimbursement that would have resulted from applying the Guaranteed Average Price Adjustment Percentage and any applicable Guaranteed Average Dispensing Fee per prescription to the prescription transaction processed during the contract option period, the difference between the actual costs and the total expected Government cost for reimbursement will be recouped by the Government for that option period. For example, if in any option period the Contractor's Guaranteed Average Price Adjustment Percentage and the applicable Guaranteed Average Dispensing Fee per prescription result in a total expected Government cost for reimbursement of $5 billion, and the actual cost to the Government was $5.01 billion, the Government would recoup the amount of $10 million (the entire difference) for that option period from the Contractor.

**H.3.1.5. Additional Requirements.** Additional requirements for the Contractor to be eligible for positive incentive are outlined in the specific incentive paragraphs below. In situations where these criteria are not met, the Contractor will not be able to earn a performance incentive but any negative recoupments will still apply. The determination of whether any such requirements have been met is at the sole discretion of the CO.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.3.1.6. Timing.** The Government will measure and calculate the incentive amounts after each option period and will notify the Contractor of the results. If the Contractor earns any performance incentives, the CO will provide invoice and payment instructions.

**H.3.2. Cost Control Incentive 1–Retail Network Cost Control Incentive (CLINs X015).** The following table, Retail Network Reimbursement Table H-4, contains the Guarantee for WAC and AWP, and Guaranteed Average Dispensing Fee guaranteed by the Contractor and accepted by the Government for prescriptions for non-specialty brand and generic drug categories for each respective option period

**H.3.2.1. Table H-4 — Retail Network Reimbursement Table for Use in Determining Incentives**

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---------------|------------|---------------|------------------------------------------------|-----------------------------------|
| 1 | Brand | WAC | | |
| | | AWP | | |
| 1 | Generic | WAC | | |
| | | AWP | | |
| 2 | Brand | WAC | | |
| | | AWP | | |
| 2 | Generic | WAC | | |
| | | AWP | | |
| 3 | Brand | WAC | | |
| | | AWP | | |
| 3 | Generic | WAC | | |
| | | AWP | | |
| 4 | Brand | WAC | | |
| | | AWP | | |
| 4 | Generic | WAC | | |
| | | AWP | | |
| 5 | Brand | WAC | | |
| | | AWP | | |
| 5 | Generic | WAC | | |
| | | AWP | | |
| 6 | Brand | WAC | | |
| | | AWP | | |
| 6 | Generic | WAC | | |
| | | AWP | | |

SECTION H
SPECIAL CONTRACT REQUIREMENTS

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---|---|---|---|---|
| 7 | Brand | WAC | | |
| | | AWP | (b) (4) | |
| 7 | Generic | WAC | | |
| | | AWP | | |
| **Note for Retail Network Reimbursement Table H.3.2** | | | | |
| Each applicable "Guaranteed Average Price Adjustment Percentage" and "Guaranteed Average Dispensing Fee" in this table will be used for the calculations described in H.3.1.2 | | | | |

**H.3.2.2. Additional Requirement.** No performance incentive referenced in paragraph H.3.1.3 will be paid to the Contractor for any option period in which the Contractor does not meet or exceed retail network access standards calculated in accordance with paragraph C.3.3.2 for a minimum of 11 months of the option period. (b) (4)

(b) (4)

The Department of Veterans Affairs (DVA), Public Health Service, and Indian Health Service pharmacies will not be included in retail network access calculations for incentive eligibility determination.

**H.3.2.3. Exclusions.** Coordination of benefits claims, DVA claims, Medicaid claims, Public Health Service claims, Indian Health Service claims, non-network claims, vaccines administered by retail network pharmacies, and prescriptions for supplies and compounded medications will not be included in the calculation for the performance incentive or guarantee recoupment calculation.

**H.3.3. Cost Control Incentive 2--Specialty Network Cost Control Incentive (CLINs X016).** The following table, Specialty Reimbursement Table H-5, contains the Guaranteed Average Price Adjustment Percentage and Guaranteed Average Dispensing Fee guaranteed by the Contractor and accepted by the Government for non-replenished specialty medications and Guaranteed Average Dispensing Fee for replenished specialty medications, dispensed in each respective option period. The information presented in this table will be used in calculating the Specialty Cost Control Incentive. Dispensing Fees paid to specialty network pharmacies may include the cost of specialty clinical services, delivery services or shipping fees, supplies, and costs associated with the pharmacy's acceptance of replenishment.

**H.3.3.1. Table H-5 — Specialty Reimbursement for Use in Determining Incentives**

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---|---|---|---|---|
| 1 | Specialty Brand Brand | WAC | | |
| | | AWP | | |
| 1 | Specialty Generic Generic | WAC | (b) (4) | |
| | | AWP | | |

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---|---|---|---|---|
| 1 | Specialty Replenished-Brand | N/A | | |
| 1 | Specialty Replenished-Generic | N/A | | |
| 2 | Specialty Brand Brand | WAC AWP | | |
| 2 | Specialty Generic Generic | WAC AWP | | |
| 2 | Specialty Replenished-Brand | N/A | | |
| 2 | Specialty Replenished-Generic | N/A | | |
| 3 | Specialty Brand Brand | WAC AWP | | |
| 3 | Specialty Generic Generic | WAC AWP | | |
| 3 | Specialty Replenished-Brand | N/A | | |
| 3 | Specialty Replenished-Generic | N/A | | |
| 4 | Specialty Brand Brand | WAC AWP | | |
| 4 | Specialty Generic Generic | WAC AWP | | |
| 4 | Specialty Replenished-Brand | N/A | | |
| 4 | Specialty Replenished-Generic | N/A | | |
| 5 | Specialty Brand Brand | WAC AWP | | |
| 5 | Specialty Generic | WAC | | |

(b) (4)

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---|---|---|---|---|
| | Generic | AWP | | |
| 5 | Specialty Replenished-Brand | N/A | | |
| 5 | Specialty Replenished-Generic | N/A | | |
| 6 | Specialty Brand Brand | WAC AWP | | |
| 6 | Specialty Generic Generic | WAC AWP | | |
| 6 | Specialty Replenished-Brand | N/A | | |
| 6 | Specialty Replenished-Generic | N/A | | |
| 7 | Specialty Brand Brand | WAC AWP | | |
| 7 | Specialty Generic Generic | WAC AWP | | |
| 7 | Specialty Replenished-Brand | N/A | | |
| 7 | Specialty Replenished-Generic | N/A | | |
| **Note for Specialty Reimbursement Table H-5** | | | | |
| Each applicable "Guaranteed Average Price Adjustment Percentage" and "Guaranteed Average Dispensing Fee" in this table will be used for the calculations described in H.3.1.2 | | | | |

**H.3.3.2. Additional Requirement.** The Contractor will be ineligible for this incentive for any period when beneficiaries do not have access to all covered specialty medications.

**H.3.3.3. Exclusions.** The following claims are excluded from this guarantee:

- Claims that meet the exclusion criteria per H.3.2.3.
- Medications replenished by the Government.
- Medications procured by the Contractor under the MPPP.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.3.4. Market Priced Pharmaceutical Program (MPPP) Incentive**

**H.3.4.1. Incentive Basis.** The incentive is based on a demonstrated cost savings between the Contractor's offer and the NPV's price of the same product or an equivalent available alternative.

**H.3.4.2. Incentive Source Data.** This incentive shall be calculated based on CDRL M140.

**H.3.4.3. Calculation of Incentive.** Cost savings is defined as the difference between the unit price(s) for the NDC specified in the offer under C.6.8.20 as listed on the Medical Master Catalog (MMC) (in effect at the time a prescription was dispensed), compared to the unit price of the MPPP recommended NDC actually dispensed; times the quantity of the NDC was dispensed during a given option period. If MMC prices for the drug in question have changed during the option period, cost savings will be measured correspondingly.

**H.3.4.4. Incentive Amount.** The Contractor shall earn a performance incentive for demonstrated savings to the Government equaling 10% of the cost savings for each of the Contractor's MPPP recommendations implemented at TRICARE Mail Order Pharmacy (TMOP). Any incentive earned will be reflected in CLIN X017.

**H.3.4.5. Calculation Example.** For example, consider the situation in which one prescription for a drug is dispensed each month, and the MMC unit price for that drug is $1.00 during the first two months of an option period, but increases to $1.10 for the final 10 months; and the price for the product sourced commercially for the same drug remains $0.50 throughout. Total savings is $7.00 = (2 x ($1.00 - $0.50)) + (10 x ($1.10-$0.5)) and the resulting incentive of $0.70 to the Contractor.

**H.3.4.6. Additional Requirements.** Incentives are only applicable if the government has accepted an offer under C.5.8.19.

**H.3.4.7. Timing.** This incentive will be calculated and settled on a quarterly basis for all savings commercial market recommendations which complete (i.e. the dispensing commercially acquired product was finished) in the preceding quarter.

**H.3.4.8. Exclusions.** If the savings generated by a particular offer is calculated to be negative, no incentive will apply for that offer. If the Contractor is not able to meet the terms of the recommendation as accepted by the Government, the incentive will not apply.

**H.4. Performance Guarantees.**

**H.4.1. General.** The performance guarantees described in this section are the Contractor's guarantee that the Contractor's performance will not be less than the performance standards described below. Each standard is guaranteed, measured, and assessed separately from contract standards specified in Section C and the referenced TRICARE Manuals. All self-reported Contractor data utilized in the assessment of performance relative to contract standards and performance guarantees is subject to review by the Government. The rights of the Government

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

and remedies described in the performance guarantee section are in addition to all other rights and remedies of the Government.

**H.4.1.1.  Rights and Remedies.** The rights of the Government and remedies described in the Performance Guarantee paragraphs are in accordance with, and in addition to all other rights and remedies of the Government. Specifically, the Government reserves the rights and remedies set forth in FAR Clause 52.246-4, Inspection of Services and FAR Clause 52.249-8, Default.

**H.4.1.2.  Rounding.** For the assessment of performance guarantees, percentages shall be rounded the nearest tenth of a percentage. Example: A contract standard requires a minimum of 95%. If Contractor performance is 94.89%, performance shall be assessed at 94.9% and the Contractor deemed to have not met the standard. Performance of 94.95% will be assessed at 95% and the Contractor deemed to have met the standard.

**H.4.2.  Forfeiture.** For each occurrence the Contractor fails to meet each guaranteed standard, the Contractor shall forfeit the amount listed in the schedule below. Performance guarantee forfeitures will be applied to each reporting period in which the Contractor fails to meet or exceed the standard. Performance will be measured as specified below. The Contractor will be notified of forfeitures accumulated and assessed subsequent to each contract quarter. For the purposes of section H.4, the term "performance standard" is defined as the standard specified in this section. Each standard will be measured and assessed independently.

**H.4.2.1.  Timing.** For administrative purposes, the Contractor will be notified of performance guarantee forfeitures on a quarterly basis via a unilateral modification in accordance with FAR 43.103(b)(3) with this section as the cited authority for the modification. Unless arrangements are made otherwise, forfeited amounts will be deducted from the next available contract payment under any line item at discretion of the Government. Total performance guarantees assessed under this subsection (except for TEDS Edit Accuracy) for any option period shall not exceed $3,000,000. There will be no cap on total assessments for TEDS edit accuracy.

**H.4.3.  Performance Guarantee 1 — Mail Order Pharmacy Prescription Processing.**

**H.4.3.1.  Standard:** 100% within 10 calendar days
**H.4.3.2.  Definition:** Mail order prescriptions shall either be shipped, scheduled for delivery, returned, pended or denied within 10 calendar days from receipt, reported monthly. Prescriptions under the Deployment Prescription Program that require clarifications or intervention will not be included in the calculation of mail order pharmacy processing time, but are subject to the requirements of C.5.7.
**H.4.3.3.  Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.3.4.  Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q040)

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.4.4.  Performance Guarantee 2 — System Availability.**

**H.4.4.1.  Standard:** 99.5% of the time.
**H.4.4.2.  Definition:** The Contractor's claims processing system shall be available no less than 99.5% of the time, excluding external downtime. The system is considered to be unavailable when the failure rate for claims exceeds 25% for at least 30 minutes.
**H.4.4.3.  Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.4.4.  Measurement:** Time measured in minutes per calendar month. Self-reported by the Contractor. (CDRL M060)

**H.4.5.  Performance Guarantee 3 — Paper Claims Processing.**

**H.4.5.1.  Standard:** 95% with ▓▓ calendar days of receipt.
**H.4.5.2.  Definition:** Paper claims shall be processed to completion with 10 calendar days of receipt.
**H.4.5.3.  Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.5.4.  Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q050)

**H.4.6.  Performance Guarantee 4 — Clinical Review Processing.**

**H.4.6.1.  Standard:** ▓▓ within ▓ calendar days of receipt
**H.4.6.2.  Definition:** Clinical reviews shall be completed and notification sent to the beneficiary within ▓ calendar days of receipt of a properly completed request, measured monthly.
**H.4.6.3.  Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.6.4.  Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q010)

**H.4.7.  Performance Guarantee 5 — Telephone Service.**

**H.4.7.1.  Standard:** Average Speed of Answer of not more than 60 seconds
**H.4.7.2.  Definition:** Measured on a monthly basis, all beneficiary services calls received shall be transferred to a Beneficiary Service Representative (BSR) with an Average Speed of Answer (ASA) of not more than 60 seconds between the initial connection (including any introductory message and/or automated menus) and when the phone is answered by the BSR. Calls where the beneficiary chooses not to speak to a BSR shall be excluded from this metric.
**H.4.7.3.  Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.7.4.  Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q020)

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.4.8.  Performance Guarantee 6 — Correspondence Processing.**

**H.4.8.1.  Standard**: 85% of priority correspondence will be processed to completion within 10 calendar days.

**H.4.8.2.  Definition:** Measured on a monthly basis. Considered processed to completion after providing a response to the Government. Priority correspondence and completion standards are defined in TOM Chapter 11, Section 5.

**H.4.8.3.  Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.

**H.4.8.4.  Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q030)

**H.4.9.  Performance Guarantee 7 — Formulary Search Tool Corrections.**

**H.4.9.1.  Standard:** 99% of identified errors corrected within two (2) business days.

**H.4.9.2.  Definition:** An error is defined as missing or incorrect formulary status, PA/MN requirements, age or gender restrictions, quantity limit restrictions, point of service restrictions, BCF/ECF status, copay amount based on the current TRICARE benefit design at the time the error is identified.

**H.4.9.3.  Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.

**H.4.9.4.  Measurement:** Business days. Calendar month. Self-reported by the Contractor. (CDRL M200).

**H.4.10.  Performance Guarantee 8 — TEDS Edit Accuracy.**

**H.4.10.1.  Standard:** TEDS edit accuracy will be measured on a monthly basis. The accuracy rate for TEDS edits shall be:

**H.4.10.1.1.**  waived during first six months of OP1

**H.4.10.1.2.** 95% during months seven through nine of OP1

**H.4.10.1.3.** 99% for duration of contract

**H.4.10.2.  Definition:** TEDS edit accuracy is defined in the TSM, Chapter 2.

**H.4.10.3.  Performance Guarantee Application:** If the Contractor fails to meet the standard and falls below the standard, a performance guarantee amount of $1.00 for each TEDS record not meeting the standard will be forfeited. For example, if only 93.3% of all TEDS pass edits for each of months seven, eight, and nine, then a performance guarantee amount will be applied to 1.7% of all TEDS submitted during the period (1.7% equals the difference between the Contractor's actual performance and the standard in this example). If 1.7% equates to 153,000 TEDS records, the performance guarantee forfeiture amount will be $153,000.00 (i.e., 153,000 x $1.00).

**H.4.10.4.  Measurement:** The number of TEDS failing to meet the standard will be determined each calendar month by the Government based on the DHA TEDS database.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.4.11. Performance Guarantee 9 — Benefit Design Accuracy.**

**H.4.11.1. Standard:** The benefit design should reflect the current design as determined by the DoD Pharmacy and Therapeutics Committee, DHA policy, applicable laws and regulations, and this contract. The benefit design shall not contain erroneous information, as identified in the definition section below. Any changes shall be completed by the applicable effective date.

**H.4.11.2. Definition:** The Benefit Design is defined in C.7.3. A "benefit design error" is defined as an incorrect copay amount or tier status, failure to implement the appropriate drug restrictions (e.g. quantity or day supply limits, prior authorization, look back logic), failure to apply drug restrictions by point of service, or failure to include or exclude medications with regard to specific initiatives (e.g. Expanded Mail Order and MTF, Specialty Pharmaceutical Program, smoking cessation, etc.).

**H.4.11.3. Performance Guarantee Application:** The Contractor guarantees it will pay the Government $125,000 each full calendar month the standard is not met and where the Government discovers the error. If the Contractor takes necessary steps to correct a Government—discovered error within 10 calendar days, the guarantee will not be applied. If the Contractor self-reports prior to the Government discovering the error and takes the necessary steps to correct the error, the guarantee will not be applied. The time taken to correct the error and the impact of the error will be factors considered in evaluation of Award Fee, as will how the discovery was made (i.e. self-reported or Government-discovered). The guarantee amount owed will be in addition to any reimbursements necessary to make either or both the beneficiary and the Government whole due to the error.

> **Note**: An error on the FST may be calculated against the Formulary Search Tool Corrections performance guarantee or the Benefit Design Accuracy performance guarantee, but not both. The Government has the sole discretion to determine which guarantee applies for a given error.

**H.4.11.4. Measurement:** Calendar month. Reported by the Contractor (CDRL M200).

**H.4.12. Performance Guarantee 10 — Specialty Pharmacy Accreditation.**

**H.4.12.1. Standard:** All network specialty pharmacies shall maintain accreditation by a nationally recognized external accrediting body (e.g., URAC, ACHS, CPPA, etc.).

**H.4.12.2. Definition:** The Contractor shall guarantee all network specialty pharmacies maintain accreditation through a nationally recognized external accrediting body to ensure a standard of clinical care, patient support, dispensing accuracy and timely delivery of specialty medications. The Contractor shall notify the Contracting Officer if a situation occurs where a pharmacy is included in the network to fulfill specific specialty drugs but does not carry the accreditation aforementioned.

**H.4.12.3. Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.

**H.4.12.4. Measurement:** Self-reported by the Contractor.(CDRL Q180)

**H.4.13.** ███████████ (b) (4) ███████████

████████████████████████████████████████

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS



**SECTION H**
**SPECIAL CONTRACT REQUIREMENTS**



## H.5. Performance Metrics.

**H.5.1.** System Availability.
**H.5.1.1.** Standard: Claims Processing System is available no less than 99.5% of the time, excluding external downtime.

**H.5.2.** Paper Claims.
**H.5.2.1.** Standard: 95% of paper claims shall be processed to completion within 10 calendar days of receipt.
**H.5.2.2.** Standard: 100% of paper claims shall be processed to completion within 14 calendar days of receipt.

**H.5.3.** Retail Network Access.
**H.5.3.1.** Standard: (b) (4) of beneficiaries have at least ▇ pharmacy within 15 minutes driving time.
**H.5.3.2.** Standard: (b) (4) of beneficiaries have at least ▇ pharmacies within 15 minutes driving time.
**H.5.3.3.** Standard: (b) (4) of beneficiaries have at least ▇ pharmacy within 30 minutes driving time.
**H.5.3.4.** Standard: No fewer than 35,000 retail network pharmacies.

**H.5.4.** Mail Order Pharmacy.
**H.5.4.1.** Standard: (b) (4) of Mail Order prescriptions not requiring intervention or clarification shall be shipped in ▇ business days from receiving the prescription.
**H.5.4.2.** Standard: 100% of Mail order prescriptions shall be shipped, scheduled for delivery, returned, or denied within ten (10) calendar days of receipt
**H.5.4.3.** Standard: Prescriptions dispensed from the TMOP shall be accurate 100% of the time, measured monthly.

**H.5.5.** Clinical Reviews.
**H.5.5.1.** Standard: (b) (4) of all clinical reviews, to include those for compound medications, shall be completed and notification sent within (b) (4) of receipt of a properly completed request, measured monthly.

**SECTION H**
**SPECIAL CONTRACT REQUIREMENTS**

**H.5.5.2.** Standard: **(b) (4)** of all clinical reviews shall be completed and notification sent within ten (10) days of receipt of a properly completed request, measured monthly.

**H.5.6.** Beneficiary Support.
**H.5.6.1.** Standard: Average Speed of Answer (measured from initial connection to answer by a service representative): 60 seconds or less
**H.5.6.2.** Standard: Telephone Call Blockage rate: 5% or less
**H.5.6.3.** Standard: Abandoned Call rate at any point: 5% or less
**H.5.6.4.** Standard: Telephone Calls Resolved at any point: 95% during initial call
**H.5.6.5.** Standard: Telephone Calls Resolved at any point: 100% within 2 days
**H.5.6.6.** Standard: Priority Correspondence - Complete and issue resolved (to the Government's satisfaction, includes Electronic): 85% during 10 days
**H.5.6.7.** Standard: Priority Correspondence - Complete and issue resolved (to the Government's satisfaction, includes Electronic): 100% within 30 days
**H.5.6.8.** Standard: Routine Correspondence (Includes Electronic): 85% within 15 days
**H.5.6.9.** Standard: Routine Correspondence (Includes Electronic): 100% within 45 days

**H.5.7.** Pharmacy Help Desk.
**H.5.7.1.** Standard: Average Speed of Answer (measured from initial connection to answer by a service representative): 60 seconds or less
**H.5.7.2.** Standard: Telephone Call Blockage rate: 5% or less
**H.5.7.3.** Abandoned Call rate at any point: 5% or less

**H.5.8.** Formulary Search Tool.
**H.5.8.1.** Standard: The Contractor shall correct 99% of FST content inaccuracies within two (2) business day of the inaccuracy being identified.

**H.6. Award Fee.** The award fee will be administered semi-annually during each contract option period in accordance with the award fee plan. The award fee pool is shown in Section B and any awarded portions will be disbursed semi-annually in accordance with the TPharm5 Award Fee Plan (see Attachment J-5). Unearned portions of the award fee pool are not available for any subsequent award fee.

**H.7. Pilots, Demonstrations, and Integrated Product Teams (IPTs).**

**H.7.1. Pilots and Demonstrations.** The Government may require the contractor to perform novel functions within the scope of this contract as part of pilots or demonstrations. These pilots or demonstrations may be externally driven (e.g. NDAAs) or developed by the Government to test the feasibility or practicality of changes to, additions to, or subtractions from any elements of the TRICARE Pharmacy Program. The nature of these pilots may vary across all functions of the contract and may vary in scope, duration, and effort required.

**H.7.2. IPTs.** The Government may develop major contract and program changes through Integrated Product Teams (IPTs). If asked to participate in this process, the Contractor shall provide the appropriate personnel (as agreed to by the CO and the Contractor) to serve on the IPTs to develop and/or improve the technical, business, and implementation approach to proposed TRICARE

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

program changes. The Contractor shall participate in the process with the Government team from concept development through incorporating the change into the contract. This process includes developing budgetary cost estimates, preparing specification/statements of work, and establishing a mutually agreeable equitable adjustment to the contract price as a result of incorporating the change (including pricing, negotiation, etc.). IPTs will not be formed for all contract changes, but may be formed for complex, system-wide issues. The frequency and scheduling of IPT activities will vary depending on the topic, with no greater than 150 hours per Option Period.

**H.8. Requirements for Minimum Level of Enhanced Safeguarding for Unclassified DoD Information.** The Contractor shall implement and maintain information security in accordance with the requirements set forth TSM Chapter 1, Section 1.1.

**H.8.1. Checklist and Certification**. In connection with the Enhanced Safeguarding requirements, the Contractor shall submit the System Security Plan as required in CDRL A120, System Security Plan, and annually provide the completed checklist and certification described in, CDRL A040, DoD/NIST Certification Report.

**H.9. Claims Compliance and Accuracy Reviews**

**H.9.1.** After pharmacy services begin, the Government will conduct quarterly and annual retrospective reviews of TRICARE pharmacy claims data to demonstrate agency compliance with the Payment Integrity Information Act of 2019 (PIIA).

**H.9.2.** The Government will conduct quarterly retrospective reviews of TRICARE pharmacy claims data. These reviews will look for errors in payment, occurrence, process and documentation. Results from claim reviews will be used to determine the Contractor's conformance to claims processing performance standards as indicated in H.9.2.7.
Retrospective reviews will identify the following types of errors:
* Payment errors – the amount of overpayments or underpayments on a claim.
* Occurrence errors – inaccurate TED record data.
* Process errors - payment errors with post payment actions that substantiate the initial processing decision. The payment error may be removed but the process error will remain.
* Documentation errors – missing or invalid documentation which impact the audit process or indicate a situation of contractual noncompliance identified during the compliance review.

On a quarterly basis, payment and occurrence reviews will be conducted on four separate categories of claims:
* Electronic retail pharmacy claims
* Paper retail pharmacy claims
* Electronic specialty pharmacy claims (for which replenishment does not occur)
* Paper specialty pharmacy claims (for which replenishment does not occur)

**H.9.2.1.  Sampling Methodology**

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.9.2.1.1.** Payment and occurrence samples shall be drawn from TED records which passed all DHA edits during the prior three months. Individual TED records within batches/vouchers which fail TRICARE edits or which are otherwise not valid for processing as submitted by the Contractor will not be included in the sampling frame. Records to be sampled for both the occurrence and payment claim reviews will be "net" records (i.e. the sum of transaction records available at the time the sample was drawn related to the initial transaction record).

**H.9.2.1.2.** Stratified random sampling will be conducted for payment reviews to estimate the total payment error amount. The number of strata and strata boundary points will be optimally determined and may vary by sample based on the composition of the data in the audit universe. A 100% review of claims above a high-dollar threshold (i.e. $8,000) will be conducted. Claims below a low-dollar threshold (i.e. $100) may be excluded, and a separate annual compliance review may be conducted on low dollar claims, as described in H.9.3. The low-dollar and high-dollar thresholds may vary by claim category and review period.

**H.9.2.1.3.** Payment errors will be extrapolated to determine the total payment error amount. The absolute value of errors will be considered so that underpayments do not offset overpayments. The total payment error amount will be divided by actual total paid amount to determine the percentage of dollars paid in error, which will be used to measure claims processing performance standards as indicated in H.9.2.7.

**H.9.2.1.4.** Simple random sampling will be conducted for occurrence reviews to measure the accuracy of TED record data. The occurrence sample claims will not duplicate any claim already drawn in another claim category.

### H.9.2.2. Required Contractor Documentation

**H.9.2.2.1.** The Contractor shall, upon receipt of the TEDs Internal Control Number (ICN) listing from DHA, retrieve and compile processing documentation and history files for each selected TED record/claim. All documentation must be received at DHA or designated claims review Contractor within forty-five (45) calendar days from the date of the DHA letter transmitting the ICN listing.

**H.9.2.2.2.** The Contractor shall submit documentation, through safe and secure electronic transmittal, to DHA or its designated compliance review contractor, in the agreed upon file format as stipulated in the Memorandum of Understanding (MOU) established between the Contractor and the designated compliance review Contractor (CDRL A025).

**H.9.2.2.3.** The Contractor shall, for each TED record/claim, provide one legible copy of all pertinent claims documentation that demonstrates accurate claims processing. Types of documentation include but are not limited to:
- Claim related correspondence when attached to the claim or related to the adjudication action
- (e.g., development records, pharmacy receipts)
- Medical necessity or prior authorization records

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

- Other health insurance (OHI) documents
- Drug pricing including Maximum Allowable Charge, AWP, and or discount rate (network rate)
- Preferred Product Indicator
- Network Status
- Dispensing Fee Data
- Copy of the Explanation of Benefit (EOB) or Explanation of Payment (EOP) for each claim selected

Any additional documentation not specifically identified above that supports the Contractor's adjudication of the selected claim.

**H.9.2.2.4.** The Contractor shall provide an initial set of documents explaining any pertinent data field or document for supporting claims adjudication. Updated documents can be provided as revisions occur.
Examples include:
- Benefit design document
- Adjudication rules (duplicate screening, refill too soon criteria, administrative overrides)
- Document and screen shot explanations
- Description of data elements by field position in beneficiary history file printout
- Field definitions for pricing and pricing logic

**H.9.2.2.5.** The Contractor shall send beneficiary history (15 to 27 months) for each claim selected for review. Documentation for any claim selected with adjustment transactions completed prior to the date of the sample must include the documentation to indicate both initial and adjustment processing actions.

**H.9.2.2.6.** For any pharmacy service that does not have a valid reason for submitting a TED record, as defined in the TRICARE Systems Manual (TSM), a 100% payment error based on the total billed amount will be assessed. This condition is considered to be an unsupported TED record.

### H.9.2.3. Payment and Process Error Determinations

**H.9.2.3.1.** Payment errors are the amount of over/under payments on a claim, including but not limited to a payment in the correct amount but sent to the wrong payee, denial of a payable claim, misapplication of the cost-share/co-pay/deductible, payment of a non-covered drug, etc. There are two categories of payment errors: (1) a payment error which cannot be removed with post payment processing actions; and (2) a payment error which can be removed with post payment processing actions.

**H.9.2.3.2.** Payment errors which can be removed with post payment actions that substantiate the initial processing decision will be removed from payment error rate but the process error will remain. Process errors are noncompliance with a required procedure or process, such as

### SECTION H
### SPECIAL CONTRACT REQUIREMENTS

development required but not performed or medical necessity review required but not evident and are cited in conjunction with a payment error. Claims containing process errors will not affect payment or occurrence error rates, but will be used as a performance indicator.

**H.9.2.3.3.** Payment errors which cannot be removed with post payment actions are based only on the claim information available up to the date the review sample is pulled. Consideration will be given to subsequent processing actions that occur prior to the date the review sample is pulled, including actions that have not passed the DHA TED record edits, only if supporting documentation to indicate the action taken and the date the action was completed is submitted with review documentation. Adjustment transactions are not allowed on claim denials, therefore, subsequent reprocessing actions to a denied claim which occurs prior to the date the audit sample is pulled will be considered during the audit. Subsequent processing actions after the date the review sample is pulled will not be considered in the audit regardless of whether resolution of a payment error exists.

**H.9.2.3.4.** The following are payment errors on which post payment actions are either not applicable or would not remove the payment errors assessed.
- 04K – Cost-share / Deductible Error
- 07K – Duplicate Services Paid
- 08K – Eligibility Determination — Patient
- 09K – Eligibility Determination — Provider
- 13K – OHI/TPL — Govt. Pay Miscalculated
- 14K – OHI Payment Omitted
- 15K – Payee Wrong – Patient/Sponsor
- 16K – Payee Wrong – Provider
- 18K – Pricing Incorrect
- 19K – Procedure Code Incorrect
- 20K – Signature Error
- 24K – Incorrect Benefit Determination
- 25K – Claim Not Provided
- 26K – Claim Not Auditable

**H.9.2.3.5.** The following are payment errors on which post-payment actions may support original processing. On rebuttal, if documentation is provided that supports the processing actions, the payment errors could be removed but the process errors would remain.
- 01K – Authorization/Pre-authorization Needed
- 02K – Unsupported Benefit Determination
- 03K – Billed Amount Incorrect
- 05K – Development Claim Denied Prematurely
- 06K – Development Required
- 10K – Medical Emergency Not Substantiated
- 11K – Medical Necessity/Review Not Evident
- 21K – Timely-Filing Error

# SECTION H
# SPECIAL CONTRACT REQUIREMENTS

- 76K Pricing Incorrect – Pharmacy Pricing Methodology (i.e. AWP, U&C, billed discount) Incorrectly Applied and/or Miscalculated
- 77K Pricing Incorrect – Pharmacy Compound Drug Pricing Miscalculation
- 78K Pricing Incorrect – Pharmacy Specialty Drug Rate Miscalculated
- 79K Pricing Incorrect – Pharmacy Discount Miscalculated/Not Applied
- 80K Pricing Incorrect – Pharmacy Dispensing Fee Miscalculated/Not Applied
- 99K - Other: This payment error is very general and claims would have to be reviewed on an individual basis with regard to post-payment actions.

**H.9.2.3.6.** Upon rebuttal, if the procedure/process is followed to conclusion and the actions support the original decision, the payment error will be removed but the procedural/process error will remain.

- 01P – Authorization/Pre-authorization needed
- 02P – Unsupported Benefit Determinations
- 05P – Development Claim Denied Prematurely
- 06P – Development Required
- 10P – Medical Emergency Not Substantiated
- 11P – Medical Necessity/Review Not Evident
- 21P – Timely Filing Error
- 23P – Contract Jurisdiction Error
- 99P – Other

## H.9.2.4. Occurrence Error Determination

**H.9.2.4.1.** Occurrence error determinations are based on only the claim information available and those processing actions taken at the time the sample is drawn. Actions and determinations occurring subsequent to the processed date of an audited claim, such as obtaining other health insurance documentation, adjusting a claim to correct financial or other data fields, or developing for required information not obtained prior to processing, are not a consideration of the audit regardless of whether a resolution of the incorrectly coded TED record results.

**H.9.2.4.2.** Occurrence errors result from an incorrect entry in any data field of the TED record. There are no exceptions. Any error, including errors in financial fields, shall be counted as occurrence errors. Some TED record error conditions are not attributable to any one specific data field but apply to the record as a whole or to certain parts of the record. In addition to erroneous data field coding error conditions involving incorrect or unsupported records will result in occurrence errors being assessed. All incorrectly coded financial fields on a TED record are considered to be occurrence errors regardless of whether associated errors exists.

**H.9.2.4.3.** The following are occurrence error categories and codes. All TED record occurrence errors, including errors in financial fields, are counted and the error rate is expressed as a percentage of the total number of data fields in the TED record.

| Error Codes | Error Condition Specific to Claim | Number of Errors |
|---|---|---|

### SECTION H
### SPECIAL CONTRACT REQUIREMENTS

| | | |
|---|---|---|
| 01J | Unlike Procedures/Providers Combined (Non-institutional Record) | 7 errors for each additional utilization data set* |
| 04J | Missing Non-Institutional Utilization Data Set | 7 errors for each missing data set* |
| 05J | Extra Non-Institutional Utilization Data Set | 7 errors for each missing data set* |
| 08J | Incorrect Record Type | 5 errors |
| 09J | Separate TED Record Required | 1 error |
| 10J | Claim Not Provided for Audit | 1 error plus 1 error for each revenue code utilization data set in the TED |
| 11J | Claim Not Auditable | 1 error plus 1 error for each revenue code utilization data set in the TED |
| 12J | Unsupported TED Transaction | 1 error plus 1 error for each revenue code utilization data set in the TED |

\* Not to exceed 21 errors for combination of these error conditions.

**H.9.2.5.  Documentation Errors**

**H.9.2.5.1.**  The following are documentation errors which can be assessed in conjunction with a payment or occurrence error. These errors are neither occurrence errors nor payment errors and are not used to calculate the occurrence or payment error rates. "L" errors are used to document and report the Contractor's documentation problems which impact the audit process or indicate a situation of contractual noncompliance which is identified during the compliance review.

- 01L – Audit Documentation Incomplete
- 02L – Audit Documentation Illegible
- 03L – Documentation Submitted Late
- 04L – EOB/EOP Incorrect
- 05L – NAS Questionable
- 06L – Error in Claim History
- 08L – Erroneous Claim Split
- 09L – Erroneous TED Record Split
- 10L – Adjustment – No Authorizing Official
- 11L – Contract Jurisdiction Error

**H.9.2.6.  Rebuttals**

**H.9.2.6.1.**  The government will allow one rebuttal of initial payment and occurrence findings. The Contractor shall electronically submit the rebuttal to DHA or designated compliance review Contractor within thirty (30) calendar days of the date of DHAs initial payment and occurrence error transmittal letter and in accordance with the established MOU (C.15.1.16.4). Rebuttal

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

comments that are not electronically received within thirty (30) calendar days of DHAs transmittal letter will not be reviewed or considered. The post-rebuttal error determination(s) by DHA are final and will not receive further consideration.

**H.9.2.6.2.**  After the rebuttals are reviewed by DHA or the designated claims review Contractor, the government may assess new errors based on the information submitted in the rebuttal. Similarly, the Contractor may submit one rebuttal to the new errors not previously addressed within thirty (30) calendar days of the date of DHAs payment and occurrence error transmittal letter. Rebuttal comments that are not electronically received within thirty (30) calendar days of DHAs transmittal letter will not be reviewed or considered. The post-rebuttal error determination(s) by DHA are final and will not receive further consideration.

**H.9.2.7.  Error Rates**

**H.9.2.7.1.  Claims Payment Error Rate**

**Standard:** The percentage of dollars paid in error, measured though quarterly payment reviews, is 1% for electronic retail pharmacy claims, and 4% for DMR/paper retail claims.

**Measurement:** The absolute value of payment errors identified in a sample will be summed by stratum and divided by the number of claims sampled for that stratum to derive the 'mean payment error', which will then be multiplied by the number of universe claims in each stratum to derive the 'estimated payment error,' which will be summed for all strata to derive the 'total payment error amount'. The 'total payment error amount' will be divided by the universe actual total paid amount to arrive at the percentage of dollars paid in error.

**H.9.2.7.2.  Occurrence Error Rate**

**Standard:** The standard for occurrence errors for sampled TED records, measured quarterly is 3%.

**Measurement:** The TED record occurrence error rate is the total number of errors divided by the total number of data fields in the sample times 100.

**H.9.3.  Yearly Claims Accuracy and Compliance Reviews**

The Government will conduct annual retrospective claim reviews of TRICARE pharmacy claims data under the Low Dollar threshold. This focus study will commence after the end of every Government fiscal year for the purpose of demonstrating agency compliance with the Payment Integrity Information Act of 2019 (PIIA).

**H.9.3.1.**  The Contractor shall submit required documentation consistent with requirements in H.9.2.2.

**H.9.3.2.**  Low dollar compliance reviews are focused on payment errors only. They will not address occurrence errors or process errors.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.9.3.3.** The Government will draw samples consistent with H.9.2.1.1. Each will be limited electronic retail claims of less than $30.00 and paper pharmacy claims less than $10.00. The Government will provide an ICN listing for each sample. The sample size for each audit will be limited to no more than 400 claims. Each sample will contain claims from a single fiscal year.

**H.9.3.4.** The Contractor shall**,** upon receipt of the TEDs Internal Control Number (ICN) listing from DHA, retrieve and compile processing documentation and history files for each selected TED record/claim. All documentation must be received at DHA or designated claims review Contractor within forty-five (45) calendar days from the date of the DHA letter transmitting the ICN listing.

**H.9.3.5.** These focus studies will not be subject to rebuttal processes as described in H.9.2.6.

**H.9.3.6.** The Contractor shall promptly support any requests for additional information (documentation or Government inquiries) needed to clarify or explain the calculation of a final TRICARE billed amount.

**(End of Section H)**

# SECTION I
## CONTRACT CLAUSES

**I.1. Clauses -- Federal Acquisition Regulation (FAR).**

**FAR 52.202-1 Definitions (JUN 2020)**

**FAR 52.203-3 Gratuities (APR 1984)**

**FAR 52.203-5 Covenant Against Contingent Fees (MAY 2014)**

**FAR 52.203-6 Restrictions on Subcontractor Sales to the Government (JUN 2020)**

**FAR 52.203-7 Anti-Kickback Procedures (JUN 2020)**

**FAR 52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (MAY 2014)**

**FAR 52.203-10 Price or Fee Adjustment for Illegal or Improper Activity (MAY 2014)**

**FAR 52.203-12 Limitation on Payments to Influence Certain Federal Transactions (JUN 2020)**

**FAR 52.203-13 Contractor Code of Business Ethics and Conduct (JUN2020)**

**FAR 52.203-19 Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017)**

**FAR 52.204-4 Printed or Copied Double-Sided Post Consumer Fiber Content (MAY 2011)**

**FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards (JUN 2020)**

**FAR 52.204-13 System for Award Management Maintenance (OCT 2018)**

**FAR 52.204-14 Service Contract Reporting Requirements (OCT 2016)**

**FAR 52.204-18 Commercial and Government Entity Code Maintenance (AUG 2020)**

**FAR 52.204-19 Incorporation by Reference of Representations and Certifications (DEC 2014)**

**FAR 52.204-21 Basic Safeguarding of Covered Contractor Information Systems (JUN 2016)**

**FAR 52.204-23 Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (JUL 2018)**

**FAR 52.204-25, Prohibition on Contacting for Certain Telecommunications and Video Surveillance Services Equipment (AUG 2020)**

# SECTION I
## CONTRACT CLAUSES

**FAR 52.209-6 Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (JUN 2020)**

**FAR 52.209-9 Updates of Publicly Available Information Regarding Responsibility Matters (OCT 2018)**

**FAR 52.209-10 Prohibition on Contracting With Inverted Domestic Corporations (NOV 2015)**

**FAR 52.210-1 Market Research (JUN 2020)**

**FAR 52.211-15 Defense Priority and Allocation Requirements (APR 2008)**

**FAR 52.215-2 Audit and Records - Negotiation (JUN 2020)**

**FAR 52.215-8 Order of Precedence - Uniform Contract Format (OCT 1997)**

**FAR 52.215-11 Price Reduction for Defective Certified Cost or Pricing Data - Modifications (JUN 2020)**

**FAR 52.215-13 Subcontractor Certified Cost or Pricing Data - Modifications (JUN 2020)**

**FAR 52.215-15 Pension Adjustments and Asset Reversions (OCT 2010)**

**FAR 52.215-18 Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions (JUL 2005)**

**FAR 52.215-19 Notification of Ownership Changes (OCT 1997)**

**FAR 52.215-21 Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data - Modifications (JUN 2020) - Alternate III (OCT 1997)**

(a) Exceptions from certified cost or pricing data.

(1) In lieu of submitting certified cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth in Federal Acquisition Regulation (FAR) 15.403-4(a)(1) on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in paragraphs (a)(1)(i) and (ii) of this clause. If the threshold for submission of certified cost or pricing data specified in FAR 15.403-4(a)(1) is adjusted for inflation as set forth in FAR 1.109(a), then pursuant to FAR 1.109(d) the changed threshold applies throughout the remaining term of the contract, unless there is a subsequent threshold adjustment. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable -

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

# SECTION I
## CONTRACT CLAUSES

(ii) Information on modifications of contracts or subcontracts for commercial items. (A) If -

(*1*) The original contract or subcontract was granted an exception from certified cost or pricing data requirements because the price agreed upon was based on adequate price competition or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item; and

(*2*) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition of a commercial item to a contract or subcontract for the acquisition of an item other than a commercial item.

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price of the modification. Such information may include -

(*1*) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

(*2*) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(*3*) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for certified cost or pricing data. If the Contractor is not granted an exception from the requirement to submit certified cost or pricing data, the following applies:

(1) The Contractor shall submit certified cost or pricing data, data other than certified cost or pricing data, and supporting attachments in accordance with the instructions contained in Table 15-2 of FAR 15.408, which is incorporated by reference with the same force and effect as though it were inserted here in full text. The instructions in Table 15-2 are incorporated as a mandatory format to be used in this contract, unless the Contracting Officer and the Contractor agree to a different format and change this clause to use Alternate I.

(2) As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

# SECTION I
## CONTRACT CLAUSES

(c)  Submit the cost portion of the proposal via the following electronic media: complete cost proposals in portable document format (pdf), with supporting cost build up documentation in MS Excel (compatible to Government version).

**FAR 52.215-23 Limitation on Pass-Through Charges (JUN 2020)**

**FAR 52.216-24 Limitation of Government Liability (APR 1984)**

**FAR 52.217-8 Option to Extend Services (NOV 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract.  These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor.  The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months.  The Contracting Officer may exercise the option by written notice to the Contractor on or before **15 days** from the expiration of the current contract period of performance.

(End of Clause)


**FAR 52.217-9 Option to Extend the Term of the Contract (MAR 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor on or before **15 days from the expiration** of the current period of performance; provided that the Government gives the Contractor a preliminary written notice of its intent to extend **at least 60 days** before the contract expires.  The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed **8 years, 9 months and 1 week**.

(End of Clause)

**FAR 52.219-4 Notice of Price Evaluation Preference for HUBZone Small Business Concerns. (MAR 2020)**

**FAR 52.219-8 Utilization of Small Business Concerns (OCT 2018)**

**FAR 52.219-9 Small Business Subcontracting Plan (JUN 2020) – (ALT II, NOV 2016)**

**FAR 52.219-16 Liquidated Damages - Subcontracting Plan (JAN 1999)**

**FAR 52.219-28 Post Award Small Business Program Representation (NOV 2020)**

**FAR 52.222-3 Convict Labor (JUN 2003)**

# SECTION I
## CONTRACT CLAUSES

**FAR 52.222-21 Prohibition of Segregated Facilities (APR 2015)**

**FAR 52.222-26 Equal Opportunity (SEP 2016)**

**FAR 52.222-35 Equal Opportunity for Veterans (JUN 2020)**

**FAR 52.222-36 Equal Opportunity for Workers with Disabilities (JUN 2020)**

**FAR 52.222-37 Employment Reports on Veterans (JUN 2020)**

**FAR 52.222-40 Notification of Employee Rights Under the National Labor Relations Act (DEC 2010)**

**FAR 52.222-41 Service Contract Labor Standards (AUG 2018)**

**FAR 52.222-42 Statement of Equivalent Rates for Federal Hires (MAY 2014)**

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

*This Statement is for Information Only: It is not a Wage Determination*

| Employee Class | Monetary Wage -- Fringe Benefits (Range) |
|---|---|
| Administrative Assistant | $16.28 per hour $8,832-$16,985 |
| Administrative Coordinator | $22.13 per hour $12,046 - $23,163 |
| Data Entry Clerk | $13.05 per hour $,105 - $13,663 |
| Financial Technician | $14.60 per hour $7,950 - $15,290 |
| Customer Service Associate | $20.03 per hour $10,906-$20,971 |
| /communication Coordinator | $22.13 per hour $12,046 - $23,163 |

(End of Clause)

**FAR 52.222-43 Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts) (AUG 2018)**

**FAR 52.222-49 Service Contract Labor Standards- Place of Performance Unknown (MAY 2014)**

(a) This contract is subject to the Service Contract Labor Standards statute, and the place of performance was unknown when the solicitation was issued.  In addition to places or areas identified in wage determinations, if any, attached to the solicitation, wage determinations have also been requested for the following locations: None - all performance locations have been identified (See Attachment J-7). The Contracting Officer will request wage determinations for additional places or areas of performance if asked to do so in writing no later than 30 days after an additional place of performance is identified by the Contractor.

# SECTION I
## CONTRACT CLAUSES

(b) Offerors who intend to perform in a place or area of performance for which a wage determination has not been attached or requested may nevertheless submit bids or proposals. However, a wage determination shall be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

(End of Clause)

**FAR 52.222-50 Combating Trafficking in Persons (OCT 2020)**

**FAR 52.222-54 Employment Eligibility Verification (OCT 2015)**

**FAR 52.222-55 Minimum Wages Under Executive Order 13658 (NOV 2020)**

**FAR 52.222-62 Paid Sick Leave Under Executive Order 13706 (JAN 2017)**

**FAR 52.223-2 Affirmative Procurement of Biobased Products Under Service and Construction Contracts (SEP 2013)**

**FAR 52.223-6 Drug-Free Workplace (MAY 2001)**

**FAR 52.223-17 Affirmative Procurement of EPA-Designated Items in Service and Construction Contracts (AUG 2018)**

**FAR 52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving (JUN 2020)**

**FAR 52.224-1 Privacy Act Notification (APR 1984)**

**FAR 52.224-2 Privacy Act (APR 1984)**

**FAR 52.224–3 Privacy Training (JAN 2017)**

**FAR 52.225-13 Restrictions on Certain Foreign Purchases (FEB 2021)**

**FAR 52.227-1 Authorization and Consent (JUN 2020)**

**FAR 52.227-2 Notice and Assistance Regarding Patent and Copyright Infringement (JUN 2020)**

**FAR 52.227-14 Rights in Data - General (MAY 2014)**

**FAR 52.227-17 Rights in Data – Special Works (DEC 2007)**

**FAR 52.229-3 Federal, State, and Local Taxes (FEB 2013)**

**FAR 52.230-2 Cost Accounting Standards (JUN 2020)**

**FAR 52.230-6 Administration of Cost Accounting Standards (JUN 2010)**

# SECTION I
## CONTRACT CLAUSES

**FAR 52.232-1 Payments (APR 1984)**

**FAR 52.232-8 Discounts for Prompt Payment (FEB 2002)**

**FAR 52.232-11 Extras (APR 1984)**

**FAR 52.232-17 Interest (MAY 2014)**

**FAR 52.232-18 Availability of Funds (APR 1984)**

**FAR 52.232-19 Availability of Funds for the Next Fiscal Year (APR 1984)**
Funds are not presently available for performance under this contract beyond December 31,2022. for each exercised option period.  The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made.  No legal liability on the part of the Government for any payment may arise for performance under this contract beyond these dates identified above, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

(End of Clause)

**FAR 52.232-23 Assignment of Claims (MAY 2014)**

**FAR 52.232-25 Prompt Payment (JAN 2017)**

**FAR 52.232-32 Performance Based Payments (APR 2012)**

**FAR 52.232-33 Payment by Electronic Funds Transfer - System for Award Management (OCT 2018)**

**FAR 52.232-39 Unenforceability of Unauthorized Obligations (JUN 2013)**

**FAR 52.232-40 Providing Accelerated Payment to Small Business Subcontractors (DEC 2013)**

**FAR 52.233-1 Disputes (MAY 2014) - Alternate I (DEC 1991)**

**FAR 52.233-3 Protest after Award (AUG 1996)**

**FAR 52.233-4 Applicable Law for Breach of Contract Claim (OCT 2004)**

**FAR 52.237-3 Continuity of Services (JAN 1991)**

**FAR 52.239-1 Privacy or Security Safeguards (AUG 1996)**

**FAR 52.242-1 Notice of Intent to Disallow Costs (APR 1984)**

## SECTION I
## CONTRACT CLAUSES

**FAR 52.242-3 Penalties for Unallowable Costs (MAY 2014)**

**FAR 52.242–5 Payments to Small Business Subcontractors (JAN 2017)**

**FAR 52.242-13 Bankruptcy (JUL 1995))**

**FAR 52.243-1 Changes - Fixed-Price (AUG 1987) - ALTERNATE I (APR 1984)**

**FAR 52.243-6 Change Order Accounting (APR 1984)**

**FAR 52.243-7 Notification of Changes (JAN 2017)**

**FAR 52.244-2 Subcontracts (JUN 2020)**

**FAR 52.244-6 Subcontracts for Commercial Items (NOV 2020)**

**FAR 52.246-25 Limitation of Liability - Services (FEB 1997)**

**FAR 52.248-1 Value Engineering (JUN 2020)**

**FAR 52.249-2 Termination for Convenience of the Government (Fixed-Price) (APR 2012)**

**FAR 52.249-8 Default (Fixed-Price Supply and Service) (APR 1984)**

**FAR 52.252-2 Clauses Incorporated By Reference (FEB 1998)**
This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at this address:
 https://www.acquisition.gov/

(End of Clause)

**FAR 52.252-6 Authorized Deviations in Clauses (NOV 2020)**
(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of Clause)

**FAR 52.253-1 Computer Generated Forms (JAN 1991)**

**I.2. Clauses -- Defense Federal Acquisition Regulation Supplement (DFARS).**

# SECTION I
## CONTRACT CLAUSES

**DFARS 252.201-7000 Contracting Officer's Representative (DEC 1991)**

**DFARS 252.203-7000 Requirements Relating to Compensation of Former DoD Officials (SEP 2011)**

**DFARS 252.203-7001 Prohibition on Persons Convicted of Fraud or Other Defense-Contract-Related Felonies (DEC 2008)**

**DFARS 252.203-7002 Requirement to Inform Employees of Whistleblower Rights (SEP 2013)**

**DFARS 252.203-7003 Agency Office of the Inspector General (AUG 2019)**

**DFARS 252.203-7004 Display of Fraud Hotline Poster(s) (AUG 2019)**

**DFARS 252.204-7000 Disclosure of Information (OCT 2016)**

**DFARS 252.204-7002 Payment for Subline Items Not Separately Priced (APR 2020)**

**DFARS 252.204-7003 Control of Government Personnel Work Product (APR 1992)**

**DFARS 252.204-7004 Antiterrorism Awareness Training for Contractors (FEB 2019)**

**DFARS 252.204-7009 Limitations on the Use or Disclosure of Third-Party Contractor Reported Cyber Incident Information (OCT 2016)**

**DFARS 252.204-7012 Safeguarding Covered Defense Information and Cyber Incident Reporting (DEC 2019)**

**DFARS 252.204-7015 Notice of Authorized Disclosure of Information for Litigation Support (MAY 2016)**

**DFARS 252.204-7018 Prohibition on the Acquisition of Covered Defense Telecommunications Equipment or Services (JAN 2021)**

**DFARS 252.204-7020 NIST SP800-171 DoD Assessment Requirements (NOV 2020)**

**DFARS 252.205-7000 Provision of Information to Cooperative Agreement Holders (DEC 1991)**

**DFARS 252.209-7004 Subcontracting with Firms that Are Owned or Controlled by the Government of a Country that is a State Sponsor of Terrorism (MAY 2019)**

**DFARS 252.211-7007 Reporting of Government-Furnished Property (AUG 2012)**

**DFARS 252.215-7002 Cost Estimating System Requirements (DEC 2012)**

# SECTION I
## CONTRACT CLAUSES

**DFARS 252.216-7004, Award Fee Reduction or Denial for Jeopardizing the Health or Safety of Government Personnel (SEP 2011)**

**DFARS 252.217-7027 Contract Definitization (DEC 2012)**

**DFARS 252.219-7003 Small Business Subcontracting Plan (DoD Contracts) (DEC 2019)**

**DFARS 252.222-7006 Restrictions on the Use of Mandatory Arbitration Agreements (DEC 2010)**

**DFARS 252.223-7004 Drug-Free Work Force (SEP 1988)**

**DFARS 252.225-7002 Qualifying Country Sources as Subcontractors (DEC 2017)**

**DFARS 252.225-7004 Report of Intended Performance Outside the United States and Canada—Submission after Award (OCT 2020)**

**DFARS 252.225-7012 Preference for Certain Domestic Commodities (DEC 2017)**

**DFARS 252.225-7013 Duty-Free Entry (APR 2020)**

**DFARS 252.225-7021 Trade Agreements – Alternate II (SEP 2019)**

**DFARS 252.225-7048 Export-Controlled Items (JUN 2013)**

**DFARS 252.226-7001 Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (APR 2019)**

**DFARS 252.227-7013 Rights in Technical Data – Noncommercial Items (FEB 2014)**

**DFARS 252.227-7015 Technical Data – Commercial Items (FEB 2014)**

**DFARS 252.227-7025 Limitations on the Use or Disclosure of Government-Furnished Information marked with Restrictive Legends (MAY 2013)**

**DFARS 252.227-7027 Deferred Ordering of Technical Data or Computer Software (APR 1988)**

**DFARS 252.231-7000 Supplemental Cost Principles (DEC 1991)**

**DFARS 252.232-7003 Electronic Submission of Payment Requests and Receiving Reports (DEC 2018)**

**DFARS 252.232-7007 Limitation of Governments Obligation**
As prescribed in 232.706-70 , use the following clause:

LIMITATION OF GOVERNMENT'S OBLIGATION (APR 2014)

# SECTION I
# CONTRACT CLAUSES

(a) Contract line item(s) 1001 -1025 are incrementally funded. For these item(s), the sum of $317,124,296.96 of the total price is presently available for payment and allotted to this contract. An allotment schedule is set forth in paragraph (j) of this clause.

(b) For item(s) identified in paragraph (a) of this clause, the Contractor agrees to perform up to the point at which the total amount payable by the Government, including reimbursement in the event of termination of those item(s) for the Government's convenience, approximates the total amount currently allotted to the contract. The Contractor is not authorized to continue work on those item(s) beyond that point. The Government will not be obligated in any event to reimburse the Contractor in excess of the amount allotted to the contract for those item(s) regardless of anything to the contrary in the clause entitled "Termination for Convenience of the Government." As used in this clause, the total amount payable by the Government in the event of termination of applicable contract line item(s) for convenience includes costs, profit, and estimated termination settlement costs for those item(s).

(c) Notwithstanding the dates specified in the allotment schedule in paragraph (j) of this clause, the Contractor will notify the Contracting Officer in writing at least ninety days prior to the date when, in the Contractor's best judgment, the work will reach the point at which the total amount payable by the Government, including any cost for termination for convenience, will approximate 85 percent of the total amount then allotted to the contract for performance of the applicable item(s). The notification will state (1) the estimated date when that point will be reached and (2) an estimate of additional funding, if any, needed to continue performance of applicable line items up to the next scheduled date for allotment of funds identified in paragraph (j) of this clause, or to a mutually agreed upon substitute date. The notification will also advise the Contracting Officer of the estimated amount of additional funds that will be required for the timely performance of the item(s) funded pursuant to this clause, for a subsequent period as may be specified in the allotment schedule in paragraph (j) of this clause or otherwise agreed to by the parties. If after such notification additional funds are not allotted by the date identified in the Contractor's notification, or by an agreed substitute date, the Contracting Officer will terminate any item(s) for which additional funds have not been allotted, pursuant to the clause of this contract entitled "Termination for Convenience of the Government."

(d) When additional funds are allotted for continued performance of the contract line item(s) identified in paragraph (a) of this clause, the parties will agree as to the period of contract performance which will be covered by the funds. The provisions of paragraphs (b) through (d) of this clause will apply in like manner to the additional allotted funds and agreed substitute date, and the contract will be modified accordingly.

(e) If, solely by reason of failure of the Government to allot additional funds, by the dates indicated below, in amounts sufficient for timely performance of the contract line item(s) identified in paragraph (a) of this clause, the Contractor incurs additional costs or is delayed in the performance of the work under this contract and if additional funds are allotted, an equitable adjustment will be made in the price or prices (including appropriate target, billing, and ceiling prices where applicable) of the item(s), or in the time of delivery, or both. Failure to agree to any such equitable adjustment hereunder will be a dispute concerning a question of fact within the meaning of the clause entitled "Disputes."

(f) The Government may at any time prior to termination allot additional funds for the performance of the contract line item(s) identified in paragraph (a) of this clause.

# SECTION I
## CONTRACT CLAUSES

(g) The termination provisions of this clause do not limit the rights of the Government under the clause entitled "Default." The provisions of this clause are limited to the work and allotment of funds for the contract line item(s) set forth in paragraph (a) of this clause. This clause no longer applies once the contract is fully funded except with regard to the rights or obligations of the parties concerning equitable adjustments negotiated under paragraphs (d) and (e) of this clause.

(h) Nothing in this clause affects the right of the Government to terminate this contract pursuant to the clause of this contract entitled "Termination for Convenience of the Government."

(i) Nothing in this clause shall be construed as authorization of voluntary services whose acceptance is otherwise prohibited under 31 U.S.C. 1342.

(j) The parties contemplate that the Government will allot funds to this contract in accordance with the following schedule:

> Funding will be obligated on a periodic basis throughout the life of the contract. It is estimated that the Government will receive at least two (2) funding allotments each option period on or about the time of option commencement and start of new fiscal year. This schedule is only an estimate and should not be taken as binding.

(End of Clause)

**DFARS 252.232-7010 Levies on Contract Payments (DEC 2006)**

**DFARS 252.232-7013 Performance Based Payments – Deliverable Item Basis (APR 2020)**

(a)  Performance-based payments shall form the basis for the contract financing payments provided under this contract and shall apply to Contract Line Item Numbers (CLINs) 0001 Contract Transition-In, TRICARE Pharmacy Services. The performance-based payments schedule (Section C.15.1.15) describes the basis for payment, to include identification of the individual payment events, CLINs to which each event applies, evidence of completion, and amount of payment due upon completion of each event.

(b) In accordance with 10 U.S.C. 2307(b)(4)(A), the Contractor's financial statements shall be in compliance with Generally Accepted Accounting Principles in order to receive performance-based payments.

(c)(1) The Contractor shall, in addition to providing the information required by FAR 52.232-32, submit information for all payment requests using the following format:

| Current performance-based payments(s) event(s) addressed by this request: | | |
|---|---|---|
| Contractor shall identify - | Amount | Totals |
| 1a) Negotiated value of all previously completed performance-based payment(s) event(s); | | |
| (1b) Negotiated value of the current performance-based payment(s) event(s); | | |
| (1c) Cumulative negotiated value of | | |

SECTION I
CONTRACT CLAUSES

| | | |
|---|---|---|
| performance-based payment(s) event(s) completed to date (1a) + (1b); and | | |
| (2) Total costs incurred to date. | | |

(2) Incurred cost is determined by the Contractor's accounting books and records, to which the Contractor shall provide access upon request of the Contracting Officer. An acceptable accounting system in accordance with DFARS 252.242-7006 is not required for reporting of incurred costs under this clause. If the Contractor's accounting system is not capable of tracking costs on a job order basis, the Contractor shall provide a realistic approximation of the allocation of incurred costs attributable to this contract in accordance with the Contractor's accounting system. FAR 52.232-32(m) does not require certification of incurred costs.

(d) Security for financing.

(1) Title to the property described in paragraph (f) of the clause at FAR 52.232-32, Performance-Based Payments, is the preferred security for receipt of performance-based payments.

(2)(i) If the Contractor's accounting system is not capable of identifying and tracking through the build cycle the property that is allocable and properly chargeable to this contract, the Contracting Officer may consider acceptance of one or a combination of the following alternative forms of security sufficient to constitute adequate security for the performance-based payments and so specify in the contract, consistent with FAR 32.202-4:

(A) A paramount lien on assets.

(B) An irrevocable letter of credit from a federally insured financial institution.

(C) A bond from a surety, acceptable in accordance with FAR part 28.

(D) A guarantee of repayment from a person or corporation of demonstrated liquid net worth, connected by significant ownership interest to the Contractor.

(E) Title to identified Contractor assets of adequate worth.

(ii) Paragraph (f) of the clause at FAR 52.232-32 does not apply to the extent that the Contractor and the Contracting Officer agree on alternative forms of security. In the event the Contractor fails to provide adequate security, as required in this contract, no financing payment will be made under this contract. Upon receipt of adequate security, financing payments will be made, including all previous payments to which the Contractor is entitled, in accordance with the terms of the provisions for contract financing. If at any time the Contracting Officer determines that the security provided by the Contractor is insufficient, the Contractor shall promptly provide such additional security as the Contracting Officer determines necessary. In the event the Contractor fails to provide such additional security, the Contracting Officer may collect or liquidate such security that has been provided and suspend further payments to the Contractor;

**SECTION I**
**CONTRACT CLAUSES**

and the Contractor shall repay to the Government the amount of unliquidated financing payments as the Contracting Officer at his sole discretion deems repayable.

(End of clause)

**DFARS 252.237-7023: Continuation of Essential Contractor Services (OCT 2010)**

(a) *Definitions*. As used in this clause—

(1) "Essential contractor service" means a service provided by a firm or individual under contract to DoD to support mission-essential functions, such as support of vital systems, including ships owned, leased, or operated in support of military missions or roles at sea; associated support activities, including installation, garrison, and base support services; and similar services provided to foreign military sales customers under the Security Assistance Program. Services are essential if the effectiveness of defense systems or operations has the potential to be seriously impaired by the interruption of these services, as determined by the appropriate functional commander or civilian equivalent.

(2) "Mission-essential functions" means those organizational activities that must be performed under all circumstances to achieve DoD component missions or responsibilities, as determined by the appropriate functional commander or civilian equivalent. Failure to perform or sustain these functions would significantly affect DoD's ability to provide vital services or exercise authority, direction, and control.

The Government has identified all or a portion of the Contractor services performed under this Contract as essential Contractor services in support of mission essential functions. The Contractor-provided services that have been determined to be essential Contractor services in support of mission-essential functions are listed in attachment L-28,

Mission-Essential Contractor Services, dated July 29, 2020.

(b) The Contractor shall provide a written plan for continuing the performance of essential Contractor services identified in paragraph (a) this section during a crisis.

(1) The Contractor shall identify in the plan the provisions made for the acquisition of essential personnel and resources, if necessary, for continuity of operations for up to 30 days or until normal operations can be resumed;

(2) The plan must, at a minimum, address-

(i) Challenges associated with maintaining essential Contractor services during an extended event, such as a pandemic that occurs in repeated waves;

(ii) The time lapse associated with the initiation of the acquisition of essential personnel and resources and their actual availability on site;

(iii) The components, processes, and requirements for the identification, training, and preparedness of personnel who are capable of relocating to alternate facilities or performing

**SECTION I**
**CONTRACT CLAUSES**

work from home;

(iv) Any established alert and notification procedures for mobilizing identified "essential Contractor service" personnel; and

(v) The approach for communicating expectations to Contractor employees regarding their roles and responsibilities during a crisis.

(3) The Contractor shall maintain and update its plan as necessary and adhere to its requirements throughout the Contract term. The Contractor shall not materially alter the plan without the Contracting Officer's consent.

(4) As directed by the Contracting Officer, the Contractor shall participate in training events, exercises, and drills associated with Government efforts to test the effectiveness of continuity of operations procedures and practices.

(c) In the event the Contractor anticipates not being able to perform any of the essential Contractor services identified in paragraph (a) of this section during a crisis situation, the Contractor shall notify the Contracting Officer or other designated representative as expeditiously as possible and use its best efforts to cooperate with the Government in the Government's efforts to maintain the continuity of operations.

(d) The Government reserves the right in such crisis situations to use Federal employees of other agencies or contract support from other Contractors or to enter into new contracts for essential Contractor services. Any new contracting efforts would be conducted in accordance with OFPP letter, "Emergency Acquisitions" May 2007 and FAR and DFARS Subparts 18 and 218, respectively, or any other subsequent emergency guidance issued.

(e) Changes. The Contractor shall segregate and separately identify all costs incurred in continuing performance of essential services in a crisis situation. The Contractor shall notify the Contracting Officer of an increase or decrease in costs within ninety days after continued performance has been directed by the Contracting Officer, or within any additional period that the Contracting Officer approves in writing, but not later than the date of final payment under the contract. The Contractor's notice shall include the Contractor's proposal for an equitable adjustment and any data supporting the increase or decrease in the form prescribed by the Contracting Officer. The parties shall negotiate an equitable price adjustment to the contract price as soon as is practicable after receipt of the Contractor's proposal.

(f) The contractor shall include the substance of this clause, including this paragraph (f), in subcontracts for the essential services.

(End of Clause)

**DFARS 252.242-7005 Contractor Business Systems (FEB 2012)**

**DFARS 252.243-7001 Pricing of Contract Modifications (DEC 1991)**

# SECTION I
## CONTRACT CLAUSES

**DFARS 252.243-7002 Requests for Equitable Adjustment (DEC 2012)**

**DFARS 252.244-7000 Subcontracts for Commercial Items (OCT 2020)**

**DFARS 252.244-7001 Contractor Purchasing System Administration (MAY 2014)**

**DFARS 252.247-7023 Transportation of Supplies by Sea-Basic (FEB 2019)**

# SECTION J
# ATTACHMENTS

**J.1. List of Attachments:**

J-1    Definitions
J-2    Acronyms
J-3    Website Links
J-4    Military Treatment Facility (MTF) Sites
J-5    Award Fee Plan
J-6    US Coast Guard (USCG) Sites
J-7    Wage Determinations Revision List
J-8    Small Business Subcontracting Plan

**SECTION J**
**ATTACHMENT J-1 – Definitions**

**703 (or 703b):** Refers to FY08 NDAA, section 703 that expanded Federal Ceiling Prices to the retail network.  See "Federal Ceiling Prices."

**Accurate:** Containing all information and void of omitted information; note that clinical and financial records may not always match and may need to be adjusted independently

**Accurate Clinical Record:** Contains all prescriptions dispensed to patients and the actual quantities dispensed; includes medication shipped, even if reported missing by patient

**Accurate Financial Record:** Correct accounting of the costs paid by patients and by the Government; accounts for reversals of fees and copays and other financial adjustments

**Active User:** Any beneficiary using the TRICARE pharmacy benefit under this contract.

**Agent:** Pharmaceuticals and supplies covered by the TRICARE Pharmacy benefit, as determined by the DoD P&T Committee.

**Administrative Review/Override:** Any non-clinical review.  Includes automated reviews conducted in the adjudication process, profile reviews conducted prior to issuing an override code in response to certain types of edits, and system-generated prior authorizations and medical necessity determinations resulting from an MTF dispensing.

**Authorized Generic:** Any drug approved by the FDA under a NDA that is marketed, sold or distributed under different labeling, packaging, product code, labeler code, trade name or trade mark than the listed (i.e., brand name) drug (21 USC §355).  Authorized Generics as defined and maintained by the FDA will be treated as brand name drugs, unless specified by the DoD P&T Committee.

**Backorder:** All products within a drug, strength and form not available from the National Prime Vendor or through commercial vendors to the Contractor for the fulfillment of DoD prescriptions.

**Base Period of Performance:** Runs from the intial start date of transition in until the start of pharmacy services.  Can be found in Section F. Also referred to as "Initial Period of Performance", "Transition-In", "Start of transition" and "Start-up".

**Basic Core Formulary:** The Basic Core Formulary (BCF) is a list of medications required to be on formulary at all full-service military treatment facilities (MTFs). BCF medications are intended to meet the majority of the primary care needs of DoD beneficiaries. BCF status has no impact on cost-sharing at other points of service

**Brand Name Drugs:**  A brand name drug is a drug marketed under a proprietary, trademark-protected name. Brand name drugs are usually approved by the FDA under a NDA or a BLA.  Also see "Authorized Generics."

**Branded Generic:** A generic drug, as approved by the FDA under an ANDA, which has a proprietary name.  Branded Generics as maintained by the FDA (i.e., Orange Book)  and will be treated as generic drugs, unless specified by the DoD P&T Committee.

**Business day:** Any day in which the contractor's relevant operations are staffed.

**SECTION J**
**ATTACHMENT J-1 – Definitions**

**Clarification:** Any out-reach to the provider to verify prescription information for completeness, accuracy, legibility and appropriate dosing or other clinical/safety aspects. Examples of necessary information include: prescription information such as drug name and strength, package size, directions, refills, quantity, prescription date, provider's name and provider's signature or beneficiary information such as address, DOB or patient name.

**Confirmed Breach:** An incident in which it is known that unauthorized access could occur. For example, if a laptop containing PII/PHI is lost and the contractor knows that the PII/PHI is unencrypted, then the contractor should classify and report the incident as a confirmed breach, because unauthorized access could occur due to the lack of encryption (the contractor knows this even without knowing whether or not unauthorized access to the PII/PHI has actually occurred). If the laptop is subsequently recovered and forensic investigation reveals that files containing PII/PHI were never accessed, then the possibility of unauthorized access can be ruled out, and the contractor should re-classify the incident as a non-breach incident.

**Continuity of Care:** Efforts taken to ensure care is provided without gaps in therapy due to limited medication access, benefit rejects or other barriers that may prevent the patient receiving the appropriate medication for the intended diagnosis.

**Contract award:** Block 28 on SF-33

**Clinical Review:** Review conducted in response to a request for prior authorization or medical necessity, prompted by submission of the appropriate form (to include electronic methods) from the prescriber or beneficiary or a telephonic inquiry from the prescriber.  Appropriateness is determined relative to criteria established by P&T or contractor-developed criteria approved by the government.

**Cybersecurity Incident:** A violation or imminent threat of violation of computer security policies, acceptable use policies, or standard security practices, with respect to electronic PII/PHI. A cybersecurity incident may or may not involve a breach of PII/PHI. For example, a malware infection would be a possible breach if it could cause unauthorized access to PII/PHI. However, if the malware only affects data integrity or availability (not confidentiality), then a non-breach cybersecurity incident has occurred.

**Day:** Unless otherwise specified, a calendar day, as defined in FAR 2.101.

**DHA Privacy Office:** DHA Privacy and Civil Liberties Office. The DHA Privacy Office Chief is the HIPAA Privacy and Security Officer for DHA, including the National Capital Region Medical Directorate (NCRMD).

**Direct Member Reimbursement (DMR):** Beneficiary request for reimbursement of an agent.  See TOM Chapter 23, Section 3 for additional information.

**DoD Benefit Number (DBN):** A unique identifier assigned to a beneficiary based on association with a DoD sponsor and used to determine benefits. DoD beneficiaries who have multiple sponsors will be assigned unique DBNs for each relationship (DoDI 6040.45).  It is typically 11 digits.

**DoD Identification Number (DOD ID):** A unique 10-digit identifier assigned to each person who has a record in the DEERS database, including all military personnel, family members, employees, most contractors. The DoD identification number identifies the individual in all interactions with DoD. Also known as the EDI-PI (DoDI 6040.45).

**SECTION J**
**ATTACHMENT J-1 – Definitions**

**Dual eligible beneficiaries:** TRICARE beneficaries who also have Medicare Parts A and B.

**Dynamic linking:** A process to connect various patient idenfication numbers (e.g., patient/sponsor SSN, DBN, DoD ID) to a single patient profile, including claims history and clinical reviews, in instances when patients are detached from one sponsor and reestablished under another separate sponsor. Examples include, but are not limited do, a beneficiary divorcing one TRICARE sponsor and marrying a different TRICARE sponsor, retirement of an active duty member who becomes the dependent of the active duty member spouse, or a dependent of a TRICARE sponsor who becomes his/her own sponsor.

**Electronic Claim:** Any claim received through electronic submission or other digital media, including batch claims.

**Extended Core Formulary:** The Extended Core Formulary (ECF) includes medications in therapeutic classes that are used to support more specialized scopes of practice than those on the Basic Core Formulary (BCF). ECF status has no impact on cost-sharing at other points of service.

**Federal Ceiling Price (FCP):** Pricing provisions of pharmaceuticals dispensed at retail pharmacies as outlined in 38 USC §8126 and 10 USC §1074g(f) and applied as described in 32 CFR 199.21(q). Manufacturers that do not sign the Retail Refund Pricing Agreement for specific pharmaceuticals are considered non-compliant with FCP (Non-FCP compliant).

**Non -FCP compliant; Retail Exclusion:** Specific drugs of manufacturers that do not sign the Retail Refund Pricing Agreement.

**Generic Drugs:** A drug containing the identical amounts of active ingredient(s) as the reference brand drug and has been evaluated as "therapeutically equivalent" and expected to have equal effects and no difference when substituted for the brand product. Generic drugs are approved by the FDA under an Abbreviated New Drug Application (ANDA) and are proven to be bioequivalent to an innovator drug. Also see "Branded Generics".

**In writing:** Any means of notification as authorized by the beneficiary, including but not limited to, email, secure messaging, or a letter delivered via a common carrier.

**Initial Period of Performance:** A time frame in which the incoming contractor completes the phase-in transition activities during the outgoing contractor's last Option Period. Also referred to as "Base Period of Performance", "Start of transition" and "Start-up".

**Innovator drug:** New agent approved by the FDA under a New Drug Application (NDA) or Biologic License Application (BLA). The NDA innovator drug is further defined by their chemical types, to include, but not limited to, new molecular entity, new active ingredients, new dosage formulations, new combinations and dosage formulation. The Innovator Drug program is explained in the August 2015 DoD Pharmacy & Therapeutics (P&T) Committee meeting minutes.

**Intervention:** Any out-reach to the provider to request initial or additional information regarding prior authorization, medical necessity or quantity restrictions to confirm clinical and/or safety criteria.

**Line-extension:** A follow-on product that has the same FDA-approved indication as the parent drug and is from the same manufacturer. Line extensions may also include products with different release

## SECTION J
## ATTACHMENT J-1 – Definitions

properties from the parent drug, for example, an immediate release preparation subsequently FDA-approved as a sustained release or extended release formulation, available from the same manufacturer as the parent drug. The line extension definition is outlined in the May 2014 and November 2016 DoD P&T Committee minutes.

**Medical Necessity (MN):** A request to demonstrate medical need for a Non-Formulary medication. If approved at retail or mail order, the beneficiary will receive a non-formulary medication at the appropriate tier formulary copay. At the MTF, an approval will allow access to the medication. MNs are categorized as a type of Clinical Review under this contract.

**Non-formulary (NF) agent: A higher** cost-share tier of agents based on reduced relative clinical effectiveness and cost effectiveness compared to other agents. Cost-share may be reduced with an approved Medical Necessity. These agents are generally not available at MTFs without a Medical Necessity.

**Non-preferred agent:** Generally agents that require an approved prior authorization or prior history of a preferred agent. Non-formulary agents are usually considered non-preferred.

**Non-replenishable (non-replenished):** Medications or supplies that are not available from the National Prime Vendor (NPV) to replace contractor's stock dispensed for a TRICARE prescription, due to limited distribution or NPV contract limitations This is not the same as "Unreplenishable."

**Not covered:** Agent in a therapeutic class determined by the DoD P&T Committee as not to have a significant, clinically meaningful therapeutic advantage in terms of safety, effectiveness, or clinical outcome over other pharmaceutical agents (32 CFR 199.21(a)(3)(ii)). Also includes items not covered under the pharmacy benefit (eg, cosmetic). Not covered agents are not available for cost-share.

**Paper Claim:** A non-electronic claim request for reimbursement, usually by the beneficiary (also known as a direct member reimbursement (DMR) claim), but can also be by the pharmacy. See TOM Chapter 23, Section 3 for additional information.

**Possible Breach:** An incident where the possibility of unauthorized access is suspected (or should be suspected) and has not been ruled out. For example, if a laptop containing PII/PHI is lost, and the contractor does not initially know whether or not the PII/PHI was encrypted, then the incident must initially be classified as a possible breach, because it is impossible to rule out the possibility of unauthorized access to the PII/PHI. In contrast, that possibility can be ruled out immediately, and a possible breach has not occurred, when misdirected postal mail is returned unopened in its original packaging. However, if the intended recipient informs the contractor that an expected package has not been received, then a possible. A possible breach is breach exists until and unless the unopened package is returned to the contractor.

**Preauthorization:** Specific type of clinical review relating to the availability of certain medications through the retail pharmacy network under Federal Ceiling Price restrictions described under 32 C.F.R. 199.21(q)(2).

**Preferred agent:** Agents which generally do not require a prior authorization or prior history of use.

**Prior Authorization (PA):** See TOM, Appendix A.

**SECTION J**
**ATTACHMENT J-1 – Definitions**

**Replenished (replenishment):** Process by which the Contractor orders agents from the National Prime Vendor (NPV) to replace stock dispensed by prescription to an eligible TRICARE beneficiary.

**Run-off Claims:** Claims received at the outgoing contractor's facility prior to the start of pharmacy services of the incoming contractor. The outgoing contractor should process all run-off claims and forward all claims received on or after the new contract's service delivery start date to the new contractor.

**Start of pharmacy services:** The beginning of Option Period 1, which occurs after the base period of performance, or transition-in, is complete. Also referred to as "Start Date."

**System Availability Calculation**: The following terms are referenced in M030, Pharmacy Transaction Processing Report.

- **Total Time In Reporting Period (Total Time):** Total number of minutes in the month for which data is reported
- **Downtime:** The amount of time, expressed in minutes, that the claims processing system is not available
  - **External Downtime:** Amount of time the claims processing system or interface outside the Conractor's control is unavailable due (eg, DMDC, DISA). Includes both scheduled and unscheduled outages, expressed in minutes.
  - **Contractor Downtime:** Amount of time a claims processing system or interface within the Contractor's control is unavailable. Includes both scheduled and unscheduled downtime, measured in minutes
- **Concurrent Contractor and External Downtime (Concurrent Downtime):** Overlapping downtime between both the Contractor's system and/or connections and external systems. When both systems are "down" at the same time, such as during a scheduled maintenance window, the overlap is counted once (eg, both DMDC and the Contractor were down for maintenance from 12:01 AM PST to 1 AM PST, resulting in 60 minutes of concurrent downtime).
- **Net Contractor Downtime:** Downtime attributed to the Contractor after subtracting Concurrent Downtime, expressed in minutes
- **Adjusted Total Time:** Defined as the Total Time in the Reporting Period minus external downtime, measured in minutes. The denominator in the system availability calculation.
- **Constractor System Availability:** Adjusted Total Time minus Net Contractor Downtime. The numerator in the system availability calculation.

**Utilization Management:** Efficient management of access to care or drug therapies utilizing available benefit design tools. These may include quantity limits, prior authorizations, step therapy, and other activities to ensure appropriate care while minimizing costs.

**SECTION J**
**ATTACHMENT J-2 – Acronym List**

*Note: Acronyms are generally referenced in Section C. Where an acronym is primarily used in another section of the contract, the contract section appears after the name.*

ABA – American Banking Association (G)

ACHC – Accreditation Commission for Health Care

ADP – Automated Data Processing

ADSM – Active Duty Service Member

AFRICOM – United States Africa Command

AHLTA – Armed Forces Health Longitudinal Technology Application

AIS – Automated Information System

ANDA – Abbreviated New Drug Application

API(s) – Application Programming Interface(s)

APO – Army Post Office

AQL – Acceptable Quality Level (L)

ART – Assistance Reporting Tool

ARU – Automated Response Unit

ASAP – American Society for Automation in Pharmacy

ASAP – Automated Standard Application Payment System (G)

AWP – Average Wholesale Price

B2B – Business-to-Business Gateway

BAP – Beneficiary Advisory Panel

BCACs – Beneficiary Counseling and Assistance Coordinators

BCF – Basic Core Formulary

BLA – Biologic License Application

BPA – Blanket Purchase Agreements

BSR – Beneficiary Service Representative (M)

CAC – Common Access Card

CC&D – Catastrophic Cap and Deductible

CCDD – Catastrophic Cap and Deductible Database

CDC – Centers for Disease Control

CDD – Certificate of Data Destruction

**SECTION J**
**ATTACHMENT J-2 – Acronym List**

CDR – Clinical Data Repository

CDRL – Contract Data Requirements List

CENTCOM – United States Central Command

CFR – Code of Federal Regulations

CHCBP – Continued Heath Care Benefits Program

CHCS – Composite Health Care System

CHDR – Clinical Data Repository/Health Data Repository

CIT – Continuous Integrated Testing

CLIN – Contract Line Item Number

CMS – Center for Medicare and Medicaid Services

CO – Contracting Officer

COB – Coordination of Benefits

COOP – Continuity of Operations Plan

COR – Contracting Officer's Representative

CPAR – Contract Performance Assessment Report (L)

CPPA – Center for Pharmacy Practice Accreditation

CRC – Contractors Resource Center (G)

CRM – Contract Resource Management (G)

CSA – Clinical Support Agreement

CSR – Customer Service Representative (M)

DAPA – Distribution and Pricing Agreements

DAW – Dispense as Written

DBN – DoD Benefits Number

DEA – Drug Enforcement Agency

DEERS – Defense Enrollment Eligibility Reporting System

DFARS – Defense Federal Acquisition Regulation Supplement

DHA – Defense Health Agency

DHMSM – Defense Healthcare Management Systems Modernization

DISA – Defense Information Systems Agency

DLA–TS – Defense Logistics Agency Troop Support

DMDC – Defense Manpower Data Center

**SECTION J**
**ATTACHMENT J-2 – Acronym List**

DMR – Direct Member Reimbursement

DOB – Date of Birth

DoD – Department of Defense

DoDACC – Depart of Defense Activity Address Code (G)

DoDI – Department of Defense Instruction

DoD ID – Department of Defense Identification

DPO – Diplomatic Post Office

DPP – Deployment Prescription Program

DS Logon – DoD Self–service Logon

DSA – Data Sharing Agreement

DSCP – Defense Supply Center, Philadelphia (G)

DTM – Directive-Type Memorandum (H)

DT&E – Developmental Testing and Evaluation

DUA – Data Use Agreement

DUNS – Data Universal Numbering System (G)

DUR – Drug Utilization Review

DVA – Department of Veterans Affairs

ECF – Extended Core Formulary

EFT – Electronic Funds Transfer (G)

E/HPC – Enrollment/Health Plan Code (G)

EHR – Electronic Health Record

EI – Enterprise Infrastructure

EMC – Electronic Media Claim (G)

EOB – Explanation of Benefits

EOP – Explanation of Payment (H)

ePA – Electronic Prior Authorizations

eSRS – Electronic Subcontract Reporting System (M)

EUCOM – United States European Command

FAPIIS – Federal Awardee Performance and Integrity Information System (M)

FAR – Federal Acquisition Regulation

FCP – Federal Ceiling Price

**SECTION J**
**ATTACHMENT J-2 – Acronym List**

FDA – Food and Drug Administration

FDB – First Databank

FHP&R – Force Health Protection & Readiness

FI – Fiscal Intermediary (G)

FOIA – Freedom of Information Act

FPO – Fleet Post Office

FR – Federal Register

FRB – Federal Reserve Bank (G)

FSS – Federal Supply Schedule

FST – Formulary Search Tool

FTDTL – Forensic Toxicology Drug Testing Laboratory

FY – Fiscal Year

GAAP – Generally Accepted Accounting Principles (I)

GAO – Government Accountability Office (L)

GIQD – General Inquiry to DEERS

GCN – Generic Code Number

HA – Health Affairs

HDR – Health Data Repository

HHS – Health and Human Services

HIPAA – Health Insurance Portability and Accountability Act

HIT – Home Infusion Therapy

HL7IMM – Health Level 7 Immunizations

HUBZone – Historically Underutilized Business Zone (L)

I&O – Infrastructure and Operations Division

IA – Information Assurance

ICD – Interface Control Document

ICN – Internal Control Number (H)

IHS – Indian Health Service

INDOPACOM – United States Indo–Pacific Command

IPT(s) – Integrated Product Team(s) (H)

IRO – Independent Review Official (L)

**SECTION J**
**ATTACHMENT J-2 – Acronym List**

LEPS – Legacy Electronic Prescribing Solution (L)

LIMS – Laboratory Information Management System

LPO – Locally Processing Office (G)

MAJCOM – Major Command (includes AFRICOM, CENTCOM, EUCOM, INDOPACOM, NORTHCOM, SOUTHCOM)

MC-CD – Managed Care-Contracting Division (G)

MCSC – Managed Care Support Contractor

MHS – Military Health System

MMC – Medical Master Catalog

MME – Morphine Milligram Equivalents

MN – Medical Necessity

MOP – Mail Order Pharmacy

MOU – Memorandum of Understanding

MPPP – Market Price Pharmaceutical Program

MTFs – Military Treatment Facilities

NABP – National Association of Boards of Pharmacy

NAICS – North American Industry Classification System

NCC–MERP – National Coordinating Council for Medication Error Reporting and Prevention

NCPDP – National Council for Prescription Drug Programs

NDA – New Drug Application

NDAA – National Defense Authorization Act

NDC – National Drug Code

NF – Non–formulary

NIST – National Institute of Standards and Technology

NORTHCOM – United States Northern Command

NPV – National Prime Vendor

OCI – Organizational Conflict of Interest (H)

OHI – Other Health Insurance

OHI/SIT – Other Health Insurance Standard Insurance Table

OMB – Office of Management and Budget

OSD – Office of the Secretary of Defense

**SECTION J**
**ATTACHMENT J-2 – Acronym List**

OT&E – Operational Testing and Evaluation

OTC – Over-the-counter

P&T – DoD Pharmacy and Therapeutics Committee

PA – Prior Authorization

PBM – Pharmacy Benefit Management/Manager

PCM – Primary Care Manager

PCO – Procuring Contracting Officer (L)

PDMP – Prescription Drug Monitoring Program

PDW – Pharmacy Data Warehouse

PHI – Protected Health Information

PHS – Public Health Service

PIA – Privacy Impact Assessment

PII – Personally Identifiable Information

PIIA – Payment Integrity Information Act (H)

PMP – Prescription Monitoring Program

PMPM – Per Member Per Month (G)

POC – Point of Contact

POD – Pharmacy Operations Division

PoP – Period of Performance (F)

POSC – Pharmacy Operations Support Contract

PPI – Past Performance Information (L)

PPIRS – Past Performance Information Retrieval System (L)

ProDUR – Prospective Drug Utilization Review

PSF – Professional Service Fee (G)

PWS – Performance Work Statement

RPC – Retail Pharmacy Claims (F)

RTN – Routing Number (G)

SAM – System of Award Management (K)

SBCC – Service Branch Classification Code (G)

SCA – Service Contract Act (L)

SDB – Small Disadvantaged Business (L)

# SECTION J
## ATTACHMENT J-2 – Acronym List

SDD – Solutions Delivery Division

SDVOSB – Service Disabled Veteran Owned Small Business (L)

SF – Standard Form (L)

SFTP – Secure file transfer protocol

SLA – Service Level Agreement (L/M)

SOC1 – Service Organization Control Report (G)

SOE – State of Emergency

SOO – Statement of Objectives

SORN – System of Records Notice

SOUTHCOM – United States Southern Command

SOW – Statement of Work

SP – Special Publication

SPC – Special Processing Code (G)

SSA – Source Selection Authority (M)

SSAC – Source Selection Advisory Council (M)

SSAE – Statement on Standards for Attestation Engagements (G)

SSEB – Source Selection Evaluation Board (M)

SSN – Social Security Number

TED(s) – TRICARE Encounter Data

TEDS – TRICARE Encounter Data System

TEPRV – TRICARE Encounter Provider record

TFL – TRICARE for Life

TIN – Taxpayer Identification Number

TMDS – Theater Medical Data Store

TMIP – Theater Medical Information Program

TMOP – TRICARE Mail Order Pharmacy

TOM – TRICARE Operations Manual

TPharm – TRICARE Pharmacy Program/Contract

TPM – TRICARE Policy Manual

TRI – TEDS Record Indicator

TRM – TRICARE Reimbursement Manual

**SECTION J**
**ATTACHMENT J-2 – Acronym List**

TROOP – True Out-Of-Pocket expenses

TSM – TRICARE Systems Manual

UF – TRICARE Uniform Formulary

URAC – Utilization Review Accreditation Commission

US CERT – United States Computer Emergency Readiness Team

USC – United States Code

USTF – Uniformed Services Treatment Facility

VPN – Virtual Private Network

WAC – Wholesale Acquisition Cost (G/H)

WAWF – Wide Area Workflow (G)

WOSB – Woman-Owned Small Business (B)

**SECTION J**
**ATTACHMENT J-3 – Websites Referenced in RFP**

**Version 2 – March 2023**

| Line | Description | Link Address |
|------|-------------|--------------|
| 1 | DoD P&T Committee Meeting Minutes | https://www.health.mil/Military-Health-Topics/Access-Cost-Quality-and-Safety/Pharmacy-Operations/DOD-PT-Committee/Meeting-Minutes |
| 2 | Deployment Prescription Program | https://health.mil/dpp |
| 3 | DoD P&T Committee | https://health.mil/pandt |
| 4 | TRICARE Pharmacy Costs | www.tricare.mil/pharmacycosts |
| 5 | Beneficiary Advisory Panel | https://health.mil/bap |
| 6 | Centers for Disease Control (CDC): Vaccines and Immunizations | http://cdc.gov/vaccines |
| 7 | TRICARE: Immunizations | https://www.tricare.mil/CoveredServices/IsItCovered/Immunizations |
| 8 | DoD P&T Committee | https://health.mil/PandT |
| 9 | IT Accessibility Laws and policies: Section 508 | https://www.section508.gov/manage/laws-and-policies |
| 10 | TRICARE Website | https://tricare.mil/ |
| 11 | TRICARE Manuals | https://manuals.health.mil/ |
| 12 | DHA E-Commerce Extranet (CDRL Submission) | https://dha-ecommerce.csd.disa.mil/home.cfm |
| 13 | DHA Privacy Office Standard Contract Language | https://health.mil/Reference-Center/Forms/2020/10/27/DHA-Privacy-Office-Standard-Contract-Language |
| 14 | TRICARE Website: Pharmacy Copays | www.tricare.mil/pharmacycosts |
| 15 | DLA Troop Support Discrepancy Mailbox | PPVdiscrepancy@dla.mil |

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx STET | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East | 6AA | ALTUS | ALTUS | ALTUS PHCY 97TH MDG | 3720225 | 1336246180 | AIR FORCE | AETC | ALTUS | OK | SMALL MARKET | CENTRAL OKLAHOMA | 0097 | 0097 | 97th MED GRP-ALTUS | CLINIC | 73523 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 6AA | ALTUS | ALTUS | DoD ALTUS ePhcy | 3728156 | 1598177370 | AIR FORCE | AETC | ALTUS | OK | SMALL MARKET | CENTRAL OKLAHOMA | 0097 | 0097 | 97th MED GRP-ALTUS | CLINIC | 73523 | YES | 5804817420 | ACTIVE | |
| Europe | 6BA | AVIANO | AVIANO | AVIANO MAIN PHCY | 8110518 | 1316014496 | AIR FORCE | USAFE | AVIANO | AE | OVER EUROPE | NORTHERN ITALY | 0808 | 0808 | 31st MED GRP-AVIANO | HOSP | 09604 | | | ACTIVE | |
| East | 6BA | BARKSDALE | BARKSDALE | BARKSDALE MAIN PHCY | 1929299 | 1992802746 | AIR FORCE | AFGSC | BARKSDALE | LA | STAND ALONE | NONE | 0062 | 0062 | 2nd MED GRP-BARKSDALE | CLINIC | 71110 | | | ACTIVE | |
| East | 6BA | BARKSDALE | BARKSDALE | BARKSDALE REFILL PHCY | 1929302 | 1467551093 | AIR FORCE | AFGSC | BARKSDALE | LA | STAND ALONE | NONE | 0062 | 0062 | 2nd MED GRP-BARKSDALE | CLINIC | 71110 | YES | 3184568348 | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | CAMP GEIGER PHCY | 3437591 | 1619076932 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 1662 | BMC CAMP GEIGER MCB | CLINIC | 28547 | | | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | CAMP JOHNSON PHCY | 3437585 | 1700985025 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 1663 | BMC CAMP JOHNSON MCB | CLINIC | 28547 | | | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | CAMP LEJEUNE MILAM PHCY | 3459890 | 1710252499 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 0091 | NMC CAMP LEJEUNE | HOSP | 28542 | | | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | CAMP LEJEUNE NH 200 PHCY | 3464790 | 1427435585 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 0091 | NMC CAMP LEJEUNE | HOSP | 28547 | | | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | CAMP LEJEUNE NH PHCY | 3437553 | 1750409507 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 0091 | NMC CAMP LEJEUNE | HOSP | 28547 | | | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | COURT HOUSE BAY PHCY | 3437616 | 1437258753 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 1664 | BMC COURTHOUSE BAY MCB | CLINIC | 28547 | | | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | DoD CAMP LEJEUNE ePhcy | 3463370 | 1821400516 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 0091 | NMC CAMP LEJEUNE | HOSP | 28547 | YES | 9104504171 | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | FRENCH CREEK PHCY | 3437604 | 1528167846 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 1995 | BMC FRENCH CREEK MCB | CLINIC | 28547 | | | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | HADNOT POINT PHCY | 3437565 | 1982703294 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 1992 | BMC BLDG 15 MCB CAMP LEJEUNE | CLINIC | 28547 | | | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | MARINE CORPS EXCHANGE PHCY | 3437628 | 1659470979 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 0091 | NMC CAMP LEJEUNE | HOSP | 28547 | | | ACTIVE | |
| East | 2AA | CAMP LEJEUNE | CAMP LEJEUNE | NEW RIVER ADESTATION PHCY | 3437577 | 1891894119 | NAVY | NME | CAMP LEJEUNE | NC | LARGE MARKET | NORTH CAROLINA COAST | 0091 | 0333 | BMC MCAH NEW RIVER-LEJEUNE | CLINIC | 28547 | | | ACTIVE | |
| East | 2AB | CAMP LEJEUNE | CHERRY POINT | CHERRY POINT PHCY | 3429481 | 1215036546 | NAVY | NME | CHERRY POINT | NC | LARGE MARKET | NORTH CAROLINA COAST | 0092 | 0092 | NHC CHERRY POINT | CLINIC | 28533 | | | ACTIVE | |
| East | 2AB | CAMP LEJEUNE | CHERRY POINT | DoD CHERRY POINT ePhcy | 3463407 | 1104238734 | NAVY | NME | CHERRY POINT | NC | LARGE MARKET | NORTH CAROLINA COAST | 0092 | 0092 | NHC CHERRY POINT | CLINIC | 28533 | YES | 2524660287 | ACTIVE | |
| West | 9AF | CAMP PENDLETON | OCEANSIDE | OCEANSIDE TOC eRx PHCY | 5651650 | 1114330982 | NAVY | NMW | OCEANSIDE | CA | LARGE MARKET | SAN D EGO | 0029 | 0029 | NMC SAN DIEGO | HOSP | 92056 | | | ACTIVE | 4/ 8/17: DMIS changed from inactive facility 6216 to active facility 0029 - RVM; 5/29/2015: Name change from DoD OCEANS DE TOC ePhcy to OCEANSIDE TOC eRx PHCY |
| West | 9AF | CAMP PENDLETON | OCEANSIDE | OCEANSIDE TOC PHCY | 3549466 | 1760589527 | NAVY | NMW | OCEANSIDE | CA | LARGE MARKET | SAN D EGO | 0029 | 0029 | NMC SAN DIEGO | HOSP | 92056 | | | ACTIVE | 4/ 8/17: DMIS changed from inactive facility 6216 to active facility 0029 - RVM |
| West | 9AA | CAMP PENDLETON | TWENTY-NINE PALMS | 29 PALMS MAIN PHCY | 0549610 | 1598868424 | NAVY | NMW | TWENTY NINE PALMS | CA | STAND ALONE | NONE | 0030 | 0030 | NH TWENTYNINE PALMS | HOSP | 92278 | YES | 7608 02131 | ACTIVE | |
| West | 9AA | CAMP PENDLETON | TWENTY-NINE PALMS | 29 PALMS MSC PHCY | 0546723 | 1306041653 | NAVY | NMW | TWENTY NINE PALMS | CA | STAND ALONE | NONE | 0030 | 0030 | NH TWENTYNINE PALMS | HOSP | 92278 | | | ACTIVE | |
| West | 9AA | CAMP PENDLETON | TWENTY-NINE PALMS | 29 PALMS REFILL PHCY | 5651460 | 1194733947 | NAVY | NMW | TWENTY NINE PALMS | CA | STAND ALONE | NONE | 0030 | 0030 | NH TWENTYNINE PALMS | HOSP | 92278 | | | ACTIVE | |
| East | 7AA | CANNON | CANNON | CANNON MAIN PHCY | 3210185 | 1871692228 | AIR FORCE | AFSOC | CANNON | NM | STAND ALONE | NONE | 5537 | 5598 | 27th SPEC OPS MED GRP-CANNON | CLINIC | 88103 | | | ACTIVE | |
| East | 7AA | CANNON | CANNON | DoD CANNON ePhcy | 3212759 | 1417256072 | AIR FORCE | AFSOC | CANNON | NM | STAND ALONE | NONE | 5537 | 5598 | 27th SPEC OPS MED GRP-CANNON | CLINIC | 88103 | YES | 5757847494 | ACTIVE | |
| East | 3AA | CHARLESTON NH | BEAUFORT | BEAUFORT MAIN PHCY | 4222701 | 1952739867 | NAVY | NME | BEAUFORT | SC | LARGE MARKET | LOW COUNTRY | 0104 | 0104 | NH BEAUFORT | HOSP | 29902 | | | ACTIVE | |
| East | 3AA | CHARLESTON NH | BEAUFORT | BEAUFORT MCAS PHCY | 4222725 | 1215036470 | NAVY | NME | BEAUFORT | SC | LARGE MARKET | LOW COUNTRY | 0104 | 0360 | NBHC MCAS BEAUFORT | CLINIC | 29904 | | | ACTIVE | No transactions from March 2013 - Feb 2015  Reactivated NCPDP/NPI in Feb 2015 with new name /purpose/location |
| East | 3AC | CHARLESTON NH | BEAUFORT | DoD BEAUFORT ePhcy | 4232245 | 1811309139 | NAVY | NME | BEAUFORT | SC | LARGE MARKET | LOW COUNTRY | 0104 | 0104 | NH BEAUFORT | HOSP | 29902 | YES | 8432285272 | ACTIVE | |
| East | 3AC | CHARLESTON NH | CHARLESTON AFB | CHARLESTON AFB MAIN PHCY | 4222181 | 1972662134 | AIR FORCE | AMC | CHARLESTON | SC | LARGE MARKET | NATIONAL CAPITAL REGION | 0356 | 0356 | 628th MED GRP-CHARLESTON | CLINIC | 29404 | | | ACTIVE | |
| East | 3AD | CHARLESTON NH | CHARLESTON AFB | DoD CHARLESTON AFB ePhcy | 4232295 | 1114332368 | AIR FORCE | AMC | CHARLESTON | SC | LARGE MARKET | NATIONAL CAPITAL REGION | 0356 | 0356 | 628th MED GRP-CHARLESTON | CLINIC | 29404 | YES | 8439636727 | ACTIVE | |
| East | 3AD | CHARLESTON NH | CHARLESTON NH | CHARLESTON NH PHCY | 4222749 | 1841399011 | NAVY | NME | CHARLESTON | SC | LARGE MARKET | LOW COUNTRY | 0103 | 0103 | NHC CHARLESTON | CLINIC | 29445 | YES | 8437946996 | ACTIVE | |
| East | 3AB | CHARLESTON NH | PARRIS ISLAND | PARRIS ISLAND PHCY | 4222713 | 1306045563 | NAVY | NME | PARRIS ISLAND | SC | STAND ALONE | NONE | 0104 | 0358 | NBHC MCRD PARRIS ISLAND | CLINIC | 29905 | | | ACTIVE | |
| East | 4AA | COLUMBUS | COLUMBUS | COLUMBUS PHCY | 2520179 | 1386743706 | AIR FORCE | AETC | COLUMBUS | MS | STAND ALONE | NONE | 0074 | 0074 | 14th MED GRP-COLUMBUS | CLINIC | 39710 | | | ACTIVE | |
| West | 9AA | COLUMBUS | COLUMBUS | DoD COLUMBUS ePhcy | 2589832 | 1558760504 | AIR FORCE | AETC | COLUMBUS | MS | STAND ALONE | NONE | 0074 | 0074 | 14th MED GRP-COLUMBUS | CLINIC | 39710 | YES | 6624342169 | ACTIVE | |
| West | 6CA | CORPUS CHRISTI | CORPUS CHRISTI | CORPUS CHRISTI PHCY | 4511398 | 1427157668 | NAVY | NME | CORPUS CHRISTI | TX | SMALL MARKET | CORPUS CHRISTI | 0118 | 0118 | NHC CORPUS CHRISTI | CLINIC | 78419 | | | ACTIVE | |
| West | 6CA | CORPUS CHRISTI | CORPUS CHRISTI | DoD CORPUS CHRISTI ePhcy | 5911753 | 1033521737 | NAVY | NME | CORPUS CHRISTI | TX | SMALL MARKET | CORPUS CHRISTI | 0118 | 0118 | NHC CORPUS CHRISTI | CLINIC | 78419 | YES | 3619613264 | ACTIVE | |
| West | 6CE | CORPUS CHRISTI | FT WORTH | DoD FT WORTH JT RB ePhcy | 5911777 | 1922410554 | NAVY | NME | FORT WORTH | TX | STAND ALONE | NONE | 0119 | 0370 | NBHC FORT WORTH | CLINIC | 76127 | YES | 8177825908 | ACTIVE | |
| West | 6CE | CORPUS CHRISTI | FT WORTH | FT WORTH JT RES BASE PHCY | 4511386 | 1417056644 | NAVY | NME | FORT WORTH | TX | STAND ALONE | NONE | 0119 | 0370 | NBHC FORT WORTH | CLINIC | 76127 | | | ACTIVE | |
| West | 6CD | CORPUS CHRISTI | KINGSVILLE | DoD KINGSVILLE ePhcy | 5911791 | 1275945776 | NAVY | NME | KINGSVILLE | TX | SMALL MARKET | CORPUS CHRISTI | 0118 | 0369 | NBHC KINGSVILLE | CLINIC | 78363 | YES | 3615 66163 | ACTIVE | |
| West | 6CD | CORPUS CHRISTI | KINGSVILLE | KINGSVILLE PHCY | 4511362 | 1417054263 | NAVY | NME | KINGSVILLE | TX | SMALL MARKET | CORPUS CHRISTI | 0118 | 0369 | NBHC KINGSVILLE | CLINIC | 78363 | | | ACTIVE | |
| West | 7BA | DAVIS MONTHAN | DAVIS MONTHAN | DAVISMON MAIN PHCY 335TH MDG | 0322103 | 1093814154 | AIR FORCE | ACC | DAVIS-MONTHAN | AZ | STAND ALONE | NONE | 0010 | 0010 | aAF-C-355th MEDGRP-DM | CLINIC | 85707 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | 7BA | DAVIS MONTHAN | DAVIS MONTHAN | DAVISMON SATL PHCY | 0324020 | 1205932544 | AIR FORCE | ACC | DAVIS-MONTHAN | AZ | STAND ALONE | NONE | 0010 | 0010 | aAF-C-355th MEDGRP-DM | CLINIC | 85707 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | 7BA | DAVIS MONTHAN | DAVIS MONTHAN | DoD DAVIS-MON SATL ePhcy | 0358944 | 1366556155 | AIR FORCE | ACC | DAVIS-MONTHAN | AZ | STAND ALONE | NONE | 0010 | 0010 | aAF-C-355th MEDGRP-DM | CLINIC | 85707 | YES | 5202287259 | ACTIVE | |
| West | 1CA | DOVER | DOVER | DoD DOVER ePhcy | 0845505 | 1740692433 | AIR FORCE | AMC | DOVER | DE | STAND ALONE | NONE | 0036 | 0036 | AF-C- 36th MEDGRP-DOVER | CLINIC | 19902 | YES | 3026773083 | ACTIVE | |
| West | 1CA | DOVER | DOVER | DOVER MAIN PHCY | 0803735 | 1336246005 | AIR FORCE | AMC | DOVER | DE | STAND ALONE | NONE | 0036 | 0036 | AF-C- 36th MEDGRP-DOVER | CLINIC | 19902 | | | ACTIVE | |
| East | 6DA | DYESS | DYESS | DoD DYESS ePhcy | 5912426 | 1710396011 | AIR FORCE | ACC | DYESS | TX | STAND ALONE | NONE | 0112 | 0112 | 7th MED GRP-DYESS | CLINIC | 79607 | YES | 3256963559 | ACTIVE | |
| East | 6DA | DYESS | DYESS | DYESS PHCY | 4511413 | 1336248210 | AIR FORCE | ACC | DYESS | TX | STAND ALONE | NONE | 0112 | 0112 | 7th MED GRP-DYESS | CLINIC | 79607 | | | ACTIVE | |
| West | 9BA | EDWARDS | EDWARDS | DoD EDWARDS ePhcy | 5651787 | 1548673163 | AIR FORCE | AFMC | EDWARDS | CA | STAND ALONE | NONE | 0019 | 0019 | 412th MED GRP-EDWARDS | CLINIC | 93523 | YES | 6612778284 | ACTIVE | |
| West | 9BA | EDWARDS | EDWARDS | EDWARDS PHCY | 0540395 | 1962703930 | AIR FORCE | AFMC | EDWARDS | CA | STAND ALONE | NONE | 0019 | 0019 | 412th MED GRP-EDWARDS | CLINIC | 93524 | | | ACTIVE | |
| West | 7CA | ELLSWORTH | ELLSWORTH | DoD ELLSWORTH ePhcy | 4304969 | 1699872446 | AIR FORCE | ACC | ELLSWORTH | SD | STAND ALONE | NONE | 0106 | 0106 | AF-C-28th MEDGRP-ELLSWORTH | CLINIC | 57706 | YES | 6053853679 | ACTIVE | |
| West | 7CA | ELLSWORTH | ELLSWORTH | ELLSWORTH PHCY 28TH MDG | 4304969 | 1699872446 | AIR FORCE | ACC | ELLSWORTH | SD | STAND ALONE | NONE | 0106 | 0106 | AF-C-28th MEDGRP-ELLSWORTH | CLINIC | 57706 | | | ACTIVE | |
| West | 7AA | ELMENDORF | ELMENDORF | DoD ELMENDORF ePhcy | 0228331 | 1629481466 | AIR FORCE | PACAF | ELMENDORF | AK | STAND ALONE | NONE | 0006 | 0006 | AF-H-673rd MEDGRP-Elmendorf | HOSP | 99506 | | | ACTIVE | 9/11/1: Updated fax number RVM |
| West | 7AA | ELMENDORF | ELMENDORF | ELMENDORF MAIN PHCY | 0202487 | 1295834234 | AIR FORCE | PACAF | ELMENDORF | AK | STAND ALONE | NONE | 0006 | 0006 | AF-H-673rd MEDGRP-Elmendorf | HOSP | 99506 | | | ACTIVE | |
| West | 7AA | FAIRCHILD | FT. RICHARDSON | RICHARDSON PHCY | 0202387 | 1497904558 | ARMY | FT RICHARDSON | RICHARDSON | AK | STAND ALONE | NONE | 0005 | | 673rd MED GRP-Elmendorf | CLINIC | | | | ACTIVE | |
| West | 7AA | FAIRCHILD | FAIRCHILD | FAIRCHILD MAIN PHCY - 92 ND MDG | 4924931 | 1477502659 | AIR FORCE | AMC | FAIRCHILD | WA | STAND ALONE | NONE | 0128 | 0128 | AF-C-92nd MEDGRP-Fairchild | CLINIC | 99011 | | | ACTIVE | |
| West | 7AA | FAIRCHILD | FAIRCHILD | FAIRCHILD REFILL PHCY | 4924943 | 1225321762 | AIR FORCE | AMC | FAIRCHILD | WA | STAND ALONE | NONE | 0128 | 0128 | AF-C-92nd MEDGRP-Fairchild | CLINIC | 99011 | YES | | ACTIVE | |
| West | 7AA | FAIRCHILD | FAIRCHILD | FAIRCHILD SCM PHCY | 4934445 | 1205102761 | AIR FORCE | AMC | FAIRCHILD | WA | STAND ALONE | NONE | 0128 | 0128 | AF-C-92nd MEDGRP-Fairchild | CLINIC | 99011 | | | ACTIVE | |
| East | 3PA | FT BENNING | FT. BENNING | BUCHANAN CALL-IN PHCY | 4028278 | 1053661173 | ARMY | RHC-A | FT. BUCHANAN | PR | STAND ALONE | NONE | 0047 | 0924 | AHC RODRIGUEZ-BUCHANAN | CLINIC | 00934 | YES | 7877072500 | ACTIVE | |
| East | 3PA | FT BENNING | FT. BUCHANAN | DoD FT BUCHANAN ePhcy | 4028761 | 1548621865 | ARMY | RHC-A | FT. BUCHANAN | PR | STAND ALONE | NONE | 0047 | 0924 | AHC RODRIGUEZ-BUCHANAN | CLINIC | 00934 | YES | 7877072591 | ACTIVE | |
| East | 3CA | FT BENNING | FT. BENNING | BENNING CBOC PHCY | 1168819 | 1629209432 | ARMY | RHC-A | FT. BENNING | GA | SOUTHWEST GEORGIA | SOUTHWEST GEORGIA | 0048 | 1325 | AHC DOUGLAS-BENNING | CLINIC | 31905 | | | ACTIVE | |
| East | 3CA | FT BENNING | FT. BENNING | BENNING CONVENIENCE PHCY | 1148799 | 1043370114 | ARMY | RHC-A | FT. BENNING | GA | SOUTHWEST GEORGIA | SOUTHWEST GEORGIA | 0048 | 0048 | MARTIN ACH-BENNING | HOSP | 31905 | | | ACTIVE | |
| East | 3CA | FT BENNING | FT. BENNING | BENNING MAIN PHCY | 1146849 | 1548621657 | ARMY | RHC-A | FT. BENNING | GA | SOUTHWEST GEORGIA | SOUTHWEST GEORGIA | 0048 | 0048 | MARTIN ACH-BENNING | HOSP | 31905 | | | ACTIVE | |
| East | 3CA | FT BENNING | FT. BENNING | BENNING REFILL PHCY | 1146887 | 1033421730 | ARMY | RHC-A | FT. BENNING | GA | SOUTHWEST GEORGIA | SOUTHWEST GEORGIA | 0048 | 0048 | MARTIN ACH-BENNING | HOSP | 31905 | | | ACTIVE | |
| East | 3CA | FT BENNING | FT. BENNING | DoD FT BENNING ePhcy | 1165098 | 1407834581 | ARMY | RHC-A | FT. BENNING | GA | SOUTHWEST GEORGIA | SOUTHWEST GEORGIA | 0048 | 0048 | MARTIN ACH-BENNING | HOSP | 31905 | YES | 7062486110 | ACTIVE | |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS CDOC PHCY | 4512887 | 1811096900 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 6163 | RIO BRAVO MEDICAL HOME | CLINIC | 79925 | | | ACTIVE | |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS CDS TMC PHCY | 1167089 | 1174033931 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 6167 | SGT WM BEAUMONT ACH | CLINIC | 79920 | | | ACTIVE | |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS MAIN PHCY | 3987607 | 1114479413 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 0108 | WILLIAM BEAUMONT ACH | HOSP | 79920 | | | ACTIVE | |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS MEDICAL PHCY | 4512441 | 1417563101 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 6160 | SOLDIER FAMILY MED CLINIC | CLINIC | 79918 | | | ACTIVE | |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS REFILL PHCY | 3987619 | 1134379413 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 0108 | WILLIAM BEAUMONT ACH | HOSP | 79920 | | | ACTIVE | |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS SOLDIER FAM PHCY | 3987607 | 1114479413 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 6160 | SOLDIER FAMILY MED CLINIC | CLINIC | 79918 | | | ACTIVE | 3/31/19: New MTF Pharmacy - RVM |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS SPEC PHCY | 4512708 | 1215035860 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 0108 | WILLIAM BEAUMONT ACH | HOSP | 79920 | | | ACTIVE | |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS SPEC PHCY | 4512708 | 1780783845 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 0108 | WILLIAM BEAUMONT ACH | HOSP | 79920 | | | ACTIVE | |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS TROOP PHCY | 5900926 | 1962718706 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 6160 | SOLDIER FAMILY MED CLINIC | CLINIC | 79918 | | | ACTIVE | |
| West | 7DA | FT. BLISS | FT. BLISS | BLISS WBAMC PHCY | 4512821 | 1780783845 | ARMY | RHC-C | EL PASO | TX | EL PASO | EL PASO | 0108 | 0108 | WILLIAM BEAUMONT ACH | HOSP | 79920 | | | ACTIVE | |

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | POTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West | 70A | FT. BLISS | FT. BLISS | DoD FT BLISS WBAMC ePhcy | 5911854 | 1609289016 | ARMY | RHC-C | EL PASO | TX | LARGE MARKET | EL PASO | 0108 | 0108 | WILLIAM BEAUMONT AMC-FT BLISS | HOSP | 79920 | YES | 7197424488 | ACTIVE | 10/16/15: Per Rose Richard Cisneros at Ft B iss requested name change from DoD FT BLISS ePhcy to DoD FT BLISS |
| East | 70B | FT. BLISS | WHITE SANDS MISSILE RANGE | DoD WHITE SANDS MR ePhcy | 3212711 | 1952716896 | ARMY | RHC-C | WHITE SANDS MR | NM | LARGE MARKET | EL PASO | 0108 | 0327 | AHC MCAFEE-WHITE SANDS MSL RAN | CLINIC | 88002 | YES | 5756743620 | ACTIVE | |
| East | 70B | FT. BLISS | WHITE SANDS MISSILE RANGE PHCY | WHITE SANDS MISSILE RANGE PHCY | 3210224 | 1780783134 | ARMY | RHC-C | WHITE SANDS MR | NM | LARGE MARKET | EL PASO | 0108 | 0327 | AHC MCAFEE-WHITE SANDS MSL RAN | CLINIC | 88002 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG CBPCC PH PHCY | 3458444 | 1912204405 | ARMY | RHC-A | FAYETTEVILLE | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 6105 | CBMH FAYETTEVILLE-BRAGG | CLINIC | 28314 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG CLARK HC PHCY | 3458452 | 1508163098 | ARMY | RHC-A | HOPE MILLS | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 6106 | CBMH HOPE MILLS-BRAGG | CLINIC | 28348 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG CLARK HC PHCY | 3437515 | 1518064369 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 7294 | CLARK CLINIC-BRAGG | CLINIC | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG ED DC PHCY | 3471620 | 1033775150 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC WOMACK-BRAGG | CLINIC | 28310 | | | ACTIVE | 5/31/19: New MTF Pharmacy - RVM |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG JMFAT NEW WAMC PHCY | 3437464 | 1376642660 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG JOEL HC PHCY | 3437503 | 1447359732 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 7286 | JOEL CLINIC-BRAGG | CLINIC | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG LINDEN OAKS PHCY | 3465324 | 1932577368 | ARMY | RHC-A | CAMERON | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 6107 | CBMH LINDEN OAKS-BRAGG | CB-CLN | 28326 | | | ACTIVE | W- /15: New Ft. Bragg Pharmacy - RVM |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG ONC NEW WAMC PHCY | 3437452 | 1609073452 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG OP NEW WAMC PHCY | 3437476 | 1285733576 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG PACU PHCY | 3471632 | 1356067471 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | 5/31/19: New MTF Pharmacy - RVM |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG RX PHCY | 3437490 | 1538268826 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG ROBINSON HC PHCY | 3437488 | 1093814386 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 7143 | ROBINSON CLINIC-BRAGG | CLINIC | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG WOMACK ANNEX PHCY | 3466732 | 1891266708 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC WOMACK-BRAGG | HOSP | 28307 | | | ACTIVE | |
| West | 2BB | FT. BRAGG | POPE ARMY AIRFIELD | DoD FT BRAGG ePhcy | 3463945 | 1912510772 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC WOMACK-BRAGG | HOSP | 28310 | YES | 9105703371 | ACTIVE | |
| West | 2BB | FT. BRAGG | POPE ARMY AIRFIELD | POPE PHCY | 3437313 | 1467551754 | ARMY | RHC-A | FAYETTEVILLE | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 6024 | TROOP & FAMILY MED CL-BRAGG | CLINIC | 28308 | | | ACTIVE | 11/23/ 6: COL Raney wants pharmacy name to change to BRAGG WOMACK ANNEX PHCY - RVM, 10/20/2016 added |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB # 10 TMC PHCY | 1832434 | 1457643231 | ARMY | RHC-A | FT. CAMPBELL | KY | SMALL MARKET | SOUTHWESTERN KENTUCKY | 0060 | 7341 | BYRD HEALTH CLINIC-CAMPBELL | CLINIC | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB # 5 TMC | 1825845 | 1871682418 | ARMY | RHC-A | FT. CAMPBELL | KY | SMALL MARKET | SOUTHWESTERN KENTUCKY | 0060 | 1306 | AVIATION MEDICINE C-CAMPBELL | CLINIC | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB CBPCC SE PHCY | 4443660 | 1891095154 | ARMY | RHC-A | FT. CAMPBELL | KY | SMALL MARKET | SOUTHWESTERN KENTUCKY | 0060 | 6108 | CBMH SCREAMING EAGLE-CAMPBELL | CLINIC | 37040 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB JMFAT PHCY | 1825922 | 1730288366 | ARMY | RHC-A | FT. CAMPBELL | KY | SMALL MARKET | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH BLANCHFIELD-CAMPBELL | HOSP | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB LHC PHCY | 1825883 | 1366549115 | ARMY | RHC-A | FT. CAMPBELL | KY | SMALL MARKET | SOUTHWESTERN KENTUCKY | 0060 | 7307 | LA POINTE HLTH CLINIC-CAMPBELL | CLINIC | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB MAIN OP PHCY | 1825946 | 1649379272 | ARMY | RHC-A | FT. CAMPBELL | KY | SMALL MARKET | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH BLANCHFIELD-CAMPBELL | HOSP | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB REFILL PHCY | 1825895 | 1114026747 | ARMY | RHC-A | FT. CAMPBELL | KY | SMALL MARKET | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH BLANCHFIELD-CAMPBELL | HOSP | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB TOWN CENTER PHCY | 1825934 | 1275630022 | ARMY | RHC-A | FT. CAMPBELL | KY | SMALL MARKET | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH BLANCHFIELD-CAMPBELL | HOSP | 42223 | | | ACTIVE | |
| East | 5AB | FT. CAMPBELL | DoD FT CAMPBELL ePhcy | 1834399 | 1215340401 | ARMY | RHC-A | FT. CAMPBELL | KY | SMALL MARKET | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH BLANCHFIELD-CAMPBELL | HOSP | 42223 | YES | 2704123234 | ACTIVE | 9/23/19: Fax number changed to (270) 412-3234 |
| West | 5AB | FT. CAMPBELL | ROCK ISLAND | DoD ROCK ISLAND CC ePhcy | 1494640 | 1457635456 | ARMY | RHC-A | ROCK ISLAND | IL | STAND ALONE | NONE | 0060 | 0290 | AHC ROCK ISLAND ARSENAL | CLINIC | 61299 | YES | 3097820553 | ACTIVE | |
| West | 5AB | FT. CAMPBELL | ROCK ISLAND | ROCK ISLAND MAIN PHCY | 1494636 | 1942783246 | ARMY | RHC-A | ROCK ISLAND | IL | STAND ALONE | NONE | 0060 | 0290 | AHC ROCK ISLAND ARSENAL | CLINIC | 61299 | | | ACTIVE | 9/27/18: Rock Island Pharmacy moved from Ft. Knox host to Ft. Campbel l host - RVM |
| West | 7EA | FT. CARSON | BUCKLEY AFB | BUCKLEY AFB MAIN PHCY | 3616790 | 1932206786 | AIR FORCE | AFSPC | BUCKLEY ANGB | CO | LARGE MARKET | COLORADO | 7200 | 7200 | AF-C-460th MEDGRP-BUCKLEY | CLINIC | 80011 | | | ACTIVE | |
| West | 7EA | FT. CARSON | BUCKLEY AFB | DoD BUCKLEY ePhcy | 0623480 | 1205845580 | AIR FORCE | AFSPC | BUCKLEY ANGB | CO | LARGE MARKET | COLORADO | 7200 | 7200 | AF-C-460th MEDGRP-BUCKLEY | CLINIC | 80011 | YES | 7208475289 | ACTIVE | |
| West | 7EC | FT. CARSON | FT. CARSON | CARSON #10 TMC PHCY | 0616613 | 1114026820 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 7283 | TMC ROBINSON-CARSON | CLINIC | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | FT. CARSON | CARSON #9 TMC PHCY | 0617540 | 1427157189 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 7300 | TMC DERAIMONDO-CARSON | CLINIC | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | FT. CARSON | CARSON JMFAT PHCY | 0616625 | 1588763239 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | FT. CARSON | CARSON MAIN PHCY | 0616637 | 1164512497 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | FT. CARSON | CARSON MP PHCY | 0621252 | 1154742583 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 6102 | 6103 | MOUNTAIN POST MED HOME-CARSON | CLINIC | 80911 | | | ACTIVE | 6/1997 MOUNTAIN POST BEHAVIORAL HC |
| West | 7EC | FT. CARSON | FT. CARSON | CARSON PREMIER PHARMACY | 0621261 | 1861623936 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | | 6102 | PREMIER MEDICAL HOME-CARSON | CLINIC | 80907 | | | ACTIVE | |
| West | 7EC | FT. CARSON | FT. CARSON | CARSON SPCC PHCY | 0621828 | 1316266539 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | FT. CARSON | CARSON SRP PHCY | 0624998 | 1366988214 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | FT. CARSON | CARSON WTU PHCY | 0622488 | 1720354679 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | 1/25/17: [Rose] New MTF Pharmacy - RVM |
| West | 7EC | FT. CARSON | DoD FT CARSON ePhcy | 0623478 | 1255744660 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | YES | 7195265917 | ACTIVE | |
| West | 7ED | FT. CARSON | PETERSON | DoD PETERSON ePhcy | 0623541 | 1932514171 | AIR FORCE | AFSPC | PETERSON | CO | LARGE MARKET | COLORADO | 0252 | 0252 | AF-C-21st MEDGRP-PETERSON | CLINIC | 80914 | YES | 7195561106 | ACTIVE | |
| West | 7ED | FT. CARSON | PETERSON | PETERSON PHCY | 0616736 | 1346369259 | AIR FORCE | AFSPC | PETERSON | CO | LARGE MARKET | COLORADO | 0252 | 0252 | AF-C-21st MEDGRP-PETERSON | CLINIC | 80914 | | | ACTIVE | |
| East | 7ERC | FT. CARSON | PIKES PEAK JOINT RPC | FT CARSON REFILL PROCESSING CENTER | 0616770 | 1841357692 | ARMY | RHC-C | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0032 | 0032 | EVANS ACH-FT. CARSON | HOSP | 80913 | | | ACTIVE | |
| East | 7ERC | FT. CARSON | PIKES PEAK JOINT RPC | PETERSON AFB REFILL PROCESSING CENTER | 0616794 | 1669579413 | AIR FORCE | AFSPC | PETERSON | CO | LARGE MARKET | COLORADO | 0252 | 0252 | AF-C-21st MEDGRP-PETERSON | CLINIC | 80840 | | | ACTIVE | |
| East | 7ERC | FT. CARSON | PIKES PEAK JOINT RPC | USAFA REFILL PROCESSING CENTER | 0616782 | 1750488508 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | | | ACTIVE | |
| West | 7EG | FT. CARSON | SCHRIEVER | DoD SCHRIEVER ePhcy | 0623555 | 1487068621 | AIR FORCE | AFSPC | SCHRIEVER AFB | CO | LARGE MARKET | COLORADO | 0252 | 7397 | AF-C-SCHRIEVER MED SQ-PETERSON | CLINIC | 80912 | YES | 7195074617 | ACTIVE | |
| West | 7EG | FT. CARSON | SCHRIEVER | SCHRIEVER PHCY | 0619663 | 1679627288 | AIR FORCE | AFSPC | SCHRIEVER AFB | CO | LARGE MARKET | COLORADO | 0252 | 7397 | AF-C-SCHRIEVER MED SQ-PETERSON | CLINIC | 80912 | | | ACTIVE | |
| West | 7FF | FT. CARSON | USAF ACADEMY | DoD USAFA COMMUNITY ePhcy | 0623581 | 1982010955 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | YES | 7193335694 | ACTIVE | |
| West | 7FF | FT. CARSON | USAF ACADEMY | USAFA CADET CLIN PHCY | 0616752 | 1114024945 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | | | ACTIVE | |
| West | 7FF | FT. CARSON | USAF ACADEMY | USAFA COMMUNITY PHCY | 0616764 | 1023115670 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | | | ACTIVE | |
| West | 7FF | FT. CARSON | USAFA MAIN OP PHCY | 0616536 | 1053635444 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | | | ACTIVE | |
| East | 1DA | FT. DRUM | FT. DRUM | DoD FT DRUM ePhcy | 5810624 | 1053724807 | ARMY | RHC-A | FT. DRUM | NY | SMALL MARKET | UPSTATE NEW YORK | 0330 | 0330 | AHC GUTHRIE-DRUM | CLINIC | 13602 | YES | 3157731691 | ACTIVE | |
| East | 1DA | FT. DRUM | FT. DRUM | DRUM CONNOR TMC PHCY | 3311608 | 1316248798 | ARMY | RHC-A | FT. DRUM | NY | SMALL MARKET | UPSTATE NEW YORK | 0330 | 7113 | CTMC CONNER-DRUM | CLINIC | 13602 | | | ACTIVE | |
| East | 1DA | FT. DRUM | FT. DRUM | DRUM MAIN PHCY | 3311521 | 1790882546 | ARMY | RHC-A | FT. DRUM | NY | SMALL MARKET | UPSTATE NEW YORK | 0330 | 0330 | AHC GUTHRIE-DRUM | CLINIC | 13602 | | | ACTIVE | |
| East | 1DA | FT. DRUM | FT. DRUM | DRUM WTU PHCY | 5804748 | 1780950030 | ARMY | RHC-A | FT. DRUM | NY | SMALL MARKET | UPSTATE NEW YORK | 0330 | 0330 | AHC GUTHRIE-DRUM | CLINIC | 13602 | | | ACTIVE | |
| East | 3DO | FT. GORDON | FT. GORDON | CAMP SHELBY TMC PHCY | 2585872 | 1609075036 | ARMY | RHC-A | HATTIESBURG | MS | STAND ALONE | NONE | 0047 | 7128 | AHC EISENHOWER-GORDON | HOSP | 30905 | YES | 7067878034 | ACTIVE | 7/12/17: Per Roger Williams changed service command from SRMC to RHC-A - RVM |
| East | 3DA | FT. GORDON | FT. GORDON | DoD FT GORDON ePhcy | 1166453 | 1225445908 | ARMY | RHC-A | FT. GORDON | GA | LARGE MARKET | AUGUSTA | 0047 | 0047 | AMC EISENHOWER-GORDON | HOSP | 30905 | YES | | ACTIVE | |
| East | 3DA | FT. GORDON | FT. GORDON | GORDON CONNELLY PHCY | 1146667 | 1215036983 | ARMY | RHC-A | FT. GORDON | GA | LARGE MARKET | AUGUSTA | 0047 | 7197 | CONNELLY HLTH CLIN-GORDON | CLINIC | 30905 | | | ACTIVE | |
| East | 3DA | FT. GORDON | FT. GORDON | GORDON MAIN OP PHCY | 1146645 | 1497874160 | ARMY | RHC-A | FT. GORDON | GA | LARGE MARKET | AUGUSTA | 0047 | 0047 | AMC EISENHOWER-GORDON | HOSP | 30905 | | | ACTIVE | |
| East | 3DA | FT. GORDON | FT. GORDON | GORDON RX PHCY | 1146655 | 1306945076 | ARMY | RHC-A | FT. GORDON | GA | LARGE MARKET | AUGUSTA | 0047 | 0047 | AMC EISENHOWER-GORDON | HOSP | 30905 | | | ACTIVE | 6/29: new pharmacy BN |
| East | 3DC | FT. GORDON | SOUTHCOM | SOUTHCOM PHCY | 1088815 | 1467503224 | ARMY | RHC-A | MIAMI | FL | STAND ALONE | NONE | 0110 | 0110 | AHC DARNALL-SOUTHCOM | CLINIC | 33172 | YES | | ACTIVE | |
| East | 6EB | FT. HOOD | FT. HOOD | DoD FT HOOD ePhcy | 5911892 | 1124013137 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 0110 | AMC DARNALL-HOOD | HOSP | 76544 | YES | 2542867963 | ACTIVE | |
| East | 6EB | FT. HOOD | FT. HOOD | HOOD BENNETT FC PHCY | 4510841 | 1073339630 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 6116 | BENNETT FAM CARE CLINIC-HOOD | CLINIC | 76544 | | | ACTIVE | |
| East | 6EB | FT. HOOD | FT. HOOD | HOOD CBPCC CC PHCY | 5901702 | 1740565125 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 6113 | CBMH HARKER HEIGHTS-HOOD | CLINIC | 76548 | | | ACTIVE | |
| East | 6EB | FT. HOOD | FT. HOOD | HOOD CBPCC HH PHCY | 5901687 | 1477085388 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 6112 | CBMH KILLEEN-HOOD | CLINIC | 76542 | | | ACTIVE | |
| East | 6EB | FT. HOOD | FT. HOOD | HOOD CBPCC WK PHCY | 5925832 | 1154742583 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 6111 | CBMH WEST KILLEEN-HOOD | CLINIC | 76549 | | | ACTIVE | 8/20/18: NEW MTF PHCY - RVM |
| East | 6EB | FT. HOOD | FT. HOOD | HOOD MONROE TMC PHCY | 4510802 | 1619076841 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 6128 | MONROE CONSOLIDATED-HOOD | CLINIC | 76544 | | | ACTIVE | |
| East | 6EB | FT. HOOD | FT. HOOD | HOOD MOORE CLINIC PHCY | 4510814 | 1952520272 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 6114 | MOORE HLTH CL-HOOD | CLINIC | 76544 | | | ACTIVE | |
| East | 6EB | FT. HOOD | FT. HOOD | HOOD REFILL PHCY | 4510826 | 1245904842 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 0110 | AMC DARNALL-HOOD | HOSP | 76544 | | | ACTIVE | |
| East | 6EB | FT. HOOD | FT. HOOD | HOOD SRP PHCY | 4510750 | 1407063447 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 0110 | AMC DARNALL-HOOD | HOSP | 76544 | | | ACTIVE | |
| East | 6EB | FT. HOOD | FT. HOOD | HOOD WTU PHCY | 5901245 | 1891003382 | ARMY | RHC-C | FT. HOOD | TX | LARGE MARKET | CENTRAL TEXAS | 0110 | 0110 | AMC DARNALL-HOOD | HOSP | 76544 | | | ACTIVE | |
| West | 7FA | FT. HUACHUCA | FT. HUACHUCA | DoD FT HUACHUCA ePhcy | 0358850 | 1710391158 | ARMY | RHC-C | FT. HUACHUCA | AZ | STAND ALONE | NONE | 0008 | 0008 | AHC RANEY-HUACHUCA | CLINIC | 85613 | YES | 5205330644 | ACTIVE | |
| West | 7FA | FT. HUACHUCA | FT. HUACHUCA | HUACHUCA MAIN PHCY | 0324510 | 1477621124 | ARMY | RHC-C | FT. HUACHUCA | AZ | STAND ALONE | NONE | 0008 | 0008 | AHC RANEY-HUACHUCA | CLINIC | 85613 | | | ACTIVE | |
| West | 7FA | FT. HUACHUCA | FT. HUACHUCA | HUACHUCA PV PHCY | 0324522 | 1144013657 | ARMY | RHC-C | FT. HUACHUCA | AZ | STAND ALONE | NONE | 0008 | 0008 | AHC RANEY-HUACHUCA | CLINIC | 85613 | | | ACTIVE | |
| West | 9CA | FT. IRWIN | FT. IRWIN | DoD FT IRWIN ePhcy | 5651701 | 1013340776 | ARMY | RHC-C | FT. IRWIN | CA | SMALL MARKET | CALIFORNIA DESERT | 0131 | 0131 | ACH WEED-IRWIN | CLINIC | 92310 | YES | 7603801227 | ACTIVE | |
| West | 9CA | FT. IRWIN | FT. IRWIN | IRWIN PHCY | 0619654 | 1144013640 | ARMY | RHC-C | FT. IRWIN | CA | SMALL MARKET | CALIFORNIA DESERT | 0131 | 0131 | ACH WEED-IRWIN | CLINIC | 92310 | | | ACTIVE | |
| West | 9CA | FT. IRWIN | YUMA PROVING GROUND | YUMA PROVING GROUND PHCY | 0619713 | 1396844338 | ARMY | RHC-C | YUMA | AZ | STAND ALONE | NONE | 0131 | 7296 | YPG-FT IRWIN | CLINIC | 85365 | | | ACTIVE | |
| East | 5BF | FT. KNOX | CAMP ATTERBURY | CAMP ATTERBURY PHCY | 1562669 | 1801039417 | ARMY | RHC-A | CAMP ATTERBURY | IN | STAND ALONE | NONE | 0061 | 0061 | AHC IRELAND-KNOX | HOSP | 46124 | | | ACTIVE | |

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East | 5BA | FT. KNOX | FT. KNOX | DoD FT KNOX ePhcy | 1834402 | 1679986863 | ARMY | RHC-A | FT. KNOX | KY | SMALL MARKET | CENTRAL KENTUCKY | 0061 | 0061 | AHC IRELAND-KNOX | HOSP | 40121 | YES | 5026240333 | ACTIVE | |
| East | 5BA | FT. KNOX | FT. KNOX | KNOX PAIN PHCY | 1826102 | 1184721038 | ARMY | RHC-A | FT. KNOX | KY | SMALL MARKET | CENTRAL KENTUCKY | 0061 | 0061 | AHC IRELAND-KNOX | HOSP | 40121 | | | ACTIVE | |
| East | 5BA | FT. KNOX | FT. KNOX | KNOX NELSON TMC PHCY | 1826114 | 1780783324 | ARMY | RHC-A | FT. KNOX | KY | SMALL MARKET | CENTRAL KENTUCKY | 0061 | 7198 | NELSON MEDICAL CLINIC-KNOX | HOSP | 40121 | | | ACTIVE | 3/23/16: (Rose) Per Chris Asher this pharmacy is only operational during the summer months for ROTC cadet mission - RVM |
| East | 5BA | FT. KNOX | FT. KNOX | KNOX PX PHCY | 1826161 | 1558460188 | ARMY | RHC-A | FT. KNOX | KY | SMALL MARKET | CENTRAL KENTUCKY | 0061 | 0061 | AHC IRELAND-KNOX | HOSP | 54656 | | | ACTIVE | |
| East | 5BD | FT. MCCOY | FT. MCCOY | MCCOY TMC PHCY | 5127469 | 1689771446 | ARMY | RHC-A | FT. MCCOY | WI | STAND ALONE | NONE | 0061 | 0061 | AHC IRELAND-KNOX | HOSP | 54656 | | | ACTIVE | |

... (table continues with additional MTF site rows) ...

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | POTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West | 7OA | LOS ANGELES | LUKE | LOS ANGELES PHCY 61ST MDS | 0537518 | 1073612024 | AIR FORCE | AETC | LOS ANGELES | CA | SMALL MARKET | OS-ANGELES | 0248 | 0248 | AF-C-61st MEDGP-LOS ANGELES | CLINIC | 90245 | | | ACTIVE | |
| West | 7PA | LUKE | LUKE | DoD LUKE ePhcy | 0359124 | 1043627631 | AIR FORCE | AETC | LUKE | AZ | STAND ALONE | NONE | 0009 | 0009 | AF-C-56th MEDGRP-LUKE | CLINIC | 85309 | YES | 6238563616 | ACTIVE | |
| West | 7PA | LUKE | LUKE | LUKE HOSP PHCY | 0329552 | 1780781534 | AIR FORCE | AETC | LUKE | AZ | STAND ALONE | NONE | 0009 | 0009 | AF-C-56th MEDGRP-LUKE | CLINIC | 85309 | | | ACTIVE | |
| West | 7PA | LUKE | LUKE | LUKE REFILL PHCY | 0323977 | 1417056458 | AIR FORCE | AETC | LUKE | AZ | STAND ALONE | NONE | 0009 | 0009 | AF-C-56th MEDGRP-LUKE | CLINIC | 85309 | | | ACTIVE | |
| West | 7PA | LUKE | LUKE | LUKE SATL PHCY | 0323965 | 1215036389 | AIR FORCE | AETC | LUKE | AZ | STAND ALONE | NONE | 0009 | 0009 | AF-C-56th MEDGRP-LUKE | CLINIC | 85309 | | | ACTIVE | |
| East | 3HB | MACDILL | MACDILL | DoD MACDILL ePhcy | 5740849 | 1538629415 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | YES | 8138280088 | ACTIVE | |
| East | 3HB | MACDILL | MACDILL | DoD SABAL PARK ePhcy | 5742235 | 1578119087 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0046 | AF-CB-SABAL PARK CLINIC MS | CLINIC | 33619 | YES | 8138280088 | ACTIVE | 8/20/19: new ephcy pending fax # - RVM |
| East | 3HB | MACDILL | MACDILL | MACDILL BRANDON PHCY | 1087798 | 1154420891 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33511 | | | ACTIVE | |
| East | 3HB | MACDILL | MACDILL | MACDILL MAIN PHCY 6TH MDG | 1081520 | 1205430971 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | | | ACTIVE | |
| East | 3HB | MACDILL | MACDILL | MACDILL CALL-IN AC PHCY | 1087786 | 1245339902 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | | | ACTIVE | |
| East | 3HB | MACDILL | MACDILL | MACDILL PHARMACARE PHCY | 5721534 | 1104232214 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | | | ACTIVE | 8/8/19: Name change from Macdill Pharmacare CTR Phcy to Macdill Call-in AC Phcy - RVM / 8/8/19: Name change from Macdill Pharmasist Phcy to Macdill Pharmacare Phcy - RVM; 3/26/19: CHANGED FROM DOD MACDILL EPHCY TO MACD LL PHARMASIST PHCY - RVM |
| East | 3HB | MACDILL | MACDILL | MACDILL REFILL PHCY | 1089386 | 1861591539 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | | | ACTIVE | |
| West | 7QA | MALMSTROM | MALMSTROM | DoD MALMSTROM ePhcy | 2784002 | 1710392352 | AIR FORCE | AFGSC | MALMSTROM | MT | STAND ALONE | NONE | 0077 | 0077 | AF-C-341st MEDGRP-MALMSTROM | CLINIC | 59402 | YES | 4067314928 | ACTIVE | |
| West | 7QA | MALMSTROM | MALMSTROM | MALMSTROM PHCY | 2706387 | 1619074465 | AIR FORCE | AFGSC | MALMSTROM | MT | STAND ALONE | NONE | 0077 | 0077 | AF-C-341st MEDGRP-MALMSTROM | CLINIC | 59402 | | | ACTIVE | |
| West | 4EA | MAXWELL | MAXWELL | DoD MAXWELL ePhcy | 0139887 | 1487053435 | AIR FORCE | AETC | MAXWELL | AL | STAND ALONE | NONE | 0004 | 0004 | AF-C-42nd MEDGRP-MAXWELL | CLINIC | 36112 | YES | 3349535272 | ACTIVE | |
| West | 4EA | MAXWELL | MAXWELL | MAXWELL GUNTER PHCY | 0129494 | 1497854566 | AIR FORCE | AETC | MAXWELL | AL | STAND ALONE | NONE | 0004 | 0004 | AF-C-42nd MEDGRP-MAXWELL | CLINIC | 36112 | | | ACTIVE | |
| West | 4EA | MAXWELL | MAXWELL | MAXWELL MAIN PHCY 42ND MDG | 0127123 | 1255430302 | AIR FORCE | AETC | MAXWELL | AL | STAND ALONE | NONE | 0004 | 0004 | AF-C-42nd MEDGRP-MAXWELL | CLINIC | 36112 | | | ACTIVE | |
| West | 7NA | MCCONNELL | MCCONNELL | DoD MCCONNELL ePhcy | 1721198 | 1952716847 | AIR FORCE | AMC | MCCONNELL | KS | LARGE MARKET | KANSAS | 0059 | 0059 | AF-C-22nd MEDGRP-MCCONNELL | CLINIC | 67221 | YES | 3167596776 | ACTIVE | 1/25/21: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | 7NA | MCCONNELL | MCCONNELL | MCCONNELL OP PHCY | 1717517 | 1154420784 | AIR FORCE | AMC | MCCONNELL | KS | LARGE MARKET | KANSAS | 0059 | 0059 | AF-C-22nd MEDGRP-MCCONNELL | CLINIC | 67221 | | | ACTIVE | |
| West | 7NA | MCCONNELL | MCCONNELL | MCCONNELL SPO PHCY | 1719852 | 1639403090 | AIR FORCE | AMC | MCCONNELL | KS | LARGE MARKET | KANSAS | 0059 | 0059 | AF-C-22nd MEDGRP-MCCONNELL | CLINIC | 67221 | | | ACTIVE | |
| East | 1HF | MCGUIRE | MCGUIRE/ FT. DIX | DoD MCGUIRE ePhcy | 3148752 | 1427465889 | AIR FORCE | AMC | MCGUIRE | NJ | SMALL MARKET | GARDEN STATE | 0326 | 0326 | AF-C-87th MEDGRP 38MDL-MCGUIRE | CLINIC | 08641 | YES | 6097549133 | ACTIVE | |
| East | 1HF | MCGUIRE | MCGUIRE/ FT. DIX | MCGUIRE PHCY | 3141847 | 1346347192 | AIR FORCE | AMC | MCGUIRE | NJ | SMALL MARKET | GARDEN STATE | 0326 | 0326 | AF-C-87th MEDGRP 38MDL-MCGUIRE | CLINIC | 08640 | | | ACTIVE | |
| West | 7SA | MINOT | MINOT | DoD MINOT ePhcy | 3505015 | 1801201793 | AIR FORCE | AFGSC | MINOT | ND | STAND ALONE | NONE | 0094 | 0094 | AF-C-5th MEDGRP-MINOT | CLINIC | 58705 | YES | 7017235302 | ACTIVE | |
| West | 7SA | MINOT | MINOT | MINOT PHCY | 3503883 | 1477652790 | AIR FORCE | AFGSC | MINOT | ND | STAND ALONE | NONE | 0094 | 0094 | AF-C-5th MEDGRP-MINOT | CLINIC | 58705 | | | ACTIVE | |
| Pac fic | PEA | MISAWA | MISAWA | MISAWA PHCY | 8210192 | 1194894246 | AIR FORCE | PACAF | MISAWA | AP | DHR PACIFIC | JAPAN | 0639 | 0639 | AF-H-35th MEDGRP-MISAWA | HOSP | 96319 | | | ACTIVE | |
| East | 1JA | MOODY | MOODY | DoD MOODY ePhcy | 1165453 | 1417362211 | AIR FORCE | ACC | MOODY | GA | STAND ALONE | NONE | 0050 | 0050 | AF-C-23rd MEDGRP-MOODY | CLINIC | 31699 | YES | 2292572345 | ACTIVE | |
| East | 1JA | MOODY | MOODY | MOODY PHCY 23RD MDG | 1342784 | 1689773350 | AIR FORCE | ACC | MOODY | GA | STAND ALONE | NONE | 0050 | 0050 | AF-C-23rd MEDGRP-MOODY | CLINIC | 31699 | | | ACTIVE | |
| West | 7TA | MOUNTAIN HOME | MOUNTAIN HOME | DoD MT HOME ePhcy | 1306055 | 1144636515 | AIR FORCE | ACC | MOUNTAIN HOME | ID | STAND ALONE | NONE | 0053 | 0053 | AF-C-366th MEDGRP-MT HOME | HOSP | 83648 | YES | 2088287676 | ACTIVE | |
| West | 7TA | MOUNTAIN HOME | MOUNTAIN HOME | MT HOME OP PHCY | 1306845 | 1811094667 | AIR FORCE | ACC | MOUNTAIN HOME | ID | STAND ALONE | NONE | 0053 | 0053 | AF-C-366th MEDGRP-MT HOME | HOSP | 83648 | | | ACTIVE | |
| Europe | EIA | NAPLES | NAPLES | CAPODICHINO PHCY | 8110570 | 1598834764 | NAVY | NME | CAPODICHINO | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0617 | 1153 | BMC CAPODICHINO | CLINIC | 09622 | | | ACTIVE | |
| Europe | EIA | NAPLES | NAPLES | NAPLES PHCY | 8110556 | 1073682175 | NAVY | NME | NAPLES | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0617 | 0617 | NH NAPLES | HOSP | 09613 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ABERDEEN | ABERDEEN CALL-IN PHCY | 2125347 | 1629130588 | ARMY | RHC-A | ABERDEEN PG | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0308 | AHC KIRK-ABERDEEN PRVNG GD | CLINIC | 21005 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ABERDEEN | ABERDEEN MAIN PHCY | 2125335 | 1356448104 | ARMY | RHC-A | ABERDEEN PG | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0308 | AHC KIRK-ABERDEEN PRVNG GD | CLINIC | 21005 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ABERDEEN | ABERDEEN UCC PHCY | 2125359 | 1760581177 | ARMY | RHC-A | ABERDEEN PG | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0308 | AHC KIRK-ABERDEEN PRVNG GD | CLINIC | 21005 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ABERDEEN | DoD ABERDEEN ePhcy | 2138370 | 1417369299 | ARMY | RHC-A | ABERDEEN PG | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0308 | AHC KIRK-ABERDEEN PRVNG GD | CLINIC | 21005 | YES | 4102781935 | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ANDREWS | ANDREWS MAIN PHCY | 2125373 | 1093814402 | AIR FORCE | AFDW | ANDREWS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0066 | AF-ASU-11th MEDGRP-ANDREWS | CLINIC | 20762 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ANDREWS | ANDREWS NMMC REF PHCY | 2125677 | 1952902836 | AIR FORCE | AFDW | ANDREWS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0066 | AF-ASU-11th MEDGRP-ANDREWS | CLINIC | 20762 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ANDREWS | ANDREWS SATELLITE PHCY | 2125789 | 1851498270 | AIR FORCE | AFDW | ANDREWS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0066 | AF-ASU-11th MEDGRP-ANDREWS | CLINIC | 20762 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ANDREWS | DoD ANDREWS ePhcy | 2138368 | 1518379395 | AIR FORCE | AFDW | ANDREWS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0066 | AF-ASU-11th MEDGRP-ANDREWS | CLINIC | 20715 | YES | 2406123981 | ACTIVE | 1/26/17: Changed fax number from 2408574144 to 2406123981 per Joseph Campbell (Rose) - RVM |
| East | 1PC | NCA-BETHESDA | NCA-ANNAPOLIS | ANNAPOLIS BH REFILL PHCY | 2140692 | 1801373909 | NAVY | NME | ANNAPOLIS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0306 | 0306 | NHC ANNAPOLIS | CLINIC | 21402 | | | ACTIVE | 11/28/: 6: New MTF Pharmacy RVM |
| East | 1PC | NCA-BETHESDA | NCA-ANNAPOLIS | ANNAPOLIS MAIN PHCY | 2125715 | 1942305364 | NAVY | NME | ANNAPOLIS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0306 | 0306 | NHC ANNAPOLIS | CLINIC | 21403 | | | ACTIVE | |
| East | 1PC | NCA-BETHESDA | NCA-ANNAPOLIS | DoD ANNAPOLIS ePhcy | 2138382 | 1649682104 | NAVY | NME | ANNAPOLIS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0306 | 0306 | NHC ANNAPOLIS | CLINIC | 21402 | YES | 4102931820 | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA BLDG 19 PHCY | 2135552 | 1194028407 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA DISCHARGE SATELLITE PHCY | 2125576 | 1033324860 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA FALCON PHCY | 2136150 | 1902182538 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA HEM ONC PHCY | 2136465 | 1902301906 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA KNOLLWOOD PHCY | 2136148 | 1366728990 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA MAIN PHCY | 2125412 | 1619076023 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA REFILL BLDG 19 PHCY | 2135627 | 1578868444 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA USUHS PHCY | 2125436 | 1528167029 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA WWRB MED PHCY | 2140820 | 1780124651 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | 3/7/17: New MTF Pharmacy -RVM |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHSDA NEX PHCY | 2136857 | 1285763747 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | DoD WALTER REED NEX ePhcy | 2138407 | 1184030223 | JOINT | JTPACA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | YES | 3014003565 | ACTIVE | |
| East | 1PD | NCA-BOLLING | NCA-BOLLING | BOLLING NMMC REF PHCY | 0904765 | 1568768404 | AIR FORCE | AFDW | WASHINGTON | DC | STAND ALONE | NONE | 0066 | 0413 | AF-C-11th MDG SQ 3BM-BOLLING | CLINIC | 20032 | | | ACTIVE | |
| East | 1PD | NCA-BOLLING | NCA-BOLLING | DoD BOLLING ePhcy | 0905696 | 1376434550 | AIR FORCE | AFDW | WASHINGTON | DC | STAND ALONE | NONE | 0413 | 0413 | AF-C-11th MDG SQ 3BMB-BOLLING | CLINIC | 20032 | YES | 2024041216 | ACTIVE | |
| East | 1FJ | NCA-CARLISLE | NCA-CARLISLE | CARLISLE DUNHAM DOC PHCY | 6006414 | 1780447736 | ARMY | RHC-A | CARLISLE | PA | STAND ALONE | NONE | 0069 | 0314 | AHC DUNHAM-CARLISLE BARRACKS | CLINIC | 17013 | | | ACTIVE | 4/26/18: New MTF pharmacy -RVM |
| East | 1FJ | NCA-CARLISLE | NCA-CARLISLE | CARLISLE DUNHAM REFILL PHCY | 3979056 | 1063514917 | ARMY | RHC-A | CARLISLE | PA | STAND ALONE | NONE | 0069 | 0314 | AHC DUNHAM-CARLISLE BARRACKS | CLINIC | 17013 | | | ACTIVE | |
| East | 1FJ | NCA-CARLISLE | NCA-CARLISLE | DoD CARLISLE ePhcy | 6001161 | 1396299966 | ARMY | RHC-A | CARLISLE | PA | STAND ALONE | NONE | 0069 | 0314 | AHC DUNHAM-CARLISLE BARRACKS | CLINIC | 17013 | YES | 7172453669 | ACTIVE | 4/26/18: New MTF pharmacy -RVM / 7/12/18: Updated CCL Pharmacy Name to match name in NCPDP - RVM; New January 2016 - RVM |
| East | 1PH | NCA-DAHLGREN | NCA-DAHLGREN | DAHLGREN NEW PHCY | 4862571 | 1174172183 | NAVY | NME | DAHLGREN | VA | STAND ALONE | NONE | 0386 | 0386 | BMC DAHLGREN | CLINIC | 22448 | | | ACTIVE | 9/23/19: NEW PHARMACY-RVM |
| East | 1PH | NCA-DAHLGREN | NCA-DAHLGREN | DAHLGREN PHARMACY | 4836447 | 1003915133 | NAVY | NME | DAHLGREN | VA | STAND ALONE | NONE | 0386 | 0386 | BMC DAHLGREN | CLINIC | 22448 | | | ACTIVE | |
| East | 1PN | NCA-FAIRFAX | NCA-FAIRFAX | DoD FAIRFAX ePhcy | 4849591 | 1194125564 | JOINT | JTPACA | FAIRFAX | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 6200 | FAIRFAX HEALTH CENTER | CLINIC | 22031 | YES | 5714322796 | ACTIVE | New January 2016 - RVM |
| East | 1PN | NCA-FAIRFAX | NCA-FAIRFAX | FAIRFAX HEALTH CTR PHCY | 4841479 | 1174263578 | JOINT | JTPACA | FAIRFAX | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 6200 | FAIRFAX HEALTH CENTER | CLINIC | 22031 | | | ACTIVE | 11/17: New MTF Pharmacy - RVM |
| East | 1PN | NCA-FAIRFAX | NCA-FAIRFAX | FAIRFAX MAIN PHCY | 4836310 | 1407932298 | JOINT | JTPACA | FAIRFAX | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 6200 | FAIRFAX HEALTH CENTER | CLINIC | 22031 | | | ACTIVE | |
| East | 1PF | NCA-FT BELVOIR | NCA-FT BELVOIR | BELVOIR AMBULATORY CARE PHCY | 4837546 | 1710391594 | ARMY | JTPACA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | AHC FT BELVOIR COMMUNITY HOSP-PH | HOSP | 22060 | | | ACTIVE | |
| East | 1PF | NCA-FT BELVOIR | NCA-FT BELVOIR | BELVOIR DIR ECC PHCY | 4837557 | 1629170345 | ARMY | JTPACA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-PH | HOSP | 22060 | | | ACTIVE | |
| East | 1PF | NCA-FT BELVOIR | NCA-FT BELVOIR | BELVOIR MAIN OP PHCY | 4839210 | 1265638906 | ARMY | JTPACA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-PH | HOSP | 22060 | | | ACTIVE | 1/25/18: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 1PF | NCA-FT BELVOIR | NCA-FT BELVOIR | BELVOIR NON-FORMULARY PHCY | 4837533 | 1912081076 | ARMY | JTPACA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-PH | HOSP | 22060 | | | ACTIVE | |
| East | 1PF | NCA-FT BELVOIR | NCA-FT BELVOIR | BELVOIR PX ANNEX PHCY | 4836269 | 1376437421 | ARMY | JTPACA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-PH | HOSP | 22060 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 1PF | NCA-FT BELVOIR | NCA-FT BELVOIR | DoD FT BELVOIR PX ePhcy | 4845422 | 1437564359 | ARMY | JTPACA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-PH | HOSP | 22060 | YES | 5713316188 | ACTIVE | |
| East | 1PF | NCA-FT BELVOIR | NCA-FT BELVOIR | DoD FT DETRICK ePhcy | 2125361 | 1679672083 | ARMY | RHC-A | FT DETRICK | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0309 | AHC BARQUIST-DETRICK | CLINIC | 21702 | YES | 3016197426 | ACTIVE | |
| East | 1PF | NCA-FT BELVOIR | NCA-FT DETRICK | DoD FT DETRICK ePhcy | 2138358 | 1205292363 | ARMY | RHC-A | FT DETRICK | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0309 | AHC BARQUIST-DETRICK | CLINIC | 21702 | YES | 3016197426 | ACTIVE | |
| East | 1PL | NCA-MEADE | NCA-MEADE | KIMBROUGH ARB CC-PHCY | 2138471 | 1184026413 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0310 | AMB SURG CEN KIMBROUGH-MEADE | CLINIC | 20755 | YES | 3016591836 | ACTIVE | |
| East | 1PL | NCA-MEADE | NCA-MEADE | MEADE CALL-IN PHCY | 2125323 | 1417385337 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0310 | KIMBROUGH-MEADE | CLINIC | 20755 | | | ACTIVE | |
| East | 1PL | NCA-MEADE | NCA-MEADE | MEADE MAIN PHCY | 2138445 | 1003048505 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0310 | KIMBROUGH-MEADE | CLINIC | 20755 | | | ACTIVE | |
| East | 1PL | NCA-MEADE | NCA-MEADE | MEADE REFILL PHCY | 2138447 | 1235164461 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0310 | KIMBROUGH-MEADE | CLINIC | 20755 | | | ACTIVE | |
| East | 1PF | NCA-FT MYER | NCA-FT MYER | DoD FT MYER ePhcy | 4849241 | 1508032589 | ARMY | JTPACA | FT MYER | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0311 | AHC ANDREW RADER-MYER-HENDERSON | CLINIC | 22211 | YES | 7036960276 | ACTIVE | |
| East | 1PF | NCA-FT MYER | NCA-FT MYER | MYER MAIN PHCY | 4836185 | 1598862765 | ARMY | JTPACA | FT MYER | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0311 | ANDREW RADER-MYER-HENDERSON | CLINIC | 22211 | | | ACTIVE | |
| East | 1PF | NCA-FT MYER | NCA-FT MYER | MYER REFILL PHCY | 4836297 | 1629067038 | ARMY | JTPACA | FT MYER | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0311 | ANDREW RADER-MYER-HENDERSON | CLINIC | 22211 | | | ACTIVE | |
| East | 1HR | NCA-INDIAN HEAD | NCA-INDIAN HEAD | INDIAN HEAD PHARMACY | 2140704 | 1376455357 | NAVY | NME | INDIAN HEAD | MD | STAND ALONE | NONE | 0390 | 0390 | BMC INDIAN HEAD | CLINIC | 20640 | | | ACTIVE | 4/26/18: New MTF pharmacy -RVM |
| East | 1HT | NCA-INDIAN HEAD | NCA-INDIAN HEAD | INDIAN HEAD REFILL PHCY | 2127635 | 1942903101 | NAVY | NME | INDIAN HEAD | MD | STAND ALONE | NONE | 0390 | 0390 | BMC INDIAN HEAD | CLINIC | 20640 | | | ACTIVE | |
| East | 1HT | NCA-LAKEHURST | NCA-LAKEHURST | LAKEHURST PHCY | 3141746 | 1306245459 | NAVY | NME | LAKEHURST | NJ | STAND ALONE | NONE | 0401 | 0401 | BMC LAKEHURST | CLINIC | 08733 | | | ACTIVE | |
| East | 1P7 | NCA-BETHESDA | NCA-INDIAN HEAD | LAKEHURST REFILL PHCY | 3141758 | 1578106100 | NAVY | NME | LAKEHURST | NJ | STAND ALONE | NONE | 0401 | 0401 | BMC LAKEHURST | CLINIC | 08733 | | | ACTIVE | |
| East | 1PT | NCA-PATUXENT RIVER | NCA-PATUXENT RIVER | PAX RIVER PHCY | 2125397 | 1659470089 | NAVY | NME | PATUXENT RIVER | MD | STAND ALONE | NONE | 0395 | 0068 | NHC PATUXENT RIVER | CLINIC | 20670 | YES | 3013430968 | ACTIVE | 1/26/17: Updated site name - RVM; 9/6/17: Changed chain code to 1PT per Rose - RVM; 7/12/2017: See notes |

ATTCH J-4

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East | 1PX | NCA-BETHESDA | NCA-PATUXENT RIVER | PAX RIVER REFILL PHCY | 2125385 | 1902905318 | NAVY | NME | PATUXENT RIVER | MD | LARGE MARKET | NATIONAL CAPITAL REGION | | 0068 | 0068 | NHC PATUXENT RIVER | CLINIC | 20670 | | | ACTIVE | |
| East | 1PX | NCA-BETHESDA | NCA-QUANTICO | DoD QUANTICO MAIN ePhcy | 4849446 | 1528473774 | NAVY | NME | QUANTICO | VA | LARGE MARKET | NATIONAL CAPITAL REGION | | 0385 | 0385 | NHC QUANTICO | CLINIC | 22134 | YES | 7037841568 | ACTIVE | 4/26/18: Correct pharmacy name from DoD QUANTICO ePhcy to DoD QUANTICO MAIN ePhcy - RVM |
| East | 1PX | NCA-BETHESDA | NCA-QUANTICO | QUANTICO OCS PHCY | 4836409 | 1780783811 | NAVY | NME | QUANTICO | VA | LARGE MARKET | NATIONAL CAPITAL REGION | | 0385 | 1670 | BMC OCS BROWN FIELD | CLINIC | 22134 | | | ACTIVE | |
| East | 1PX | NCA-BETHESDA | NCA-QUANTICO | QUANTICO TBS PHCY | 4836396 | 1194824227 | NAVY | NME | QUANTICO | VA | LARGE MARKET | NATIONAL CAPITAL REGION | | 0385 | 1671 | NBHC THE BASIC SCHOOL | CLINIC | 22134 | | | ACTIVE | |
| East | 1PAA | NCA-WALTER REED | NCA-WALTER REED | WALTER REED SOLDIER'S HOME PHCY | 0904094 | 1497075363 | JOINT | JTFNCA | WASHINGTON | DC | LARGE MARKET | NATIONAL CAPITAL REGION | | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20012 | | | ACTIVE | |
| East | 1PBB | NCA-WALTER REED | NCA-WASH DC OTHC | DoD WASH DC OTHC ePhcy | 0905072 | 1861806697 | JOINT | JTFNCA | WASHINGTON | DC | LARGE MARKET | NATIONAL CAPITAL REGION | | 0256 | 0256 | DILORENZO HEALTH CLINIC | CLINIC | 20310 | YES | 7036920899 | ACTIVE | |
| East | 1PBB | NCA-WASH DC OTHC | NCA-WASH DC OTHC | WASH DC OTHC HLTH CLINIC PHCY PENT | 0904119 | 1104822952 | JOINT | JTFNCA | WASHINGTON | DC | LARGE MARKET | NATIONAL CAPITAL REGION | | 0123 | 0256 | DILORENZO HEALTH CLINIC | CLINIC | 20310 | | | ACTIVE | |
| East | 1PPF | NCA-WASH DC PENT FLIGHT | NCA-WASH DC PENT FLIGHT | WASH DC PENTAGON FLIGHT PHCY | 0904195 | 1013014869 | JOINT | AFDW | WASHINGTON | DC | LARGE MARKET | NATIONAL CAPITAL REGION | | 0413 | 0413 | 579TH MED GROUP-BOLLING | CLINIC | 20330 | | | ACTIVE | |
| East | 1PGG | NCA-WASH DC WNY | NCA-WASH DC WNY | WASH DC WNY PHCY | 0904222 | 1922105774 | NAVY | NME | WASHINGTON | DC | LARGE MARKET | NATIONAL CAPITAL REGION | | 0385 | 0703 | NBHC WASHINGTON NAVY YARD | CLINIC | 20397 | | | ACTIVE | |
| East | 1PDD | NCA-WOODBRIDGE | NCA-WOODBRIDGE | DoD DUMFRIES ePhcy | 4849377 | 1023415825 | JOINT | JTFNCA | DUMFRIES | VA | LARGE MARKET | NATIONAL CAPITAL REGION | | 6201 | 6201 | DUMFRIES HEALTH CENTER | CLINIC | 22193 | YES | 7034417575 | ACTIVE | New: January 2015 |
| East | 1PDD | NCA-WOODBRIDGE | NCA-WOODBRIDGE | DUMFRIES HD PHCY | 4847761 | 1356674283 | JOINT | JTFNCA | DUMFRIES | VA | LARGE MARKET | NATIONAL CAPITAL REGION | | 6201 | 6201 | DUMFRIES HEALTH CENTER | CLINIC | 22025 | | | ACTIVE | 4/11/17: New MTF Pharmacy - RVM |
| East | 1PDG | NCA-WOODBRIDGE | NCA-WOODBRIDGE | WOODBRIDGE MAIN PHCY | 4836346 | 1114044175 | JOINT | JTFNCA | WOODBRIDGE | VA | LARGE MARKET | NATIONAL CAPITAL REGION | | 6123 | 6201 | DUMFRIES HEALTH CENTER | CLINIC | 22192 | | | ACTIVE | |
| West | 7WA | NELLIS | NELLIS | DoD NELLIS AIR FORCE BASE ePhcy | 2960459 | 1942616057 | AIR FORCE | ACC | NELLIS | NV | SMALL MARKET | AS VEGAS | | 0079 | 0079 | AF-MC-99th MEDGRP-NELLIS | HOSP | 89191 | YES | 7026532755 | ACTIVE | 9/26/18: Changed name from DoD NELLIS ePhcy to DoD NELLIS AIR FORCE BASE ePhcy - RVM |
| West | 7WA | NELLIS | NELLIS | NELLIS ALPHA PHCY MAIN | 2975742 | 1619076004 | AIR FORCE | ACC | NELLIS | NV | SMALL MARKET | AS VEGAS | | 0079 | 0079 | AF-MC-99th MEDGRP-NELLIS | HOSP | 89191 | | | ACTIVE | 1/25/21 : Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | 7WA | NELLIS | NELLIS | NELLIS BRAVO PHCY | 2975639 | 1023117462 | AIR FORCE | ACC | NELLIS | NV | SMALL MARKET | AS VEGAS | | 0079 | 0079 | AF-MC-99th MEDGRP-NELLIS | HOSP | 89191 | | | ACTIVE | |
| West | 7WA | NELLIS | NELLIS | NELLIS DRAVT PHCY | 2975526 | 1912006247 | AIR FORCE | ACC | NELLIS | NV | SMALL MARKET | AS VEGAS | | 0079 | 0079 | AF-MC-99th MEDGRP-NELLIS | HOSP | 89191 | | | ACTIVE | |
| West | 7XA | OFFUTT | OFFUTT | DoD OFFUTT ePhcy | 2818827 | 1871909946 | AIR FORCE | ACC | OFFUTT | NE | STAND ALONE | NONE | | 0078 | 0078 | AF-C-55th MEDGRP-OFFUTT | CLINIC | 68113 | YES | 4022940711 | ACTIVE | |
| West | 7XA | OFFUTT | OFFUTT | OFFUTT MAIN PHCY | 2815706 | 1194824624 | AIR FORCE | ACC | OFFUTT | NE | STAND ALONE | NONE | | 0078 | 0078 | AF-C-55th MEDGRP-OFFUTT | CLINIC | 68113 | | | ACTIVE | |
| West | 7XA | OFFUTT | OFFUTT | OFFUTT SATL PHCY | 2815718 | 1063915438 | AIR FORCE | ACC | OFFUTT | NE | STAND ALONE | NONE | | 0078 | 0078 | AF-C-55th MEDGRP-OFFUTT | CLINIC | 68113 | | | ACTIVE | |
| Pac fic | PFA | OKINAWA | KADENA | KADENA PHCY | 8210229 | 1982773322 | AIR FORCE | PACAF | KADENA | AP | DHR PACIFIC | OKINAWA ISLANDS | | 0804 | 0804 | AF-C-18th MEDGRP-KADENA | CLINIC | 96368 | | | ACTIVE | |
| Pac fic | PFB | OKINAWA | OKINAWA | OKINAWA BUSH PHCY | 8210255 | 1659440717 | NAVY | NMW | OKINAWA | AP | DHR PACIFIC | OKINAWA ISLANDS | | 0621 | 7032 | BMC CAMP BUSH/COURTNEY | CLINIC | 96362 | | | ACTIVE | |
| Pac fic | PFB | OKINAWA | OKINAWA | OKINAWA EVANS PHCY | 8210267 | 1710056874 | NAVY | NMW | OKINAWA | AP | DHR PACIFIC | OKINAWA ISLANDS | | 0621 | 0862 | BMC EVANS-CAMP FOSTER | CLINIC | 96362 | | | ACTIVE | |
| Pac fic | PFB | OKINAWA | OKINAWA | OKINAWA FUTENMA PHCY | 8210318 | 1346319423 | NAVY | NMW | OKINAWA | AP | DHR PACIFIC | OKINAWA ISLANDS | | 0621 | 0861 | BMC MCAS FUTENMA | CLINIC | 96362 | | | ACTIVE | |
| Pac fic | PFB | OKINAWA | OKINAWA | OKINAWA HANSEN PHCY | 8210320 | 1053486137 | NAVY | NMW | OKINAWA | AP | DHR PACIFIC | OKINAWA ISLANDS | | 0621 | 7033 | BMC CAMP HANSEN | CLINIC | 96604 | | | ACTIVE | |
| Pac fic | PFB | OKINAWA | OKINAWA | OKINAWA KINSER PHCY | 8210344 | 1730258815 | NAVY | NMW | OKINAWA | AP | DHR PACIFIC | OKINAWA ISLANDS | | 0621 | 1269 | BMC CAMP KINSER | CLINIC | 96362 | | | ACTIVE | |
| Pac fic | PFB | OKINAWA | OKINAWA | OKINAWA OP PHCY | 8210332 | 1851460935 | NAVY | NMW | OKINAWA | AP | DHR PACIFIC | OKINAWA ISLANDS | | 0621 | 0621 | NH OKINAWA | HOSP | 96362 | | | ACTIVE | |
| Pac fic | PFB | OKINAWA | OKINAWA | OKINAWA SCHWAB PHCY | 8210279 | 1891864963 | NAVY | NMW | OKINAWA | AP | DHR PACIFIC | OKINAWA ISLANDS | | 0621 | 7107 | BMC CAMP SCHWAB-OKINAWA | CLINIC | 96604 | | | ACTIVE | |
| Pac fic | PGA | OSAN | OSAN | OSAN OP PHCY | 8210281 | 1427127596 | AIR FORCE | PACAF | OSAN | AP | DHR PACIFIC | KOREA | | 0638 | 0638 | AF-H-51st MEDGRP-OSAN | HOSP | 96278 | | | ACTIVE | |
| Pac fic | PGB | OSAN | TAEGU AIR BASE | TAEGU IDMT PHCY | 8210443 | 1619297991 | AIR FORCE | PACAF | TAEGUE AIR BASE | AP | DHR PACIFIC | KOREA | | 0612 | 0907 | AHC-CAMP WALKER-TAEGU | CLINIC | 96213 | | | ACTIVE | |
| East | 3MA | PATRICK | PATRICK | DoD PATRICK ePhcy | 5721546 | 1568878676 | AIR FORCE | AFSPC | PATRICK | FL | STAND ALONE | NONE | | 0046 | 0046 | AF-C-45th MEDGRP-PATRICK | CLINIC | 32925 | YES | 3214942727 | ACTIVE | 9/11/17: updated fax number RVM |
| East | 3MA | PATRICK | PATRICK | PATRICK MAIN PHCY 45TH MDG | 1080455 | 1366541088 | AIR FORCE | AFSPC | PATRICK | FL | STAND ALONE | NONE | | 0046 | 0046 | AF-C-45th MEDGRP-PATRICK | CLINIC | 32925 | | | ACTIVE | |
| East | 3MA | PATRICK | PATRICK | PATRICK SATL PHCY | 1088118 | 1063511707 | AIR FORCE | AFSPC | PATRICK | FL | STAND ALONE | NONE | | 0046 | 0046 | AF-C-45th MEDGRP-PATRICK | CLINIC | 32925 | | | ACTIVE | |
| East | 3EA | PENSACOLA | CRANE | CRANE NHBC PHCY | 1562099 | 1578730727 | NAVY | NME | CRANE | IN | LARGE MARKET | COASTAL MISSISSIPPI | | 0038 | 0357 | NBHC MYRNSON CRANE | CLINIC | 47522 | | | ACTIVE | |
| East | 3FP | PENSACOLA | GULFPORT | DoD GULFPORT NHBC ePhcy | 2589705 | 1568773192 | NAVY | NME | GULFPORT | MS | LARGE MARKET | COASTAL MISSISSIPPI | | 0038 | 0316 | NBHC GULFPORT | CLINIC | 39501 | YES | 2288712135 | ACTIVE | |
| East | 3FP | PENSACOLA | GULFPORT | GULFPORT PHCY | 2520332 | 1194824517 | NAVY | NME | GULFPORT | MS | LARGE MARKET | COASTAL MISSISSIPPI | | 0038 | 0316 | NBHC GULFPORT | CLINIC | 39501 | | | ACTIVE | |
| East | 3FB | PENSACOLA | MERIDIAN | DoD MERIDIAN ePhcy | 2589729 | 1972917060 | NAVY | NME | MERIDIAN | MS | STAND ALONE | NONE | | 0038 | 0317 | NBHC MERIDIAN | CLINIC | 39309 | YES | 6016792973 | ACTIVE | |
| East | 3FB | PENSACOLA | MERIDIAN | MERIDIAN PHCY | 2520256 | 1780983558 | NAVY | NME | MERIDIAN | MS | STAND ALONE | NONE | | 0038 | 0317 | NBHC MERIDIAN | CLINIC | 39309 | | | ACTIVE | |
| East | 3FC | PENSACOLA | MILLINGTON | DoD MILLINGTON ePhcy | 4446729 | 1477960698 | NAVY | NME | MILLINGTON | TN | LARGE MARKET | NONE | | 0038 | 0107 | NBHC NSA MID-SOUTH | CLINIC | 38054 | YES | 9018746120 | ACTIVE | |
| East | 3FC | PENSACOLA | MILLINGTON | MILLINGTON NAVEX PHCY | 4434130 | 1063510139 | NAVY | NME | MILLINGTON | TN | LARGE MARKET | NONE | | 0038 | 0107 | NBHC NSA MID-SOUTH | CLINIC | 38054 | | | ACTIVE | |
| East | 3FC | PENSACOLA | MILLINGTON | MILLINGTON PHCY | 4434142 | 1295926160 | NAVY | NME | MILLINGTON | TN | STAND ALONE | NONE | | 0038 | 0107 | NBHC NSA MID-SOUTH | CLINIC | 38054 | | | ACTIVE | 8/9/15: Rosemary confirmed that this s te is closed. She submitted a form to NCPDP to get it deactivated. RVM |
| East | 3FD | PENSACOLA | MILTON | DoD MILTON WHITING FIELD ePhcy | 2589827 | 1730286584 | NAVY | NME | MILTON | FL | LARGE MARKET | LORIDA PANHANDLE | | 0038 | 0261 | NBHC MILTON WHITING FIELD | CLINIC | 32570 | | | ACTIVE | |
| East | 3FD | PENSACOLA | MILTON | DoD NEW ORLEANS BELLE CHASSE ePhcy | 1937587 | 1093128282 | NAVY | NME | NEW ORLEANS | LA | LARGE MARKET | NONE | | 0038 | 0304 | NBHC NAS BELLE CHASSE | CLINIC | 70143 | YES | 5046789069 | ACTIVE | |
| East | 3FE | PENSACOLA | NEW ORLEANS | NEW ORLEANS BELLE CHASSE PHCY | 1930076 | 1801993694 | NAVY | NME | NEW ORLEANS | LA | LARGE MARKET | NONE | | 0038 | 0304 | NBHC NAS BELLE CHASSE | CLINIC | 70143 | | | ACTIVE | |
| East | 3FG | PENSACOLA | PANAMA CITY | DoD PANAMA CITY NBHC ePhcy | 5736698 | 1114425719 | NAVY | NME | PANAMA CITY | FL | LARGE MARKET | FLORIDA PANHANDLE | | 0038 | 0265 | NBHC NAVCOASTSYSC PANAMA CITY | CLINIC | 32407 | YES | 8506 67138 | ACTIVE | 3/ /20: 8; New MTF ePharmacy - RVM |
| East | 3FG | PENSACOLA | PANAMA CITY | PANAMA CITY PHCY | 1088992 | 1821195678 | NAVY | NME | PANAMA CITY | FL | LARGE MARKET | FLORIDA PANHANDLE | | 0038 | 0265 | NBHC NAVCOASTSYSC PANAMA CITY | CLINIC | 32407 | | | ACTIVE | |
| East | 3FH | PENSACOLA | PENSACOLA | DoD NHP PENSACOLA SATL ePhcy | 5721027 | 1457764028 | NAVY | NME | PENSACOLA | FL | LARGE MARKET | FLORIDA PANHANDLE | | 0038 | 0038 | NH PENSACOLA | HOSP | 32512 | YES | 8505056758 | ACTIVE | 1/26/2017: Change fax number from 8505055 - 58 to 8505056459 per James Mado id (Rose) - RVM |
| East | 3FA | PENSACOLA | PENSACOLA | PENSACOLA MAIN PHCY | 5714361 | 1518301496 | NAVY | NME | PENSACOLA | FL | LARGE MARKET | FLORIDA PANHANDLE | | 0038 | 0038 | NH PENSACOLA | HOSP | 32512 | | | ACTIVE | |
| East | 3FA | PENSACOLA | PENSACOLA | PENSACOLA SATL PHCY | 5714363 | 1518301486 | NAVY | NME | PENSACOLA | FL | LARGE MARKET | FLORIDA PANHANDLE | | 0038 | 0038 | NH PENSACOLA | HOSP | 32508 | | | ACTIVE | |
| East | 3FJ | PENSACOLA | PENSACOLA - CORRY | PENSACOLA CORRY BHC PHCY | 1088966 | 1194622940 | NAVY | NME | PENSACOLA | FL | LARGE MARKET | FLORIDA PANHANDLE | | 0038 | 0513 | NBHC NTTC PENSACOLA | CLINIC | 32511 | | | ACTIVE | |
| East | 3FK | PENSACOLA | PENSACOLA - NAS | PENSACOLA NAS BHC PHCY | 1088978 | 1003911856 | NAVY | NME | PENSACOLA | FL | LARGE MARKET | FLORIDA PANHANDLE | | 0038 | 0260 | NBHC NAS PENSACOLA | CLINIC | 32508 | | | ACTIVE | |
| East | 3FA | PENSACOLA - NATTC | PENSACOLA - NATTC | PENSACOLA NATTC BHC PHCY | 1088980 | 1912004574 | NAVY | NME | PENSACOLA | FL | LARGE MARKET | FLORIDA PANHANDLE | | 0038 | 0262 | NBHC NATTC PENSACOLA | CLINIC | 32508 | | | ACTIVE | |
| East | 2EA | PORTSMOUTH NMC | CHESAPEAKE | DoD PORTS VA TPC CHESAPEAKE ePhcy | 4845383 | 1548270950 | NAVY | NME | CHESAPEAKE | VA | LARGE MARKET | TIDEWATER | | 0124 | 6221 | TRICARE OUTPATIENT CHESAPEAKE | CLINIC | 23320 | YES | 7579536317 | INACTIVE | 10/16 : 8; Dr. Oh asked for this site to get repub shed; moved from inactive tab back to Active tab - RVM |
| East | 2EB | PORTSMOUTH NMC | CHESAPEAKE | NMCPTSVA NORTHWEST NSG | 4834998 | 1861599813 | NAVY | NME | CHESAPEAKE | VA | LARGE MARKET | TIDEWATER | | 0124 | 0519 | NBHC CHESAPEAKE | CLINIC | 23320 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 2EA | PORTSMOUTH NMC | PORTS VA TPC CHESAPEAKE | | 4834979 | 1043153089 | NAVY | NME | CHESAPEAKE | VA | LARGE MARKET | TIDEWATER | | 0124 | 6221 | TRICARE OUTPATIENT CHESAPEAKE | CLINIC | 23320 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 2EB | PORTSMOUTH NMC | FT. EUSTIS | DoD FT EUSTIS ePhcy | 4845458 | 1861807703 | ARMY | RHC-A | FT. EUSTIS | VA | LARGE MARKET | TIDEWATER | | 0121 | 0121 | AHC MCDONALD-EUSTIS | CLINIC | 23604 | YES | 7573147764 | ACTIVE | |
| East | 2EB | PORTSMOUTH NMC | FT. EUSTIS | EUSTIS MAIN PHCY | 4849461 | 1750039340 | ARMY | RHC-A | FT. EUSTIS | VA | LARGE MARKET | TIDEWATER | | 0121 | 0121 | AHC MCDONALD-EUSTIS | CLINIC | 23604 | | | ACTIVE | 4/17/19: NEW PHARMACY - RVM |
| East | 2EB | PORTSMOUTH NMC | FT. EUSTIS | EUSTIS NASSAU PHCY | 4834006 | 1225434189 | ARMY | RHC-A | FT. EUSTIS | VA | LARGE MARKET | TIDEWATER | | 0121 | 0121 | AHC MCDONALD-EUSTIS | CLINIC | 23604 | | | ACTIVE | |
| East | 2EB | PORTSMOUTH NMC | FT. EUSTIS | EUSTIS TMC 2 PHCY | 4841722 | 1902933476 | ARMY | RHC-A | FT. EUSTIS | VA | LARGE MARKET | TIDEWATER | | 0121 | 0134 | TMC-2-EUSTIS | CLINIC | 23604 | | | ACTIVE | |
| East | 2EB | PORTSMOUTH NMC | FT. LEE | DoD FT LEE ePhcy | 4845395 | 1417136366 | ARMY | RHC-A | FT. LEE | VA | LARGE MARKET | CENTRAL V RGINIA | | 0122 | 6222 | KENNER ARMY HLTH CLINIC | CLINIC | 23801 | YES | 8047340049 | ACTIVE | |
| East | 2EB | PORTSMOUTH NMC | FT. LEE | LEE BROADENING PHCY | 4834191 | 1902763907 | ARMY | RHC-A | FT. LEE | VA | LARGE MARKET | CENTRAL V RGINIA | | 0122 | 6222 | KENNER ARMY HLTH CLINIC | CLINIC | 23801 | | | ACTIVE | |
| East | 2EB | PORTSMOUTH NMC | FT. LEE | LEE MAIN PHCY | 4834103 | 1194724949 | ARMY | RHC-A | FT. LEE | VA | LARGE MARKET | CENTRAL V RGINIA | | 0122 | 6222 | KENNER ARMY HLTH CLINIC | CLINIC | 23801 | | | ACTIVE | |
| East | 2EB | PORTSMOUTH NMC | FT. LEE | LEE TMC 2 PHCY | 4841833 | 1811196619 | ARMY | RHC-A | FT. LEE | VA | LARGE MARKET | CENTRAL V RGINIA | | 0122 | 0135 | TMC-2-LEE | CLINIC | 23801 | | | ACTIVE | |
| East | 2EG | PORTSMOUTH NMC | LANGLEY | DoD LANGLEY ePhcy | 4845513 | 1215095618 | AIR FORCE | ACC | LANGLEY | VA | LARGE MARKET | TIDEWATER | | 0043 | 0043 | AF-C-633rd MEDGRP-LANGLEY | HOSP | 23665 | YES | 7577648383 | ACTIVE | |
| East | 2EG | PORTSMOUTH NMC | LANGLEY | LANGLEY MAIN PHCY | 4834077 | 1043906924 | AIR FORCE | ACC | LANGLEY | VA | LARGE MARKET | TIDEWATER | | 0043 | 0043 | AF-C-633rd MEDGRP-LANGLEY | HOSP | 23665 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 2EG | PORTSMOUTH NMC | LANGLEY | LANGLEY RIGHT CARE PHCY | 4834198 | 1699825734 | AIR FORCE | ACC | LANGLEY | VA | LARGE MARKET | TIDEWATER | | 0043 | 0043 | AF-C-633rd MEDGRP-LANGLEY | HOSP | 23665 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 2EO | PORTSMOUTH NMC | NORFOLK | DoD PORTS VA TPC NORFOLK ePhcy | 4845589 | 1962612009 | NAVY | NME | NORFOLK | VA | LARGE MARKET | TIDEWATER | | 0508 | 6217 | TRICARE OUTPATIENT NORFOLK | CLINIC | 23511 | YES | 7575539559 | ACTIVE | |
| East | 2EM | PORTSMOUTH NMC | NORFOLK - LITTLE CREEK | DoD PORTS VA LITTLE CREEK ePhcy | 4841590 | 1801196784 | NAVY | NME | NORFOLK | VA | LARGE MARKET | TIDEWATER | | 0124 | 0509 | NBHC LITTLE CREEK | CLINIC | 23521 | YES | 7575538037 | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 2EM | PORTSMOUTH NMC | NORFOLK - OCEANA | PORTS VA BHC OCEANA | 4834217 | 1043921865 | NAVY | NME | NORFOLK | VA | LARGE MARKET | TIDEWATER | | 0124 | 0510 | NBHC OCEANA | CLINIC | 23460 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 2EN | PORTSMOUTH NMC | NORFOLK NAVAL SHIPYARD | PORTSMOUTH NAVAL SHIPYARD ePhcy | 4834203 | 1568748816 | NAVY | NME | PORTSMOUTH | VA | LARGE MARKET | TIDEWATER | | 0124 | 0508 | NBHC NAVSTA SEWELLS | CLINIC | 23511 | | | ACTIVE | |
| East | 2EA | PORTSMOUTH NMC | PORTSMOUTH NMC | DoD PORTS VA HOSP CENTER ePhcy | 4845674 | 1497742624 | NAVY | NME | PORTSMOUTH | VA | LARGE MARKET | TIDEWATER | | 0124 | 0124 | NMC PORTSMOUTH | HOSP | 23708 | YES | 7575538450 | ACTIVE | |
| East | 2EA | PORTSMOUTH NMC | PORTSMOUTH NMC | PORTS VA HOSP CENTER PHCY | 4834229 | 1023136017 | NAVY | NME | PORTSMOUTH | VA | LARGE MARKET | TIDEWATER | | 0124 | 0124 | NMC PORTSMOUTH | HOSP | 23708 | | | ACTIVE | |
| East | 2EA | PORTSMOUTH NMC | PORTSMOUTH NMC | PORTS VA HOSP LOFTIN PHCY | 4834241 | 1245385061 | NAVY | NME | PORTSMOUTH | VA | LARGE MARKET | TIDEWATER | | 0124 | 0124 | NMC PORTSMOUTH | HOSP | 23708 | | | ACTIVE | |
| East | 2ER | PORTSMOUTH NMC | SUFFOLK VA | SUFFOLK VA PHCY | 4834253 | 1780787903 | NAVY | NME | SUFFOLK | VA | LARGE MARKET | TIDEWATER | | 0124 | 6246 | TRICARE OUTPATIENT CLINIC-SUFFOLK | CLINIC | 23435 | | | ACTIVE | |
| East | 2EP | PORTSMOUTH NMC | VIRGINIA BEACH - DAM NECK | VIRGINIA BEACH DAM NECK PHCY | 4834255 | 1497743010 | NAVY | NME | VIRGINIA BEACH | VA | LARGE MARKET | TIDEWATER | | 0124 | 0511 | NBHC DAM NECK | CLINIC | 23461 | | | ACTIVE | |
| East | 2EI | PORTSMOUTH NMC | VIRGINIA BEACH - TCC | DoD PORTS VA VIRGINIA BEACH ePhcy | 4841700 | 1811097700 | NAVY | NME | VIRGINIA BEACH | VA | LARGE MARKET | TIDEWATER | | 0124 | 6224 | TRICARE OUTPATIENT CLINIC-VA BCH | CLINIC | 23453 | YES | 7573545356 | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 2ET | PORTSMOUTH NMC | YORKTOWN | PORTS VA BHC YORKTOWN | 4835027 | 1699888597 | NAVY | NME | YORKTOWN | VA | LARGE MARKET | TIDEWATER | | 0124 | 0381 | NBHC YORKTOWN | CLINIC | 23691 | | | ACTIVE | |

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(This page consists of a single very dense, wide spreadsheet-style table listing Military Treatment Facility pharmacy sites with regions East, West, Europe, and Pacific Rim, including entries such as REDSTONE ARSENAL, ROBINS, ROTA, SAN DIEGO NMC / CAMP PENDLETON, CHINA LAKE, CHULA VISTA, EL CENTRO, OCEANSIDE, POINT MUGU, PORT HUENEME, MIRAMAR, SAN DIEGO, TEMECULA, TWENTY-NINE PALMS, YUMA, SCOTT, SEOUL, OSAN, KUNSAN, SEYMOUR-JOHNSON, SHAW, and SHEPPARD. The individual cell values are rendered at a resolution too low to transcribe reliably without fabricating content.)*

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East | 4NB | SHEPPARD | SHEPPARD | SHEPPARD OP PHCY | 4510699 | 1568561785 | AIR FORCE | AETC | SHEPPARD | TX | SMALL MARKET | CENTRAL OKLAHOMA | 0113 | 0113 | AF-C-82nd MEDGRP-SHEPPARD | CLINIC | 76311 | | | ACTIVE | |
| East | 4NB | SHEPPARD | SHEPPARD | SHEPPARD SATL PHCY | 4510702 | 1447359690 | AIR FORCE | AETC | SHEPPARD | TX | SMALL MARKET | CENTRAL OKLAHOMA | 0113 | 0113 | AF-C-82nd MEDGRP-SHEPPARD | CLINIC | 76311 | | | ACTIVE | |
| Europe | EBA | SIGONELLA | BAHRAIN | BAHRAIN EMC PHCY | 8110811 | 1063894061 | NME | | BAHRAIN | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0624 | 1170 | NBHC NSA BAHRAIN | CLINIC | 09859 | | | ACTIVE | |
| Europe | EBA | SIGONELLA | BAHRAIN | BAHRAIN PHCY | 8110102 | 1497634600 | NME | | BAHRAIN | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0624 | 1170 | NBHC NSA BAHRAIN | CLINIC | 09834 | | | ACTIVE | |
| Europe | EPA | SIGONELLA | SIGONELLA | SIGONELLA FLIGHT LINE PHCY | 8110455 | 1285703355 | NME | | SIGONELLA | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0624 | 0624 | NH SIGONELLA | HOSP | 09636 | | | ACTIVE | |
| Europe | EPA | SIGONELLA | SIGONELLA | SIGONELLA MAIN PHCY | 8110467 | 1083783161 | NME | | SIGONELLA | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0624 | 0624 | NH SIGONELLA | HOSP | 09636 | | | ACTIVE | |
| East | 6NA | TIMKER | TIMKER | DoD TIMKER ePhcy | 3728207 | 1568877702 | AIR FORCE | AMC | TIMKER | OK | STAND ALONE | NONE | 0096 | 0096 | AF-C-72nd MEDGRP-TIMKER | CLINIC | 73145 | YES | 4057 62890 | ACTIVE | |
| East | 6PA | TIMKER | TIMKER | TIMKER PHCY | 3722217 | 1245337096 | AIR FORCE | AMC | TIMKER | OK | STAND ALONE | NONE | 0096 | 0096 | AF-C-72nd MEDGRP-TIMKER | CLINIC | 73145 | | | ACTIVE | |
| West | 0BD | TRAVIS | BEALE | BEALE MAIN PHCY | 0546373 | 1790884740 | AIR FORCE | ACC | BEALE | CA | STAND ALONE | NONE | 0015 | 0015 | AF-C-9th MEDGRP-BEALE | CLINIC | 95903 | | | ACTIVE | |
| West | 0BD | TRAVIS | BEALE | DoD BEALE ePhcy | 5652537 | 1518366574 | AIR FORCE | ACC | BEALE | CA | STAND ALONE | NONE | 0015 | 0015 | AF-C-9th MEDGRP-BEALE | CLINIC | 95903 | YES | 5306344653 | ACTIVE | |
| West | 0BD | TRAVIS | MONTEREY | DoD MONTEREY ePhcy | 5651737 | 1770997124 | ARMY | RHC-P | MONTEREY | CA | STAND ALONE | NONE | 0125 | 0247 | AHC MONTEREY | CLINIC | 93944 | YES | 8312425809 | ACTIVE | |
| West | 0BD | TRAVIS | MONTEREY | MONTEREY MD PHCY | 5637814 | 1902122243 | ARMY | RHC-P | MONTEREY | CA | STAND ALONE | NONE | 0125 | 0247 | AHC MONTEREY | CLINIC | 93944 | | | ACTIVE | |
| West | 0BD | TRAVIS | MONTEREY | MONTEREY PHCY PRESIDIO OF | 0546424 | 1962501910 | ARMY | RHC-P | MONTEREY | CA | STAND ALONE | NONE | 0125 | 0247 | AHC MONTEREY | CLINIC | 93944 | | | ACTIVE | 1/25/17 - Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | 0BF | TRAVIS | TRAVIS | DoD TRAVIS ePhcy | 3651559 | 1043612681 | AIR FORCE | AMC | TRAVIS | CA | LARGE MARKET | SACRAMENTO | 0014 | 0014 | AF-MC-60th MEDGRP-TRAVIS | HOSP | 94535 | YES | 7074237996 | ACTIVE | 9/11/17: updated fax number RVM |
| West | 0BF | TRAVIS | TRAVIS | TRAVIS 1ST FLR OP PHCY | 0550269 | 1528157582 | AIR FORCE | AMC | TRAVIS | CA | LARGE MARKET | SACRAMENTO | 0014 | 0014 | AF-MC-60th MEDGRP-TRAVIS | HOSP | 94535 | | | ACTIVE | |
| West | 0BF | TRAVIS | TRAVIS | TRAVIS BX OP PHCY | 0550029 | 1942309919 | AIR FORCE | AMC | TRAVIS | CA | LARGE MARKET | SACRAMENTO | 0014 | 0014 | AF-MC-60th MEDGRP-TRAVIS | HOSP | 94535 | | | ACTIVE | |
| West | 0BF | TRAVIS | TRAVIS | TRAVIS NG NEW REFILL PHCY | 0549761 | 1245511222 | AIR FORCE | AMC | TRAVIS | CA | LARGE MARKET | SACRAMENTO | 0014 | 0014 | AF-MC-60th MEDGRP-TRAVIS | HOSP | 94535 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | PKH | TRIPLER | BARBERS PT | BARBERS PT PHCY | 1204104 | 1700985322 | NAVY | NME | HONOLULU | HI | LARGE MARKET | HAWAII | 7043 | 7043 | USCG CLINIC BARBERS POINT | CLINIC | 96701 | | | ACTIVE | |
| West | PKA | TRIPLER | CAMP SMITH | CAMP SMITH PHCY | 1204267 | 1134397037 | NAVY | NMW | CAMP SMITH | HI | LARGE MARKET | HAWAII | 0280 | 1987 | NBHC MCB CAMP H.M SMITH | CLINIC | 96861 | | | ACTIVE | 8/ 0/15: Rose ver filed with LT William Agbo nw Illam agbo@med navy miln that pharmacy is active. RVM |
| West | PKA | TRIPLER | HICKAM | DoD HICKAM ePhcy | 1241479 | 1629465062 | AIR FORCE | PACAF | HICKAM | HI | LARGE MARKET | HAWAII | 0287 | 0287 | AF-C-15th MEDGRP 39HP-HICKAM | CLINIC | 96853 | YES | 8084486740 | ACTIVE | |
| West | PKA | TRIPLER | HICKAM | HICKAM PHCY | 1203900 | 1649379322 | AIR FORCE | PACAF | HICKAM | HI | LARGE MARKET | HAWAII | 0287 | 0287 | AF-C-15th MEDGRP 39HP-HICKAM | CLINIC | 96853 | | | ACTIVE | |
| West | PKB | TRIPLER | HONOLULU | HONOLULU VA PHCY MAIN | 1204229 | 1801995436 | ARMY | RHC-P | HONOLULU | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AHC TRIPLER-SHAFTER | HOSP | 96859 | | | ACTIVE | 6/ 8/17: Changed inactive dmis facility 6513 to active dmis fac Illy 0052 - RVM |
| West | PKC | TRIPLER | KANEOHE BAY | DoD KANEOHE BAY ePhcy | 1241467 | 1558773069 | NAVY | NMW | KANEOHE BAY | HI | LARGE MARKET | HAWAII | 0280 | 0285 | BMC MCAS KANEOHE BAY | CLINIC | 96744 | YES | 8082571326 | ACTIVE | 1/26/2017: Changed fax number from 8082573126 to 8082571326 per Rose documentation - RVM |
| West | PKC | TRIPLER | KANEOHE BAY | KANEOHE BAY PHCY | 1204091 | 1891894416 | NAVY | NMW | KANEOHE BAY | HI | LARGE MARKET | HAWAII | 0280 | 0285 | BMC MCAS KANEOHE BAY | CLINIC | 96863 | | | ACTIVE | |
| West | PKD | TRIPLER | PEARL HARBOR | DoD PEARL HARBOR MAKALAPA ePhcy | 1241493 | 1588079206 | NAVY | NMW | PEARL HARBOR | HI | LARGE MARKET | HAWAII | 0280 | 0280 | NHC HAWAII | CLINIC | 96860 | YES | 8084730479 | ACTIVE | |
| West | PKD | TRIPLER | PEARL HARBOR | PEARL HARBOR MAKALAPA PHCY | 1204089 | 1083719306 | NAVY | NMW | PEARL HARBOR | HI | LARGE MARKET | HAWAII | 0280 | 0280 | NHC HAWAII | CLINIC | 96860 | | | ACTIVE | |
| West | PKE | TRIPLER | SCHOFIELD BARRACKS | DoD SCHOFIELD ePhcy | 1241518 | 1972919348 | ARMY | RHC-P | SCHOFIELD BARRACKS | HI | LARGE MARKET | HAWAII | 0052 | 0417 | DESMOND-DOSS-SCHOFIELD BARRACK | CLINIC | 96857 | YES | 8084338417 | ACTIVE | |
| West | PKE | TRIPLER | SCHOFIELD BARRACKS | SCHOFIELD PHCY | 1203946 | 1558460238 | ARMY | RHC-P | SCHOFIELD BARRACKS | HI | LARGE MARKET | HAWAII | 0052 | 0417 | DESMOND-DOSS-SCHOFIELD BARRACK | CLINIC | 96857 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | DoD TRIPLER ePhcy | 1241455 | 1902218423 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AHC TRIPLER-SHAFTER | HOSP | 96859 | YES | 8084339054 | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | DoD TRIPLER WARRIOR OHANA PHCY | 1241607 | 1245628056 | ARMY | RHC-P | KAPOLEI | HI | LARGE MARKET | HAWAII | 0052 | 6120 | CBMH WARRIOR OHANA-SHAFTER | HOSP | 96859 | YES | 8086824002 | ACTIVE | New  January 2015 |
| West | PKF | TRIPLER | TRIPLER | TRIPLER CBRCC WO CALL-IN PHCY | 1240706 | 1588944821 | ARMY | RHC-P | KAPOLEI | HI | LARGE MARKET | HAWAII | 0052 | 6120 | CBMH WARRIOR OHANA-SHAFTER | CLINIC | 96707 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | TRIPLER CBRCC WO PHCY | 1240628 | 1235436726 | ARMY | RHC-P | KAPOLEI | HI | LARGE MARKET | HAWAII | 0052 | 6120 | CBMH WARRIOR OHANA-SHAFTER | CLINIC | 96707 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | TRIPLER HOH CNC PHCY | 1203998 | 1467551143 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AHC TRIPLER-SHAFTER | HOSP | 96859 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | PKF | TRIPLER | TRIPLER | TRIPLER MAIN OP PHCY | 0204356 | 1699874114 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AHC TRIPLER-SHAFTER | HOSP | 96859 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | TRIPLER NEX PHCY | 1204356 | 1699874114 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AHC TRIPLER-SHAFTER | HOSP | 96859 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | TRIPLER REFILL PHCY | 1204515 | 1376642058 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AHC TRIPLER-SHAFTER | HOSP | 96859 | | | ACTIVE | |
| West | PKG | TRIPLER | WAHIAWA | WAHIAWA ANNEX PHCY | 1204231 | 1902084577 | NAVY | NMW | WAHIAWA | HI | LARGE MARKET | HAWAII | 0280 | 0284 | NBHC NAVCAMS EASTPAC | CLINIC | 96786 | | | ACTIVE | 8/ 0/15: Rose ver filed with LT William Agbo nw Illam agbo@med navy miln that pharmacy is active  RVM |
| East | 4HA | TYNDALL | TYNDALL | DoD TYNDALL ePhcy | 5722132 | 1962891928 | AIR FORCE | ACC | TYNDALL | FL | LARGE MARKET | FLORIDA PANHANDLE | 0043 | 0043 | AF-C-325th MEDGRP-TYNDALL | CLINIC | 32403 | YES | 8502837053 | ACTIVE | 5/11/19: Fax update RVM; 9/11/17: updated fax number RVM |
| East | 4HA | TYNDALL | TYNDALL | TYNDALL MAIN PROVIDER PHCY | 0575286 | 1386708030 | AIR FORCE | ACC | TYNDALL | FL | LARGE MARKET | FLORIDA PANHANDLE | 0043 | 0043 | AF-C-325th MEDGRP-TYNDALL | CLINIC | 32403 | YES | 10/10/2000 | 4/6/2007 | ACTIVE | /28/16: TYNDALL SATL PHCY change name to TYNDALL MAIN PROVIDER PHCY NCPDP 1075286 NPI 1386708030 moved t om react re tab to act re t NCPDP has been  new good 7h s change  a per LSCol Fa rley |
| East | 4QA | VANCE | VANCE | DoD VANCE ePhcy | 3726233 | 1962618536 | AIR FORCE | AETC | VANCE | OK | STAND ALONE | NONE | 0338 | 0338 | AF-C-71st MEDGRP-VANCE | CLINIC | 73705 | YES | 5802135169 | ACTIVE | |
| East | 4QA | VANCE | VANCE | VANCE PHCY 71ST MDG | 3722247 | 1710086079 | AIR FORCE | AETC | VANCE | OK | STAND ALONE | NONE | 0338 | 0338 | AF-C-71st MEDGRP-VANCE | CLINIC | 73705 | | | ACTIVE | |
| West | 9FA | VANDENBERG | VANDENBERG | DoD VANDENBERG ePhcy | 5652044 | 1043626419 | AIR FORCE | AFSPC | VANDENBERG | CA | LARGE MARKET | NONE | 0018 | 0018 | AF-C-30th MEDGRP-VANDENBERG | CLINIC | 93437 | YES | 8056058380 | ACTIVE | |
| West | 9FA | VANDENBERG | VANDENBERG | VANDENBERG PHCY | 0549759 | 1679635408 | AIR FORCE | AFSPC | VANDENBERG | CA | LARGE MARKET | NONE | 0018 | 0018 | AF-C-30th MEDGRP-VANDENBERG | CLINIC | 93437 | | | ACTIVE | |
| West | 7YA | WARREN | WARREN | DoD FE WARREN ePhcy | 5204540 | 1578976608 | AIR FORCE | AFSPC | FE WARREN | WY | STAND ALONE | NONE | 0129 | 0129 | AF-C-90th MEDGRP-FE WARREN | CLINIC | 82005 | YES | 3077734589 | ACTIVE | |
| West | 7YA | WARREN | WARREN | FE WARREN PHCY | 5203625 | 1578062514 | AIR FORCE | AFSPC | FE WARREN | WY | STAND ALONE | NONE | 0129 | 0129 | AF-C-90th MEDGRP-FE WARREN | CLINIC | 82005 | | | ACTIVE | |
| East | 1NB | WEST POINT | FT. HAMILTON | HAMILTON PHCY | 3308120 | 1912006362 | ARMY | RHC-A | FT. HAMILTON | NY | SMALL MARKET | WEST POINT | 0086 | 0086 | ACH KELLER-WEST POINT | HOSP | 11252 | | | ACTIVE | 7/12/2017: Per Roger Wil iams  service command changed from NRMC to RHC-A - RVM; 4/18/17: Changed inactive dmis fac illy 0438 to active facility 0086 - RVM |
| East | 1NA | WEST POINT | WEST POINT | DoD WEST PT ePhcy | 5818862 | 1497160113 | ARMY | RHC-A | WEST POINT | NY | SMALL MARKET | WEST POINT | 0086 | 0086 | ACH KELLER-WEST POINT | HOSP | 10996 | YES | 8459 82261 | ACTIVE | |
| East | 1NA | WEST POINT | WEST POINT | WEST PT CADET HC PHCY | 3308221 | 1174622542 | ARMY | RHC-A | WEST POINT | NY | SMALL MARKET | WEST POINT | 0086 | 0815 | THE MOLOGNE-WEST POINT | CLINIC | 10996 | | | ACTIVE | |
| East | 1NA | WEST POINT | WEST POINT | WEST PT MAIN PHCY | 3308144 | 1427157882 | ARMY | RHC-A | WEST POINT | NY | SMALL MARKET | WEST POINT | 0086 | 0086 | ACH KELLER-WEST POINT | HOSP | 10996 | | | ACTIVE | |
| West | 7ZA | WHITEMAN | WHITEMAN | DoD WHITEMAN ePhcy | 2641973 | 1225444134 | AIR FORCE | AFGSC | WHITEMAN | MO | STAND ALONE | NONE | 0076 | 0076 | AF-C-509th MEDGRP-WHITEMAN | CLINIC | 65305 | YES | 6606871878 | ACTIVE | |
| West | 7ZA | WHITEMAN | WHITEMAN | WHITEMAN PHCY | 2632897 | 1518066943 | AIR FORCE | AFGSC | WHITEMAN | MO | STAND ALONE | NONE | 0076 | 0076 | AF-C-509th MEDGRP-WHITEMAN | CLINIC | 65305 | | | ACTIVE | |
| East | SEA | WRIGHT PATTERSON | WRIGHT PATTERSON | DoD WR-PAT KITTYHAWK ePhcy | 3682211 | 1497163679 | AIR FORCE | AFMC | WRIGHT PATTERSON | OH | LARGE MARKET | DAYTON | 0095 | 0095 | AF-MC-88th MEDGRP-WRIGHT-PAT | HOSP | 45433 | YES | 9376561136 | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | SEA | WRIGHT PATTERSON | WRIGHT PATTERSON | WRPAT KITTYHAWK PHCY | 3666675 | 1508965831 | AIR FORCE | AFMC | WRIGHT PATTERSON | OH | LARGE MARKET | DAYTON | 0095 | 0095 | AF-MC-88th MEDGRP-WRIGHT-PAT | HOSP | 45433 | | | ACTIVE | |
| East | SEA | WRIGHT PATTERSON | WRIGHT PATTERSON | WRPAT TELEPHONE CONSULT PHCY | 3666863 | 1932208675 | AIR FORCE | AFMC | WRIGHT PATTERSON | OH | LARGE MARKET | DAYTON | 0095 | 0095 | AF-MC-88th MEDGRP-WRIGHT-PAT | HOSP | 45433 | | | ACTIVE | |
| Pacific | PHA | YOKOSUKA | ATSUGI | ATSUGI PHCY | 8210154 | 1205905346 | NAVY | NMW | ATSUGI | AP | DHR PACIFIC | JAPAN | 0622 | 0853 | NBHC NAF ATSUGI | CLINIC | 96306 | | | ACTIVE | |
| Pacific | PHA | YOKOSUKA | CAMP FUJI | CAMP FUJI BMC PHCY | 8210419 | 1164591251 | NAVY | NMW | CAMP FUJI | AP | DHR PACIFIC | JAPAN | 0622 | 0800 | BMC CAMP FUJI | CLINIC | 96306 | | | ACTIVE | |
| Pacific | PHA | YOKOSUKA | CAMP ZAMA | CAMP ZAMA MAIN PHCY | 8210128 | 1407257516 | ARMY | RHC-P | CAMP ZAMA | AP | DHR PACIFIC | JAPAN | 0610 | 0610 | AHC BG CRAWFORD SAMS-CAMP ZAMA | CLINIC | 96338 | | | ACTIVE | |
| Pacific | PHE | YOKOSUKA | DIEGO GARCIA | DIEGO GARCIA HS PHCY | 8310407 | 1306941162 | NAVY | NMW | DIEGO GARCIA | AP | DHR PACIFIC | JAPAN | 0624 | 0622 | NBHC NSF DIEGO GARCIA | CLINIC | 09618 | | | ACTIVE | |
| Pacific | PHF | YOKOSUKA | IWAKUNI | IWAKUNI BMC HCAS PHCY | 8210142 | 1265501369 | NAVY | NMW | IWAKUNI | AP | DHR PACIFIC | JAPAN | 0625 | 0625 | BMC MCAS IWAKUNI | HOSP | 96310 | | | ACTIVE | |
| Pacific | PHA | YOKOSUKA | SASEBO | SASEBO BMC PHCY | 8210179 | 1508935651 | NAVY | NMW | SASEBO | AP | DHR PACIFIC | JAPAN | 0622 | 0852 | BMC COMFLEACT SASEBO | CLINIC | 96322 | | | ACTIVE | |
| Pacific | PHF | YOKOSUKA | SASEBO | SASEBO HARD ANNEX PHCY | 8210166 | 1285703322 | NAVY | NMW | SASEBO | AP | DHR PACIFIC | JAPAN | 0622 | 0852 | BMC COMFLEACT SASEBO | CLINIC | 96322 | | | ACTIVE | |
| Pacific | PMD | YOKOSUKA | YOKOSUKA | YOKOSUKA MAIN PHCY | 8210217 | 1184703234 | NAVY | NMW | YOKOSUKA | AP | DHR PACIFIC | JAPAN | 0622 | 0622 | NH YOKOSUKA | HOSP | 96328 | | | ACTIVE | |
| Pacific | PMG | YOKOSUKA | YOKOTA | YOKOTA PHCY | 8210180 | 1679662722 | AIR FORCE | PACAF | YOKOTA | AP | DHR PACIFIC | JAPAN | 0640 | 0640 | AF-H-374th MEDGRP-YOKOTA | HOSP | 96328 | | | ACTIVE | 7/12/2017 Yokota was hidden on CCL and had an incorrect chain code which has been corrected to PMG - RVM |

**SECTION J**
**ATTACHMENT J-5 - Award Fee Plan**
**Version 1.0 June 2020**

**1. PURPOSE.** This Award Fee Plan (AFP) establishes the organization, responsibilities, processes, criteria, and rating standards which will be used in administering contract Section H.7., Award Fee.

**2. SCOPE.** This AFP, in conjunction with the assessment of the Award Fee Board (AFB), will be considered by the Award Fee Determining Official (AFDO) in determining the award fee amount.

**3. DEFINITIONS.**

**"Award Fee"** (AF) is a dollar amount that the Contractor may earn in whole or in part, from the available Award Fee Pool, based on Government-developed and administered award fee criteria and other data as appropriate to motivate and reward the Contractor for contract performance excellence. The amount of the AF to be paid is based upon the Government's subjective evaluation of established award fee criteria. The methodology for determining the AF and the AF amount earned are unilateral decisions, made solely at the discretion of the Government.

**"Award Fee Pool"** is the maximum total dollar amount available at the end of each period, as specified in the contract schedule, that the Contractor may earn and be awarded. Since the AF must be earned, the Contractor begins each evaluation period with 0% of the available award fee and may earn up to the maximum available award fee for each evaluation period.

**4. ORGANIZATION.**

**4.1.** The AF is administered by Government personnel within the Defense Health Agency. The assigned personnel may change from time-to-time; however, the organization and responsibilities described herein are expected to continue during the term of this contract.

**4.2.** The AFDO is the individual responsible for administering the AF process and making the final determination regarding the amount of the AF earned by the Contractor during the evaluation period. The AFDO for this contract will be the Chief, Pharmaceutical Operations Division, Defense Health Agency.

**4.3.** The AFB will be comprised of the following personnel. All voting members will have an equal vote in determining the recommended award fee. Membership is based on position and is not delegable.

| | |
|---|---|
| Chairperson | Chief, Purchased Care Branch, Pharmacy Operations Division |
| Member and Recorder | Contracting Officer (CO) |
| Member | Contracting Officer Representative (COR), Operations |
| Member | COR, Clinical |
| Member | POD, Subject Matter Expert |
| Legal Advisor | DHA Office of General Counsel (non-voting) |

## 5. RESPONSIBILITIES.

**5.1.** The AFDO is responsible for determining the final amount of AF based on this AFP, the recommendations and findings of the AFB, information of which the AFDO is aware, as well as other mitigating factors. The AFDO will attend AFB meetings as a non-voting member in order to hear reports and briefings first hand and participate in discussions. The AFDO, in coordination with the CO, should notify and debrief the Contractor of the earned award fee and the basis for the decision.

**5.2.** The AFB Chairperson is responsible for ensuring the integrity of the process; managing the AFB; ensuring training of all AFB participants; and ensuring all relevant information and documentation is provided to the AFB. The AFB Chairperson will chair AFB meetings and brief attendees on relevant performance reports, surveys, and data. AFB Chairperson is responsible for coordinating recommended changes to the AFP.

**5.3.** The CO shall have administrative responsibility for managing the award fee process in accordance with applicable policy and guidance and shall serve as the official recorder to AFB. The CO is the liaison between the Government and the Contractor. The CO receives contractor submitted self-assessments, coordinates the written notice of the award fee determination, to include the basis for the determination, and coordinates any Contractor debriefing with the AFDO.

**5.4.** The COR, Operations, is responsible for scheduling and arranging all AFB meetings. The COR will compile any AFB requested information, documentation, and data, together with appropriate subjective evaluations and recommendations of subject matter experts for presentation to the AFB and the AFDO.

**5.5.** The AFB is responsible for reviewing and evaluating information presented for review, plus any mitigating factors, and making AF recommendations for the consideration of the AFDO. The AFB will ensure that the AF recommendations accurately reflect the subjective evaluation and analysis of the information presented for review by the AFB and are in accordance with this AFP and the Award Fee Rating Standards (see Section 9 of this AFP). The deliberations and recommendations of the AFB shall be recorded and maintained as part of the contract file.

**5.6.** The Legal Advisor is a non-voting member of the AFB and will provide advice to the AFB and AFDO and review all documents created for legal sufficiency prior to their release.

## 6. AWARD FEE PROCESS.

**6.1.** The AF periods and the Award Fee Pool available for each AF period are defined at Sub-Line Item Number (SLIN) X018AA and X018AB of the contract Schedule B, subject to the exercise of the options.

**SECTION J**
**ATTACHMENT J-5 - Award Fee Plan**
**Version 1.0 June 2020**

**6.2.** The maximum Award Fee Pool available shall be the amount stated in Schedule B. Unearned portions of the Award Fee Pool shall **NOT** "roll over" or be available for any future award fee period.

**6.3.** The contractor may provide written self-assessments for the consideration of the AFB and AFDO. Any Contractor self-assessment shall be submitted to the CO within 20 calendar days following the end of the evaluation period. The Contractor may submit written information of its choice for the Government's consideration, within the page limitations stated herein. However, the AFB and AFDO will not consider Contractor submitted surveys or survey results. The rating and amount of award fee earned is at the sole discretion of the AFB and AFDO. The rating and amount of award fee are not subject to dispute by the Contractor.

**6.3.1.** Contractor self-assessments for each AF period shall not exceed 20 pages total and should address each of the AF criteria stated in the AFP separately (see Section 8 of this AFP).

**6.4.** The AFB will meet no later than 70 calendar days following the end of each award fee period to make its award fee recommendations for the consideration of the AFDO.

**6.4.1.** When determining its award fee recommendations for each evaluation period, The AFB will consider the results of Government-conducted Beneficiary Satisfaction Surveys, information provided by the AFB Chairperson regarding the Contractor's performance, any Contractor submitted self-assessment, and all other information the AFB deems appropriate in preparing and recording its recommendations and rationale for each Award Fee Criteria.

**6.5.** The AFDO will issue an award fee determination within 10 calendar days following the AFB meeting. When determining the award fee, the AFDO will consider the AFP, the recommendations of the AFB, and all other information the AFDO deems appropriate, except that AFDO will not consider any survey results provided by the Contractor. When issuing the award fee determination, the AFDO shall include the rationale for the determination decision. This rationale shall be shared with the Contractor.

**6.6.** The Contracting Officer will issue a modification for the award fee determination within 10 calendar days following receipt of the AFDO determination.

**7. BASIC (MINIMUM ESSENTIAL) OBJECTIVES OF THE CONTRACT.** The Contractor is prohibited from earning any award fee when it's overall cost, schedule, and technical performance in the aggregate is below satisfactory as outlined via the following basic, minimum essential, objectives of the contract:

1. Maximize patient safety through the utilization of best practices.

2. Apply the prescription drug benefit consistently and comprehensively in a timely and accurate manner.

**SECTION J**
**ATTACHMENT J-5 - Award Fee Plan**
**Version 1.0 June 2020**

3. Execute a fiscally responsible pharmacy program.

4. Establish and maintain a high level of customer and beneficiary satisfaction.

5. Provide flexible, effective collaborative management and quality control for all services and functions.

**8. AWARD FEE EVALUATION CRITERIA.** In advance of each AF evaluation period, the Government will provide notice to the Contractor those AF Criteria which will receive emphasis during the coming AF evaluation period. The areas of potential emphasis are listed below:

1. **Customer service--**Design and conduct the experience of and interactions with TRICARE beneficiaries in a manner which clearly communicates the most efficient and cost-effective options for delivery of pharmacy services while fostering superior beneficiary satisfaction
2. **Management**--Manage the TPharm5 contract in a manner which achieves highly efficient, collaborative, flexible, and cost-effective delivery of required pharmacy services that meets the Government's intent.
3. **Transition**--Achieve frequent and meaningful coordination among many parties to ensure uninterrupted performance of services across contracts
4. **Innovation**—Maintain a world class pharmacy benefit for TRICARE beneficiaries that promotes the MHS Quadruple Aim through adoption of industry best practices and incorporation of commercial innovations
5. **Quality --** Achieve a superior quality pharmacy program through an effective quality management program, including but not limited to superior level patient safety.

**9. AWARD FEE RATING STANDARDS.** In accordance with FAR 16.401,the Contractor's performance will be measured against the AF Criteria selected during each AF evaluation period as detailed below in the following rating standards:

Table-1

| Award-Fee Adjectival Rating | Award-Fee Pool Available To Be Earned | Description |
|---|---|---|
| Excellent | 91%-100% | Contractor has exceeded almost all of the significant award-fee criteria and has met overall cost, schedule, and technical performance requirements of the contract in the aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation period. |
| Very Good | 76%-90% | Contractor has exceeded many of the significant award-fee criteria and has met overall cost, schedule, and technical performance requirements of the contract in the |

**SECTION J**
**ATTACHMENT J-5 - Award Fee Plan**
**Version 1.0 June 2020**

**Table-1**

| Award-Fee Adjectival Rating | Award-Fee Pool Available To Be Earned | Description |
|---|---|---|
| | | aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation period. |
| Good | 51%-75% | Contractor has exceeded some of the significant award-fee criteria and has met overall cost, schedule, and technical performance requirements of the contract in the aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation period. |
| Satisfactory | No Greater Than 50% | Contractor has met overall cost, schedule, and technical performance requirements of the contract in the aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation period. |
| Unsatisfactory | 0% | Contractor has failed to meet overall cost, schedule, and technical performance requirements of the contract in the aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation |

## 10. CHANGES TO THE AWARD FEE PLAN.

**10.1.** The Government may make unilateral changes to this AFP if the Contractor is provided written notification by the CO before the start of the upcoming evaluation period. Both the Contractor and the Government must agree to changes to the AFP that will affect an ongoing evaluation period.

**10.2.** Potential changes to the AFP may be initiated by the AFDO, or any AFB member. The AFB Chairperson shall coordinate changes with the AFB members and present the recommended changes to the AFDO, in coordination with the CO, for final concurrence.

**10.3.** The CO shall coordinate approved changes to the AFP in advance with the Contractor, and will provide to the Contractor, in writing, the approved and coordinated changes to the AFP in sufficient time to allow the Contractor to adjust performance to reflect the AFP changes for the evaluation period in which the changes will be implemented.

**11.** CONTRACT TERMINATION. If the contract is terminated for the convenience of the Government after the start of an award fee evaluation period, the award fee deemed earned for that period shall be determined by the AFDO using the normal award fee evaluation process. After contract termination, the remaining award fee amounts allocated to all subsequent award fee evaluations periods cannot be earned by the Contractor.

**SECTION J**
**ATTACHMENT J-5 - Award Fee Plan**
**Version 1.0 June 2020**

**(End of Award Fee Plan)**

# SECTION J
## LIST OF ATTACHMENTS

**Attachment J-6 – CDRL Cover Sheet**

**Daily**

D010  Mail Order Daily NDC Change Requests Report
D020  MTF CHCS Claims Rejection Detail Report
D030  Contractor Payment Check Issue Data
D040  Retail Pharmacy Claims (RPC) Data Requirements

**Weekly**

W010  Mail Order Rebaseline and Continuous Monitoring Approval Report
W011  Specialty Pharmacy Rebaseline and Continuous Monitoring Approval Report
W012  Mail Order Backorder Report
W020  MTF CHCS Data Integrity Report - High Dose & Invalid Provider
W021  MTF CHCS High Cost Claim Report
W030  MHS GENESIS Drug Reject Report
W040  Operations Issues Log

**Monthly**

M010  TPharm Contract Performance Summary
M020  Call Center Top Issues Report
M030  Priority Correspondence Report
M040  Retail Network Pharmacy Report
M041  Retail Network Pharmacy Access Report
M050  TPharm Metric Summary Report
M060  Pharmacy Transactions Processing Report
M070  MTF CHCS Claims Rejection Summary Report
M071  MTF CHCS Data Integrity Summary Report - High Dose & Invalid Provider
M072  MTF CHCS High Cost Claim Summary Report
M080  HIPAA Privacy Disclosure Report
M090  Pharmacy Claims Audit Report
M100  Deployment Prescription Program Report
M110  Replenishment Reconciliation Report - Claims
M111  Replenishment Reconciliation Report - NDC Level
M120  Expanded Mail Order and MTF Report
M130  Auto Refill Dashboard
M140  Market Priced Pharmaceutical Program Report
M150  Theater Medical Data Store (TMDS) Claims Processing Report
M160  Bank Reconciliation Format
M170  Accounts Receivable Reports
M180  Bank Cleared Payment Report
M190  Bank Account Statement Report
M200  Benefit Design and Formulary Search Tool Changes
M210  Compound Prescription Report
M220  PDMP MHS User Overview Report
M230  Prescription Monitoring Program Report - MTF

**SECTION J**
**LIST OF ATTACHMENTS**

M231  Prescription Monitoring Program Report - MCSC
M240  Retail Refund Dispute Report
M250  Employee Access to DoD Information Systems/Networks Report

**Quarterly**

Q010  Clinical and Admin Review Report
Q020  Beneficiary Services Report
Q030  Pharmacy Help Desk Report
Q040  Mail Order Pharmacy Prescription Report
Q041  Mail Order Pharmacy Reship Report
Q042  Mail Order Quality Control Report
Q050  Paper Claims Processing Report
Q060  Prescription Monitoring Program Utilizer Report
Q061  Prescription Monitoring Program Overview Report
Q070  Safety and Enhanced Care Services Report
Q080  EOB Report
Q090  TED Summary Report
Q100  Fraud and Abuse Summary Report
Q110  Other Health Insurance (OHI) Identification and Development Report
Q111  OHI Cost Avoidance Report
Q120  CHCBP Monitoring Report
Q130  Eligibility Recoupment Status Report
Q140  Quarterly Review Program Report
Q150  Specialty Pharmacy Services Report
Q160  Educational Update Report
Q170  Market Drug Trend Report
Q180  Specialty Pharmacy Accreditation Performance Guarantee Report
Q190  Network Pharmacy Performance Report
Q200  NPV Fulfillment Performance Report

**Annual**

A010  FOIA Releasable Contract
A020  MOU with DHA Communications
A021  MOU with DHA Information Operations (Pharmacy Data Warehouse)
A022  MOU with MHS GENESIS Contractor
A023  MOU with MCSC - East Region
A024  MOU with MCSC - West Region
A025  MOU with DHA Compliance Review Contractor
A030  Continuity of Operation Plan
A031  Disaster Recovery Test Results
A040  NIST Certification of Compliance Report
A050  Quality Management Plan
A060  Service Organization Control Report (SOC1) SSAE 18
A061  Bridge Letter on Service Organization Control Report (SOC1) SSAE 18
A070  Risk Assessment Letter of Assurance
A080  Fraud Detection and Prevention Strategy and Internal Procedures

**SECTION J**
**LIST OF ATTACHMENTS**

A090   DEERS Query Volume Forecast
A100   Education Plan
A110   Retail Network Access Plan
A120   System Security Plan
A130   Health and Safety Gaps Closure Report

**As Required**

R010   NPV Discrepancy Report
R020   Pharmacy Change Monitoring Report
R030   Ad Hoc Management Reports
R040   Appeals Processing Guidelines, Desk Instructions and Reference Material
R050   Breach Report
R060   Standard Operating Procedures (Desk Procedures)
R070   State of Emergency Report
R080   Random Sampling Audit Worksheet
R090   Fraud Abuse Patient Harm-Initial Notification Checklist
R100   DHA-MTF Fraud and Abuse Cover Sheet
R110   Declaration of Transfer and Destruction of Records
R120   Transition-In MOU
R121   Transition-Out MOU
R130   Specialty Pharmacy Daily NDC Change Requests Report
R140   Specialty Market Priced Pharmaceutical Program Report
R150   Systems Integration Test Plans
R160   B2B Gateway Questionnaire
R170   Mission-Essential Contractor Services Plan

**Transition**
T010   Transition-In Plan
T020   Transition-In Status Report
T030   Transition-Out Plan
T040   Transition-Out Status Report

Electronic Health Record Acquisition (eHRa)
Program Site Deployment List

SECTION J
ATTACHMENT J-6  USCG Sites

| Military Service | Facility Name | DEMIS ID | Type Facility | Site Users | Total Users A/D & Res | Primary Care | Medical Specialty | Surgical Specialty | Ancillary Specialty | Emergency Services | Dental Services | Data Storage systems | Network Performance | Network Comms | BLDG Number | Installation Name | Street Address | City | State | Zip Code | Country | Wave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coast Guard | CG Academy | 0034 | C inic A | C | 50 | P2 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | "Michel Hall" | CG Academy | 31 Mohegan Avenue | New London | CT | 06320 | US | Atlantic |
| Coast Guard | CG AIRSTA / Sector San Diego | 5199 | C inic A | A | 7 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 1 | T | Building C | CG Sector San Diego | 2710 Harbor Drive | San Diego | CA | 92101 | US | Pacific |
| Coast Guard | CG AIRSTA / SFO Port Angeles | 0434 | Clinic A | A | 9 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 11 | CG AIRSTA/SFO Port Angeles | 1 Ediz Hook Road | Port Angeles | WA | 98362 | US | Pacific |
| Coast Guard | CG AIRSTA Atlantic City | 5190 | Clinic A | A | 4 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 350 | Air Station Atlantic City | 101 Atlantic City Int'l Airport | Egg Harbor Township | NJ | 08234 | US | Atlantic |
| Coast Guard | CG AIRSTA Barbers Point | 7043 | Clinic A | B | 15 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | NO BLDG 3 | Air Station Barbers Point | 1 Coral Sea Road | Kapolei | HI | 96707 | US | Pacific |
| Coast Guard | CG AIRSTA Borinquen | 7042 | Clinic A | B | 15 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 118 and 122 | Air Station Borinquen | 260 Guard Road | Aguadilla | PR | 00603 | US | Atlantic |
| Coast Guard | CG AIRSTA Clearwater | 0422 | C inic A | B | 21 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 4527 | Air Station Clearwater | 15100 Rescue Way | Clearwater | FL | 33762 | US | Atlantic |
| Coast Guard | CG AIRSTA Corpus Christi | 5187 | Clinic A | A | 5 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 4 | T | Room 265 | Air Station Corpus Christi | 8930 Ocean Drive, Hanger 41 | Corpus Christi | TX | 78419 | US | Atlantic |
| Coast Guard | CG AIRSTA Detroit | 5195 | C inic A | B | 11 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 825 | Sector Detroit | 110 Mt. Elliott Street | Detroit | MI | 48207 | US | Atlantic |
| Coast Guard | CG AIRSTA Miami | 0421 | C inic A | B | 14 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | NO BLDG # | Air Station Miami | 14750 NW 44th Court | Opa-locka | FL | 33054 | US | Atlantic |
| Coast Guard | CG AIRSTA Sacramento | 5194 | Clinic A | A | 5 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 4 | T | BLDG 98 VA Clinic | Air Station Sacramento | 6037 Price Avenue | McClellan Park | CA | 95652 | US | Pilot |
| Coast Guard | CG AIRSTA Savannah | 5186 | C inic A | A | 5 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 4 | T | BLDG 838 | Hunter Army Airfield | 1297 N Lightning Road | Savannah | GA | 31409 | US | Atlantic |
| Coast Guard | CG AIRSTA Sitka | 7047 | Clinic A | A | 10 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | NO BLDG # | Air Station Sitka | 611 Airport Road | Sitka | AK | 99835 | US | Pacific |
| Coast Guard | CG AIRSTA Traverse C ty | 0427 | C inic A | A | 6 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | NO BLDG # | Air Station Traverse City | 1175 Airport Access Road | Traverse City | MI | 49686 | US | Atlantic |
| Coast Guard | CG ATC Mob le | 0416 | Clinic A | C | 30 | P2 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 524 | Aviation Training Center Mob le | 8501 Tanner Williams Road | Mobile | AL | 36608 | US | Atlantic |
| Coast Guard | CG Base Alameda | 0418 | Clinic A | C | 39 | P2 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | BLDG 1 | CG Base Alameda | 42 Eagle Road #21 | Alameda | CA | 94501 | US | Pilot |
| Coast Guard | CG Base Boston | 0426 | Clinic A | B | 27 | P2 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 8 3 RD Deck | CG Base Boston | 427 Commercial Street | Boston | MA | 02109 | US | Atlantic |
| Coast Guard | CG Base Cape Cod | 0425 | Clinic A | C | 32 | P2 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | 5201 Lee Road | CG Base Cape Cod | 5201 Lee Road | Buzzards Bay | MA | 02542 | US | Atlantic |
| Coast Guard | CG Base Elizabeth City | 0430 | Clinic A | B | 25 | P1 | M0 | S0 | A3 | R0 | D1 | 1 | 4 | T | BLDG 128 | CG Base Elizabeth City | 1664 Weeksville Road | Elizabeth City | NC | 27909 | US | Atlantic |
| Coast Guard | CG Base Honolulu | 5188 | Clinic A | A | 4 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | NO BLDG # | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CG Base Juneau | 7044 | Clinic A | A | 9 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | Suite 627 6TH Floor | CG Base Ketchikan Detachment | 709 W 9th Street | Juneau | AK | 99801 | US | Pacific |
| Coast Guard | CG Base Ketchikan | 0417 | Clinic A | A | 8 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | NO BLDG # | CG Base Ketchikan | 1300 Stedman Street | Ketchikan | AK | 99901 | US | Pacific |
| Coast Guard | CG Base Kodiak | 0130 | Clinic A | C | 38 | P1 | M0 | S0 | A9 | R0 | D1 | 1 | 4 | T | BLDG N-46 | CG Base Kodiak | 5th Street  Kodiak Station | Kodiak | AK | 99619 | US | Pacific |
| Coast Guard | CG Base Los Angeles/Long Beach | 7046 | Clinic A | B | 19 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 23 | CG Base Los Angeles/Long Beach | 1001 South Seaside Avenue | San Pedro | CA | 90731 | US | Pacific |
| Coast Guard | CG Base Miami Beach | 7048 | Clinic A | B | 26 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 3 | CG Base Miami Beach | 100 MacArthur Causeway | Miami Beach | FL | 33139 | US | Atlantic |
| Coast Guard | CG Base National Capital Region | 0420 | Clinic A | C | 36 | P2 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | RM 2|4-01 | CG Base National Cap tal Region | 2703 MLK Jr Avenue SE STOP | Washington | DC | 20593 | US | Atlantic |
| Coast Guard | CG Base New Orleans | 0423 | Clinic A | B | 22 | P1 | M0 | S0 | A10 | R0 | D1 | 1 | 4 | T | NO BLDG # | CG Base New Orleans | 1790 Saturn Boulevard | New Orleans | LA | 70129 | US | Atlantic |
| Coast Guard | CG Base Portsmouth | 0432 | Clinic A | C | 42 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 58 | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CG Base Seattle | 0435 | Clinic A | C | 34 | P2 | M0 | S0 | A9 | R0 | D1 | 1 | 4 | T | BLDG 1 2nd Deck | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CG HITRON Jacksonville | 5185 | Clinic A | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 4 | T | BLDG 1846 | NAS Cecil Field | 13520 Aerospace Way, Hanger 13 | Jacksonville | FL | 32215 | US | Atlantic |
| Coast Guard | CG Sector Columbia River | 0431 | Clinic A | B | 14 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 56 | CG Sector Columbia River | 2185 SE 12th Place | Warrenton | OR | 97146 | US | Pacific |
| Coast Guard | CG Sector Houston/Galveston | 7082 | Clinic A | B | 16 | P2 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | NO BLDG # 2ND Deck | CG Sector Houston/Galveston | 13411 Hillard Street | Houston | TX | 77034 | US | Atlantic |
| Coast Guard | CG Sector Humboldt Bay | 7083 | Clinic A | A | 8 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 2 | CG Sector Humboldt Bay | 1001 Lycoming Way | Mckinleyville | CA | 95519 | US | Pacific |
| Coast Guard | CG Sector Key West | 5198 | Clinic A | A | 6 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | NO BLDG # | CG Sector Key West | 100 Trumbo Road | Key West | FL | 33040 | US | Atlantic |
| Coast Guard | CG Sector New York | 5196 | Clinic A | B | 12 | P2 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 215 | CG Sector New York | 212 Coast Guard Drive | Staten Island | NY | 10305 | US | Atlantic |
| Coast Guard | CG Sector North Bend | 7045 | Clinic A | B | 12 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | NO BLDG # | CG Sector North Bend | 2000 Connecticut Ave. | North Bend | OR | 97459 | US | Pacific |
| Coast Guard | CG Sector San Juan | 5199 | Clinic A | B | 16 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 125 | CG Sector San Juan | 5 Calle La Puntilla | San Juan | PR | 00901 | US | Atlantic |
| Coast Guard | CG Sector St. Petersburg | 5191 | Clinic A | A | 8 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 1301 | CG Sector St. Petersburg | 600 8th Avenue SE | St  Petersburg | FL | 33701 | US | Atlantic |
| Coast Guard | CG TRACEN Cape May | 0428 | Clinic A | E | 96 | P2 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | BLDG 270 | CG TRACEN Cape May | 1 Munro Avenue | Cape May | NJ | 08204 | US | Atlantic |
| Coast Guard | CG TRACEN Petaluma | 0419 | Clinic A | C | 30 | P2 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | BLDG 225 | CG TRACEN Petaluma | 599 Tomales Road | Petaluma | CA | 94952 | US | Pilot |
| Coast Guard | CG TRACEN Yorktown | 0433 | Clinic A | B | 23 | P1 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | BLDG 246 | CG TRACEN Yorktown | 1 US CG Training Center | Yorktown | VA | 23690 | US | Atlantic |
| Coast Guard | CG Yard | 0424 | Clinic A | B | 19 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 288 | CG Yard | 2401 Hawkins Point Road | Curtis Bay | MD | 21226 | US | Atlantic |
| Coast Guard | CG AIRSTA San Francisco | 5184 | C inic A | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG AIRSTA San Francisco | 1020 N Access Road | San Francisco | CA | 94128 | US | Pacific |
| Coast Guard | CGC Active | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Active | 1 Ediz Hook Road | Port Angeles | WA | 98362 | US | Pacific |
| Coast Guard | CGC Alder | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Alder | 1201 Minnesota Avenue | Duluth | MN | 55802 | US | Atlantic |
| Coast Guard | CGC Alert | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | Sector Columbia River | 2185 SE 12th Place | Warrenton | OR | 97146 | US | Pacific |
| Coast Guard | CGC Alex Haley | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Kodiak | 19065 I Chiniak Way | Kodiak | AK | 99619 | US | Pacific |
| Coast Guard | CGC Aspen | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Aspen | 1 Yerba Buena Island | San Francisco | CA | 94130 | US | Pacific |
| Coast Guard | CGC Bear | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Bertholf | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Alameda | Coast Guard Island | Alameda | CA | 94501 | US | Pacific |
| Coast Guard | CGC Campbe l | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | Portsmouth Naval Shipyard | c/o Portsmouth Naval Shipyard | Portsmouth | NH | 3904 | US | Atlantic |
| Coast Guard | CGC Confidence | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Confidence | 9235 Grouper Road | Cape Canaveral | FL | 32920 | US | Atlantic |
| Coast Guard | CGC Cypress | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | NAS Pensacola | 211 South Avenue  Bldg 38  Suite C | Pensacola | FL | 32508 | US | Atlantic |
| Coast Guard | CGC Dauntless | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Dauntless | P.O. Box 1942 | Galveston | TX | 77553 | US | Atlantic |
| Coast Guard | CGC Decisive | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | NAVSTA Pascagoula | NAVSTA Pascagoula | Pascagoula | MS | 39595 | US | Atlantic |
| Coast Guard | CGC Dependable | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Dependable | 1100 Abbott Road  Ste 200 | Virginia Beach | VA | 23459 | US | Atlantic |
| Coast Guard | CGC Diligence | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Diligence | 109 N Water Street | Wilmington | NC | 28401 | US | Atlantic |
| Coast Guard | CGC Douglas Munro | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Kodiak | 19065 I Chiniak Way | Kodiak | AK | 99619 | US | Pacific |
| Coast Guard | CGC Eagle | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Yard | 2401 Hawkins Point Road | Curtis Bay | MD | 21226 | US | Atlantic |
| Coast Guard | CGC Elm | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Elm | 2301 East Fort Macon Road | Atlantic Beach | NC | 28512 | US | Atlantic |
| Coast Guard | CGC Escanaba | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Boston | 427 Commercial Street | Boston | MA | 02109 | US | Atlantic |
| Coast Guard | CGC Fir | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Fir | 37573 Highway 30 | Astoria | OR | 97103 | US | Pacific |
| Coast Guard | CGC Forward | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Hamilton | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Hamilton | 1050 Register Street | North Charleston | SC | 29405 | US | Atlantic |
| Coast Guard | CGC Harriet Lane | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Healy | | Sickbay Afloat | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CGC Hickory | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Hickory | 4688 Homer Spit Road | Homer | AK | 99603 | US | Pacific |
| Coast Guard | CGC Hollyhock | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Hollyhock | 2700 Dove Street | Port Huron | MI | 48060 | US | Atlantic |
| Coast Guard | CGC James | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC James | 1050 Register Street | North Charleston | SC | 29405 | US | Atlantic |
| Coast Guard | CGC Juniper | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | Naval Station Newport | NAVSTA Pier Two | Newport | RI | 2841 | US | Atlantic |
| Coast Guard | CGC Kimball | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CGC Kukui | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CGC Legare | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Mackinaw | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Mackinaw | 832 Coast Guard Drive | Cheboygan | MI | 49721 | US | Atlantic |
| Coast Guard | CGC Maple | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Maple | 1480 Seward | Sitka | AK | 99835 | US | Pacific |
| Coast Guard | CGC Mellon | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |

Electronic Health Record Acquisition (eHRa)
Program Site Deployment List

SECTION J
ATTACHMENT J-6  USCG Sites

| Military Service | Facility Name | DEMIS ID | Type Facility | Site Users | Total Users A/D & Res | Primary Care | Medical Specialty | Surgical Specialty | Ancillary Specialty | Emergency Services | Dental Services | Data Storage systems | Network Performance | Network Comms | BLDG Number | Installation Name | Street Address | City | State | Zip Code | Country | Wave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coast Guard | CGC Midgett | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CGC Mohawk | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Sector Key West | 100 Trumbo Point Annex | Key West | FL | 33040 | US | Atlantic |
| Coast Guard | CGC Munro | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Alameda | Coast Guard Island | Alameda | CA | 94501 | US | Pacific |
| Coast Guard | CGC Northland | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Oak | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Oak | 47 Chandler Street Quay Wall | Newport | RI | 2841 | US | Atlantic |
| Coast Guard | CGC Polar Star | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CGC Reliance | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | USCGC Reliance (WMEC 615) | c/o PNS Bldg. 171 | Kittery | ME | 3904 | US | Atlantic |
| Coast Guard | CGC Resolute | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | Sector St. Petersburg | 600 8th Avenue SE | St. Petersburg | FL | 33701 | US | Atlantic |
| Coast Guard | CGC Seneca | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Boston | 427 Commercial Street | Boston | MA | 2109 | US | Atlantic |
| Coast Guard | CGC Sequoia | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | US Naval Activities Guam | Victor Warf Pier Three | Santa Rita | GU | 96915 | GU | Pacific |
| Coast Guard | CGC Spar | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Kodiak | 19065 I Chiniak Way | Kodiak | AK | 99619 | US | Pacific |
| Coast Guard | CGC Spencer | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Boston | 427 Commercial Street | Boston | MA | 2109 | US | Atlantic |
| Coast Guard | CGC Steadfast | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | Sector Columbia River | 2185 SE 12th Place | Warrenton | OR | 97146 | US | Pacific |
| Coast Guard | CGC Stratton | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Alameda | Coast Guard Island | Alameda | CA | 94501 | US | Pacific |
| Coast Guard | CGC Sycamore | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Sycamore | PO Box 300 | Cordova | AK | 99574 | US | Pacific |
| Coast Guard | CGC Tahoma | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Portsmouth | c/o PNS Bldg. 171 | Portsmouth | NH | 3804 | US | Atlantic |
| Coast Guard | CGC Tampa | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Thetis | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Thetis (WMEC 910) | 100 Trumbo Road | Key West | FL | 33040 | US | Atlantic |
| Coast Guard | CGC Valiant | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Valiant | Un t 100416 | Mayport | FL | 32228 | US | Atlantic |
| Coast Guard | CGC Venturous | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | Sector St. Petersburg | 600 8th Avenue SE | St. Petersburg | FL | 33701 | US | Atlantic |
| Coast Guard | CGC Vigilant | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Vigilant | 9235 Grouper Road | Port Canaveral | FL | 32920 | US | Atlantic |
| Coast Guard | CGC Vigorous | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Vigorous | 1100 Abbott Road, Ste 100 | Virginia Beach | VA | 23459 | US | Atlantic |
| Coast Guard | CGC Waesche | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Alameda | Coast Guard Island Bldg. 42 | Alameda | CA | 94501 | US | Pacific |
| Coast Guard | CGC Walnut | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CGC Willow | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | Naval Station Newport | Pier 2 NAVSTA | Newport | RI | 2841 | US | Atlantic |
| Coast Guard | CG AIRSTA NOLA | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | USCG Airstation New Orleans | 400 Russell Ave | New Orleans | LA | 70143 | US | Atlantic |
| Coast Guard | CG Base Charleston FLRS | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Charleston | 196 Tradd Street | Charleston | SC | 29401 | US | Atlantic |
| Coast Guard | CG Base Cleveland | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Cleveland | 1240 E 9th Street Room 2133 | Cleveland | OH | 44199 | US | Atlantic |
| Coast Guard | CG Base St Louis, Detachment | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Upper Mississippi River | 1222 Spruce Street | Saint Louis | MO | 63102 | US | Atlantic |
| Coast Guard | CG FLETC | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | FLETC Charleston | 2000 Bainbridge Ave. | North Charleston | SC | 29405 | US | Atlantic |
| Coast Guard | CG MFPU Bangor | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Naval Base Kitsap-Bangor | T-035 Harder Road | Silverdale | WA | 98315 | US | Pacific |
| Coast Guard | CG MFPU Kings Bay | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Naval Base Kings Bay | 1050 USS Georgia Avenue | Kings Bay | GA | 31547 | US | Atlantic |
| Coast Guard | CG MSRT Chesapeake / East | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Team | 1260 Shotgun Road | Chesapeake | VA | 23322 | US | Atlantic |
| Coast Guard | CG MSST 91101 Seattle | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CG MSST 91103 LA / LB | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CGMSST LA/LB-91103 | 1001 S Seaside Avenue | San Pedro | CA | 90731 | US | Pacific |
| Coast Guard | CG MSST 91104 Houston | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSST Houston | 7707 Harborside Drive | Galveston | TX | 77554 | US | Atlantic |
| Coast Guard | CG MSST 91105 San Francisco | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Alameda | Coast Guard Island Bldg. 10 | Alameda | CA | 94501 | US | Pilot |
| Coast Guard | CG MSST 91106 New York | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector New York | 212 Coast Guard Drive | Staten Island | NY | 10305 | US | Atlantic |
| Coast Guard | CG MSST 91107 Honolulu | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CG MSST 91108 Kings Bay | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSST King's Bay | 563 Point Peter Road | St. Mary's | GA | 31558 | US | Atlantic |
| Coast Guard | CG MSST 91109 San Diego / MSRT West | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Naval Base San Diego | 3985 Cummings Road | San Diego | CA | 92136 | US | Pacific |
| Coast Guard | CG MSST 91110 Boston | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Boston | 427 Commercial Street | Boston | MA | 2109 | US | Atlantic |
| Coast Guard | CG MSST 91112 New Orleans | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSST New Orleans | 4023 Main Street | Bell Chasse | LA | 70037 | US | Atlantic |
| Coast Guard | CG MSST 91114 Miami | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Homestead Air Reserve Base | 29050 Coral Sea Blvd, Building 718 | Homestead ARB | FL | 33034 | US | Atlantic |
| Coast Guard | CG MSU Lake Charles | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSU Lake Charles | 127 W. Broad Street Suite 200 | Lake Charles | LA | 70601 | US | Atlantic |
| Coast Guard | CG MSU Morgan City | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSU Morgan City | 800 David Drive Su te 232 | Morgan City | LA | 70380 | US | Atlantic |
| Coast Guard | CG MSU Port Arthur | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSU Port Arthur Texas | 2901 Turtle Creek Dr. Suite 200 | Port Arthur | TX | 77642 | US | Atlantic |
| Coast Guard | CG MSU Portland | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Marine Safety Unit Portland | 6767 N Basin Avenue | Portland | OR | 97217 | US | Pacific |
| Coast Guard | CG MSU Valdez | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Marine Safety Unit Valdez | PO Box 486/105 Clifton Drive | Valdez | AK | 99686 | US | Pacific |
| Coast Guard | CG PATFORSWA | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PATFORSWA | PSC 851 Box 110 | FPO | AE | 9834 | BH | Atlantic |
| Coast Guard | CG PSU 301 | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 301 | BLDG 3426 Beaman Street | Buzzards Bay | MA | 02542 | US | Atlantic |
| Coast Guard | CG PSU 305 | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Joint Base Langley-Eustis | 2747 Taylor Avenue | Fort Eustis | VA | 23604 | US | Atlantic |
| Coast Guard | CG PSU 307 | | Sickbay Ashore | A | 5 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 307 | 15100 Rescue Way | Clearwater | FL | 33762 | US | Atlantic |
| Coast Guard | CG PSU 308 | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 308 | 14115 Fred and Al Key Road | Kiln | MS | 39556 | US | Atlantic |
| Coast Guard | CG PSU 309 | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 309 | Erie Industrial Park, Bldg. 360 | Port Clinton | OH | 43452 | US | Atlantic |
| Coast Guard | CG PSU 311 | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 311 | 1001 S Seaside Avenue | Long Beach | CA | 90731 | US | Pacific |
| Coast Guard | CG PSU 312 | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 312 | 1020 N Access Road | San Francisco | CA | 94128 | US | Pacific |
| Coast Guard | CG PSU 313 | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 313 | 2000 W Marine View Drive | Everett | WA | 98207 | US | Pacific |
| Coast Guard | CG Sector Anchorage | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Anchorage | 49000 Army Guard Road | Fort Richardson | AK | 99505 | US | Pacific |
| Coast Guard | CG Sector Buffalo | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Buffalo | 1 Fuhrmann Boulevard | Buffalo | NY | 14203 | US | Atlantic |
| Coast Guard | CG Sector Delaware Bay | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Delaware Bay | 1 Washington Avenue | Philadelphia | PA | 19147 | US | Atlantic |
| Coast Guard | CG Sector Guam | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Guam | PSC 455 Box 176 | FPO AP | GU | 96540 | GU | Pacific |
| Coast Guard | CG Sector Jacksonville | | Sickbay Ashore | A | 4 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Jacksonville | 10426 Alta Drive | Jacksonville | FL | 32226 | US | Atlantic |
| Coast Guard | CG Sector Lake Michigan | | Sickbay Ashore | A | 8 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Lake Michigan | 2420 S Lincoln Memorial Drive | Milwaukee | WI | 53207 | US | Atlantic |
| Coast Guard | CG Sector Long Island Sound | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Long Island Sound | 120 Woodward Avenue | New Haven | CT | 6512 | US | Atlantic |
| Coast Guard | CG Sector Lower Mississippi River | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Lower Mississippi | 2 A W -W Ifa Avenue | Memphis | TN | 38105 | US | Atlantic |
| Coast Guard | CG Sector Mobile | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Mobile | 1500 15th St Brookley Complex | Mobile | AL | 36615 | US | Atlantic |
| Coast Guard | CG Sector North Caro ina | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector North Carolina | 735 Medical Center Drive | Wilmington | NC | 28401 | US | Atlantic |
| Coast Guard | CG Sector Northern New England | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Northern New England | 259 High Street | South Portland | ME | 4106 | US | Atlantic |
| Coast Guard | CG Sector Ohio Valley | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Ohio Valley | | Louisville | KY | 40202 | US | Atlantic |
| Coast Guard | CG Sector San Diego | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector San Diego | 2710 Harbor Drive | San Diego | CA | 92101 | US | Pacific |
| Coast Guard | CG Sector San Diego / MCRD | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | NBHC MCRD | 35000 Guadalcanal Street | San Diego | CA | 92140 | US | Pacific |
| Coast Guard | CG Sector San Francisco | | Sickbay Ashore | A | 4 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector San Francisco | 1 Yerba Buena Island | San Francisco | CA | 94130 | US | Pacific |
| Coast Guard | CG Sector Sault Ste. Marie | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Sault Ste Marie | 337 East Water Street | Sault Ste. Marie | MI | 49783 | US | Atlantic |
| Coast Guard | CG Sector Sault Ste. Marie (DD-Duluth) | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Duluth | 1201 Minnesota Avenue | Duluth | MN | 55802 | US | Atlantic |
| Coast Guard | CG SFO Cape Hatteras | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG SFO Cape Hatteras | 114 Wood Hill Drive | Wanchese | NC | 27981 | US | Atlantic |

Electronic Health Record Acquisition (eHRa)
Program Site Deployment List

SECTION J
ATTACHMENT J-6 USCG Sites

| Military Service | Facility Name | DEMIS ID | Type Facility | Site Users | Total Users A/D & Res | Primary Care | Medical Specialty | Surgical Specialty | Ancillary Specialty | Emergency Services | Dental Services | Data Storage systems | Network Performance | Network Comms | BLDG Number | Installation Name | Street Address | City | State | Zip Code | Country | Wave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coast Guard | CG SFO Eastern Shore | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Eastern Shore | 3823 Main Street | Chincoteague | VA | 23336 | US | Atlantic |
| Coast Guard | CG SFO Fort Macon | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Fort Macon | 2301 East Fort Macon Road | Atlantic Beach | NC | 28512 | US | Atlantic |
| Coast Guard | CG SFO Grand Haven | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Grand Haven | 650 S Harbor Drive | Grand Haven | MI | 49417 | US | Atlantic |
| Coast Guard | CG SFO Moriches | | Sickbay Ashore | A | 4 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Moriches | 100 Moriches Island Road | East Moriches | NY | 11940 | US | Atlantic |
| Coast Guard | CG SFO Southwest Harbor | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Southwest Harbor | Box 5000 | Southwest Harbor | ME | 4679 | US | Atlantic |
| Coast Guard | CG Station Golden Gate | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CNTR | 435 Murray Circle | Sausalito | CA | 94965 | US | Pacific |
| Coast Guard | CG Station Grand Isle | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Station Grand Isle | 100 Semper Street | Grande Isle | LA | 70358 | US | Atlantic |
| Coast Guard | CG Station Port O'Connor | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Station Port O'Connor | 2307 W Maple Street | Port O'Connor | TX | 77982 | US | Atlantic |
| Coast Guard | CG Station Sandy Hook | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | USCG Station Sandy Hook | 20 Crispin Rd | Highlands | NY | 7732 | US | Atlantic |
| Coast Guard | CG Station South Padre Island | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Station South Padre | 1 Wallace Reed Road | South Padre Island | TX | 78597 | US | Atlantic |
| Coast Guard | CG Station Venice | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Station Venice | 436 Coast Guard Road | Venice | LA | 70091 | US | Atlantic |
| Coast Guard | CG Strike Team, Atlantic | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG AST | 5614 Doughboy Loop | Fort Dix | NJ | 8640 | US | Atlantic |
| Coast Guard | CG Strike Team  Gulf | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG GST | 8501 Tanner Williams Road | Mobile | AL | 36608 | US | Atlantic |
| Coast Guard | CG Strike Team  Pacific | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG PST | 450 Hangar Avenue | Novato | CA | 94949 | US | Pacific |
| Coast Guard | CG TACLET Pacific | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG PACTACLET | 34000 Guadalcanal Avenue | San Diego | CA | 92140 | US | Pacific |
| Coast Guard | CG TACLET South | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Tactical Law Enforcement Team | 14750 NW 44th Court | Opa-locka | FL | 33054 | US | Atlantic |

Attachment J-7 Wage Determintion Revsion List

| State | WD Number | County | Revision Number | Date | Mod | Period |
|---|---|---|---|---|---|---|
| AL | 2015-4591 | Jefferson | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| AL | 2015-4609 | Tuscaloosa | 19 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| AL | 2015-4635 | Butler | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| AL | 2015-4607 | Montgomery | 19 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| AL | 2015-4625 | Clarke | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| AL | 2015-4589 | Lee | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| AL | 2015-4621 | Chambers | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| AL | 2015-4607 | Elmore | 19 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| AL | 2015-4617 | Jackson | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| AL | 2015-4607 | Lowndes | 19 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| AZ | 2015-5477 | Apache, Gila, Navajo | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 7/20/2022 | P00005 | Option 1 |
| | | | | | | |
| AZ | 2015-5719 | Cochise | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 9/1/2022 | P00005 | Option 1 |
| | | | | | | |
| AZ | 2015-5465 | Coconino | 18 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 9/1/2022 | P00005 | Option 1 |
| | | | | | | |
| AZ | 2015-5469 | Maricopa | 14 | 4/7/2021 | Award | Award |
| | | | 20 | 9/1/2022 | P00005 | Option 1 |

Attachment J-7 Wage Determintion Revsion List

| | | | | | | |
|---|---|---|---|---|---|---|
| AZ | 2015-5473 | Pima | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 9/1/2022 | P00005 | Option 1 |
| | | | | | | |
| AZ | 2015-5471 | Yavapai | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 9/1/2022 | P00005 | Option 1 |
| | | | | | | |
| AR | 2015-5129 | Mississippi | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 7/12/2022 | P00005 | Option 1 |
| | | | | | | |
| AR | 2015-5133 | Ashley | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| AR | 2015-5117 | Pulaski | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| AR | 2015-5117 | Saline | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| CA | 2015-5617 | Merced | 17 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| CO | 2015-5427 | Pueblo | 13 | 12/21/2020 | Award | Award |
| | | | 20 | 9/1/2022 | P00005 | Option 1 |
| | | | | | | |
| CT | 2015-5617 | Fairfield | 17 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| FL | 2015-4537 | Alachua, Gilchrist | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 7/6/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4539 | Baker, Clay, Duval, Nassau, Saint Johns | 17 | 3/15/2022 | P00001 | Transition In |
| | | | 19 | 7/6/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4555 | Brevard | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 7/29/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4535 | Broward | 21 | 3/15/2022 | P00001 | Transition In |
| | | | 23 | 6/27/2022 | P00005 | Option 1 |

Attachment J-7 Wage Determintion Revsion List

| FL | 2015-4561 | Escambia, Santa Rosa | 19 | 3/15/2022 | P00001 | Transition In |
|----|-----------|----------------------|----|-----------|--------|---------------|
|    |           |                      | 21 | 7/29/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-4571 | Hernando, Hillsborough, Pasco, Pinellas | 17 | 3/15/2022 | P00001 | Transition In |
|    |           |                      | 19 | 7/29/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-4567 | Indian River | 18 | 3/15/2022 | P00001 | Transition In |
|    |           |                      | 20 | 7/29/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-4551 | Lake | 19 | 3/15/2022 | P00001 | Transition In |
|    |           |                      | 21 | 6/27/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-4547 | Manatee, Sarasota | 18 | 3/15/2022 | P00001 | Transition In |
|    |           |                      | 20 | 7/6/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-4553 | Orange | 15 | 4/23/2021 | Award | Award |
|    |           |                      | 21 | 6/27/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-4541 | Polk | 16 | 3/15/2022 | P00001 | Transition In |
|    |           |                      | 18 | 7/6/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-4573 | Palm Beach | 21 | 12/27/2022 | P00010 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-4563 | St. Lucie, Martin | 14 | 12/20/2020 | Award | Award |
|    |           |                      | 18 | 12/27/2021 | P00001 | Transition In |
|    |           |                      | 20 | 7/29/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-5729 | Sumter | 18 | 3/15/2022 | P00001 | Transition In |
|    |           |                      | 20 | 7/29/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |
| FL | 2015-4533 | Volusia, Flagler | 17 | 3/15/2022 | P000001 | Transition In |
|    |           |                      | 19 | 7/6/2022 | P00005 | Option 1 |
|    |           |                      |    |           |        |          |

Attachment J-7 Wage Determintion Revsion List

| FL | 2015-4575 | Jackson | 22 | 12/27/2022 | P00010 | Option 1 |
|----|-----------|---------|----|----|----|----|
| FL | 2015-4531 | Okaloosa | 22 | 12/27/2022 | P00010 | Option 1 |
| FL | 2015-4543 | Dade | 23 | 12/27/2022 | P00010 | Option 1 |
| FL | 2015-4569 | Leon | 20 | 12/27/2022 | P00010 | Option 1 |
| FL | 2015-5727 | Citrus | 21 | 12/26/2022 | P00011 | Option 1 |
| FL | 2015-4553 | Seminole | 22 | 12/26/2022 | P00011 | Option 1 |
| FL | 2015-4579 | Suwannee | 22 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4515 | Camden, Charlton, & Pierce | 20 | 3/15/2022 | P00001 | Transition In |
| | | | 22 | 6/27/2022 | P00005 | Option 1 |
| GA | 2015-4517 | Tift | 23 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4491 | Chatham | 23 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4471 | Cobb | 24 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4511 | Evans | 22 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4507 | Jefferson | 22 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4471 | Newton | 24 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-5831 | Dekalb | 22 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4471 | Fulton | 24 | 12/27/2022 | P00010 | Option 1 |

Attachment J-7 Wage Determintion Revsion List

| GA | 2015-4507 | Emanuel | 22 | 12/27/2022 | P00010 | Option 1 |
|----|-----------|---------|----|-----------|--------|----------|
| GA | 2015-4497 | Greene | 21 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4465 | Columbia | 21 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4503 | Taylor | 24 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4495 | Houston | 21 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4487 | Bibb | 20 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4493 | Lowndes | 21 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4485 | Liberty | 20 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4467 | Dougherty | 24 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4525 | Catoosa | 19 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4505 | Baldwin | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-2271 | Clayton | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4505 | Dodge | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4471 | Gwinnett | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4471 | Henry | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4505 | Laurens | 24 | 12/26/2022 | P00011 | Oprion 1 |
| GA | 2015-4505 | Rockdale | 24 | 12/26/2022 | P00011 | Option 1 |

| IL | 2015-5017 | Cook | 17 | 5/12/2021 | At Award | At Award |
| | | | 22 | 7/7/2022 | P00005 | Option 1 |
| | | | | | | |
| IL | 2015-5025 | Kankakee | 17 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 7/11/2022 | P00005 | Option 1 |
| | | | | | | |
| IL | 2015-5047 | Livingston | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| IL | 2015-4935 | Lake | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| IL | 2015-5035 | La Salle | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| IL | 2015-5769 | Williamson | 19 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| IL | 2015-5029 | Winnebago | 19 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| IN | 2015-4787 | Boone | 15 | 5/6/2021 | At Award | At Award |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| IN | 2015-4827 | Ripley, Switzerland | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| IN | 2015-4813 | Grant | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| IN | 2015-4717 | Harrison | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| IN | 2015-4787 | Marion | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| KY | 2015-4695 | Casey | 25 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| KY | 2015-4691 | Graves | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| KY | 2015-4717 | Jefferson | 22 | 12/26/2022 | P00011 | Option 1 |

Attachment J-7 Wage Determintion Revsion List

| KY | 2015-4695 | Whitley | 25 | 12/26/2022 | P00011 | Option 1 |
|---|---|---|---|---|---|---|
| LA | 2015-5179 | Lafourche | 20 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5761 | Tangipahoa | 20 | 12/21/2022 | P00010 | Option 1 |
| LA | 2015-5185 | Calcasieu | 21 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5177 | East Baton Rouge | 20 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5203 | Bienville | 21 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5191 | Caddo | 20 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5203 | Richland | 21 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5179 | Terrebonne | 20 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5177 | Ascension | 20 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5191 | Bossier | 20 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5203 | Lincoln | 21 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5187 | Ouachita | 20 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5189 | St Tammany | 24 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5191 | Webster | 20 | 12/26/2022 | P00011 | Option 1 |
| MI | 2015-4839 | Wayne | 20 | 12/27/2022 | P00010 | Option 1 |
| MI | 2015-4841 | Genesee | 22 | 12/26/2022 | P00011 | Option 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MI | 2015-4851 | Jackson | 20 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| MI | 2015-4867 | Macomb | 23 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| MI | 2015-4867 | Oakland | 23 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| MN | 2015-4945 | Hennepin | 15 | 5/11/2021 | At Award | At Award |
| | | | 20 | 7/1/2022 | P00005 | Option 1 |
| | | | | | | |
| | | | | | | |
| MO | 2015-5085 | Jasper, Newton | 13 | 12/21/2020 | At Awrd | At Award |
| | | | 19 | 7/11/2022 | P00005 | Option 1 |
| | | | | | | |
| MO | 2015-5075 | St. Louis | 17 | 5/14/2021 | At Award | At Award |
| | | | 22 | 7/12/2022 | P00005 | Option 1 |
| | | | | | | |
| MO | 2015-5105 | Jackson | 19 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| MO | 2015-5075 | Jefferson | 23 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| MS | 2015-5161 | Washington | 23 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| MS | 2015-5161 | Sunflower | 23 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| MS | 2015-5163 | Issaquena | 23 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| MS | 2015-5153 | Madison | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| MS | 2015-5173 | Warren | 24 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| MS | 2015-5153 | Yazoo, Rankin, Hinds | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| MS | 2015-5169 | Jones | 20 | 12/27/2022 | P00010 | Option 1 |

| MS | 2015-5151 | Forrest | 21 | 12/27/2022 | P00010 | Option 1 |
|----|-----------|---------|----|------------|--------|----------|
| MS | 2015-5147 | Jackson | 20 | 12/27/2022 | P00010 | Option 1 |
| MS | 2015-5173 | Pike | 24 | 12/27/2022 | P00010 | Option 1 |
| MS | 2015-5157 | Lowndes | 20 | 12/27/2022 | P00010 | Option 1 |
| MS | 2015-5171 | Pearl River | 20 | 12/27/2022 | P00010 | Option 1 |
| MS | 2015-5161 | Bolivar | 23 | 12/26/2022 | P00011 | Option1 |
| MS | 2015-5157 | Lee | 20 | 12/26/2022 | P00011 | Option 1 |
| MS | 2015-5169 | Wayne | 20 | 12/26/2022 | P00011 | Option 1 |
| MS | 2015-5157 | Winston | 20 | 12/26/2022 | P000XX | Option 1 |
| MS | 2015-5157 | Clay | 20 | 12/26/2022 | P00011 | Option 1 |
| NC | 2015-4399 | Forsyth | 20 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4381 | Guilford | 20 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4393 | Franklin, Wake | 22 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4383 | Pitt | 21 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4377 | Cumberland | 20 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4389 | Onslow | 23 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4417 | Ashe | 21 | 12/27/2022 | P00010 | Option 1 |

| NC | 2015-4423 | Mecklenburg | 22 | 12/27/2022 | P00010 | Option 1 |
|----|-----------|-------------|----|-----------|--------|----------|
| | | | | | | |
| NC | 2015-4411 | Cleveland | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| NC | 2015-5781 | Craven | 20 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| NC | 2015-4423 | Iredell | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| NC | 2015-4395 | Nash | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| NC | 2015-4401 | Robeson | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| NC | 2015-4379 | Wayne | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| NJ | 2015-4191 | Burlington | 14 | 4/13/2021 | At Award | At Awrd |
| | | | 20 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| NJ | 2015-4195 | Ocean | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| | | | | | | |
| NM | 2015-5443 | Bernalillo | 11 | 12/21/2020 | At Award | At Award |
| | | | 18 | 9/1/2022 | P00005 | Option 1 |
| | | | | | | |
| NM | 2015-5457 | Curry | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| NM | 2015-5447 | Dona Ana | 19 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| NV | 2015-5593 | Clark | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| NY | 2015-4143 | Albany, Rensselaer, Saratoga, Schenectady, Schoharie | 20 | 3/14/2022 | P00001 | Transition In |
| | | | 22 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| NY | 2015-4157 | Nassau, Suffolk | 17 | 3/15/2022 | P00001 | Transition In |

Attachment J-7 Wage Determintion Revsion List

| | | | 19 | 6/27/2022 | P00005 | Option 1 |
|---|---|---|---|---|---|---|
| | | | | | | |
| OH | 2015-4733 | Allen | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4751 | Ashland, Ashtabula, Erie, Huron, Wayne | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4719 | Butler | 15 | 4/29/2021 | At Award | At Award |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4745 | Champaign, Drake, Logan, Preble, Shelby | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4761 | Coshocton, Guernsey, Muskingum | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4753 | Crawford, Holmes, Knox, Marion | 20 | 3/15/2022 | P00001 | Transition In |
| | | | 22 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4727 | Cuyahoga, Geauga, Lake, Lorain, Medina | 16 | 3/15/2022 | P00001 | Transitio In |
| | | | 19 | 7/14/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4729 | Delaware, Frnklin, Union | 15 | 5/5/2021 | At Award | At Award |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4741 | Fulton, Lucas, Wood | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4731 | Greene, Miami, Montgomery | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |

Attachment J-7 Wage Determintion Revsion List

| OH | 2015-4721 | Portage, Summit | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 8/26/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4735 | Richland | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4719 | Hamilton | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| OK | 2015-5327 | Beckham | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| PA | 2015-4235 | Allegheny, Armstrong, Beaver, Butler, Fayette, Washington, Westmoreland | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-5791 | Bucks, Chester, Montgomery | 18 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 6/27/2023 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4225 | Cumberland, Dauphin, Perry | 20 | 3/15/2022 | P00001 | Transition In |
| | | | 22 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4233 | Delaware, Philadelphia | 22 | 3/15/2022 | P00001 | Transition In |
| | | | 24 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4223 | Erie | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4239 | Lackawanna,Luzerne, Wyoming | 18 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4229 | Lancaster | 18 | 3/15/2022 | P000001 | Transition In |
| | | | 20 | 6/272022 | P000005 | Option 1 |
| | | | | | | |
| PA | 2015-4231 | Lebanon | 17 | 3/15/2022 | P00001 | Transiton In |
| | | | 19 | 6/27/2022 | P00005 | Option 1 |

Attachment J-7 Wage Determintion Revsion List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA | 2015-4205 | Lehigh, Northampton | 19 | 3/15/2022 | P00001 | | Transiton In |
| | | | 21 | 6/27/2022 | P00005 | | Option 1 |
| | | | | | | | |
| PA | 2015-5827 | Columbia | 21 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| PA | 2015-4237 | Berks | 24 | 12/26/2022 | P00011 | | Option 1 |
| | | | | | | | |
| PA | 2015-4247 | Clarion | 20 | 12/26/2022 | P00011 | | Option 1 |
| | | | | | | | |
| PA | 2015-5797 | Monroe | 21 | 12/26/2022 | P00011 | | Option 1 |
| | | | | | | | |
| SC | 2015-4431 | Florence | 22 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| SC | 2015-4439 | Sumter | 19 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| SC | 2015-4429 | Richland | 22 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| SC | 2015-4437 | Spartanburg | 22 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| SC | 2015-4431 | Florence | 22 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| SC | 2015-4435 | Horry | 20 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| SC | 2015-4465 | Aiken | 21 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| SC | 2015-5737 | Jasper | 22 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| SC | 2015-4423 | Lancaster | 22 | 12/27/2022 | P00010 | | Option 1 |
| | | | | | | | |
| SC | 2015-4433 | Anderson | 23 | 12/26/2022 | P00011 | | Option 1 |
| | | | | | | | |
| SC | 2015-4455 | Dillon | 22 | 12/26/2022 | P00011 | | Option 1 |
| | | | | | | | |

Attachment J-7 Wage Determintion Revsion List

| SC | 2015-4443 | Georgetown | 21 | 12/26/2022 | P00011 | Option 1 |
|---|---|---|---|---|---|---|
| | | | | | | |
| SC | 2015-4429 | Kershaw | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| SC | 2015-4463 | Orangeburg | 23 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| SC | 2015-4443 | Williamsburg | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| TN | 2015-4657 | Bedford, Lewis, Marshall, Perry | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| TN | 2015-4649 | Benton, Carroll, Decatur, Dyer, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Lake, Lauderdale, McNairy, Obion, Weakley | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| TN | 2015-4647 | Cannon, Cheatham, Davidson, Dickson, Hickman, Macon, Maury, Robertson, Rutherford, Smith, Sumner, Trousdale, Williamson, Wilson | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 8/26/2022 | P00005 | Option 1 |
| | | | | | | |
| TN | 2015-4639 | Chester, Crockett, Madison | 16 | 3/15/2022 | P00001 | Transiton In |
| | | | 18 | 8/26/2022 | P00005 | Option 1 |
| | | | | | | |
| TN | 2015-4661 | Clay, De Kalb, Jackson, Overton, Putnam, Warren, White | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| TN | 2015-4655 | Coffee, Franklin, Grundy | 19 | 3/15/2022 | P00001 | Transiton In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| TN/KY | 2015-4675 | Montgomery, Christian, Trigg | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 8/26/2022 | P00005 | Option 1 |
| | | | | | | |

Attachment J-7 Wage Determintion Revsion List

| TN | 2015-4673 | Shelby | 14 | 4/28/2021 | At Award | At Award |
|----|-----------|--------|----|-----------|----------|----------|
| | | | 20 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| TN | 2015-4339 | Sullivan | 19 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5233 | Austin, Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, Waller | 21 | 3/15/2022 | P00001 | Transition In |
| | | | 23 | 7/13/2022 | P00005 | Option 1 |
| | | | | | | |
| TX | 2015-5227 | Collin, Dallas, Denton, Ellis, Hunt, Kaufman, Rockwall | 17 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 7/14/2022 | P00005 | Option 1 |
| | | | | | | |
| TX | 2015-5231 | Johnson, Parker, Tarrant, Wise | 21 | 3/15/2022 | P00001 | Transition In |
| | | | 22 | 7/14/2022 | P00005 | Option 1 |
| | | | | | | |
| TX | 2015-5145 | Bowie | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5279 | Angelina | 23 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5263 | Wichita | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5237 | Bell | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5217 | Orange | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5217 | Jefferson | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5253 | Bexar | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5225 | San Patricio | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5243 | Lubbock | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5261 | McLennan | 20 | 12/27/2022 | P00010 | Option 1 |

Attachment J-7 Wage Determintion Revsion List

| | TX | 2015-5219 | Cameron | 21 | 12/26/2022 | P00011 | Option 1 |
|---|---|---|---|---|---|---|---|
| | TX | 2015-5237 | Coryell | 21 | 2/26/2022 | P00011 | Option 1 |
| | TX | 2015-5229 | El Paso | 20 | 12/26/2022 | P00011 | Option 1 |
| | TX | 2015-5245 | Hidalgo | 20 | 12/26/2022 | P00011 | Option 1 |
| | TX | 2015-5843 | Hopkins | 20 | 12/26/2022 | P00011 | Option 1 |
| | UT | 2015-5487 | Washington | 20 | 12/27/2022 | P00010 | Option 1 |
| | VA | 2015-4313 | Caroline | 21 | 12/27/2022 | P00010 | Option 1 |
| | VA | 2015-4323 | Cumberland | 24 | 12/27/2022 | P00010 | Option 1 |
| | VA | 2015-4331 | Richmond | 22 | 12/27/2022 | P000l0 | Option |
| | VA | 2015-4313 | Henrico | 21 | 12/27/2022 | P00010 | Option 1 |
| | VA | 2015-4341 | Newport News, Hampton | 22 | 12/27/2022 | P00010 | Option 1 |
| | VA | 2015-4325 | Danville | 25 | 12/27/2022 | P00010 | Option 1 |
| | VA | 2015-4317 | Buchanan | 22 | 12/27/2022 | P00010 | Option 1 |
| | VA | 2015-4327 | Accomack | 22 | 12/26/2022 | P00011 | Option 1 |
| | VA | 2015-4341 | Portsmouth City | 22 | 12/26/2022 | P00011 | Option 1 |
| | VA | 2015-4315 | Roanoke | 21 | 12/26/2022 | P00011 | Option 1 |
| | WA | 2015-5535 | King | 13 | 6/15/2021 | At Award | At Award |

| | | | 18 | 7/21/2022 | P00005 | Option 1 |
|---|---|---|---|---|---|---|
| | | | | | | |
| WA | 2015-5539 | Pierce | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| WI | 2015-4897 | Dane | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| WI | 2015-4887 | Outagamie | 20 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| WV | 2015-4297 | Berkeley | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

```
        "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
             THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor      |      WAGE AND HOUR DIVISION
                                                |      WASHINGTON D.C.  20210
                                                |
                                                |
                                                |
                                                | Wage Determination No.: 2015-5477
    Daniel W. Simms        Division of          |      Revision No.: 19
    Director           Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
_____
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|_____|_____|
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|_____|_____|
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.
_____

State: Arizona

Area: Arizona Counties of Apache Gila Navajo
_____

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                    14.85***
    01012 - Accounting Clerk II                                   16.68
    01013   Accounting Clerk III                                  18.65
    01020 - Administrative Assistant                              25.36
    01035 - Court Reporter                                        18.01
    01041 - Customer Service Representative I                     13.74***
    01042   Customer Service Representative II                    14.99***
    01043 - Customer Service Representative III                   16.84
    01051 - Data Entry Operator I                                 13.08***
    01052 - Data Entry Operator II                                14.27***
    01060   Dispatcher Motor Vehicle                              16.40
    01070 - Document Preparation Clerk                            14.34***
    01090 - Duplicating Machine Operator                         14.34***
    01111 - General Clerk I                                       13.78***
    01112   General Clerk II                                      15.04
    01113 - General Clerk III                                     16.87
```

```
01120 - Housing Referral Assistant                       20.78
01141 - Messenger Courier                                12.33***
01191   Order Clerk I                                    13.42***
01192 - Order Clerk II                                   14.86***
01261 - Personnel Assistant (Employment) I               15.95
01262 - Personnel Assistant (Employment) II              17.84
01263   Personnel Assistant (Employment) III             19.88
01270 - Production Control Clerk                         26.97
01290 - Rental Clerk                                     14.97***
01300 - Scheduler Maintenance                            16.66
01311   Secretary I                                      16.66
01312 - Secretary II                                     18.64
01313 - Secretary III                                    20.78
01320 - Service Order Dispatcher                         14.32***
01410   Supply Technician                                25.36
01420 - Survey Worker                                    16.63
01460 - Switchboard Operator/Receptionist                13.44***
01531 - Travel Clerk I                                   14.33***
01532   Travel Clerk II                                  15.66
01533 - Travel Clerk III                                 16.88
01611 - Word Processor I                                 15.53
01612 - Word Processor II                                17.44
01613   Word Processor III                               19.50
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass              20.34
05010 - Automotive  Electrician                          20.30
05040   Automotive Glass Installer                       19.42
05070 - Automotive Worker                                19.42
05110 - Mobile Equipment Servicer                        16.62
05130 - Motor Equipment Metal Mechanic                   22.69
05160   Motor Equipment Metal Worker                     19.62
05190 - Motor Vehicle Mechanic                           21.59
05220 - Motor Vehicle Mechanic Helper                    15.12
05250 - Motor Vehicle Upholstery Worker                  18.14
05280   Motor Vehicle Wrecker                            19.62
05310 - Painter Automotive                               22.12
05340 - Radiator Repair Specialist                       19.58
05370 - Tire Repairer                                    14.37***
05400   Transmission Repair Specialist                   21.59
07000 - Food Preparation And Service Occupations
07010 - Baker                                            13.65***
07041 - Cook I                                           14.67***
07042   Cook II                                          16.93
07070 - Dishwasher                                       12.18***
07130 - Food Service Worker                              13.00***
07210 - Meat Cutter                                      16.58
07260   Waiter/Waitress                                  12.72***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                      25.66
09040 - Furniture Handler                                16.10
09080   Furniture Refinisher                             25.66
09090 - Furniture Refinisher Helper                      19.23
09110 - Furniture Repairer Minor                         22.45
09130 - Upholsterer                                      25.66
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                 12.33***
11060 - Elevator Operator                                14.15***
11090 - Gardener                                         17.39
11122   Housekeeping Aide                                14.15***
11150 - Janitor                                          14.15***
11210 - Laborer Grounds Maintenance                      13.43***
11240 - Maid or Houseman                                 12.38***
11260   Pruner                                           12.46***
11270 - Tractor Operator                                 16.05
11330 - Trail Maintenance Worker                         13.43***
```

```
11360 - Window Cleaner                                        15.19
12000 - Health Occupations
  12010   Ambulance Driver                                    17.23
  12011 - Breath Alcohol Technician                           21.73
  12012 - Certified Occupational Therapist Assistant          29.81
  12015 - Certified Physical Therapist Assistant              25.20
  12020   Dental Assistant                                    19.02
  12025 - Dental Hygienist                                    44.74
  12030 - EKG Technician                                      32.93
  12035 - Electroneurodiagnostic Technologist                 32.93
  12040   Emergency Medical Technician                        17.23
  12071 - Licensed Practical Nurse I                          19.43
  12072 - Licensed Practical Nurse II                         21.73
  12073 - Licensed Practical Nurse III                        24.22
  12100   Medical Assistant                                   16.49
  12130 - Medical Laboratory Technician                       24.72
  12160 - Medical Record Clerk                                17.52
  12190 - Medical Record Technician                           19.59
  12195   Medical Transcriptionist                            19.43
  12210 - Nuclear Medicine Technologist                       47.75
  12221 - Nursing Assistant I                                 12.26***
  12222 - Nursing Assistant II                                13.77***
  12223   Nursing Assistant III                               15.03
  12224 - Nursing Assistant IV                                16.88
  12235 - Optical Dispenser                                   18.17
  12236 - Optical Technician                                  19.43
  12250   Pharmacy Technician                                 18.43
  12280 - Phlebotomist                                        17.37
  12305 - Radiologic Technologist                             31.03
  12311 - Registered Nurse I                                  26.93
  12312   Registered Nurse II                                 33.08
  12313 - Registered Nurse II Specialist                      33.08
  12314 - Registered Nurse III                                40.02
  12315 - Registered Nurse III Anesthetist                    40.02
  12316   Registered Nurse IV                                 47.96
  12317 - Scheduler (Drug and Alcohol Testing)                26.92
  12320 - Substance Abuse Treatment Counselor                 21.74
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                               17.08
  13012 - Exhibits Specialist II                              21.08
  13013 - Exhibits Specialist III                             25.71
  13041 - Illustrator I                                       18.79
  13042   Illustrator II                                      23.18
  13043 - Illustrator III                                     28.27
  13047 - Librarian                                           23.06
  13050 - Library Aide/Clerk                                  14.20***
  13054   Library Information Technology Systems              20.92
  Administrator
  13058 - Library Technician                                  14.31***
  13061 - Media Specialist I                                  15.03
  13062   Media Specialist II                                 16.81
  13063 - Media Specialist III                                18.75
  13071 - Photographer I                                      14.99***
  13072 - Photographer II                                     17.27
  13073   Photographer III                                    21.32
  13074 - Photographer IV                                     26.01
  13075 - Photographer V                                      31.55
  13090 - Technical Order Library Clerk                       17.22
  13110   Video Teleconference Technician                     16.68
14000 - Information Technology Occupations
  14041 - Computer Operator I                                 17.48
  14042 - Computer Operator II                                19.54
  14043   Computer Operator III                               21.79
  14044 - Computer Operator IV                                24.22
  14045 - Computer Operator V                                 26.82
```

```
14071 - Computer Programmer I               (see 1)        23.00
14072 - Computer Programmer II              (see 1)        26.05
14073 - Computer Programmer III             (see 1)
14074 - Computer Programmer IV              (see 1)
14101 - Computer Systems Analyst I          (see 1)
14102 - Computer Systems Analyst II         (see 1)
14103 - Computer Systems Analyst III        (see 1)
14150 - Peripheral Equipment Operator                      17.48
14160 - Personal Computer Support Technician               25.03
14170 - System Support Specialist                          26.81
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)     30.83
    15020 - Aircrew Training Devices Instructor (Rated)         37.31
    15030 - Air Crew Training Devices Instructor (Pilot)        44.71
    15050 - Computer Based Training Specialist / Instructor     30.83
    15060 - Educational Technologist                            29.16
    15070 - Flight Instructor (Pilot)                           44.71
    15080 - Graphic Artist                                      21.86
    15085 - Maintenance Test Pilot Fixed Jet/Prop               44.71
    15086 - Maintenance Test Pilot Rotary Wing                  44.71
    15088 - Non-Maintenance Test/Co-Pilot                       44.71
    15090 - Technical Instructor                                29.31
    15095 - Technical Instructor/Course Developer               35.86
    15110 - Test Proctor                                        23.66
    15120 - Tutor                                               23.66
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                           15.11
    16030 - Counter Attendant                                   15.11
    16040 - Dry Cleaner                                         17.89
    16070 - Finisher Flatwork Machine                           15.11
    16090 - Presser Hand                                        15.11
    16110 - Presser Machine Drycleaning                         15.11
    16130 - Presser Machine Shirts                              15.11
    16160 - Presser Machine Wearing Apparel Laundry             15.11
    16190 - Sewing Machine Operator                             18.63
    16220 - Tailor                                              19.38
    16250 - Washer Machine                                      16.39
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                   25.66
    19040 - Tool And Die Maker                                  31.55
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                13.88***
    21030 - Material Coordinator                                26.06
    21040 - Material Expediter                                  26.06
    21050 - Material Handling Laborer                        13.51***
    21071 - Order Filler                                     12.66***
    21080 - Production Line Worker (Food Processing)         13.88***
    21110 - Shipping Packer                                     16.79
    21130 - Shipping/Receiving Clerk                           16.79
    21140 - Store Worker I                                   14.50***
    21150 - Stock Clerk                                         18.19
    21210 - Tools And Parts Attendant                        13.88***
    21410 - Warehouse Specialist                             13.88***
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                         29.45
    23019 - Aircraft Logs and Records Technician                23.41
    23021 - Aircraft Mechanic I                                 27.87
    23022 - Aircraft Mechanic II                                29.45
    23023 - Aircraft Mechanic III                               31.24
    23040 - Aircraft Mechanic Helper                            19.51
    23050 - Aircraft Painter                                    26.48
    23060 - Aircraft Servicer                                   23.41
    23070 - Aircraft Survival Flight Equipment Technician       26.48
    23080 - Aircraft Worker                                     25.08
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic      25.08
```

```
        I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        27.87
        II
    23110 - Appliance Mechanic                                    25.66
    23120 - Bicycle Repairer                                      20.85
    23125 - Cable Splicer                                         36.85
    23130 - Carpenter Maintenance                                 20.71
    23140 - Carpet Layer                                          24.05
    23160 - Electrician Maintenance                               34.30
    23181 - Electronics Technician Maintenance I                  24.05
    23182 - Electronics Technician Maintenance II                 25.66
    23183 - Electronics Technician Maintenance III                27.29
    23260 - Fabric Worker                                         22.45
    23290 - Fire Alarm System Mechanic                            27.29
    23310 - Fire Extinguisher Repairer                            20.85
    23311 - Fuel Distribution System Mechanic                     29.33
    23312 - Fuel Distribution System Operator                     21.87
    23370 - General Maintenance Worker                            17.48
    23380 - Ground Support Equipment Mechanic                     27.87
    23381 - Ground Support Equipment Servicer                     23.41
    23382 - Ground Support Equipment Worker                       25.08
    23391 - Gunsmith I                                            20.85
    23392 - Gunsmith II                                           24.05
    23393 - Gunsmith III                                          27.29
    23410 - Heating Ventilation And Air-Conditioning              19.83
Mechanic
    23411 - Heating Ventilation And Air Contidioning              20.95
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              29.21
    23440 - Heavy Equipment Operator                              25.67
    23460 - Instrument Mechanic                                   27.29
    23465 - Laboratory/Shelter Mechanic                           25.66
    23470 - Laborer                                               13.51***
    23510 - Locksmith                                             25.66
    23530 - Machinery Maintenance Mechanic                        29.35
    23550 - Machinist Maintenance                                 25.37
    23580 - Maintenance Trades Helper                             18.26
    23591 - Metrology Technician I                                27.29
    23592 - Metrology Technician II                               28.69
    23593 - Metrology Technician III                              30.17
    23640 - Millwright                                            27.29
    23710 - Office Appliance Repairer                             25.66
    23760 - Painter Maintenance                                   20.20
    23790 - Pipefitter Maintenance                                24.40
    23810 - Plumber Maintenance                                   22.95
    23820 - Pneudraulic Systems Mechanic                          27.29
    23850 - Rigger                                                27.29
    23870 - Scale Mechanic                                        24.05
    23890 - Sheet-Metal Worker Maintenance                        21.77
    23910 - Small Engine Mechanic                                 24.05
    23931 - Telecommunications Mechanic I                         33.54
    23932 - Telecommunications Mechanic II                        35.26
    23950 - Telephone Lineman                                     27.13
    23960 - Welder Combination Maintenance                        29.48
    23965 - Well Driller                                          24.97
    23970 - Woodcraft Worker                                      27.29
    23980 - Woodworker                                            20.85
 24000 - Personal Needs Occupations
    24550 - Case Manager                                          15.79
    24570 - Child Care Attendant                                  12.23***
    24580 - Child Care Center Clerk                               16.79
    24610 - Chore Aide                                            12.55***
    24620 - Family Readiness And Support Services                 15.79
Coordinator
    24630 - Homemaker                                             18.38
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                        27.29
   25040 - Sewage Plant Operator                                22.71
   25070 - Stationary Engineer                                  27.29
   25190 - Ventilation Equipment Tender                         19.23
   25210 - Water Treatment Plant Operator                       22.71
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                        18.73
   27007 - Baggage Inspector                                    16.00
   27008 - Corrections Officer                                  19.52
   27010 - Court Security Officer                               20.49
   27030 - Detection Dog Handler                                17.89
   27040 - Detention Officer                                    19.52
   27070 - Firefighter                                          21.80
   27101 - Guard I                                              16.00
   27102 - Guard II                                             17.89
   27131 - Police Officer I                                     25.69
   27132 - Police Officer II                                    28.53
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                          15.94
   28042 - Carnival Equipment Repairer                          17.28
   28043 - Carnival Worker                                      12.43***
   28210 - Gate Attendant/Gate Tender                           16.50
   28310 - Lifeguard                                            13.21***
   28350 - Park Attendant (Aide)                                18.47
   28510 - Recreation Aide/Health Facility Attendant            13.48***
   28515 - Recreation Specialist                                22.88
   28630 - Sports Official                                      14.70***
   28690 - Swimming Pool Operator                               19.93
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                   26.73
   29020 - Hatch Tender                                         26.73
   29030 - Line Handler                                         26.73
   29041 - Stevedore I                                          24.94
   29042 - Stevedore II                                         28.48
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)  (see 2) 40.72
   30011 - Air Traffic Control Specialist Station (HFO) (see 2) 28.08
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.92
   30021 - Archeological Technician I                           17.95
   30022 - Archeological Technician II                          20.08
   30023 - Archeological Technician III                         24.88
   30030 - Cartographic Technician                              24.88
   30040 - Civil Engineering Technician                         25.89
   30051 - Cryogenic Technician I                               27.55
   30052 - Cryogenic Technician II                              30.42
   30061 - Drafter/CAD Operator I                               17.95
   30062 - Drafter/CAD Operator II                              20.08
   30063 - Drafter/CAD Operator III                             22.38
   30064 - Drafter/CAD Operator IV                              27.55
   30081 - Engineering Technician I                             16.02
   30082 - Engineering Technician II                            17.98
   30083 - Engineering Technician III                           21.48
   30084 - Engineering Technician IV                            25.33
   30085 - Engineering Technician V                             30.42
   30086 - Engineering Technician VI                            36.81
   30090 - Environmental Technician                             24.88
   30095 - Evidence Control Specialist                          24.88
   30210 - Laboratory Technician                                28.60
   30221 - Latent Fingerprint Technician I                      27.55
   30222 - Latent Fingerprint Technician II                     30.42
   30240 - Mathematical Technician                              24.88
   30361 - Paralegal/Legal Assistant I                          21.19
   30362 - Paralegal/Legal Assistant II                         25.62
   30363 - Paralegal/Legal Assistant III                        31.34
```

```
30364 - Paralegal/Legal Assistant IV                            37.93
30375 - Petroleum Supply Specialist                             30.42
30390 - Photo-Optics Technician                                 24.88
30395 - Radiation Control Technician                            30.42
30461 - Technical Writer I                                      24.88
30462 - Technical Writer II                                     30.42
30463 - Technical Writer III                                    36.81
30491 - Unexploded Ordnance (UXO) Technician I                  25.88
30492 - Unexploded Ordnance (UXO) Technician II                 31.31
30493 - Unexploded Ordnance (UXO) Technician III                37.53
30494 - Unexploded (UXO) Safety Escort                          25.88
30495 - Unexploded (UXO) Sweep Personnel                        25.88
30501 - Weather Forecaster I                                    27.55
30502 - Weather Forecaster II                                   33.51
30620 - Weather Observer Combined Upper Air Or     (see 2)      22.38
Surface Programs
30621 - Weather Observer Senior                    (see 2)      24.88
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                          31.31
31020 - Bus Aide                                              11.97***
31030 - Bus Driver                                             19.47
31043 - Driver Courier                                         18.01
31260 - Parking and Lot Attendant                            14.04***
31290 - Shuttle Bus Driver                                     18.39
31310 - Taxi Driver                                          14.36***
31361 - Truckdriver Light                                      19.52
31362 - Truckdriver Medium                                     21.02
31363 - Truckdriver Heavy                                      21.40
31364 - Truckdriver Tractor-Trailer                            21.40
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                15.26
99030 - Cashier                                              12.64***
99050 - Desk Clerk                                           12.80***
99095 - Embalmer                                               28.19
99130 - Flight Follower                                        25.88
99251 - Laboratory Animal Caretaker I                          15.87
99252 - Laboratory Animal Caretaker II                         17.35
99260 - Marketing Analyst                                      27.59
99310 - Mortician                                              28.19
99410 - Pest Controller                                        23.25
99510 - Photofinishing Worker                                13.60***
99710 - Recycling Laborer                                      20.17
99711 - Recycling Specialist                                   24.28
99730 - Refuse Collector                                       18.16
99810 - Sales Clerk                                          12.68***
99820 - School Crossing Guard                                13.48***
99830 - Survey Party Chief                                     32.05
99831 - Surveying Aide                                         19.30
99832 - Surveying Technician                                   27.21
99840 - Vending Machine Attendant                              19.91
99841 - Vending Machine Repairer                               24.89
99842 - Vending Machine Repairer Helper                        19.91
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).


Information required by the Regulations must be submitted on SF-1444 or bond paper.


When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
            "REGISTER OF WAGE DETERMINATIONS UNDER  |       U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT                |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor              |        WAGE AND HOUR DIVISION
                                                    |        WASHINGTON D.C.  20210
                                                    |
                                                    |
                                                    |
                                                    | Wage Determination No.: 2015-5719
Daniel W. Simms           Division of               |      Revision No.: 16
Director           Wage Determinations              | Date Of Last Revision: 03/15/2022
                                                    |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Arizona

Area: Arizona County of Cochise

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.65*** |
| 01012 - Accounting Clerk II | | 16.45 |
| 01013   Accounting Clerk III | | 18.40 |
| 01020 - Administrative Assistant | | 22.92 |
| 01035 - Court Reporter | | 17.97 |
| 01041 - Customer Service Representative I | | 12.43*** |
| 01042   Customer Service Representative II | | 13.59*** |
| 01043 - Customer Service Representative III | | 15.26 |
| 01051 - Data Entry Operator I | | 14.32*** |
| 01052 - Data Entry Operator II | | 15.63 |
| 01060   Dispatcher Motor Vehicle | | 17.31 |
| 01070 - Document Preparation Clerk | | 13.74*** |
| 01090 - Duplicating Machine Operator | | 13.74*** |
| 01111 - General Clerk I | | 12.66*** |
| 01112   General Clerk II | | 13.82*** |
| 01113 - General Clerk III | | 15.52 |

```
01120 - Housing Referral Assistant                        19.23
01141 - Messenger Courier                                 11.20***
01191   Order Clerk I                                     13.66***
01192 - Order Clerk II                                    14.91***
01261 - Personnel Assistant (Employment) I                16.87
01262 - Personnel Assistant (Employment) II               18.86
01263   Personnel Assistant (Employment) III              21.02
01270 - Production Control Clerk                           22.87
01290 - Rental Clerk                                       14.42***
01300 - Scheduler Maintenance                             15.43
01311   Secretary I                                       15.43
01312 - Secretary II                                      17.25
01313 - Secretary III                                     19.23
01320 - Service Order Dispatcher                          15.15
01410   Supply Technician                                 22.92
01420 - Survey Worker                                     15.38
01460 - Switchboard Operator/Receptionist                 13.54***
01531 - Travel Clerk I                                    13.44***
01532   Travel Clerk II                                   14.14***
01533 - Travel Clerk III                                  14.79***
01611 - Word Processor I                                  13.74***
01612   Word Processor II                                 15.62
01613   Word Processor III                                17.50
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               24.81
05010 - Automotive  Electrician                           24.74
05040   Automotive Glass Installer                        23.32
05070 - Automotive Worker                                 23.32
05110 - Mobile Equipment Servicer                         20.71
05130 - Motor Equipment Metal Mechanic                    25.96
05160   Motor Equipment Metal Worker                      23.32
05190 - Motor Vehicle Mechanic                            25.96
05220 - Motor Vehicle Mechanic Helper                     19.39
05250 - Motor Vehicle Upholstery Worker                   22.01
05280   Motor Vehicle Wrecker                             23.32
05310 - Painter Automotive                                24.59
05340 - Radiator Repair Specialist                        23.32
05370 - Tire Repairer                                     14.39***
05400   Transmission Repair Specialist                    25.96
07000 - Food Preparation And Service Occupations
07010 - Baker                                             20.08
07041 - Cook I                                            13.22***
07042   Cook II                                           14.91***
07070 - Dishwasher                                        12.72***
07130 - Food Service Worker                               13.08***
07210 - Meat Cutter                                       18.40
07260   Waiter/Waitress                                   13.56***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       22.87
09040 - Furniture Handler                                 15.36
09080   Furniture Refinisher                              22.87
09090 - Furniture Refinisher Helper                       17.93
09110 - Furniture Repairer Minor                          20.46
09130 - Upholsterer                                       22.87
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  12.56***
11060 - Elevator Operator                                 13.24***
11090 - Gardener                                          16.52
11122   Housekeeping Aide                                 13.24***
11150 - Janitor                                           13.24***
11210 - Laborer Grounds Maintenance                       13.20***
11240 - Maid or Houseman                                  12.27***
11260   Pruner                                            12.13***
11270 - Tractor Operator                                  15.41
11330 - Trail Maintenance Worker                          13.20***
```

```
   11360 - Window Cleaner                                    14.42***
12000 - Health Occupations
   12010   Ambulance Driver                                  18.84
   12011 - Breath Alcohol Technician                         20.41
   12012 - Certified Occupational Therapist Assistant        28.00
   12015 - Certified Physical Therapist Assistant            27.94
   12020   Dental Assistant                                  18.41
   12025 - Dental Hygienist                                  43.74
   12030 - EKG Technician                                    30.92
   12035 - Electroneurodiagnostic Technologist              30.92
   12040   Emergency Medical Technician                      18.84
   12071 - Licensed Practical Nurse I                        18.25
   12072 - Licensed Practical Nurse II                       20.41
   12073 - Licensed Practical Nurse III                      22.75
   12100   Medical Assistant                                 14.85***
   12130 - Medical Laboratory Technician                     26.29
   12160 - Medical Record Clerk                              16.18
   12190 - Medical Record Technician                         18.09
   12195   Medical Transcriptionist                          18.25
   12210 - Nuclear Medicine Technologist                     44.85
   12221 - Nursing Assistant I                               11.87***
   12222 - Nursing Assistant II                              13.35***
   12223   Nursing Assistant III                             14.56***
   12224 - Nursing Assistant IV                              16.34
   12235 - Optical Dispenser                                 20.41
   12236 - Optical Technician                                18.25
   12250   Pharmacy Technician                               17.47
   12280 - Phlebotomist                                      18.21
   12305 - Radiologic Technologist                           30.86
   12311 - Registered Nurse I                                25.04
   12312   Registered Nurse II                               30.63
   12313 - Registered Nurse II Specialist                    30.63
   12314 - Registered Nurse III                              37.06
   12315 - Registered Nurse III Anesthetist                  37.06
   12316   Registered Nurse IV                               44.41
   12317 - Scheduler (Drug and Alcohol Testing)             25.29
   12320 - Substance Abuse Treatment Counselor               24.44
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                             17.70
   13012 - Exhibits Specialist II                            21.53
   13013 - Exhibits Specialist III                           26.33
   13041 - Illustrator I                                     18.56
   13042   Illustrator II                                    21.47
   13043 - Illustrator III                                   26.26
   13047 - Librarian                                         22.65
   13050 - Library Aide/Clerk                                12.42***
   13054   Library Information Technology Systems            20.46
   Administrator
   13058 - Library Technician                                17.94
   13061 - Media Specialist I                                14.76***
   13062   Media Specialist II                               16.51
   13063   Media Specialist III                              18.41
   13071 - Photographer I                                    14.80***
   13072 - Photographer II                                   18.32
   13073   Photographer III                                  20.51
   13074 - Photographer IV                                   25.09
   13075 - Photographer V                                    30.35
   13090 - Technical Order Library Clerk                     15.47
   13110   Video Teleconference Technician                   16.98
14000 - Information Technology Occupations
   14041 - Computer Operator I                               17.01
   14042 - Computer Operator II                              19.02
   14043   Computer Operator III                             21.22
   14044 - Computer Operator IV                              23.57
   14045 - Computer Operator V                               26.10
```

```
14071 - Computer Programmer I                    (see 1)        18.14
14072 - Computer Programmer II                   (see 1)        22.30
14073 - Computer Programmer III                  (see 1)        26.60
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                           17.01
14160 - Personal Computer Support Technician                    23.57
14170 - System Support Specialist                               33.75
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)     30.13
    15020 - Aircrew Training Devices Instructor (Rated)         36.46
    15030 - Air Crew Training Devices Instructor (Pilot)        43.69
    15050 - Computer Based Training Specialist / Instructor     30.13
    15060 - Educational Technologist                            30.84
    15070 - Flight Instructor (Pilot)                           43.69
    15080 - Graphic Artist                                      29.17
    15085 - Maintenance Test Pilot Fixed Jet/Prop               43.69
    15086 - Maintenance Test Pilot Rotary Wing                  43.69
    15088 - Non-Maintenance Test/Co-Pilot                       43.69
    15090 - Technical Instructor                                28.86
    15095 - Technical Instructor/Course Developer               35.30
    15110 - Test Proctor                                        23.31
    15120 - Tutor                                               23.31
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                        13.29***
    16030 - Counter Attendant                                13.29***
    16040 - Dry Cleaner                                         15.18
    16070 - Finisher Flatwork Machine                        13.29***
    16090 - Presser Hand                                     13.29***
    16110 - Presser Machine Drycleaning                      13.29***
    16130 - Presser Machine Shirts                           13.29***
    16160 - Presser Machine Wearing Apparel Laundry          13.29***
    16190 - Sewing Machine Operator                             15.81
    16220 - Tailor                                             16.45
    16250 - Washer Machine                                   13.92***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                   22.87
    19040 - Tool And Die Maker                                  27.95
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                14.05***
    21030 - Material Coordinator                                22.87
    21040 - Material Expediter                                  22.87
    21050 - Material Handling Laborer                        14.27***
    21071 - Order Filler                                     14.08***
    21080 - Production Line Worker (Food Processing)         14.05***
    21110 - Shipping Packer                                  13.93***
    21130 - Shipping/Receiving Clerk                         13.93***
    21140 - Store Worker I                                   14.73***
    21150 - Stock Clerk                                         19.06
    21210 - Tools And Parts Attendant                        14.05***
    21410 - Warehouse Specialist                             14.05***
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                         26.83
    23019 - Aircraft Logs and Records Technician                21.81
    23021 - Aircraft Mechanic I                                 25.49
    23022 - Aircraft Mechanic II                                26.82
    23023 - Aircraft Mechanic III                               28.09
    23040 - Aircraft Mechanic Helper                            19.13
    23050 - Aircraft Painter                                    25.19
    23060 - Aircraft Servicer                                   21.81
    23070 - Aircraft Survival Flight Equipment Technician       25.19
    23080 - Aircraft Worker                                     23.03
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic      23.03
```

```
                                                               I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic            25.49
                                                              II
  23110 - Appliance Mechanic                                       22.87
  23120 - Bicycle Repairer                                         19.22
  23125 - Cable Splicer                                            31.15
  23130 - Carpenter Maintenance                                    18.32
  23140 - Carpet Layer                                             21.67
  23160 - Electrician Maintenance                                  21.53
  23181 - Electronics Technician Maintenance I                     24.15
  23182 - Electronics Technician Maintenance II                    26.90
  23183 - Electronics Technician Maintenance III                   28.40
  23260 - Fabric Worker                                            20.46
  23290 - Fire Alarm System Mechanic                               24.16
  23310 - Fire Extinguiser Repairer                                19.22
  23311 - Fuel Distribution System Mechanic                        24.16
  23312 - Fuel Distribution System Operator                        19.22
  23370 - General Maintenance Worker                               16.69
  23380 - Ground Support Equipment Mechanic                        25.49
  23381 - Ground Support Equipment Servicer                        21.81
  23382 - Ground Support Equipment Worker                          23.03
  23391 - Gunsmith I                                               19.22
  23392 - Gunsmith II                                              21.67
  23393 - Gunsmith III                                             24.16
  23410 - Heating Ventilation And Air-Conditioning                 18.84
Mechanic
  23411 - Heating Ventilation And Air Contidioning                 19.83
Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                                 24.16
  23440 - Heavy Equipment Operator                                 22.91
  23460 - Instrument Mechanic                                      24.16
  23465 - Laboratory/Shelter Mechanic                              22.87
  23470 - Laborer                                               14.27***
  23510 - Locksmith                                                22.87
  23530 - Machinery Maintenance Mechanic                           24.90
  23550 - Machinist Maintenance                                    24.16
  23580 - Maintenance Trades Helper                                17.44
  23591 - Metrology Technician I                                   24.16
  23592 - Metrology Technician II                                  25.43
  23593 - Metrology Technician III                                 26.69
  23640 - Millwright                                               24.16
  23710 - Office Appliance Repairer                                22.87
  23760 - Painter Maintenance                                      19.34
  23790 - Pipefitter Maintenance                                   22.37
  23810 - Plumber Maintenance                                      21.19
  23820 - Pneudraulic Systems Mechanic                             24.16
  23850 - Rigger                                                   24.16
  23870 - Scale Mechanic                                           21.67
  23890 - Sheet-Metal Worker Maintenance                           24.16
  23910 - Small Engine Mechanic                                    21.67
  23931 - Telecommunications Mechanic I                            29.33
  23932 - Telecommunications Mechanic II                           30.87
  23950 - Telephone Lineman                                        24.16
  23960 - Welder Combination Maintenance                           25.56
  23965 - Well Driller                                             24.16
  23970 - Woodcraft Worker                                         24.16
  23980 - Woodworker                                               19.22
24000 - Personal Needs Occupations
  24550 - Case Manager                                             19.04
  24570 - Child Care Attendant                                  12.92***
  24580 - Child Care Center Clerk                                  16.10
  24610 - Chore Aide                                            12.61***
  24620 - Family Readiness And Support Services                    19.04
Coordinator
  24630 - Homemaker                                                19.04
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                       24.16
    25040 - Sewage Plant Operator                               22.27
    25070 - Stationary Engineer                                 24.16
    25190 - Ventilation Equipment Tender                        17.93
    25210 - Water Treatment Plant Operator                      22.27
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                       23.17
    27007 - Baggage Inspector                                   15.69
    27008 - Corrections Officer                                 21.42
    27010 - Court Security Officer                              22.42
    27030 - Detection Dog Handler                               17.90
    27040 - Detention Officer                                   21.42
    27070 - Firefighter                                         23.52
    27101 - Guard I                                             15.69
    27102 - Guard II                                            17.90
    27131 - Police Officer I                                    24.73
    27132 - Police Officer II                                   29.60
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                          9.50***
    28042 - Carnival Equipment Repairer                         10.20***
    28043 - Carnival Worker                                      8.24***
    28210 - Gate Attendant/Gate Tender                          15.88
    28310 - Lifeguard                                           14.15***
    28350 - Park Attendant (Aide)                               17.77
    28510 - Recreation Aide/Health Facility Attendant           13.08***
    28515 - Recreation Specialist                               21.31
    28630 - Sports Official                                     14.15***
    28690 - Swimming Pool Operator                              24.61
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                  21.67
    29020 - Hatch Tender                                        21.67
    29030 - Line Handler                                        21.67
    29041 - Stevedore I                                         20.46
    29042 - Stevedore II                                        22.87
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.72
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   28.08
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.92
    30021 - Archeological Technician I                          17.28
    30022 - Archeological Technician II                         19.33
    30023 - Archeological Technician III                        23.96
    30030 - Cartographic Technician                             23.96
    30040 - Civil Engineering Technician                        22.98
    30051 - Cryogenic Technician I                              24.67
    30052 - Cryogenic Technician II                             27.24
    30061 - Drafter/CAD Operator I                              17.28
    30062 - Drafter/CAD Operator II                             19.33
    30063 - Drafter/CAD Operator III                            21.56
    30064 - Drafter/CAD Operator IV                             26.52
    30081 - Engineering Technician I                            14.98***
    30082 - Engineering Technician II                           16.21
    30083 - Engineering Technician III                          18.81
    30084 - Engineering Technician IV                           22.28
    30085 - Engineering Technician V                            27.24
    30086 - Engineering Technician VI                           32.97
    30090 - Environmental Technician                            22.28
    30095 - Evidence Control Specialist                         22.28
    30210 - Laboratory Technician                               20.05
    30221 - Latent Fingerprint Technician I                     24.67
    30222 - Latent Fingerprint Technician II                    27.24
    30240 - Mathematical Technician                             23.96
    30361 - Paralegal/Legal Assistant I                         21.49
    30362 - Paralegal/Legal Assistant II                        26.65
    30363 - Paralegal/Legal Assistant III                       31.22
```

```
30364 - Paralegal/Legal Assistant IV                              37.78
30375 - Petroleum Supply Specialist                               27.24
30390 - Photo-Optics Technician                                   23.96
30395 - Radiation Control Technician                              27.24
30461 - Technical Writer I                                        22.28
30462 - Technical Writer II                                       27.24
30463 - Technical Writer III                                      32.97
30491 - Unexploded Ordnance (UXO) Technician I                    25.88
30492 - Unexploded Ordnance (UXO) Technician II                   31.31
30493 - Unexploded Ordnance (UXO) Technician III                  37.53
30494 - Unexploded (UXO) Safety Escort                            25.88
30495 - Unexploded (UXO) Sweep Personnel                          25.88
30501 - Weather Forecaster I                                      26.52
30502 - Weather Forecaster II                                     32.36
30620 - Weather Observer Combined Upper Air Or     (see 2)        21.56
Surface Programs
30621 - Weather Observer Senior                    (see 2)        23.96
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            31.31
31020 - Bus Aide                                               13.84***
31030 - Bus Driver                                               18.43
31043 - Driver Courier                                           17.13
31260 - Parking and Lot Attendant                              13.48***
31290 - Shuttle Bus Driver                                       17.47
31310 - Taxi Driver                                            13.70***
31361 - Truckdriver Light                                        18.36
31362 - Truckdriver Medium                                       19.54
31363 - Truckdriver Heavy                                        20.53
31364 - Truckdriver Tractor-Trailer                              20.53
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                  15.26
99030 - Cashier                                                12.62***
99050 - Desk Clerk                                             12.21***
99095 - Embalmer                                                 25.88
99130 - Flight Follower                                          25.88
99251 - Laboratory Animal Caretaker I                            15.02
99252 - Laboratory Animal Caretaker II                           16.06
99260 - Marketing Analyst                                        29.13
99310 - Mortician                                                25.88
99410 - Pest Controller                                          23.47
99510 - Photofinishing Worker                                  13.60***
99710 - Recycling Laborer                                        17.54
99711 - Recycling Specialist                                     20.48
99730 - Refuse Collector                                         16.12
99810 - Sales Clerk                                            12.66***
99820 - School Crossing Guard                                    15.58
99830 - Survey Party Chief                                       26.74
99831 - Surveying Aide                                           15.13
99832 - Surveying Technician                                     18.77
99840 - Vending Machine Attendant                                20.57
99841 - Vending Machine Repairer                                 24.86
99842 - Vending Machine Repairer Helper                          20.57
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
              "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
                   THE SERVICE CONTRACT ACT           |   EMPLOYMENT STANDARDS ADMINISTRATION
         By direction of the Secretary of Labor       |        WAGE AND HOUR DIVISION
                                                      |          WASHINGTON D.C.  20210
                                                      |
                                                      |
                                                      |
                                                      | Wage Determination No.: 2015-5465
         Daniel W. Simms          Division of         |        Revision No.: 18
         Director            Wage Determinations      | Date Of Last Revision: 03/15/2022
                                                      |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
_____
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
_____
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.
_____
State: Arizona

Area: Arizona County of Coconino
_____

            **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                       15.41
   01012 - Accounting Clerk II                                      17.30
   01013   Accounting Clerk III                                     19.35
   01020 - Administrative Assistant                                 25.36
   01035 - Court Reporter                                           18.40
   01041 - Customer Service Representative I                        14.09***
   01042   Customer Service Representative II                       15.37
   01043 - Customer Service Representative III                      17.26
   01051 - Data Entry Operator I                                    14.16***
   01052 - Data Entry Operator II                                   15.44
   01060   Dispatcher Motor Vehicle                                 22.18
   01070 - Document Preparation Clerk                               14.36***
   01090 - Duplicating Machine Operator                            14.36***
   01111 - General Clerk I                                          15.69
   01112   General Clerk II                                         17.12
   01113 - General Clerk III                                        19.23
```

```
01120 - Housing Referral Assistant                        20.78
01141 - Messenger Courier                                 12.95***
01191   Order Clerk I                                     13.17***
01192 - Order Clerk II                                    14.86***
01261 - Personnel Assistant (Employment) I                15.92
01262 - Personnel Assistant (Employment) II               17.81
01263   Personnel Assistant (Employment) III              19.86
01270 - Production Control Clerk                           24.52
01290 - Rental Clerk                                      14.97***
01300 - Scheduler Maintenance                             16.66
01311   Secretary I                                       16.66
01312 - Secretary II                                      18.64
01313 - Secretary III                                     20.78
01320 - Service Order Dispatcher                          19.84
01410   Supply Technician                                 25.36
01420 - Survey Worker                                     18.29
01460 - Switchboard Operator/Receptionist                 14.54***
01531 - Travel Clerk I                                    15.19
01532   Travel Clerk II                                   16.59
01533 - Travel Clerk III                                  17.86
01611 - Word Processor I                                  14.36***
01612 - Word Processor II                                 16.12
01613   Word Processor III                                18.04
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               22.82
05010 - Automotive  Electrician                           21.25
05040   Automotive Glass Installer                        19.80
05070 - Automotive Worker                                 19.80
05110 - Mobile Equipment Servicer                         16.96
05130 - Motor Equipment Metal Mechanic                    22.69
05160   Motor Equipment Metal Worker                      19.80
05190 - Motor Vehicle Mechanic                            22.65
05220 - Motor Vehicle Mechanic Helper                     15.52
05250 - Motor Vehicle Upholstery Worker                   18.38
05280   Motor Vehicle Wrecker                             19.80
05310 - Painter Automotive                                22.12
05340 - Radiator Repair Specialist                        19.80
05370 - Tire Repairer                                     14.21***
05400   Transmission Repair Specialist                    22.65
07000 - Food Preparation And Service Occupations
07010 - Baker                                             13.47***
07041 - Cook I                                            15.79
07042   Cook II                                           18.43
07070 - Dishwasher                                        12.35***
07130 - Food Service Worker                               13.56***
07210 - Meat Cutter                                       17.57
07260   Waiter/Waitress                                   12.43***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       24.22
09040 - Furniture Handler                                 14.92***
09080   Furniture Refinisher                              24.22
09090 - Furniture Refinisher Helper                       17.81
09110 - Furniture Repairer Minor                          21.37
09130   Upholsterer                                       24.22
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  13.63***
11060 - Elevator Operator                                 13.63***
11090 - Gardener                                          19.18
11122   Housekeeping Aide                                 14.28***
11150 - Janitor                                           14.28***
11210 - Laborer Grounds Maintenance                       14.70***
11240 - Maid or Houseman                                  12.72***
11260   Pruner                                            13.82***
11270 - Tractor Operator                                  17.56
11330 - Trail Maintenance Worker                          14.70***
```

```
11360 - Window Cleaner                                        15.09
12000 - Health Occupations
    12010   Ambulance Driver                                  21.43
    12011 - Breath Alcohol Technician                         24.35
    12012 - Certified Occupational Therapist Assistant        33.41
    12015 - Certified Physical Therapist Assistant            30.49
    12020   Dental Assistant                                  18.29
    12025 - Dental Hygienist                                  43.09
    12030 - EKG Technician                                    36.90
    12035 - Electroneurodiagnostic Technologist               36.90
    12040   Emergency Medical Technician                      21.43
    12071 - Licensed Practical Nurse I                        21.78
    12072 - Licensed Practical Nurse II                       24.35
    12073 - Licensed Practical Nurse III                      27.14
    12100   Medical Assistant                                 17.68
    12130 - Medical Laboratory Technician                     22.87
    12160 - Medical Record Clerk                              19.37
    12190 - Medical Record Technician                         21.66
    12195   Medical Transcriptionist                          21.78
    12210 - Nuclear Medicine Technologist                     53.51
    12221 - Nursing Assistant I                            11.51***
    12222 - Nursing Assistant II                           12.94***
    12223   Nursing Assistant III                          14.12***
    12224 - Nursing Assistant IV                              15.85
    12235 - Optical Dispenser                                 24.35
    12236 - Optical Technician                                21.78
    12250   Pharmacy Technician                               20.04
    12280 - Phlebotomist                                      16.75
    12305 - Radiologic Technologist                           36.90
    12311 - Registered Nurse I                                30.16
    12312   Registered Nurse II                               36.90
    12313 - Registered Nurse II Specialist                    36.90
    12314 - Registered Nurse III                              44.65
    12315 - Registered Nurse III Anesthetist                  44.65
    12316   Registered Nurse IV                               53.51
    12317 - Scheduler (Drug and Alcohol Testing)             30.16
    12320 - Substance Abuse Treatment Counselor               23.94
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                             19.94
    13012 - Exhibits Specialist II                            24.69
    13013 - Exhibits Specialist III                           30.21
    13041 - Illustrator I                                     20.15
    13042   Illustrator II                                    24.95
    13043 - Illustrator III                                   30.53
    13047 - Librarian                                         27.35
    13050 - Library Aide/Clerk                                15.44
    13054   Library Information Technology Systems            24.69
    Administrator
    13058 - Library Technician                                20.19
    13061 - Media Specialist I                                17.82
    13062   Media Specialist II                               19.94
    13063 - Media Specialist III                              22.23
    13071 - Photographer I                                    17.05
    13072 - Photographer II                                   19.07
    13073   Photographer III                                  23.62
    13074 - Photographer IV                                   28.90
    13075 - Photographer V                                    34.97
    13090 - Technical Order Library Clerk                     19.39
    13110   Video Teleconference Technician                   18.35
14000 - Information Technology Occupations
    14041 - Computer Operator I                               16.54
    14042 - Computer Operator II                              18.51
    14043   Computer Operator III                             20.64
    14044 - Computer Operator IV                              22.93
    14045 - Computer Operator V                               25.40
```

```
14071 - Computer Programmer I              (see 1)       23.10
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                    16.54
14160 - Personal Computer Support Technician             22.93
14170 - System Support Specialist                        27.43
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)      30.38
    15020 - Aircrew Training Devices Instructor (Rated)          36.76
    15030 - Air Crew Training Devices Instructor (Pilot)         44.05
    15050 - Computer Based Training Specialist / Instructor      30.38
    15060 - Educational Technologist                             28.33
    15070 - Flight Instructor (Pilot)                            44.05
    15080 - Graphic Artist                                       24.21
    15085 - Maintenance Test Pilot Fixed Jet/Prop                44.05
    15086 - Maintenance Test Pilot Rotary Wing                   44.05
    15088 - Non-Maintenance Test/Co-Pilot                        44.05
    15090 - Technical Instructor                                 24.24
    15095 - Technical Instructor/Course Developer                29.66
    15110 - Test Proctor                                         19.57
    15120 - Tutor                                                19.57
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                        14.92***
    16030 - Counter Attendant                                14.92***
    16040 - Dry Cleaner                                         17.89
    16070 - Finisher Flatwork Machine                        14.92***
    16090 - Presser Hand                                     14.92***
    16110 - Presser Machine Drycleaning                      14.92***
    16130 - Presser Machine Shirts                           14.92***
    16160 - Presser Machine Wearing Apparel Laundry          14.92***
    16190 - Sewing Machine Operator                             18.63
    16220 - Tailor                                             19.38
    16250 - Washer Machine                                     16.21
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                   24.51
    19040 - Tool And Die Maker                                 31.81
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                   20.80
    21030 - Material Coordinator                                24.21
    21040 - Material Expediter                                  24.21
    21050 - Material Handling Laborer                        14.76***
    21071 - Order Filler                                     14.52***
    21080 - Production Line Worker (Food Processing)            20.80
    21110 - Shipping Packer                                     15.11
    21130 - Shipping/Receiving Clerk                            15.11
    21140 - Store Worker I                                      15.32
    21150 - Stock Clerk                                         18.42
    21210 - Tools And Parts Attendant                           20.80
    21410 - Warehouse Specialist                                20.80
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                         32.32
    23019 - Aircraft Logs and Records Technician                25.00
    23021 - Aircraft Mechanic I                                 30.82
    23022 - Aircraft Mechanic II                                32.32
    23023 - Aircraft Mechanic III                               34.29
    23040 - Aircraft Mechanic Helper                            21.12
    23050 - Aircraft Painter                                    28.92
    23060 - Aircraft Servicer                                   25.00
    23070 - Aircraft Survival Flight Equipment Technician       28.92
    23080 - Aircraft Worker                                     26.94
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic      26.94
```

```
I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic        30.82
II
  23110 - Appliance Mechanic                                    25.35
  23120 - Bicycle Repairer                                      19.33
  23125 - Cable Splicer                                         35.41
  23130 - Carpenter Maintenance                                 21.30
  23140 - Carpet Layer                                          22.88
  23160 - Electrician Maintenance                               21.59
  23181 - Electronics Technician Maintenance I                  23.62
  23182 - Electronics Technician Maintenance II                 25.35
  23183 - Electronics Technician Maintenance III                27.02
  23260 - Fabric Worker                                         21.53
  23290 - Fire Alarm System Mechanic                            27.02
  23310 - Fire Extinguiser Repairer                             20.23
  23311 - Fuel Distribution System Mechanic                     30.26
  23312 - Fuel Distribution System Operator                     22.65
  23370 - General Maintenance Worker                            17.96
  23380 - Ground Support Equipment Mechanic                     30.82
  23381 - Ground Support Equipment Servicer                     25.00
  23382 - Ground Support Equipment Worker                       26.94
  23391 - Gunsmith I                                            20.23
  23392 - Gunsmith II                                           23.62
  23393 - Gunsmith III                                          27.02
  23410 - Heating Ventilation And Air-Conditioning              22.41
Mechanic
  23411 - Heating Ventilation And Air Contidioning              23.50
Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                              26.41
  23440 - Heavy Equipment Operator                              24.62
  23460 - Instrument Mechanic                                   27.02
  23465 - Laboratory/Shelter Mechanic                           25.35
  23470 - Laborer                                               14.76***
  23510 - Locksmith                                             25.35
  23530 - Machinery Maintenance Mechanic                        31.02
  23550 - Machinist Maintenance                                 23.60
  23580 - Maintenance Trades Helper                             15.73
  23591 - Metrology Technician I                                27.02
  23592 - Metrology Technician II                               28.33
  23593 - Metrology Technician III                              30.05
  23640 - Millwright                                            27.02
  23710 - Office Appliance Repairer                             25.35
  23760 - Painter Maintenance                                   17.31
  23790 - Pipefitter Maintenance                                23.72
  23810 - Plumber Maintenance                                   22.25
  23820 - Pneudraulic Systems Mechanic                          27.02
  23850 - Rigger                                                27.02
  23870 - Scale Mechanic                                        23.62
  23890 - Sheet-Metal Worker Maintenance                        26.35
  23910 - Small Engine Mechanic                                 19.99
  23931 - Telecommunications Mechanic I                         34.40
  23932 - Telecommunications Mechanic II                        36.08
  23950 - Telephone Lineman                                     26.70
  23960 - Welder Combination Maintenance                        23.12
  23965 - Well Driller                                          27.02
  23970 - Woodcraft Worker                                      27.02
  23980 - Woodworker                                            20.23
24000 - Personal Needs Occupations
  24550 - Case Manager                                          17.62
  24570 - Child Care Attendant                                  12.60***
  24580 - Child Care Center Clerk                               16.79
  24610 - Chore Aide                                            12.83***
  24620 - Family Readiness And Support Services                 17.62
Coordinator
  24630 - Homemaker                                             18.38
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          27.66
    25040 - Sewage Plant Operator                                  22.85
    25070 - Stationary Engineer                                    27.66
    25190 - Ventilation Equipment Tender                           18.95
    25210 - Water Treatment Plant Operator                         22.85
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          21.93
    27007 - Baggage Inspector                                    14.42***
    27008 - Corrections Officer                                    20.25
    27010 - Court Security Officer                                 20.49
    27030 - Detection Dog Handler                                  16.13
    27040 - Detention Officer                                      20.25
    27070 - Firefighter                                            21.80
    27101 - Guard I                                              14.42***
    27102 - Guard II                                               16.13
    27131 - Police Officer I                                       25.80
    27132 - Police Officer II                                      28.68
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                            16.56
    28042 - Carnival Equipment Repairer                            18.09
    28043 - Carnival Worker                                      12.63***
    28210 - Gate Attendant/Gate Tender                             15.35
    28310 - Lifeguard                                            13.66***
    28350 - Park Attendant (Aide)                                  17.16
    28510 - Recreation Aide/Health Facility Attendant            12.52***
    28515 - Recreation Specialist                                  21.26
    28630 - Sports Official                                      13.66***
    28690 - Swimming Pool Operator                                 21.12
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     23.62
    29020 - Hatch Tender                                           23.62
    29030 - Line Handler                                           23.62
    29041 - Stevedore I                                            21.91
    29042 - Stevedore II                                           25.35
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)   40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)   27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
    30021 - Archeological Technician I                             17.49
    30022 - Archeological Technician II                            19.84
    30023 - Archeological Technician III                           24.25
    30030 - Cartographic Technician                                24.59
    30040 - Civil Engineering Technician                           23.57
    30051 - Cryogenic Technician I                                 26.82
    30052 - Cryogenic Technician II                                29.62
    30061 - Drafter/CAD Operator I                                 17.49
    30062 - Drafter/CAD Operator II                                19.84
    30063 - Drafter/CAD Operator III                               22.12
    30064 - Drafter/CAD Operator IV                                26.82
    30081 - Engineering Technician I                               16.02
    30082 - Engineering Technician II                              17.98
    30083 - Engineering Technician III                             21.48
    30084 - Engineering Technician IV                              25.33
    30085 - Engineering Technician V                               30.27
    30086 - Engineering Technician VI                              34.88
    30090 - Environmental Technician                               23.57
    30095 - Evidence Control Specialist                            25.33
    30210 - Laboratory Technician                                  22.92
    30221 - Latent Fingerprint Technician I                        31.60
    30222 - Latent Fingerprint Technician II                       34.91
    30240 - Mathematical Technician                                24.69
    30361 - Paralegal/Legal Assistant I                            21.19
    30362 - Paralegal/Legal Assistant II                           25.09
    30363 - Paralegal/Legal Assistant III                          30.61
```

```
30364 - Paralegal/Legal Assistant IV                              37.15
30375 - Petroleum Supply Specialist                               30.27
30390 - Photo-Optics Technician                                   24.69
30395 - Radiation Control Technician                              30.27
30461 - Technical Writer I                                        23.57
30462 - Technical Writer II                                       28.83
30463 - Technical Writer III                                      34.88
30491 - Unexploded Ordnance (UXO) Technician I                    25.60
30492 - Unexploded Ordnance (UXO) Technician II                   30.98
30493 - Unexploded Ordnance (UXO) Technician III                  37.13
30494 - Unexploded (UXO) Safety Escort                            25.60
30495 - Unexploded (UXO) Sweep Personnel                          25.60
30501 - Weather Forecaster I                                      26.82
30502 - Weather Forecaster II                                     32.62
30620 - Weather Observer Combined Upper Air Or     (see 2)        22.12
Surface Programs
30621 - Weather Observer Senior                    (see 2)        24.69
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                               13.48***
31030 - Bus Driver                                                19.87
31043 - Driver Courier                                            16.65
31260 - Parking and Lot Attendant                              14.06***
31290 - Shuttle Bus Driver                                        16.54
31310 - Taxi Driver                                            13.92***
31361 - Truckdriver Light                                         18.19
31362 - Truckdriver Medium                                        20.58
31363 - Truckdriver Heavy                                         23.42
31364 - Truckdriver Tractor-Trailer                               23.42
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                13.29***
99050 - Desk Clerk                                             13.04***
99095 - Embalmer                                                  28.19
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                             18.73
99252 - Laboratory Animal Caretaker II                            22.30
99260 - Marketing Analyst                                         27.21
99310 - Mortician                                                 28.19
99410 - Pest Controller                                           24.16
99510 - Photofinishing Worker                                  13.45***
99710 - Recycling Laborer                                         19.35
99711 - Recycling Specialist                                      23.74
99730 - Refuse Collector                                          17.29
99810 - Sales Clerk                                            13.72***
99820 - School Crossing Guard                                     15.40
99830 - Survey Party Chief                                        32.11
99831 - Surveying Aide                                            19.35
99832 - Surveying Technician                                      27.26
99840 - Vending Machine Attendant                                 20.41
99841 - Vending Machine Repairer                                  26.03
99842 - Vending Machine Repairer Helper                           20.41
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT        |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |       WAGE AND HOUR DIVISION
                                        |        WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        | Wage Determination No.: 2015-5473
Daniel W. Simms         Division of     |       Revision No.: 16
Director          Wage Determinations   |  Date Of Last Revision: 03/15/2022
                                        |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order |
|after January 30 2022 or the           |14026 applies to the contract.          |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
|                                       |                                        |
|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29  |13658 applies to the contract.          |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Arizona

Area: Arizona County of Pima

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.51*** |
| 01012 - Accounting Clerk II | | 16.30 |
| 01013   Accounting Clerk III | | 18.23 |
| 01020 - Administrative Assistant | | 25.94 |
| 01035 - Court Reporter | | 21.75 |
| 01041 - Customer Service Representative I | | 13.09*** |
| 01042   Customer Service Representative II | | 14.73*** |
| 01043 - Customer Service Representative III | | 16.07 |
| 01051 - Data Entry Operator I | | 13.50*** |
| 01052 - Data Entry Operator II | | 14.73*** |
| 01060   Dispatcher Motor Vehicle | | 17.31 |
| 01070 - Document Preparation Clerk | | 16.54 |
| 01090 - Duplicating Machine Operator | | 16.54 |
| 01111 - General Clerk I | | 14.71*** |
| 01112   General Clerk II | | 16.05 |
| 01113 - General Clerk III | | 18.03 |

```
01120 - Housing Referral Assistant                          20.93
01141 - Messenger Courier                                   12.68***
01191   Order Clerk I                                       16.14
01192 - Order Clerk II                                      17.61
01261 - Personnel Assistant (Employment) I                  16.64
01262 - Personnel Assistant (Employment) II                 18.61
01263   Personnel Assistant (Employment) III                20.74
01270 - Production Control Clerk                            26.63
01290 - Rental Clerk                                        15.28
01300 - Scheduler Maintenance                               16.79
01311   Secretary I                                         16.79
01312 - Secretary II                                        18.77
01313 - Secretary III                                       20.93
01320 - Service Order Dispatcher                            15.15
01410   Supply Technician                                   25.94
01420 - Survey Worker                                       16.94
01460 - Switchboard Operator/Receptionist                  14.05***
01531 - Travel Clerk I                                     13.84***
01532   Travel Clerk II                                    14.55***
01533 - Travel Clerk III                                    15.23
01611 - Word Processor I                                     15.39
01612 - Word Processor II                                    17.29
01613   Word Processor III                                   19.34
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 28.17
05010 - Automotive  Electrician                             19.41
05040   Automotive Glass Installer                          18.39
05070 - Automotive Worker                                   18.39
05110 - Mobile Equipment Servicer                           16.31
05130 - Motor Equipment Metal Mechanic                      20.51
05160   Motor Equipment Metal Worker                        18.39
05190 - Motor Vehicle Mechanic                              20.51
05220 - Motor Vehicle Mechanic Helper                       15.22
05250 - Motor Vehicle Upholstery Worker                     17.37
05280   Motor Vehicle Wrecker                               18.39
05310 - Painter Automotive                                  19.41
05340 - Radiator Repair Specialist                          18.39
05370 - Tire Repairer                                      13.08***
05400   Transmission Repair Specialist                      20.51
07000 - Food Preparation And Service Occupations
07010 - Baker                                              14.10***
07041 - Cook I                                             14.20***
07042   Cook II                                             16.01
07070 - Dishwasher                                         12.46***
07130 - Food Service Worker                                12.62***
07210 - Meat Cutter                                         18.52
07260   Waiter/Waitress                                    13.32***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         19.73
09040 - Furniture Handler                                  11.77***
09080   Furniture Refinisher                                17.58
09090 - Furniture Refinisher Helper                        13.86***
09110 - Furniture Repairer Minor                            15.81
09130 - Upholsterer                                         18.51
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   12.49***
11060 - Elevator Operator                                  12.49***
11090 - Gardener                                            17.28
11122   Housekeeping Aide                                  13.43***
11150 - Janitor                                            13.43***
11210 - Laborer Grounds Maintenance                        13.81***
11240 - Maid or Houseman                                   12.69***
11260   Pruner                                             12.69***
11270 - Tractor Operator                                    16.12
11330 - Trail Maintenance Worker                           13.81***
```

```
    11360 - Window Cleaner                                      14.62***
12000 - Health Occupations
    12010    Ambulance Driver                                   20.72
    12011 - Breath Alcohol Technician                           24.11
    12012 - Certified Occupational Therapist Assistant          29.67
    12015 - Certified Physical Therapist Assistant              25.31
    12020 - Dental Assistant                                    17.92
    12025 - Dental Hygienist                                    42.51
    12030 - EKG Technician                                      31.36
    12035 - Electroneurodiagnostic Technologist                 31.36
    12040    Emergency Medical Technician                       20.72
    12071 - Licensed Practical Nurse I                          21.54
    12072 - Licensed Practical Nurse II                         24.11
    12073 - Licensed Practical Nurse III                        26.87
    12100    Medical Assistant                                  16.71
    12130 - Medical Laboratory Technician                       25.05
    12160 - Medical Record Clerk                                17.88
    12190 - Medical Record Technician                           19.99
    12195    Medical Transcriptionist                           18.60
    12210 - Nuclear Medicine Technologist                       52.97
    12221 - Nursing Assistant I                                 12.02***
    12222 - Nursing Assistant II                                13.52***
    12223    Nursing Assistant III                              14.75***
    12224 - Nursing Assistant IV                                16.56
    12235 - Optical Dispenser                                   18.88
    12236 - Optical Technician                                  21.54
    12250    Pharmacy Technician                                18.41
    12280 - Phlebotomist                                        17.06
    12305 - Radiologic Technologist                             30.71
    12311 - Registered Nurse I                                  25.04
    12312    Registered Nurse II                                30.63
    12313 - Registered Nurse II Specialist                      30.63
    12314 - Registered Nurse III                                37.06
    12315 - Registered Nurse III Anesthetist                    37.06
    12316    Registered Nurse IV                                44.41
    12317 - Scheduler (Drug and Alcohol Testing)                29.87
    12320 - Substance Abuse Treatment Counselor                 20.88
13000 - Information And Arts Occupations
    13011    Exhibits Specialist I                              17.70
    13012 - Exhibits Specialist II                              21.76
    13013 - Exhibits Specialist III                             26.61
    13041 - Illustrator I                                       20.08
    13042    Illustrator II                                     23.94
    13043 - Illustrator III                                     29.27
    13047 - Librarian                                           24.09
    13050 - Library Aide/Clerk                                  13.66***
    13054    Library Information Technology Systems             21.76
    Administrator
    13058 - Library Technician                                  18.14
    13061 - Media Specialist I                                  15.70
    13062    Media Specialist II                                17.56
    13063 - Media Specialist III                                19.57
    13071 - Photographer I                                      17.09
    13072 - Photographer II                                     19.13
    13073    Photographer III                                   23.69
    13074 - Photographer IV                                     28.96
    13075 - Photographer V                                      35.05
    13090 - Technical Order Library Clerk                       17.06
    13110    Video Teleconference Technician                    21.19
14000 - Information Technology Occupations
    14041 - Computer Operator I                                 17.19
    14042 - Computer Operator II                                19.23
    14043    Computer Operator III                              21.43
    14044 - Computer Operator IV                                23.82
    14045 - Computer Operator V                                 26.38
```

```
14071 - Computer Programmer I                      (see 1)        24.01
14072 - Computer Programmer II                     (see 1)
14073 - Computer Programmer III                    (see 1)
14074 - Computer Programmer IV                     (see 1)
14101 - Computer Systems Analyst I                 (see 1)        27.28
14102 - Computer Systems Analyst II                (see 1)
14103 - Computer Systems Analyst III               (see 1)
14150 - Peripheral Equipment Operator                           17.19
14160 - Personal Computer Support Technician                    23.82
14170 - System Support Specialist                               26.37
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)        27.28
  15020 - Aircrew Training Devices Instructor (Rated)            33.00
  15030 - Air Crew Training Devices Instructor (Pilot)           39.55
  15050 - Computer Based Training Specialist / Instructor        27.28
  15060 - Educational Technologist                               24.12
  15070 - Flight Instructor (Pilot)                              39.55
  15080 - Graphic Artist                                         22.49
  15085 - Maintenance Test Pilot Fixed Jet/Prop                  39.44
  15086 - Maintenance Test Pilot Rotary Wing                     39.44
  15088 - Non-Maintenance Test/Co-Pilot                          39.44
  15090 - Technical Instructor                                   21.68
  15095 - Technical Instructor/Course Developer                  26.51
  15110 - Test Proctor                                           17.50
  15120 - Tutor                                                  17.50
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                           13.29***
  16030 - Counter Attendant                                   13.29***
  16040 - Dry Cleaner                                            15.18
  16070 - Finisher Flatwork Machine                          13.29***
  16090 - Presser Hand                                        13.29***
  16110 - Presser Machine Drycleaning                        13.29***
  16130 - Presser Machine Shirts                             13.29***
  16160 - Presser Machine Wearing Apparel Laundry            13.29***
  16190 - Sewing Machine Operator                                15.81
  16220 - Tailor                                                 16.45
  16250 - Washer Machine                                      13.92***
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                      23.57
  19040 - Tool And Die Maker                                     28.80
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                      17.10
  21030 - Material Coordinator                                   26.63
  21040 - Material Expediter                                     26.63
  21050 - Material Handling Laborer                           13.68***
  21071 - Order Filler                                        13.41***
  21080 - Production Line Worker (Food Processing)               17.10
  21110 - Shipping Packer                                        15.04
  21130 - Shipping/Receiving Clerk                               15.04
  21140 - Store Worker I                                      14.73***
  21150 - Stock Clerk                                            19.06
  21210 - Tools And Parts Attendant                             17.10
  21410 - Warehouse Specialist                                   17.10
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                            31.77
  23019 - Aircraft Logs and Records Technician                   25.56
  23021 - Aircraft Mechanic I                                    30.19
  23022 - Aircraft Mechanic II                                   31.77
  23023 - Aircraft Mechanic III                                  33.35
  23040 - Aircraft Mechanic Helper                               22.40
  23050 - Aircraft Painter                                       28.58
  23060 - Aircraft Servicer                                      25.56
  23070 - Aircraft Survival Flight Equipment Technician          28.58
  23080 - Aircraft Worker                                        27.08
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic         27.08
```

```
                                                             I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic      30.19
                                                            II
   23110 - Appliance Mechanic                                  25.91
   23120 - Bicycle Repairer                                    20.88
   23125 - Cable Splicer                                       34.27
   23130 - Carpenter Maintenance                               20.15
   23140 - Carpet Layer                                        20.20
   23160 - Electrician Maintenance                             23.24
   23181 - Electronics Technician Maintenance I                28.03
   23182 - Electronics Technician Maintenance II               29.58
   23183 - Electronics Technician Maintenance III              31.25
   23260 - Fabric Worker                                       21.08
   23290 - Fire Alarm System Mechanic                          20.26
   23310 - Fire Extinguisher Repairer                          19.81
   23311 - Fuel Distribution System Mechanic                   24.90
   23312 - Fuel Distribution System Operator                   19.81
   23370 - General Maintenance Worker                          17.16
   23380 - Ground Support Equipment Mechanic                   30.19
   23381 - Ground Support Equipment Servicer                   25.56
   23382 - Ground Support Equipment Worker                     27.08
   23391 - Gunsmith I                                          19.81
   23392 - Gunsmith II                                         22.33
   23393 - Gunsmith III                                        24.90
   23410 - Heating Ventilation And Air-Conditioning            22.22
Mechanic
   23411 - Heating Ventilation And Air Contidioning            23.39
Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                            25.55
   23440 - Heavy Equipment Operator                            21.28
   23460 - Instrument Mechanic                                 26.49
   23465 - Laboratory/Shelter Mechanic                         23.57
   23470 - Laborer                                          13.68***
   23510 - Locksmith                                           21.24
   23530 - Machinery Maintenance Mechanic                      28.23
   23550 - Machinist Maintenance                               21.74
   23580 - Maintenance Trades Helper                        14.73***
   23591 - Metrology Technician I                              26.49
   23592 - Metrology Technician II                             27.87
   23593 - Metrology Technician III                            29.25
   23640 - Millwright                                          24.90
   23710 - Office Appliance Repairer                           19.65
   23760 - Painter Maintenance                                 17.58
   23790 - Pipefitter Maintenance                              25.29
   23810 - Plumber Maintenance                                 23.94
   23820 - Pneudraulic Systems Mechanic                        24.90
   23850 - Rigger                                              24.90
   23870 - Scale Mechanic                                      22.33
   23890 - Sheet-Metal Worker Maintenance                      21.41
   23910 - Small Engine Mechanic                               19.99
   23931 - Telecommunications Mechanic I                       30.07
   23932 - Telecommunications Mechanic II                      33.59
   23950 - Telephone Lineman                                   29.04
   23960 - Welder Combination Maintenance                      22.29
   23965 - Well Driller                                        24.08
   23970 - Woodcraft Worker                                    24.90
   23980 - Woodworker                                          19.81
24000 - Personal Needs Occupations
   24550 - Case Manager                                        16.42
   24570 - Child Care Attendant                             12.48***
   24580 - Child Care Center Clerk                             15.55
   24610 - Chore Aide                                       12.52***
   24620 - Family Readiness And Support Services               16.42
Coordinator
   24630 - Homemaker                                           16.42
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          24.90
    25040 - Sewage Plant Operator                                  22.20
    25070 - Stationary Engineer                                    24.90
    25190 - Ventilation Equipment Tender                           18.48
    25210 - Water Treatment Plant Operator                         22.20
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          20.77
    27007 - Baggage Inspector                                   12.95***
    27008 - Corrections Officer                                    21.38
    27010 - Court Security Officer                                 22.42
    27030 - Detection Dog Handler                               14.48***
    27040 - Detention Officer                                      21.38
    27070 - Firefighter                                            20.11
    27101 - Guard I                                             12.95***
    27102 - Guard II                                            14.48***
    27131 - Police Officer I                                       26.84
    27132 - Police Officer II                                      29.83
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                            16.47
    28042 - Carnival Equipment Repairer                            17.65
    28043 - Carnival Worker                                     12.96***
    28210 - Gate Attendant/Gate Tender                             15.97
    28310 - Lifeguard                                           13.72***
    28350 - Park Attendant (Aide)                                  17.86
    28510 - Recreation Aide/Health Facility Attendant          13.08***
    28515 - Recreation Specialist                                  22.13
    28630 - Sports Official                                     14.22***
    28690 - Swimming Pool Operator                                 19.90
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     22.33
    29020 - Hatch Tender                                           22.33
    29030 - Line Handler                                           22.33
    29041 - Stevedore I                                            21.08
    29042 - Stevedore II                                           23.57
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.72
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  28.08
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.92
    30021 - Archeological Technician I                             18.71
    30022 - Archeological Technician II                            20.94
    30023 - Archeological Technician III                           25.94
    30030 - Cartographic Technician                                25.94
    30040 - Civil Engineering Technician                           27.31
    30051 - Cryogenic Technician I                                 28.73
    30052 - Cryogenic Technician II                                31.73
    30061 - Drafter/CAD Operator I                                 18.71
    30062 - Drafter/CAD Operator II                                20.94
    30063 - Drafter/CAD Operator III                               23.34
    30064 - Drafter/CAD Operator IV                                28.73
    30081 - Engineering Technician I                               15.56
    30082 - Engineering Technician II                              17.47
    30083 - Engineering Technician III                             19.54
    30084 - Engineering Technician IV                              24.21
    30085 - Engineering Technician V                               29.61
    30086 - Engineering Technician VI                              35.83
    30090 - Environmental Technician                               21.80
    30095 - Evidence Control Specialist                            25.94
    30210 - Laboratory Technician                                  22.23
    30221 - Latent Fingerprint Technician I                        24.40
    30222 - Latent Fingerprint Technician II                       26.95
    30240 - Mathematical Technician                                25.94
    30361 - Paralegal/Legal Assistant I                            21.49
    30362 - Paralegal/Legal Assistant II                           26.65
    30363 - Paralegal/Legal Assistant III                          29.37
```

```
30364 - Paralegal/Legal Assistant IV                              35.54
30375 - Petroleum Supply Specialist                               31.73
30390 - Photo-Optics Technician                                   25.94
30395 - Radiation Control Technician                              31.73
30461 - Technical Writer I                                        25.47
30462 - Technical Writer II                                       31.16
30463 - Technical Writer III                                      37.71
30491 - Unexploded Ordnance (UXO) Technician I                    25.88
30492 - Unexploded Ordnance (UXO) Technician II                   31.31
30493 - Unexploded Ordnance (UXO) Technician III                  37.53
30494 - Unexploded (UXO) Safety Escort                            25.88
30495 - Unexploded (UXO) Sweep Personnel                          25.88
30501 - Weather Forecaster I                                      28.73
30502 - Weather Forecaster II                                     34.93
30620 - Weather Observer Combined Upper Air Or     (see 2)        23.34
Surface Programs
30621 - Weather Observer Senior                    (see 2)        25.94
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            31.31
31020 - Bus Aide                                                  17.22
31030 - Bus Driver                                                22.94
31043 - Driver Courier                                            14.97***
31260 - Parking and Lot Attendant                                 12.87***
31290 - Shuttle Bus Driver                                        14.90***
31310 - Taxi Driver                                               14.26***
31361 - Truckdriver Light                                         16.05
31362 - Truckdriver Medium                                        17.08
31363 - Truckdriver Heavy                                         23.22
31364 - Truckdriver Tractor-Trailer                               23.22
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.26
99030 - Cashier                                                   12.58***
99050 - Desk Clerk                                                12.34***
99095 - Embalmer                                                  25.32
99130 - Flight Follower                                           25.88
99251 - Laboratory Animal Caretaker I                             14.46***
99252 - Laboratory Animal Caretaker II                            15.50
99260 - Marketing Analyst                                         25.92
99310 - Mortician                                                 25.32
99410 - Pest Controller                                           18.05
99510 - Photofinishing Worker                                     13.60***
99710 - Recycling Laborer                                         19.07
99711 - Recycling Specialist                                      22.26
99730 - Refuse Collector                                          17.52
99810 - Sales Clerk                                               12.89***
99820 - School Crossing Guard                                     12.44***
99830 - Survey Party Chief                                        36.95
99831 - Surveying Aide                                            20.90
99832 - Surveying Technician                                      25.93
99840 - Vending Machine Attendant                                 14.00***
99841 - Vending Machine Repairer                                  16.90
99842 - Vending Machine Repairer Helper                           14.00***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
    "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor      |      WAGE AND HOUR DIVISION
                                            |       WASHINGTON D.C.  20210
                                            |
                                            |
                                            |
                                            | Wage Determination No.: 2015-5471
Daniel W. Simms          Division of        |       Revision No.: 16
Director          Wage Determinations       | Date Of Last Revision: 03/15/2022
                                            |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
_____
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|_____|_____|
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
_____
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.
_____
State: Arizona

Area: Arizona County of Yavapai
_____

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                         FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                  14.85***
  01012 - Accounting Clerk II                                 16.68
  01013   Accounting Clerk III                                18.65
  01020 - Administrative Assistant                            25.36
  01035 - Court Reporter                                      16.93
  01041 - Customer Service Representative I                   13.16***
  01042   Customer Service Representative II                  14.80***
  01043 - Customer Service Representative III                 16.14
  01051 - Data Entry Operator I                               14.12***
  01052 - Data Entry Operator II                              15.41
  01060   Dispatcher Motor Vehicle                            19.59
  01070 - Document Preparation Clerk                          13.55***
  01090 - Duplicating Machine Operator                        13.55***
  01111 - General Clerk I                                     14.79***
  01112   General Clerk II                                    16.14
  01113 - General Clerk III                                   18.13
```

```
01120 - Housing Referral Assistant                        20.78
01141 - Messenger Courier                                 14.61***
01191   Order Clerk I                                     13.69***
01192 - Order Clerk II                                    14.93***
01261 - Personnel Assistant (Employment) I                16.93
01262 - Personnel Assistant (Employment) II               18.95
01263   Personnel Assistant (Employment) III              21.12
01270 - Production Control Clerk                           22.29
01290 - Rental Clerk                                       15.14
01300 - Scheduler Maintenance                             16.66
01311   Secretary I                                        16.66
01312 - Secretary II                                       18.64
01313 - Secretary III                                      20.78
01320 - Service Order Dispatcher                           17.51
01410   Supply Technician                                  25.36
01420 - Survey Worker                                      17.44
01460 - Switchboard Operator/Receptionist                 14.49***
01531 - Travel Clerk I                                     14.33***
01532   Travel Clerk II                                    15.66
01533 - Travel Clerk III                                   16.88
01611 - Word Processor I                                   13.82***
01612   Word Processor II                                  15.78
01613   Word Processor III                                 17.54
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               24.61
05010 - Automotive  Electrician                            20.71
05040   Automotive Glass Installer                         19.42
05070 - Automotive Worker                                  19.42
05110 - Mobile Equipment Servicer                          16.62
05130 - Motor Equipment Metal Mechanic                     22.69
05160   Motor Equipment Metal Worker                       19.62
05190 - Motor Vehicle Mechanic                             22.26
05220 - Motor Vehicle Mechanic Helper                      15.12
05250 - Motor Vehicle Upholstery Worker                    18.14
05280   Motor Vehicle Wrecker                              19.62
05310 - Painter Automotive                                 22.12
05340 - Radiator Repair Specialist                         19.58
05370 - Tire Repairer                                      14.21***
05400   Transmission Repair Specialist                     22.26
07000 - Food Preparation And Service Occupations
07010 - Baker                                              15.01
07041 - Cook I                                             15.38
07042   Cook II                                            18.22
07070 - Dishwasher                                         12.46***
07130 - Food Service Worker                                12.89***
07210 - Meat Cutter                                        19.00
07260   Waiter/Waitress                                    12.94***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        20.48
09040 - Furniture Handler                                  11.17***
09080   Furniture Refinisher                               20.48
09090 - Furniture Refinisher Helper                        14.27***
09110 - Furniture Repairer Minor                           17.37
09130 - Upholsterer                                        20.48
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   13.21***
11060 - Elevator Operator                                  14.14***
11090 - Gardener                                           20.20
11122   Housekeeping Aide                                  14.14***
11150 - Janitor                                            14.14***
11210 - Laborer Grounds Maintenance                        14.25***
11240 - Maid or Houseman                                   13.72***
11260   Pruner                                             13.42***
11270 - Tractor Operator                                   18.20
11330 - Trail Maintenance Worker                           14.25***
```

```
11360 - Window Cleaner                                          15.24
12000 - Health Occupations
   12010   Ambulance Driver                                     17.52
   12011 - Breath Alcohol Technician                            24.82
   12012 - Certified Occupational Therapist Assistant           34.88
   12015 - Certified Physical Therapist Assistant               30.68
   12020   Dental Assistant                                     18.45
   12025 - Dental Hygienist                                     44.96
   12030 - EKG Technician                                       37.36
   12035 - Electroneurodiagnostic Technologist                  37.36
   12040   Emergency Medical Technician                         17.52
   12071 - Licensed Practical Nurse I                           22.20
   12072 - Licensed Practical Nurse II                          24.82
   12073 - Licensed Practical Nurse III                         27.67
   12100   Medical Assistant                                    16.30
   12130 - Medical Laboratory Technician                        24.74
   12160 - Medical Record Clerk                                 18.80
   12190 - Medical Record Technician                            21.02
   12195   Medical Transcriptionist                             22.20
   12210 - Nuclear Medicine Technologist                        54.56
   12221 - Nursing Assistant I                                  11.69***
   12222 - Nursing Assistant II                                 13.13***
   12223   Nursing Assistant III                                14.33***
   12224 - Nursing Assistant IV                                 16.10
   12235 - Optical Dispenser                                    20.31
   12236 - Optical Technician                                   22.20
   12250   Pharmacy Technician                                  17.81
   12280 - Phlebotomist                                         20.90
   12305 - Radiologic Technologist                              31.54
   12311 - Registered Nurse I                                   26.93
   12312   Registered Nurse II                                  33.08
   12313 - Registered Nurse II Specialist                       33.08
   12314 - Registered Nurse III                                 40.02
   12315 - Registered Nurse III Anesthetist                     40.02
   12316   Registered Nurse IV                                  47.96
   12317 - Scheduler (Drug and Alcohol Testing)                 30.75
   12320 - Substance Abuse Treatment Counselor                  22.16
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                                17.45
   13012 - Exhibits Specialist II                               21.62
   13013 - Exhibits Specialist III                              26.44
   13041 - Illustrator I                                        18.79
   13042   Illustrator II                                       23.18
   13043 - Illustrator III                                      28.27
   13047 - Librarian                                            23.94
   13050 - Library Aide/Clerk                                   14.20***
   13054   Library Information Technology Systems               21.62
   Administrator
   13058 - Library Technician                                   17.36
   13061 - Media Specialist I                                   15.60
   13062   Media Specialist II                                  17.45
   13063 - Media Specialist III                                 19.46
   13071 - Photographer I                                       15.60
   13072 - Photographer II                                      17.45
   13073   Photographer III                                     21.62
   13074 - Photographer IV                                      26.44
   13075 - Photographer V                                       31.99
   13090 - Technical Order Library Clerk                        16.74
   13110   Video Teleconference Technician                      16.68
14000 - Information Technology Occupations
   14041 - Computer Operator I                                  18.19
   14042 - Computer Operator II                                 20.98
   14043   Computer Operator III                                23.39
   14044 - Computer Operator IV                                 25.98
   14045 - Computer Operator V                                  28.78
```

```
14071 - Computer Programmer I                       (see 1)        23.00
14072 - Computer Programmer II                      (see 1)        24.90
14073 - Computer Programmer III                     (see 1)
14074 - Computer Programmer IV                      (see 1)
14101 - Computer Systems Analyst I                  (see 1)
14102 - Computer Systems Analyst II                 (see 1)
14103 - Computer Systems Analyst III                (see 1)
14150 - Peripheral Equipment Operator                              18.19
14160 - Personal Computer Support Technician                       25.98
14170 - System Support Specialist                                  31.36
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)        29.46
    15020 - Aircrew Training Devices Instructor (Rated)            36.56
    15030 - Air Crew Training Devices Instructor (Pilot)           42.43
    15050 - Computer Based Training Specialist / Instructor        29.46
    15060 - Educational Technologist                               24.95
    15070 - Flight Instructor (Pilot)                              42.43
    15080 - Graphic Artist                                         23.51
    15085 - Maintenance Test Pilot Fixed Jet/Prop                  42.43
    15086 - Maintenance Test Pilot Rotary Wing                     42.43
    15088 - Non-Maintenance Test/Co-Pilot                          42.43
    15090 - Technical Instructor                                   21.08
    15095 - Technical Instructor/Course Developer                  25.79
    15110 - Test Proctor                                           17.02
    15120 - Tutor                                                  17.02
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                              15.64
    16030 - Counter Attendant                                      15.64
    16040 - Dry Cleaner                                            17.89
    16070 - Finisher Flatwork Machine                              15.64
    16090 - Presser Hand                                           15.64
    16110 - Presser Machine Drycleaning                            15.64
    16130 - Presser Machine Shirts                                 15.64
    16160 - Presser Machine Wearing Apparel Laundry                15.64
    16190 - Sewing Machine Operator                                18.63
    16220 - Tailor                                                 19.38
    16250 - Washer Machine                                         16.39
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                      20.72
    19040 - Tool And Die Maker                                     26.03
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                      19.60
    21030 - Material Coordinator                                   21.99
    21040 - Material Expediter                                     21.99
    21050 - Material Handling Laborer                           14.79***
    21071 - Order Filler                                        13.16***
    21080 - Production Line Worker (Food Processing)               19.60
    21110 - Shipping Packer                                        17.08
    21130 - Shipping/Receiving Clerk                               17.08
    21140 - Store Worker I                                      12.99***
    21150 - Stock Clerk                                            16.57
    21210 - Tools And Parts Attendant                              19.60
    21410 - Warehouse Specialist                                   19.60
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                            26.77
    23019 - Aircraft Logs and Records Technician                   21.28
    23021 - Aircraft Mechanic I                                    25.34
    23022 - Aircraft Mechanic II                                   26.77
    23023 - Aircraft Mechanic III                                  28.40
    23040 - Aircraft Mechanic Helper                               17.74
    23050 - Aircraft Painter                                       24.07
    23060 - Aircraft Servicer                                      21.28
    23070 - Aircraft Survival Flight Equipment Technician          24.07
    23080 - Aircraft Worker                                        22.80
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic         22.80
```

```
         I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        25.34
         II
    23110 - Appliance Mechanic                                    20.72
    23120 - Bicycle Repairer                                      17.41
    23125 - Cable Splicer                                         29.26
    23130 - Carpenter Maintenance                                 22.05
    23140 - Carpet Layer                                          19.15
    23160 - Electrician Maintenance                               25.33
    23181 - Electronics Technician Maintenance I                  20.81
    23182 - Electronics Technician Maintenance II                 25.62
    23183 - Electronics Technician Maintenance III                27.91
    23260 - Fabric Worker                                         17.58
    23290 - Fire Alarm System Mechanic                            22.27
    23310 - Fire Extinguisher Repairer                            16.02
    23311 - Fuel Distribution System Mechanic                     29.33
    23312 - Fuel Distribution System Operator                     20.70
    23370 - General Maintenance Worker                            17.48
    23380 - Ground Support Equipment Mechanic                     25.34
    23381 - Ground Support Equipment Servicer                     21.28
    23382 - Ground Support Equipment Worker                       22.80
    23391 - Gunsmith I                                            16.02
    23392 - Gunsmith II                                           19.15
    23393 - Gunsmith III                                          22.27
    23410 - Heating Ventilation And Air-Conditioning              21.81
         Mechanic
    23411 - Heating Ventilation And Air Contidioning              23.05
         Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              29.85
    23440 - Heavy Equipment Operator                              22.32
    23460 - Instrument Mechanic                                   24.18
    23465 - Laboratory/Shelter Mechanic                           20.72
    23470 - Laborer                                            14.79***
    23510 - Locksmith                                             20.72
    23530 - Machinery Maintenance Mechanic                        26.93
    23550 - Machinist Maintenance                                 19.50
    23580 - Maintenance Trades Helper                          14.92***
    23591 - Metrology Technician I                                24.18
    23592 - Metrology Technician II                               25.25
    23593 - Metrology Technician III                              26.51
    23640 - Millwright                                            23.72
    23710 - Office Appliance Repairer                             20.72
    23760 - Painter Maintenance                                   17.59
    23790 - Pipefitter Maintenance                                25.82
    23810 - Plumber Maintenance                                   24.03
    23820 - Pneudraulic Systems Mechanic                          22.27
    23850 - Rigger                                                22.27
    23870 - Scale Mechanic                                        19.15
    23890 - Sheet-Metal Worker Maintenance                        21.77
    23910 - Small Engine Mechanic                                 19.15
    23931 - Telecommunications Mechanic I                         27.35
    23932 - Telecommunications Mechanic II                        32.48
    23950 - Telephone Lineman                                     22.27
    23960 - Welder Combination Maintenance                        21.02
    23965 - Well Driller                                          22.27
    23970 - Woodcraft Worker                                      22.27
    23980 - Woodworker                                            16.02
 24000 - Personal Needs Occupations
    24550 - Case Manager                                          16.56
    24570 - Child Care Attendant                               12.47***
    24580 - Child Care Center Clerk                               16.79
    24610 - Chore Aide                                         13.38***
    24620 - Family Readiness And Support Services                 16.56
         Coordinator
    24630 - Homemaker                                             18.38
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                            23.78
    25040 - Sewage Plant Operator                                    22.71
    25070 - Stationary Engineer                                      23.78
    25190 - Ventilation Equipment Tender                         14.81***
    25210 - Water Treatment Plant Operator                           22.71
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                            19.69
    27007 - Baggage Inspector                                    14.62***
    27008 - Corrections Officer                                      21.91
    27010 - Court Security Officer                                   21.91
    27030 - Detection Dog Handler                                    16.36
    27040 - Detention Officer                                        21.91
    27070 - Firefighter                                              21.91
    27101 - Guard I                                              14.62***
    27102 - Guard II                                                 16.36
    27131 - Police Officer I                                         25.72
    27132 - Police Officer II                                        28.58
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                              16.83
    28042 - Carnival Equipment Repairer                              18.68
    28043 - Carnival Worker                                      12.41***
    28210 - Gate Attendant/Gate Tender                               17.91
    28310 - Lifeguard                                           13.09***
    28350 - Park Attendant (Aide)                                    20.03
    28510 - Recreation Aide/Health Facility Attendant           14.61***
    28515 - Recreation Specialist                                    24.81
    28630 - Sports Official                                          15.94
    28690 - Swimming Pool Operator                                   22.33
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                       19.45
    29020 - Hatch Tender                                             19.45
    29030 - Line Handler                                             19.45
    29041 - Stevedore I                                              17.58
    29042 - Stevedore II                                             21.45
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.59
    30021 - Archeological Technician I                               17.49
    30022 - Archeological Technician II                              19.84
    30023 - Archeological Technician III                             24.25
    30030 - Cartographic Technician                                  24.59
    30040 - Civil Engineering Technician                             22.54
    30051 - Cryogenic Technician I                                   24.96
    30052 - Cryogenic Technician II                                  27.57
    30061 - Drafter/CAD Operator I                                   17.49
    30062 - Drafter/CAD Operator II                                  19.84
    30063 - Drafter/CAD Operator III                                 22.12
    30064 - Drafter/CAD Operator IV                                  26.82
    30081 - Engineering Technician I                                 16.02
    30082 - Engineering Technician II                                17.98
    30083 - Engineering Technician III                               21.48
    30084 - Engineering Technician IV                                25.33
    30085 - Engineering Technician V                                 30.27
    30086 - Engineering Technician VI                                35.13
    30090 - Environmental Technician                                 22.54
    30095 - Evidence Control Specialist                              22.54
    30210 - Laboratory Technician                                    22.92
    30221 - Latent Fingerprint Technician I                          24.96
    30222 - Latent Fingerprint Technician II                         27.57
    30240 - Mathematical Technician                                  24.69
    30361 - Paralegal/Legal Assistant I                              21.19
    30362 - Paralegal/Legal Assistant II                             25.11
    30363 - Paralegal/Legal Assistant III                            30.72
```

```
30364 - Paralegal/Legal Assistant IV                              37.17
30375 - Petroleum Supply Specialist                               27.57
30390 - Photo-Optics Technician                                   24.69
30395 - Radiation Control Technician                              27.57
30461 - Technical Writer I                                        22.54
30462 - Technical Writer II                                       27.57
30463 - Technical Writer III                                      33.37
30491 - Unexploded Ordnance (UXO) Technician I                    25.60
30492 - Unexploded Ordnance (UXO) Technician II                   30.98
30493 - Unexploded Ordnance (UXO) Technician III                  37.13
30494 - Unexploded (UXO) Safety Escort                            25.60
30495 - Unexploded (UXO) Sweep Personnel                          25.60
30501 - Weather Forecaster I                                      26.82
30502 - Weather Forecaster II                                     32.63
30620 - Weather Observer Combined Upper Air Or     (see 2)        22.12
Surface Programs
30621 - Weather Observer Senior                    (see 2)        24.12
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                                  9.37***
31030 - Bus Driver                                                17.45
31043 - Driver Courier                                            15.87
31260 - Parking and Lot Attendant                                 10.94***
31290 - Shuttle Bus Driver                                        17.60
31310 - Taxi Driver                                               13.48***
31361 - Truckdriver Light                                         17.60
31362 - Truckdriver Medium                                        19.31
31363 - Truckdriver Heavy                                         19.29
31364 - Truckdriver Tractor-Trailer                               19.29
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                   12.35***
99050 - Desk Clerk                                                13.63***
99095 - Embalmer                                                  28.19
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                             13.61***
99252 - Laboratory Animal Caretaker II                            15.10
99260 - Marketing Analyst                                         24.97
99310 - Mortician                                                 28.19
99410 - Pest Controller                                           17.84
99510 - Photofinishing Worker                                     13.45***
99710 - Recycling Laborer                                         20.44
99711 - Recycling Specialist                                      26.13
99730 - Refuse Collector                                          17.60
99810 - Sales Clerk                                               13.30***
99820 - School Crossing Guard                                     13.69***
99830 - Survey Party Chief                                        29.11
99831 - Surveying Aide                                            17.53
99832 - Surveying Technician                                      24.71
99840 - Vending Machine Attendant                                 18.57
99841 - Vending Machine Repairer                                  24.63
99842 - Vending Machine Repairer Helper                           18.57
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
              "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
               THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
      By direction of the Secretary of Labor  |          WAGE AND HOUR DIVISION
                                                     |           WASHINGTON D.C.  20210
                                                     |
                                                     |
                                                     |
                                                     | Wage Determination No.: 2015-5129
      Daniel W. Simms          Division of    |          Revision No.: 19
      Director         Wage Determinations|   Date Of Last Revision: 03/15/2022
                                                     |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

_____

State: Arkansas

Area: Arkansas Counties of Cross Lee Mississippi St Francis

_____

            **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                     13.78***
    01012 - Accounting Clerk II                                    15.47
    01013   Accounting Clerk III                                   17.30
    01020 - Administrative Assistant                               23.73
    01035 - Court Reporter                                         17.00
    01041 - Customer Service Representative I                      12.67***
    01042   Customer Service Representative II                     14.25***
    01043 - Customer Service Representative III                    15.54
    01051 - Data Entry Operator I                                  13.75***
    01052 - Data Entry Operator II                                 15.00
    01060   Dispatcher Motor Vehicle                               20.21
    01070 - Document Preparation Clerk                             12.64***
    01090 - Duplicating Machine Operator                          12.64***
    01111 - General Clerk I                                        13.34***
    01112   General Clerk II                                       14.56***
    01113 - General Clerk III                                      16.35
```

```
01120 - Housing Referral Assistant                         20.25
01141 - Messenger Courier                                  11.61***
01191   Order Clerk I                                      12.37***
01192 - Order Clerk II                                     13.50***
01261 - Personnel Assistant (Employment) I                 15.20
01262 - Personnel Assistant (Employment) II                17.00
01263   Personnel Assistant (Employment) III               19.71
01270 - Production Control Clerk                            23.56
01290 - Rental Clerk                                        15.13
01300 - Scheduler Maintenance                              15.74
01311   Secretary I                                         15.74
01312 - Secretary II                                        17.61
01313 - Secretary III                                       19.63
01320 - Service Order Dispatcher                            18.06
01410   Supply Technician                                   23.73
01420 - Survey Worker                                       17.19
01460 - Switchboard Operator/Receptionist                  13.23***
01531 - Travel Clerk I                                      14.02***
01532   Travel Clerk II                                     15.00
01533 - Travel Clerk III                                    16.08
01611 - Word Processor I                                    12.06***
01612 - Word Processor II                                   15.20
01613   Word Processor III                                  17.17
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                19.85
05010 - Automotive  Electrician                             19.23
05040   Automotive Glass Installer                          17.17
05070 - Automotive Worker                                   17.21
05110 - Mobile Equipment Servicer                           15.07
05130 - Motor Equipment Metal Mechanic                      19.23
05160   Motor Equipment Metal Worker                        17.21
05190 - Motor Vehicle Mechanic                              19.23
05220 - Motor Vehicle Mechanic Helper                       13.97***
05250 - Motor Vehicle Upholstery Worker                     17.21
05280   Motor Vehicle Wrecker                               17.21
05310 - Painter Automotive                                  18.23
05340 - Radiator Repair Specialist                          17.21
05370 - Tire Repairer                                       12.62***
05400   Transmission Repair Specialist                      18.98
07000 - Food Preparation And Service Occupations
07010 - Baker                                               17.36
07041 - Cook I                                              10.59***
07042   Cook II                                             12.25***
07070 - Dishwasher                                          10.01***
07130 - Food Service Worker                                 10.28***
07210 - Meat Cutter                                         16.73
07260   Waiter/Waitress                                     10.01***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         19.47
09040 - Furniture Handler                                   12.01***
09080   Furniture Refinisher                                19.47
09090 - Furniture Refinisher Helper                         14.55***
09110 - Furniture Repairer Minor                            17.02
09130 - Upholsterer                                         19.47
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    13.13***
11060 - Elevator Operator                                   13.13***
11090 - Gardener                                            15.28
11122   Housekeeping Aide                                   11.16***
11150 - Janitor                                             11.16***
11210 - Laborer Grounds Maintenance                         11.61***
11240 - Maid or Houseman                                    10.70***
11260   Pruner                                              10.46***
11270 - Tractor Operator                                    14.85***
11330 - Trail Maintenance Worker                            11.61***
```

```
   11360 - Window Cleaner                                          12.08***
12000 - Health Occupations
   12010   Ambulance Driver                                        17.62
   12011 - Breath Alcohol Technician                               18.29
   12012 - Certified Occupational Therapist Assistant             28.19
   12015 - Certified Physical Therapist Assistant                 26.44
   12020   Dental Assistant                                        17.25
   12025 - Dental Hygienist                                        35.20
   12030 - EKG Technician                                          27.72
   12035 - Electroneurodiagnostic Technologist                    27.72
   12040   Emergency Medical Technician                            17.62
   12071 - Licensed Practical Nurse I                              16.36
   12072 - Licensed Practical Nurse II                             18.29
   12073 - Licensed Practical Nurse III                            20.39
   12100   Medical Assistant                                       13.59***
   12130 - Medical Laboratory Technician                           22.99
   12160 - Medical Record Clerk                                    13.95***
   12190 - Medical Record Technician                               16.26
   12195   Medical Transcriptionist                                16.52
   12210 - Nuclear Medicine Technologist                           40.20
   12221 - Nursing Assistant I                                     12.02***
   12222 - Nursing Assistant II                                    13.51***
   12223   Nursing Assistant III                                   14.74***
   12224 - Nursing Assistant IV                                    16.56
   12235 - Optical Dispenser                                       18.29
   12236 - Optical Technician                                      16.36
   12250   Pharmacy Technician                                     15.04
   12280 - Phlebotomist                                            16.36
   12305 - Radiologic Technologist                                 24.12
   12311 - Registered Nurse I                                      25.41
   12312   Registered Nurse II                                     30.43
   12313 - Registered Nurse II Specialist                          30.43
   12314 - Registered Nurse III                                    36.80
   12315 - Registered Nurse III Anesthetist                        36.80
   12316   Registered Nurse IV                                     44.11
   12317 - Scheduler (Drug and Alcohol Testing)                    22.66
   12320 - Substance Abuse Treatment Counselor                     28.83
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                                   16.09
   13012 - Exhibits Specialist II                                  19.93
   13013 - Exhibits Specialist III                                 24.37
   13041 - Illustrator I                                           16.96
   13042   Illustrator II                                          19.93
   13043 - Illustrator III                                         24.37
   13047 - Librarian                                               22.07
   13050 - Library Aide/Clerk                                      11.83***
   13054   Library Information Technology Systems                  19.93
   Administrator
   13058 - Library Technician                                      14.38***
   13061 - Media Specialist I                                      14.38***
   13062   Media Specialist II                                     16.09
   13063   Media Specialist III                                    17.94
   13071 - Photographer I                                          14.95***
   13072 - Photographer II                                         17.85
   13073   Photographer III                                        20.72
   13074 - Photographer IV                                         25.35
   13075 - Photographer V                                          30.67
   13090 - Technical Order Library Clerk                           15.49
   13110   Video Teleconference Technician                         18.06
14000 - Information Technology Occupations
   14041 - Computer Operator I                                     16.64
   14042 - Computer Operator II                                    18.67
   14043   Computer Operator III                                   20.82
   14044 - Computer Operator IV                                    23.14
   14045 - Computer Operator V                                     25.61
```

```
       14071 - Computer Programmer I                      (see 1)              21.66
       14072 - Computer Programmer II                     (see 1)              26.85
       14073 - Computer Programmer III                    (see 1)
       14074 - Computer Programmer IV                     (see 1)
       14101 - Computer Systems Analyst I                 (see 1)
       14102 - Computer Systems Analyst II                (see 1)
       14103 - Computer Systems Analyst III               (see 1)
       14150 - Peripheral Equipment Operator                                   16.64
       14160 - Personal Computer Support Technician                            23.14
       14170 - System Support Specialist                                       25.61
   15000 - Instructional Occupations
       15010 - Aircrew Training Devices Instructor (Non-Rated)                 28.79
       15020 - Aircrew Training Devices Instructor (Rated)                     36.76
       15030 - Air Crew Training Devices Instructor (Pilot)                    41.75
       15050 - Computer Based Training Specialist / Instructor                 28.79
       15060 - Educational Technologist                                        27.71
       15070 - Flight Instructor (Pilot)                                       41.75
       15080 - Graphic Artist                                                  26.71
       15085 - Maintenance Test Pilot Fixed Jet/Prop                           41.17
       15086 - Maintenance Test Pilot Rotary Wing                              41.17
       15088 - Non-Maintenance Test/Co-Pilot                                   41.17
       15090 - Technical Instructor                                            21.83
       15095 - Technical Instructor/Course Developer                           26.71
       15110 - Test Proctor                                                    17.62
       15120 - Tutor                                                           17.62
   16000 - Laundry Dry-Cleaning Pressing And Related Occupations
       16010 - Assembler                                                   11.39***
       16030 - Counter Attendant                                           11.39***
       16040 - Dry Cleaner                                                 13.67***
       16070 - Finisher Flatwork Machine                                   11.39***
       16090 - Presser Hand                                                11.39***
       16110 - Presser Machine Drycleaning                                 11.39***
       16130 - Presser Machine Shirts                                      11.39***
       16160 - Presser Machine Wearing Apparel Laundry                     11.39***
       16190 - Sewing Machine Operator                                     14.63***
       16220 - Tailor                                                         15.59
       16250 - Washer Machine                                              11.93***
   19000 - Machine Tool Operation And Repair Occupations
       19010 - Machine-Tool Operator (Tool Room)                              19.17
       19040 - Tool And Die Maker                                             24.04
   21000 - Materials Handling And Packing Occupations
       21020 - Forklift Operator                                              17.57
       21030 - Material Coordinator                                           23.56
       21040 - Material Expediter                                             23.56
       21050 - Material Handling Laborer                                   13.55***
       21071 - Order Filler                                                13.56***
       21080 - Production Line Worker (Food Processing)                       17.57
       21110 - Shipping Packer                                                16.37
       21130 - Shipping/Receiving Clerk                                       16.37
       21140 - Store Worker I                                              11.82***
       21150 - Stock Clerk                                                    16.33
       21210 - Tools And Parts Attendant                                      17.57
       21410 - Warehouse Specialist                                           17.57
   23000 - Mechanics And Maintenance And Repair Occupations
       23010 - Aerospace Structural Welder                                    25.71
       23019 - Aircraft Logs and Records Technician                           19.96
       23021 - Aircraft Mechanic I                                            24.30
       23022 - Aircraft Mechanic II                                           25.71
       23023 - Aircraft Mechanic III                                          27.19
       23040 - Aircraft Mechanic Helper                                       17.07
       23050 - Aircraft Painter                                               22.84
       23060 - Aircraft Servicer                                              19.96
       23070 - Aircraft Survival Flight Equipment Technician                  22.84
       23080 - Aircraft Worker                                                21.38
       23091 - Aircrew Life Support Equipment (ALSE) Mechanic                 21.38
```

```
        I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        24.30
        II
    23110 - Appliance Mechanic                                    21.80
    23120 - Bicycle Repairer                                      17.64
    23125 - Cable Splicer                                         32.46
    23130 - Carpenter Maintenance                                 19.92
    23140 - Carpet Layer                                          20.40
    23160 - Electrician Maintenance                               23.96
    23181 - Electronics Technician Maintenance I                  21.17
    23182 - Electronics Technician Maintenance II                 22.66
    23183 - Electronics Technician Maintenance III                24.13
    23260 - Fabric Worker                                         19.04
    23290 - Fire Alarm System Mechanic                            23.18
    23310 - Fire Extinguisher Repairer                            17.64
    23311 - Fuel Distribution System Mechanic                     23.18
    23312 - Fuel Distribution System Operator                     17.64
    23370 - General Maintenance Worker                            16.68
    23380 - Ground Support Equipment Mechanic                     24.30
    23381 - Ground Support Equipment Servicer                     19.96
    23382 - Ground Support Equipment Worker                       21.38
    23391 - Gunsmith I                                            17.64
    23392 - Gunsmith II                                           20.40
    23393 - Gunsmith III                                          23.18
    23410 - Heating Ventilation And Air-Conditioning              21.48
Mechanic
    23411 - Heating Ventilation And Air Contidioning              23.55
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              23.18
    23440 - Heavy Equipment Operator                              18.99
    23460 - Instrument Mechanic                                   23.18
    23465 - Laboratory/Shelter Mechanic                           21.80
    23470 - Laborer                                               13.55***
    23510 - Locksmith                                             21.80
    23530 - Machinery Maintenance Mechanic                        22.92
    23550 - Machinist Maintenance                                 18.97
    23580 - Maintenance Trades Helper                             13.65***
    23591 - Metrology Technician I                                23.18
    23592 - Metrology Technician II                               24.54
    23593 - Metrology Technician III                              25.95
    23640 - Millwright                                            24.26
    23710 - Office Appliance Repairer                             21.80
    23760 - Painter Maintenance                                   21.80
    23790 - Pipefitter Maintenance                                21.58
    23810 - Plumber Maintenance                                   20.68
    23820 - Pneudraulic Systems Mechanic                          23.18
    23850 - Rigger                                                23.18
    23870 - Scale Mechanic                                        20.40
    23890 - Sheet-Metal Worker Maintenance                        19.00
    23910 - Small Engine Mechanic                                 19.00
    23931 - Telecommunications Mechanic I                         26.75
    23932 - Telecommunications Mechanic II                        28.30
    23950 - Telephone Lineman                                     26.63
    23960 - Welder Combination Maintenance                        19.92
    23965 - Well Driller                                          23.18
    23970 - Woodcraft Worker                                      23.18
    23980 - Woodworker                                            17.64
24000 - Personal Needs Occupations
    24550 - Case Manager                                          13.51***
    24570 - Child Care Attendant                                  11.22***
    24580 - Child Care Center Clerk                               14.11***
    24610 - Chore Aide                                            10.67***
    24620 - Family Readiness And Support Services                 13.51***
Coordinator
    24630 - Homemaker                                             16.62
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                         23.36
   25040 - Sewage Plant Operator                                 19.58
   25070 - Stationary Engineer                                   23.36
   25190 - Ventilation Equipment Tender                          16.29
   25210 - Water Treatment Plant Operator                        19.58
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                         13.59***
   27007 - Baggage Inspector                                     14.66***
   27008 - Corrections Officer                                   19.23
   27010 - Court Security Officer                                18.53
   27030 - Detection Dog Handler                                 16.41
   27040 - Detention Officer                                     19.23
   27070 - Firefighter                                           16.97
   27101 - Guard I                                               14.66***
   27102 - Guard II                                              16.41
   27131 - Police Officer I                                      21.51
   27132 - Police Officer II                                     22.53
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                           11.86***
   28042 - Carnival Equipment Repairer                           12.82***
   28043 - Carnival Worker                                        8.87***
   28210 - Gate Attendant/Gate Tender                            15.71
   28310 - Lifeguard                                             13.99***
   28350 - Park Attendant (Aide)                                 17.58
   28510 - Recreation Aide/Health Facility Attendant            12.83***
   28515 - Recreation Specialist                                 21.77
   28630 - Sports Official                                       13.99***
   28690 - Swimming Pool Operator                                19.73
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                    23.74
   29020 - Hatch Tender                                          23.74
   29030 - Line Handler                                          23.74
   29041 - Stevedore I                                           22.18
   29042 - Stevedore II                                          25.38
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  40.29
   30011 - Air Traffic Control Specialist Station (HFO) (see 2)  27.78
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.59
   30021 - Archeological Technician I                            16.54
   30022 - Archeological Technician II                           18.50
   30023 - Archeological Technician III                          22.93
   30030 - Cartographic Technician                               22.93
   30040 - Civil Engineering Technician                          20.36
   30051 - Cryogenic Technician I                                21.24
   30052 - Cryogenic Technician II                               23.46
   30061 - Drafter/CAD Operator I                                16.54
   30062 - Drafter/CAD Operator II                               18.50
   30063 - Drafter/CAD Operator III                              20.64
   30064 - Drafter/CAD Operator IV                               25.39
   30081 - Engineering Technician I                              17.14
   30082 - Engineering Technician II                             18.54
   30083 - Engineering Technician III                            21.52
   30084 - Engineering Technician IV                             25.66
   30085 - Engineering Technician V                              30.95
   30086 - Engineering Technician VI                             37.45
   30090 - Environmental Technician                              21.22
   30095 - Evidence Control Specialist                           19.18
   30210 - Laboratory Technician                                 21.41
   30221 - Latent Fingerprint Technician I                       21.24
   30222 - Latent Fingerprint Technician II                      23.46
   30240 - Mathematical Technician                               22.93
   30361 - Paralegal/Legal Assistant I                           18.81
   30362 - Paralegal/Legal Assistant II                          22.31
   30363 - Paralegal/Legal Assistant III                         27.20
```

```
30364 - Paralegal/Legal Assistant IV                            33.01
30375 - Petroleum Supply Specialist                             23.46
30390 - Photo-Optics Technician                                 22.93
30395 - Radiation Control Technician                            23.46
30461 - Technical Writer I                                      22.46
30462 - Technical Writer II                                     27.48
30463 - Technical Writer III                                    33.24
30491 - Unexploded Ordnance (UXO) Technician I                  25.60
30492 - Unexploded Ordnance (UXO) Technician II                 30.98
30493 - Unexploded Ordnance (UXO) Technician III                37.13
30494 - Unexploded (UXO) Safety Escort                          25.60
30495 - Unexploded (UXO) Sweep Personnel                        25.60
30501 - Weather Forecaster I                                    23.36
30502 - Weather Forecaster II                                   28.42
30620 - Weather Observer Combined Upper Air Or      (see 2)     20.64
Surface Programs
30621 - Weather Observer Senior                     (see 2)     23.38
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                          30.98
31020 - Bus Aide                                             11.67***
31030 - Bus Driver                                              16.73
31043 - Driver Courier                                       13.20***
31260 - Parking and Lot Attendant                             9.36***
31290 - Shuttle Bus Driver                                   13.89***
31310 - Taxi Driver                                          12.52***
31361 - Truckdriver Light                                    13.89***
31362 - Truckdriver Medium                                      15.04
31363 - Truckdriver Heavy                                       20.14
31364 - Truckdriver Tractor-Trailer                            20.14
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                 15.10
99030 - Cashier                                              10.28***
99050 - Desk Clerk                                           10.01***
99095 - Embalmer                                                24.26
99130 - Flight Follower                                         25.60
99251 - Laboratory Animal Caretaker I                        14.47***
99252 - Laboratory Animal Caretaker II                         16.21
99260 - Marketing Analyst                                       22.07
99310 - Mortician                                               24.26
99410 - Pest Controller                                         18.70
99510 - Photofinishing Worker                                13.45***
99710 - Recycling Laborer                                       17.74
99711 - Recycling Specialist                                    21.55
99730 - Refuse Collector                                        15.98
99810 - Sales Clerk                                          11.93***
99820 - School Crossing Guard                                13.27***
99830 - Survey Party Chief                                      19.49
99831 - Surveying Aide                                       12.77***
99832 - Surveying Technician                                    17.49
99840 - Vending Machine Attendant                               17.89
99841 - Vending Machine Repairer                                22.41
99842 - Vending Machine Repairer Helper                        17.89
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
      "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT            |   EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor     |        WAGE AND HOUR DIVISION
                                              |        WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4537
   Daniel W. Simms          Division of       |        Revision No.: 16
   Director         Wage Determinations|   Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Alachua Gilchrist

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.96*** |
| 01012 - Accounting Clerk II | | 16.80 |
| 01013  Accounting Clerk III | | 18.79 |
| 01020 - Administrative Assistant | | 22.17 |
| 01035 - Court Reporter | | 18.82 |
| 01041 - Customer Service Representative I | | 13.27*** |
| 01042  Customer Service Representative II | | 14.92*** |
| 01043 - Customer Service Representative III | | 16.27 |
| 01051 - Data Entry Operator I | | 15.44 |
| 01052 - Data Entry Operator II | | 16.84 |
| 01060  Dispatcher Motor Vehicle | | 17.82 |
| 01070 - Document Preparation Clerk | | 14.99*** |
| 01090 - Duplicating Machine Operator | | 14.99*** |
| 01111 - General Clerk I | | 13.18*** |
| 01112  General Clerk II | | 14.38*** |
| 01113 - General Clerk III | | 16.14 |

```
01120 - Housing Referral Assistant                        21.00
01141 - Messenger Courier                                 14.24***
01191   Order Clerk I                                     13.95***
01192 - Order Clerk II                                    15.22
01261 - Personnel Assistant (Employment) I                16.84
01262 - Personnel Assistant (Employment) II               18.83
01263   Personnel Assistant (Employment) III              20.99
01270 - Production Control Clerk                           20.40
01290 - Rental Clerk                                       11.95***
01300 - Scheduler Maintenance                             16.83
01311   Secretary I                                       16.83
01312 - Secretary II                                      18.84
01313 - Secretary III                                     21.00
01320 - Service Order Dispatcher                          15.93
01410   Supply Technician                                 22.17
01420 - Survey Worker                                     18.84
01460 - Switchboard Operator/Receptionist                 13.13***
01531 - Travel Clerk I                                    14.45***
01532   Travel Clerk II                                   15.71
01533 - Travel Clerk III                                  16.87
01611 - Word Processor I                                  14.99***
01612 - Word Processor II                                 16.83
01613   Word Processor III                                18.84
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               21.93
05010 - Automotive  Electrician                           18.25
05040   Automotive Glass Installer                        17.04
05070 - Automotive Worker                                 17.04
05110 - Mobile Equipment Servicer                         14.68***
05130 - Motor Equipment Metal Mechanic                    19.45
05160   Motor Equipment Metal Worker                      17.04
05190 - Motor Vehicle Mechanic                            19.45
05220 - Motor Vehicle Mechanic Helper                     13.50***
05250 - Motor Vehicle Upholstery Worker                   15.87
05280   Motor Vehicle Wrecker                             17.04
05310 - Painter Automotive                                18.25
05340 - Radiator Repair Specialist                        17.04
05370 - Tire Repairer                                     10.75***
05400   Transmission Repair Specialist                    19.45
07000 - Food Preparation And Service Occupations
07010 - Baker                                             13.38***
07041 - Cook I                                            12.53***
07042   Cook II                                           14.54***
07070 - Dishwasher                                        10.64***
07130 - Food Service Worker                               11.76***
07210 - Meat Cutter                                       16.87
07260   Waiter/Waitress                                    9.80***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       19.18
09040 - Furniture Handler                                 11.67***
09080   Furniture Refinisher                              19.18
09090 - Furniture Refinisher Helper                       14.20***
09110 - Furniture Repairer Minor                          16.69
09130   Upholsterer                                       19.18
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  13.65***
11060 - Elevator Operator                                 12.87***
11090 - Gardener                                          18.22
11122   Housekeeping Aide                                 12.87***
11150 - Janitor                                           12.87***
11210 - Laborer Grounds Maintenance                       13.78***
11240 - Maid or Houseman                                  11.48***
11260   Pruner                                            12.24***
11270 - Tractor Operator                                  16.76
11330 - Trail Maintenance Worker                          13.78***
```

```
11360 - Window Cleaner                                   14.49***
12000 - Health Occupations
    12010   Ambulance Driver                             19.03
    12011 - Breath Alcohol Technician                    19.03
    12012 - Certified Occupational Therapist Assistant   28.57
    12015 - Certified Physical Therapist Assistant       29.11
    12020   Dental Assistant                             18.71
    12025 - Dental Hygienist                             32.16
    12030 - EKG Technician                               31.56
    12035 - Electroneurodiagnostic Technologist          31.56
    12040   Emergency Medical Technician                 19.03
    12071 - Licensed Practical Nurse I                   18.62
    12072 - Licensed Practical Nurse II                  20.82
    12073 - Licensed Practical Nurse III                 23.21
    12100   Medical Assistant                            15.87
    12130 - Medical Laboratory Technician                23.94
    12160 - Medical Record Clerk                         20.93
    12190 - Medical Record Technician                    23.46
    12195   Medical Transcriptionist                     18.62
    12210 - Nuclear Medicine Technologist                44.39
    12221 - Nursing Assistant I                          11.42***
    12222 - Nursing Assistant II                         12.84***
    12223   Nursing Assistant III                        14.01***
    12224 - Nursing Assistant IV                         15.72
    12235 - Optical Dispenser                            22.84
    12236 - Optical Technician                           18.62
    12250   Pharmacy Technician                          16.28
    12280 - Phlebotomist                                 16.40
    12305 - Radiologic Technologist                      27.22
    12311 - Registered Nurse I                           23.02
    12312   Registered Nurse II                          28.15
    12313 - Registered Nurse II Specialist               28.15
    12314 - Registered Nurse III                         34.07
    12315 - Registered Nurse III Anesthetist             34.07
    12316   Registered Nurse IV                          40.83
    12317 - Scheduler (Drug and Alcohol Testing)         25.80
    12320 - Substance Abuse Treatment Counselor          22.45
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                        21.58
    13012 - Exhibits Specialist II                       26.73
    13013 - Exhibits Specialist III                      32.69
    13041 - Illustrator I                                21.58
    13042   Illustrator II                               26.73
    13043 - Illustrator III                              32.69
    13047 - Librarian                                    29.60
    13050 - Library Aide/Clerk                           17.18
    13054   Library Information Technology Systems        26.73
    Administrator
    13058 - Library Technician                           18.00
    13061 - Media Specialist I                           19.29
    13062   Media Specialist II                          21.58
    13063 - Media Specialist III                         24.06
    13071 - Photographer I                               17.88
    13072 - Photographer II                              20.01
    13073   Photographer III                             24.78
    13074 - Photographer IV                              30.32
    13075 - Photographer V                               36.67
    13090 - Technical Order Library Clerk                21.58
    13110   Video Teleconference Technician              20.03
14000 - Information Technology Occupations
    14041 - Computer Operator I                          16.02
    14042 - Computer Operator II                         17.91
    14043   Computer Operator III                        19.97
    14044 - Computer Operator IV                         22.19
    14045 - Computer Operator V                          24.59
```

```
    14071 - Computer Programmer I                    (see 1)        18.76
    14072 - Computer Programmer II                   (see 1)        23.22
    14073 - Computer Programmer III                  (see 1)
    14074 - Computer Programmer IV                   (see 1)
    14101 - Computer Systems Analyst I               (see 1)
    14102 - Computer Systems Analyst II              (see 1)
    14103 - Computer Systems Analyst III             (see 1)
    14150 - Peripheral Equipment Operator                           16.02
    14160 - Personal Computer Support Technician                    22.19
    14170 - System Support Specialist                               29.96
 15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)         29.36
    15020 - Aircrew Training Devices Instructor (Rated)             35.53
    15030 - Air Crew Training Devices Instructor (Pilot)            42.59
    15050 - Computer Based Training Specialist / Instructor         29.36
    15060 - Educational Technologist                                25.30
    15070 - Flight Instructor (Pilot)                               42.59
    15080 - Graphic Artist                                          23.06
    15085 - Maintenance Test Pilot Fixed Jet/Prop                   42.59
    15086 - Maintenance Test Pilot Rotary Wing                      42.59
    15088 - Non-Maintenance Test/Co-Pilot                           42.59
    15090 - Technical Instructor                                    21.14
    15095 - Technical Instructor/Course Developer                   25.86
    15110 - Test Proctor                                            17.07
    15120 - Tutor                                                   17.07
 16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                            10.15***
    16030 - Counter Attendant                                    10.15***
    16040 - Dry Cleaner                                          12.95***
    16070 - Finisher Flatwork Machine                            10.15***
    16090 - Presser Hand                                         10.15***
    16110 - Presser Machine Drycleaning                          10.15***
    16130 - Presser Machine Shirts                               10.15***
    16160 - Presser Machine Wearing Apparel Laundry              10.15***
    16190 - Sewing Machine Operator                              13.81***
    16220 - Tailor                                               14.65***
    16250 - Washer Machine                                       11.05***
 19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                       19.18
    19040 - Tool And Die Maker                                      24.19
 21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                       19.48
    21030 - Material Coordinator                                    20.40
    21040 - Material Expediter                                      20.40
    21050 - Material Handling Laborer                            13.05***
    21071 - Order Filler                                         13.12***
    21080 - Production Line Worker (Food Processing)                19.48
    21110 - Shipping Packer                                         15.36
    21130 - Shipping/Receiving Clerk                                15.36
    21140 - Store Worker I                                       11.28***
    21150 - Stock Clerk                                             16.14
    21210 - Tools And Parts Attendant                              19.48
    21410 - Warehouse Specialist                                    19.48
 23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                             21.68
    23019 - Aircraft Logs and Records Technician                    16.69
    23021 - Aircraft Mechanic I                                     20.45
    23022 - Aircraft Mechanic II                                    21.68
    23023 - Aircraft Mechanic III                                   22.94
    23040 - Aircraft Mechanic Helper                            14.20***
    23050 - Aircraft Painter                                        19.18
    23060 - Aircraft Servicer                                       16.69
    23070 - Aircraft Survival Flight Equipment Technician           19.18
    23080 - Aircraft Worker                                         17.91
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic          17.91
```

```
        I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        20.45
        II
    23110 - Appliance Mechanic                                    19.18
    23120 - Bicycle Repairer                                      15.44
    23125 - Cable Splicer                                         27.10
    23130 - Carpenter Maintenance                                 20.24
    23140 - Carpet Layer                                          17.91
    23160 - Electrician Maintenance                               20.35
    23181 - Electronics Technician Maintenance I                  23.12
    23182 - Electronics Technician Maintenance II                 25.58
    23183 - Electronics Technician Maintenance III                27.43
    23260 - Fabric Worker                                         16.69
    23290 - Fire Alarm System Mechanic                            19.46
    23310 - Fire Extinguisher Repairer                            15.44
    23311 - Fuel Distribution System Mechanic                     20.45
    23312 - Fuel Distribution System Operator                     15.44
    23370 - General Maintenance Worker                            17.18
    23380 - Ground Support Equipment Mechanic                     20.45
    23381 - Ground Support Equipment Servicer                     16.69
    23382 - Ground Support Equipment Worker                       17.91
    23391 - Gunsmith I                                            15.44
    23392 - Gunsmith II                                           17.91
    23393 - Gunsmith III                                          20.45
    23410 - Heating Ventilation And Air-Conditioning              19.57
        Mechanic
    23411 - Heating Ventilation And Air Contidioning              20.74
        Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              19.87
    23440 - Heavy Equipment Operator                              17.52
    23460 - Instrument Mechanic                                   20.45
    23465 - Laboratory/Shelter Mechanic                           19.18
    23470 - Laborer                                               13.05***
    23510 - Locksmith                                             19.18
    23530 - Machinery Maintenance Mechanic                        21.83
    23550 - Machinist Maintenance                                 20.75
    23580 - Maintenance Trades Helper                             13.31***
    23591 - Metrology Technician I                                20.45
    23592 - Metrology Technician II                               21.68
    23593 - Metrology Technician III                              22.94
    23640 - Millwright                                            20.45
    23710 - Office Appliance Repairer                             17.95
    23760 - Painter Maintenance                                   17.27
    23790 - Pipefitter Maintenance                                23.13
    23810 - Plumber Maintenance                                   21.70
    23820 - Pneudraulic Systems Mechanic                          20.45
    23850 - Rigger                                                20.45
    23870 - Scale Mechanic                                        17.91
    23890 - Sheet-Metal Worker Maintenance                        20.85
    23910 - Small Engine Mechanic                                 17.91
    23931 - Telecommunications Mechanic I                         30.71
    23932 - Telecommunications Mechanic II                        32.55
    23950 - Telephone Lineman                                     20.45
    23960 - Welder Combination Maintenance                        17.46
    23965 - Well Driller                                          20.45
    23970 - Woodcraft Worker                                      20.45
    23980 - Woodworker                                            15.44
24000 - Personal Needs Occupations
    24550 - Case Manager                                          16.81
    24570 - Child Care Attendant                                  11.25***
    24580 - Child Care Center Clerk                               14.02***
    24610 - Chore Aide                                            11.37***
    24620 - Family Readiness And Support Services                 16.81
        Coordinator
    24630 - Homemaker                                             16.81
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        20.45
    25040 - Sewage Plant Operator                                23.64
    25070 - Stationary Engineer                                  20.45
    25190 - Ventilation Equipment Tender                      14.20***
    25210 - Water Treatment Plant Operator                       23.64
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        17.71
    27007 - Baggage Inspector                                 12.72***
    27008 - Corrections Officer                                  18.12
    27010 - Court Security Officer                               19.47
    27030 - Detection Dog Handler                             14.24***
    27040 - Detention Officer                                    18.12
    27070 - Firefighter                                          20.81
    27101 - Guard I                                           12.72***
    27102 - Guard II                                          14.24***
    27131 - Police Officer I                                     20.46
    27132 - Police Officer II                                    22.73
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       13.36***
    28042 - Carnival Equipment Repairer                       14.53***
    28043 - Carnival Worker                                    9.76***
    28210 - Gate Attendant/Gate Tender                           15.60
    28310 - Lifeguard                                         13.09***
    28350 - Park Attendant (Aide)                                17.45
    28510 - Recreation Aide/Health Facility Attendant         12.73***
    28515 - Recreation Specialist                                21.62
    28630 - Sports Official                                   13.89***
    28690 - Swimming Pool Operator                               16.86
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   17.91
    29020 - Hatch Tender                                         17.91
    29030 - Line Handler                                         17.91
    29041 - Stevedore I                                          16.69
    29042 - Stevedore II                                         19.18
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)    40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)    27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.59
    30021 - Archeological Technician I                           17.96
    30022 - Archeological Technician II                          20.09
    30023 - Archeological Technician III                         24.88
    30030 - Cartographic Technician                              24.88
    30040 - Civil Engineering Technician                         25.93
    30051 - Cryogenic Technician I                               27.55
    30052 - Cryogenic Technician II                              30.43
    30061 - Drafter/CAD Operator I                               17.96
    30062 - Drafter/CAD Operator II                              20.09
    30063 - Drafter/CAD Operator III                             22.39
    30064 - Drafter/CAD Operator IV                              27.55
    30081 - Engineering Technician I                             15.27
    30082 - Engineering Technician II                            17.14
    30083 - Engineering Technician III                           19.17
    30084 - Engineering Technician IV                            23.75
    30085 - Engineering Technician V                             29.05
    30086 - Engineering Technician VI                            35.15
    30090 - Environmental Technician                             23.96
    30095 - Evidence Control Specialist                          24.88
    30210 - Laboratory Technician                                21.57
    30221 - Latent Fingerprint Technician I                      27.55
    30222 - Latent Fingerprint Technician II                     30.43
    30240 - Mathematical Technician                              26.36
    30361 - Paralegal/Legal Assistant I                          19.67
    30362 - Paralegal/Legal Assistant II                         24.36
    30363 - Paralegal/Legal Assistant III                        29.80
```

```
30364 - Paralegal/Legal Assistant IV                          36.06
30375 - Petroleum Supply Specialist                           30.43
30390 - Photo-Optics Technician                               24.88
30395 - Radiation Control Technician                          30.43
30461 - Technical Writer I                                    24.85
30462 - Technical Writer II                                   30.40
30463 - Technical Writer III                                  36.78
30491 - Unexploded Ordnance (UXO) Technician I                25.60
30492 - Unexploded Ordnance (UXO) Technician II               30.98
30493 - Unexploded Ordnance (UXO) Technician III              37.13
30494 - Unexploded (UXO) Safety Escort                        25.60
30495 - Unexploded (UXO) Sweep Personnel                      25.60
30501 - Weather Forecaster I                                  27.55
30502 - Weather Forecaster II                                 33.52
30620 - Weather Observer Combined Upper Air Or    (see 2)     22.39
Surface Programs
30621 - Weather Observer Senior               (see 2)         24.88
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        30.98
31020 - Bus Aide                                              11.76***
31030 - Bus Driver                                            16.62
31043 - Driver Courier                                        14.14***
31260 - Parking and Lot Attendant                             10.66***
31290 - Shuttle Bus Driver                                    15.37
31310 - Taxi Driver                                           14.52***
31361 - Truckdriver Light                                     15.37
31362 - Truckdriver Medium                                    16.62
31363 - Truckdriver Heavy                                     19.29
31364 - Truckdriver Tractor-Trailer                           19.29
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               15.10
99030 - Cashier                                               10.92***
99050 - Desk Clerk                                            11.81***
99095 - Embalmer                                              25.60
99130 - Flight Follower                                       25.60
99251 - Laboratory Animal Caretaker I                         11.22***
99252 - Laboratory Animal Caretaker II                        11.77***
99260 - Marketing Analyst                                     27.64
99310 - Mortician                                             25.60
99410 - Pest Controller                                       17.64
99510 - Photofinishing Worker                                 13.45***
99710 - Recycling Laborer                                     19.81
99711 - Recycling Specialist                                  25.36
99730 - Refuse Collector                                      18.52
99810 - Sales Clerk                                           12.28***
99820 - School Crossing Guard                                 14.42***
99830 - Survey Party Chief                                    22.52
99831 - Surveying Aide                                        13.99***
99832 - Surveying Technician                                  19.17
99840 - Vending Machine Attendant                             17.73
99841 - Vending Machine Repairer                              22.37
99842 - Vending Machine Repairer Helper                       17.73
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

    (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
     "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor     |       WAGE AND HOUR DIVISION
                                             |        WASHINGTON D.C.  20210
                                             |
                                             |
                                             |
                                             | Wage Determination No.: 2015-4539
  Daniel W. Simms        Division of         |       Revision No.: 17
  Director          Wage Determinations|     Date Of Last Revision: 03/15/2022
                                             |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order |
|after January 30 2022 or the           |14026 applies to the contract.          |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |

|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29  |13658 applies to the contract.          |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Baker Clay Duval Nassau Saint Johns

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.24 |
| 01012 - Accounting Clerk II | | 17.12 |
| 01013 - Accounting Clerk III | | 19.14 |
| 01020 - Administrative Assistant | | 24.54 |
| 01035 - Court Reporter | | 17.30 |
| 01041 - Customer Service Representative I | | 14.05*** |
| 01042 - Customer Service Representative II | | 15.33 |
| 01043 - Customer Service Representative III | | 17.21 |
| 01051 - Data Entry Operator I | | 14.49*** |
| 01052 - Data Entry Operator II | | 15.81 |
| 01060 - Dispatcher Motor Vehicle | | 18.99 |
| 01070 - Document Preparation Clerk | | 15.13 |
| 01090 - Duplicating Machine Operator | | 15.13 |
| 01111 - General Clerk I | | 12.87*** |
| 01112 - General Clerk II | | 14.04*** |
| 01113 - General Clerk III | | 18.09 |

```
01120 - Housing Referral Assistant                    20.83
01141 - Messenger Courier                             13.82***
01191   Order Clerk I                                 14.26***
01192 - Order Clerk II                                15.55
01261 - Personnel Assistant (Employment) I            15.99
01262 - Personnel Assistant (Employment) II           17.89
01263   Personnel Assistant (Employment) III          19.94
01270 - Production Control Clerk                       22.72
01290 - Rental Clerk                                  14.30***
01300 - Scheduler Maintenance                          16.70
01311   Secretary I                                    16.70
01312 - Secretary II                                   18.69
01313 - Secretary III                                  20.83
01320 - Service Order Dispatcher                       16.98
01410   Supply Technician                              24.54
01420 - Survey Worker                                  15.64
01460 - Switchboard Operator/Receptionist             14.36***
01531 - Travel Clerk I                                14.20***
01532   Travel Clerk II                                15.42
01533 - Travel Clerk III                               16.58
01611 - Word Processor I                              13.73***
01612 - Word Processor II                              15.42
01613   Word Processor III                             17.25
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass            18.96
05010 - Automotive  Electrician                        18.84
05040   Automotive Glass Installer                     17.59
05070 - Automotive Worker                              17.59
05110 - Mobile Equipment Servicer                      15.16
05130 - Motor Equipment Metal Mechanic                 20.08
05160   Motor Equipment Metal Worker                   17.59
05190 - Motor Vehicle Mechanic                         20.08
05220 - Motor Vehicle Mechanic Helper                 13.94***
05250 - Motor Vehicle Upholstery Worker                16.38
05280   Motor Vehicle Wrecker                          17.59
05310 - Painter Automotive                             18.84
05340 - Radiator Repair Specialist                     17.59
05370 - Tire Repairer                                 13.37***
05400   Transmission Repair Specialist                 20.08
07000 - Food Preparation And Service Occupations
07010 - Baker                                         14.05***
07041 - Cook I                                        12.83***
07042   Cook II                                       14.89***
07070 - Dishwasher                                    10.47***
07130 - Food Service Worker                           11.75***
07210 - Meat Cutter                                    18.13
07260   Waiter/Waitress                               10.89***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                    18.75
09040 - Furniture Handler                             10.93***
09080   Furniture Refinisher                           17.97
09090 - Furniture Refinisher Helper                   13.29***
09110 - Furniture Repairer Minor                       15.63
09130 - Upholsterer                                    20.22
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              13.44***
11060 - Elevator Operator                             12.49***
11090 - Gardener                                       18.92
11122   Housekeeping Aide                             11.35***
11150 - Janitor                                       11.35***
11210 - Laborer Grounds Maintenance                   14.31***
11240 - Maid or Houseman                              11.43***
11260   Pruner                                        12.71***
11270 - Tractor Operator                               17.40
11330 - Trail Maintenance Worker                      14.31***
```

```
     11360 - Window Cleaner                                      12.78***
   12000 - Health Occupations
     12010   Ambulance Driver                                    15.80
     12011 - Breath Alcohol Technician                           19.93
     12012 - Certified Occupational Therapist Assistant          30.97
     12015 - Certified Physical Therapist Assistant              29.71
     12020   Dental Assistant                                    19.93
     12025 - Dental Hygienist                                    33.12
     12030 - EKG Technician                                      24.46
     12035 - Electroneurodiagnostic Technologist                 24.46
     12040   Emergency Medical Technician                        15.80
     12071 - Licensed Practical Nurse I                          17.82
     12072 - Licensed Practical Nurse II                         19.93
     12073 - Licensed Practical Nurse III                        22.21
     12100   Medical Assistant                                   16.52
     12130 - Medical Laboratory Technician                       25.20
     12160 - Medical Record Clerk                                16.12
     12190 - Medical Record Technician                           18.03
     12195   Medical Transcriptionist                            18.14
     12210 - Nuclear Medicine Technologist                       36.99
     12221 - Nursing Assistant I                                 11.70***
     12222 - Nursing Assistant II                                13.15***
     12223   Nursing Assistant III                               14.35***
     12224 - Nursing Assistant IV                                16.12
     12235 - Optical Dispenser                                   20.08
     12236 - Optical Technician                                  16.87
     12250   Pharmacy Technician                                 16.58
     12280 - Phlebotomist                                        16.72
     12305 - Radiologic Technologist                             27.57
     12311 - Registered Nurse I                                  25.27
     12312   Registered Nurse II                                 30.91
     12313 - Registered Nurse II Specialist                      30.91
     12314 - Registered Nurse III                                37.41
     12315 - Registered Nurse III Anesthetist                    37.41
     12316   Registered Nurse IV                                 44.83
     12317 - Scheduler (Drug and Alcohol Testing)                24.69
     12320 - Substance Abuse Treatment Counselor                 20.97
   13000 - Information And Arts Occupations
     13011   Exhibits Specialist I                               21.09
     13012 - Exhibits Specialist II                              26.12
     13013 - Exhibits Specialist III                             31.95
     13041 - Illustrator I                                       19.57
     13042   Illustrator II                                      24.24
     13043 - Illustrator III                                     29.65
     13047 - Librarian                                           28.93
     13050 - Library Aide/Clerk                                  14.34***
     13054   Library Information Technology Systems              26.12
     Administrator
     13058 - Library Technician                                  19.57
     13061 - Media Specialist I                                  18.85
     13062   Media Specialist II                                 21.09
     13063 - Media Specialist III                                23.51
     13071 - Photographer I                                      14.92***
     13072 - Photographer II                                     17.18
     13073   Photographer III                                    20.68
     13074 - Photographer IV                                     25.30
     13075 - Photographer V                                      30.60
     13090 - Technical Order Library Clerk                       18.02
     13110   Video Teleconference Technician                     19.04
   14000 - Information Technology Occupations
     14041 - Computer Operator I                                 18.69
     14042 - Computer Operator II                                20.92
     14043   Computer Operator III                               23.33
     14044 - Computer Operator IV                                25.92
     14045 - Computer Operator V                                 28.70
```

```
14071 - Computer Programmer I                    (see 1)           24.20
14072 - Computer Programmer II                   (see 1)
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                              18.69
14160 - Personal Computer Support Technician                       25.92
14170 - System Support Specialist                                  31.52
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)         30.11
   15020 - Aircrew Training Devices Instructor (Rated)             36.43
   15030 - Air Crew Training Devices Instructor (Pilot)            43.57
   15050 - Computer Based Training Specialist / Instructor         28.54
   15060 - Educational Technologist                                30.86
   15070 - Flight Instructor (Pilot)                               43.57
   15080 - Graphic Artist                                          23.73
   15085 - Maintenance Test Pilot Fixed Jet/Prop                   41.93
   15086 - Maintenance Test Pilot Rotary Wing                      41.93
   15088 - Non-Maintenance Test/Co-Pilot                           41.93
   15090 - Technical Instructor                                    22.58
   15095 - Technical Instructor/Course Developer                   27.62
   15110 - Test Proctor                                            18.22
   15120 - Tutor                                                   18.22
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                            10.15***
   16030 - Counter Attendant                                    10.15***
   16040 - Dry Cleaner                                          12.95***
   16070 - Finisher Flatwork Machine                            10.15***
   16090 - Presser Hand                                         10.15***
   16110 - Presser Machine Drycleaning                          10.15***
   16130 - Presser Machine Shirts                               10.15***
   16160 - Presser Machine Wearing Apparel Laundry              10.15***
   16190 - Sewing Machine Operator                              13.81***
   16220 - Tailor                                               14.65***
   16250 - Washer Machine                                       11.05***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                       19.14
   19040 - Tool And Die Maker                                      24.13
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                       19.44
   21030 - Material Coordinator                                    22.72
   21040 - Material Expediter                                      22.72
   21050 - Material Handling Laborer                            13.92***
   21071 - Order Filler                                         13.74***
   21080 - Production Line Worker (Food Processing)                19.44
   21110 - Shipping Packer                                         16.59
   21130 - Shipping/Receiving Clerk                                16.59
   21140 - Store Worker I                                       11.28***
   21150 - Stock Clerk                                             16.14
   21210 - Tools And Parts Attendant                              19.44
   21410 - Warehouse Specialist                                    19.44
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                             29.83
   23019 - Aircraft Logs and Records Technician                    22.96
   23021 - Aircraft Mechanic I                                     28.14
   23022 - Aircraft Mechanic II                                    29.83
   23023 - Aircraft Mechanic III                                   31.57
   23040 - Aircraft Mechanic Helper                                19.53
   23050 - Aircraft Painter                                        26.40
   23060 - Aircraft Servicer                                       22.96
   23070 - Aircraft Survival Flight Equipment Technician           26.40
   23080 - Aircraft Worker                                         24.65
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic          24.65
```

```
         I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        28.14
         II
    23110 - Appliance Mechanic                                    18.66
    23120 - Bicycle Repairer                                      18.19
    23125 - Cable Splicer                                         31.20
    23130 - Carpenter Maintenance                                 18.86
    23140 - Carpet Layer                                          21.10
    23160 - Electrician Maintenance                               22.34
    23181 - Electronics Technician Maintenance I                  24.76
    23182 - Electronics Technician Maintenance II                 26.52
    23183 - Electronics Technician Maintenance III                28.27
    23260 - Fabric Worker                                         19.66
    23290 - Fire Alarm System Mechanic                            21.99
    23310 - Fire Extinguiser Repairer                             18.19
    23311 - Fuel Distribution System Mechanic                     25.36
    23312 - Fuel Distribution System Operator                     19.14
    23370 - General Maintenance Worker                            18.01
    23380 - Ground Support Equipment Mechanic                     28.14
    23381 - Ground Support Equipment Servicer                     22.96
    23382 - Ground Support Equipment Worker                       24.65
    23391 - Gunsmith I                                            18.19
    23392 - Gunsmith II                                           21.10
    23393 - Gunsmith III                                          24.09
    23410 - Heating Ventilation And Air-Conditioning              22.37
         Mechanic
    23411 - Heating Ventilation And Air Contidioning              23.71
         Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              24.48
    23440 - Heavy Equipment Operator                              20.02
    23460 - Instrument Mechanic                                   28.45
    23465 - Laboratory/Shelter Mechanic                           22.60
    23470 - Laborer                                            13.92***
    23510 - Locksmith                                             18.38
    23530 - Machinery Maintenance Mechanic                        26.63
    23550 - Machinist Maintenance                                 20.97
    23580 - Maintenance Trades Helper                             15.15
    23591 - Metrology Technician I                                28.45
    23592 - Metrology Technician II                               30.15
    23593 - Metrology Technician III                              31.91
    23640 - Millwright                                            27.80
    23710 - Office Appliance Repairer                             21.11
    23760 - Painter Maintenance                                   17.18
    23790 - Pipefitter Maintenance                                22.76
    23810 - Plumber Maintenance                                   21.36
    23820 - Pneudraulic Systems Mechanic                          24.09
    23850 - Rigger                                                26.81
    23870 - Scale Mechanic                                        21.10
    23890 - Sheet-Metal Worker Maintenance                        22.62
    23910 - Small Engine Mechanic                                 18.78
    23931 - Telecommunications Mechanic I                         31.23
    23932 - Telecommunications Mechanic II                        33.10
    23950 - Telephone Lineman                                     24.08
    23960 - Welder Combination Maintenance                        19.84
    23965 - Well Driller                                          22.02
    23970 - Woodcraft Worker                                      24.09
    23980 - Woodworker                                            18.19
 24000 - Personal Needs Occupations
    24550 - Case Manager                                          16.35
    24570 - Child Care Attendant                               11.79***
    24580 - Child Care Center Clerk                            14.71***
    24610 - Chore Aide                                         11.73***
    24620 - Family Readiness And Support Services                 16.35
         Coordinator
    24630 - Homemaker                                             19.49
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          30.03
    25040 - Sewage Plant Operator                                  30.33
    25070 - Stationary Engineer                                    30.03
    25190 - Ventilation Equipment Tender                           20.85
    25210 - Water Treatment Plant Operator                         30.33
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          18.73
    27007 - Baggage Inspector                                      11.86***
    27008 - Corrections Officer                                    21.68
    27010 - Court Security Officer                                 21.65
    27030 - Detection Dog Handler                                  13.68***
    27040 - Detention Officer                                      21.68
    27070 - Firefighter                                            21.11
    27101 - Guard I                                                11.86***
    27102 - Guard II                                               13.68***
    27131 - Police Officer I                                       25.20
    27132 - Police Officer II                                      28.00
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                            13.28***
    28042 - Carnival Equipment Repairer                            14.44***
    28043 - Carnival Worker                                         9.70***
    28210 - Gate Attendant/Gate Tender                             16.94
    28310 - Lifeguard                                              11.29***
    28350 - Park Attendant (Aide)                                  18.96
    28510 - Recreation Aide/Health Facility Attendant             13.84***
    28515 - Recreation Specialist                                  23.49
    28630 - Sports Official                                        15.09
    28690 - Swimming Pool Operator                                 16.76
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     25.96
    29020 - Hatch Tender                                           25.96
    29030 - Line Handler                                           25.96
    29041 - Stevedore I                                            24.19
    29042 - Stevedore II                                           27.81
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
    30021 - Archeological Technician I                             16.46
    30022 - Archeological Technician II                            18.41
    30023 - Archeological Technician III                           22.82
    30030 - Cartographic Technician                                22.82
    30040 - Civil Engineering Technician                           23.80
    30051 - Cryogenic Technician I                                 25.27
    30052 - Cryogenic Technician II                                27.92
    30061 - Drafter/CAD Operator I                                 16.46
    30062 - Drafter/CAD Operator II                                18.41
    30063 - Drafter/CAD Operator III                               20.54
    30064 - Drafter/CAD Operator IV                                25.27
    30081 - Engineering Technician I                               16.92
    30082 - Engineering Technician II                              19.00
    30083 - Engineering Technician III                             21.25
    30084 - Engineering Technician IV                              26.33
    30085 - Engineering Technician V                               32.20
    30086 - Engineering Technician VI                              38.97
    30090 - Environmental Technician                               21.21
    30095 - Evidence Control Specialist                            21.84
    30210 - Laboratory Technician                                  27.09
    30221 - Latent Fingerprint Technician I                        24.74
    30222 - Latent Fingerprint Technician II                       27.33
    30240 - Mathematical Technician                                26.84
    30361 - Paralegal/Legal Assistant I                            19.14
    30362 - Paralegal/Legal Assistant II                           23.70
    30363 - Paralegal/Legal Assistant III                          28.99
```

```
30364 - Paralegal/Legal Assistant IV                            35.08
30375 - Petroleum Supply Specialist                             26.72
30390 - Photo-Optics Technician                                 22.82
30395 - Radiation Control Technician                            26.72
30461 - Technical Writer I                                      25.35
30462 - Technical Writer II                                     31.02
30463 - Technical Writer III                                    37.53
30491 - Unexploded Ordnance (UXO) Technician I                  25.60
30492 - Unexploded Ordnance (UXO) Technician II                 30.98
30493 - Unexploded Ordnance (UXO) Technician III                37.13
30494 - Unexploded (UXO) Safety Escort                          25.60
30495 - Unexploded (UXO) Sweep Personnel                        25.60
30501 - Weather Forecaster I                                    25.27
30502 - Weather Forecaster II                                   30.74
30620 - Weather Observer Combined Upper Air Or    (see 2)       20.54
Surface Programs
30621 - Weather Observer Senior                   (see 2)       22.82
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                          30.98
31020 - Bus Aide                                             13.82***
31030 - Bus Driver                                             18.11
31043 - Driver Courier                                         15.50
31260 - Parking and Lot Attendant                           11.10***
31290 - Shuttle Bus Driver                                     16.85
31310 - Taxi Driver                                         13.70***
31361 - Truckdriver Light                                      16.85
31362 - Truckdriver Medium                                     18.23
31363 - Truckdriver Heavy                                      20.44
31364 - Truckdriver Tractor-Trailer                            20.44
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                15.10
99030 - Cashier                                             10.81***
99050 - Desk Clerk                                          11.60***
99095 - Embalmer                                               27.83
99130 - Flight Follower                                        25.60
99251 - Laboratory Animal Caretaker I                       13.71***
99252 - Laboratory Animal Caretaker II                      14.89***
99260 - Marketing Analyst                                      28.38
99310 - Mortician                                              27.83
99410 - Pest Controller                                        17.42
99510 - Photofinishing Worker                               14.18***
99710 - Recycling Laborer                                      21.12
99711 - Recycling Specialist                                   25.68
99730 - Refuse Collector                                       18.76
99810 - Sales Clerk                                         12.62***
99820 - School Crossing Guard                               11.48***
99830 - Survey Party Chief                                     24.84
99831 - Surveying Aide                                      14.07***
99832 - Surveying Technician                                   19.28
99840 - Vending Machine Attendant                           11.62***
99841 - Vending Machine Repairer                            14.63***
99842 - Vending Machine Repairer Helper                     11.62***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
         "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |        WAGE AND HOUR DIVISION
                                        |        WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        | Wage Determination No.: 2015-4555
Daniel W. Simms         Division of     |       Revision No.: 16
Director          Wage Determinations|   Date Of Last Revision: 03/15/2022
                                        |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Brevard

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.56*** |
| 01012 - Accounting Clerk II | | 16.34 |
| 01013  Accounting Clerk III | | 18.43 |
| 01020 - Administrative Assistant | | 23.96 |
| 01035 - Court Reporter | | 18.78 |
| 01041 - Customer Service Representative I | | 12.47*** |
| 01042  Customer Service Representative II | | 14.03*** |
| 01043 - Customer Service Representative III | | 15.30 |
| 01051 - Data Entry Operator I | | 14.84*** |
| 01052 - Data Entry Operator II | | 16.19 |
| 01060  Dispatcher Motor Vehicle | | 17.03 |
| 01070 - Document Preparation Clerk | | 15.88 |
| 01090 - Duplicating Machine Operator | | 15.88 |
| 01111 - General Clerk I | | 13.46*** |
| 01112  General Clerk II | | 14.69*** |
| 01113 - General Clerk III | | 16.50 |

```
01120 - Housing Referral Assistant                         20.93
01141 - Messenger Courier                                  14.73***
01191   Order Clerk I                                      13.57***
01192 - Order Clerk II                                     14.81***
01261 - Personnel Assistant (Employment) I                 16.80
01262 - Personnel Assistant (Employment) II                18.78
01263   Personnel Assistant (Employment) III               20.93
01270 - Production Control Clerk                            21.82
01290 - Rental Clerk                                        13.59***
01300 - Scheduler Maintenance                              16.80
01311   Secretary I                                         16.80
01312 - Secretary II                                        18.78
01313 - Secretary III                                       20.93
01320 - Service Order Dispatcher                            15.22
01410   Supply Technician                                   23.96
01420 - Survey Worker                                       16.31
01460 - Switchboard Operator/Receptionist                  13.91***
01531 - Travel Clerk I                                      14.29***
01532   Travel Clerk II                                     15.40
01533 - Travel Clerk III                                    16.53
01611 - Word Processor I                                    14.95***
01612 - Word Processor II                                   16.80
01613   Word Processor III                                  18.78
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                23.65
05010 - Automotive  Electrician                             18.15
05040   Automotive Glass Installer                          17.17
05070 - Automotive Worker                                   17.17
05110 - Mobile Equipment Servicer                           15.50
05130 - Motor Equipment Metal Mechanic                      18.88
05160   Motor Equipment Metal Worker                        17.17
05190 - Motor Vehicle Mechanic                              18.80
05220 - Motor Vehicle Mechanic Helper                       14.58***
05250 - Motor Vehicle Upholstery Worker                     16.58
05280   Motor Vehicle Wrecker                               17.17
05310 - Painter Automotive                                  18.04
05340 - Radiator Repair Specialist                          17.17
05370 - Tire Repairer                                       14.53***
05400   Transmission Repair Specialist                      18.88
07000 - Food Preparation And Service Occupations
07010 - Baker                                               12.36***
07041 - Cook I                                              12.80***
07042   Cook II                                             14.73***
07070 - Dishwasher                                          10.18***
07130 - Food Service Worker                                 11.07***
07210 - Meat Cutter                                         17.35
07260   Waiter/Waitress                                     10.76***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         20.74
09040 - Furniture Handler                                   13.01***
09080   Furniture Refinisher                                18.39
09090 - Furniture Refinisher Helper                         13.94***
09110 - Furniture Repairer Minor                            16.18
09130   Upholsterer                                         18.39
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    12.15***
11060 - Elevator Operator                                   11.95***
11090 - Gardener                                            16.65
11122   Housekeeping Aide                                   11.95***
11150 - Janitor                                             11.95***
11210 - Laborer Grounds Maintenance                         13.02***
11240 - Maid or Houseman                                    11.56***
11260   Pruner                                              11.84***
11270 - Tractor Operator                                    15.44
11330 - Trail Maintenance Worker                            13.02***
```

```
   11360 - Window Cleaner                                    13.17***
12000 - Health Occupations
   12010   Ambulance Driver                                  22.72
   12011 - Breath Alcohol Technician                         19.10
   12012 - Certified Occupational Therapist Assistant        35.44
   12015 - Certified Physical Therapist Assistant            32.31
   12020   Dental Assistant                                  19.11
   12025 - Dental Hygienist                                  34.50
   12030 - EKG Technician                                    20.02
   12035 - Electroneurodiagnostic Technologist               20.02
   12040   Emergency Medical Technician                      22.72
   12071 - Licensed Practical Nurse I                        17.08
   12072 - Licensed Practical Nurse II                       19.10
   12073 - Licensed Practical Nurse III                      21.29
   12100   Medical Assistant                                 15.00
   12130 - Medical Laboratory Technician                     24.85
   12160 - Medical Record Clerk                              16.36
   12190 - Medical Record Technician                         18.29
   12195   Medical Transcriptionist                          17.43
   12210 - Nuclear Medicine Technologist                     35.15
   12221 - Nursing Assistant I                               11.76***
   12222 - Nursing Assistant II                              13.22***
   12223   Nursing Assistant III                             14.42***
   12224 - Nursing Assistant IV                              16.19
   12235 - Optical Dispenser                                 24.22
   12236 - Optical Technician                                18.41
   12250   Pharmacy Technician                               16.60
   12280 - Phlebotomist                                      16.07
   12305 - Radiologic Technologist                           27.80
   12311 - Registered Nurse I                                22.67
   12312   Registered Nurse II                               27.73
   12313 - Registered Nurse II Specialist                    27.73
   12314 - Registered Nurse III                              33.55
   12315 - Registered Nurse III Anesthetist                  33.55
   12316   Registered Nurse IV                               40.22
   12317 - Scheduler (Drug and Alcohol Testing)              27.59
   12320 - Substance Abuse Treatment Counselor               19.59
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                             17.52
   13012 - Exhibits Specialist II                            20.85
   13013 - Exhibits Specialist III                           25.49
   13041 - Illustrator I                                     16.82
   13042   Illustrator II                                    20.84
   13043 - Illustrator III                                   25.49
   13047 - Librarian                                         23.08
   13050 - Library Aide/Clerk                                13.23***
   13054   Library Information Technology Systems            20.85
   Administrator
   13058 - Library Technician                                17.68
   13061 - Media Specialist I                                15.05
   13062   Media Specialist II                               16.82
   13063 - Media Specialist III                              18.75
   13071 - Photographer I                                    16.54
   13072 - Photographer II                                   18.51
   13073   Photographer III                                  22.92
   13074 - Photographer IV                                   28.05
   13075 - Photographer V                                    33.55
   13090 - Technical Order Library Clerk                     16.62
   13110   Video Teleconference Technician                   15.74
14000 - Information Technology Occupations
   14041 - Computer Operator I                               16.35
   14042 - Computer Operator II                              18.30
   14043   Computer Operator III                             20.40
   14044 - Computer Operator IV                              22.66
   14045 - Computer Operator V                               25.10
```

```
14071 - Computer Programmer I                    (see 1)        23.18
14072 - Computer Programmer II                   (see 1)
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                           16.35
14160 - Personal Computer Support Technician                    22.66
14170 - System Support Specialist                               26.75
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)       29.98
  15020 - Aircrew Training Devices Instructor (Rated)           34.10
  15030 - Air Crew Training Devices Instructor (Pilot)          40.86
  15050 - Computer Based Training Specialist / Instructor       29.98
  15060 - Educational Technologist                              30.86
  15070 - Flight Instructor (Pilot)                             40.86
  15080 - Graphic Artist                                        20.58
  15085 - Maintenance Test Pilot Fixed Jet/Prop                 40.86
  15086 - Maintenance Test Pilot Rotary Wing                    40.86
  15088 - Non-Maintenance Test/Co-Pilot                         40.86
  15090 - Technical Instructor                                  23.85
  15095 - Technical Instructor/Course Developer                 29.16
  15110 - Test Proctor                                          19.25
  15120 - Tutor                                                 19.25
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                          10.02***
  16030 - Counter Attendant                                  10.02***
  16040 - Dry Cleaner                                        12.26***
  16070 - Finisher Flatwork Machine                          10.02***
  16090 - Presser Hand                                       10.02***
  16110 - Presser Machine Drycleaning                        10.02***
  16130 - Presser Machine Shirts                             10.02***
  16160 - Presser Machine Wearing Apparel Laundry            10.02***
  16190 - Sewing Machine Operator                            13.05***
  16220 - Tailor                                             13.89***
  16250 - Washer Machine                                     10.64***
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                     23.41
  19040 - Tool And Die Maker                                    28.92
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                     17.66
  21030 - Material Coordinator                                  21.82
  21040 - Material Expediter                                    21.82
  21050 - Material Handling Laborer                          13.48***
  21071 - Order Filler                                       12.88***
  21080 - Production Line Worker (Food Processing)              17.66
  21110 - Shipping Packer                                    14.81***
  21130 - Shipping/Receiving Clerk                           14.81***
  21140 - Store Worker I                                     13.62***
  21150 - Stock Clerk                                           18.22
  21210 - Tools And Parts Attendant                            17.66
  21410 - Warehouse Specialist                                 17.66
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                           29.88
  23019 - Aircraft Logs and Records Technician                  23.44
  23021 - Aircraft Mechanic I                                   28.27
  23022 - Aircraft Mechanic II                                  29.88
  23023 - Aircraft Mechanic III                                 31.48
  23040 - Aircraft Mechanic Helper                             20.19
  23050 - Aircraft Painter                                      26.63
  23060 - Aircraft Servicer                                     23.44
  23070 - Aircraft Survival Flight Equipment Technician         26.63
  23080 - Aircraft Worker                                       25.04
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic        25.04
```

```
                I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic          28.27
                II
    23110 - Appliance Mechanic                                      20.94
    23120 - Bicycle Repairer                                        17.11
    23125 - Cable Splicer                                           29.99
    23130 - Carpenter Maintenance                                   19.03
    23140 - Carpet Layer                                            19.69
    23160 - Electrician Maintenance                                 26.74
    23181 - Electronics Technician Maintenance I                    28.26
    23182 - Electronics Technician Maintenance II                   30.06
    23183 - Electronics Technician Maintenance III                  31.91
    23260 - Fabric Worker                                           18.42
    23290 - Fire Alarm System Mechanic                              19.24
    23310 - Fire Extinguisher Repairer                              17.11
    23311 - Fuel Distribution System Mechanic                       22.22
    23312 - Fuel Distribution System Operator                       17.11
    23370 - General Maintenance Worker                              17.61
    23380 - Ground Support Equipment Mechanic                       28.27
    23381 - Ground Support Equipment Servicer                       23.44
    23382 - Ground Support Equipment Worker                         25.04
    23391 - Gunsmith I                                              17.56
    23392 - Gunsmith II                                             20.20
    23393 - Gunsmith III                                            22.75
    23410 - Heating Ventilation And Air-Conditioning                21.12
Mechanic
    23411 - Heating Ventilation And Air Contidioning                22.33
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                                25.53
    23440 - Heavy Equipment Operator                                18.16
    23460 - Instrument Mechanic                                     22.22
    23465 - Laboratory/Shelter Mechanic                             20.94
    23470 - Laborer                                              13.48***
    23510 - Locksmith                                               20.94
    23530 - Machinery Maintenance Mechanic                          23.76
    23550 - Machinist Maintenance                                   20.27
    23580 - Maintenance Trades Helper                               15.53
    23591 - Metrology Technician I                                  22.22
    23592 - Metrology Technician II                                 23.50
    23593 - Metrology Technician III                                24.75
    23640 - Millwright                                              22.22
    23710 - Office Appliance Repairer                               18.22
    23760 - Painter Maintenance                                     18.46
    23790 - Pipefitter Maintenance                                  24.60
    23810 - Plumber Maintenance                                     23.18
    23820 - Pneudraulic Systems Mechanic                            22.22
    23850 - Rigger                                                  22.22
    23870 - Scale Mechanic                                          19.69
    23890 - Sheet-Metal Worker Maintenance                          23.00
    23910 - Small Engine Mechanic                                   17.41
    23931 - Telecommunications Mechanic I                           24.15
    23932 - Telecommunications Mechanic II                          25.23
    23950 - Telephone Lineman                                       22.22
    23960 - Welder Combination Maintenance                          18.80
    23965 - Well Driller                                            20.92
    23970 - Woodcraft Worker                                        22.22
    23980 - Woodworker                                              17.11
 24000 - Personal Needs Occupations
    24550 - Case Manager                                            18.09
    24570 - Child Care Attendant                                 11.62***
    24580 - Child Care Center Clerk                              14.48***
    24610 - Chore Aide                                           11.41***
    24620 - Family Readiness And Support Services                   18.09
Coordinator
    24630 - Homemaker                                              18.09
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                    22.22
    25040 - Sewage Plant Operator                            21.25
    25070 - Stationary Engineer                              22.22
    25190 - Ventilation Equipment Tender                     15.87
    25210 - Water Treatment Plant Operator                   21.25
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                    18.70
    27007 - Baggage Inspector                                15.03
    27008 - Corrections Officer                              21.02
    27010 - Court Security Officer                           21.02
    27030 - Detection Dog Handler                            18.80
    27040 - Detention Officer                                21.02
    27070 - Firefighter                                      21.14
    27101 - Guard I                                          15.03
    27102 - Guard II                                         18.80
    27131 - Police Officer I                                 21.36
    27132 - Police Officer II                                23.74
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                    13.12***
    28042 - Carnival Equipment Repairer                    13.99***
    28043 - Carnival Worker                                 9.93***
    28210 - Gate Attendant/Gate Tender                      16.78
    28310 - Lifeguard                                      12.08***
    28350 - Park Attendant (Aide)                           18.76
    28510 - Recreation Aide/Health Facility Attendant      13.69***
    28515 - Recreation Specialist                           23.25
    28630 - Sports Official                                14.94***
    28690 - Swimming Pool Operator                          16.11
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                              26.22
    29020 - Hatch Tender                                    26.22
    29030 - Line Handler                                    26.22
    29041 - Stevedore I                                     24.92
    29042 - Stevedore II                                    29.40
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.55
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.96
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.80
    30021 - Archeological Technician I                      16.17
    30022 - Archeological Technician II                     18.10
    30023 - Archeological Technician III                    22.42
    30030 - Cartographic Technician                         22.42
    30040 - Civil Engineering Technician                    26.73
    30051 - Cryogenic Technician I                          25.61
    30052 - Cryogenic Technician II                         28.29
    30061 - Drafter/CAD Operator I                          16.17
    30062 - Drafter/CAD Operator II                         18.10
    30063 - Drafter/CAD Operator III                        20.18
    30064 - Drafter/CAD Operator IV                         24.83
    30081 - Engineering Technician I                        16.33
    30082 - Engineering Technician II                       18.34
    30083 - Engineering Technician III                      20.51
    30084 - Engineering Technician IV                       25.41
    30085 - Engineering Technician V                        31.08
    30086 - Engineering Technician VI                       37.61
    30090 - Environmental Technician                        22.42
    30095 - Evidence Control Specialist                     23.12
    30210 - Laboratory Technician                           22.77
    30221 - Latent Fingerprint Technician I                 25.61
    30222 - Latent Fingerprint Technician II                28.29
    30240 - Mathematical Technician                         24.66
    30361 - Paralegal/Legal Assistant I                     20.56
    30362 - Paralegal/Legal Assistant II                    25.47
    30363 - Paralegal/Legal Assistant III                   31.16
```

```
30364 - Paralegal/Legal Assistant IV                        37.71
30375 - Petroleum Supply Specialist                         28.29
30390 - Photo-Optics Technician                             22.42
30395 - Radiation Control Technician                        28.29
30461 - Technical Writer I                                  23.53
30462 - Technical Writer II                                 28.79
30463 - Technical Writer III                                34.83
30491 - Unexploded Ordnance (UXO) Technician I              25.78
30492 - Unexploded Ordnance (UXO) Technician II             31.19
30493 - Unexploded Ordnance (UXO) Technician III            37.38
30494 - Unexploded (UXO) Safety Escort                      25.78
30495 - Unexploded (UXO) Sweep Personnel                    25.78
30501 - Weather Forecaster I                                25.61
30502 - Weather Forecaster II                               31.15
30620 - Weather Observer Combined Upper Air Or      (see 2) 20.18
Surface Programs
30621 - Weather Observer Senior                     (see 2) 22.42
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                      31.19
31020 - Bus Aide                                         12.73***
31030 - Bus Driver                                          17.53
31043 - Driver Courier                                      15.56
31260 - Parking and Lot Attendant                        11.35***
31290 - Shuttle Bus Driver                               14.96***
31310 - Taxi Driver                                      14.18***
31361 - Truckdriver Light                                   15.14
31362 - Truckdriver Medium                                  16.30
31363 - Truckdriver Heavy                                   20.60
31364 - Truckdriver Tractor-Trailer                         20.60
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                             15.20
99030 - Cashier                                          10.94***
99050 - Desk Clerk                                       12.03***
99095 - Embalmer                                            25.35
99130 - Flight Follower                                     25.78
99251 - Laboratory Animal Caretaker I                    13.98***
99252 - Laboratory Animal Caretaker II                      15.07
99260 - Marketing Analyst                                   28.42
99310 - Mortician                                           25.35
99410 - Pest Controller                                     17.18
99510 - Photofinishing Worker                            13.54***
99710 - Recycling Laborer                                   20.21
99711 - Recycling Specialist                                23.98
99730 - Refuse Collector                                    18.37
99810 - Sales Clerk                                      12.17***
99820 - School Crossing Guard                            12.19***
99830 - Survey Party Chief                                  23.73
99831 - Surveying Aide                                      15.72
99832 - Surveying Technician                                21.57
99840 - Vending Machine Attendant                           19.81
99841 - Vending Machine Repairer                            24.58
99842 - Vending Machine Repairer Helper                     19.81
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.


Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
    THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |       WAGE AND HOUR DIVISION
                                        |         WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        | Wage Determination No.: 2015-4535
Daniel W. Simms        Division of      |      Revision No.: 21
Director         Wage Determinations|   Date Of Last Revision: 03/15/2022
                                        |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Broward

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.84 |
| 01012 - Accounting Clerk II | | 17.79 |
| 01013  Accounting Clerk III | | 19.89 |
| 01020 - Administrative Assistant | | 28.29 |
| 01035 - Court Reporter | | 19.31 |
| 01041 - Customer Service Representative I | | 13.15*** |
| 01042  Customer Service Representative II | | 14.56*** |
| 01043 - Customer Service Representative III | | 16.12 |
| 01051 - Data Entry Operator I | | 14.37*** |
| 01052 - Data Entry Operator II | | 15.68 |
| 01060  Dispatcher Motor Vehicle | | 17.21 |
| 01070 - Document Preparation Clerk | | 14.77*** |
| 01090 - Duplicating Machine Operator | | 14.77*** |
| 01111 - General Clerk I | | 14.69*** |
| 01112  General Clerk II | | 16.03 |
| 01113 - General Clerk III | | 18.01 |

```
01120 - Housing Referral Assistant                           21.52
01141 - Messenger Courier                                    14.85***
01191   Order Clerk I                                        15.11
01192 - Order Clerk II                                       16.49
01261 - Personnel Assistant (Employment) I                   17.43
01262 - Personnel Assistant (Employment) II                  19.49
01263   Personnel Assistant (Employment) III                 21.72
01270 - Production Control Clerk                              20.75
01290 - Rental Clerk                                          14.93***
01300 - Scheduler Maintenance                                17.27
01311   Secretary I                                          17.27
01312 - Secretary II                                         19.31
01313 - Secretary III                                        21.52
01320 - Service Order Dispatcher                             15.39
01410   Supply Technician                                    28.29
01420 - Survey Worker                                        20.30
01460 - Switchboard Operator/Receptionist                    14.49***
01531 - Travel Clerk I                                       16.67
01532   Travel Clerk II                                      18.12
01533 - Travel Clerk III                                     19.41
01611 - Word Processor I                                     15.20
01612 - Word Processor II                                    17.06
01613   Word Processor III                                   19.08
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                  21.45
05010 - Automotive  Electrician                              19.13
05040   Automotive Glass Installer                           17.86
05070 - Automotive Worker                                    17.86
05110 - Mobile Equipment Servicer                            15.10
05130 - Motor Equipment Metal Mechanic                       20.40
05160   Motor Equipment Metal Worker                         17.86
05190 - Motor Vehicle Mechanic                               20.40
05220 - Motor Vehicle Mechanic Helper                        13.71***
05250 - Motor Vehicle Upholstery Worker                      16.52
05280   Motor Vehicle Wrecker                                17.86
05310 - Painter Automotive                                   19.13
05340 - Radiator Repair Specialist                           17.86
05370 - Tire Repairer                                        15.15
05400   Transmission Repair Specialist                       20.40
07000 - Food Preparation And Service Occupations
07010 - Baker                                                14.25***
07041 - Cook I                                               14.20***
07042   Cook II                                              16.81
07070 - Dishwasher                                           11.20***
07130 - Food Service Worker                                  12.87***
07210 - Meat Cutter                                          16.63
07260   Waiter/Waitress                                       9.85***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                          18.05
09040 - Furniture Handler                                     9.80***
09080   Furniture Refinisher                                 16.48
09090 - Furniture Refinisher Helper                          11.83***
09110 - Furniture Repairer Minor                             14.27***
09130 - Upholsterer                                          18.77
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                     12.17***
11060 - Elevator Operator                                    11.64***
11090 - Gardener                                             19.91
11122   Housekeeping Aide                                    11.64***
11150 - Janitor                                              11.64***
11210 - Laborer Grounds Maintenance                          14.33***
11240 - Maid or Houseman                                     11.42***
11260   Pruner                                               12.48***
11270 - Tractor Operator                                     18.07
11330 - Trail Maintenance Worker                             14.33***
```

```
       11360 - Window Cleaner                               13.36***
   12000 - Health Occupations
       12010   Ambulance Driver                             16.87
       12011 - Breath Alcohol Technician                    20.79
       12012 - Certified Occupational Therapist Assistant   32.71
       12015 - Certified Physical Therapist Assistant       29.49
       12020   Dental Assistant                             19.65
       12025 - Dental Hygienist                             35.10
       12030 - EKG Technician                               24.21
       12035 - Electroneurodiagnostic Technologist          24.21
       12040   Emergency Medical Technician                 16.87
       12071 - Licensed Practical Nurse I                   18.59
       12072 - Licensed Practical Nurse II                  20.79
       12073 - Licensed Practical Nurse III                 23.17
       12100   Medical Assistant                            17.50
       12130 - Medical Laboratory Technician                25.82
       12160 - Medical Record Clerk                         17.77
       12190 - Medical Record Technician                    20.52
       12195   Medical Transcriptionist                     18.61
       12210 - Nuclear Medicine Technologist                37.64
       12221 - Nursing Assistant I                          12.08***
       12222 - Nursing Assistant II                         13.57***
       12223   Nursing Assistant III                        14.82***
       12224 - Nursing Assistant IV                         16.64
       12235 - Optical Dispenser                            19.33
       12236 - Optical Technician                           15.24
       12250   Pharmacy Technician                          17.05
       12280 - Phlebotomist                                 16.04
       12305 - Radiologic Technologist                      28.53
       12311 - Registered Nurse I                           26.32
       12312   Registered Nurse II                          29.80
       12313 - Registered Nurse II Specialist               29.80
       12314 - Registered Nurse III                         36.04
       12315 - Registered Nurse III Anesthetist             36.04
       12316   Registered Nurse IV                          43.22
       12317 - Scheduler (Drug and Alcohol Testing)         25.76
       12320 - Substance Abuse Treatment Counselor          24.02
   13000 - Information And Arts Occupations
       13011   Exhibits Specialist I                        21.30
       13012 - Exhibits Specialist II                       26.39
       13013 - Exhibits Specialist III                      32.28
       13041 - Illustrator I                                20.78
       13042   Illustrator II                               25.74
       13043 - Illustrator III                              31.48
       13047 - Librarian                                    30.39
       13050 - Library Aide/Clerk                           13.41***
       13054   Library Information Technology Systems        26.99
       Administrator
       13058 - Library Technician                           19.27
       13061 - Media Specialist I                           18.57
       13062   Media Specialist II                          20.78
       13063 - Media Specialist III                         23.16
       13071 - Photographer I                               16.89
       13072 - Photographer II                              18.89
       13073   Photographer III                             23.40
       13074 - Photographer IV                              28.63
       13075 - Photographer V                               34.63
       13090 - Technical Order Library Clerk                16.85
       13110   Video Teleconference Technician              21.33
   14000 - Information Technology Occupations
       14041 - Computer Operator I                          18.05
       14042 - Computer Operator II                         20.20
       14043   Computer Operator III                        22.52
       14044 - Computer Operator IV                         25.03
       14045 - Computer Operator V                          27.71
```

```
14071 - Computer Programmer I             (see 1)        22.63
14072 - Computer Programmer II            (see 1)
14073 - Computer Programmer III           (see 1)
14074 - Computer Programmer IV            (see 1)
14101 - Computer Systems Analyst I        (see 1)
14102 - Computer Systems Analyst II       (see 1)
14103 - Computer Systems Analyst III      (see 1)
14150 - Peripheral Equipment Operator                    18.05
14160 - Personal Computer Support Technician             25.03
14170 - System Support Specialist                        28.42
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)  31.48
15020 - Aircrew Training Devices Instructor (Rated)      38.08
15030 - Air Crew Training Devices Instructor (Pilot)     41.70
15050 - Computer Based Training Specialist / Instructor  31.48
15060 - Educational Technologist                         29.68
15070 - Flight Instructor (Pilot)                        41.70
15080 - Graphic Artist                                   24.26
15085 - Maintenance Test Pilot Fixed Jet/Prop            40.05
15086 - Maintenance Test Pilot Rotary Wing               40.05
15088 - Non-Maintenance Test/Co-Pilot                    40.05
15090 - Technical Instructor                             24.76
15095 - Technical Instructor/Course Developer            30.28
15110 - Test Proctor                                     19.99
15120 - Tutor                                            19.99
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                        10.50***
16030 - Counter Attendant                                10.50***
16040 - Dry Cleaner                                      13.05***
16070 - Finisher Flatwork Machine                        10.50***
16090 - Presser Hand                                     10.50***
16110 - Presser Machine Drycleaning                      10.50***
16130 - Presser Machine Shirts                           10.50***
16160 - Presser Machine Wearing Apparel Laundry          10.50***
16190 - Sewing Machine Operator                          13.88***
16220 - Tailor                                           14.72***
16250 - Washer Machine                                   11.36***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                19.65
19040 - Tool And Die Maker                               24.98
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                17.31
21030 - Material Coordinator                             20.75
21040 - Material Expediter                               20.75
21050 - Material Handling Laborer                        14.33***
21071 - Order Filler                                     13.04***
21080 - Production Line Worker (Food Processing)         17.31
21110 - Shipping Packer                                  15.19
21130 - Shipping/Receiving Clerk                         15.19
21140 - Store Worker I                                   10.76***
21150 - Stock Clerk                                      16.44
21210 - Tools And Parts Attendant                        17.31
21410 - Warehouse Specialist                             17.31
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                      36.00
23019 - Aircraft Logs and Records Technician             27.39
23021 - Aircraft Mechanic I                              33.83
23022 - Aircraft Mechanic II                             36.00
23023 - Aircraft Mechanic III                            38.14
23040 - Aircraft Mechanic Helper                         22.74
23050 - Aircraft Painter                                 31.72
23060 - Aircraft Servicer                                27.39
23070 - Aircraft Survival Flight Equipment Technician    31.72
23080 - Aircraft Worker                                  29.61
23091 - Aircrew Life Support Equipment (ALSE) Mechanic   29.61
```

```
        I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic              33.83
        II
  23110 - Appliance Mechanic                                         20.87
  23120 - Bicycle Repairer                                           15.44
  23125 - Cable Splicer                                              26.56
  23130 - Carpenter Maintenance                                      20.40
  23140 - Carpet Layer                                               20.01
  23160 - Electrician Maintenance                                    21.98
  23181 - Electronics Technician Maintenance I                       24.51
  23182 - Electronics Technician Maintenance II                      26.58
  23183 - Electronics Technician Maintenance III                     29.81
  23260 - Fabric Worker                                              17.63
  23290 - Fire Alarm System Mechanic                                 22.16
  23310 - Fire Extinguiser Repairer                                  16.92
  23311 - Fuel Distribution System Mechanic                          22.92
  23312 - Fuel Distribution System Operator                          16.97
  23370 - General Maintenance Worker                                 17.47
  23380 - Ground Support Equipment Mechanic                          33.83
  23381 - Ground Support Equipment Servicer                          27.39
  23382 - Ground Support Equipment Worker                            29.61
  23391 - Gunsmith I                                                 16.92
  23392 - Gunsmith II                                                20.00
  23393 - Gunsmith III                                               22.85
  23410 - Heating Ventilation And Air-Conditioning                   21.18
Mechanic
  23411 - Heating Ventilation And Air Contidioning                   22.54
Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                                   24.94
  23440 - Heavy Equipment Operator                                   21.73
  23460 - Instrument Mechanic                                        22.85
  23465 - Laboratory/Shelter Mechanic                                21.43
  23470 - Laborer                                                 14.33***
  23510 - Locksmith                                                  23.19
  23530 - Machinery Maintenance Mechanic                             22.98
  23550 - Machinist Maintenance                                      21.89
  23580 - Maintenance Trades Helper                               14.87***
  23591 - Metrology Technician I                                     22.85
  23592 - Metrology Technician II                                    24.32
  23593 - Metrology Technician III                                   25.76
  23640 - Millwright                                                 21.19
  23710 - Office Appliance Repairer                                  19.50
  23760 - Painter Maintenance                                        17.51
  23790 - Pipefitter Maintenance                                     23.94
  23810 - Plumber Maintenance                                        22.45
  23820 - Pneudraulic Systems Mechanic                               22.85
  23850 - Rigger                                                     24.18
  23870 - Scale Mechanic                                             20.00
  23890 - Sheet-Metal Worker Maintenance                             21.23
  23910 - Small Engine Mechanic                                      20.50
  23931 - Telecommunications Mechanic I                              30.36
  23932 - Telecommunications Mechanic II                             32.31
  23950 - Telephone Lineman                                          21.57
  23960 - Welder Combination Maintenance                             19.32
  23965 - Well Driller                                               23.23
  23970 - Woodcraft Worker                                           22.85
  23980 - Woodworker                                                 16.92
24000 - Personal Needs Occupations
  24550 - Case Manager                                               17.89
  24570 - Child Care Attendant                                    11.53***
  24580 - Child Care Center Clerk                                    15.33
  24610 - Chore Aide                                              11.57***
  24620 - Family Readiness And Support Services                      17.89
Coordinator
  24630 - Homemaker                                                  17.89
```

```
25000 - Plant And System Operations Occupations
  25010 - Boiler Tender                                          28.05
  25040 - Sewage Plant Operator                                  24.77
  25070 - Stationary Engineer                                    28.05
  25190 - Ventilation Equipment Tender                           18.86
  25210 - Water Treatment Plant Operator                         24.77
27000 - Protective Service Occupations
  27004 - Alarm Monitor                                          26.57
  27007 - Baggage Inspector                                   12.47***
  27008 - Corrections Officer                                    33.02
  27010 - Court Security Officer                                 32.52
  27030 - Detection Dog Handler                                  18.11
  27040 - Detention Officer                                      33.02
  27070 - Firefighter                                            33.91
  27101 - Guard I                                             12.47***
  27102 - Guard II                                               18.11
  27131 - Police Officer I                                       33.00
  27132 - Police Officer II                                      36.67
28000 - Recreation Occupations
  28041 - Carnival Equipment Operator                            15.65
  28042 - Carnival Equipment Repairer                            17.24
  28043 - Carnival Worker                                     10.81***
  28210 - Gate Attendant/Gate Tender                             16.93
  28310 - Lifeguard                                              16.05
  28350 - Park Attendant (Aide)                                  18.93
  28510 - Recreation Aide/Health Facility Attendant           13.81***
  28515 - Recreation Specialist                                  23.45
  28630 - Sports Official                                        15.07
  28690 - Swimming Pool Operator                                 20.39
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                     30.51
  29020 - Hatch Tender                                           30.51
  29030 - Line Handler                                           30.51
  29041 - Stevedore I                                            28.23
  29042 - Stevedore II                                           32.69
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist Center (HFO)    (see 2)    42.91
  30011 - Air Traffic Control Specialist Station (HFO)   (see 2)    29.59
  30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    32.58
  30021 - Archeological Technician I                             19.73
  30022 - Archeological Technician II                            22.06
  30023 - Archeological Technician III                           27.33
  30030 - Cartographic Technician                                27.33
  30040 - Civil Engineering Technician                           25.11
  30051 - Cryogenic Technician I                                 29.66
  30052 - Cryogenic Technician II                                32.77
  30061 - Drafter/CAD Operator I                                 19.73
  30062 - Drafter/CAD Operator II                                22.06
  30063 - Drafter/CAD Operator III                               24.59
  30064 - Drafter/CAD Operator IV                                30.27
  30081 - Engineering Technician I                               18.79
  30082 - Engineering Technician II                              21.92
  30083 - Engineering Technician III                             24.53
  30084 - Engineering Technician IV                              29.22
  30085 - Engineering Technician V                               35.73
  30086 - Engineering Technician VI                              41.29
  30090 - Environmental Technician                               22.97
  30095 - Evidence Control Specialist                            26.46
  30210 - Laboratory Technician                                  22.08
  30221 - Latent Fingerprint Technician I                        27.03
  30222 - Latent Fingerprint Technician II                       29.86
  30240 - Mathematical Technician                                28.45
  30361 - Paralegal/Legal Assistant I                            21.78
  30362 - Paralegal/Legal Assistant II                           26.97
  30363 - Paralegal/Legal Assistant III                          32.99
```

```
    30364 - Paralegal/Legal Assistant IV                        39.92
    30375 - Petroleum Supply Specialist                         32.35
    30390 - Photo-Optics Technician                             27.33
    30395 - Radiation Control Technician                        32.35
    30461 - Technical Writer I                                  25.84
    30462 - Technical Writer II                                 31.61
    30463 - Technical Writer III                                38.25
    30491 - Unexploded Ordnance (UXO) Technician I              27.27
    30492 - Unexploded Ordnance (UXO) Technician II             33.00
    30493 - Unexploded Ordnance (UXO) Technician III            39.55
    30494 - Unexploded (UXO) Safety Escort                      27.27
    30495 - Unexploded (UXO) Sweep Personnel                    27.27
    30501 - Weather Forecaster I                                29.66
    30502 - Weather Forecaster II                               35.64
    30620 - Weather Observer Combined Upper Air Or    (see 2)   24.59
    Surface Programs
    30621 - Weather Observer Senior                   (see 2)   27.33
31000 - Transportation/Mobile Equipment Operation Occupations
    31010 - Airplane Pilot                                      33.00
    31020 - Bus Aide                                          12.85***
    31030 - Bus Driver                                          19.52
    31043 - Driver Courier                                    14.92***
    31260 - Parking and Lot Attendant                         11.10***
    31290 - Shuttle Bus Driver                                  16.45
    31310 - Taxi Driver                                       13.27***
    31361 - Truckdriver Light                                   16.45
    31362 - Truckdriver Medium                                  17.99
    31363 - Truckdriver Heavy                                   19.54
    31364 - Truckdriver Tractor-Trailer                         19.54
99000 - Miscellaneous Occupations
    99020 - Cabin Safety Specialist                             16.09
    99030 - Cashier                                           10.87***
    99050 - Desk Clerk                                        12.81***
    99095 - Embalmer                                            24.75
    99130 - Flight Follower                                     27.27
    99251 - Laboratory Animal Caretaker I                     14.27***
    99252 - Laboratory Animal Caretaker II                      15.72
    99260 - Marketing Analyst                                   29.71
    99310 - Mortician                                           27.23
    99410 - Pest Controller                                     17.33
    99510 - Photofinishing Worker                             14.81***
    99710 - Recycling Laborer                                   23.99
    99711 - Recycling Specialist                                30.26
    99730 - Refuse Collector                                    20.90
    99810 - Sales Clerk                                       12.58***
    99820 - School Crossing Guard                             13.59***
    99830 - Survey Party Chief                                  21.79
    99831 - Surveying Aide                                    13.16***
    99832 - Surveying Technician                                19.86
    99840 - Vending Machine Attendant                         11.98***
    99841 - Vending Machine Repairer                            15.62
    99842 - Vending Machine Repairer Helper                   11.98***
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
              THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor        |       WAGE AND HOUR DIVISION
                                                  |       WASHINGTON D.C.  20210
                                                  |
                                                  |
                                                  |
                                                  | Wage Determination No.: 2015-4561
    Daniel W. Simms          Division of          |       Revision No.: 19
    Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                  |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Escambia Santa Rosa

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                                    FOOTNOTE         RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                          14.31***
    01012 - Accounting Clerk II                                         16.07
    01013   Accounting Clerk III                                        17.97
    01020 - Administrative Assistant                                    20.01
    01035 - Court Reporter                                              17.80
    01041 - Customer Service Representative I                           12.02***
    01042   Customer Service Representative II                          13.47***
    01043 - Customer Service Representative III                         14.74***
    01051 - Data Entry Operator I                                       14.78***
    01052 - Data Entry Operator II                                      16.13
    01060   Dispatcher Motor Vehicle                                    19.69
    01070 - Document Preparation Clerk                                  14.49***
    01090 - Duplicating Machine Operator                               14.49***
    01111 - General Clerk I                                             12.96***
    01112   General Clerk II                                            14.14***
    01113 - General Clerk III                                           15.88
```

```
01120 - Housing Referral Assistant                           19.84
01141 - Messenger Courier                                    11.49***
01191   Order Clerk I                                        15.21
01192 - Order Clerk II                                       16.59
01261 - Personnel Assistant (Employment) I                   16.52
01262 - Personnel Assistant (Employment) II                  18.49
01263   Personnel Assistant (Employment) III                 20.61
01270 - Production Control Clerk                              24.53
01290 - Rental Clerk                                          14.40***
01300 - Scheduler Maintenance                                15.90
01311   Secretary I                                          15.90
01312 - Secretary II                                         17.80
01313 - Secretary III                                        19.84
01320 - Service Order Dispatcher                             17.60
01410   Supply Technician                                    20.01
01420 - Survey Worker                                        15.42
01460 - Switchboard Operator/Receptionist                    13.81***
01531 - Travel Clerk I                                       15.50
01532   Travel Clerk II                                      16.47
01533 - Travel Clerk III                                     17.57
01611 - Word Processor I                                     14.67***
01612   Word Processor II                                    16.48
01613   Word Processor III                                   18.43
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                  24.13
05010 - Automotive  Electrician                              20.25
05040   Automotive Glass Installer                           19.43
05070 - Automotive Worker                                    18.80
05110 - Mobile Equipment Servicer                            17.06
05130 - Motor Equipment Metal Mechanic                       21.33
05160   Motor Equipment Metal Worker                         18.80
05190 - Motor Vehicle Mechanic                               21.33
05220 - Motor Vehicle Mechanic Helper                        15.93
05250 - Motor Vehicle Upholstery Worker                      18.16
05280   Motor Vehicle Wrecker                                18.80
05310 - Painter Automotive                                   20.25
05340 - Radiator Repair Specialist                           18.80
05370 - Tire Repairer                                        15.17
05400   Transmission Repair Specialist                       21.33
07000 - Food Preparation And Service Occupations
07010 - Baker                                                13.48***
07041 - Cook I                                               13.20***
07042   Cook II                                              15.47
07070 - Dishwasher                                           10.00***
07130 - Food Service Worker                                  11.94***
07210 - Meat Cutter                                          19.89
07260   Waiter/Waitress                                      10.07***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                          20.46
09040 - Furniture Handler                                    12.78***
09080   Furniture Refinisher                                 20.46
09090 - Furniture Refinisher Helper                          14.87***
09110 - Furniture Repairer Minor                             17.66
09130 - Upholsterer                                          20.46
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                     12.78***
11060 - Elevator Operator                                    12.49***
11090 - Gardener                                             17.45
11122   Housekeeping Aide                                    10.32***
11150 - Janitor                                              10.32***
11210 - Laborer Grounds Maintenance                          12.99***
11240 - Maid or Houseman                                     10.74***
11260   Pruner                                               11.45***
11270 - Tractor Operator                                     15.95
11330 - Trail Maintenance Worker                             12.99***
```

```
    11360 - Window Cleaner                                    11.70***
12000 - Health Occupations
    12010   Ambulance Driver                                  15.79
    12011 - Breath Alcohol Technician                         19.10
    12012 - Certified Occupational Therapist Assistant        28.16
    12015 - Certified Physical Therapist Assistant            28.22
    12020   Dental Assistant                                  18.98
    12025 - Dental Hygienist                                  29.32
    12030 - EKG Technician                                    26.00
    12035 - Electroneurodiagnostic Technologist               26.00
    12040   Emergency Medical Technician                      15.79
    12071 - Licensed Practical Nurse I                        17.08
    12072 - Licensed Practical Nurse II                       19.10
    12073 - Licensed Practical Nurse III                      21.29
    12100   Medical Assistant                                 15.17
    12130 - Medical Laboratory Technician                     25.40
    12160 - Medical Record Clerk                              16.63
    12190 - Medical Record Technician                         18.60
    12195   Medical Transcriptionist                          18.31
    12210 - Nuclear Medicine Technologist                     41.98
    12221 - Nursing Assistant I                               12.19***
    12222 - Nursing Assistant II                              13.70***
    12223   Nursing Assistant III                             14.95***
    12224 - Nursing Assistant IV                              16.79
    12235 - Optical Dispenser                                 20.44
    12236 - Optical Technician                                19.24
    12250   Pharmacy Technician                               16.74
    12280 - Phlebotomist                                      16.45
    12305 - Radiologic Technologist                           26.93
    12311 - Registered Nurse I                                23.99
    12312   Registered Nurse II                               29.35
    12313 - Registered Nurse II Specialist                    29.35
    12314 - Registered Nurse III                              35.52
    12315 - Registered Nurse III Anesthetist                  35.52
    12316   Registered Nurse IV                               42.56
    12317 - Scheduler (Drug and Alcohol Testing)              23.66
    12320 - Substance Abuse Treatment Counselor               23.31
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                             21.57
    13012 - Exhibits Specialist II                            26.71
    13013 - Exhibits Specialist III                           32.67
    13041 - Illustrator I                                     21.57
    13042   Illustrator II                                    26.71
    13043 - Illustrator III                                   32.67
    13047 - Librarian                                         29.58
    13050 - Library Aide/Clerk                                11.59***
    13054   Library Information Technology Systems            26.71
    Administrator
    13058 - Library Technician                                21.57
    13061 - Media Specialist I                                19.28
    13062   Media Specialist II                               21.57
    13063 - Media Specialist III                              24.04
    13071 - Photographer I                                    16.44
    13072 - Photographer II                                   19.26
    13073   Photographer III                                  23.46
    13074 - Photographer IV                                   27.87
    13075 - Photographer V                                    33.73
    13090 - Technical Order Library Clerk                     15.74
    13110   Video Teleconference Technician                   19.07
14000 - Information Technology Occupations
    14041 - Computer Operator I                               15.76
    14042 - Computer Operator II                              17.63
    14043   Computer Operator III                             19.67
    14044 - Computer Operator IV                              21.85
    14045 - Computer Operator V                               24.19
```

```
14071 - Computer Programmer I                        (see 1)        19.81
14072 - Computer Programmer II                       (see 1)        24.56
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                               15.76
14160 - Personal Computer Support Technician                        21.85
14170 - System Support Specialist                                   25.82
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)             29.71
15020 - Aircrew Training Devices Instructor (Rated)                 35.95
15030 - Air Crew Training Devices Instructor (Pilot)                43.09
15050 - Computer Based Training Specialist / Instructor             29.71
15060 - Educational Technologist                                    32.38
15070 - Flight Instructor (Pilot)                                   43.09
15080 - Graphic Artist                                              22.25
15085 - Maintenance Test Pilot Fixed Jet/Prop                       43.09
15086 - Maintenance Test Pilot Rotary Wing                          43.09
15088 - Non-Maintenance Test/Co-Pilot                               43.09
15090 - Technical Instructor                                        20.31
15095 - Technical Instructor/Course Developer                       24.85
15110 - Test Proctor                                                16.03
15120 - Tutor                                                       16.03
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                                10.32***
16030 - Counter Attendant                                        10.32***
16040 - Dry Cleaner                                              12.24***
16070 - Finisher Flatwork Machine                               10.32***
16090 - Presser Hand                                             10.32***
16110 - Presser Machine Drycleaning                             10.32***
16130 - Presser Machine Shirts                                   10.32***
16160 - Presser Machine Wearing Apparel Laundry                10.32***
16190 - Sewing Machine Operator                                  13.13***
16220 - Tailor                                                   13.99***
16250 - Washer Machine                                           10.82***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                           21.16
19040 - Tool And Die Maker                                          26.12
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                           18.18
21030 - Material Coordinator                                         24.53
21040 - Material Expediter                                          24.53
21050 - Material Handling Laborer                                13.42***
21071 - Order Filler                                             12.68***
21080 - Production Line Worker (Food Processing)                    18.18
21110 - Shipping Packer                                             17.13
21130 - Shipping/Receiving Clerk                                    17.13
21140 - Store Worker I                                           12.41***
21150 - Stock Clerk                                                 18.22
21210 - Tools And Parts Attendant                                  18.18
21410 - Warehouse Specialist                                        18.18
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                                 35.49
23019 - Aircraft Logs and Records Technician                        27.29
23021 - Aircraft Mechanic I                                         33.73
23022 - Aircraft Mechanic II                                        35.49
23023 - Aircraft Mechanic III                                       37.27
23040 - Aircraft Mechanic Helper                                    22.99
23050 - Aircraft Painter                                            31.63
23060 - Aircraft Servicer                                           27.29
23070 - Aircraft Survival Flight Equipment Technician               31.63
23080 - Aircraft Worker                                             29.48
23091 - Aircrew Life Support Equipment (ALSE) Mechanic              29.48
```

```
I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic           33.73
II
   23110 - Appliance Mechanic                                       19.99
   23120 - Bicycle Repairer                                         16.83
   23125 - Cable Splicer                                            30.80
   23130 - Carpenter Maintenance                                    21.20
   23140 - Carpet Layer                                             19.72
   23160 - Electrician Maintenance                                  21.33
   23181 - Electronics Technician Maintenance I                     25.32
   23182 - Electronics Technician Maintenance II                    27.15
   23183 - Electronics Technician Maintenance III                   28.96
   23260 - Fabric Worker                                            18.26
   23290 - Fire Alarm System Mechanic                               18.73
   23310 - Fire Extinguisher Repairer                               16.83
   23311 - Fuel Distribution System Mechanic                        21.32
   23312 - Fuel Distribution System Operator                        15.90
   23370 - General Maintenance Worker                               16.86
   23380 - Ground Support Equipment Mechanic                        33.73
   23381 - Ground Support Equipment Servicer                        27.29
   23382 - Ground Support Equipment Worker                          29.48
   23391 - Gunsmith I                                               16.83
   23392 - Gunsmith II                                              19.72
   23393 - Gunsmith III                                             22.57
   23410 - Heating Ventilation And Air-Conditioning                 19.19
Mechanic
   23411 - Heating Ventilation And Air Contidioning                 20.19
Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                                 20.80
   23440 - Heavy Equipment Operator                                 18.73
   23460 - Instrument Mechanic                                      22.57
   23465 - Laboratory/Shelter Mechanic                             21.16
   23470 - Laborer                                                  13.42***
   23510 - Locksmith                                                20.66
   23530 - Machinery Maintenance Mechanic                           28.21
   23550 - Machinist Maintenance                                    22.66
   23580 - Maintenance Trades Helper                                13.99***
   23591 - Metrology Technician I                                   22.57
   23592 - Metrology Technician II                                  23.74
   23593 - Metrology Technician III                                 24.94
   23640 - Millwright                                               22.57
   23710 - Office Appliance Repairer                                21.02
   23760 - Painter Maintenance                                      19.61
   23790 - Pipefitter Maintenance                                   22.31
   23810 - Plumber Maintenance                                      20.92
   23820 - Pneudraulic Systems Mechanic                             22.57
   23850 - Rigger                                                   22.57
   23870 - Scale Mechanic                                           19.72
   23890 - Sheet-Metal Worker Maintenance                           20.52
   23910 - Small Engine Mechanic                                    18.54
   23931 - Telecommunications Mechanic I                            29.59
   23932 - Telecommunications Mechanic II                           31.14
   23950 - Telephone Lineman                                        19.56
   23960 - Welder Combination Maintenance                           19.89
   23965 - Well Driller                                             22.57
   23970 - Woodcraft Worker                                         22.57
   23980 - Woodworker                                               16.83
 24000 - Personal Needs Occupations
   24550 - Case Manager                                             17.04
   24570 - Child Care Attendant                                     10.54***
   24580 - Child Care Center Clerk                                  13.14***
   24610 - Chore Aide                                               11.54***
   24620 - Family Readiness And Support Services                    17.04
Coordinator
   24630 - Homemaker                                                17.04
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                      25.85
   25040 - Sewage Plant Operator                              21.82
   25070 - Stationary Engineer                                25.85
   25190 - Ventilation Equipment Tender                       17.62
   25210 - Water Treatment Plant Operator                     21.82
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                      15.29
   27007 - Baggage Inspector                               12.66***
   27008 - Corrections Officer                                18.33
   27010 - Court Security Officer                             18.33
   27030 - Detection Dog Handler                           14.17***
   27040 - Detention Officer                                  18.33
   27070 - Firefighter                                        18.12
   27101 - Guard I                                         12.66***
   27102 - Guard II                                        14.17***
   27131 - Police Officer I                                   19.92
   27132 - Police Officer II                                  22.14
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                     13.11***
   28042 - Carnival Equipment Repairer                     14.35***
   28043 - Carnival Worker                                  9.44***
   28210 - Gate Attendant/Gate Tender                         16.77
   28310 - Lifeguard                                       14.93***
   28350 - Park Attendant (Aide)                              18.75
   28510 - Recreation Aide/Health Facility Attendant       13.83***
   28515 - Recreation Specialist                              23.23
   28630 - Sports Official                                 14.93***
   28690 - Swimming Pool Operator                             16.81
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                 23.90
   29020 - Hatch Tender                                       23.90
   29030 - Line Handler                                       23.90
   29041 - Stevedore I                                        22.13
   29042 - Stevedore II                                       25.64
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.29
   30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.78
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
   30021 - Archeological Technician I                         16.72
   30022 - Archeological Technician II                        18.70
   30023 - Archeological Technician III                       22.15
   30030 - Cartographic Technician                            23.18
   30040 - Civil Engineering Technician                       24.84
   30051 - Cryogenic Technician I                             24.54
   30052 - Cryogenic Technician II                            27.10
   30061 - Drafter/CAD Operator I                             16.72
   30062 - Drafter/CAD Operator II                            18.70
   30063 - Drafter/CAD Operator III                           20.86
   30064 - Drafter/CAD Operator IV                            25.38
   30081 - Engineering Technician I                           15.23
   30082 - Engineering Technician II                          17.10
   30083 - Engineering Technician III                         19.13
   30084 - Engineering Technician IV                          23.69
   30085 - Engineering Technician V                           28.98
   30086 - Engineering Technician VI                          35.07
   30090 - Environmental Technician                           21.83
   30095 - Evidence Control Specialist                        22.15
   30210 - Laboratory Technician                              23.14
   30221 - Latent Fingerprint Technician I                    25.23
   30222 - Latent Fingerprint Technician II                   27.87
   30240 - Mathematical Technician                            23.18
   30361 - Paralegal/Legal Assistant I                        18.78
   30362 - Paralegal/Legal Assistant II                       23.27
   30363 - Paralegal/Legal Assistant III                      28.47
```

```
      30364 - Paralegal/Legal Assistant IV                          34.43
      30375 - Petroleum Supply Specialist                           27.10
      30390 - Photo-Optics Technician                               23.18
      30395 - Radiation Control Technician                          27.10
      30461 - Technical Writer I                                    23.33
      30462 - Technical Writer II                                   28.53
      30463 - Technical Writer III                                  34.52
      30491 - Unexploded Ordnance (UXO) Technician I                25.60
      30492 - Unexploded Ordnance (UXO) Technician II               30.98
      30493 - Unexploded Ordnance (UXO) Technician III              37.13
      30494 - Unexploded (UXO) Safety Escort                        25.60
      30495 - Unexploded (UXO) Sweep Personnel                      25.60
      30501 - Weather Forecaster I                                  25.38
      30502 - Weather Forecaster II                                 30.87
      30620 - Weather Observer Combined Upper Air Or    (see 2)     20.86
      Surface Programs
      30621 - Weather Observer Senior                   (see 2)     23.18
   31000 - Transportation/Mobile Equipment Operation Occupations
      31010 - Airplane Pilot                                        30.98
      31020 - Bus Aide                                           13.34***
      31030 - Bus Driver                                            19.51
      31043 - Driver Courier                                     12.72***
      31260 - Parking and Lot Attendant                          12.15***
      31290 - Shuttle Bus Driver                                 14.41***
      31310 - Taxi Driver                                        14.41***
      31361 - Truckdriver Light                                  13.92***
      31362 - Truckdriver Medium                                    15.10
      31363 - Truckdriver Heavy                                     17.77
      31364 - Truckdriver Tractor-Trailer                          17.77
   99000 - Miscellaneous Occupations
      99020 - Cabin Safety Specialist                               15.10
      99030 - Cashier                                            10.67***
      99050 - Desk Clerk                                         10.73***
      99095 - Embalmer                                              29.92
      99130 - Flight Follower                                       25.60
      99251 - Laboratory Animal Caretaker I                      13.59***
      99252 - Laboratory Animal Caretaker II                     14.87***
      99260 - Marketing Analyst                                     24.70
      99310 - Mortician                                             29.92
      99410 - Pest Controller                                       20.45
      99510 - Photofinishing Worker                              13.45***
      99710 - Recycling Laborer                                     18.36
      99711 - Recycling Specialist                                  22.24
      99730 - Refuse Collector                                      16.24
      99810 - Sales Clerk                                        12.37***
      99820 - School Crossing Guard                              14.44***
      99830 - Survey Party Chief                                    19.98
      99831 - Surveying Aide                                     10.86***
      99832 - Surveying Technician                                  18.17
      99840 - Vending Machine Attendant                            16.54
      99841 - Vending Machine Repairer                             19.95
      99842 - Vending Machine Repairer Helper                      16.54
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 7 years and 4 weeks after 11 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
        "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor          |       WAGE AND HOUR DIVISION
                                                |        WASHINGTON D.C.  20210
                                                |
                                                |
                                                |
                                                | Wage Determination No.: 2015-4571
Daniel W. Simms         Division of             |      Revision No.: 17
Director            Wage Determinations|        Date Of Last Revision: 03/15/2022
                                                |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Hernando Hillsborough Pasco Pinellas

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.16 |
| 01012 - Accounting Clerk II | | 17.03 |
| 01013  Accounting Clerk III | | 19.04 |
| 01020 - Administrative Assistant | | 25.13 |
| 01035 - Court Reporter | | 18.36 |
| 01041 - Customer Service Representative I | | 13.18*** |
| 01042  Customer Service Representative II | | 14.83*** |
| 01043 - Customer Service Representative III | | 16.15 |
| 01051 - Data Entry Operator I | | 13.48*** |
| 01052 - Data Entry Operator II | | 14.71*** |
| 01060  Dispatcher Motor Vehicle | | 18.05 |
| 01070 - Document Preparation Clerk | | 14.60*** |
| 01090 - Duplicating Machine Operator | | 14.60*** |
| 01111 - General Clerk I | | 13.32*** |
| 01112  General Clerk II | | 14.54*** |
| 01113 - General Clerk III | | 16.33 |

```
01120 - Housing Referral Assistant                          20.80
01141 - Messenger Courier                                   18.14
01191   Order Clerk I                                    14.80***
01192 - Order Clerk II                                      16.14
01261 - Personnel Assistant (Employment) I                  16.45
01262 - Personnel Assistant (Employment) II                 18.39
01263   Personnel Assistant (Employment) III                20.50
01270 - Production Control Clerk                             22.16
01290 - Rental Clerk                                     14.73***
01300 - Scheduler Maintenance                               16.67
01311   Secretary I                                         16.67
01312 - Secretary II                                        18.65
01313 - Secretary III                                       20.80
01320 - Service Order Dispatcher                            16.13
01410   Supply Technician                                   25.13
01420 - Survey Worker                                       16.42
01460 - Switchboard Operator/Receptionist               14.08***
01531 - Travel Clerk I                                      18.05
01532   Travel Clerk II                                     19.64
01533 - Travel Clerk III                                    21.37
01611 - Word Processor I                                 14.76***
01612 - Word Processor II                                   16.57
01613   Word Processor III                                  18.54
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 20.57
05010 - Automotive  Electrician                             20.79
05040   Automotive Glass Installer                          19.87
05070 - Automotive Worker                                   19.87
05110 - Mobile Equipment Servicer                           18.02
05130 - Motor Equipment Metal Mechanic                      21.75
05160   Motor Equipment Metal Worker                        19.87
05190 - Motor Vehicle Mechanic                              21.33
05220 - Motor Vehicle Mechanic Helper                       17.00
05250 - Motor Vehicle Upholstery Worker                     18.94
05280   Motor Vehicle Wrecker                               19.87
05310 - Painter Automotive                                  20.79
05340 - Radiator Repair Specialist                          19.87
05370 - Tire Repairer                                       15.35
05400   Transmission Repair Specialist                      21.53
07000 - Food Preparation And Service Occupations
07010 - Baker                                            13.23***
07041 - Cook I                                           13.96***
07042   Cook II                                             16.24
07070 - Dishwasher                                       10.27***
07130 - Food Service Worker                              12.00***
07210 - Meat Cutter                                         16.95
07260   Waiter/Waitress                                  10.66***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         16.65
09040 - Furniture Handler                                12.13***
09080   Furniture Refinisher                                16.87
09090 - Furniture Refinisher Helper                      12.54***
09110 - Furniture Repairer Minor                         14.77***
09130   Upholsterer                                         16.93
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                 11.57***
11060 - Elevator Operator                                12.86***
11090 - Gardener                                            17.89
11122   Housekeeping Aide                                12.86***
11150 - Janitor                                          12.86***
11210 - Laborer Grounds Maintenance                      13.53***
11240 - Maid or Houseman                                 11.21***
11260   Pruner                                           11.90***
11270 - Tractor Operator                                    16.45
11330 - Trail Maintenance Worker                         13.53***
```

```
11360 - Window Cleaner                                    14.62***
12000 - Health Occupations
  12010   Ambulance Driver                                17.13
  12011 - Breath Alcohol Technician                       20.04
  12012 - Certified Occupational Therapist Assistant      33.59
  12015 - Certified Physical Therapist Assistant          32.30
  12020   Dental Assistant                                19.74
  12025 - Dental Hygienist                                36.71
  12030 - EKG Technician                                  25.86
  12035 - Electroneurodiagnostic Technologist             25.86
  12040   Emergency Medical Technician                    17.13
  12071 - Licensed Practical Nurse I                      17.92
  12072 - Licensed Practical Nurse II                     20.04
  12073 - Licensed Practical Nurse III                    22.34
  12100   Medical Assistant                               15.85
  12130 - Medical Laboratory Technician                   23.30
  12160 - Medical Record Clerk                            17.31
  12190 - Medical Record Technician                       19.36
  12195   Medical Transcriptionist                        19.64
  12210 - Nuclear Medicine Technologist                   36.95
  12221 - Nursing Assistant I                             11.33***
  12222 - Nursing Assistant II                            12.73***
  12223   Nursing Assistant III                           13.89***
  12224 - Nursing Assistant IV                            15.60
  12235 - Optical Dispenser                               20.91
  12236 - Optical Technician                              14.67***
  12250   Pharmacy Technician                             16.26
  12280 - Phlebotomist                                    16.68
  12305 - Radiologic Technologist                         29.65
  12311 - Registered Nurse I                              23.88
  12312   Registered Nurse II                             27.55
  12313 - Registered Nurse II Specialist                  27.55
  12314 - Registered Nurse III                            33.08
  12315 - Registered Nurse III Anesthetist                33.08
  12316   Registered Nurse IV                             39.89
  12317 - Scheduler (Drug and Alcohol Testing)            24.82
  12320 - Substance Abuse Treatment Counselor             24.97
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                           21.45
  13012 - Exhibits Specialist II                          26.47
  13013 - Exhibits Specialist III                         32.38
  13041 - Illustrator I                                   21.20
  13042   Illustrator II                                  26.25
  13043 - Illustrator III                                 32.12
  13047 - Librarian                                       29.32
  13050 - Library Aide/Clerk                              13.50***
  13054   Library Information Technology Systems          26.47
  Administrator
  13058 - Library Technician                              17.65
  13061 - Media Specialist I                              19.10
  13062   Media Specialist II                             21.37
  13063 - Media Specialist III                            23.83
  13071 - Photographer I                                  18.09
  13072 - Photographer II                                 20.23
  13073   Photographer III                                25.08
  13074 - Photographer IV                                 29.18
  13075 - Photographer V                                  35.30
  13090 - Technical Order Library Clerk                   16.95
  13110   Video Teleconference Technician                 18.18
14000 - Information Technology Occupations
  14041 - Computer Operator I                             18.28
  14042 - Computer Operator II                            20.46
  14043   Computer Operator III                           22.81
  14044 - Computer Operator IV                            25.34
  14045 - Computer Operator V                             28.07
```

```
14071 - Computer Programmer I               (see 1)        22.92
14072 - Computer Programmer II              (see 1)        27.56
14073 - Computer Programmer III             (see 1)
14074 - Computer Programmer IV              (see 1)
14101 - Computer Systems Analyst I          (see 1)
14102 - Computer Systems Analyst II         (see 1)
14103 - Computer Systems Analyst III        (see 1)
14150 - Peripheral Equipment Operator                      18.28
14160 - Personal Computer Support Technician               25.34
14170 - System Support Specialist                          36.77
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)    28.58
15020 - Aircrew Training Devices Instructor (Rated)        34.55
15030 - Air Crew Training Devices Instructor (Pilot)       40.70
15050 - Computer Based Training Specialist / Instructor    29.03
15060 - Educational Technologist                           29.93
15070 - Flight Instructor (Pilot)                          40.70
15080 - Graphic Artist                                     22.09
15085 - Maintenance Test Pilot Fixed Jet/Prop             40.70
15086 - Maintenance Test Pilot Rotary Wing               40.70
15088 - Non-Maintenance Test/Co-Pilot                     40.70
15090 - Technical Instructor                               23.56
15095 - Technical Instructor/Course Developer             28.93
15110 - Test Proctor                                      19.10
15120 - Tutor                                             19.10
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                       10.38***
16030 - Counter Attendant                               10.38***
16040 - Dry Cleaner                                     13.17***
16070 - Finisher Flatwork Machine                     10.38***
16090 - Presser Hand                                    10.38***
16110 - Presser Machine Drycleaning                    10.38***
16130 - Presser Machine Shirts                          10.38***
16160 - Presser Machine Wearing Apparel Laundry       10.38***
16190 - Sewing Machine Operator                        14.09***
16220 - Tailor                                         14.98***
16250 - Washer Machine                                 11.36***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                 21.02
19040 - Tool And Die Maker                                 25.60
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                  19.33
21030 - Material Coordinator                               22.16
21040 - Material Expediter                                 22.16
21050 - Material Handling Laborer                       13.86***
21071 - Order Filler                                    12.86***
21080 - Production Line Worker (Food Processing)           19.33
21110 - Shipping Packer                                    15.57
21130 - Shipping/Receiving Clerk                           15.57
21140 - Store Worker I                                  11.33***
21150 - Stock Clerk                                        16.18
21210 - Tools And Parts Attendant                         19.33
21410 - Warehouse Specialist                               19.33
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                        33.47
23019 - Aircraft Logs and Records Technician               26.15
23021 - Aircraft Mechanic I                                31.78
23022 - Aircraft Mechanic II                               33.47
23023 - Aircraft Mechanic III                              34.91
23040 - Aircraft Mechanic Helper                           22.21
23050 - Aircraft Painter                                   28.48
23060 - Aircraft Servicer                                  26.15
23070 - Aircraft Survival Flight Equipment Technician      28.48
23080 - Aircraft Worker                                    28.09
23091 - Aircrew Life Support Equipment (ALSE) Mechanic     28.09
```

```
I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic        31.78
II
  23110 - Appliance Mechanic                                    19.93
  23120 - Bicycle Repairer                                      17.08
  23125 - Cable Splicer                                         26.44
  23130 - Carpenter Maintenance                                 18.79
  23140 - Carpet Layer                                          16.68
  23160 - Electrician Maintenance                               21.31
  23181 - Electronics Technician Maintenance I                  25.13
  23182 - Electronics Technician Maintenance II                 26.71
  23183 - Electronics Technician Maintenance III                28.42
  23260 - Fabric Worker                                         18.49
  23290 - Fire Alarm System Mechanic                            23.38
  23310 - Fire Extinguisher Repairer                            17.08
  23311 - Fuel Distribution System Mechanic                     21.87
  23312 - Fuel Distribution System Operator                     16.63
  23370 - General Maintenance Worker                            17.51
  23380 - Ground Support Equipment Mechanic                     31.78
  23381 - Ground Support Equipment Servicer                     26.15
  23382 - Ground Support Equipment Worker                       28.09
  23391 - Gunsmith I                                            17.08
  23392 - Gunsmith II                                           19.87
  23393 - Gunsmith III                                          22.47
  23410 - Heating Ventilation And Air-Conditioning              21.72
Mechanic
  23411 - Heating Ventilation And Air Contidioning              22.88
Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                              23.71
  23440 - Heavy Equipment Operator                              18.49
  23460 - Instrument Mechanic                                   22.19
  23465 - Laboratory/Shelter Mechanic                           21.12
  23470 - Laborer                                               13.86***
  23510 - Locksmith                                             19.76
  23530 - Machinery Maintenance Mechanic                        26.18
  23550 - Machinist Maintenance                                 19.84
  23580 - Maintenance Trades Helper                             14.98***
  23591 - Metrology Technician I                                22.19
  23592 - Metrology Technician II                               23.38
  23593 - Metrology Technician III                              24.37
  23640 - Millwright                                            21.40
  23710 - Office Appliance Repairer                             18.68
  23760 - Painter Maintenance                                   19.58
  23790 - Pipefitter Maintenance                                22.78
  23810 - Plumber Maintenance                                   21.42
  23820 - Pneudraulic Systems Mechanic                          22.47
  23850 - Rigger                                                23.63
  23870 - Scale Mechanic                                        19.87
  23890 - Sheet-Metal Worker Maintenance                        20.58
  23910 - Small Engine Mechanic                                 17.43
  23931 - Telecommunications Mechanic I                         24.35
  23932 - Telecommunications Mechanic II                        25.65
  23950 - Telephone Lineman                                     23.50
  23960 - Welder Combination Maintenance                        19.35
  23965 - Well Driller                                          19.99
  23970 - Woodcraft Worker                                      22.47
  23980 - Woodworker                                            17.08
24000 - Personal Needs Occupations
  24550 - Case Manager                                          16.57
  24570 - Child Care Attendant                                  11.16***
  24580 - Child Care Center Clerk                               14.10***
  24610 - Chore Aide                                            11.25***
  24620 - Family Readiness And Support Services                 16.57
Coordinator
  24630 - Homemaker                                             17.33
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        28.60
    25040 - Sewage Plant Operator                                21.65
    25070 - Stationary Engineer                                  28.60
    25190 - Ventilation Equipment Tender                         19.99
    25210 - Water Treatment Plant Operator                       21.65
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        18.46
    27007 - Baggage Inspector                                 13.39***
    27008 - Corrections Officer                                  24.75
    27010 - Court Security Officer                               24.14
    27030 - Detection Dog Handler                                16.69
    27040 - Detention Officer                                    24.75
    27070 - Firefighter                                          23.53
    27101 - Guard I                                           13.39***
    27102 - Guard II                                             16.29
    27131 - Police Officer I                                     26.60
    27132 - Police Officer II                                    29.56
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       13.52***
    28042 - Carnival Equipment Repairer                       14.71***
    28043 - Carnival Worker                                    9.78***
    28210 - Gate Attendant/Gate Tender                        14.89***
    28310 - Lifeguard                                         11.59***
    28350 - Park Attendant (Aide)                                16.65
    28510 - Recreation Aide/Health Facility Attendant         12.15***
    28515 - Recreation Specialist                                20.63
    28630 - Sports Official                                   13.26***
    28690 - Swimming Pool Operator                               17.11
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   31.00
    29020 - Hatch Tender                                         31.00
    29030 - Line Handler                                         31.00
    29041 - Stevedore I                                          28.85
    29042 - Stevedore II                                         32.95
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.59
    30021 - Archeological Technician I                           17.43
    30022 - Archeological Technician II                          19.49
    30023 - Archeological Technician III                         24.14
    30030 - Cartographic Technician                              24.49
    30040 - Civil Engineering Technician                         24.37
    30051 - Cryogenic Technician I                               26.74
    30052 - Cryogenic Technician II                              29.54
    30061 - Drafter/CAD Operator I                               17.43
    30062 - Drafter/CAD Operator II                              19.49
    30063 - Drafter/CAD Operator III                             21.72
    30064 - Drafter/CAD Operator IV                              26.74
    30081 - Engineering Technician I                             16.69
    30082 - Engineering Technician II                            18.74
    30083 - Engineering Technician III                           21.23
    30084 - Engineering Technician IV                            24.45
    30085 - Engineering Technician V                             28.32
    30086 - Engineering Technician VI                            32.37
    30090 - Environmental Technician                             22.11
    30095 - Evidence Control Specialist                          24.14
    30210 - Laboratory Technician                                23.36
    30221 - Latent Fingerprint Technician I                      23.91
    30222 - Latent Fingerprint Technician II                     26.41
    30240 - Mathematical Technician                              28.52
    30361 - Paralegal/Legal Assistant I                          19.10
    30362 - Paralegal/Legal Assistant II                         23.66
    30363 - Paralegal/Legal Assistant III                        28.94
```

```
30364 - Paralegal/Legal Assistant IV                              35.01
30375 - Petroleum Supply Specialist                               29.54
30390 - Photo-Optics Technician                                   24.14
30395 - Radiation Control Technician                              29.54
30461 - Technical Writer I                                        24.10
30462 - Technical Writer II                                       29.47
30463 - Technical Writer III                                      35.66
30491 - Unexploded Ordnance (UXO) Technician I                    25.60
30492 - Unexploded Ordnance (UXO) Technician II                   30.98
30493 - Unexploded Ordnance (UXO) Technician III                  37.13
30494 - Unexploded (UXO) Safety Escort                            25.60
30495 - Unexploded (UXO) Sweep Personnel                          25.60
30501 - Weather Forecaster I                                      26.74
30502 - Weather Forecaster II                                     32.53
30620 - Weather Observer Combined Upper Air Or      (see 2)       21.72
Surface Programs
30621 - Weather Observer Senior                     (see 2)       24.14
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                               12.43***
31030 - Bus Driver                                                17.80
31043 - Driver Courier                                         14.66***
31260 - Parking and Lot Attendant                              10.41***
31290 - Shuttle Bus Driver                                        15.06
31310 - Taxi Driver                                            13.29***
31361 - Truckdriver Light                                         15.95
31362 - Truckdriver Medium                                        17.26
31363 - Truckdriver Heavy                                         19.33
31364 - Truckdriver Tractor-Trailer                               19.33
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                11.07***
99050 - Desk Clerk                                             11.50***
99095 - Embalmer                                                  26.58
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                          13.33***
99252 - Laboratory Animal Caretaker II                         14.51***
99260 - Marketing Analyst                                         29.62
99310 - Mortician                                                 26.58
99410 - Pest Controller                                           20.93
99510 - Photofinishing Worker                                  13.45***
99710 - Recycling Laborer                                         22.17
99711 - Recycling Specialist                                      26.96
99730 - Refuse Collector                                          19.50
99810 - Sales Clerk                                            12.49***
99820 - School Crossing Guard                                  13.43***
99830 - Survey Party Chief                                        19.11
99831 - Surveying Aide                                         11.75***
99832 - Surveying Technician                                      17.94
99840 - Vending Machine Attendant                              13.04***
99841 - Vending Machine Repairer                                  15.79
99842 - Vending Machine Repairer Helper                        13.04***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; and 3 weeks after 5 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
            "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor |          WAGE AND HOUR DIVISION
                                         |            WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         | Wage Determination No.: 2015-4567
  Daniel W. Simms        Division of     |          Revision No.: 18
  Director          Wage Determinations| Date Of Last Revision: 03/15/2022
                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Indian River

            **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                          16.42
  01012 - Accounting Clerk II                                         18.44
  01013   Accounting Clerk III                                        20.62
  01020 - Administrative Assistant                                    24.05
  01035 - Court Reporter                                              17.89
  01041 - Customer Service Representative I                           13.04***
  01042   Customer Service Representative II                          14.48***
  01043 - Customer Service Representative III                         15.99
  01051 - Data Entry Operator I                                       13.91***
  01052 - Data Entry Operator II                                      15.18
  01060   Dispatcher Motor Vehicle                                    16.31
  01070 - Document Preparation Clerk                                  14.97***
  01090 - Duplicating Machine Operator                               14.97***
  01111 - General Clerk I                                             13.84***
  01112   General Clerk II                                            15.11
  01113 - General Clerk III                                           16.96
```

```
01120 - Housing Referral Assistant                    19.94
01141 - Messenger Courier                             12.16***
01191   Order Clerk I                                 13.05***
01192 - Order Clerk II                                14.24***
01261 - Personnel Assistant (Employment) I            15.99
01262 - Personnel Assistant (Employment) II           17.89
01263   Personnel Assistant (Employment) III          19.94
01270 - Production Control Clerk                       19.41
01290 - Rental Clerk                                  16.63
01300 - Scheduler Maintenance                         15.99
01311   Secretary I                                   15.99
01312 - Secretary II                                  17.89
01313 - Secretary III                                 19.94
01320 - Service Order Dispatcher                      14.82***
01410   Supply Technician                             24.05
01420 - Survey Worker                                 17.89
01460 - Switchboard Operator/Receptionist             13.96***
01531 - Travel Clerk I                                14.37***
01532   Travel Clerk II                               15.61
01533 - Travel Clerk III                              16.71
01611 - Word Processor I                              14.24***
01612 - Word Processor II                             15.99
01613   Word Processor III                            17.89
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           19.32
05010 - Automotive  Electrician                       18.70
05040   Automotive Glass Installer                    17.58
05070 - Automotive Worker                             17.58
05110 - Mobile Equipment Servicer                     15.50
05130 - Motor Equipment Metal Mechanic                19.85
05160   Motor Equipment Metal Worker                  17.58
05190 - Motor Vehicle Mechanic                        19.85
05220 - Motor Vehicle Mechanic Helper                 14.58***
05250 - Motor Vehicle Upholstery Worker               16.58
05280   Motor Vehicle Wrecker                         17.58
05310 - Painter Automotive                            18.70
05340 - Radiator Repair Specialist                    17.58
05370 - Tire Repairer                                 13.67***
05400   Transmission Repair Specialist                19.85
07000 - Food Preparation And Service Occupations
07010 - Baker                                         15.17
07041 - Cook I                                        13.91***
07042   Cook II                                       16.01
07070 - Dishwasher                                    11.67***
07130 - Food Service Worker                           12.16***
07210 - Meat Cutter                                   16.31
07260   Waiter/Waitress                               10.21***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   18.96
09040 - Furniture Handler                             13.01***
09080   Furniture Refinisher                          19.53
09090 - Furniture Refinisher Helper                   14.80***
09110 - Furniture Repairer Minor                      17.18
09130 - Upholsterer                                   20.51
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              11.66***
11060 - Elevator Operator                             11.66***
11090 - Gardener                                      18.57
11122   Housekeeping Aide                             12.17***
11150 - Janitor                                       12.17***
11210 - Laborer Grounds Maintenance                   14.52***
11240 - Maid or Houseman                              12.09***
11260   Pruner                                        13.17***
11270 - Tractor Operator                              17.22
11330 - Trail Maintenance Worker                      14.52***
```

```
   11360 - Window Cleaner                                    13.42***
12000 - Health Occupations
   12010   Ambulance Driver                                  20.92
   12011 - Breath Alcohol Technician                         20.92
   12012 - Certified Occupational Therapist Assistant        28.69
   12015 - Certified Physical Therapist Assistant            29.20
   12020   Dental Assistant                                  19.22
   12025 - Dental Hygienist                                  34.61
   12030 - EKG Technician                                    31.46
   12035 - Electroneurodiagnostic Technologist               31.46
   12040   Emergency Medical Technician                      20.92
   12071 - Licensed Practical Nurse I                        18.70
   12072 - Licensed Practical Nurse II                       20.92
   12073 - Licensed Practical Nurse III                      23.31
   12100   Medical Assistant                                 16.55
   12130 - Medical Laboratory Technician                     27.31
   12160 - Medical Record Clerk                              16.12
   12190 - Medical Record Technician                         18.02
   12195   Medical Transcriptionist                          18.70
   12210 - Nuclear Medicine Technologist                     45.96
   12221 - Nursing Assistant I                               12.81***
   12222 - Nursing Assistant II                              14.39***
   12223   Nursing Assistant III                             15.71
   12224 - Nursing Assistant IV                              17.64
   12235 - Optical Dispenser                                 19.45
   12236 - Optical Technician                                18.70
   12250   Pharmacy Technician                               15.82
   12280 - Phlebotomist                                      15.72
   12305 - Radiologic Technologist                           26.48
   12311 - Registered Nurse I                                26.16
   12312   Registered Nurse II                               32.00
   12313 - Registered Nurse II Specialist                    32.00
   12314 - Registered Nurse III                              38.72
   12315 - Registered Nurse III Anesthetist                  38.72
   12316   Registered Nurse IV                               46.42
   12317 - Scheduler (Drug and Alcohol Testing)              25.91
   12320 - Substance Abuse Treatment Counselor               23.54
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                             22.52
   13012 - Exhibits Specialist II                            27.90
   13013 - Exhibits Specialist III                           34.12
   13041 - Illustrator I                                     22.52
   13042   Illustrator II                                    27.90
   13043 - Illustrator III                                   34.12
   13047 - Librarian                                         30.89
   13050 - Library Aide/Clerk                                17.56
   13054   Library Information Technology Systems            27.90
   Administrator
   13058 - Library Technician                                22.52
   13061 - Media Specialist I                                20.13
   13062   Media Specialist II                               22.52
   13063 - Media Specialist III                              25.10
   13071 - Photographer I                                    20.13
   13072 - Photographer II                                   22.52
   13073   Photographer III                                  27.90
   13074 - Photographer IV                                   34.12
   13075 - Photographer V                                    41.29
   13090 - Technical Order Library Clerk                     20.21
   13110   Video Teleconference Technician                   20.13
14000 - Information Technology Occupations
   14041 - Computer Operator I                               16.15
   14042 - Computer Operator II                              18.06
   14043   Computer Operator III                             20.14
   14044 - Computer Operator IV                              22.37
   14045 - Computer Operator V                               24.79
```

```
14071 - Computer Programmer I                      (see 1)        23.18
14072 - Computer Programmer II                     (see 1)
14073 - Computer Programmer III                    (see 1)
14074 - Computer Programmer IV                     (see 1)
14101 - Computer Systems Analyst I                 (see 1)
14102 - Computer Systems Analyst II                (see 1)
14103 - Computer Systems Analyst III               (see 1)
14150 - Peripheral Equipment Operator                             16.15
14160 - Personal Computer Support Technician                      22.37
14170 - System Support Specialist                                 24.79
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)         29.98
  15020 - Aircrew Training Devices Instructor (Rated)             34.26
  15030 - Air Crew Training Devices Instructor (Pilot)            38.96
  15050 - Computer Based Training Specialist / Instructor         29.98
  15060 - Educational Technologist                                29.21
  15070 - Flight Instructor (Pilot)                               38.96
  15080 - Graphic Artist                                          21.03
  15085 - Maintenance Test Pilot Fixed Jet/Prop                   41.06
  15086 - Maintenance Test Pilot Rotary Wing                      41.06
  15088 - Non-Maintenance Test/Co-Pilot                           41.06
  15090 - Technical Instructor                                    26.40
  15095 - Technical Instructor/Course Developer                   31.35
  15110 - Test Proctor                                            21.66
  15120 - Tutor                                                   21.66
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                            10.61***
  16030 - Counter Attendant                                    10.61***
  16040 - Dry Cleaner                                          13.19***
  16070 - Finisher Flatwork Machine                           10.61***
  16090 - Presser Hand                                        10.61***
  16110 - Presser Machine Drycleaning                         10.61***
  16130 - Presser Machine Shirts                              10.61***
  16160 - Presser Machine Wearing Apparel Laundry             10.61***
  16190 - Sewing Machine Operator                             14.02***
  16220 - Tailor                                              14.87***
  16250 - Washer Machine                                      11.48***
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                       19.37
  19040 - Tool And Die Maker                                      23.93
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                       15.24
  21030 - Material Coordinator                                    19.41
  21040 - Material Expediter                                      19.41
  21050 - Material Handling Laborer                               15.14
  21071 - Order Filler                                         14.49***
  21080 - Production Line Worker (Food Processing)                15.24
  21110 - Shipping Packer                                         16.93
  21130 - Shipping/Receiving Clerk                                16.93
  21140 - Store Worker I                                       13.62***
  21150 - Stock Clerk                                             18.22
  21210 - Tools And Parts Attendant                              15.24
  21410 - Warehouse Specialist                                   15.24
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                             24.95
  23019 - Aircraft Logs and Records Technician                    19.26
  23021 - Aircraft Mechanic I                                     23.60
  23022 - Aircraft Mechanic II                                    24.95
  23023 - Aircraft Mechanic III                                   26.28
  23040 - Aircraft Mechanic Helper                                16.85
  23050 - Aircraft Painter                                        21.90
  23060 - Aircraft Servicer                                       19.26
  23070 - Aircraft Survival Flight Equipment Technician           21.90
  23080 - Aircraft Worker                                         20.58
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic          20.58
```

```
              I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        23.60
              II
    23110 - Appliance Mechanic                                    19.37
    23120 - Bicycle Repairer                                      15.83
    23125 - Cable Splicer                                         24.84
    23130 - Carpenter Maintenance                                 19.48
    23140 - Carpet Layer                                          18.21
    23160 - Electrician Maintenance                               22.10
    23181 - Electronics Technician Maintenance I                  22.65
    23182 - Electronics Technician Maintenance II                 24.25
    23183 - Electronics Technician Maintenance III                25.73
    23260 - Fabric Worker                                         17.04
    23290 - Fire Alarm System Mechanic                            20.56
    23310 - Fire Extinguiser Repairer                             15.83
    23311 - Fuel Distribution System Mechanic                     20.56
    23312 - Fuel Distribution System Operator                     16.75
    23370 - General Maintenance Worker                            17.61
    23380 - Ground Support Equipment Mechanic                     23.60
    23381 - Ground Support Equipment Servicer                     19.26
    23382 - Ground Support Equipment Worker                       20.58
    23391 - Gunsmith I                                            17.56
    23392 - Gunsmith II                                           20.20
    23393 - Gunsmith III                                          22.75
    23410 - Heating Ventilation And Air-Conditioning              21.59
  Mechanic
    23411 - Heating Ventilation And Air Contidioning              22.83
  Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              20.74
    23440 - Heavy Equipment Operator                              20.78
    23460 - Instrument Mechanic                                   20.56
    23465 - Laboratory/Shelter Mechanic                           20.21
    23470 - Laborer                                               15.14
    23510 - Locksmith                                             19.37
    23530 - Machinery Maintenance Mechanic                        23.76
    23550 - Machinist Maintenance                                 20.56
    23580 - Maintenance Trades Helper                             17.08
    23591 - Metrology Technician I                                20.56
    23592 - Metrology Technician II                               21.74
    23593 - Metrology Technician III                              22.90
    23640 - Millwright                                            20.56
    23710 - Office Appliance Repairer                             19.37
    23760 - Painter Maintenance                                   17.50
    23790 - Pipefitter Maintenance                                24.05
    23810 - Plumber Maintenance                                   22.66
    23820 - Pneudraulic Systems Mechanic                          20.56
    23850 - Rigger                                                20.56
    23870 - Scale Mechanic                                        18.21
    23890 - Sheet-Metal Worker Maintenance                        19.20
    23910 - Small Engine Mechanic                                 18.15
    23931 - Telecommunications Mechanic I                         24.60
    23932 - Telecommunications Mechanic II                        26.01
    23950 - Telephone Lineman                                     21.31
    23960 - Welder Combination Maintenance                        21.28
    23965 - Well Driller                                          20.56
    23970 - Woodcraft Worker                                      20.56
    23980 - Woodworker                                            15.83
  24000 - Personal Needs Occupations
    24550 - Case Manager                                          15.54
    24570 - Child Care Attendant                                  12.03***
    24580 - Child Care Center Clerk                               14.99***
    24610 - Chore Aide                                            12.04***
    24620 - Family Readiness And Support Services                 15.54
  Coordinator
    24630 - Homemaker                                             16.67
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                           20.56
    25040 - Sewage Plant Operator                                   27.49
    25070 - Stationary Engineer                                     20.56
    25190 - Ventilation Equipment Tender                         14.68***
    25210 - Water Treatment Plant Operator                          27.49
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                           19.14
    27007 - Baggage Inspector                                    14.32***
    27008 - Corrections Officer                                     18.77
    27010 - Court Security Officer                                  18.77
    27030 - Detection Dog Handler                                   17.09
    27040 - Detention Officer                                       18.77
    27070 - Firefighter                                             21.14
    27101 - Guard I                                              14.32***
    27102 - Guard II                                               17.09
    27131 - Police Officer I                                        22.07
    27132 - Police Officer II                                       24.53
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                          13.51***
    28042 - Carnival Equipment Repairer                          14.56***
    28043 - Carnival Worker                                      10.33***
    28210 - Gate Attendant/Gate Tender                             15.48
    28310 - Lifeguard                                              15.68
    28350 - Park Attendant (Aide)                                  17.32
    28510 - Recreation Aide/Health Facility Attendant           12.64***
    28515 - Recreation Specialist                                  21.45
    28630 - Sports Official                                      13.79***
    28690 - Swimming Pool Operator                                 16.76
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     18.21
    29020 - Hatch Tender                                           18.21
    29030 - Line Handler                                           18.21
    29041 - Stevedore I                                            17.04
    29042 - Stevedore II                                           20.11
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  42.91
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  29.59
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  32.58
    30021 - Archeological Technician I                             18.73
    30022 - Archeological Technician II                            20.94
    30023 - Archeological Technician III                           25.95
    30030 - Cartographic Technician                                25.95
    30040 - Civil Engineering Technician                           25.95
    30051 - Cryogenic Technician I                                 28.73
    30052 - Cryogenic Technician II                                31.75
    30061 - Drafter/CAD Operator I                                 18.73
    30062 - Drafter/CAD Operator II                                20.94
    30063 - Drafter/CAD Operator III                               23.35
    30064 - Drafter/CAD Operator IV                                28.73
    30081 - Engineering Technician I                               16.68
    30082 - Engineering Technician II                              18.73
    30083 - Engineering Technician III                             20.94
    30084 - Engineering Technician IV                              25.95
    30085 - Engineering Technician V                               31.75
    30086 - Engineering Technician VI                              38.40
    30090 - Environmental Technician                               25.95
    30095 - Evidence Control Specialist                            25.95
    30210 - Laboratory Technician                                  23.35
    30221 - Latent Fingerprint Technician I                        28.73
    30222 - Latent Fingerprint Technician II                       31.75
    30240 - Mathematical Technician                                25.95
    30361 - Paralegal/Legal Assistant I                            21.07
    30362 - Paralegal/Legal Assistant II                           26.10
    30363 - Paralegal/Legal Assistant III                          31.93
```

```
30364 - Paralegal/Legal Assistant IV                        38.64
30375 - Petroleum Supply Specialist                         31.75
30390 - Photo-Optics Technician                             23.99
30395 - Radiation Control Technician                        31.75
30461 - Technical Writer I                                  25.95
30462 - Technical Writer II                                 31.75
30463 - Technical Writer III                                38.40
30491 - Unexploded Ordnance (UXO) Technician I              27.27
30492 - Unexploded Ordnance (UXO) Technician II             33.00
30493 - Unexploded Ordnance (UXO) Technician III            39.55
30494 - Unexploded (UXO) Safety Escort                      27.27
30495 - Unexploded (UXO) Sweep Personnel                    27.27
30501 - Weather Forecaster I                                28.73
30502 - Weather Forecaster II                               34.95
30620 - Weather Observer Combined Upper Air Or  (see 2)     23.35
Surface Programs
30621 - Weather Observer Senior                 (see 2)     25.95
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                      33.00
31020 - Bus Aide                                            11.55***
31030 - Bus Driver                                          15.91
31043 - Driver Courier                                      15.56
31260 - Parking and Lot Attendant                          11.35***
31290 - Shuttle Bus Driver                                  16.25
31310 - Taxi Driver                                         16.96
31361 - Truckdriver Light                                   14.77***
31362 - Truckdriver Medium                                  15.11
31363 - Truckdriver Heavy                                   18.70
31364 - Truckdriver Tractor-Trailer                         18.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                             16.09
99030 - Cashier                                             11.58***
99050 - Desk Clerk                                          12.32***
99095 - Embalmer                                            27.27
99130 - Flight Follower                                     27.27
99251 - Laboratory Animal Caretaker I                       16.47
99252 - Laboratory Animal Caretaker II                      17.74
99260 - Marketing Analyst                                   30.36
99310 - Mortician                                           27.27
99410 - Pest Controller                                     19.53
99510 - Photofinishing Worker                               14.33***
99710 - Recycling Laborer                                   16.70
99711 - Recycling Specialist                                19.81
99730 - Refuse Collector                                    15.15
99810 - Sales Clerk                                         13.18***
99820 - School Crossing Guard                               14.65***
99830 - Survey Party Chief                                  20.33
99831 - Surveying Aide                                      13.47***
99832 - Surveying Technician                                18.48
99840 - Vending Machine Attendant                           19.81
99841 - Vending Machine Repairer                            24.58
99842 - Vending Machine Repairer Helper                     19.81
```

```
***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.
```

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

   (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

   (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

   (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

   (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor           |        WAGE AND HOUR DIVISION
                                                 |        WASHINGTON D.C.  20210
                                                 |
                                                 |
                                                 |
                                                 | Wage Determination No.: 2015-4551
Daniel W. Simms        Division of               |       Revision No.: 19
Director          Wage Determinations            | Date Of Last Revision: 03/15/2022
                                                 |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order |
|after January 30 2022 or the           |14026 applies to the contract.          |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |

|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29  |13658 applies to the contract.          |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Lake

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.17 |
| 01012 - Accounting Clerk II | | 17.05 |
| 01013  Accounting Clerk III | | 19.06 |
| 01020 - Administrative Assistant | | 24.48 |
| 01035 - Court Reporter | | 18.51 |
| 01041 - Customer Service Representative I | | 12.87*** |
| 01042  Customer Service Representative II | | 14.04*** |
| 01043 - Customer Service Representative III | | 15.77 |
| 01051 - Data Entry Operator I | | 13.60*** |
| 01052 - Data Entry Operator II | | 14.84*** |
| 01060  Dispatcher Motor Vehicle | | 16.46 |
| 01070 - Document Preparation Clerk | | 16.56 |
| 01090 - Duplicating Machine Operator | | 16.56 |
| 01111 - General Clerk I | | 13.04*** |
| 01112  General Clerk II | | 14.23*** |
| 01113 - General Clerk III | | 15.98 |

```
01120 - Housing Referral Assistant                            20.63
01141 - Messenger Courier                                     14.27***
01191   Order Clerk I                                         14.03***
01192 - Order Clerk II                                        15.30
01261 - Personnel Assistant (Employment) I                    15.91
01262 - Personnel Assistant (Employment) II                   17.79
01263   Personnel Assistant (Employment) III                  19.83
01270 - Production Control Clerk                              20.85
01290 - Rental Clerk                                          13.42***
01300 - Scheduler Maintenance                                16.54
01311   Secretary I                                           16.54
01312 - Secretary II                                          18.51
01313 - Secretary III                                         20.63
01320 - Service Order Dispatcher                              14.73***
01410   Supply Technician                                     24.48
01420 - Survey Worker                                         16.98
01460 - Switchboard Operator/Receptionist                    14.13***
01531 - Travel Clerk I                                        13.55***
01532   Travel Clerk II                                       14.80***
01533 - Travel Clerk III                                      15.94
01611 - Word Processor I                                      14.16***
01612 - Word Processor II                                     15.91
01613   Word Processor III                                    17.79
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                   19.73
05010 - Automotive  Electrician                               17.14
05040   Automotive Glass Installer                            16.00
05070 - Automotive Worker                                     16.00
05110 - Mobile Equipment Servicer                            13.79***
05130 - Motor Equipment Metal Mechanic                        18.27
05160   Motor Equipment Metal Worker                          16.00
05190 - Motor Vehicle Mechanic                                18.27
05220 - Motor Vehicle Mechanic Helper                         12.68***
05250 - Motor Vehicle Upholstery Worker                       14.98***
05280   Motor Vehicle Wrecker                                 16.00
05310 - Painter Automotive                                    17.14
05340 - Radiator Repair Specialist                            16.00
05370 - Tire Repairer                                         11.97***
05400   Transmission Repair Specialist                        18.27
07000 - Food Preparation And Service Occupations
07010 - Baker                                                14.75***
07041 - Cook I                                               13.51***
07042   Cook II                                               15.68
07070 - Dishwasher                                           11.26***
07130 - Food Service Worker                                  11.69***
07210 - Meat Cutter                                           16.48
07260   Waiter/Waitress                                      11.36***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                           18.35
09040 - Furniture Handler                                    11.02***
09080   Furniture Refinisher                                  18.12
09090 - Furniture Refinisher Helper                          13.41***
09110 - Furniture Repairer Minor                              15.76
09130   Upholsterer                                           17.89
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                     12.21***
11060 - Elevator Operator                                    12.03***
11090 - Gardener                                              17.80
11122   Housekeeping Aide                                    12.03***
11150 - Janitor                                              12.03***
11210 - Laborer Grounds Maintenance                          13.46***
11240 - Maid or Houseman                                     11.48***
11260   Pruner                                               11.96***
11270 - Tractor Operator                                      16.37
11330 - Trail Maintenance Worker                             13.46***
```

```
   11360 - Window Cleaner                                  13.54***
12000 - Health Occupations
   12010   Ambulance Driver                                18.99
   12011 - Breath Alcohol Technician                       19.97
   12012 - Certified Occupational Therapist Assistant      29.86
   12015 - Certified Physical Therapist Assistant          34.16
   12020   Dental Assistant                                19.13
   12025 - Dental Hygienist                                34.53
   12030 - EKG Technician                                  28.06
   12035 - Electroneurodiagnostic Technologist             28.06
   12040   Emergency Medical Technician                    18.99
   12071 - Licensed Practical Nurse I                      17.86
   12072 - Licensed Practical Nurse II                     19.97
   12073 - Licensed Practical Nurse III                    22.26
   12100   Medical Assistant                               15.89
   12130 - Medical Laboratory Technician                   24.88
   12160 - Medical Record Clerk                            17.30
   12190 - Medical Record Technician                       20.12
   12195   Medical Transcriptionist                        14.67***
   12210 - Nuclear Medicine Technologist                   36.76
   12221 - Nursing Assistant I                             11.84***
   12222 - Nursing Assistant II                            13.30***
   12223   Nursing Assistant III                           14.51***
   12224 - Nursing Assistant IV                            16.30
   12235 - Optical Dispenser                               21.03
   12236 - Optical Technician                              17.08
   12250   Pharmacy Technician                             16.21
   12280 - Phlebotomist                                    16.24
   12305 - Radiologic Technologist                         27.91
   12311 - Registered Nurse I                              21.77
   12312   Registered Nurse II                             26.63
   12313 - Registered Nurse II Specialist                  26.63
   12314 - Registered Nurse III                            32.23
   12315 - Registered Nurse III Anesthetist                32.23
   12316   Registered Nurse IV                             38.62
   12317 - Scheduler (Drug and Alcohol Testing)            24.73
   12320 - Substance Abuse Treatment Counselor             21.05
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                           19.34
   13012 - Exhibits Specialist II                          23.96
   13013 - Exhibits Specialist III                         29.31
   13041 - Illustrator I                                   19.87
   13042   Illustrator II                                  24.61
   13043 - Illustrator III                                 30.10
   13047 - Librarian                                       26.53
   13050 - Library Aide/Clerk                              13.68***
   13054   Library Information Technology Systems          22.45
   Administrator
   13058 - Library Technician                              16.47
   13061 - Media Specialist I                              16.35
   13062   Media Specialist II                             18.30
   13063 - Media Specialist III                            20.39
   13071 - Photographer I                                  12.81***
   13072 - Photographer II                                 15.03
   13073   Photographer III                                18.61
   13074 - Photographer IV                                 22.76
   13075 - Photographer V                                  27.54
   13090 - Technical Order Library Clerk                   17.18
   13110   Video Teleconference Technician                 21.36
14000 - Information Technology Occupations
   14041 - Computer Operator I                             16.82
   14042 - Computer Operator II                            18.81
   14043   Computer Operator III                           20.97
   14044 - Computer Operator IV                            23.31
   14045 - Computer Operator V                             25.81
```

```
14071 - Computer Programmer I                      (see 1)        20.87
14072 - Computer Programmer II                     (see 1)        25.86
14073 - Computer Programmer III                    (see 1)
14074 - Computer Programmer IV                     (see 1)
14101 - Computer Systems Analyst I                 (see 1)
14102 - Computer Systems Analyst II                (see 1)
14103 - Computer Systems Analyst III               (see 1)
14150 - Peripheral Equipment Operator                              16.82
14160 - Personal Computer Support Technician                       23.31
14170 - System Support Specialist                                  26.77
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)         28.69
   15020 - Aircrew Training Devices Instructor (Rated)             34.71
   15030 - Air Crew Training Devices Instructor (Pilot)            41.60
   15050 - Computer Based Training Specialist / Instructor         28.69
   15060 - Educational Technologist                                28.43
   15070 - Flight Instructor (Pilot)                               41.60
   15080 - Graphic Artist                                          23.39
   15085 - Maintenance Test Pilot Fixed Jet/Prop                   41.60
   15086 - Maintenance Test Pilot Rotary Wing                      41.60
   15088 - Non-Maintenance Test/Co-Pilot                           41.60
   15090 - Technical Instructor                                    20.89
   15095 - Technical Instructor/Course Developer                   25.55
   15110 - Test Proctor                                            16.86
   15120 - Tutor                                                   16.86
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                            10.86***
   16030 - Counter Attendant                                    10.86***
   16040 - Dry Cleaner                                          13.05***
   16070 - Finisher Flatwork Machine                            10.86***
   16090 - Presser Hand                                         10.86***
   16110 - Presser Machine Drycleaning                          10.86***
   16130 - Presser Machine Shirts                               10.86***
   16160 - Presser Machine Wearing Apparel Laundry              10.86***
   16190 - Sewing Machine Operator                              13.90***
   16220 - Tailor                                               14.60***
   16250 - Washer Machine                                       11.55***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                       21.15
   19040 - Tool And Die Maker                                      26.66
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                       17.60
   21030 - Material Coordinator                                    20.85
   21040 - Material Expediter                                      20.85
   21050 - Material Handling Laborer                            13.66***
   21071 - Order Filler                                         13.47***
   21080 - Production Line Worker (Food Processing)                17.60
   21110 - Shipping Packer                                         16.36
   21130 - Shipping/Receiving Clerk                                16.36
   21140 - Store Worker I                                       11.16***
   21150 - Stock Clerk                                             15.98
   21210 - Tools And Parts Attendant                              17.60
   21410 - Warehouse Specialist                                    17.60
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                             30.83
   23019 - Aircraft Logs and Records Technician                    24.49
   23021 - Aircraft Mechanic I                                     29.99
   23022 - Aircraft Mechanic II                                    31.81
   23023 - Aircraft Mechanic III                                   33.66
   23040 - Aircraft Mechanic Helper                                20.83
   23050 - Aircraft Painter                                        29.57
   23060 - Aircraft Servicer                                       24.49
   23070 - Aircraft Survival Flight Equipment Technician           29.57
   23080 - Aircraft Worker                                         26.35
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic          26.35
```

```
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic                29.99
II
23110 - Appliance Mechanic                                            19.12
23120 - Bicycle Repairer                                              15.77
23125 - Cable Splicer                                                 30.10
23130 - Carpenter Maintenance                                         20.32
23140 - Carpet Layer                                                  20.82
23160 - Electrician Maintenance                                       22.05
23181 - Electronics Technician Maintenance I                          23.12
23182 - Electronics Technician Maintenance II                         25.03
23183 - Electronics Technician Maintenance III                        26.67
23260 - Fabric Worker                                                 19.40
23290 - Fire Alarm System Mechanic                                    20.22
23310 - Fire Extinguisher Repairer                                    17.95
23311 - Fuel Distribution System Mechanic                             24.04
23312 - Fuel Distribution System Operator                             18.34
23370 - General Maintenance Worker                                    17.03
23380 - Ground Support Equipment Mechanic                             29.99
23381 - Ground Support Equipment Servicer                             24.49
23382 - Ground Support Equipment Worker                               26.35
23391 - Gunsmith I                                                    17.95
23392 - Gunsmith II                                                   20.82
23393 - Gunsmith III                                                  23.78
23410 - Heating Ventilation And Air-Conditioning                      21.58
Mechanic
23411 - Heating Ventilation And Air Contidioning                      22.88
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                      22.93
23440 - Heavy Equipment Operator                                      18.91
23460 - Instrument Mechanic                                           23.78
23465 - Laboratory/Shelter Mechanic                                   22.31
23470 - Laborer                                                    13.66***
23510 - Locksmith                                                     22.28
23530 - Machinery Maintenance Mechanic                                23.52
23550 - Machinist Maintenance                                         21.36
23580 - Maintenance Trades Helper                                  14.28***
23591 - Metrology Technician I                                        23.78
23592 - Metrology Technician II                                       25.21
23593 - Metrology Technician III                                      26.68
23640 - Millwright                                                    23.63
23710 - Office Appliance Repairer                                     18.81
23760 - Painter Maintenance                                           16.79
23790 - Pipefitter Maintenance                                        20.95
23810 - Plumber Maintenance                                           19.66
23820 - Pneudraulic Systems Mechanic                                  23.78
23850 - Rigger                                                        26.35
23870 - Scale Mechanic                                                20.82
23890 - Sheet-Metal Worker Maintenance                                19.80
23910 - Small Engine Mechanic                                         16.18
23931 - Telecommunications Mechanic I                                 25.07
23932 - Telecommunications Mechanic II                                26.58
23950 - Telephone Lineman                                             19.10
23960 - Welder Combination Maintenance                                20.02
23965 - Well Driller                                                  21.18
23970 - Woodcraft Worker                                              23.78
23980 - Woodworker                                                    17.95
24000 - Personal Needs Occupations
24550 - Case Manager                                                  16.24
24570 - Child Care Attendant                                       10.46***
24580 - Child Care Center Clerk                                     13.13***
24610 - Chore Aide                                                  11.64***
24620 - Family Readiness And Support Services                         16.24
Coordinator
24630 - Homemaker                                                     16.24
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          26.48
    25040 - Sewage Plant Operator                                  23.31
    25070 - Stationary Engineer                                    26.48
    25190 - Ventilation Equipment Tender                           18.39
    25210 - Water Treatment Plant Operator                         23.31
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          18.28
    27007 - Baggage Inspector                                    12.42***
    27008 - Corrections Officer                                    19.31
    27010 - Court Security Officer                                 20.04
    27030 - Detection Dog Handler                                13.89***
    27040 - Detention Officer                                      19.31
    27070 - Firefighter                                            21.92
    27101 - Guard I                                              12.42***
    27102 - Guard II                                             13.89***
    27131 - Police Officer I                                       25.06
    27132 - Police Officer II                                      27.85
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                            15.44
    28042 - Carnival Equipment Repairer                            16.79
    28043 - Carnival Worker                                      11.28***
    28210 - Gate Attendant/Gate Tender                             15.33
    28310 - Lifeguard                                            11.42***
    28350 - Park Attendant (Aide)                                  17.15
    28510 - Recreation Aide/Health Facility Attendant            12.51***
    28515 - Recreation Specialist                                  21.24
    28630 - Sports Official                                      13.65***
    28690 - Swimming Pool Operator                                 19.48
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     26.35
    29020 - Hatch Tender                                           26.29
    29030 - Line Handler                                           26.29
    29041 - Stevedore I                                            24.49
    29042 - Stevedore II                                           28.63
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
    30021 - Archeological Technician I                             17.62
    30022 - Archeological Technician II                            19.70
    30023 - Archeological Technician III                           24.41
    30030 - Cartographic Technician                                24.41
    30040 - Civil Engineering Technician                           22.64
    30051 - Cryogenic Technician I                                 27.03
    30052 - Cryogenic Technician II                                29.86
    30061 - Drafter/CAD Operator I                                 17.62
    30062 - Drafter/CAD Operator II                                19.70
    30063 - Drafter/CAD Operator III                               21.96
    30064 - Drafter/CAD Operator IV                                27.03
    30081 - Engineering Technician I                             14.89***
    30082 - Engineering Technician II                              16.72
    30083 - Engineering Technician III                             18.71
    30084 - Engineering Technician IV                              23.17
    30085 - Engineering Technician V                               28.34
    30086 - Engineering Technician VI                              34.29
    30090 - Environmental Technician                               23.28
    30095 - Evidence Control Specialist                            24.41
    30210 - Laboratory Technician                                  21.38
    30221 - Latent Fingerprint Technician I                        24.05
    30222 - Latent Fingerprint Technician II                       26.56
    30240 - Mathematical Technician                                25.50
    30361 - Paralegal/Legal Assistant I                            19.28
    30362 - Paralegal/Legal Assistant II                           23.23
    30363 - Paralegal/Legal Assistant III                          28.42
```

```
30364 - Paralegal/Legal Assistant IV                              34.40
30375 - Petroleum Supply Specialist                               29.86
30390 - Photo-Optics Technician                                   24.41
30395 - Radiation Control Technician                              29.86
30461 - Technical Writer I                                        24.65
30462 - Technical Writer II                                       30.16
30463 - Technical Writer III                                      36.49
30491 - Unexploded Ordnance (UXO) Technician I                    25.60
30492 - Unexploded Ordnance (UXO) Technician II                   30.98
30493 - Unexploded Ordnance (UXO) Technician III                  37.13
30494 - Unexploded (UXO) Safety Escort                            25.60
30495 - Unexploded (UXO) Sweep Personnel                          25.60
30501 - Weather Forecaster I                                      27.03
30502 - Weather Forecaster II                                     32.88
30620 - Weather Observer Combined Upper Air Or      (see 2)       21.96
Surface Programs
30621 - Weather Observer Senior                     (see 2)       24.41
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                               13.27***
31030 - Bus Driver                                                18.76
31043 - Driver Courier                                            15.81
31260 - Parking and Lot Attendant                              10.52***
31290 - Shuttle Bus Driver                                        15.91
31310 - Taxi Driver                                            12.94***
31361 - Truckdriver Light                                         17.19
31362 - Truckdriver Medium                                        18.59
31363 - Truckdriver Heavy                                         21.59
31364 - Truckdriver Tractor-Trailer                               21.59
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                11.33***
99050 - Desk Clerk                                             12.27***
99095 - Embalmer                                                  30.26
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                          11.52***
99252 - Laboratory Animal Caretaker II                         12.52***
99260 - Marketing Analyst                                         26.10
99310 - Mortician                                                 30.26
99410 - Pest Controller                                           17.82
99510 - Photofinishing Worker                                  13.73***
99710 - Recycling Laborer                                         19.81
99711 - Recycling Specialist                                      25.45
99730 - Refuse Collector                                          18.60
99810 - Sales Clerk                                            12.28***
99820 - School Crossing Guard                                  12.41***
99830 - Survey Party Chief                                        29.09
99831 - Surveying Aide                                            18.07
99832 - Surveying Technician                                      24.75
99840 - Vending Machine Attendant                              14.98***
99841 - Vending Machine Repairer                                  19.26
99842 - Vending Machine Repairer Helper                        14.98***
```

```
***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.
```

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
         "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
              THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
       By direction of the Secretary of Labor    |      WAGE AND HOUR DIVISION
                                                 |      WASHINGTON D.C.  20210
                                                 |
                                                 |
                                                 |
                                                 | Wage Determination No.: 2015-4547
       Daniel W. Simms        Division of        |      Revision No.: 18
       Director          Wage Determinations|     Date Of Last Revision: 03/15/2022
                                                 |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Manatee Sarasota

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.95 |
| 01012 - Accounting Clerk II | | 17.91 |
| 01013  Accounting Clerk III | | 20.03 |
| 01020 - Administrative Assistant | | 23.98 |
| 01035 - Court Reporter | | 18.36 |
| 01041 - Customer Service Representative I | | 13.06*** |
| 01042  Customer Service Representative II | | 14.25*** |
| 01043 - Customer Service Representative III | | 16.00 |
| 01051 - Data Entry Operator I | | 15.01 |
| 01052 - Data Entry Operator II | | 16.37 |
| 01060  Dispatcher Motor Vehicle | | 18.26 |
| 01070 - Document Preparation Clerk | | 13.61*** |
| 01090 - Duplicating Machine Operator | | 13.61*** |
| 01111 - General Clerk I | | 12.84*** |
| 01112  General Clerk II | | 14.00*** |
| 01113 - General Clerk III | | 15.72 |

```
01120 - Housing Referral Assistant                      20.01
01141 - Messenger Courier                               14.05***
01191   Order Clerk I                                   14.93***
01192 - Order Clerk II                                  16.29
01261 - Personnel Assistant (Employment) I              16.01
01262 - Personnel Assistant (Employment) II             18.22
01263   Personnel Assistant (Employment) III            19.97
01270 - Production Control Clerk                         21.38
01290 - Rental Clerk                                    14.73***
01300 - Scheduler Maintenance                           16.05
01311   Secretary I                                     16.05
01312 - Secretary II                                    17.96
01313 - Secretary III                                   20.01
01320 - Service Order Dispatcher                        16.33
01410   Supply Technician                               23.98
01420 - Survey Worker                                   16.40
01460 - Switchboard Operator/Receptionist               15.72
01531 - Travel Clerk I                                  17.20
01532   Travel Clerk II                                 18.76
01533 - Travel Clerk III                                20.35
01611 - Word Processor I                                14.52***
01612 - Word Processor II                               16.30
01613   Word Processor III                              18.24
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass             22.66
05010 - Automotive  Electrician                         20.79
05040   Automotive Glass Installer                      19.87
05070 - Automotive Worker                               19.87
05110 - Mobile Equipment Servicer                       18.02
05130 - Motor Equipment Metal Mechanic                  21.75
05160   Motor Equipment Metal Worker                    19.87
05190 - Motor Vehicle Mechanic                          20.88
05220 - Motor Vehicle Mechanic Helper                   17.00
05250 - Motor Vehicle Upholstery Worker                 18.94
05280   Motor Vehicle Wrecker                           19.87
05310 - Painter Automotive                              20.79
05340 - Radiator Repair Specialist                      19.87
05370 - Tire Repairer                                   15.35
05400   Transmission Repair Specialist                  21.53
07000 - Food Preparation And Service Occupations
07010 - Baker                                           13.50***
07041 - Cook I                                          14.26***
07042   Cook II                                         16.59
07070 - Dishwasher                                      11.94***
07130 - Food Service Worker                             13.28***
07210 - Meat Cutter                                     15.99
07260   Waiter/Waitress                                 12.09***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                     17.36
09040 - Furniture Handler                               12.13***
09080   Furniture Refinisher                            16.49
09090 - Furniture Refinisher Helper                     12.38***
09110 - Furniture Repairer Minor                        14.44***
09130 - Upholsterer                                     18.32
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                11.76***
11060 - Elevator Operator                               11.76***
11090 - Gardener                                        19.40
11122   Housekeeping Aide                               12.30***
11150 - Janitor                                         12.30***
11210 - Laborer Grounds Maintenance                     14.67***
11240 - Maid or Houseman                                12.37***
11260   Pruner                                          12.90***
11270 - Tractor Operator                                17.84
11330 - Trail Maintenance Worker                        14.67***
```

```
11360 - Window Cleaner                                        13.99***
12000 - Health Occupations
  12010   Ambulance Driver                                    18.40
  12011 - Breath Alcohol Technician                           20.58
  12012 - Certified Occupational Therapist Assistant          34.70
  12015 - Certified Physical Therapist Assistant              31.34
  12020   Dental Assistant                                    22.34
  12025 - Dental Hygienist                                    37.12
  12030 - EKG Technician                                      28.45
  12035 - Electroneurodiagnostic Technologist                 28.45
  12040   Emergency Medical Technician                        18.40
  12071 - Licensed Practical Nurse I                          18.41
  12072 - Licensed Practical Nurse II                         20.58
  12073 - Licensed Practical Nurse III                        22.94
  12100   Medical Assistant                                   18.02
  12130 - Medical Laboratory Technician                       26.90
  12160 - Medical Record Clerk                                15.98
  12190 - Medical Record Technician                           17.87
  12195   Medical Transcriptionist                            18.51
  12210 - Nuclear Medicine Technologist                       37.33
  12221 - Nursing Assistant I                                 12.09***
  12222 - Nursing Assistant II                                13.58***
  12223   Nursing Assistant III                               14.82***
  12224 - Nursing Assistant IV                                16.65
  12235 - Optical Dispenser                                   24.50
  12236 - Optical Technician                                  14.80***
  12250   Pharmacy Technician                                 16.65
  12280 - Phlebotomist                                        16.98
  12305 - Radiologic Technologist                             28.55
  12311 - Registered Nurse I                                  23.88
  12312   Registered Nurse II                                 28.23
  12313 - Registered Nurse II Specialist                      28.23
  12314 - Registered Nurse III                                34.16
  12315 - Registered Nurse III Anesthetist                    34.16
  12316   Registered Nurse IV                                 40.94
  12317 - Scheduler (Drug and Alcohol Testing)                25.50
  12320 - Substance Abuse Treatment Counselor                 24.35
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                               21.45
  13012 - Exhibits Specialist II                              26.22
  13013 - Exhibits Specialist III                             30.49
  13041 - Illustrator I                                       20.77
  13042   Illustrator II                                      25.73
  13043 - Illustrator III                                     31.47
  13047 - Librarian                                           27.59
  13050 - Library Aide/Clerk                                  15.49
  13054   Library Information Technology Systems              24.65
  Administrator
  13058 - Library Technician                                  19.24
  13061 - Media Specialist I                                  17.98
  13062   Media Specialist II                                 20.11
  13063 - Media Specialist III                                22.43
  13071 - Photographer I                                      18.09
  13072 - Photographer II                                     20.23
  13073   Photographer III                                    25.08
  13074 - Photographer IV                                     29.18
  13075 - Photographer V                                      35.30
  13090 - Technical Order Library Clerk                       20.03
  13110   Video Teleconference Technician                     19.42
14000 - Information Technology Occupations
  14041 - Computer Operator I                                 20.28
  14042 - Computer Operator II                                22.70
  14043   Computer Operator III                               25.31
  14044 - Computer Operator IV                                28.12
  14045 - Computer Operator V                                 31.14
```

```
14071 - Computer Programmer I             (see 1)       22.92
14072 - Computer Programmer II            (see 1)       27.56
14073 - Computer Programmer III           (see 1)
14074 - Computer Programmer IV            (see 1)
14101 - Computer Systems Analyst I        (see 1)
14102 - Computer Systems Analyst II       (see 1)
14103 - Computer Systems Analyst III      (see 1)
14150 - Peripheral Equipment Operator                  20.28
14160 - Personal Computer Support Technician           28.12
14170 - System Support Specialist                      31.24
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)     28.58
15020 - Aircrew Training Devices Instructor (Rated)        34.55
15030 - Air Crew Training Devices Instructor (Pilot)       40.91
15050 - Computer Based Training Specialist / Instructor    29.03
15060 - Educational Technologist                       26.29
15070 - Flight Instructor (Pilot)                      40.91
15080 - Graphic Artist                                 24.23
15085 - Maintenance Test Pilot Fixed Jet/Prop          40.91
15086 - Maintenance Test Pilot Rotary Wing             40.91
15088 - Non-Maintenance Test/Co-Pilot                  40.91
15090 - Technical Instructor                           23.13
15095 - Technical Instructor/Course Developer          28.29
15110 - Test Proctor                                   18.68
15120 - Tutor                                          18.68
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                      10.76***
16030 - Counter Attendant                              10.76***
16040 - Dry Cleaner                                    13.71***
16070 - Finisher Flatwork Machine                      10.76***
16090 - Presser Hand                                   10.76***
16110 - Presser Machine Drycleaning                    10.76***
16130 - Presser Machine Shirts                         10.76***
16160 - Presser Machine Wearing Apparel Laundry        10.76***
16190 - Sewing Machine Operator                        14.59***
16220 - Tailor                                         15.55
16250 - Washer Machine                                 11.82***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)              20.31
19040 - Tool And Die Maker                             24.74
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                              16.62
21030 - Material Coordinator                           21.38
21040 - Material Expediter                             21.38
21050 - Material Handling Laborer                      14.61***
21071 - Order Filler                                   13.50***
21080 - Production Line Worker (Food Processing)       16.62
21110 - Shipping Packer                                15.06
21130 - Shipping/Receiving Clerk                       15.06
21140 - Store Worker I                                 11.33***
21150 - Stock Clerk                                    16.18
21210 - Tools And Parts Attendant                      16.62
21410 - Warehouse Specialist                           16.62
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                    28.92
23019 - Aircraft Logs and Records Technician           23.98
23021 - Aircraft Mechanic I                            27.54
23022 - Aircraft Mechanic II                           28.92
23023 - Aircraft Mechanic III                          30.36
23040 - Aircraft Mechanic Helper                       21.44
23050 - Aircraft Painter                               23.47
23060 - Aircraft Servicer                              23.98
23070 - Aircraft Survival Flight Equipment Technician  23.47
23080 - Aircraft Worker                                25.16
23091 - Aircrew Life Support Equipment (ALSE) Mechanic 25.16
```

```
I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic        27.54
II
  23110 - Appliance Mechanic                                    19.44
  23120 - Bicycle Repairer                                      15.64
  23125 - Cable Splicer                                         22.88
  23130 - Carpenter Maintenance                                 19.30
  23140 - Carpet Layer                                          18.19
  23160 - Electrician Maintenance                               22.49
  23181 - Electronics Technician Maintenance I                  22.16
  23182 - Electronics Technician Maintenance II                 23.56
  23183 - Electronics Technician Maintenance III                25.10
  23260 - Fabric Worker                                         16.94
  23290 - Fire Alarm System Mechanic                            23.44
  23310 - Fire Extinguisher Repairer                            15.64
  23311 - Fuel Distribution System Mechanic                     20.50
  23312 - Fuel Distribution System Operator                     15.87
  23370 - General Maintenance Worker                            18.98
  23380 - Ground Support Equipment Mechanic                     27.54
  23381 - Ground Support Equipment Servicer                     23.98
  23382 - Ground Support Equipment Worker                       25.16
  23391 - Gunsmith I                                            15.64
  23392 - Gunsmith II                                           18.19
  23393 - Gunsmith III                                          20.58
  23410 - Heating Ventilation And Air-Conditioning             21.10
Mechanic
  23411 - Heating Ventilation And Air Contidioning            22.22
Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                              24.00
  23440 - Heavy Equipment Operator                              19.44
  23460 - Instrument Mechanic                                   20.58
  23465 - Laboratory/Shelter Mechanic                          19.34
  23470 - Laborer                                              14.61***
  23510 - Locksmith                                            19.34
  23530 - Machinery Maintenance Mechanic                       22.64
  23550 - Machinist Maintenance                                20.41
  23580 - Maintenance Trades Helper                            15.98
  23591 - Metrology Technician I                               20.58
  23592 - Metrology Technician II                              21.68
  23593 - Metrology Technician III                             22.60
  23640 - Millwright                                           20.58
  23710 - Office Appliance Repairer                            21.91
  23760 - Painter Maintenance                                  18.08
  23790 - Pipefitter Maintenance                               21.62
  23810 - Plumber Maintenance                                  20.32
  23820 - Pneudraulic Systems Mechanic                         20.58
  23850 - Rigger                                               19.53
  23870 - Scale Mechanic                                       18.19
  23890 - Sheet-Metal Worker Maintenance                       18.41
  23910 - Small Engine Mechanic                                18.21
  23931 - Telecommunications Mechanic I                        25.58
  23932 - Telecommunications Mechanic II                       26.94
  23950 - Telephone Lineman                                    23.50
  23960 - Welder Combination Maintenance                       20.64
  23965 - Well Driller                                         20.58
  23970 - Woodcraft Worker                                     20.58
  23980 - Woodworker                                           15.64
24000 - Personal Needs Occupations
  24550 - Case Manager                                         17.69
  24570 - Child Care Attendant                                 12.85***
  24580 - Child Care Center Clerk                              16.03
  24610 - Chore Aide                                           12.77***
  24620 - Family Readiness And Support Services                17.69
Coordinator
  24630 - Homemaker                                            17.69
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                      20.86
   25040 - Sewage Plant Operator                              22.57
   25070 - Stationary Engineer                                20.86
   25190 - Ventilation Equipment Tender                    14.64***
   25210 - Water Treatment Plant Operator                     22.57
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                      19.22
   27007 - Baggage Inspector                               13.42***
   27008 - Corrections Officer                                25.97
   27010 - Court Security Officer                             26.49
   27030 - Detection Dog Handler                              16.69
   27040 - Detention Officer                                  25.97
   27070 - Firefighter                                        27.15
   27101 - Guard I                                         13.42***
   27102 - Guard II                                           16.69
   27131 - Police Officer I                                   26.68
   27132 - Police Officer II                                  29.64
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                     13.68***
   28042 - Carnival Equipment Repairer                     14.85***
   28043 - Carnival Worker                                  9.96***
   28210 - Gate Attendant/Gate Tender                         18.04
   28310 - Lifeguard                                       13.37***
   28350 - Park Attendant (Aide)                              20.19
   28510 - Recreation Aide/Health Facility Attendant      13.33***
   28515 - Recreation Specialist                              24.92
   28630 - Sports Official                                    16.07
   28690 - Swimming Pool Operator                             17.30
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                 24.49
   29020 - Hatch Tender                                       24.49
   29030 - Line Handler                                       24.49
   29041 - Stevedore I                                        21.98
   29042 - Stevedore II                                       26.10
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.29
   30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.78
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
   30021 - Archeological Technician I                         17.09
   30022 - Archeological Technician II                        19.12
   30023 - Archeological Technician III                       23.68
   30030 - Cartographic Technician                            24.49
   30040 - Civil Engineering Technician                       26.40
   30051 - Cryogenic Technician I                             26.23
   30052 - Cryogenic Technician II                            28.97
   30061 - Drafter/CAD Operator I                             17.09
   30062 - Drafter/CAD Operator II                            19.12
   30063 - Drafter/CAD Operator III                           21.32
   30064 - Drafter/CAD Operator IV                            26.23
   30081 - Engineering Technician I                           16.69
   30082 - Engineering Technician II                          18.74
   30083 - Engineering Technician III                         21.23
   30084 - Engineering Technician IV                          24.45
   30085 - Engineering Technician V                           28.97
   30086 - Engineering Technician VI                          33.11
   30090 - Environmental Technician                           21.98
   30095 - Evidence Control Specialist                        23.68
   30210 - Laboratory Technician                              21.32
   30221 - Latent Fingerprint Technician I                    26.23
   30222 - Latent Fingerprint Technician II                   28.97
   30240 - Mathematical Technician                            23.68
   30361 - Paralegal/Legal Assistant I                        19.81
   30362 - Paralegal/Legal Assistant II                       24.54
   30363 - Paralegal/Legal Assistant III                      30.02
```

```
30364 - Paralegal/Legal Assistant IV                          36.32
30375 - Petroleum Supply Specialist                           28.97
30390 - Photo-Optics Technician                               23.68
30395 - Radiation Control Technician                          28.97
30461 - Technical Writer I                                    25.31
30462 - Technical Writer II                                   30.96
30463 - Technical Writer III                                  37.47
30491 - Unexploded Ordnance (UXO) Technician I                25.60
30492 - Unexploded Ordnance (UXO) Technician II               30.98
30493 - Unexploded Ordnance (UXO) Technician III              37.13
30494 - Unexploded (UXO) Safety Escort                        25.60
30495 - Unexploded (UXO) Sweep Personnel                      25.60
30501 - Weather Forecaster I                                  26.23
30502 - Weather Forecaster II                                 31.91
30620 - Weather Observer Combined Upper Air Or     (see 2)    21.32
Surface Programs
30621 - Weather Observer Senior               (see 2)         23.68
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        30.98
31020 - Bus Aide                                              11.39***
31030 - Bus Driver                                            16.29
31043 - Driver Courier                                        14.68***
31260 - Parking and Lot Attendant                             11.83***
31290 - Shuttle Bus Driver                                    15.55
31310 - Taxi Driver                                           15.02
31361 - Truckdriver Light                                     15.97
31362 - Truckdriver Medium                                    17.28
31363 - Truckdriver Heavy                                     20.70
31364 - Truckdriver Tractor-Trailer                           20.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               15.10
99030 - Cashier                                               11.35***
99050 - Desk Clerk                                            12.75***
99095 - Embalmer                                              30.13
99130 - Flight Follower                                       25.60
99251 - Laboratory Animal Caretaker I                         13.81***
99252 - Laboratory Animal Caretaker II                        15.02
99260 - Marketing Analyst                                     27.78
99310 - Mortician                                             30.13
99410 - Pest Controller                                       18.41
99510 - Photofinishing Worker                                 14.01***
99710 - Recycling Laborer                                     20.46
99711 - Recycling Specialist                                  24.87
99730 - Refuse Collector                                      17.99
99810 - Sales Clerk                                           12.49***
99820 - School Crossing Guard                                 12.24***
99830 - Survey Party Chief                                    19.14
99831 - Surveying Aide                                        11.78***
99832 - Surveying Technician                                  17.98
99840 - Vending Machine Attendant                             17.75
99841 - Vending Machine Repairer                              22.46
99842 - Vending Machine Repairer Helper                       17.75
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; and 3 weeks after 5 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
      "REGISTER OF WAGE DETERMINATIONS UNDER |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor     |       WAGE AND HOUR DIVISION
                                              |         WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4563
   Daniel W. Simms          Division of       |        Revision No.: 18
   Director           Wage Determinations     | Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Martin St Lucie

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.62 |
| 01012 - Accounting Clerk II | | 17.54 |
| 01013 - Accounting Clerk III | | 19.62 |
| 01020 - Administrative Assistant | | 24.86 |
| 01035 - Court Reporter | | 18.82 |
| 01041 - Customer Service Representative I | | 12.97*** |
| 01042 - Customer Service Representative II | | 14.58*** |
| 01043 - Customer Service Representative III | | 15.91 |
| 01051 - Data Entry Operator I | | 15.15 |
| 01052 - Data Entry Operator II | | 16.53 |
| 01060 - Dispatcher Motor Vehicle | | 20.09 |
| 01070 - Document Preparation Clerk | | 14.24*** |
| 01090 - Duplicating Machine Operator | | 14.24*** |
| 01111 - General Clerk I | | 13.89*** |
| 01112 - General Clerk II | | 15.17 |
| 01113 - General Clerk III | | 17.03 |

```
01120 - Housing Referral Assistant                         20.88
01141 - Messenger Courier                                  14.35***
01191   Order Clerk I                                      14.74***
01192 - Order Clerk II                                     16.09
01261 - Personnel Assistant (Employment) I                 18.17
01262 - Personnel Assistant (Employment) II                20.32
01263   Personnel Assistant (Employment) III               22.65
01270 - Production Control Clerk                            20.51
01290 - Rental Clerk                                       14.93***
01300 - Scheduler Maintenance                              16.74
01311   Secretary I                                        16.74
01312 - Secretary II                                       18.73
01313 - Secretary III                                      20.88
01320 - Service Order Dispatcher                           17.95
01410   Supply Technician                                  24.86
01420 - Survey Worker                                      23.73
01460 - Switchboard Operator/Receptionist                  14.30***
01531 - Travel Clerk I                                     13.85***
01532   Travel Clerk II                                    15.01
01533 - Travel Clerk III                                   16.12
01611 - Word Processor I                                   15.15
01612 - Word Processor II                                  17.01
01613   Word Processor III                                 18.80
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                18.09
05010 - Automotive  Electrician                            21.10
05040   Automotive Glass Installer                         19.70
05070 - Automotive Worker                                  19.70
05110 - Mobile Equipment Servicer                          16.66
05130 - Motor Equipment Metal Mechanic                     22.50
05160   Motor Equipment Metal Worker                       19.70
05190 - Motor Vehicle Mechanic                             22.50
05220 - Motor Vehicle Mechanic Helper                      15.12
05250 - Motor Vehicle Upholstery Worker                    18.22
05280   Motor Vehicle Wrecker                              19.70
05310 - Painter Automotive                                 21.10
05340 - Radiator Repair Specialist                         19.70
05370 - Tire Repairer                                      13.45***
05400   Transmission Repair Specialist                     22.50
07000 - Food Preparation And Service Occupations
07010 - Baker                                              13.86***
07041 - Cook I                                             13.61***
07042   Cook II                                            16.09
07070 - Dishwasher                                         11.44***
07130 - Food Service Worker                                11.50***
07210 - Meat Cutter                                        19.06
07260   Waiter/Waitress                                     9.85***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        19.08
09040 - Furniture Handler                                  10.82***
09080   Furniture Refinisher                               19.05
09090 - Furniture Refinisher Helper                        13.65***
09110 - Furniture Repairer Minor                           16.45
09130   Upholsterer                                        19.01
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   12.71***
11060 - Elevator Operator                                  13.64***
11090 - Gardener                                           19.41
11122   Housekeeping Aide                                  13.64***
11150 - Janitor                                            13.64***
11210 - Laborer Grounds Maintenance                        13.97***
11240 - Maid or Houseman                                   11.73***
11260   Pruner                                             12.17***
11270 - Tractor Operator                                   17.62
11330 - Trail Maintenance Worker                           13.97***
```

```
    11360 - Window Cleaner                                       15.65
12000 - Health Occupations
    12010   Ambulance Driver                                     20.42
    12011 - Breath Alcohol Technician                            21.35
    12012 - Certified Occupational Therapist Assistant           32.71
    12015 - Certified Physical Therapist Assistant               30.88
    12020   Dental Assistant                                     21.30
    12025 - Dental Hygienist                                     34.35
    12030 - EKG Technician                                       31.73
    12035 - Electroneurodiagnostic Technologist                  31.73
    12040   Emergency Medical Technician                         20.42
    12071 - Licensed Practical Nurse I                           19.10
    12072 - Licensed Practical Nurse II                          21.35
    12073 - Licensed Practical Nurse III                         23.80
    12100   Medical Assistant                                    15.98
    12130 - Medical Laboratory Technician                        23.20
    12160 - Medical Record Clerk                                 16.79
    12190 - Medical Record Technician                            18.78
    12195   Medical Transcriptionist                             19.83
    12210 - Nuclear Medicine Technologist                        41.17
    12221 - Nursing Assistant I                                13.07***
    12222 - Nursing Assistant II                               14.69***
    12223   Nursing Assistant III                                16.04
    12224 - Nursing Assistant IV                                 18.00
    12235 - Optical Dispenser                                    26.07
    12236 - Optical Technician                                   19.10
    12250   Pharmacy Technician                                  16.39
    12280 - Phlebotomist                                         17.80
    12305 - Radiologic Technologist                              25.46
    12311 - Registered Nurse I                                   26.32
    12312   Registered Nurse II                                  31.85
    12313 - Registered Nurse II Specialist                       31.85
    12314 - Registered Nurse III                                 38.54
    12315 - Registered Nurse III Anesthetist                     38.54
    12316   Registered Nurse IV                                  46.19
    12317 - Scheduler (Drug and Alcohol Testing)                 26.45
    12320 - Substance Abuse Treatment Counselor                  25.93
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                                21.97
    13012 - Exhibits Specialist II                               27.23
    13013 - Exhibits Specialist III                              33.31
    13041 - Illustrator I                                        21.97
    13042   Illustrator II                                       27.23
    13043 - Illustrator III                                      33.31
    13047 - Librarian                                            30.39
    13050 - Library Aide/Clerk                                 14.97***
    13054   Library Information Technology Systems               26.99
    Administrator
    13058 - Library Technician                                   20.00
    13061 - Media Specialist I                                   19.65
    13062   Media Specialist II                                  21.97
    13063 - Media Specialist III                                 24.50
    13071 - Photographer I                                       17.47
    13072 - Photographer II                                      19.54
    13073   Photographer III                                     24.21
    13074 - Photographer IV                                      29.62
    13075 - Photographer V                                       35.83
    13090 - Technical Order Library Clerk                        18.90
    13110   Video Teleconference Technician                      19.65
14000 - Information Technology Occupations
    14041 - Computer Operator I                                  18.69
    14042 - Computer Operator II                                 20.90
    14043   Computer Operator III                                23.30
    14044 - Computer Operator IV                                 25.89
    14045 - Computer Operator V                                  28.67
```

```
14071 - Computer Programmer I                    (see 1)         22.63
14072 - Computer Programmer II                   (see 1)
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                            18.69
14160 - Personal Computer Support Technician                     25.89
14170 - System Support Specialist                                30.66
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)          32.29
15020 - Aircrew Training Devices Instructor (Rated)              39.07
15030 - Air Crew Training Devices Instructor (Pilot)             46.83
15050 - Computer Based Training Specialist / Instructor          32.29
15060 - Educational Technologist                                 31.45
15070 - Flight Instructor (Pilot)                                46.83
15080 - Graphic Artist                                           23.71
15085 - Maintenance Test Pilot Fixed Jet/Prop                    46.83
15086 - Maintenance Test Pilot Rotary Wing                       46.83
15088 - Non-Maintenance Test/Co-Pilot                            46.83
15090 - Technical Instructor                                     23.80
15095 - Technical Instructor/Course Developer                    29.12
15110 - Test Proctor                                             19.21
15120 - Tutor                                                    19.21
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                             10.61***
16030 - Counter Attendant                                     10.61***
16040 - Dry Cleaner                                           13.19***
16070 - Finisher Flatwork Machine                             10.61***
16090 - Presser Hand                                          10.61***
16110 - Presser Machine Drycleaning                           10.61***
16130 - Presser Machine Shirts                                10.61***
16160 - Presser Machine Wearing Apparel Laundry               10.61***
16190 - Sewing Machine Operator                               14.02***
16220 - Tailor                                                14.87***
16250 - Washer Machine                                        11.48***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                        20.17
19040 - Tool And Die Maker                                       25.66
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                        16.59
21030 - Material Coordinator                                     20.51
21040 - Material Expediter                                       20.51
21050 - Material Handling Laborer                             13.66***
21071 - Order Filler                                          13.84***
21080 - Production Line Worker (Food Processing)                 16.59
21110 - Shipping Packer                                          18.71
21130 - Shipping/Receiving Clerk                                 18.71
21140 - Store Worker I                                        10.87***
21150 - Stock Clerk                                              16.61
21210 - Tools And Parts Attendant                                16.59
21410 - Warehouse Specialist                                     16.59
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                              24.81
23019 - Aircraft Logs and Records Technician                     18.80
23021 - Aircraft Mechanic I                                      23.31
23022 - Aircraft Mechanic II                                     24.81
23023 - Aircraft Mechanic III                                    26.28
23040 - Aircraft Mechanic Helper                                 15.59
23050 - Aircraft Painter                                         20.17
23060 - Aircraft Servicer                                        18.80
23070 - Aircraft Survival Flight Equipment Technician            20.17
23080 - Aircraft Worker                                          20.33
23091 - Aircrew Life Support Equipment (ALSE) Mechanic           20.33
```

```
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          23.31
II
23110 - Appliance Mechanic                                     20.38
23120 - Bicycle Repairer                                       15.93
23125 - Cable Splicer                                          25.85
23130 - Carpenter Maintenance                                  19.32
23140 - Carpet Layer                                           18.83
23160 - Electrician Maintenance                                22.40
23181 - Electronics Technician Maintenance I                   23.76
23182 - Electronics Technician Maintenance II                  26.58
23183 - Electronics Technician Maintenance III                 29.81
23260 - Fabric Worker                                          17.63
23290 - Fire Alarm System Mechanic                             20.44
23310 - Fire Extinguisher Repairer                             15.93
23311 - Fuel Distribution System Mechanic                      22.37
23312 - Fuel Distribution System Operator                      16.57
23370 - General Maintenance Worker                             16.52
23380 - Ground Support Equipment Mechanic                      23.31
23381 - Ground Support Equipment Servicer                      18.80
23382 - Ground Support Equipment Worker                        20.33
23391 - Gunsmith I                                             15.93
23392 - Gunsmith II                                            18.83
23393 - Gunsmith III                                           21.51
23410 - Heating Ventilation And Air-Conditioning               20.08
Mechanic
23411 - Heating Ventilation And Air Contidioning               21.37
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                               22.67
23440 - Heavy Equipment Operator                               19.46
23460 - Instrument Mechanic                                    21.51
23465 - Laboratory/Shelter Mechanic                            20.17
23470 - Laborer                                                13.66***
23510 - Locksmith                                              20.17
23530 - Machinery Maintenance Mechanic                         26.03
23550 - Machinist Maintenance                                  22.12
23580 - Maintenance Trades Helper                              15.55
23591 - Metrology Technician I                                 21.51
23592 - Metrology Technician II                                22.89
23593 - Metrology Technician III                               24.25
23640 - Millwright                                             21.51
23710 - Office Appliance Repairer                              20.17
23760 - Painter Maintenance                                    19.26
23790 - Pipefitter Maintenance                                 25.56
23810 - Plumber Maintenance                                    23.97
23820 - Pneudraulic Systems Mechanic                           21.51
23850 - Rigger                                                 21.91
23870 - Scale Mechanic                                         18.83
23890 - Sheet-Metal Worker Maintenance                         20.08
23910 - Small Engine Mechanic                                  19.49
23931 - Telecommunications Mechanic I                          31.10
23932 - Telecommunications Mechanic II                         33.89
23950 - Telephone Lineman                                      20.79
23960 - Welder Combination Maintenance                         21.12
23965 - Well Driller                                           21.51
23970 - Woodcraft Worker                                       21.51
23980 - Woodworker                                             15.93
24000 - Personal Needs Occupations
24550 - Case Manager                                           17.49
24570 - Child Care Attendant                                   10.93***
24580 - Child Care Center Clerk                                15.33
24610 - Chore Aide                                             11.92***
24620 - Family Readiness And Support Services                  17.49
Coordinator
24630 - Homemaker                                              17.68
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                       21.51
    25040 - Sewage Plant Operator                               24.55
    25070 - Stationary Engineer                                 21.51
    25190 - Ventilation Equipment Tender                     14.46***
    25210 - Water Treatment Plant Operator                      24.55
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                       20.91
    27007 - Baggage Inspector                                   15.52
    27008 - Corrections Officer                                 27.67
    27010 - Court Security Officer                              31.35
    27030 - Detection Dog Handler                               18.11
    27040 - Detention Officer                                   27.67
    27070 - Firefighter                                         28.70
    27101 - Guard I                                             15.52
    27102 - Guard II                                            18.11
    27131 - Police Officer I                                    30.90
    27132 - Police Officer II                                   34.34
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                         15.25
    28042 - Carnival Equipment Repairer                         16.80
    28043 - Carnival Worker                                  10.54***
    28210 - Gate Attendant/Gate Tender                          15.10
    28310 - Lifeguard                                           15.50
    28350 - Park Attendant (Aide)                               16.89
    28510 - Recreation Aide/Health Facility Attendant        12.32***
    28515 - Recreation Specialist                              20.92
    28630 - Sports Official                                  13.45***
    28690 - Swimming Pool Operator                             19.89
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                 21.65
    29020 - Hatch Tender                                       21.65
    29030 - Line Handler                                       21.65
    29041 - Stevedore I                                        20.86
    29042 - Stevedore II                                       24.35
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  42.91
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)  29.59
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 32.58
    30021 - Archeological Technician I                          19.14
    30022 - Archeological Technician II                         21.41
    30023 - Archeological Technician III                        26.52
    30030 - Cartographic Technician                             26.52
    30040 - Civil Engineering Technician                        26.52
    30051 - Cryogenic Technician I                              29.37
    30052 - Cryogenic Technician II                             32.44
    30061 - Drafter/CAD Operator I                              19.14
    30062 - Drafter/CAD Operator II                             21.41
    30063 - Drafter/CAD Operator III                            23.86
    30064 - Drafter/CAD Operator IV                             29.37
    30081 - Engineering Technician I                            18.79
    30082 - Engineering Technician II                           21.92
    30083 - Engineering Technician III                          24.53
    30084 - Engineering Technician IV                           29.22
    30085 - Engineering Technician V                            35.73
    30086 - Engineering Technician VI                           41.29
    30090 - Environmental Technician                            24.89
    30095 - Evidence Control Specialist                         26.52
    30210 - Laboratory Technician                               23.86
    30221 - Latent Fingerprint Technician I                     29.37
    30222 - Latent Fingerprint Technician II                    32.44
    30240 - Mathematical Technician                             26.52
    30361 - Paralegal/Legal Assistant I                         20.69
    30362 - Paralegal/Legal Assistant II                        25.64
    30363 - Paralegal/Legal Assistant III                       31.37
```

```
30364 - Paralegal/Legal Assistant IV                          37.94
30375 - Petroleum Supply Specialist                           32.44
30390 - Photo-Optics Technician                               26.52
30395 - Radiation Control Technician                          32.44
30461 - Technical Writer I                                    26.52
30462 - Technical Writer II                                   32.44
30463 - Technical Writer III                                  39.26
30491 - Unexploded Ordnance (UXO) Technician I                27.27
30492 - Unexploded Ordnance (UXO) Technician II               33.00
30493 - Unexploded Ordnance (UXO) Technician III              39.55
30494 - Unexploded (UXO) Safety Escort                        27.27
30495 - Unexploded (UXO) Sweep Personnel                      27.27
30501 - Weather Forecaster I                                  29.37
30502 - Weather Forecaster II                                 35.73
30620 - Weather Observer Combined Upper Air Or    (see 2)     23.86
Surface Programs
30621 - Weather Observer Senior                   (see 2)     26.52
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        33.00
31020 - Bus Aide                                              11.55***
31030 - Bus Driver                                            17.57
31043 - Driver Courier                                        14.92***
31260 - Parking and Lot Attendant                            10.98***
31290 - Shuttle Bus Driver                                    16.45
31310 - Taxi Driver                                           14.20***
31361 - Truckdriver Light                                     16.45
31362 - Truckdriver Medium                                    17.99
31363 - Truckdriver Heavy                                     20.47
31364 - Truckdriver Tractor-Trailer                           20.47
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               16.09
99030 - Cashier                                               11.82***
99050 - Desk Clerk                                            11.46***
99095 - Embalmer                                              26.61
99130 - Flight Follower                                       27.27
99251 - Laboratory Animal Caretaker I                         17.20
99252 - Laboratory Animal Caretaker II                        18.94
99260 - Marketing Analyst                                     27.29
99310 - Mortician                                             26.61
99410 - Pest Controller                                       16.92
99510 - Photofinishing Worker                                 14.76***
99710 - Recycling Laborer                                     21.09
99711 - Recycling Specialist                                  26.60
99730 - Refuse Collector                                      18.37
99810 - Sales Clerk                                           12.58***
99820 - School Crossing Guard                                 12.77***
99830 - Survey Party Chief                                    22.38
99831 - Surveying Aide                                        13.50***
99832 - Surveying Technician                                  20.39
99840 - Vending Machine Attendant                             18.49
99841 - Vending Machine Repairer                              24.08
99842 - Vending Machine Repairer Helper                       18.49
```

```
***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.
```

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate.


2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |       U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT        | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                         |         WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         | Wage Determination No.: 2015-4541
Daniel W. Simms        Division of |       Revision No.: 16
Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent        |
|                                      |performing on the contract in 2022.         |

|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent        |
|                                      |performing on the contract in 2022.         |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Polk

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                         FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                  14.55***
   01012 - Accounting Clerk II                                 16.15
   01013   Accounting Clerk III                                18.08
   01020 - Administrative Assistant                            25.53
   01035 - Court Reporter                                      18.36
   01041 - Customer Service Representative I                   13.61***
   01042   Customer Service Representative II                  14.85***
   01043 - Customer Service Representative III                 16.68
   01051 - Data Entry Operator I                               13.05***
   01052 - Data Entry Operator II                              14.24***
   01060   Dispatcher Motor Vehicle                            18.34
   01070 - Document Preparation Clerk                          13.32***
   01090 - Duplicating Machine Operator                        13.32***
   01111 - General Clerk I                                     13.18***
   01112   General Clerk II                                    14.38***
   01113 - General Clerk III                                   16.15

```

```
01120 - Housing Referral Assistant                        19.70
01141 - Messenger Courier                                 12.51***
01191   Order Clerk I                                     17.71
01192 - Order Clerk II                                    19.32
01261 - Personnel Assistant (Employment) I                16.54
01262 - Personnel Assistant (Employment) II               18.50
01263   Personnel Assistant (Employment) III              20.62
01270 - Production Control Clerk                           21.06
01290 - Rental Clerk                                       16.20
01300 - Scheduler Maintenance                             15.81
01311   Secretary I                                       15.81
01312 - Secretary II                                      17.69
01313 - Secretary III                                     19.73
01320 - Service Order Dispatcher                          16.39
01410   Supply Technician                                 25.53
01420 - Survey Worker                                     14.59***
01460 - Switchboard Operator/Receptionist                 13.54***
01531 - Travel Clerk I                                    15.70
01532   Travel Clerk II                                   17.12
01533 - Travel Clerk III                                  18.57
01611 - Word Processor I                                  14.08***
01612   Word Processor II                                 15.81
01613   Word Processor III                                17.69
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               21.16
05010 - Automotive  Electrician                           20.79
05040   Automotive Glass Installer                        19.87
05070 - Automotive Worker                                 19.87
05110 - Mobile Equipment Servicer                         18.02
05130 - Motor Equipment Metal Mechanic                    21.75
05160   Motor Equipment Metal Worker                      19.87
05190 - Motor Vehicle Mechanic                            21.36
05220 - Motor Vehicle Mechanic Helper                     17.00
05250 - Motor Vehicle Upholstery Worker                   18.94
05280   Motor Vehicle Wrecker                             19.87
05310 - Painter Automotive                                20.79
05340 - Radiator Repair Specialist                        19.87
05370 - Tire Repairer                                     13.87***
05400   Transmission Repair Specialist                    21.53
07000 - Food Preparation And Service Occupations
07010 - Baker                                             14.47***
07041 - Cook I                                            12.21***
07042   Cook II                                           14.19***
07070 - Dishwasher                                        10.45***
07130 - Food Service Worker                               11.54***
07210 - Meat Cutter                                       16.13
07260   Waiter/Waitress                                    9.78***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       19.41
09040 - Furniture Handler                                 12.13***
09080   Furniture Refinisher                              19.41
09090 - Furniture Refinisher Helper                       14.43***
09110 - Furniture Repairer Minor                          16.99
09130 - Upholsterer                                       19.41
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  13.00***
11060 - Elevator Operator                                 13.00***
11090 - Gardener                                          17.30
11122   Housekeeping Aide                                 11.32***
11150 - Janitor                                           11.32***
11210 - Laborer Grounds Maintenance                       13.08***
11240 - Maid or Houseman                                  11.22***
11260   Pruner                                            11.51***
11270 - Tractor Operator                                  15.91
11330 - Trail Maintenance Worker                          13.08***
```

```
      11360 - Window Cleaner                                        12.76***
12000 - Health Occupations
      12010   Ambulance Driver                                      17.92
      12011 - Breath Alcohol Technician                             18.64
      12012 - Certified Occupational Therapist Assistant            31.41
      12015 - Certified Physical Therapist Assistant                30.65
      12020   Dental Assistant                                      18.38
      12025 - Dental Hygienist                                      35.21
      12030 - EKG Technician                                        27.24
      12035 - Electroneurodiagnostic Technologist                   27.24
      12040   Emergency Medical Technician                          17.92
      12071 - Licensed Practical Nurse I                            17.44
      12072 - Licensed Practical Nurse II                           19.51
      12073 - Licensed Practical Nurse III                          21.75
      12100   Medical Assistant                                     14.82***
      12130 - Medical Laboratory Technician                         24.02
      12160 - Medical Record Clerk                                  18.67
      12190 - Medical Record Technician                             20.88
      12195   Medical Transcriptionist                              19.98
      12210 - Nuclear Medicine Technologist                         37.62
      12221 - Nursing Assistant I                                   11.75***
      12222 - Nursing Assistant II                                  13.20***
      12223   Nursing Assistant III                                 14.40***
      12224 - Nursing Assistant IV                                  16.18
      12235 - Optical Dispenser                                     20.92
      12236 - Optical Technician                                    15.18
      12250   Pharmacy Technician                                   15.17
      12280 - Phlebotomist                                          16.52
      12305 - Radiologic Technologist                               28.87
      12311 - Registered Nurse I                                    24.92
      12312   Registered Nurse II                                   30.48
      12313 - Registered Nurse II Specialist                        30.48
      12314 - Registered Nurse III                                  36.89
      12315 - Registered Nurse III Anesthetist                      36.89
      12316   Registered Nurse IV                                   44.20
      12317 - Scheduler (Drug and Alcohol Testing)                  23.10
      12320 - Substance Abuse Treatment Counselor                   19.28
13000 - Information And Arts Occupations
      13011   Exhibits Specialist I                                 22.63
      13012 - Exhibits Specialist II                                28.03
      13013 - Exhibits Specialist III                               34.28
      13041 - Illustrator I                                         22.63
      13042   Illustrator II                                        28.03
      13043 - Illustrator III                                       34.28
      13047 - Librarian                                             31.04
      13050 - Library Aide/Clerk                                    12.16***
      13054   Library Information Technology Systems                28.03
      Administrator
      13058 - Library Technician                                    14.34***
      13061 - Media Specialist I                                    20.22
      13062   Media Specialist II                                   22.63
      13063 - Media Specialist III                                  25.23
      13071 - Photographer I                                        19.90
      13072 - Photographer II                                       22.25
      13073   Photographer III                                      27.59
      13074 - Photographer IV                                       32.10
      13075 - Photographer V                                        38.83
      13090 - Technical Order Library Clerk                         15.74
      13110   Video Teleconference Technician                       22.00
14000 - Information Technology Occupations
      14041 - Computer Operator I                                   17.60
      14042 - Computer Operator II                                  19.69
      14043   Computer Operator III                                 21.99
      14044 - Computer Operator IV                                  24.39
      14045 - Computer Operator V                                   27.02
```

```
14071 - Computer Programmer I                        (see 1)          22.92
14072 - Computer Programmer II                       (see 1)          27.56
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                                 17.60
14160 - Personal Computer Support Technician                          24.39
14170 - System Support Specialist                                     26.64
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)           29.49
    15020 - Aircrew Training Devices Instructor (Rated)               35.69
    15030 - Air Crew Training Devices Instructor (Pilot)              42.78
    15050 - Computer Based Training Specialist / Instructor           29.49
    15060 - Educational Technologist                                  30.44
    15070 - Flight Instructor (Pilot)                                 42.78
    15080 - Graphic Artist                                            22.03
    15085 - Maintenance Test Pilot Fixed Jet/Prop                     42.78
    15086 - Maintenance Test Pilot Rotary Wing                        42.78
    15088 - Non-Maintenance Test/Co-Pilot                             42.78
    15090 - Technical Instructor                                      21.98
    15095 - Technical Instructor/Course Developer                     26.89
    15110 - Test Proctor                                              17.75
    15120 - Tutor                                                     17.75
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                               10.49***
    16030 - Counter Attendant                                       10.49***
    16040 - Dry Cleaner                                             13.31***
    16070 - Finisher Flatwork Machine                               10.49***
    16090 - Presser Hand                                            10.49***
    16110 - Presser Machine Drycleaning                             10.49***
    16130 - Presser Machine Shirts                                  10.49***
    16160 - Presser Machine Wearing Apparel Laundry                 10.49***
    16190 - Sewing Machine Operator                                 14.24***
    16220 - Tailor                                                    15.13
    16250 - Washer Machine                                          11.48***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                         19.14
    19040 - Tool And Die Maker                                        23.27
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                         17.83
    21030 - Material Coordinator                                      21.06
    21040 - Material Expediter                                        21.06
    21050 - Material Handling Laborer                               14.93***
    21071 - Order Filler                                            14.58***
    21080 - Production Line Worker (Food Processing)                  17.83
    21110 - Shipping Packer                                           17.15
    21130 - Shipping/Receiving Clerk                                  17.15
    21140 - Store Worker I                                          11.33***
    21150 - Stock Clerk                                               16.18
    21210 - Tools And Parts Attendant                                 17.83
    21410 - Warehouse Specialist                                      17.83
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                               28.92
    23019 - Aircraft Logs and Records Technician                      23.57
    23021 - Aircraft Mechanic I                                       27.54
    23022 - Aircraft Mechanic II                                      28.92
    23023 - Aircraft Mechanic III                                     30.36
    23040 - Aircraft Mechanic Helper                                  20.02
    23050 - Aircraft Painter                                          25.64
    23060 - Aircraft Servicer                                         23.57
    23070 - Aircraft Survival Flight Equipment Technician             25.64
    23080 - Aircraft Worker                                           25.16
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic            25.16
```

```
        I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic           27.54
        II
    23110 - Appliance Mechanic                                       21.83
    23120 - Bicycle Repairer                                         17.28
    23125 - Cable Splicer                                            32.44
    23130 - Carpenter Maintenance                                    18.51
    23140 - Carpet Layer                                             20.10
    23160 - Electrician Maintenance                                  21.99
    23181 - Electronics Technician Maintenance I                     23.64
    23182 - Electronics Technician Maintenance II                    25.12
    23183 - Electronics Technician Maintenance III                   26.73
    23260 - Fabric Worker                                            18.70
    23290 - Fire Alarm System Mechanic                               19.09
    23310 - Fire Extinguisher Repairer                               17.28
    23311 - Fuel Distribution System Mechanic                        24.60
    23312 - Fuel Distribution System Operator                        19.67
    23370 - General Maintenance Worker                               18.42
    23380 - Ground Support Equipment Mechanic                        27.54
    23381 - Ground Support Equipment Servicer                        23.57
    23382 - Ground Support Equipment Worker                          25.16
    23391 - Gunsmith I                                               17.28
    23392 - Gunsmith II                                              20.10
    23393 - Gunsmith III                                             22.73
    23410 - Heating Ventilation And Air-Conditioning                 20.35
Mechanic
    23411 - Heating Ventilation And Air Contidioning                 21.44
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                                 26.15
    23440 - Heavy Equipment Operator                                 21.15
    23460 - Instrument Mechanic                                      22.73
    23465 - Laboratory/Shelter Mechanic                              21.36
    23470 - Laborer                                               14.93***
    23510 - Locksmith                                                19.01
    23530 - Machinery Maintenance Mechanic                           27.13
    23550 - Machinist Maintenance                                    20.10
    23580 - Maintenance Trades Helper                             14.98***
    23591 - Metrology Technician I                                   22.73
    23592 - Metrology Technician II                                  23.94
    23593 - Metrology Technician III                                 24.96
    23640 - Millwright                                               27.72
    23710 - Office Appliance Repairer                                19.07
    23760 - Painter Maintenance                                      18.85
    23790 - Pipefitter Maintenance                                   21.89
    23810 - Plumber Maintenance                                      20.57
    23820 - Pneudraulic Systems Mechanic                             22.73
    23850 - Rigger                                                   22.73
    23870 - Scale Mechanic                                           20.10
    23890 - Sheet-Metal Worker Maintenance                           21.53
    23910 - Small Engine Mechanic                                    18.11
    23931 - Telecommunications Mechanic I                            26.79
    23932 - Telecommunications Mechanic II                           28.22
    23950 - Telephone Lineman                                        23.50
    23960 - Welder Combination Maintenance                           21.80
    23965 - Well Driller                                             21.81
    23970 - Woodcraft Worker                                         22.73
    23980 - Woodworker                                               17.28
  24000 - Personal Needs Occupations
    24550 - Case Manager                                             17.09
    24570 - Child Care Attendant                                  10.07***
    24580 - Child Care Center Clerk                               14.47***
    24610 - Chore Aide                                            11.52***
    24620 - Family Readiness And Support Services                    17.09
Coordinator
    24630 - Homemaker                                                17.33
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                        22.95
   25040 - Sewage Plant Operator                                23.43
   25070 - Stationary Engineer                                  22.95
   25190 - Ventilation Equipment Tender                         16.10
   25210 - Water Treatment Plant Operator                       23.43
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                        19.29
   27007 - Baggage Inspector                                 12.63***
   27008 - Corrections Officer                                  22.81
   27010 - Court Security Officer                               21.45
   27030 - Detection Dog Handler                                16.69
   27040 - Detention Officer                                    22.81
   27070 - Firefighter                                          20.19
   27101 - Guard I                                           12.63***
   27102 - Guard II                                             16.69
   27131 - Police Officer I                                     24.05
   27132 - Police Officer II                                    26.80
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                       13.13***
   28042 - Carnival Equipment Repairer                       14.29***
   28043 - Carnival Worker                                    9.50***
   28210 - Gate Attendant/Gate Tender                        14.72***
   28310 - Lifeguard                                         12.08***
   28350 - Park Attendant (Aide)                                16.47
   28510 - Recreation Aide/Health Facility Attendant         11.80***
   28515 - Recreation Specialist                                20.40
   28630 - Sports Official                                   13.11***
   28690 - Swimming Pool Operator                               16.62
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                   27.31
   29020 - Hatch Tender                                         27.31
   29030 - Line Handler                                         27.31
   29041 - Stevedore I                                          25.41
   29042 - Stevedore II                                         29.45
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)  (see 2) 40.29
   30011 - Air Traffic Control Specialist Station (HFO) (see 2) 27.78
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.59
   30021 - Archeological Technician I                           18.12
   30022 - Archeological Technician II                          20.27
   30023 - Archeological Technician III                         25.11
   30030 - Cartographic Technician                              25.11
   30040 - Civil Engineering Technician                         28.47
   30051 - Cryogenic Technician I                               27.81
   30052 - Cryogenic Technician II                              30.72
   30061 - Drafter/CAD Operator I                               18.12
   30062 - Drafter/CAD Operator II                              20.27
   30063 - Drafter/CAD Operator III                             22.60
   30064 - Drafter/CAD Operator IV                              27.81
   30081 - Engineering Technician I                             16.69
   30082 - Engineering Technician II                            18.74
   30083 - Engineering Technician III                           21.23
   30084 - Engineering Technician IV                            24.45
   30085 - Engineering Technician V                             26.70
   30086 - Engineering Technician VI                            32.31
   30090 - Environmental Technician                             23.19
   30095 - Evidence Control Specialist                          25.11
   30210 - Laboratory Technician                                23.30
   30221 - Latent Fingerprint Technician I                      23.40
   30222 - Latent Fingerprint Technician II                     25.85
   30240 - Mathematical Technician                              25.11
   30361 - Paralegal/Legal Assistant I                          20.12
   30362 - Paralegal/Legal Assistant II                         24.93
   30363 - Paralegal/Legal Assistant III                        30.49
```

```
30364 - Paralegal/Legal Assistant IV                          36.90
30375 - Petroleum Supply Specialist                           30.72
30390 - Photo-Optics Technician                               25.11
30395 - Radiation Control Technician                          30.72
30461 - Technical Writer I                                    25.11
30462 - Technical Writer II                                   30.72
30463 - Technical Writer III                                  37.16
30491 - Unexploded Ordnance (UXO) Technician I                25.60
30492 - Unexploded Ordnance (UXO) Technician II               30.98
30493 - Unexploded Ordnance (UXO) Technician III              37.13
30494 - Unexploded (UXO) Safety Escort                        25.60
30495 - Unexploded (UXO) Sweep Personnel                      25.60
30501 - Weather Forecaster I                                  27.81
30502 - Weather Forecaster II                                 33.83
30620 - Weather Observer Combined Upper Air Or     (see 2)    22.60
Surface Programs
30621 - Weather Observer Senior                    (see 2)    25.11
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        30.98
31020 - Bus Aide                                           11.41***
31030 - Bus Driver                                           16.27
31043 - Driver Courier                                       20.39
31260 - Parking and Lot Attendant                          11.73***
31290 - Shuttle Bus Driver                                   18.35
31310 - Taxi Driver                                        10.72***
31361 - Truckdriver Light                                    22.21
31362 - Truckdriver Medium                                   24.04
31363 - Truckdriver Heavy                                    22.37
31364 - Truckdriver Tractor-Trailer                          22.37
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                              15.10
99030 - Cashier                                            11.57***
99050 - Desk Clerk                                         11.27***
99095 - Embalmer                                             28.59
99130 - Flight Follower                                      25.60
99251 - Laboratory Animal Caretaker I                        17.61
99252 - Laboratory Animal Caretaker II                       19.16
99260 - Marketing Analyst                                    27.64
99310 - Mortician                                            28.59
99410 - Pest Controller                                      18.57
99510 - Photofinishing Worker                              13.45***
99710 - Recycling Laborer                                    19.35
99711 - Recycling Specialist                                 22.72
99730 - Refuse Collector                                     17.26
99810 - Sales Clerk                                        12.49***
99820 - School Crossing Guard                              13.46***
99830 - Survey Party Chief                                   20.68
99831 - Surveying Aide                                     12.73***
99832 - Surveying Technician                                 19.43
99840 - Vending Machine Attendant                            17.75
99841 - Vending Machine Repairer                             22.46
99842 - Vending Machine Repairer Helper                      17.75
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; and 3 weeks after 5 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
     By direction of the Secretary of Labor     |      WAGE AND HOUR DIVISION
                                                |      WASHINGTON D.C.  20210
                                                |
                                                |
                                                |
                                                | Wage Determination No.: 2015-5729
     Daniel W. Simms         Division of        |      Revision No.: 18
     Director          Wage Determinations|      Date Of Last Revision: 03/15/2022
                                                |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Sumter

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                     14.65***
   01012 - Accounting Clerk II                                    16.44
   01013   Accounting Clerk III                                   18.40
   01020 - Administrative Assistant                               23.99
   01035 - Court Reporter                                         18.20
   01041 - Customer Service Representative I                      12.38***
   01042   Customer Service Representative II                     13.50***
   01043 - Customer Service Representative III                    15.16
   01051 - Data Entry Operator I                                  13.28***
   01052 - Data Entry Operator II                                 14.49***
   01060   Dispatcher Motor Vehicle                               17.69
   01070 - Document Preparation Clerk                             14.49***
   01090 - Duplicating Machine Operator                          14.49***
   01111 - General Clerk I                                        12.93***
   01112   General Clerk II                                       14.11***
   01113 - General Clerk III                                      15.84
```

```
01120 - Housing Referral Assistant                      19.80
01141 - Messenger Courier                               11.81***
01191   Order Clerk I                                   13.28***
01192 - Order Clerk II                                  14.49***
01261 - Personnel Assistant (Employment) I              16.26
01262 - Personnel Assistant (Employment) II             18.20
01263   Personnel Assistant (Employment) III            20.28
01270 - Production Control Clerk                         18.85
01290 - Rental Clerk                                    14.59***
01300 - Scheduler Maintenance                           16.26
01311   Secretary I                                     16.26
01312 - Secretary II                                    17.69
01313 - Secretary III                                   19.80
01320 - Service Order Dispatcher                        18.24
01410   Supply Technician                               18.81
01420 - Survey Worker                                   23.99
01460 - Switchboard Operator/Receptionist               13.68***
01531 - Travel Clerk I                                  13.68***
01532   Travel Clerk II                                 14.84***
01533 - Travel Clerk III                                15.96
01611 - Word Processor I                                14.49***
01612   Word Processor II                               16.26
01613   Word Processor III                              18.20
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass             22.44
05010 - Automotive  Electrician                         21.05
05040   Automotive Glass Installer                      19.66
05070 - Automotive Worker                               19.66
05110 - Mobile Equipment Servicer                       16.94
05130 - Motor Equipment Metal Mechanic                  22.44
05160   Motor Equipment Metal Worker                    19.66
05190 - Motor Vehicle Mechanic                          22.44
05220 - Motor Vehicle Mechanic Helper                   15.58
05250 - Motor Vehicle Upholstery Worker                 18.32
05280   Motor Vehicle Wrecker                           19.66
05310 - Painter Automotive                              21.05
05340 - Radiator Repair Specialist                      19.66
05370 - Tire Repairer                                   13.81***
05400   Transmission Repair Specialist                  22.44
07000 - Food Preparation And Service Occupations
07010 - Baker                                           13.87***
07041 - Cook I                                          13.93***
07042   Cook II                                         16.16
07070 - Dishwasher                                      10.19***
07130 - Food Service Worker                             13.04***
07210 - Meat Cutter                                     18.14
07260   Waiter/Waitress                                  9.75***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                     20.77
09040 - Furniture Handler                               12.64***
09080   Furniture Refinisher                            20.77
09090 - Furniture Refinisher Helper                     15.37
09110 - Furniture Repairer Minor                        18.06
09130 - Upholsterer                                     20.77
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                13.04***
11060 - Elevator Operator                               12.51***
11090 - Gardener                                        15.56
11122   Housekeeping Aide                               12.51***
11150 - Janitor                                         12.51***
11210 - Laborer Grounds Maintenance                     11.77***
11240 - Maid or Houseman                                10.28***
11260   Pruner                                          10.46***
11270 - Tractor Operator                                14.31***
11330 - Trail Maintenance Worker                        11.77***
```

```
11360 - Window Cleaner                                    14.08***
12000 - Health Occupations
  12010   Ambulance Driver                                19.75
  12011 - Breath Alcohol Technician                       19.75
  12012 - Certified Occupational Therapist Assistant      27.09
  12015 - Certified Physical Therapist Assistant          33.50
  12020   Dental Assistant                                21.08
  12025 - Dental Hygienist                                34.00
  12030 - EKG Technician                                  29.92
  12035 - Electroneurodiagnostic Technologist             29.92
  12040   Emergency Medical Technician                    19.75
  12071 - Licensed Practical Nurse I                      17.66
  12072 - Licensed Practical Nurse II                     19.75
  12073 - Licensed Practical Nurse III                    22.01
  12100   Medical Assistant                               14.80***
  12130 - Medical Laboratory Technician                   21.86
  12160 - Medical Record Clerk                            15.16
  12190 - Medical Record Technician                       23.08
  12195   Medical Transcriptionist                        17.66
  12210 - Nuclear Medicine Technologist                   43.40
  12221 - Nursing Assistant I                             11.63***
  12222 - Nursing Assistant II                            13.09***
  12223   Nursing Assistant III                           14.27***
  12224 - Nursing Assistant IV                            16.02
  12235 - Optical Dispenser                               19.75
  12236 - Optical Technician                              17.66
  12250   Pharmacy Technician                             14.79***
  12280 - Phlebotomist                                    15.97
  12305 - Radiologic Technologist                         27.47
  12311 - Registered Nurse I                              23.48
  12312   Registered Nurse II                             28.72
  12313 - Registered Nurse II Specialist                  28.72
  12314 - Registered Nurse III                            34.74
  12315 - Registered Nurse III Anesthetist                34.74
  12316   Registered Nurse IV                             41.64
  12317 - Scheduler (Drug and Alcohol Testing)            24.46
  12320 - Substance Abuse Treatment Counselor             24.46
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                           19.34
  13012 - Exhibits Specialist II                          23.96
  13013 - Exhibits Specialist III                         29.31
  13041 - Illustrator I                                   17.56
  13042   Illustrator II                                  21.97
  13043 - Illustrator III                                 27.74
  13047 - Librarian                                       26.53
  13050 - Library Aide/Clerk                              13.46***
  13054   Library Information Technology Systems          22.14
  Administrator
  13058 - Library Technician                              14.87***
  13061 - Media Specialist I                              13.10***
  13062   Media Specialist II                             14.87***
  13063 - Media Specialist III                            16.58
  13071 - Photographer I                                  14.95***
  13072 - Photographer II                                 16.73
  13073   Photographer III                                20.72
  13074 - Photographer IV                                 25.35
  13075 - Photographer V                                  30.67
  13090 - Technical Order Library Clerk                   16.73
  13110   Video Teleconference Technician                 15.01
14000 - Information Technology Occupations
  14041 - Computer Operator I                             15.97
  14042 - Computer Operator II                            18.13
  14043   Computer Operator III                           20.57
  14044 - Computer Operator IV                            22.85
  14045 - Computer Operator V                             25.31
```

```
14071 - Computer Programmer I               (see 1)        17.10
14072 - Computer Programmer II              (see 1)        21.19
14073 - Computer Programmer III             (see 1)        25.92
14074 - Computer Programmer IV              (see 1)
14101 - Computer Systems Analyst I          (see 1)        25.35
14102 - Computer Systems Analyst II         (see 1)
14103 - Computer Systems Analyst III        (see 1)
14150 - Peripheral Equipment Operator                     15.97
14160 - Personal Computer Support Technician              22.85
14170 - System Support Specialist                         23.01
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)    21.76
    15020 - Aircrew Training Devices Instructor (Rated)        26.33
    15030 - Air Crew Training Devices Instructor (Pilot)       30.98
    15050 - Computer Based Training Specialist / Instructor    21.76
    15060 - Educational Technologist                          23.72
    15070 - Flight Instructor (Pilot)                         30.98
    15080 - Graphic Artist                                    21.85
    15085 - Maintenance Test Pilot Fixed Jet/Prop             30.98
    15086 - Maintenance Test Pilot Rotary Wing                30.98
    15088 - Non-Maintenance Test/Co-Pilot                     30.98
    15090 - Technical Instructor                              17.86
    15095 - Technical Instructor/Course Developer             21.85
    15110 - Test Proctor                                      14.41***
    15120 - Tutor                                             14.41***
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                         10.15***
    16030 - Counter Attendant                                 10.15***
    16040 - Dry Cleaner                                       12.95***
    16070 - Finisher Flatwork Machine                         10.15***
    16090 - Presser Hand                                      10.15***
    16110 - Presser Machine Drycleaning                       10.15***
    16130 - Presser Machine Shirts                            10.15***
    16160 - Presser Machine Wearing Apparel Laundry           10.15***
    16190 - Sewing Machine Operator                           13.81***
    16220 - Tailor                                            14.65***
    16250 - Washer Machine                                    11.05***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                 20.77
    19040 - Tool And Die Maker                                26.18
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                 14.87***
    21030 - Material Coordinator                              17.48
    21040 - Material Expediter                                17.48
    21050 - Material Handling Laborer                         14.00***
    21071 - Order Filler                                      12.66***
    21080 - Production Line Worker (Food Processing)          14.87***
    21110 - Shipping Packer                                   19.47
    21130 - Shipping/Receiving Clerk                          19.47
    21140 - Store Worker I                                    11.28***
    21150 - Stock Clerk                                       16.14
    21210 - Tools And Parts Attendant                         14.87***
    21410 - Warehouse Specialist                              14.87***
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                       23.46
    23019 - Aircraft Logs and Records Technician              18.06
    23021 - Aircraft Mechanic I                               22.14
    23022 - Aircraft Mechanic II                              23.46
    23023 - Aircraft Mechanic III                             24.83
    23040 - Aircraft Mechanic Helper                          15.37
    23050 - Aircraft Painter                                  20.77
    23060 - Aircraft Servicer                                 18.06
    23070 - Aircraft Survival Flight Equipment Technician     20.77
    23080 - Aircraft Worker                                   19.39
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic    19.39
```

```
          I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic          22.14
          II
    23110 - Appliance Mechanic                                      20.77
    23120 - Bicycle Repairer                                        15.77
    23125 - Cable Splicer                                           30.64
    23130 - Carpenter Maintenance                                   17.38
    23140 - Carpet Layer                                            19.39
    23160 - Electrician Maintenance                                 21.76
    23181 - Electronics Technician Maintenance I                    19.39
    23182 - Electronics Technician Maintenance II                   21.14
    23183 - Electronics Technician Maintenance III                  22.67
    23260 - Fabric Worker                                           18.06
    23290 - Fire Alarm System Mechanic                              22.14
    23310 - Fire Extinguisher Repairer                              16.71
    23311 - Fuel Distribution System Mechanic                       22.14
    23312 - Fuel Distribution System Operator                       16.71
    23370 - General Maintenance Worker                              16.59
    23380 - Ground Support Equipment Mechanic                       22.14
    23381 - Ground Support Equipment Servicer                       18.06
    23382 - Ground Support Equipment Worker                         19.39
    23391 - Gunsmith I                                              16.71
    23392 - Gunsmith II                                             19.39
    23393 - Gunsmith III                                            22.14
    23410 - Heating Ventilation And Air-Conditioning                17.63
          Mechanic
    23411 - Heating Ventilation And Air Contidioning                18.69
          Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                                20.07
    23440 - Heavy Equipment Operator                                19.15
    23460 - Instrument Mechanic                                     22.14
    23465 - Laboratory/Shelter Mechanic                             20.77
    23470 - Laborer                                              14.00***
    23510 - Locksmith                                               20.77
    23530 - Machinery Maintenance Mechanic                          21.96
    23550 - Machinist Maintenance                                   22.14
    23580 - Maintenance Trades Helper                            14.65***
    23591 - Metrology Technician I                                  22.14
    23592 - Metrology Technician II                                 23.46
    23593 - Metrology Technician III                                24.83
    23640 - Millwright                                              22.14
    23710 - Office Appliance Repairer                               20.77
    23760 - Painter Maintenance                                     20.77
    23790 - Pipefitter Maintenance                                  24.46
    23810 - Plumber Maintenance                                     22.95
    23820 - Pneudraulic Systems Mechanic                            22.14
    23850 - Rigger                                                  22.14
    23870 - Scale Mechanic                                          19.39
    23890 - Sheet-Metal Worker Maintenance                          20.00
    23910 - Small Engine Mechanic                                   19.15
    23931 - Telecommunications Mechanic I                           22.14
    23932 - Telecommunications Mechanic II                          23.46
    23950 - Telephone Lineman                                       21.33
    23960 - Welder Combination Maintenance                          22.14
    23965 - Well Driller                                            22.14
    23970 - Woodcraft Worker                                        22.14
    23980 - Woodworker                                              16.71
  24000 - Personal Needs Occupations
    24550 - Case Manager                                            16.81
    24570 - Child Care Attendant                                 10.79***
    24580 - Child Care Center Clerk                              13.54***
    24610 - Chore Aide                                           12.03***
    24620 - Family Readiness And Support Services                   16.81
          Coordinator
    24630 - Homemaker                                               16.81
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        22.14
    25040 - Sewage Plant Operator                                21.03
    25070 - Stationary Engineer                                  22.14
    25190 - Ventilation Equipment Tender                         15.37
    25210 - Water Treatment Plant Operator                       21.03
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        16.79
    27007 - Baggage Inspector                                    11.99***
    27008 - Corrections Officer                                  24.52
    27010 - Court Security Officer                               18.84
    27030 - Detection Dog Handler                                13.87***
    27040 - Detention Officer                                    24.52
    27070 - Firefighter                                          23.89
    27101 - Guard I                                              11.99***
    27102 - Guard II                                             13.87***
    27131 - Police Officer I                                     20.86
    27132 - Police Officer II                                    23.17
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                          15.11
    28042 - Carnival Equipment Repairer                          16.40
    28043 - Carnival Worker                                      11.14***
    28210 - Gate Attendant/Gate Tender                           16.03
    28310 - Lifeguard                                            14.28***
    28350 - Park Attendant (Aide)                                17.94
    28510 - Recreation Aide/Health Facility Attendant            13.09***
    28515 - Recreation Specialist                                21.51
    28630 - Sports Official                                      14.28***
    28690 - Swimming Pool Operator                               19.24
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   19.39
    29020 - Hatch Tender                                         19.39
    29030 - Line Handler                                         19.39
    29041 - Stevedore I                                          18.06
    29042 - Stevedore II                                         20.77
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
    30021 - Archeological Technician I                           16.94
    30022 - Archeological Technician II                          19.10
    30023 - Archeological Technician III                         23.67
    30030 - Cartographic Technician                              23.67
    30040 - Civil Engineering Technician                         20.97
    30051 - Cryogenic Technician I                               24.05
    30052 - Cryogenic Technician II                              26.56
    30061 - Drafter/CAD Operator I                               16.94
    30062 - Drafter/CAD Operator II                              19.10
    30063 - Drafter/CAD Operator III                             21.30
    30064 - Drafter/CAD Operator IV                              26.18
    30081 - Engineering Technician I                             14.12***
    30082 - Engineering Technician II                            15.85
    30083 - Engineering Technician III                           18.18
    30084 - Engineering Technician IV                            22.52
    30085 - Engineering Technician V                             27.55
    30086 - Engineering Technician VI                            33.33
    30090 - Environmental Technician                             19.86
    30095 - Evidence Control Specialist                          19.86
    30210 - Laboratory Technician                                17.88
    30221 - Latent Fingerprint Technician I                      24.05
    30222 - Latent Fingerprint Technician II                     26.56
    30240 - Mathematical Technician                              23.18
    30361 - Paralegal/Legal Assistant I                          19.28
    30362 - Paralegal/Legal Assistant II                         23.58
    30363 - Paralegal/Legal Assistant III                        28.86
```

```
    30364 - Paralegal/Legal Assistant IV                          34.91
    30375 - Petroleum Supply Specialist                           24.29
    30390 - Photo-Optics Technician                               23.67
    30395 - Radiation Control Technician                          24.29
    30461 - Technical Writer I                                    19.86
    30462 - Technical Writer II                                   24.29
    30463 - Technical Writer III                                  29.40
    30491 - Unexploded Ordnance (UXO) Technician I                25.60
    30492 - Unexploded Ordnance (UXO) Technician II               30.98
    30493 - Unexploded Ordnance (UXO) Technician III              37.13
    30494 - Unexploded (UXO) Safety Escort                        25.60
    30495 - Unexploded (UXO) Sweep Personnel                      25.60
    30501 - Weather Forecaster I                                  26.18
    30502 - Weather Forecaster II                                 31.84
    30620 - Weather Observer Combined Upper Air Or    (see 2)     21.30
Surface Programs
    30621 - Weather Observer Senior              (see 2)          23.67
31000 - Transportation/Mobile Equipment Operation Occupations
    31010 - Airplane Pilot                                        30.98
    31020 - Bus Aide                                              13.55***
    31030 - Bus Driver                                            18.76
    31043 - Driver Courier                                        14.83***
    31260 - Parking and Lot Attendant                             12.03***
    31290 - Shuttle Bus Driver                                    15.76
    31310 - Taxi Driver                                           13.99***
    31361 - Truckdriver Light                                     15.76
    31362 - Truckdriver Medium                                    17.05
    31363 - Truckdriver Heavy                                     18.99
    31364 - Truckdriver Tractor-Trailer                           18.99
99000 - Miscellaneous Occupations
    99020 - Cabin Safety Specialist                               15.10
    99030 - Cashier                                               11.30***
    99050 - Desk Clerk                                            12.24***
    99095 - Embalmer                                              25.60
    99130 - Flight Follower                                       25.60
    99251 - Laboratory Animal Caretaker I                         16.42
    99252 - Laboratory Animal Caretaker II                        17.25
    99260 - Marketing Analyst                                     26.24
    99310 - Mortician                                             25.60
    99410 - Pest Controller                                       19.02
    99510 - Photofinishing Worker                                 13.45***
    99710 - Recycling Laborer                                     14.58***
    99711 - Recycling Specialist                                  17.73
    99730 - Refuse Collector                                      12.95***
    99810 - Sales Clerk                                           12.52***
    99820 - School Crossing Guard                                 12.95***
    99830 - Survey Party Chief                                    19.85
    99831 - Surveying Aide                                        12.34***
    99832 - Surveying Technician                                  16.90
    99840 - Vending Machine Attendant                             17.73
    99841 - Vending Machine Repairer                              22.37
    99842 - Vending Machine Repairer Helper                       17.73
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.


Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
        "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor     |        WAGE AND HOUR DIVISION
                                              |        WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4533
   Daniel W. Simms        Division of         |        Revision No.: 17
   Director           Wage Determinations|    Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Flagler Volusia

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.84*** |
| 01012 - Accounting Clerk II | | 16.66 |
| 01013 - Accounting Clerk III | | 18.64 |
| 01020 - Administrative Assistant | | 24.35 |
| 01035 - Court Reporter | | 18.19 |
| 01041 - Customer Service Representative I | | 12.21*** |
| 01042 - Customer Service Representative II | | 13.74*** |
| 01043 - Customer Service Representative III | | 14.98*** |
| 01051 - Data Entry Operator I | | 12.76*** |
| 01052 - Data Entry Operator II | | 13.92*** |
| 01060 - Dispatcher Motor Vehicle | | 17.67 |
| 01070 - Document Preparation Clerk | | 15.98 |
| 01090 - Duplicating Machine Operator | | 15.98 |
| 01111 - General Clerk I | | 13.16*** |
| 01112 - General Clerk II | | 14.36*** |
| 01113 - General Clerk III | | 16.13 |

```
01120 - Housing Referral Assistant                          19.76
01141 - Messenger Courier                                   13.71***
01191   Order Clerk I                                       13.89***
01192 - Order Clerk II                                      15.15
01261 - Personnel Assistant (Employment) I                  16.57
01262 - Personnel Assistant (Employment) II                 18.55
01263   Personnel Assistant (Employment) III                20.67
01270 - Production Control Clerk                            20.45
01290 - Rental Clerk                                        13.09***
01300 - Scheduler Maintenance                               15.84
01311   Secretary I                                         15.84
01312 - Secretary II                                        17.73
01313 - Secretary III                                       19.76
01320 - Service Order Dispatcher                            15.79
01410   Supply Technician                                   24.35
01420 - Survey Worker                                       15.63
01460 - Switchboard Operator/Receptionist                   13.70***
01531 - Travel Clerk I                                      15.44
01532   Travel Clerk II                                     16.75
01533 - Travel Clerk III                                    18.01
01611 - Word Processor I                                     14.17***
01612 - Word Processor II                                   15.91
01613   Word Processor III                                  17.80
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 18.27
05010 - Automotive  Electrician                             18.88
05040   Automotive Glass Installer                          17.62
05070 - Automotive Worker                                   17.62
05110 - Mobile Equipment Servicer                           15.18
05130 - Motor Equipment Metal Mechanic                      20.12
05160   Motor Equipment Metal Worker                        17.62
05190 - Motor Vehicle Mechanic                              20.12
05220 - Motor Vehicle Mechanic Helper                       13.97***
05250 - Motor Vehicle Upholstery Worker                     16.42
05280   Motor Vehicle Wrecker                               17.62
05310 - Painter Automotive                                  18.88
05340 - Radiator Repair Specialist                          17.62
05370 - Tire Repairer                                       13.08***
05400   Transmission Repair Specialist                      20.12
07000 - Food Preparation And Service Occupations
07010 - Baker                                               14.42***
07041 - Cook I                                              12.62***
07042   Cook II                                             14.64***
07070 - Dishwasher                                          11.47***
07130 - Food Service Worker                                 12.48***
07210 - Meat Cutter                                         18.52
07260   Waiter/Waitress                                     10.43***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         16.42
09040 - Furniture Handler                                   11.92***
09080   Furniture Refinisher                                16.42
09090 - Furniture Refinisher Helper                         12.15***
09110 - Furniture Repairer Minor                            14.28***
09130 - Upholsterer                                         16.90
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    10.41***
11060 - Elevator Operator                                   11.43***
11090 - Gardener                                            17.15
11122   Housekeeping Aide                                   11.43***
11150 - Janitor                                             11.43***
11210 - Laborer Grounds Maintenance                         12.97***
11240 - Maid or Houseman                                    11.13***
11260   Pruner                                              11.52***
11270 - Tractor Operator                                    15.77
11330 - Trail Maintenance Worker                            12.97***
```

```
   11360 - Window Cleaner                                    12.87***
12000 - Health Occupations
   12010   Ambulance Driver                                  17.46
   12011 - Breath Alcohol Technician                         18.93
   12012 - Certified Occupational Therapist Assistant        31.33
   12015 - Certified Physical Therapist Assistant            30.39
   12020   Dental Assistant                                  17.33
   12025 - Dental Hygienist                                  30.22
   12030 - EKG Technician                                    25.43
   12035 - Electroneurodiagnostic Technologist               25.43
   12040   Emergency Medical Technician                      17.46
   12071 - Licensed Practical Nurse I                        16.93
   12072 - Licensed Practical Nurse II                       18.93
   12073 - Licensed Practical Nurse III                      21.10
   12100   Medical Assistant                                 14.88***
   12130 - Medical Laboratory Technician                     24.12
   12160 - Medical Record Clerk                              16.11
   12190 - Medical Record Technician                         18.01
   12195   Medical Transcriptionist                          16.94
   12210 - Nuclear Medicine Technologist                     40.64
   12221 - Nursing Assistant I                               12.09***
   12222 - Nursing Assistant II                              13.59***
   12223   Nursing Assistant III                             14.83***
   12224 - Nursing Assistant IV                              16.64
   12235 - Optical Dispenser                                 21.07
   12236 - Optical Technician                                16.07
   12250   Pharmacy Technician                               14.35***
   12280 - Phlebotomist                                      14.90***
   12305 - Radiologic Technologist                           24.74
   12311 - Registered Nurse I                                23.12
   12312   Registered Nurse II                               28.28
   12313 - Registered Nurse II Specialist                    28.28
   12314 - Registered Nurse III                              34.22
   12315 - Registered Nurse III Anesthetist                  34.22
   12316   Registered Nurse IV                               41.01
   12317 - Scheduler (Drug and Alcohol Testing)              23.45
   12320 - Substance Abuse Treatment Counselor               21.39
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                             19.78
   13012 - Exhibits Specialist II                            24.57
   13013 - Exhibits Specialist III                           30.06
   13041 - Illustrator I                                     19.78
   13042   Illustrator II                                    24.57
   13043 - Illustrator III                                   30.06
   13047 - Librarian                                         27.69
   13050 - Library Aide/Clerk                                14.03***
   13054   Library Information Technology Systems            24.57
   Administrator
   13058 - Library Technician                                16.60
   13061 - Media Specialist I                                17.63
   13062   Media Specialist II                               19.73
   13063 - Media Specialist III                              22.00
   13071 - Photographer I                                    17.13
   13072 - Photographer II                                   19.43
   13073   Photographer III                                  24.33
   13074 - Photographer IV                                   29.77
   13075 - Photographer V                                    36.02
   13090 - Technical Order Library Clerk                     17.63
   13110   Video Teleconference Technician                   15.69
14000 - Information Technology Occupations
   14041 - Computer Operator I                               16.41
   14042 - Computer Operator II                              18.72
   14043   Computer Operator III                             21.41
   14044 - Computer Operator IV                              23.73
   14045 - Computer Operator V                               26.32
```

```
14071 - Computer Programmer I                        (see 1)        18.74
14072 - Computer Programmer II                       (see 1)        23.63
14073 - Computer Programmer III                      (see 1)        27.44
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                               16.41
14160 - Personal Computer Support Technician                        23.73
14170 - System Support Specialist                                   27.20
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)          29.74
   15020 - Aircrew Training Devices Instructor (Rated)              35.99
   15030 - Air Crew Training Devices Instructor (Pilot)             43.14
   15050 - Computer Based Training Specialist / Instructor          29.74
   15060 - Educational Technologist                                 27.56
   15070 - Flight Instructor (Pilot)                                43.14
   15080 - Graphic Artist                                           21.35
   15085 - Maintenance Test Pilot Fixed Jet/Prop                    43.14
   15086 - Maintenance Test Pilot Rotary Wing                       43.14
   15088 - Non-Maintenance Test/Co-Pilot                            43.14
   15090 - Technical Instructor                                     19.01
   15095 - Technical Instructor/Course Developer                    23.25
   15110 - Test Proctor                                             15.35
   15120 - Tutor                                                    15.35
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                             10.15***
   16030 - Counter Attendant                                    10.15***
   16040 - Dry Cleaner                                          12.95***
   16070 - Finisher Flatwork Machine                            10.15***
   16090 - Presser Hand                                         10.15***
   16110 - Presser Machine Drycleaning                          10.15***
   16130 - Presser Machine Shirts                               10.15***
   16160 - Presser Machine Wearing Apparel Laundry             10.15***
   16190 - Sewing Machine Operator                              13.81***
   16220 - Tailor                                               14.65***
   16250 - Washer Machine                                       11.05***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                       19.38
   19040 - Tool And Die Maker                                      24.43
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                       16.73
   21030 - Material Coordinator                                    20.45
   21040 - Material Expediter                                      20.45
   21050 - Material Handling Laborer                            13.21***
   21071 - Order Filler                                         13.43***
   21080 - Production Line Worker (Food Processing)                16.73
   21110 - Shipping Packer                                      14.73***
   21130 - Shipping/Receiving Clerk                            14.73***
   21140 - Store Worker I                                       11.28***
   21150 - Stock Clerk                                             16.14
   21210 - Tools And Parts Attendant                              16.73
   21410 - Warehouse Specialist                                   16.73
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                             27.41
   23019 - Aircraft Logs and Records Technician                    21.11
   23021 - Aircraft Mechanic I                                     25.86
   23022 - Aircraft Mechanic II                                    27.41
   23023 - Aircraft Mechanic III                                   29.01
   23040 - Aircraft Mechanic Helper                                17.95
   23050 - Aircraft Painter                                        24.27
   23060 - Aircraft Servicer                                       21.11
   23070 - Aircraft Survival Flight Equipment Technician           24.27
   23080 - Aircraft Worker                                         22.65
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic          22.65
```

```
         I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic          25.86
         II
    23110 - Appliance Mechanic                                     19.38
    23120 - Bicycle Repairer                                       15.59
    23125 - Cable Splicer                                          24.99
    23130 - Carpenter Maintenance                                  17.62
    23140 - Carpet Layer                                           18.09
    23160 - Electrician Maintenance                                19.18
    23181 - Electronics Technician Maintenance I                   20.54
    23182 - Electronics Technician Maintenance II                  21.88
    23183 - Electronics Technician Maintenance III                 23.21
    23260 - Fabric Worker                                          16.85
    23290 - Fire Alarm System Mechanic                             20.65
    23310 - Fire Extinguisher Repairer                             15.59
    23311 - Fuel Distribution System Mechanic                      20.65
    23312 - Fuel Distribution System Operator                      15.59
    23370 - General Maintenance Worker                             14.95***
    23380 - Ground Support Equipment Mechanic                      25.86
    23381 - Ground Support Equipment Servicer                      21.11
    23382 - Ground Support Equipment Worker                        22.65
    23391 - Gunsmith I                                             15.59
    23392 - Gunsmith II                                            18.09
    23393 - Gunsmith III                                           20.65
    23410 - Heating Ventilation And Air-Conditioning               20.32
         Mechanic
    23411 - Heating Ventilation And Air Contidioning               21.54
         Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                               20.00
    23440 - Heavy Equipment Operator                               18.07
    23460 - Instrument Mechanic                                    20.65
    23465 - Laboratory/Shelter Mechanic                            19.38
    23470 - Laborer                                                13.21***
    23510 - Locksmith                                              16.90
    23530 - Machinery Maintenance Mechanic                         22.79
    23550 - Machinist Maintenance                                  19.02
    23580 - Maintenance Trades Helper                              12.23***
    23591 - Metrology Technician I                                 20.65
    23592 - Metrology Technician II                                21.89
    23593 - Metrology Technician III                               23.17
    23640 - Millwright                                             20.65
    23710 - Office Appliance Repairer                              18.14
    23760 - Painter Maintenance                                    14.97***
    23790 - Pipefitter Maintenance                                 20.10
    23810 - Plumber Maintenance                                    18.86
    23820 - Pneudraulic Systems Mechanic                           20.65
    23850 - Rigger                                                 24.81
    23870 - Scale Mechanic                                         18.09
    23890 - Sheet-Metal Worker Maintenance                         20.49
    23910 - Small Engine Mechanic                                  18.50
    23931 - Telecommunications Mechanic I                          26.80
    23932 - Telecommunications Mechanic II                         28.40
    23950 - Telephone Lineman                                      20.21
    23960 - Welder Combination Maintenance                         17.79
    23965 - Well Driller                                           20.65
    23970 - Woodcraft Worker                                       20.65
    23980 - Woodworker                                             15.59
 24000 - Personal Needs Occupations
    24550 - Case Manager                                           15.08
    24570 - Child Care Attendant                                   11.11***
    24580 - Child Care Center Clerk                                13.85***
    24610 - Chore Aide                                             11.95***
    24620 - Family Readiness And Support Services                  15.08
         Coordinator
    24630 - Homemaker                                              15.08
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        21.50
    25040 - Sewage Plant Operator                               20.71
    25070 - Stationary Engineer                                 21.50
    25190 - Ventilation Equipment Tender                     14.93***
    25210 - Water Treatment Plant Operator                     20.71
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                       17.65
    27007 - Baggage Inspector                                11.79***
    27008 - Corrections Officer                                 17.91
    27010 - Court Security Officer                              17.85
    27030 - Detection Dog Handler                            13.20***
    27040 - Detention Officer                                   17.91
    27070 - Firefighter                                         17.65
    27101 - Guard I                                          11.79***
    27102 - Guard II                                         13.20***
    27131 - Police Officer I                                    19.89
    27132 - Police Officer II                                   22.10
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                         15.14
    28042 - Carnival Equipment Repairer                         16.47
    28043 - Carnival Worker                                  11.06***
    28210 - Gate Attendant/Gate Tender                          15.51
    28310 - Lifeguard                                        13.41***
    28350 - Park Attendant (Aide)                               17.36
    28510 - Recreation Aide/Health Facility Attendant        12.67***
    28515 - Recreation Specialist                               21.50
    28630 - Sports Official                                  13.82***
    28690 - Swimming Pool Operator                              19.11
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                  20.12
    29020 - Hatch Tender                                        20.12
    29030 - Line Handler                                        20.12
    29041 - Stevedore I                                         18.58
    29042 - Stevedore II                                        21.54
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)    40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)    27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
    30021 - Archeological Technician I                          18.06
    30022 - Archeological Technician II                         20.72
    30023 - Archeological Technician III                        25.08
    30030 - Cartographic Technician                             25.08
    30040 - Civil Engineering Technician                        25.99
    30051 - Cryogenic Technician I                              27.34
    30052 - Cryogenic Technician II                             30.20
    30061 - Drafter/CAD Operator I                              17.81
    30062 - Drafter/CAD Operator II                             20.55
    30063 - Drafter/CAD Operator III                            22.84
    30064 - Drafter/CAD Operator IV                             27.34
    30081 - Engineering Technician I                            15.04
    30082 - Engineering Technician II                           17.62
    30083 - Engineering Technician III                          20.31
    30084 - Engineering Technician IV                           24.79
    30085 - Engineering Technician V                            30.21
    30086 - Engineering Technician VI                           36.60
    30090 - Environmental Technician                            24.68
    30095 - Evidence Control Specialist                         24.68
    30210 - Laboratory Technician                               18.07
    30221 - Latent Fingerprint Technician I                     27.34
    30222 - Latent Fingerprint Technician II                    30.20
    30240 - Mathematical Technician                             25.08
    30361 - Paralegal/Legal Assistant I                         20.67
    30362 - Paralegal/Legal Assistant II                        25.61
    30363 - Paralegal/Legal Assistant III                       31.32
```

```
    30364 - Paralegal/Legal Assistant IV                              37.91
    30375 - Petroleum Supply Specialist                               30.20
    30390 - Photo-Optics Technician                                   25.08
    30395 - Radiation Control Technician                              30.20
    30461 - Technical Writer I                                        24.79
    30462 - Technical Writer II                                       30.21
    30463 - Technical Writer III                                      35.58
    30491 - Unexploded Ordnance (UXO) Technician I                    25.60
    30492 - Unexploded Ordnance (UXO) Technician II                   30.98
    30493 - Unexploded Ordnance (UXO) Technician III                  37.13
    30494 - Unexploded (UXO) Safety Escort                            25.60
    30495 - Unexploded (UXO) Sweep Personnel                          25.60
    30501 - Weather Forecaster I                                      27.34
    30502 - Weather Forecaster II                                     33.26
    30620 - Weather Observer Combined Upper Air Or      (see 2)       22.84
Surface Programs
    30621 - Weather Observer Senior                     (see 2)       24.68
31000 - Transportation/Mobile Equipment Operation Occupations
    31010 - Airplane Pilot                                            30.98
    31020 - Bus Aide                                               12.66***
    31030 - Bus Driver                                               17.22
    31043 - Driver Courier                                         14.74***
    31260 - Parking and Lot Attendant                             10.75***
    31290 - Shuttle Bus Driver                                       16.41
    31310 - Taxi Driver                                              15.55
    31361 - Truckdriver Light                                        16.03
    31362 - Truckdriver Medium                                       17.33
    31363 - Truckdriver Heavy                                        18.59
    31364 - Truckdriver Tractor-Trailer                              18.59
99000 - Miscellaneous Occupations
    99020 - Cabin Safety Specialist                                  15.10
    99030 - Cashier                                               11.24***
    99050 - Desk Clerk                                            11.13***
    99095 - Embalmer                                                 25.34
    99130 - Flight Follower                                          25.60
    99251 - Laboratory Animal Caretaker I                         14.07***
    99252 - Laboratory Animal Caretaker II                           15.30
    99260 - Marketing Analyst                                        26.43
    99310 - Mortician                                                25.34
    99410 - Pest Controller                                          18.00
    99510 - Photofinishing Worker                                 14.20***
    99710 - Recycling Laborer                                        19.32
    99711 - Recycling Specialist                                     23.49
    99730 - Refuse Collector                                         17.16
    99810 - Sales Clerk                                           13.44***
    99820 - School Crossing Guard                                 12.61***
    99830 - Survey Party Chief                                       20.48
    99831 - Surveying Aide                                        13.43***
    99832 - Surveying Technician                                     18.37
    99840 - Vending Machine Attendant                               17.73
    99841 - Vending Machine Repairer                                 22.37
    99842 - Vending Machine Repairer Helper                          17.73
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 10 years and 4 after 20 years.  Length of service includes
the whole span of continuous service with the present contractor or successor
wherever employed and with the predecessor contractors in the performance of
similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor           |       WAGE AND HOUR DIVISION
                                                   |        WASHINGTON D.C.  20210
                                                   |
                                                   |
                                                   |
                                                   | Wage Determination No.: 2015-4515
  Daniel W. Simms          Division of             |       Revision No.: 20
  Director          Wage Determinations            | Date Of Last Revision: 03/15/2022
                                                   |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Georgia

Area: Georgia Counties of Camden Charlton Pierce

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.40*** |
| 01012 - Accounting Clerk II | | 16.16 |
| 01013  Accounting Clerk III | | 18.08 |
| 01020 - Administrative Assistant | | 24.40 |
| 01035 - Court Reporter | | 15.35 |
| 01041 - Customer Service Representative I | | 11.65*** |
| 01042  Customer Service Representative II | | 13.10*** |
| 01043 - Customer Service Representative III | | 14.30*** |
| 01051 - Data Entry Operator I | | 12.68*** |
| 01052 - Data Entry Operator II | | 14.22*** |
| 01060  Dispatcher Motor Vehicle | | 20.01 |
| 01070 - Document Preparation Clerk | | 12.22*** |
| 01090 - Duplicating Machine Operator | | 12.22*** |
| 01111 - General Clerk I | | 12.71*** |
| 01112  General Clerk II | | 13.86*** |
| 01113 - General Clerk III | | 18.09 |

```
01120 - Housing Referral Assistant                       17.11
01141 - Messenger Courier                                13.18***
01191   Order Clerk I                                    12.89***
01192 - Order Clerk II                                   14.06***
01261 - Personnel Assistant (Employment) I               15.42
01262 - Personnel Assistant (Employment) II              17.24
01263   Personnel Assistant (Employment) III             19.22
01270 - Production Control Clerk                          25.81
01290 - Rental Clerk                                     13.44***
01300 - Scheduler Maintenance                            13.72***
01311   Secretary I                                      13.72***
01312 - Secretary II                                     15.35
01313 - Secretary III                                    17.11
01320 - Service Order Dispatcher                         17.90
01410   Supply Technician                                24.40
01420 - Survey Worker                                    15.50
01460 - Switchboard Operator/Receptionist                12.47***
01531 - Travel Clerk I                                   13.68***
01532   Travel Clerk II                                  14.84***
01533 - Travel Clerk III                                 15.96
01611 - Word Processor I                                 12.58***
01612 - Word Processor II                                15.29
01613   Word Processor III                               17.11
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass              21.22
05010 - Automotive  Electrician                          17.46
05040   Automotive Glass Installer                       16.55
05070 - Automotive Worker                                16.55
05110 - Mobile Equipment Servicer                        14.61***
05130 - Motor Equipment Metal Mechanic                   18.39
05160   Motor Equipment Metal Worker                     16.55
05190 - Motor Vehicle Mechanic                           18.39
05220 - Motor Vehicle Mechanic Helper                    13.66***
05250 - Motor Vehicle Upholstery Worker                  15.59
05280   Motor Vehicle Wrecker                            16.55
05310 - Painter Automotive                               17.46
05340 - Radiator Repair Specialist                       16.55
05370 - Tire Repairer                                    12.32***
05400   Transmission Repair Specialist                   18.39
07000 - Food Preparation And Service Occupations
07010 - Baker                                            11.75***
07041 - Cook I                                           11.43***
07042   Cook II                                          12.95***
07070 - Dishwasher                                        9.20***
07130 - Food Service Worker                              10.56***
07210 - Meat Cutter                                      13.65***
07260   Waiter/Waitress                                   9.87***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                      16.52
09040 - Furniture Handler                                10.58***
09080   Furniture Refinisher                             16.52
09090 - Furniture Refinisher Helper                      12.29***
09110 - Furniture Repairer Minor                         14.40***
09130 - Upholsterer                                      16.52
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                 10.26***
11060 - Elevator Operator                                11.05***
11090 - Gardener                                         17.81
11122   Housekeeping Aide                                11.17***
11150 - Janitor                                          11.17***
11210 - Laborer Grounds Maintenance                      14.37***
11240 - Maid or Houseman                                  9.26***
11260   Pruner                                           12.78***
11270 - Tractor Operator                                 16.84
11330 - Trail Maintenance Worker                         14.37***
```

```
    11360 - Window Cleaner                                       12.59***
12000 - Health Occupations
    12010   Ambulance Driver                                     16.67
    12011 - Breath Alcohol Technician                            18.02
    12012 - Certified Occupational Therapist Assistant           30.22
    12015 - Certified Physical Therapist Assistant               28.48
    12020   Dental Assistant                                     16.28
    12025 - Dental Hygienist                                     30.13
    12030 - EKG Technician                                       29.91
    12035 - Electroneurodiagnostic Technologist                  29.91
    12040   Emergency Medical Technician                         16.67
    12071 - Licensed Practical Nurse I                           16.12
    12072 - Licensed Practical Nurse II                          18.02
    12073 - Licensed Practical Nurse III                         20.09
    12100   Medical Assistant                                    13.98***
    12130 - Medical Laboratory Technician                        23.01
    12160 - Medical Record Clerk                                 15.27
    12190 - Medical Record Technician                            17.82
    12195   Medical Transcriptionist                             15.65
    12210 - Nuclear Medicine Technologist                        39.60
    12221 - Nursing Assistant I                                  11.31***
    12222 - Nursing Assistant II                                 12.71***
    12223   Nursing Assistant III                                13.87***
    12224 - Nursing Assistant IV                                 15.58
    12235 - Optical Dispenser                                    19.34
    12236 - Optical Technician                                   16.12
    12250   Pharmacy Technician                                  14.44***
    12280 - Phlebotomist                                         14.29***
    12305 - Radiologic Technologist                              26.39
    12311 - Registered Nurse I                                   24.16
    12312   Registered Nurse II                                  29.55
    12313 - Registered Nurse II Specialist                       29.55
    12314 - Registered Nurse III                                 35.76
    12315 - Registered Nurse III Anesthetist                     35.76
    12316   Registered Nurse IV                                  42.85
    12317 - Scheduler (Drug and Alcohol Testing)                 22.32
    12320 - Substance Abuse Treatment Counselor                  20.06
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                                21.41
    13012 - Exhibits Specialist II                               26.52
    13013 - Exhibits Specialist III                              32.44
    13041 - Illustrator I                                        21.41
    13042   Illustrator II                                       26.52
    13043 - Illustrator III                                      32.44
    13047 - Librarian                                            29.37
    13050 - Library Aide/Clerk                                   13.64***
    13054   Library Information Technology Systems               26.52
    Administrator
    13058 - Library Technician                                   13.25***
    13061 - Media Specialist I                                   19.14
    13062   Media Specialist II                                  21.41
    13063 - Media Specialist III                                 23.86
    13071 - Photographer I                                       18.19
    13072 - Photographer II                                      20.50
    13073   Photographer III                                     25.21
    13074 - Photographer IV                                      30.83
    13075 - Photographer V                                       37.30
    13090 - Technical Order Library Clerk                        18.40
    13110   Video Teleconference Technician                      19.14
14000 - Information Technology Occupations
    14041 - Computer Operator I                                  19.68
    14042 - Computer Operator II                                 22.00
    14043   Computer Operator III                                24.84
    14044 - Computer Operator IV                                 30.48
    14045 - Computer Operator V                                  33.84
```

```
14071 - Computer Programmer I            (see 1)      24.20
14072 - Computer Programmer II           (see 1)
14073 - Computer Programmer III          (see 1)
14074 - Computer Programmer IV           (see 1)
14101 - Computer Systems Analyst I       (see 1)
14102 - Computer Systems Analyst II      (see 1)
14103 - Computer Systems Analyst III     (see 1)
14150 - Peripheral Equipment Operator                 19.68
14160 - Personal Computer Support Technician          30.48
14170 - System Support Specialist                     31.10
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)    28.63
  15020 - Aircrew Training Devices Instructor (Rated)        34.64
  15030 - Air Crew Training Devices Instructor (Pilot)       41.53
  15050 - Computer Based Training Specialist / Instructor    28.63
  15060 - Educational Technologist                     29.23
  15070 - Flight Instructor (Pilot)                    41.53
  15080 - Graphic Artist                               22.77
  15085 - Maintenance Test Pilot Fixed Jet/Prop        41.53
  15086 - Maintenance Test Pilot Rotary Wing           41.53
  15088 - Non-Maintenance Test/Co-Pilot                41.53
  15090 - Technical Instructor                         20.53
  15095 - Technical Instructor/Course Developer        25.11
  15110 - Test Proctor                                 16.56
  15120 - Tutor                                        16.56
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                 10.04***
  16030 - Counter Attendant                         10.04***
  16040 - Dry Cleaner                               12.82***
  16070 - Finisher Flatwork Machine                10.04***
  16090 - Presser Hand                             10.04***
  16110 - Presser Machine Drycleaning              10.04***
  16130 - Presser Machine Shirts                   10.04***
  16160 - Presser Machine Wearing Apparel Laundry  10.04***
  16190 - Sewing Machine Operator                  13.67***
  16220 - Tailor                                   14.50***
  16250 - Washer Machine                           10.94***
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)            21.51
  19040 - Tool And Die Maker                           25.96
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                            16.52
  21030 - Material Coordinator                         25.81
  21040 - Material Expediter                           25.81
  21050 - Material Handling Laborer                 12.93***
  21071 - Order Filler                              12.10***
  21080 - Production Line Worker (Food Processing)     16.52
  21110 - Shipping Packer                              15.05
  21130 - Shipping/Receiving Clerk                     15.05
  21140 - Store Worker I                            13.33***
  21150 - Stock Clerk                                  17.47
  21210 - Tools And Parts Attendant                    16.52
  21410 - Warehouse Specialist                         16.52
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                  31.64
  23019 - Aircraft Logs and Records Technician         25.50
  23021 - Aircraft Mechanic I                          30.13
  23022 - Aircraft Mechanic II                         31.64
  23023 - Aircraft Mechanic III                        33.12
  23040 - Aircraft Mechanic Helper                     22.36
  23050 - Aircraft Painter                             28.61
  23060 - Aircraft Servicer                            25.50
  23070 - Aircraft Survival Flight Equipment Technician 28.61
  23080 - Aircraft Worker                              27.09
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic 27.09
```

```
I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic          30.13
II
   23110 - Appliance Mechanic                                      20.02
   23120 - Bicycle Repairer                                        16.72
   23125 - Cable Splicer                                           26.09
   23130 - Carpenter Maintenance                                   20.59
   23140 - Carpet Layer                                            18.95
   23160 - Electrician Maintenance                                 23.24
   23181 - Electronics Technician Maintenance I                    26.59
   23182 - Electronics Technician Maintenance II                   28.09
   23183 - Electronics Technician Maintenance III                  29.58
   23260 - Fabric Worker                                           17.83
   23290 - Fire Alarm System Mechanic                              21.08
   23310 - Fire Extinguisher Repairer                              16.72
   23311 - Fuel Distribution System Mechanic                       26.61
   23312 - Fuel Distribution System Operator                       21.15
   23370 - General Maintenance Worker                              16.01
   23380 - Ground Support Equipment Mechanic                       30.13
   23381 - Ground Support Equipment Servicer                       25.50
   23382 - Ground Support Equipment Worker                         27.09
   23391 - Gunsmith I                                              16.81
   23392 - Gunsmith II                                             18.95
   23393 - Gunsmith III                                            21.08
   23410 - Heating Ventilation And Air-Conditioning                19.33
Mechanic
   23411 - Heating Ventilation And Air Contidioning                20.50
Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                                26.42
   23440 - Heavy Equipment Operator                                20.02
   23460 - Instrument Mechanic                                     24.25
   23465 - Laboratory/Shelter Mechanic                             20.02
   23470 - Laborer                                              12.93***
   23510 - Locksmith                                               20.02
   23530 - Machinery Maintenance Mechanic                          23.06
   23550 - Machinist Maintenance                                   19.57
   23580 - Maintenance Trades Helper                            14.87***
   23591 - Metrology Technician I                                  24.25
   23592 - Metrology Technician II                                 25.81
   23593 - Metrology Technician III                                27.31
   23640 - Millwright                                              20.59
   23710 - Office Appliance Repairer                               21.11
   23760 - Painter Maintenance                                     21.56
   23790 - Pipefitter Maintenance                                  25.30
   23810 - Plumber Maintenance                                     24.04
   23820 - Pneudraulic Systems Mechanic                            21.08
   23850 - Rigger                                                  22.22
   23870 - Scale Mechanic                                          18.95
   23890 - Sheet-Metal Worker Maintenance                          21.08
   23910 - Small Engine Mechanic                                   18.53
   23931 - Telecommunications Mechanic I                           27.56
   23932 - Telecommunications Mechanic II                          28.94
   23950 - Telephone Lineman                                       21.89
   23960 - Welder Combination Maintenance                          18.39
   23965 - Well Driller                                            21.08
   23970 - Woodcraft Worker                                        21.08
   23980 - Woodworker                                              16.72
24000 - Personal Needs Occupations
   24550 - Case Manager                                         14.20***
   24570 - Child Care Attendant                                  9.49***
   24580 - Child Care Center Clerk                              13.34***
   24610 - Chore Aide                                           10.38***
   24620 - Family Readiness And Support Services                14.20***
Coordinator
   24630 - Homemaker                                               19.49
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                     22.27
    25040 - Sewage Plant Operator                             22.26
    25070 - Stationary Engineer                               22.27
    25190 - Ventilation Equipment Tender                      15.47
    25210 - Water Treatment Plant Operator                    22.26
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                     15.83
    27007 - Baggage Inspector                                 16.93
    27008 - Corrections Officer                               15.87
    27010 - Court Security Officer                            16.23
    27030 - Detection Dog Handler                             19.31
    27040 - Detention Officer                                 15.87
    27070 - Firefighter                                       16.05
    27101 - Guard I                                           16.93
    27102 - Guard II                                          19.31
    27131 - Police Officer I                                  19.58
    27132 - Police Officer II                                 21.77
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                    14.15***
    28042 - Carnival Equipment Repairer                       15.14
    28043 - Carnival Worker                                11.17***
    28210 - Gate Attendant/Gate Tender                        15.96
    28310 - Lifeguard                                      12.42***
    28350 - Park Attendant (Aide)                             17.86
    28510 - Recreation Aide/Health Facility Attendant      13.04***
    28515 - Recreation Specialist                             22.12
    28630 - Sports Official                                14.22***
    28690 - Swimming Pool Operator                            17.61
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                26.41
    29020 - Hatch Tender                                      26.41
    29030 - Line Handler                                      26.41
    29041 - Stevedore I                                       24.85
    29042 - Stevedore II                                      27.90
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)   40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)   27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
    30021 - Archeological Technician I                        16.67
    30022 - Archeological Technician II                       18.65
    30023 - Archeological Technician III                      23.10
    30030 - Cartographic Technician                           23.10
    30040 - Civil Engineering Technician                      22.04
    30051 - Cryogenic Technician I                            25.58
    30052 - Cryogenic Technician II                           28.25
    30061 - Drafter/CAD Operator I                            16.67
    30062 - Drafter/CAD Operator II                           18.65
    30063 - Drafter/CAD Operator III                          20.78
    30064 - Drafter/CAD Operator IV                           25.58
    30081 - Engineering Technician I                          15.07
    30082 - Engineering Technician II                         16.71
    30083 - Engineering Technician III                        20.34
    30084 - Engineering Technician IV                         23.88
    30085 - Engineering Technician V                          29.16
    30086 - Engineering Technician VI                         35.34
    30090 - Environmental Technician                          22.13
    30095 - Evidence Control Specialist                       23.10
    30210 - Laboratory Technician                             24.88
    30221 - Latent Fingerprint Technician I                   25.58
    30222 - Latent Fingerprint Technician II                  28.25
    30240 - Mathematical Technician                           23.10
    30361 - Paralegal/Legal Assistant I                       20.74
    30362 - Paralegal/Legal Assistant II                      25.69
    30363 - Paralegal/Legal Assistant III                     31.43
```

```
30364 - Paralegal/Legal Assistant IV                              38.04
30375 - Petroleum Supply Specialist                               28.25
30390 - Photo-Optics Technician                                   23.10
30395 - Radiation Control Technician                              28.25
30461 - Technical Writer I                                        23.10
30462 - Technical Writer II                                       28.25
30463 - Technical Writer III                                      34.18
30491 - Unexploded Ordnance (UXO) Technician I                    25.60
30492 - Unexploded Ordnance (UXO) Technician II                   30.98
30493 - Unexploded Ordnance (UXO) Technician III                  37.13
30494 - Unexploded (UXO) Safety Escort                            25.60
30495 - Unexploded (UXO) Sweep Personnel                          25.60
30501 - Weather Forecaster I                                      25.58
30502 - Weather Forecaster II                                     31.11
30620 - Weather Observer Combined Upper Air Or     (see 2)        20.78
Surface Programs
30621 - Weather Observer Senior                    (see 2)        23.10
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                                  14.47***
31030 - Bus Driver                                                19.55
31043 - Driver Courier                                            15.45
31260 - Parking and Lot Attendant                                 13.22***
31290 - Shuttle Bus Driver                                        16.08
31310 - Taxi Driver                                               12.61***
31361 - Truckdriver Light                                         16.56
31362 - Truckdriver Medium                                        18.16
31363 - Truckdriver Heavy                                         20.78
31364 - Truckdriver Tractor-Trailer                               20.78
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                    9.49***
99050 - Desk Clerk                                                 9.66***
99095 - Embalmer                                                  24.27
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                             13.73***
99252 - Laboratory Animal Caretaker II                            14.72***
99260 - Marketing Analyst                                         25.82
99310 - Mortician                                                 24.27
99410 - Pest Controller                                           17.77
99510 - Photofinishing Worker                                     13.91***
99710 - Recycling Laborer                                         15.26
99711 - Recycling Specialist                                      19.47
99730 - Refuse Collector                                          13.54***
99810 - Sales Clerk                                               12.62***
99820 - School Crossing Guard                                     14.69***
99830 - Survey Party Chief                                        28.12
99831 - Surveying Aide                                            15.94
99832 - Surveying Technician                                      21.83
99840 - Vending Machine Attendant                                 12.78***
99841 - Vending Machine Repairer                                  16.09
99842 - Vending Machine Repairer Helper                           12.78***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
        "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
           THE SERVICE CONTRACT ACT             |  EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor       |       WAGE AND HOUR DIVISION
                                                |       WASHINGTON D.C.  20210
                                                |
                                                |
                                                |
                                                | Wage Determination No.: 2015-5025
   Daniel W. Simms          Division of         |        Revision No.: 17
   Director            Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Illinois

Area: Illinois County of Kankakee

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 17.38 |
| 01012 - Accounting Clerk II | | 19.52 |
| 01013  Accounting Clerk III | | 21.83 |
| 01020 - Administrative Assistant | | 28.01 |
| 01035 - Court Reporter | | 20.25 |
| 01041 - Customer Service Representative I | | 14.63*** |
| 01042  Customer Service Representative II | | 15.97 |
| 01043 - Customer Service Representative III | | 17.94 |
| 01051 - Data Entry Operator I | | 14.81*** |
| 01052 - Data Entry Operator II | | 16.15 |
| 01060  Dispatcher Motor Vehicle | | 22.93 |
| 01070 - Document Preparation Clerk | | 15.16 |
| 01090 - Duplicating Machine Operator | | 15.16 |
| 01111 - General Clerk I | | 14.64*** |
| 01112  General Clerk II | | 15.98 |
| 01113 - General Clerk III | | 17.94 |

```
01120 - Housing Referral Assistant                        22.12
01141 - Messenger Courier                                 12.36***
01191   Order Clerk I                                     15.99
01192 - Order Clerk II                                    17.58
01261 - Personnel Assistant (Employment) I                17.84
01262 - Personnel Assistant (Employment) II               19.95
01263   Personnel Assistant (Employment) III              22.24
01270 - Production Control Clerk                           24.90
01290 - Rental Clerk                                       17.41
01300 - Scheduler Maintenance                             18.36
01311   Secretary I                                       18.36
01312 - Secretary II                                      19.84
01313 - Secretary III                                     22.12
01320 - Service Order Dispatcher                          21.04
01410   Supply Technician                                 28.01
01420 - Survey Worker                                     19.19
01460 - Switchboard Operator/Receptionist                 13.53***
01531 - Travel Clerk I                                    14.48***
01532   Travel Clerk II                                   15.67
01533 - Travel Clerk III                                  16.97
01611 - Word Processor I                                  15.50
01612 - Word Processor II                                 17.41
01613   Word Processor III                                19.47
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               27.83
05010 - Automotive  Electrician                           24.51
05040   Automotive Glass Installer                        23.47
05070 - Automotive Worker                                 23.47
05110 - Mobile Equipment Servicer                         21.37
05130 - Motor Equipment Metal Mechanic                    28.12
05160   Motor Equipment Metal Worker                      23.47
05190 - Motor Vehicle Mechanic                            28.63
05220 - Motor Vehicle Mechanic Helper                     20.28
05250 - Motor Vehicle Upholstery Worker                   22.45
05280   Motor Vehicle Wrecker                             23.47
05310 - Painter Automotive                                23.47
05340 - Radiator Repair Specialist                        23.47
05370 - Tire Repairer                                     17.01
05400   Transmission Repair Specialist                    28.12
07000 - Food Preparation And Service Occupations
07010 - Baker                                             17.90
07041 - Cook I                                            14.43***
07042   Cook II                                           15.77
07070 - Dishwasher                                        11.36***
07130 - Food Service Worker                               11.54***
07210 - Meat Cutter                                       15.79
07260   Waiter/Waitress                                   12.02***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       31.01
09040 - Furniture Handler                                 20.69
09080   Furniture Refinisher                              31.01
09090 - Furniture Refinisher Helper                       24.30
09110 - Furniture Repairer Minor                          27.71
09130 - Upholsterer                                       31.01
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  13.52***
11060 - Elevator Operator                                 14.10***
11090 - Gardener                                          16.87
11122   Housekeeping Aide                                 14.10***
11150 - Janitor                                           14.10***
11210 - Laborer Grounds Maintenance                       13.50***
11240 - Maid or Houseman                                  13.40***
11260   Pruner                                            12.35***
11270 - Tractor Operator                                  15.80
11330 - Trail Maintenance Worker                          13.50***
```

```
11360 - Window Cleaner                                     15.40
12000 - Health Occupations
  12010   Ambulance Driver                                 23.01
  12011 - Breath Alcohol Technician                        23.01
  12012 - Certified Occupational Therapist Assistant       31.57
  12015 - Certified Physical Therapist Assistant           30.94
  12020   Dental Assistant                                 18.94
  12025 - Dental Hygienist                                 35.17
  12030 - EKG Technician                                   34.87
  12035 - Electroneurodiagnostic Technologist              34.87
  12040   Emergency Medical Technician                     23.01
  12071 - Licensed Practical Nurse I                       20.58
  12072 - Licensed Practical Nurse II                      23.01
  12073 - Licensed Practical Nurse III                     25.65
  12100   Medical Assistant                                16.51
  12130 - Medical Laboratory Technician                    23.18
  12160 - Medical Record Clerk                             20.88
  12190 - Medical Record Technician                        23.35
  12195   Medical Transcriptionist                         20.58
  12210 - Nuclear Medicine Technologist                    50.57
  12221 - Nursing Assistant I                           12.83***
  12222 - Nursing Assistant II                          14.43***
  12223   Nursing Assistant III                            15.74
  12224 - Nursing Assistant IV                             17.67
  12235 - Optical Dispenser                                22.28
  12236 - Optical Technician                               20.58
  12250   Pharmacy Technician                              15.58
  12280 - Phlebotomist                                     20.58
  12305 - Radiologic Technologist                          32.01
  12311 - Registered Nurse I                               29.17
  12312   Registered Nurse II                              32.81
  12313 - Registered Nurse II Specialist                   32.81
  12314 - Registered Nurse III                             39.70
  12315 - Registered Nurse III Anesthetist                 39.70
  12316   Registered Nurse IV                              47.59
  12317 - Scheduler (Drug and Alcohol Testing)             28.51
  12320 - Substance Abuse Treatment Counselor              25.89
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                            21.51
  13012 - Exhibits Specialist II                           26.65
  13013 - Exhibits Specialist III                          32.46
  13041 - Illustrator I                                    22.03
  13042   Illustrator II                                   27.53
  13043 - Illustrator III                                  32.62
  13047 - Librarian                                        33.74
  13050 - Library Aide/Clerk                            14.14***
  13054   Library Information Technology Systems           29.74
  Administrator
  13058 - Library Technician                               18.22
  13061 - Media Specialist I                               21.16
  13062   Media Specialist II                              23.66
  13063 - Media Specialist III                             26.39
  13071 - Photographer I                                   19.24
  13072 - Photographer II                                  21.51
  13073   Photographer III                                 26.65
  13074 - Photographer IV                                  32.46
  13075 - Photographer V                                   35.76
  13090 - Technical Order Library Clerk                    17.35
  13110   Video Teleconference Technician                  17.89
14000 - Information Technology Occupations
  14041 - Computer Operator I                              18.68
  14042 - Computer Operator II                             20.89
  14043   Computer Operator III                            23.28
  14044 - Computer Operator IV                             25.88
  14045 - Computer Operator V                              28.66
```

```
14071 - Computer Programmer I              (see 1)        25.49
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                     18.68
14160 - Personal Computer Support Technician              25.88
14170 - System Support Specialist                         28.71
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)   36.22
15020 - Aircrew Training Devices Instructor (Rated)       41.82
15030 - Air Crew Training Devices Instructor (Pilot)      46.94
15050 - Computer Based Training Specialist / Instructor   36.22
15060 - Educational Technologist                          28.49
15070 - Flight Instructor (Pilot)                         46.94
15080 - Graphic Artist                                    30.44
15085 - Maintenance Test Pilot Fixed Jet/Prop             46.94
15086 - Maintenance Test Pilot Rotary Wing                46.94
15088 - Non-Maintenance Test/Co-Pilot                     46.94
15090 - Technical Instructor                              28.62
15095 - Technical Instructor/Course Developer             33.96
15110 - Test Proctor                                      22.41
15120 - Tutor                                             22.41
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                         16.09
16030 - Counter Attendant                                 16.09
16040 - Dry Cleaner                                       18.40
16070 - Finisher Flatwork Machine                         16.09
16090 - Presser Hand                                      16.09
16110 - Presser Machine Drycleaning                       16.09
16130 - Presser Machine Shirts                            16.09
16160 - Presser Machine Wearing Apparel Laundry           16.09
16190 - Sewing Machine Operator                           19.17
16220 - Tailor                                            19.94
16250 - Washer Machine                                    16.86
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                 32.48
19040 - Tool And Die Maker                                38.90
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                 16.93
21030 - Material Coordinator                              24.90
21040 - Material Expediter                                24.90
21050 - Material Handling Laborer                         17.45
21071 - Order Filler                                      13.80***
21080 - Production Line Worker (Food Processing)          16.93
21110 - Shipping Packer                                   17.20
21130 - Shipping/Receiving Clerk                          17.20
21140 - Store Worker I                                    15.84
21150 - Stock Clerk                                       20.76
21210 - Tools And Parts Attendant                         16.93
21410 - Warehouse Specialist                              16.93
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                       35.96
23019 - Aircraft Logs and Records Technician              29.03
23021 - Aircraft Mechanic I                               34.21
23022 - Aircraft Mechanic II                              35.96
23023 - Aircraft Mechanic III                             37.38
23040 - Aircraft Mechanic Helper                          25.46
23050 - Aircraft Painter                                  32.48
23060 - Aircraft Servicer                                 29.03
23070 - Aircraft Survival Flight Equipment Technician     32.48
23080 - Aircraft Worker                                   30.76
23091 - Aircrew Life Support Equipment (ALSE) Mechanic    30.76
```

```
        I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic        34.21
        II
   23110 - Appliance Mechanic                                    32.48
   23120 - Bicycle Repairer                                      27.25
   23125 - Cable Splicer                                         34.21
   23130 - Carpenter Maintenance                                 35.49
   23140 - Carpet Layer                                          30.76
   23160 - Electrician Maintenance                               44.85
   23181 - Electronics Technician Maintenance I                  30.76
   23182 - Electronics Technician Maintenance II                 32.48
   23183 - Electronics Technician Maintenance III                34.21
   23260 - Fabric Worker                                         29.03
   23290 - Fire Alarm System Mechanic                            34.21
   23310 - Fire Extinguisher Repairer                            27.25
   23311 - Fuel Distribution System Mechanic                     34.21
   23312 - Fuel Distribution System Operator                     27.25
   23370 - General Maintenance Worker                            23.74
   23380 - Ground Support Equipment Mechanic                     34.21
   23381 - Ground Support Equipment Servicer                     29.03
   23382 - Ground Support Equipment Worker                       30.76
   23391 - Gunsmith I                                            27.25
   23392 - Gunsmith II                                           30.76
   23393 - Gunsmith III                                          34.21
   23410 - Heating Ventilation And Air-Conditioning              28.61
        Mechanic
   23411 - Heating Ventilation And Air Contidioning              30.07
        Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                              34.21
   23440 - Heavy Equipment Operator                             42.37
   23460 - Instrument Mechanic                                   34.21
   23465 - Laboratory/Shelter Mechanic                          32.48
   23470 - Laborer                                               15.03
   23510 - Locksmith                                             32.48
   23530 - Machinery Maintenance Mechanic                        35.31
   23550 - Machinist Maintenance                                 27.64
   23580 - Maintenance Trades Helper                             25.46
   23591 - Metrology Technician I                               34.21
   23592 - Metrology Technician II                              35.96
   23593 - Metrology Technician III                             37.38
   23640 - Millwright                                            34.21
   23710 - Office Appliance Repairer                             32.48
   23760 - Painter Maintenance                                   25.00
   23790 - Pipefitter Maintenance                                46.41
   23810 - Plumber Maintenance                                   44.04
   23820 - Pneudraulic Systems Mechanic                          34.21
   23850 - Rigger                                                34.21
   23870 - Scale Mechanic                                        30.76
   23890 - Sheet-Metal Worker Maintenance                        35.97
   23910 - Small Engine Mechanic                                 30.76
   23931 - Telecommunications Mechanic I                         30.34
   23932 - Telecommunications Mechanic II                        31.89
   23950 - Telephone Lineman                                     34.21
   23960 - Welder Combination Maintenance                        21.62
   23965 - Well Driller                                          34.21
   23970 - Woodcraft Worker                                      34.21
   23980 - Woodworker                                            27.25
24000 - Personal Needs Occupations
   24550 - Case Manager                                          23.28
   24570 - Child Care Attendant                               12.33***
   24580 - Child Care Center Clerk                              17.79
   24610 - Chore Aide                                         14.01***
   24620 - Family Readiness And Support Services                23.28
        Coordinator
   24630 - Homemaker                                            23.28
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                        41.57
   25040 - Sewage Plant Operator                                33.44
   25070 - Stationary Engineer                                  41.57
   25190 - Ventilation Equipment Tender                         30.66
   25210 - Water Treatment Plant Operator                       33.44
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                        27.10
   27007 - Baggage Inspector                                 14.64***
   27008 - Corrections Officer                                  29.55
   27010 - Court Security Officer                               29.55
   27030 - Detection Dog Handler                                16.37
   27040 - Detention Officer                                    29.55
   27070 - Firefighter                                          29.55
   27101 - Guard I                                           14.64***
   27102 - Guard II                                             16.37
   27131 - Police Officer I                                     31.95
   27132 - Police Officer II                                    35.50
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                       13.71***
   28042 - Carnival Equipment Repairer                       14.43***
   28043 - Carnival Worker                                   11.17***
   28210 - Gate Attendant/Gate Tender                           18.08
   28310 - Lifeguard                                         14.41***
   28350 - Park Attendant (Aide)                                20.21
   28510 - Recreation Aide/Health Facility Attendant         12.96***
   28515 - Recreation Specialist                                22.00
   28630 - Sports Official                                      16.10
   28690 - Swimming Pool Operator                               26.81
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                   30.76
   29020 - Hatch Tender                                         30.76
   29030 - Line Handler                                         30.76
   29041 - Stevedore I                                          29.03
   29042 - Stevedore II                                         32.48
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)  (see 2)   44.68
   30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  30.81
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  33.93
   30021 - Archeological Technician I                           17.64
   30022 - Archeological Technician II                          19.76
   30023 - Archeological Technician III                         26.59
   30030 - Cartographic Technician                              26.33
   30040 - Civil Engineering Technician                         25.64
   30051 - Cryogenic Technician I                               23.80
   30052 - Cryogenic Technician II                              26.29
   30061 - Drafter/CAD Operator I                               17.64
   30062 - Drafter/CAD Operator II                              19.76
   30063 - Drafter/CAD Operator III                             21.99
   30064 - Drafter/CAD Operator IV                              28.96
   30081 - Engineering Technician I                             17.38
   30082 - Engineering Technician II                            20.39
   30083 - Engineering Technician III                           22.81
   30084 - Engineering Technician IV                            28.26
   30085 - Engineering Technician V                             34.56
   30086 - Engineering Technician VI                            40.57
   30090 - Environmental Technician                             24.28
   30095 - Evidence Control Specialist                          21.49
   30210 - Laboratory Technician                                26.77
   30221 - Latent Fingerprint Technician I                      23.80
   30222 - Latent Fingerprint Technician II                     26.29
   30240 - Mathematical Technician                              26.13
   30361 - Paralegal/Legal Assistant I                          20.55
   30362 - Paralegal/Legal Assistant II                         25.43
   30363 - Paralegal/Legal Assistant III                        31.14
```

```
30364 - Paralegal/Legal Assistant IV                              37.63
30375 - Petroleum Supply Specialist                               26.29
30390 - Photo-Optics Technician                                   26.33
30395 - Radiation Control Technician                              26.29
30461 - Technical Writer I                                        25.16
30462 - Technical Writer II                                       30.77
30463 - Technical Writer III                                      37.23
30491 - Unexploded Ordnance (UXO) Technician I                    28.39
30492 - Unexploded Ordnance (UXO) Technician II                   34.35
30493 - Unexploded Ordnance (UXO) Technician III                  41.18
30494 - Unexploded (UXO) Safety Escort                            28.39
30495 - Unexploded (UXO) Sweep Personnel                          28.39
30501 - Weather Forecaster I                                      28.96
30502 - Weather Forecaster II                                     35.23
30620 - Weather Observer Combined Upper Air Or       (see 2)      21.99
Surface Programs
30621 - Weather Observer Senior                      (see 2)      24.44
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            34.35
31020 - Bus Aide                                                  18.18
31030 - Bus Driver                                                24.36
31043 - Driver Courier                                            19.14
31260 - Parking and Lot Attendant                                 16.40
31290 - Shuttle Bus Driver                                        18.60
31310 - Taxi Driver                                               15.41
31361 - Truckdriver Light                                         18.60
31362 - Truckdriver Medium                                        22.78
31363 - Truckdriver Heavy                                         28.17
31364 - Truckdriver Tractor-Trailer                               28.17
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   16.75
99030 - Cashier                                                   11.36***
99050 - Desk Clerk                                                11.94***
99095 - Embalmer                                                  30.13
99130 - Flight Follower                                           28.39
99251 - Laboratory Animal Caretaker I                             22.41
99252 - Laboratory Animal Caretaker II                            23.99
99260 - Marketing Analyst                                         26.29
99310 - Mortician                                                 30.13
99410 - Pest Controller                                           25.55
99510 - Photofinishing Worker                                     14.92***
99710 - Recycling Laborer                                         19.07
99711 - Recycling Specialist                                      22.41
99730 - Refuse Collector                                          17.46
99810 - Sales Clerk                                               12.95***
99820 - School Crossing Guard                                     17.46
99830 - Survey Party Chief                                        23.80
99831 - Surveying Aide                                            14.52***
99832 - Surveying Technician                                      18.74
99840 - Vending Machine Attendant                                 22.41
99841 - Vending Machine Repairer                                  27.08
99842 - Vending Machine Repairer Helper                           22.41
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)


HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)



THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
           THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
      By direction of the Secretary of Labor      |       WAGE AND HOUR DIVISION
                                                  |        WASHINGTON D.C.  20210
                                                  |
                                                  |
                                                  |
                                                  | Wage Determination No.: 2015-4827
      Daniel W. Simms        Division of          |       Revision No.: 19
      Director          Wage Determinations       | Date Of Last Revision: 03/15/2022
                                                  |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
 _____
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|_____|_____|
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|_____|_____|
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.
_____

State: Indiana

Area: Indiana Counties of Ripley Switzerland
_____

          **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                          FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                    13.70***
   01012 - Accounting Clerk II                                   15.39
   01013  Accounting Clerk III                                   17.21
   01020 - Administrative Assistant                              24.49
   01035 - Court Reporter                                        18.31
   01041 - Customer Service Representative I                     13.27***
   01042  Customer Service Representative II                     14.90***
   01043 - Customer Service Representative III                   16.26
   01051 - Data Entry Operator I                                 14.52***
   01052 - Data Entry Operator II                                15.84
   01060  Dispatcher Motor Vehicle                               21.76
   01070 - Document Preparation Clerk                            14.16***
   01090 - Duplicating Machine Operator                         14.16***
   01111 - General Clerk I                                       13.29***
   01112  General Clerk II                                       14.50***
   01113 - General Clerk III                                     16.29
```

```
01120 - Housing Referral Assistant                         19.84
01141 - Messenger Courier                                  14.55***
01191   Order Clerk I                                      13.62***
01192 - Order Clerk II                                     17.02
01261 - Personnel Assistant (Employment) I                 15.67
01262 - Personnel Assistant (Employment) II                17.53
01263   Personnel Assistant (Employment) III               19.55
01270 - Production Control Clerk                           24.00
01290 - Rental Clerk                                       14.57***
01300 - Scheduler Maintenance                              15.84
01311   Secretary I                                        15.84
01312 - Secretary II                                       17.79
01313 - Secretary III                                      19.84
01320 - Service Order Dispatcher                           19.45
01410   Supply Technician                                  24.49
01420 - Survey Worker                                      17.63
01460 - Switchboard Operator/Receptionist                  14.31***
01531 - Travel Clerk I                                     14.15***
01532   Travel Clerk II                                    14.81***
01533 - Travel Clerk III                                   15.47
01611 - Word Processor I                                   14.64***
01612 - Word Processor II                                  16.44
01613   Word Processor III                                 18.39
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                21.27
05010 - Automotive  Electrician                            23.12
05040   Automotive Glass Installer                         21.61
05070 - Automotive Worker                                  22.26
05110 - Mobile Equipment Servicer                          20.65
05130 - Motor Equipment Metal Mechanic                     24.59
05160   Motor Equipment Metal Worker                       22.26
05190 - Motor Vehicle Mechanic                             23.03
05220 - Motor Vehicle Mechanic Helper                      20.30
05250 - Motor Vehicle Upholstery Worker                    21.42
05280   Motor Vehicle Wrecker                              22.26
05310 - Painter Automotive                                 23.12
05340 - Radiator Repair Specialist                         22.26
05370 - Tire Repairer                                      15.45
05400   Transmission Repair Specialist                     24.59
07000 - Food Preparation And Service Occupations
07010 - Baker                                              12.32***
07041 - Cook I                                             12.59***
07042   Cook II                                            14.19***
07070 - Dishwasher                                          9.25***
07130 - Food Service Worker                                 9.89***
07210 - Meat Cutter                                        15.84
07260   Waiter/Waitress                                     9.25***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        19.70
09040 - Furniture Handler                                  13.81***
09080   Furniture Refinisher                               17.91
09090 - Furniture Refinisher Helper                        15.31
09110 - Furniture Repairer Minor                           16.59
09130 - Upholsterer                                        17.91
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   13.06***
11060 - Elevator Operator                                  12.27***
11090 - Gardener                                           17.36
11122   Housekeeping Aide                                  12.52***
11150 - Janitor                                            12.52***
11210 - Laborer Grounds Maintenance                        14.99***
11240 - Maid or Houseman                                   10.76***
11260   Pruner                                             13.48***
11270 - Tractor Operator                                   16.71
11330 - Trail Maintenance Worker                           14.99***
```

```
    11360 - Window Cleaner                                    13.68***
12000 - Health Occupations
    12010   Ambulance Driver                                  19.03
    12011 - Breath Alcohol Technician                         19.25
    12012 - Certified Occupational Therapist Assistant        27.03
    12015 - Certified Physical Therapist Assistant            26.81
    12020   Dental Assistant                                  19.56
    12025 - Dental Hygienist                                  39.64
    12030 - EKG Technician                                    26.59
    12035 - Electroneurodiagnostic Technologist               26.59
    12040   Emergency Medical Technician                      19.03
    12071 - Licensed Practical Nurse I                        17.22
    12072 - Licensed Practical Nurse II                       19.25
    12073 - Licensed Practical Nurse III                      21.46
    12100   Medical Assistant                                 15.48
    12130 - Medical Laboratory Technician                     23.66
    12160 - Medical Record Clerk                              16.12
    12190 - Medical Record Technician                         19.03
    12195   Medical Transcriptionist                          17.22
    12210 - Nuclear Medicine Technologist                     42.31
    12221 - Nursing Assistant I                               11.83***
    12222 - Nursing Assistant II                              13.30***
    12223   Nursing Assistant III                             14.51***
    12224 - Nursing Assistant IV                              16.29
    12235 - Optical Dispenser                                 16.72
    12236 - Optical Technician                                17.22
    12250   Pharmacy Technician                               15.93
    12280 - Phlebotomist                                      15.39
    12305 - Radiologic Technologist                           26.79
    12311 - Registered Nurse I                                24.51
    12312   Registered Nurse II                               29.20
    12313 - Registered Nurse II Specialist                    29.20
    12314 - Registered Nurse III                              35.32
    12315 - Registered Nurse III Anesthetist                  35.32
    12316   Registered Nurse IV                               42.35
    12317 - Scheduler (Drug and Alcohol Testing)              23.85
    12320 - Substance Abuse Treatment Counselor               20.44
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                             19.76
    13012 - Exhibits Specialist II                            24.48
    13013 - Exhibits Specialist III                           29.93
    13041 - Illustrator I                                     20.17
    13042   Illustrator II                                    24.99
    13043 - Illustrator III                                   30.56
    13047 - Librarian                                         27.38
    13050 - Library Aide/Clerk                                12.27***
    13054   Library Information Technology Systems            24.96
    Administrator
    13058 - Library Technician                                15.33
    13061 - Media Specialist I                                17.68
    13062   Media Specialist II                               19.76
    13063 - Media Specialist III                              22.38
    13071 - Photographer I                                    14.95***
    13072 - Photographer II                                   17.85
    13073   Photographer III                                  21.52
    13074 - Photographer IV                                   26.56
    13075 - Photographer V                                    32.12
    13090 - Technical Order Library Clerk                     15.49
    13110   Video Teleconference Technician                   19.61
14000 - Information Technology Occupations
    14041 - Computer Operator I                               15.90
    14042 - Computer Operator II                              17.80
    14043   Computer Operator III                             19.83
    14044 - Computer Operator IV                              22.04
    14045 - Computer Operator V                               24.40
```

```
14071 - Computer Programmer I              (see 1)        19.86
14072 - Computer Programmer II             (see 1)        24.53
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                    15.90
14160 - Personal Computer Support Technician             22.04
14170 - System Support Specialist                        26.03
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)  31.98
15020 - Aircrew Training Devices Instructor (Rated)      38.68
15030 - Air Crew Training Devices Instructor (Pilot)     43.49
15050 - Computer Based Training Specialist / Instructor  31.98
15060 - Educational Technologist                         30.00
15070 - Flight Instructor (Pilot)                        43.49
15080 - Graphic Artist                                   23.35
15085 - Maintenance Test Pilot Fixed Jet/Prop           43.18
15086 - Maintenance Test Pilot Rotary Wing              43.18
15088 - Non-Maintenance Test/Co-Pilot                   43.18
15090 - Technical Instructor                             20.97
15095 - Technical Instructor/Course Developer            25.67
15110 - Test Proctor                                     16.94
15120 - Tutor                                            16.94
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                       10.81***
16030 - Counter Attendant                               10.81***
16040 - Dry Cleaner                                     13.62***
16070 - Finisher Flatwork Machine                      10.81***
16090 - Presser Hand                                   10.81***
16110 - Presser Machine Drycleaning                    10.81***
16130 - Presser Machine Shirts                         10.81***
16160 - Presser Machine Wearing Apparel Laundry        10.81***
16190 - Sewing Machine Operator                        14.45***
16220 - Tailor                                          15.24
16250 - Washer Machine                                 11.82***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                25.18
19040 - Tool And Die Maker                               28.65
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                18.41
21030 - Material Coordinator                             24.00
21040 - Material Expediter                               24.00
21050 - Material Handling Laborer                        16.74
21071 - Order Filler                                    13.30***
21080 - Production Line Worker (Food Processing)         18.41
21110 - Shipping Packer                                  17.44
21130 - Shipping/Receiving Clerk                         17.44
21140 - Store Worker I                                  14.71***
21150 - Stock Clerk                                      19.29
21210 - Tools And Parts Attendant                        18.41
21410 - Warehouse Specialist                             18.41
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                      26.12
23019 - Aircraft Logs and Records Technician             20.40
23021 - Aircraft Mechanic I                              24.88
23022 - Aircraft Mechanic II                             26.12
23023 - Aircraft Mechanic III                            27.43
23040 - Aircraft Mechanic Helper                         18.67
23050 - Aircraft Painter                                 22.84
23060 - Aircraft Servicer                                20.40
23070 - Aircraft Survival Flight Equipment Technician    22.84
23080 - Aircraft Worker                                  21.69
23091 - Aircrew Life Support Equipment (ALSE) Mechanic   21.69
```

```
I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic          24.88
II
   23110 - Appliance Mechanic                                      22.84
   23120 - Bicycle Repairer                                        19.08
   23125 - Cable Splicer                                           33.56
   23130 - Carpenter Maintenance                                   21.32
   23140 - Carpet Layer                                            22.59
   23160 - Electrician Maintenance                                 27.28
   23181 - Electronics Technician Maintenance I                    24.44
   23182 - Electronics Technician Maintenance II                   25.74
   23183 - Electronics Technician Maintenance III                  26.92
   23260 - Fabric Worker                                           20.40
   23290 - Fire Alarm System Mechanic                              22.51
   23310 - Fire Extinguisher Repairer                              19.08
   23311 - Fuel Distribution System Mechanic                       24.93
   23312 - Fuel Distribution System Operator                       20.52
   23370 - General Maintenance Worker                              20.86
   23380 - Ground Support Equipment Mechanic                       24.88
   23381 - Ground Support Equipment Servicer                       20.40
   23382 - Ground Support Equipment Worker                         21.69
   23391 - Gunsmith I                                              19.08
   23392 - Gunsmith II                                             21.69
   23393 - Gunsmith III                                            23.94
   23410 - Heating Ventilation And Air-Conditioning                22.80
Mechanic
   23411 - Heating Ventilation And Air Contidioning                23.81
Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                                24.64
   23440 - Heavy Equipment Operator                                25.13
   23460 - Instrument Mechanic                                     31.01
   23465 - Laboratory/Shelter Mechanic                             22.84
   23470 - Laborer                                                 16.12
   23510 - Locksmith                                               22.84
   23530 - Machinery Maintenance Mechanic                          24.24
   23550 - Machinist Maintenance                                   22.55
   23580 - Maintenance Trades Helper                               15.35
   23591 - Metrology Technician I                                  31.01
   23592 - Metrology Technician II                                 32.38
   23593 - Metrology Technician III                                33.82
   23640 - Millwright                                              27.90
   23710 - Office Appliance Repairer                               20.77
   23760 - Painter Maintenance                                     19.70
   23790 - Pipefitter Maintenance                                  25.72
   23810 - Plumber Maintenance                                     24.06
   23820 - Pneudraulic Systems Mechanic                            23.94
   23850 - Rigger                                                  23.89
   23870 - Scale Mechanic                                          21.69
   23890 - Sheet-Metal Worker Maintenance                          22.51
   23910 - Small Engine Mechanic                                   18.96
   23931 - Telecommunications Mechanic I                           27.49
   23932 - Telecommunications Mechanic II                          28.71
   23950 - Telephone Lineman                                       28.11
   23960 - Welder Combination Maintenance                          23.01
   23965 - Well Driller                                            23.85
   23970 - Woodcraft Worker                                        23.94
   23980 - Woodworker                                              19.08
24000 - Personal Needs Occupations
   24550 - Case Manager                                            15.17
   24570 - Child Care Attendant                                 11.39***
   24580 - Child Care Center Clerk                                 15.48
   24610 - Chore Aide                                           11.20***
   24620 - Family Readiness And Support Services                   15.17
Coordinator
   24630 - Homemaker                                               17.36
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          25.28
    25040 - Sewage Plant Operator                                  21.82
    25070 - Stationary Engineer                                    25.28
    25190 - Ventilation Equipment Tender                           18.95
    25210 - Water Treatment Plant Operator                         21.82
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          18.18
    27007 - Baggage Inspector                                   13.22***
    27008 - Corrections Officer                                    24.65
    27010 - Court Security Officer                                 24.65
    27030 - Detection Dog Handler                                  18.00
    27040 - Detention Officer                                      24.65
    27070 - Firefighter                                            24.58
    27101 - Guard I                                             13.22***
    27102 - Guard II                                               18.00
    27131 - Police Officer I                                       24.89
    27132 - Police Officer II                                      27.66
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                         12.19***
    28042 - Carnival Equipment Repairer                         13.10***
    28043 - Carnival Worker                                      9.51***
    28210 - Gate Attendant/Gate Tender                          14.07***
    28310 - Lifeguard                                           11.94***
    28350 - Park Attendant (Aide)                                  15.74
    28510 - Recreation Aide/Health Facility Attendant           11.49***
    28515 - Recreation Specialist                                  19.50
    28630 - Sports Official                                     12.53***
    28690 - Swimming Pool Operator                                 17.89
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     26.59
    29020 - Hatch Tender                                           26.59
    29030 - Line Handler                                           26.59
    29041 - Stevedore I                                            24.99
    29042 - Stevedore II                                           26.76
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.62
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  28.01
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.85
    30021 - Archeological Technician I                             18.86
    30022 - Archeological Technician II                            21.09
    30023 - Archeological Technician III                           26.12
    30030 - Cartographic Technician                                26.12
    30040 - Civil Engineering Technician                           26.98
    30051 - Cryogenic Technician I                                 27.95
    30052 - Cryogenic Technician II                                30.87
    30061 - Drafter/CAD Operator I                                 18.86
    30062 - Drafter/CAD Operator II                                21.09
    30063 - Drafter/CAD Operator III                               23.50
    30064 - Drafter/CAD Operator IV                                28.93
    30081 - Engineering Technician I                               16.79
    30082 - Engineering Technician II                              18.86
    30083 - Engineering Technician III                             21.09
    30084 - Engineering Technician IV                              26.12
    30085 - Engineering Technician V                               31.95
    30086 - Engineering Technician VI                              38.67
    30090 - Environmental Technician                               25.25
    30095 - Evidence Control Specialist                            25.25
    30210 - Laboratory Technician                                  21.44
    30221 - Latent Fingerprint Technician I                        27.95
    30222 - Latent Fingerprint Technician II                       30.87
    30240 - Mathematical Technician                                26.12
    30361 - Paralegal/Legal Assistant I                            18.58
    30362 - Paralegal/Legal Assistant II                           23.01
    30363 - Paralegal/Legal Assistant III                          28.49
```

```
30364 - Paralegal/Legal Assistant IV                              34.05
30375 - Petroleum Supply Specialist                               30.87
30390 - Photo-Optics Technician                                   25.00
30395 - Radiation Control Technician                              30.87
30461 - Technical Writer I                                        23.18
30462 - Technical Writer II                                       28.36
30463 - Technical Writer III                                      34.31
30491 - Unexploded Ordnance (UXO) Technician I                    25.82
30492 - Unexploded Ordnance (UXO) Technician II                   31.24
30493 - Unexploded Ordnance (UXO) Technician III                  37.44
30494 - Unexploded (UXO) Safety Escort                            25.82
30495 - Unexploded (UXO) Sweep Personnel                          25.82
30501 - Weather Forecaster I                                      28.93
30502 - Weather Forecaster II                                     35.20
30620 - Weather Observer Combined Upper Air Or    (see 2)         23.50
Surface Programs
30621 - Weather Observer Senior                   (see 2)         26.12
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            31.24
31020 - Bus Aide                                              13.82***
31030 - Bus Driver                                               19.04
31043 - Driver Courier                                           17.51
31260 - Parking and Lot Attendant                            13.61***
31290 - Shuttle Bus Driver                                       18.95
31310 - Taxi Driver                                          14.82***
31361 - Truckdriver Light                                        18.95
31362 - Truckdriver Medium                                       20.07
31363 - Truckdriver Heavy                                        22.24
31364 - Truckdriver Tractor-Trailer                              22.24
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                  15.23
99030 - Cashier                                              10.49***
99050 - Desk Clerk                                           11.49***
99095 - Embalmer                                                 35.18
99130 - Flight Follower                                          25.82
99251 - Laboratory Animal Caretaker I                        13.42***
99252 - Laboratory Animal Caretaker II                       14.43***
99260 - Marketing Analyst                                        24.39
99310 - Mortician                                                35.18
99410 - Pest Controller                                          18.05
99510 - Photofinishing Worker                                13.57***
99710 - Recycling Laborer                                        19.29
99711 - Recycling Specialist                                     22.62
99730 - Refuse Collector                                         17.65
99810 - Sales Clerk                                          11.65***
99820 - School Crossing Guard                                    16.26
99830 - Survey Party Chief                                       21.88
99831 - Surveying Aide                                       13.20***
99832 - Surveying Technician                                     19.54
99840 - Vending Machine Attendant                                16.07
99841 - Vending Machine Repairer                                 18.50
99842 - Vending Machine Repairer Helper                          16.07
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years 4 weeks after 15 years and 5 weeks after 25 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year: New Year's Day Martin Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
        "REGISTER OF WAGE DETERMINATIONS UNDER |          U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor     |        WAGE AND HOUR DIVISION
                                              |          WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-5593
   Daniel W. Simms          Division of       |         Revision No.: 19
   Director            Wage Determinations|    Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Nevada

Area: Nevada County of Clark

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                           FOOTNOTE         RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                      15.72
   01012 - Accounting Clerk II                                     17.65
   01013   Accounting Clerk III                                    19.75
   01020 - Administrative Assistant                                31.83
   01035 - Court Reporter                                          26.59
   01041 - Customer Service Representative I                       13.19***
   01042   Customer Service Representative II                      14.39***
   01043 - Customer Service Representative III                     16.16
   01051 - Data Entry Operator I                                   14.25***
   01052 - Data Entry Operator II                                  15.55
   01060   Dispatcher Motor Vehicle                                17.55
   01070 - Document Preparation Clerk                              15.40
   01090 - Duplicating Machine Operator                           15.40
   01111 - General Clerk I                                         14.32***
   01112   General Clerk II                                        15.63
   01113 - General Clerk III                                       17.55
```

```
01120 - Housing Referral Assistant                    20.64
01141 - Messenger Courier                             16.19
01191   Order Clerk I                                 15.42
01192 - Order Clerk II                                16.82
01261 - Personnel Assistant (Employment) I            16.60
01262 - Personnel Assistant (Employment) II           18.57
01263   Personnel Assistant (Employment) III          20.70
01270 - Production Control Clerk                       21.01
01290 - Rental Clerk                                 14.36***
01300 - Scheduler Maintenance                         16.55
01311   Secretary I                                   16.55
01312 - Secretary II                                  18.51
01313 - Secretary III                                 20.64
01320 - Service Order Dispatcher                      15.69
01410   Supply Technician                             31.83
01420 - Survey Worker                                 15.69
01460 - Switchboard Operator/Receptionist            14.48***
01531 - Travel Clerk I                                16.38
01532   Travel Clerk II                               17.39
01533 - Travel Clerk III                              18.66
01611 - Word Processor I                             14.01***
01612 - Word Processor II                             15.72
01613   Word Processor III                            17.59
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           25.48
05010 - Automotive  Electrician                       19.42
05040   Automotive Glass Installer                    18.81
05070 - Automotive Worker                             18.81
05110 - Mobile Equipment Servicer                     17.19
05130 - Motor Equipment Metal Mechanic                20.23
05160   Motor Equipment Metal Worker                  18.81
05190 - Motor Vehicle Mechanic                        19.73
05220 - Motor Vehicle Mechanic Helper                 16.39
05250 - Motor Vehicle Upholstery Worker               18.01
05280   Motor Vehicle Wrecker                         18.81
05310 - Painter Automotive                            19.42
05340 - Radiator Repair Specialist                    18.81
05370 - Tire Repairer                                 15.78
05400   Transmission Repair Specialist                20.23
07000 - Food Preparation And Service Occupations
07010 - Baker                                         16.41
07041 - Cook I                                        16.25
07042   Cook II                                       18.04
07070 - Dishwasher                                   13.66***
07130 - Food Service Worker                           15.05
07210 - Meat Cutter                                   18.72
07260   Waiter/Waitress                              11.94***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   18.45
09040 - Furniture Handler                             15.34
09080   Furniture Refinisher                          17.94
09090 - Furniture Refinisher Helper                   16.15
09110 - Furniture Repairer Minor                      17.74
09130   Upholsterer                                   20.45
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                             11.01***
11060 - Elevator Operator                             16.19
11090 - Gardener                                      17.43
11122   Housekeeping Aide                             16.19
11150 - Janitor                                       16.19
11210 - Laborer Grounds Maintenance                  14.44***
11240 - Maid or Houseman                              16.66
11260   Pruner                                       13.34***
11270 - Tractor Operator                              16.47
11330 - Trail Maintenance Worker                     14.43***
```

```
   11360 - Window Cleaner                                          17.53
12000 - Health Occupations
   12010   Ambulance Driver                                        20.94
   12011 - Breath Alcohol Technician                               25.56
   12012 - Certified Occupational Therapist Assistant              36.02
   12015 - Certified Physical Therapist Assistant                  33.83
   12020   Dental Assistant                                        18.36
   12025 - Dental Hygienist                                        43.82
   12030 - EKG Technician                                          32.68
   12035 - Electroneurodiagnostic Technologist                     32.68
   12040   Emergency Medical Technician                            20.94
   12071 - Licensed Practical Nurse I                              22.85
   12072 - Licensed Practical Nurse II                             25.56
   12073 - Licensed Practical Nurse III                            28.50
   12100   Medical Assistant                                       16.91
   12130 - Medical Laboratory Technician                           29.04
   12160 - Medical Record Clerk                                    19.31
   12190 - Medical Record Technician                               21.60
   12195   Medical Transcriptionist                                17.41
   12210 - Nuclear Medicine Technologist                           40.21
   12221 - Nursing Assistant I                                     11.94***
   12222 - Nursing Assistant II                                    13.43***
   12223   Nursing Assistant III                                   14.65***
   12224 - Nursing Assistant IV                                    16.45
   12235 - Optical Dispenser                                       22.54
   12236 - Optical Technician                                      15.55
   12250   Pharmacy Technician                                     18.44
   12280 - Phlebotomist                                            18.19
   12305 - Radiologic Technologist                                 34.91
   12311 - Registered Nurse I                                      28.00
   12312   Registered Nurse II                                     34.26
   12313 - Registered Nurse II Specialist                          34.26
   12314 - Registered Nurse III                                    41.45
   12315 - Registered Nurse III Anesthetist                        41.45
   12316   Registered Nurse IV                                     49.67
   12317 - Scheduler (Drug and Alcohol Testing)                    31.66
   12320 - Substance Abuse Treatment Counselor                     27.08
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                                   26.06
   13012 - Exhibits Specialist II                                  32.28
   13013 - Exhibits Specialist III                                 38.84
   13041 - Illustrator I                                           26.06
   13042   Illustrator II                                          32.28
   13043 - Illustrator III                                         39.48
   13047 - Librarian                                               35.76
   13050 - Library Aide/Clerk                                      18.63
   13054   Library Information Technology Systems
   Administrator                                                   32.28
   13058 - Library Technician                                      20.59
   13061 - Media Specialist I                                      23.30
   13062   Media Specialist II                                     26.06
   13063 - Media Specialist III                                    29.06
   13071 - Photographer I                                          15.65
   13072 - Photographer II                                         17.52
   13073   Photographer III                                        21.70
   13074 - Photographer IV                                         26.55
   13075 - Photographer V                                          32.11
   13090 - Technical Order Library Clerk                           23.41
   13110   Video Teleconference Technician                         28.17
14000 - Information Technology Occupations
   14041 - Computer Operator I                                     18.98
   14042 - Computer Operator II                                    21.43
   14043   Computer Operator III                                   23.66
   14044 - Computer Operator IV                                    26.30
   14045 - Computer Operator V                                     29.12
```

```
       14071 - Computer Programmer I                              25.73
       14072 - Computer Programmer II                (see 1)
       14073 - Computer Programmer III               (see 1)
       14074 - Computer Programmer IV                (see 1)
       14101 - Computer Systems Analyst I            (see 1)
       14102 - Computer Systems Analyst II           (see 1)
       14103 - Computer Systems Analyst III          (see 1)
       14150 - Peripheral Equipment Operator                      18.98
       14160 - Personal Computer Support Technician               26.30
       14170 - System Support Specialist                          29.67
    15000 - Instructional Occupations
       15010 - Aircrew Training Devices Instructor (Non-Rated)    29.50
       15020 - Aircrew Training Devices Instructor (Rated)        35.69
       15030 - Air Crew Training Devices Instructor (Pilot)       42.24
       15050 - Computer Based Training Specialist / Instructor    29.50
       15060 - Educational Technologist                           31.97
       15070 - Flight Instructor (Pilot)                          42.24
       15080 - Graphic Artist                                     25.16
       15085 - Maintenance Test Pilot Fixed Jet/Prop              41.74
       15086 - Maintenance Test Pilot Rotary Wing                 41.74
       15088 - Non-Maintenance Test/Co-Pilot                      41.74
       15090 - Technical Instructor                               21.79
       15095 - Technical Instructor/Course Developer              26.65
       15110 - Test Proctor                                       17.59
       15120 - Tutor                                              17.59
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
       16010 - Assembler                                       13.42***
       16030 - Counter Attendant                               13.42***
       16040 - Dry Cleaner                                        17.33
       16070 - Finisher Flatwork Machine                      13.42***
       16090 - Presser Hand                                    13.42***
       16110 - Presser Machine Drycleaning                    13.42***
       16130 - Presser Machine Shirts                         13.42***
       16160 - Presser Machine Wearing Apparel Laundry        13.42***
       16190 - Sewing Machine Operator                           18.59
       16220 - Tailor                                            19.88
       16250 - Washer Machine                                 14.71***
    19000 - Machine Tool Operation And Repair Occupations
       19010 - Machine-Tool Operator (Tool Room)                 27.00
       19040 - Tool And Die Maker                                31.87
    21000 - Materials Handling And Packing Occupations
       21020 - Forklift Operator                                 19.67
       21030 - Material Coordinator                              21.01
       21040 - Material Expediter                                21.01
       21050 - Material Handling Laborer                      14.35***
       21071 - Order Filler                                   13.34***
       21080 - Production Line Worker (Food Processing)          19.67
       21110 - Shipping Packer                                   15.83
       21130 - Shipping/Receiving Clerk                          15.83
       21140 - Store Worker I                                    17.88
       21150 - Stock Clerk                                       22.42
       21210 - Tools And Parts Attendant                         19.67
       21410 - Warehouse Specialist                              19.67
    23000 - Mechanics And Maintenance And Repair Occupations
       23010 - Aerospace Structural Welder                       42.31
       23019 - Aircraft Logs and Records Technician              34.75
       23021 - Aircraft Mechanic I                               40.43
       23022 - Aircraft Mechanic II                              42.31
       23023 - Aircraft Mechanic III                             43.88
       23040 - Aircraft Mechanic Helper                          31.10
       23050 - Aircraft Painter                                  38.50
       23060 - Aircraft Servicer                                 34.75
       23070 - Aircraft Survival Flight Equipment Technician     38.50
       23080 - Aircraft Worker                                   36.56
       23091 - Aircrew Life Support Equipment (ALSE) Mechanic    36.56
```

```
       I
       23092 - Aircrew Life Support Equipment (ALSE) Mechanic        40.43
       II
       23110 - Appliance Mechanic                                    24.30
       23120 - Bicycle Repairer                                      23.08
       23125 - Cable Splicer                                         34.12
       23130 - Carpenter Maintenance                                 26.35
       23140 - Carpet Layer                                          27.13
       23160 - Electrician Maintenance                               32.18
       23181 - Electronics Technician Maintenance I                  29.43
       23182 - Electronics Technician Maintenance II                 31.00
       23183 - Electronics Technician Maintenance III                32.55
       23260 - Fabric Worker                                         24.36
       23290 - Fire Alarm System Mechanic                            28.27
       23310 - Fire Extinguisher Repairer                            23.08
       23311 - Fuel Distribution System Mechanic                     30.64
       23312 - Fuel Distribution System Operator                     24.95
       23370 - General Maintenance Worker                            22.33
       23380 - Ground Support Equipment Mechanic                     40.43
       23381 - Ground Support Equipment Servicer                     34.75
       23382 - Ground Support Equipment Worker                       36.56
       23391 - Gunsmith I                                            23.08
       23392 - Gunsmith II                                           25.63
       23393 - Gunsmith III                                          28.34
       23410 - Heating Ventilation And Air-Conditioning              26.04
       Mechanic
       23411 - Heating Ventilation And Air Contidioning              27.26
       Mechanic (Research Facility)
       23430 - Heavy Equipment Mechanic                              30.41
       23440 - Heavy Equipment Operator                              29.83
       23460 - Instrument Mechanic                                   34.44
       23465 - Laboratory/Shelter Mechanic                           27.00
       23470 - Laborer                                            14.35***
       23510 - Locksmith                                             26.68
       23530 - Machinery Maintenance Mechanic                        29.74
       23550 - Machinist Maintenance                                 22.55
       23580 - Maintenance Trades Helper                             20.86
       23591 - Metrology Technician I                                34.44
       23592 - Metrology Technician II                               36.04
       23593 - Metrology Technician III                              37.37
       23640 - Millwright                                            32.88
       23710 - Office Appliance Repairer                             22.47
       23760 - Painter Maintenance                                   22.34
       23790 - Pipefitter Maintenance                                26.83
       23810 - Plumber Maintenance                                   26.03
       23820 - Pneudraulic Systems Mechanic                          28.34
       23850 - Rigger                                                31.00
       23870 - Scale Mechanic                                        25.63
       23890 - Sheet-Metal Worker Maintenance                        28.32
       23910 - Small Engine Mechanic                                 21.61
       23931 - Telecommunications Mechanic I                         27.85
       23932 - Telecommunications Mechanic II                        29.15
       23950 - Telephone Lineman                                     22.85
       23960 - Welder Combination Maintenance                        24.19
       23965 - Well Driller                                          29.79
       23970 - Woodcraft Worker                                      28.34
       23980 - Woodworker                                            23.08
    24000 - Personal Needs Occupations
       24550 - Case Manager                                          17.95
       24570 - Child Care Attendant                               12.74***
       24580 - Child Care Center Clerk                               17.75
       24610 - Chore Aide                                         11.75***
       24620 - Family Readiness And Support Services                 17.95
       Coordinator
       24630 - Homemaker                                             19.78
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          34.62
    25040 - Sewage Plant Operator                                  37.43
    25070 - Stationary Engineer                                    34.62
    25190 - Ventilation Equipment Tender                           26.64
    25210 - Water Treatment Plant Operator                         37.43
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          29.99
    27007 - Baggage Inspector                                      15.26
    27008 - Corrections Officer                                    29.91
    27010 - Court Security Officer                                 34.08
    27030 - Detection Dog Handler                                  20.45
    27040 - Detention Officer                                      29.91
    27070 - Firefighter                                            38.33
    27101 - Guard I                                                15.26
    27102 - Guard II                                               20.45
    27131 - Police Officer I                                       35.83
    27132 - Police Officer II                                      39.81
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                         13.68***
    28042 - Carnival Equipment Repairer                         14.49***
    28043 - Carnival Worker                                     11.09***
    28210 - Gate Attendant/Gate Tender                             17.04
    28310 - Lifeguard                                           11.52***
    28350 - Park Attendant (Aide)                                  19.07
    28510 - Recreation Aide/Health Facility Attendant          13.91***
    28515 - Recreation Specialist                                 21.93
    28630 - Sports Official                                        15.17
    28690 - Swimming Pool Operator                                 20.30
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     31.92
    29020 - Hatch Tender                                           31.92
    29030 - Line Handler                                           31.92
    29041 - Stevedore I                                            30.34
    29042 - Stevedore II                                           33.62
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.89
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  28.19
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  31.05
    30021 - Archeological Technician I                             20.33
    30022 - Archeological Technician II                            22.74
    30023 - Archeological Technician III                           26.16
    30030 - Cartographic Technician                                28.17
    30040 - Civil Engineering Technician                           27.63
    30051 - Cryogenic Technician I                                 27.11
    30052 - Cryogenic Technician II                                29.94
    30061 - Drafter/CAD Operator I                                 20.33
    30062 - Drafter/CAD Operator II                                22.74
    30063 - Drafter/CAD Operator III                               25.36
    30064 - Drafter/CAD Operator IV                                30.87
    30081 - Engineering Technician I                               16.94
    30082 - Engineering Technician II                              19.03
    30083 - Engineering Technician III                             23.33
    30084 - Engineering Technician IV                              26.37
    30085 - Engineering Technician V                               32.26
    30086 - Engineering Technician VI                              39.04
    30090 - Environmental Technician                               26.42
    30095 - Evidence Control Specialist                            24.48
    30210 - Laboratory Technician                                  27.41
    30221 - Latent Fingerprint Technician I                        31.34
    30222 - Latent Fingerprint Technician II                       34.61
    30240 - Mathematical Technician                                34.09
    30361 - Paralegal/Legal Assistant I                            18.55
    30362 - Paralegal/Legal Assistant II                           22.97
    30363 - Paralegal/Legal Assistant III                          28.10
```

```
30364 - Paralegal/Legal Assistant IV                              34.00
30375 - Petroleum Supply Specialist                               29.94
30390 - Photo-Optics Technician                                   28.17
30395 - Radiation Control Technician                              29.94
30461 - Technical Writer I                                        22.64
30462 - Technical Writer II                                       27.70
30463 - Technical Writer III                                      33.51
30491 - Unexploded Ordnance (UXO) Technician I                    25.98
30492 - Unexploded Ordnance (UXO) Technician II                   31.44
30493 - Unexploded Ordnance (UXO) Technician III                  37.68
30494 - Unexploded (UXO) Safety Escort                            25.98
30495 - Unexploded (UXO) Sweep Personnel                          25.98
30501 - Weather Forecaster I                                      28.49
30502 - Weather Forecaster II                                     34.64
30620 - Weather Observer Combined Upper Air Or      (see 2)       25.36
Surface Programs
30621 - Weather Observer Senior                     (see 2)       27.49
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            31.44
31020 - Bus Aide                                                  15.71
31030 - Bus Driver                                                20.01
31043 - Driver Courier                                            15.86
31260 - Parking and Lot Attendant                                 12.77***
31290 - Shuttle Bus Driver                                        16.79
31310 - Taxi Driver                                               14.50***
31361 - Truckdriver Light                                         16.79
31362 - Truckdriver Medium                                        17.72
31363 - Truckdriver Heavy                                         23.44
31364 - Truckdriver Tractor-Trailer                               23.44
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.33
99030 - Cashier                                                   11.42***
99050 - Desk Clerk                                                16.67
99095 - Embalmer                                                  30.13
99130 - Flight Follower                                           25.98
99251 - Laboratory Animal Caretaker I                             13.19***
99252 - Laboratory Animal Caretaker II                            13.96***
99260 - Marketing Analyst                                         28.70
99310 - Mortician                                                 30.13
99410 - Pest Controller                                           22.28
99510 - Photofinishing Worker                                     16.36
99710 - Recycling Laborer                                         20.10
99711 - Recycling Specialist                                      22.92
99730 - Refuse Collector                                          18.57
99810 - Sales Clerk                                               12.29***
99820 - School Crossing Guard                                     15.13
99830 - Survey Party Chief                                        37.15
99831 - Surveying Aide                                            21.13
99832 - Surveying Technician                                      28.98
99840 - Vending Machine Attendant                                 18.29
99841 - Vending Machine Repairer                                  21.58
99842 - Vending Machine Repairer Helper                           18.36
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report

of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1)).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated."

```
    "REGISTER OF WAGE DETERMINATIONS UNDER  |       U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor     |       WAGE AND HOUR DIVISION
                                             |         WASHINGTON D.C.  20210
                                             |
                                             |
                                             |
                                             | Wage Determination No.: 2015-4143
  Daniel W. Simms         Division of        |       Revision No.: 20
  Director          Wage Determinations|     Date Of Last Revision: 03/15/2022
                                             |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

_____

State: New York

Area: New York Counties of Albany Rensselaer Saratoga Schenectady Schoharie

_____

           **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                          17.36
  01012 - Accounting Clerk II                                         19.50
  01013   Accounting Clerk III                                        21.81
  01020 - Administrative Assistant                                    32.87
  01035 - Court Reporter                                              24.28
  01041 - Customer Service Representative I                           15.21
  01042   Customer Service Representative II                          16.59
  01043 - Customer Service Representative III                         18.64
  01051 - Data Entry Operator I                                       15.03
  01052 - Data Entry Operator II                                      16.39
  01060   Dispatcher Motor Vehicle                                    22.04
  01070 - Document Preparation Clerk                               14.78***
  01090 - Duplicating Machine Operator                             14.78***
  01111 - General Clerk I                                          14.53***
  01112   General Clerk II                                            15.86
  01113 - General Clerk III                                           17.81

```
01120 - Housing Referral Assistant                        20.75
01141 - Messenger Courier                                 16.69
01191   Order Clerk I                                     14.65***
01192 - Order Clerk II                                    15.99
01261 - Personnel Assistant (Employment) I               18.79
01262 - Personnel Assistant (Employment) II              21.01
01263   Personnel Assistant (Employment) III             23.42
01270 - Production Control Clerk                          23.21
01290 - Rental Clerk                                      15.80
01300 - Scheduler Maintenance                            16.65
01311   Secretary I                                       16.65
01312 - Secretary II                                      18.62
01313 - Secretary III                                     20.75
01320 - Service Order Dispatcher                         19.71
01410   Supply Technician                                 32.87
01420 - Survey Worker                                     17.86
01460 - Switchboard Operator/Receptionist                16.62
01531 - Travel Clerk I                                    15.60
01532   Travel Clerk II                                   16.83
01533 - Travel Clerk III                                  18.07
01611 - Word Processor I                                  14.94***
01612 - Word Processor II                                 16.79
01613   Word Processor III                                18.77
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass              23.94
05010 - Automotive  Electrician                          22.10
05040   Automotive Glass Installer                        20.75
05070 - Automotive Worker                                 20.75
05110 - Mobile Equipment Servicer                         18.14
05130 - Motor Equipment Metal Mechanic                    23.29
05160   Motor Equipment Metal Worker                      20.75
05190 - Motor Vehicle Mechanic                            23.29
05220 - Motor Vehicle Mechanic Helper                     16.72
05250 - Motor Vehicle Upholstery Worker                   19.56
05280   Motor Vehicle Wrecker                             20.75
05310 - Painter Automotive                                22.10
05340 - Radiator Repair Specialist                        20.75
05370 - Tire Repairer                                     19.16
05400   Transmission Repair Specialist                    23.29
07000 - Food Preparation And Service Occupations
07010 - Baker                                             15.09
07041 - Cook I                                            15.25
07042   Cook II                                           17.45
07070 - Dishwasher                                        12.65***
07130 - Food Service Worker                               13.29***
07210 - Meat Cutter                                       18.14
07260   Waiter/Waitress                                   13.28***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       19.76
09040 - Furniture Handler                                 13.47***
09080   Furniture Refinisher                              19.76
09090 - Furniture Refinisher Helper                       16.01
09110 - Furniture Repairer Minor                          18.19
09130 - Upholsterer                                       19.76
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  13.81***
11060 - Elevator Operator                                 13.81***
11090 - Gardener                                          22.15
11122   Housekeeping Aide                                 14.33***
11150 - Janitor                                           14.33***
11210 - Laborer Grounds Maintenance                       16.88
11240 - Maid or Houseman                                  12.73***
11260   Pruner                                            15.12
11270 - Tractor Operator                                  20.41
11330 - Trail Maintenance Worker                          16.88
```

```
11360 - Window Cleaner                                              15.99
12000 - Health Occupations
   12010   Ambulance Driver                                         21.79
   12011 - Breath Alcohol Technician                                19.87
   12012 - Certified Occupational Therapist Assistant              24.79
   12015 - Certified Physical Therapist Assistant                  25.67
   12020   Dental Assistant                                         21.17
   12025 - Dental Hygienist                                         34.22
   12030 - EKG Technician                                           26.42
   12035 - Electroneurodiagnostic Technologist                     26.42
   12040   Emergency Medical Technician                             21.79
   12071 - Licensed Practical Nurse I                               17.77
   12072 - Licensed Practical Nurse II                              19.87
   12073 - Licensed Practical Nurse III                             22.15
   12100   Medical Assistant                                        16.88
   12130 - Medical Laboratory Technician                            28.17
   12160 - Medical Record Clerk                                     18.39
   12190 - Medical Record Technician                                20.82
   12195   Medical Transcriptionist                                 21.69
   12210 - Nuclear Medicine Technologist                            43.10
   12221 - Nursing Assistant I                                      12.30***
   12222 - Nursing Assistant II                                     13.82***
   12223   Nursing Assistant III                                    15.08
   12224 - Nursing Assistant IV                                     16.94
   12235 - Optical Dispenser                                        27.51
   12236 - Optical Technician                                       20.45
   12250   Pharmacy Technician                                      15.46
   12280 - Phlebotomist                                             17.55
   12305 - Radiologic Technologist                                  31.28
   12311 - Registered Nurse I                                       23.56
   12312   Registered Nurse II                                      28.81
   12313 - Registered Nurse II Specialist                           28.81
   12314 - Registered Nurse III                                     34.87
   12315 - Registered Nurse III Anesthetist                         34.87
   12316   Registered Nurse IV                                      41.79
   12317 - Scheduler (Drug and Alcohol Testing)                     26.99
   12320 - Substance Abuse Treatment Counselor                      21.90
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                                    22.70
   13012 - Exhibits Specialist II                                   28.13
   13013 - Exhibits Specialist III                                  34.41
   13041 - Illustrator I                                            22.70
   13042   Illustrator II                                           28.13
   13043 - Illustrator III                                          34.41
   13047 - Librarian                                                31.15
   13050 - Library Aide/Clerk                                       15.33
   13054   Library Information Technology Systems                   28.13
   Administrator
   13058 - Library Technician                                       16.62
   13061 - Media Specialist I                                       20.30
   13062   Media Specialist II                                      22.70
   13063 - Media Specialist III                                     25.31
   13071 - Photographer I                                           18.22
   13072 - Photographer II                                          20.38
   13073   Photographer III                                         25.24
   13074 - Photographer IV                                          31.60
   13075 - Photographer V                                           37.36
   13090 - Technical Order Library Clerk                            19.26
   13110   Video Teleconference Technician                          24.42
14000 - Information Technology Occupations
   14041 - Computer Operator I                                      18.23
   14042 - Computer Operator II                                     20.39
   14043   Computer Operator III                                    22.75
   14044 - Computer Operator IV                                     25.26
   14045 - Computer Operator V                                      27.97
```

```
14071 - Computer Programmer I                         (see 1)         20.55
14072 - Computer Programmer II                        (see 1)         25.46
14073 - Computer Programmer III                       (see 1)
14074 - Computer Programmer IV                        (see 1)
14101 - Computer Systems Analyst I                    (see 1)
14102 - Computer Systems Analyst II                   (see 1)
14103 - Computer Systems Analyst III                  (see 1)
14150 - Peripheral Equipment Operator                                 18.23
14160 - Personal Computer Support Technician                          25.26
14170 - System Support Specialist                                     32.71
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)           30.50
    15020 - Aircrew Training Devices Instructor (Rated)               33.57
    15030 - Air Crew Training Devices Instructor (Pilot)              40.18
    15050 - Computer Based Training Specialist / Instructor           30.50
    15060 - Educational Technologist                                  35.56
    15070 - Flight Instructor (Pilot)                                 40.18
    15080 - Graphic Artist                                            27.66
    15085 - Maintenance Test Pilot Fixed Jet/Prop                     40.18
    15086 - Maintenance Test Pilot Rotary Wing                        40.18
    15088 - Non-Maintenance Test/Co-Pilot                             40.18
    15090 - Technical Instructor                                      25.78
    15095 - Technical Instructor/Course Developer                     31.54
    15110 - Test Proctor                                              20.81
    15120 - Tutor                                                     20.81
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                                 13.67***
    16030 - Counter Attendant                                         13.67***
    16040 - Dry Cleaner                                               15.62
    16070 - Finisher Flatwork Machine                                 13.67***
    16090 - Presser Hand                                              13.67***
    16110 - Presser Machine Drycleaning                               13.67***
    16130 - Presser Machine Shirts                                    13.67***
    16160 - Presser Machine Wearing Apparel Laundry                   13.67***
    16190 - Sewing Machine Operator                                   16.27
    16220 - Tailor                                                    16.92
    16250 - Washer Machine                                            14.32***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                         28.49
    19040 - Tool And Die Maker                                        33.32
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                         20.85
    21030 - Material Coordinator                                      22.79
    21040 - Material Expediter                                        22.79
    21050 - Material Handling Laborer                                 16.90
    21071 - Order Filler                                              14.99***
    21080 - Production Line Worker (Food Processing)                  20.85
    21110 - Shipping Packer                                           18.30
    21130 - Shipping/Receiving Clerk                                  18.30
    21140 - Store Worker I                                            13.49***
    21150 - Stock Clerk                                               18.81
    21210 - Tools And Parts Attendant                                 20.85
    21410 - Warehouse Specialist                                      20.85
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                               28.23
    23019 - Aircraft Logs and Records Technician                      23.28
    23021 - Aircraft Mechanic I                                       27.29
    23022 - Aircraft Mechanic II                                      28.23
    23023 - Aircraft Mechanic III                                     29.31
    23040 - Aircraft Mechanic Helper                                  20.47
    23050 - Aircraft Painter                                          25.89
    23060 - Aircraft Servicer                                         23.28
    23070 - Aircraft Survival Flight Equipment Technician             25.89
    23080 - Aircraft Worker                                           24.32
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic            24.32
```

```
                                I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic        27.29
                                II
23110 - Appliance Mechanic                                    28.92
23120 - Bicycle Repairer                                      23.74
23125 - Cable Splicer                                         45.80
23130 - Carpenter Maintenance                                 26.23
23140 - Carpet Layer                                          27.17
23160 - Electrician Maintenance                               30.31
23181 - Electronics Technician Maintenance I                  26.72
23182 - Electronics Technician Maintenance II                 28.44
23183 - Electronics Technician Maintenance III                29.98
23260 - Fabric Worker                                         25.60
23290 - Fire Alarm System Mechanic                            25.09
23310 - Fire Extinguisher Repairer                            23.74
23311 - Fuel Distribution System Mechanic                     41.47
23312 - Fuel Distribution System Operator                     32.30
23370 - General Maintenance Worker                            19.78
23380 - Ground Support Equipment Mechanic                     27.29
23381 - Ground Support Equipment Servicer                     23.28
23382 - Ground Support Equipment Worker                       24.32
23391 - Gunsmith I                                            23.74
23392 - Gunsmith II                                           27.17
23393 - Gunsmith III                                          30.49
23410 - Heating Ventilation And Air-Conditioning              29.32
Mechanic
23411 - Heating Ventilation And Air Contidioning              30.33
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              28.13
23440 - Heavy Equipment Operator                              30.27
23460 - Instrument Mechanic                                   34.21
23465 - Laboratory/Shelter Mechanic                           28.92
23470 - Laborer                                               16.90
23510 - Locksmith                                             23.91
23530 - Machinery Maintenance Mechanic                        28.41
23550 - Machinist Maintenance                                 23.73
23580 - Maintenance Trades Helper                             18.99
23591 - Metrology Technician I                                34.21
23592 - Metrology Technician II                               35.39
23593 - Metrology Technician III                              36.74
23640 - Millwright                                            31.67
23710 - Office Appliance Repairer                             20.69
23760 - Painter Maintenance                                   21.85
23790 - Pipefitter Maintenance                                37.66
23810 - Plumber Maintenance                                   35.73
23820 - Pneudraulic Systems Mechanic                          30.49
23850 - Rigger                                                30.49
23870 - Scale Mechanic                                        27.17
23890 - Sheet-Metal Worker Maintenance                        30.42
23910 - Small Engine Mechanic                                 18.58
23931 - Telecommunications Mechanic I                         35.09
23932 - Telecommunications Mechanic II                        36.32
23950 - Telephone Lineman                                     32.34
23960 - Welder Combination Maintenance                        23.88
23965 - Well Driller                                          31.17
23970 - Woodcraft Worker                                      30.49
23980 - Woodworker                                            23.74
24000 - Personal Needs Occupations
24550 - Case Manager                                          18.45
24570 - Child Care Attendant                               12.70***
24580 - Child Care Center Clerk                               15.83
24610 - Chore Aide                                         14.32***
24620 - Family Readiness And Support Services                 18.45
Coordinator
24630 - Homemaker                                             18.45
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                         27.97
    25040 - Sewage Plant Operator                                 24.71
    25070 - Stationary Engineer                                   27.97
    25190 - Ventilation Equipment Tender                          20.07
    25210 - Water Treatment Plant Operator                        24.71
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                         24.97
    27007 - Baggage Inspector                                     17.03
    27008 - Corrections Officer                                   25.32
    27010 - Court Security Officer                                26.53
    27030 - Detection Dog Handler                                 19.04
    27040 - Detention Officer                                     25.32
    27070 - Firefighter                                           28.83
    27101 - Guard I                                               17.03
    27102 - Guard II                                              19.04
    27131 - Police Officer I                                      30.14
    27132 - Police Officer II                                     33.50
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                           16.66
    28042 - Carnival Equipment Repairer                           18.07
    28043 - Carnival Worker                                       12.34***
    28210 - Gate Attendant/Gate Tender                            15.48
    28310 - Lifeguard                                             12.41***
    28350 - Park Attendant (Aide)                                 17.31
    28510 - Recreation Aide/Health Facility Attendant             12.63***
    28515 - Recreation Specialist                                 21.45
    28630 - Sports Official                                       13.78***
    28690 - Swimming Pool Operator                                20.68
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                    27.27
    29020 - Hatch Tender                                          27.27
    29030 - Line Handler                                          27.27
    29041 - Stevedore I                                           25.70
    29042 - Stevedore II                                          29.03
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2) 40.96
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2) 28.25
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 31.10
    30021 - Archeological Technician I                            19.17
    30022 - Archeological Technician II                           21.44
    30023 - Archeological Technician III                          26.56
    30030 - Cartographic Technician                               26.56
    30040 - Civil Engineering Technician                          29.66
    30051 - Cryogenic Technician I                                29.41
    30052 - Cryogenic Technician II                               32.48
    30061 - Drafter/CAD Operator I                                19.17
    30062 - Drafter/CAD Operator II                               21.44
    30063 - Drafter/CAD Operator III                              23.89
    30064 - Drafter/CAD Operator IV                               29.41
    30081 - Engineering Technician I                              15.61
    30082 - Engineering Technician II                             17.52
    30083 - Engineering Technician III                            19.60
    30084 - Engineering Technician IV                             24.29
    30085 - Engineering Technician V                              29.71
    30086 - Engineering Technician VI                             35.94
    30090 - Environmental Technician                              25.31
    30095 - Evidence Control Specialist                           26.56
    30210 - Laboratory Technician                                 28.70
    30221 - Latent Fingerprint Technician I                       30.14
    30222 - Latent Fingerprint Technician II                      33.29
    30240 - Mathematical Technician                               28.89
    30361 - Paralegal/Legal Assistant I                           18.39
    30362 - Paralegal/Legal Assistant II                          22.35
    30363 - Paralegal/Legal Assistant III                         27.35
```

```
30364 - Paralegal/Legal Assistant IV                              33.09
30375 - Petroleum Supply Specialist                               32.48
30390 - Photo-Optics Technician                                   26.56
30395 - Radiation Control Technician                              32.48
30461 - Technical Writer I                                        23.33
30462 - Technical Writer II                                       28.54
30463 - Technical Writer III                                      34.54
30491 - Unexploded Ordnance (UXO) Technician I                    26.03
30492 - Unexploded Ordnance (UXO) Technician II                   31.49
30493 - Unexploded Ordnance (UXO) Technician III                  37.75
30494 - Unexploded (UXO) Safety Escort                            26.03
30495 - Unexploded (UXO) Sweep Personnel                          26.03
30501 - Weather Forecaster I                                      29.41
30502 - Weather Forecaster II                                     35.78
30620 - Weather Observer Combined Upper Air Or     (see 2)        23.89
Surface Programs
30621 - Weather Observer Senior                    (see 2)        26.56
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            31.49
31020 - Bus Aide                                                  14.89***
31030 - Bus Driver                                                20.61
31043 - Driver Courier                                            17.06
31260 - Parking and Lot Attendant                                 13.92***
31290 - Shuttle Bus Driver                                        16.94
31310 - Taxi Driver                                               15.37
31361 - Truckdriver Light                                         18.51
31362 - Truckdriver Medium                                        19.96
31363 - Truckdriver Heavy                                         24.32
31364 - Truckdriver Tractor-Trailer                               24.32
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.35
99030 - Cashier                                                   12.55***
99050 - Desk Clerk                                                13.93***
99095 - Embalmer                                                  36.35
99130 - Flight Follower                                           26.03
99251 - Laboratory Animal Caretaker I                             15.95
99252 - Laboratory Animal Caretaker II                            17.31
99260 - Marketing Analyst                                         33.88
99310 - Mortician                                                 36.35
99410 - Pest Controller                                           19.61
99510 - Photofinishing Worker                                     14.75***
99710 - Recycling Laborer                                         21.91
99711 - Recycling Specialist                                      26.50
99730 - Refuse Collector                                          19.63
99810 - Sales Clerk                                               13.65***
99820 - School Crossing Guard                                     14.27***
99830 - Survey Party Chief                                        32.49
99831 - Surveying Aide                                            19.37
99832 - Surveying Technician                                      29.55
99840 - Vending Machine Attendant                                 20.57
99841 - Vending Machine Repairer                                  25.54
99842 - Vending Machine Repairer Helper                           20.57
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years 4 weeks after 15 years and 5 weeks after 25 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
      THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor   |      WAGE AND HOUR DIVISION
                                         |        WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         | Wage Determination No.: 2015-4157
Daniel W. Simms        Division of       |         Revision No.: 17
Director          Wage Determinations|   Date Of Last Revision: 03/15/2022
                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: New York

Area: New York Counties of Nassau Suffolk

**Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                        19.16
  01012 - Accounting Clerk II                                       21.53
  01013 - Accounting Clerk III                                      24.07
  01020 - Administrative Assistant                                  36.15
  01035 - Court Reporter                                            34.85
  01041 - Customer Service Representative I                         16.76
  01042 - Customer Service Representative II                        18.29
  01043 - Customer Service Representative III                       20.54
  01051 - Data Entry Operator I                                     17.08
  01052 - Data Entry Operator II                                    18.63
  01060 - Dispatcher Motor Vehicle                                  25.79
  01070 - Document Preparation Clerk                                17.13
  01090 - Duplicating Machine Operator                              17.13
  01111 - General Clerk I                                           15.53
  01112 - General Clerk II                                          17.49
  01113 - General Clerk III                                         19.02

```
01120 - Housing Referral Assistant                        26.92
01141 - Messenger Courier                                 17.19
01191   Order Clerk I                                     19.59
01192 - Order Clerk II                                    20.45
01261 - Personnel Assistant (Employment) I                18.96
01262 - Personnel Assistant (Employment) II               21.22
01263   Personnel Assistant (Employment) III              23.66
01270 - Production Control Clerk                           25.78
01290 - Rental Clerk                                       18.04
01300 - Scheduler Maintenance                             21.57
01311   Secretary I                                        21.57
01312 - Secretary II                                       24.82
01313 - Secretary III                                      26.92
01320 - Service Order Dispatcher                           20.50
01410   Supply Technician                                  36.15
01420 - Survey Worker                                      21.68
01460 - Switchboard Operator/Receptionist                 17.45
01531 - Travel Clerk I                                     17.80
01532   Travel Clerk II                                    19.28
01533 - Travel Clerk III                                   20.93
01611 - Word Processor I                                   17.91
01612 - Word Processor II                                  20.16
01613   Word Processor III                                 22.50
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               28.50
05010 - Automotive  Electrician                            28.50
05040   Automotive Glass Installer                         27.31
05070 - Automotive Worker                                  27.31
05110 - Mobile Equipment Servicer                          20.80
05130 - Motor Equipment Metal Mechanic                     29.80
05160   Motor Equipment Metal Worker                       27.31
05190 - Motor Vehicle Mechanic                             29.68
05220 - Motor Vehicle Mechanic Helper                      23.15
05250 - Motor Vehicle Upholstery Worker                    26.12
05280   Motor Vehicle Wrecker                              27.31
05310 - Painter Automotive                                 28.50
05340 - Radiator Repair Specialist                         27.31
05370 - Tire Repairer                                      16.92
05400   Transmission Repair Specialist                     29.68
07000 - Food Preparation And Service Occupations
07010 - Baker                                              18.55
07041 - Cook I                                             18.13
07042   Cook II                                            20.24
07070 - Dishwasher                                       13.83***
07130 - Food Service Worker                              14.12***
07210 - Meat Cutter                                        22.64
07260   Waiter/Waitress                                   15.14
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        22.16
09040 - Furniture Handler                                  16.83
09080   Furniture Refinisher                               22.16
09090 - Furniture Refinisher Helper                        18.01
09110 - Furniture Repairer Minor                           20.37
09130   Upholsterer                                        24.38
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   15.24
11060 - Elevator Operator                                  17.27
11090 - Gardener                                           21.29
11122   Housekeeping Aide                                  17.27
11150 - Janitor                                            17.27
11210 - Laborer Grounds Maintenance                        17.51
11240 - Maid or Houseman                                   15.74
11260   Pruner                                             16.27
11270 - Tractor Operator                                   20.04
11330 - Trail Maintenance Worker                           17.51
```

```
    11360 - Window Cleaner                                          18.59
12000 - Health Occupations
    12010   Ambulance Driver                                        25.29
    12011 - Breath Alcohol Technician                               25.29
    12012 - Certified Occupational Therapist Assistant              33.97
    12015 - Certified Physical Therapist Assistant                  30.02
    12020   Dental Assistant                                        21.30
    12025 - Dental Hygienist                                        47.34
    12030 - EKG Technician                                          35.71
    12035 - Electroneurodiagnostic Technologist                     35.71
    12040   Emergency Medical Technician                            25.29
    12071 - Licensed Practical Nurse I                              23.69
    12072 - Licensed Practical Nurse II                             24.91
    12073 - Licensed Practical Nurse III                            27.77
    12100   Medical Assistant                                       18.71
    12130 - Medical Laboratory Technician                           34.18
    12160 - Medical Record Clerk                                    22.19
    12190 - Medical Record Technician                               24.81
    12195   Medical Transcriptionist                                21.37
    12210 - Nuclear Medicine Technologist                           44.71
    12221 - Nursing Assistant I                                  14.14***
    12222 - Nursing Assistant II                                    15.88
    12223   Nursing Assistant III                                   17.33
    12224 - Nursing Assistant IV                                    19.47
    12235 - Optical Dispenser                                       28.25
    12236 - Optical Technician                                      17.81
    12250   Pharmacy Technician                                     17.20
    12280 - Phlebotomist                                            23.02
    12305 - Radiologic Technologist                                 37.34
    12311 - Registered Nurse I                                      32.76
    12312   Registered Nurse II                                     38.41
    12313 - Registered Nurse II Specialist                          38.41
    12314 - Registered Nurse III                                    49.39
    12315 - Registered Nurse III Anesthetist                        49.39
    12316   Registered Nurse IV                                     59.22
    12317 - Scheduler (Drug and Alcohol Testing)                    30.85
    12320 - Substance Abuse Treatment Counselor                     27.76
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                                   27.27
    13012 - Exhibits Specialist II                                  33.78
    13013 - Exhibits Specialist III                                 41.32
    13041 - Illustrator I                                           28.35
    13042   Illustrator II                                          33.23
    13043 - Illustrator III                                         40.66
    13047 - Librarian                                               37.25
    13050 - Library Aide/Clerk                                      17.64
    13054   Library Information Technology Systems
    Administrator                                                   32.65
    13058 - Library Technician                                      25.62
    13061 - Media Specialist I                                      23.57
    13062   Media Specialist II                                     26.35
    13063   Media Specialist III                                    29.39
    13071 - Photographer I                                          21.29
    13072 - Photographer II                                         24.62
    13073   Photographer III                                        32.88
    13074 - Photographer IV                                         44.26
    13075 - Photographer V                                          50.85
    13090 - Technical Order Library Clerk                           22.16
    13110   Video Teleconference Technician                         27.98
14000 - Information Technology Occupations
    14041 - Computer Operator I                                     20.90
    14042 - Computer Operator II                                    23.39
    14043   Computer Operator III                                   26.08
    14044 - Computer Operator IV                                    28.99
    14045 - Computer Operator V                                     32.09
```

```
14071 - Computer Programmer I                        (see 1)        27.56
14072 - Computer Programmer II                       (see 1)
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                               20.90
14160 - Personal Computer Support Technician                        28.99
14170 - System Support Specialist                                   39.59
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)          39.54
   15020 - Aircrew Training Devices Instructor (Rated)              43.75
   15030 - Air Crew Training Devices Instructor (Pilot)             52.46
   15050 - Computer Based Training Specialist / Instructor          39.54
   15060 - Educational Technologist                                 38.23
   15070 - Flight Instructor (Pilot)                                52.46
   15080 - Graphic Artist                                           33.31
   15085 - Maintenance Test Pilot Fixed Jet/Prop                    50.36
   15086 - Maintenance Test Pilot Rotary Wing                       50.36
   15088 - Non-Maintenance Test/Co-Pilot                            50.36
   15090 - Technical Instructor                                     32.16
   15095 - Technical Instructor/Course Developer                    39.22
   15110 - Test Proctor                                             25.56
   15120 - Tutor                                                    25.56
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                                17.13
   16030 - Counter Attendant                                        17.13
   16040 - Dry Cleaner                                              19.58
   16070 - Finisher Flatwork Machine                                17.13
   16090 - Presser Hand                                             17.13
   16110 - Presser Machine Drycleaning                              17.13
   16130 - Presser Machine Shirts                                   17.13
   16160 - Presser Machine Wearing Apparel Laundry                  17.13
   16190 - Sewing Machine Operator                                  20.39
   16220 - Tailor                                                   21.20
   16250 - Washer Machine                                           17.94
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                        25.28
   19040 - Tool And Die Maker                                       29.49
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                        19.48
   21030 - Material Coordinator                                     25.78
   21040 - Material Expediter                                       25.78
   21050 - Material Handling Laborer                                15.67
   21071 - Order Filler                                             17.00
   21080 - Production Line Worker (Food Processing)                 19.48
   21110 - Shipping Packer                                          18.49
   21130 - Shipping/Receiving Clerk                                 18.49
   21140 - Store Worker I                                           17.62
   21150 - Stock Clerk                                              22.08
   21210 - Tools And Parts Attendant                                19.48
   21410 - Warehouse Specialist                                     19.48
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                              39.63
   23019 - Aircraft Logs and Records Technician                     33.40
   23021 - Aircraft Mechanic I                                      38.14
   23022 - Aircraft Mechanic II                                     39.63
   23023 - Aircraft Mechanic III                                    41.12
   23040 - Aircraft Mechanic Helper                                 29.68
   23050 - Aircraft Painter                                         36.71
   23060 - Aircraft Servicer                                        33.40
   23070 - Aircraft Survival Flight Equipment Technician            36.71
   23080 - Aircraft Worker                                          35.20
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic           35.20
```

```
I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic       38.14
II
   23110 - Appliance Mechanic                                   24.38
   23120 - Bicycle Repairer                                     23.87
   23125 - Cable Splicer                                        46.85
   23130 - Carpenter Maintenance                                30.97
   23140 - Carpet Layer                                         32.96
   23160 - Electrician Maintenance                              37.18
   23181 - Electronics Technician Maintenance I                 29.09
   23182 - Electronics Technician Maintenance II                30.34
   23183 - Electronics Technician Maintenance III               31.52
   23260 - Fabric Worker                                        34.74
   23290 - Fire Alarm System Mechanic                           28.97
   23310 - Fire Extinguiser Repairer                            27.72
   23311 - Fuel Distribution System Mechanic                    39.84
   23312 - Fuel Distribution System Operator                    33.48
   23370 - General Maintenance Worker                           24.67
   23380 - Ground Support Equipment Mechanic                    38.14
   23381 - Ground Support Equipment Servicer                    33.40
   23382 - Ground Support Equipment Worker                      35.20
   23391 - Gunsmith I                                           27.72
   23392 - Gunsmith II                                          30.94
   23393 - Gunsmith III                                         33.53
   23410 - Heating Ventilation And Air-Conditioning             31.91
Mechanic
   23411 - Heating Ventilation And Air Contidioning             33.16
Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                             32.77
   23440 - Heavy Equipment Operator                             42.64
   23460 - Instrument Mechanic                                  30.86
   23465 - Laboratory/Shelter Mechanic                          32.27
   23470 - Laborer                                              15.95
   23510 - Locksmith                                            26.59
   23530 - Machinery Maintenance Mechanic                       29.57
   23550 - Machinist Maintenance                                24.11
   23580 - Maintenance Trades Helper                            17.71
   23591 - Metrology Technician I                               30.86
   23592 - Metrology Technician II                              33.34
   23593 - Metrology Technician III                             33.27
   23640 - Millwright                                           40.14
   23710 - Office Appliance Repairer                            23.55
   23760 - Painter Maintenance                                  26.78
   23790 - Pipefitter Maintenance                               43.18
   23810 - Plumber Maintenance                                  41.57
   23820 - Pneudraulic Systems Mechanic                         33.53
   23850 - Rigger                                               35.67
   23870 - Scale Mechanic                                       30.94
   23890 - Sheet-Metal Worker Maintenance                       33.93
   23910 - Small Engine Mechanic                                23.31
   23931 - Telecommunications Mechanic I                        35.34
   23932 - Telecommunications Mechanic II                       36.72
   23950 - Telephone Lineman                                    43.55
   23960 - Welder Combination Maintenance                       24.31
   23965 - Well Driller                                         32.75
   23970 - Woodcraft Worker                                     33.53
   23980 - Woodworker                                           27.72
24000 - Personal Needs Occupations
   24550 - Case Manager                                         18.40
   24570 - Child Care Attendant                                 14.62***
   24580 - Child Care Center Clerk                              18.22
   24610 - Chore Aide                                           14.15***
   24620 - Family Readiness And Support Services                18.40
Coordinator
   24630 - Homemaker                                            18.40
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                          42.11
   25040 - Sewage Plant Operator                                 36.48
   25070 - Stationary Engineer                                   42.11
   25190 - Ventilation Equipment Tender                          32.76
   25210 - Water Treatment Plant Operator                        36.48
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                         23.43
   27007 - Baggage Inspector                                     17.98
   27008 - Corrections Officer                                   41.23
   27010 - Court Security Officer                                39.73
   27030 - Detection Dog Handler                                 20.36
   27040 - Detention Officer                                     41.23
   27070 - Firefighter                                           44.02
   27101 - Guard I                                               17.98
   27102 - Guard II                                              20.36
   27131 - Police Officer I                                      43.09
   27132 - Police Officer II                                     47.83
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                           16.59
   28042 - Carnival Equipment Repairer                           17.63
   28043 - Carnival Worker                                       13.67***
   28210 - Gate Attendant/Gate Tender                            19.09
   28310 - Lifeguard                                             14.63***
   28350 - Park Attendant (Aide)                                 21.34
   28510 - Recreation Aide/Health Facility Attendant             18.95
   28515 - Recreation Specialist                                 26.44
   28630 - Sports Official                                       16.99
   28690 - Swimming Pool Operator                                20.98
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                    30.94
   29020 - Hatch Tender                                          30.94
   29030 - Line Handler                                          30.94
   29041 - Stevedore I                                           29.36
   29042 - Stevedore II                                          32.85
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)   (see 2) 46.55
   30011 - Air Traffic Control Specialist Station (HFO)  (see 2) 32.10
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 35.35
   30021 - Archeological Technician I                            22.43
   30022 - Archeological Technician II                           26.50
   30023 - Archeological Technician III                          31.09
   30030 - Cartographic Technician                               29.15
   30040 - Civil Engineering Technician                          29.61
   30051 - Cryogenic Technician I                                30.19
   30052 - Cryogenic Technician II                               33.35
   30061 - Drafter/CAD Operator I                                19.69
   30062 - Drafter/CAD Operator II                               26.50
   30063 - Drafter/CAD Operator III                              29.42
   30064 - Drafter/CAD Operator IV                               31.09
   30081 - Engineering Technician I                              19.98
   30082 - Engineering Technician II                             22.47
   30083 - Engineering Technician III                            25.28
   30084 - Engineering Technician IV                             31.22
   30085 - Engineering Technician V                              38.08
   30086 - Engineering Technician VI                             46.20
   30090 - Environmental Technician                              26.77
   30095 - Evidence Control Specialist                           27.26
   30210 - Laboratory Technician                                 24.89
   30221 - Latent Fingerprint Technician I                       28.96
   30222 - Latent Fingerprint Technician II                      31.99
   30240 - Mathematical Technician                               37.62
   30361 - Paralegal/Legal Assistant I                           23.36
   30362 - Paralegal/Legal Assistant II                          28.94
   30363 - Paralegal/Legal Assistant III                         35.39
```

```
     30364 - Paralegal/Legal Assistant IV                      42.84
     30375 - Petroleum Supply Specialist                       33.35
     30390 - Photo-Optics Technician                           28.11
     30395 - Radiation Control Technician                      33.35
     30461 - Technical Writer I                                27.45
     30462 - Technical Writer II                               33.57
     30463 - Technical Writer III                              40.63
     30491 - Unexploded Ordnance (UXO) Technician I            29.58
     30492 - Unexploded Ordnance (UXO) Technician II           35.79
     30493 - Unexploded Ordnance (UXO) Technician III          42.90
     30494 - Unexploded (UXO) Safety Escort                    29.58
     30495 - Unexploded (UXO) Sweep Personnel                  29.58
     30501 - Weather Forecaster I                              31.09
     30502 - Weather Forecaster II                             37.82
     30620 - Weather Observer Combined Upper Air Or    (see 2) 29.42
Surface Programs
     30621 - Weather Observer Senior                  (see 2) 27.27
31000 - Transportation/Mobile Equipment Operation Occupations
     31010 - Airplane Pilot                                   35.79
     31020 - Bus Aide                                         23.30
     31030 - Bus Driver                                       29.35
     31043 - Driver Courier                                   18.42
     31260 - Parking and Lot Attendant                        14.16***
     31290 - Shuttle Bus Driver                               19.65
     31310 - Taxi Driver                                      17.31
     31361 - Truckdriver Light                                19.57
     31362 - Truckdriver Medium                               20.73
     31363 - Truckdriver Heavy                                26.97
     31364 - Truckdriver Tractor-Trailer                      26.97
99000 - Miscellaneous Occupations
     99020 - Cabin Safety Specialist                          17.45
     99030 - Cashier                                          18.74
     99050 - Desk Clerk                                       15.36
     99095 - Embalmer                                         38.57
     99130 - Flight Follower                                  29.58
     99251 - Laboratory Animal Caretaker I                    16.38
     99252 - Laboratory Animal Caretaker II                   17.40
     99260 - Marketing Analyst                                39.07
     99310 - Mortician                                        38.57
     99410 - Pest Controller                                  21.18
     99510 - Photofinishing Worker                            18.83
     99710 - Recycling Laborer                                33.83
     99711 - Recycling Specialist                             38.72
     99730 - Refuse Collector                                 31.43
     99810 - Sales Clerk                                      14.80***
     99820 - School Crossing Guard                            18.85
     99830 - Survey Party Chief                               36.74
     99831 - Surveying Aide                                   21.57
     99832 - Surveying Technician                             28.46
     99840 - Vending Machine Attendant                        23.55
     99841 - Vending Machine Repairer                         27.93
     99842 - Vending Machine Repairer Helper                  23.55
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 25 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year: New Year's Day Martin Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER |        U.S. DEPARTMENT OF LABOR
       THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |        WAGE AND HOUR DIVISION
                                         |         WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         | Wage Determination No.: 2015-4733
Daniel W. Simms        Division of       |        Revision No.: 16
Director          Wage Determinations    | Date Of Last Revision: 03/15/2022
                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio County of Allen

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                            FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                     14.48***
  01012 - Accounting Clerk II                                    16.26
  01013   Accounting Clerk III                                   18.19
  01020 - Administrative Assistant                               25.06
  01035 - Court Reporter                                         18.60
  01041 - Customer Service Representative I                      13.14***
  01042   Customer Service Representative II                     14.41***
  01043 - Customer Service Representative III                    16.13
  01051 - Data Entry Operator I                                  13.57***
  01052 - Data Entry Operator II                                 14.80***
  01060   Dispatcher Motor Vehicle                               17.12
  01070 - Document Preparation Clerk                             14.80***
  01090 - Duplicating Machine Operator                          14.80***
  01111 - General Clerk I                                        12.92***
  01112   General Clerk II                                       14.10***
  01113 - General Clerk III                                      15.84

```

```
01120 - Housing Referral Assistant                          20.73
01141 - Messenger Courier                                   13.80***
01191   Order Clerk I                                       13.57***
01192 - Order Clerk II                                      14.80***
01261 - Personnel Assistant (Employment) I                  16.63
01262 - Personnel Assistant (Employment) II                 18.60
01263   Personnel Assistant (Employment) III                20.73
01270 - Production Control Clerk                             28.13
01290 - Rental Clerk                                        13.04***
01300 - Scheduler Maintenance                               16.63
01311   Secretary I                                         16.63
01312 - Secretary II                                        18.60
01313 - Secretary III                                       20.73
01320 - Service Order Dispatcher                            15.30
01410   Supply Technician                                   25.06
01420 - Survey Worker                                       18.60
01460 - Switchboard Operator/Receptionist                   14.34***
01531 - Travel Clerk I                                      13.87***
01532   Travel Clerk II                                     14.82***
01533 - Travel Clerk III                                    15.80
01611 - Word Processor I                                    14.80***
01612 - Word Processor II                                   16.63
01613   Word Processor III                                  18.60
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 21.85
05010 - Automotive  Electrician                             20.78
05040   Automotive Glass Installer                          20.09
05070 - Automotive Worker                                   20.09
05110 - Mobile Equipment Servicer                           18.71
05130 - Motor Equipment Metal Mechanic                      21.44
05160   Motor Equipment Metal Worker                        19.99
05190 - Motor Vehicle Mechanic                              21.85
05220 - Motor Vehicle Mechanic Helper                       17.98
05250 - Motor Vehicle Upholstery Worker                     19.36
05280   Motor Vehicle Wrecker                               20.09
05310 - Painter Automotive                                  20.78
05340 - Radiator Repair Specialist                          20.09
05370 - Tire Repairer                                       16.74
05400   Transmission Repair Specialist                      21.44
07000 - Food Preparation And Service Occupations
07010 - Baker                                               14.53***
07041 - Cook I                                              13.83***
07042   Cook II                                             15.69
07070 - Dishwasher                                           9.80***
07130 - Food Service Worker                                 10.63***
07210 - Meat Cutter                                         16.86
07260   Waiter/Waitress                                      9.85***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         25.63
09040 - Furniture Handler                                   17.61
09080   Furniture Refinisher                                25.63
09090 - Furniture Refinisher Helper                         20.16
09110 - Furniture Repairer Minor                            23.23
09130 - Upholsterer                                         25.63
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    13.69***
11060 - Elevator Operator                                   13.69***
11090 - Gardener                                            17.12
11122   Housekeeping Aide                                   12.21***
11150 - Janitor                                             12.21***
11210 - Laborer Grounds Maintenance                         13.44***
11240 - Maid or Houseman                                    10.42***
11260   Pruner                                              12.25***
11270 - Tractor Operator                                    15.88
11330 - Trail Maintenance Worker                            13.44***
```

```
    11360 - Window Cleaner                                    13.40***
12000 - Health Occupations
    12010   Ambulance Driver                                  16.90
    12011 - Breath Alcohol Technician                         18.59
    12012 - Certified Occupational Therapist Assistant        26.86
    12015 - Certified Physical Therapist Assistant            26.98
    12020   Dental Assistant                                  17.24
    12025 - Dental Hygienist                                  28.45
    12030 - EKG Technician                                    29.67
    12035 - Electroneurodiagnostic Technologist               29.67
    12040   Emergency Medical Technician                      16.90
    12071 - Licensed Practical Nurse I                        17.51
    12072 - Licensed Practical Nurse II                       19.58
    12073 - Licensed Practical Nurse III                      21.82
    12100   Medical Assistant                                 15.94
    12130 - Medical Laboratory Technician                     26.16
    12160 - Medical Record Clerk                              16.31
    12190 - Medical Record Technician                         18.24
    12195   Medical Transcriptionist                          17.51
    12210 - Nuclear Medicine Technologist                     43.02
    12221 - Nursing Assistant I                               11.35***
    12222 - Nursing Assistant II                              12.76***
    12223   Nursing Assistant III                             13.92***
    12224 - Nursing Assistant IV                              15.64
    12235 - Optical Dispenser                                 19.58
    12236 - Optical Technician                                17.51
    12250   Pharmacy Technician                               15.40
    12280 - Phlebotomist                                      16.55
    12305 - Radiologic Technologist                           29.60
    12311 - Registered Nurse I                                23.36
    12312   Registered Nurse II                               28.58
    12313 - Registered Nurse II Specialist                    28.58
    12314 - Registered Nurse III                              34.58
    12315 - Registered Nurse III Anesthetist                  34.58
    12316   Registered Nurse IV                               41.44
    12317 - Scheduler (Drug and Alcohol Testing)              24.25
    12320 - Substance Abuse Treatment Counselor               23.38
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                             20.05
    13012 - Exhibits Specialist II                            24.84
    13013 - Exhibits Specialist III                           30.38
    13041 - Illustrator I                                     20.05
    13042   Illustrator II                                    24.84
    13043 - Illustrator III                                   30.38
    13047 - Librarian                                         27.51
    13050 - Library Aide/Clerk                                15.25
    13054   Library Information Technology Systems            24.84
    Administrator
    13058 - Library Technician                                18.08
    13061 - Media Specialist I                                17.40
    13062   Media Specialist II                               18.63
    13063 - Media Specialist III                              20.76
    13071 - Photographer I                                    16.17
    13072 - Photographer II                                   18.63
    13073   Photographer III                                  23.07
    13074 - Photographer IV                                   27.40
    13075 - Photographer V                                    33.16
    13090 - Technical Order Library Clerk                     18.08
    13110   Video Teleconference Technician                   17.92
14000 - Information Technology Occupations
    14041 - Computer Operator I                               14.70***
    14042   Computer Operator II                              16.45
    14043   Computer Operator III                             18.32
    14044 - Computer Operator IV                              23.73
    14045 - Computer Operator V                               23.87
```

```
14071 - Computer Programmer I              (see 1)        22.07
14072 - Computer Programmer II             (see 1)        27.39
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                    14.70***
14160 - Personal Computer Support Technician             24.13
14170 - System Support Specialist                        27.01
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)   26.04
   15020 - Aircrew Training Devices Instructor (Rated)       33.34
   15030 - Air Crew Training Devices Instructor (Pilot)      37.76
   15050 - Computer Based Training Specialist / Instructor   27.62
   15060 - Educational Technologist                          30.44
   15070 - Flight Instructor (Pilot)                         37.76
   15080 - Graphic Artist                                    27.69
   15085 - Maintenance Test Pilot Fixed Jet/Prop             37.76
   15086 - Maintenance Test Pilot Rotary Wing                37.76
   15088 - Non-Maintenance Test/Co-Pilot                     37.76
   15090 - Technical Instructor                              27.39
   15095 - Technical Instructor/Course Developer             33.51
   15110 - Test Proctor                                      22.12
   15120 - Tutor                                             22.12
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                      10.49***
   16030 - Counter Attendant                              10.49***
   16040 - Dry Cleaner                                    13.04***
   16070 - Finisher Flatwork Machine                      10.49***
   16090 - Presser Hand                                   10.49***
   16110 - Presser Machine Drycleaning                    10.49***
   16130 - Presser Machine Shirts                         10.49***
   16160 - Presser Machine Wearing Apparel Laundry        10.49***
   16190 - Sewing Machine Operator                        13.98***
   16220 - Tailor                                         14.88***
   16250 - Washer Machine                                 11.20***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                 26.88
   19040 - Tool And Die Maker                                30.81
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                 17.99
   21030 - Material Coordinator                              28.13
   21040 - Material Expediter                                28.13
   21050 - Material Handling Laborer                      14.38***
   21071 - Order Filler                                   12.54***
   21080 - Production Line Worker (Food Processing)          17.99
   21110 - Shipping Packer                                   17.10
   21130 - Shipping/Receiving Clerk                          17.10
   21140 - Store Worker I                                 14.74***
   21150 - Stock Clerk                                       19.62
   21210 - Tools And Parts Attendant                        17.99
   21410 - Warehouse Specialist                             17.99
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                       29.26
   23019 - Aircraft Logs and Records Technician             24.13
   23021 - Aircraft Mechanic I                               28.28
   23022 - Aircraft Mechanic II                              29.26
   23023 - Aircraft Mechanic III                             30.34
   23040 - Aircraft Mechanic Helper                          20.93
   23050 - Aircraft Painter                                  27.29
   23060 - Aircraft Servicer                                 24.13
   23070 - Aircraft Survival Flight Equipment Technician     27.29
   23080 - Aircraft Worker                                   25.60
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic    25.60
```

```
        I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic        28.28
        II
  23110 - Appliance Mechanic                                    22.39
  23120 - Bicycle Repairer                                      22.55
  23125 - Cable Splicer                                         28.28
  23130 - Carpenter Maintenance                                 21.18
  23140 - Carpet Layer                                          26.38
  23160 - Electrician Maintenance                               32.96
  23181 - Electronics Technician Maintenance I                  25.60
  23182 - Electronics Technician Maintenance II                 27.29
  23183 - Electronics Technician Maintenance III                28.28
  23260 - Fabric Worker                                         24.13
  23290 - Fire Alarm System Mechanic                            24.20
  23310 - Fire Extinguisher Repairer                            22.55
  23311 - Fuel Distribution System Mechanic                     28.28
  23312 - Fuel Distribution System Operator                     22.55
  23370 - General Maintenance Worker                            18.53
  23380 - Ground Support Equipment Mechanic                     28.28
  23381 - Ground Support Equipment Servicer                     24.13
  23382 - Ground Support Equipment Worker                       25.60
  23391 - Gunsmith I                                            22.55
  23392 - Gunsmith II                                           25.60
  23393 - Gunsmith III                                          28.28
  23410 - Heating Ventilation And Air-Conditioning              24.88
        Mechanic
  23411 - Heating Ventilation And Air Contidioning              25.74
        Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                              29.16
  23440 - Heavy Equipment Operator                              28.05
  23460 - Instrument Mechanic                                   28.28
  23465 - Laboratory/Shelter Mechanic                           27.29
  23470 - Laborer                                            14.38***
  23510 - Locksmith                                             27.29
  23530 - Machinery Maintenance Mechanic                        28.59
  23550 - Machinist Maintenance                                 26.17
  23580 - Maintenance Trades Helper                             19.03
  23591 - Metrology Technician I                                28.28
  23592 - Metrology Technician II                               29.26
  23593 - Metrology Technician III                              30.34
  23640 - Millwright                                            27.97
  23710 - Office Appliance Repairer                             27.29
  23760 - Painter Maintenance                                   21.45
  23790 - Pipefitter Maintenance                                27.87
  23810 - Plumber Maintenance                                   26.99
  23820 - Pneudraulic Systems Mechanic                          28.28
  23850 - Rigger                                                28.28
  23870 - Scale Mechanic                                        25.60
  23890 - Sheet-Metal Worker Maintenance                        29.08
  23910 - Small Engine Mechanic                                 25.60
  23931 - Telecommunications Mechanic I                         29.16
  23932 - Telecommunications Mechanic II                        30.17
  23950 - Telephone Lineman                                     28.28
  23960 - Welder Combination Maintenance                        26.35
  23965 - Well Driller                                          28.28
  23970 - Woodcraft Worker                                      28.28
  23980 - Woodworker                                            22.55
24000 - Personal Needs Occupations
  24550 - Case Manager                                          15.10
  24570 - Child Care Attendant                               10.51***
  24580 - Child Care Center Clerk                            13.12***
  24610 - Chore Aide                                         11.20***
  24620 - Family Readiness And Support Services                 15.10
        Coordinator
  24630 - Homemaker                                             15.10
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          28.28
    25040 - Sewage Plant Operator                                  25.05
    25070 - Stationary Engineer                                    28.28
    25190 - Ventilation Equipment Tender                           19.03
    25210 - Water Treatment Plant Operator                         25.05
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          20.74
    27007 - Baggage Inspector                                   14.63***
    27008 - Corrections Officer                                    24.21
    27010 - Court Security Officer                                 25.39
    27030 - Detection Dog Handler                                  16.36
    27040 - Detention Officer                                      24.21
    27070 - Firefighter                                            26.58
    27101 - Guard I                                             14.63***
    27102 - Guard II                                               16.36
    27131 - Police Officer I                                       23.02
    27132 - Police Officer II                                      25.57
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                         12.53***
    28042 - Carnival Equipment Repairer                         13.50***
    28043 - Carnival Worker                                      9.66***
    28210 - Gate Attendant/Gate Tender                          14.61***
    28310 - Lifeguard                                           13.01***
    28350 - Park Attendant (Aide)                                  16.34
    28510 - Recreation Aide/Health Facility Attendant           11.92***
    28515 - Recreation Specialist                                  18.68
    28630 - Sports Official                                     13.01***
    28690 - Swimming Pool Operator                                 15.75
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     26.38
    29020 - Hatch Tender                                           26.38
    29030 - Line Handler                                           26.38
    29041 - Stevedore I                                            24.89
    29042 - Stevedore II                                           28.13
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
    30021 - Archeological Technician I                             16.68
    30022 - Archeological Technician II                            19.58
    30023 - Archeological Technician III                           24.73
    30030 - Cartographic Technician                                23.53
    30040 - Civil Engineering Technician                           24.56
    30051 - Cryogenic Technician I                                 23.75
    30052 - Cryogenic Technician II                                26.24
    30061 - Drafter/CAD Operator I                                 16.68
    30062 - Drafter/CAD Operator II                                19.58
    30063 - Drafter/CAD Operator III                               21.82
    30064 - Drafter/CAD Operator IV                                24.73
    30081 - Engineering Technician I                               15.19
    30082 - Engineering Technician II                              17.05
    30083 - Engineering Technician III                             20.32
    30084 - Engineering Technician IV                              25.25
    30085 - Engineering Technician V                               28.91
    30086 - Engineering Technician VI                              34.98
    30090 - Environmental Technician                               24.18
    30095 - Evidence Control Specialist                            21.44
    30210 - Laboratory Technician                                  25.77
    30221 - Latent Fingerprint Technician I                        23.75
    30222 - Latent Fingerprint Technician II                       26.24
    30240 - Mathematical Technician                                24.87
    30361 - Paralegal/Legal Assistant I                            16.83
    30362 - Paralegal/Legal Assistant II                           20.85
    30363 - Paralegal/Legal Assistant III                          25.50
```

```
    30364 - Paralegal/Legal Assistant IV                                        30.86
    30375 - Petroleum Supply Specialist                                         26.24
    30390 - Photo-Optics Technician                                             23.53
    30395 - Radiation Control Technician                                        26.24
    30461 - Technical Writer I                                                  23.11
    30462 - Technical Writer II                                                 28.27
    30463 - Technical Writer III                                                34.21
    30491 - Unexploded Ordnance (UXO) Technician I                              25.60
    30492 - Unexploded Ordnance (UXO) Technician II                             30.98
    30493 - Unexploded Ordnance (UXO) Technician III                            37.13
    30494 - Unexploded (UXO) Safety Escort                                      25.60
    30495 - Unexploded (UXO) Sweep Personnel                                    25.60
    30501 - Weather Forecaster I                                                23.75
    30502 - Weather Forecaster II                                               28.89
    30620 - Weather Observer Combined Upper Air Or       (see 2)                21.82
Surface Programs
    30621 - Weather Observer Senior                      (see 2)                23.03
31000 - Transportation/Mobile Equipment Operation Occupations
    31010 - Airplane Pilot                                                      30.98
    31020 - Bus Aide                                                        14.34***
    31030 - Bus Driver                                                          19.57
    31043 - Driver Courier                                                      15.40
    31260 - Parking and Lot Attendant                                       12.54***
    31290 - Shuttle Bus Driver                                                  16.96
    31310 - Taxi Driver                                                         15.27
    31361 - Truckdriver Light                                                   16.60
    31362 - Truckdriver Medium                                                  17.77
    31363 - Truckdriver Heavy                                                   21.13
    31364 - Truckdriver Tractor-Trailer                                         21.13
99000 - Miscellaneous Occupations
    99020 - Cabin Safety Specialist                                             15.10
    99030 - Cashier                                                         10.57***
    99050 - Desk Clerk                                                      10.35***
    99095 - Embalmer                                                            25.60
    99130 - Flight Follower                                                     25.60
    99251 - Laboratory Animal Caretaker I                                       21.21
    99252 - Laboratory Animal Caretaker II                                      22.86
    99260 - Marketing Analyst                                                   26.18
    99310 - Mortician                                                           25.60
    99410 - Pest Controller                                                     24.47
    99510 - Photofinishing Worker                                           13.45***
    99710 - Recycling Laborer                                                   18.59
    99711 - Recycling Specialist                                                21.96
    99730 - Refuse Collector                                                    16.93
    99810 - Sales Clerk                                                     11.22***
    99820 - School Crossing Guard                                               16.36
    99830 - Survey Party Chief                                                  23.39
    99831 - Surveying Aide                                                  12.33***
    99832 - Surveying Technician                                                16.90
    99840 - Vending Machine Attendant                                           21.21
    99841 - Vending Machine Repairer                                            25.94
    99842 - Vending Machine Repairer Helper                                     21.21
```

```
    ***Workers in this classification may be entitled to a higher minimum wage under
    Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
    Note at the top of the wage determination for more information. Please also note
    that the minimum wage requirements of Executive Order 14026 and 13658 are not
    currently being enforced as to contracts or contract-like instruments entered
    into with the federal government in connection with seasonal recreational services
    or seasonal recreational equipment rental for the general public on federal lands.
```

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year: New Year's Day Martin Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
      "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor     |       WAGE AND HOUR DIVISION
                                              |        WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4751
   Daniel W. Simms         Division of        |        Revision No.: 19
   Director            Wage Determinations|    Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Ashland Ashtabula Erie Huron Wayne

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.21 |
| 01012 - Accounting Clerk II | | 17.08 |
| 01013 - Accounting Clerk III | | 19.10 |
| 01020 - Administrative Assistant | | 24.09 |
| 01035 - Court Reporter | | 17.43 |
| 01041 - Customer Service Representative I | | 13.07*** |
| 01042 - Customer Service Representative II | | 14.69*** |
| 01043 - Customer Service Representative III | | 16.03 |
| 01051 - Data Entry Operator I | | 14.76*** |
| 01052 - Data Entry Operator II | | 16.97 |
| 01060 - Dispatcher Motor Vehicle | | 20.79 |
| 01070 - Document Preparation Clerk | | 13.72*** |
| 01090 - Duplicating Machine Operator | | 13.72*** |
| 01111 - General Clerk I | | 13.46*** |
| 01112 - General Clerk II | | 14.87*** |
| 01113 - General Clerk III | | 16.65 |

```
01120 - Housing Referral Assistant                      19.43
01141 - Messenger Courier                               12.44***
01191   Order Clerk I                                   13.75***
01192 - Order Clerk II                                  15.03
01261 - Personnel Assistant (Employment) I              17.06
01262 - Personnel Assistant (Employment) II             19.09
01263   Personnel Assistant (Employment) III            21.27
01270 - Production Control Clerk                         24.48
01290 - Rental Clerk                                    15.48
01300 - Scheduler Maintenance                           15.59
01311   Secretary I                                     15.59
01312 - Secretary II                                    17.43
01313 - Secretary III                                   19.43
01320 - Service Order Dispatcher                         18.84
01410   Supply Technician                               24.09
01420 - Survey Worker                                   15.10
01460 - Switchboard Operator/Receptionist               13.97***
01531 - Travel Clerk I                                  14.40***
01532   Travel Clerk II                                 15.35
01533 - Travel Clerk III                                16.38
01611 - Word Processor I                                14.47***
01612 - Word Processor II                               16.25
01613   Word Processor III                              18.18
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass             20.33
05010 - Automotive  Electrician                         19.67
05040   Automotive Glass Installer                      18.92
05070 - Automotive Worker                               18.92
05110 - Mobile Equipment Servicer                       17.27
05130 - Motor Equipment Metal Mechanic                  20.33
05160   Motor Equipment Metal Worker                    18.92
05190 - Motor Vehicle Mechanic                          20.33
05220 - Motor Vehicle Mechanic Helper                   16.50
05250 - Motor Vehicle Upholstery Worker                 18.07
05280   Motor Vehicle Wrecker                           18.92
05310 - Painter Automotive                              19.67
05340 - Radiator Repair Specialist                      18.92
05370 - Tire Repairer                                   15.89
05400   Transmission Repair Specialist                  20.33
07000 - Food Preparation And Service Occupations
07010 - Baker                                           13.47***
07041 - Cook I                                          13.00***
07042   Cook II                                         14.81***
07070 - Dishwasher                                      9.44***
07130 - Food Service Worker                             9.76***
07210 - Meat Cutter                                     17.19
07260   Waiter/Waitress                                 9.94***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                     20.60
09040 - Furniture Handler                               13.89***
09080   Furniture Refinisher                            20.60
09090 - Furniture Refinisher Helper                     15.71
09110 - Furniture Repairer Minor                        17.22
09130 - Upholsterer                                     20.60
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                13.58***
11060 - Elevator Operator                               13.31***
11090 - Gardener                                        17.90
11122   Housekeeping Aide                               13.31***
11150 - Janitor                                         13.31***
11210 - Laborer Grounds Maintenance                     14.10***
11240 - Maid or Houseman                                10.51***
11260   Pruner                                          12.82***
11270 - Tractor Operator                                16.65
11330 - Trail Maintenance Worker                        14.10***
```

```
   11360 - Window Cleaner                                    14.63***
12000 - Health Occupations
   12010   Ambulance Driver                                  17.59
   12011 - Breath Alcohol Technician                         18.97
   12012 - Certified Occupational Therapist Assistant        28.36
   12015 - Certified Physical Therapist Assistant            27.78
   12020   Dental Assistant                                  19.96
   12025 - Dental Hygienist                                  37.04
   12030 - EKG Technician                                    28.58
   12035 - Electroneurodiagnostic Technologist               28.58
   12040   Emergency Medical Technician                      17.59
   12071 - Licensed Practical Nurse I                        17.51
   12072 - Licensed Practical Nurse II                       19.68
   12073 - Licensed Practical Nurse III                      21.84
   12100   Medical Assistant                                 15.22
   12130 - Medical Laboratory Technician                     27.01
   12160 - Medical Record Clerk                              15.70
   12190 - Medical Record Technician                         18.48
   12195   Medical Transcriptionist                          18.26
   12210 - Nuclear Medicine Technologist                     35.13
   12221 - Nursing Assistant I                               12.68***
   12222 - Nursing Assistant II                              14.25***
   12223   Nursing Assistant III                             15.55
   12224 - Nursing Assistant IV                              17.47
   12235 - Optical Dispenser                                 18.52
   12236 - Optical Technician                                16.96
   12250   Pharmacy Technician                               14.65***
   12280 - Phlebotomist                                      15.87
   12305 - Radiologic Technologist                           26.74
   12311 - Registered Nurse I                                24.93
   12312   Registered Nurse II                               30.49
   12313 - Registered Nurse II Specialist                    30.49
   12314 - Registered Nurse III                              36.90
   12315 - Registered Nurse III Anesthetist                  36.90
   12316   Registered Nurse IV                               44.22
   12317 - Scheduler (Drug and Alcohol Testing)              23.50
   12320 - Substance Abuse Treatment Counselor               24.33
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                             20.58
   13012 - Exhibits Specialist II                            23.96
   13013 - Exhibits Specialist III                           28.55
   13041 - Illustrator I                                     20.35
   13042   Illustrator II                                    25.21
   13043 - Illustrator III                                   30.83
   13047 - Librarian                                         29.41
   13050 - Library Aide/Clerk                                13.28***
   13054   Library Information Technology Systems            22.30
   Administrator
   13058 - Library Technician                                17.17
   13061 - Media Specialist I                                16.09
   13062   Media Specialist II                               18.01
   13063 - Media Specialist III                              20.07
   13071 - Photographer I                                    15.90
   13072 - Photographer II                                   18.01
   13073   Photographer III                                  22.30
   13074 - Photographer IV                                   26.94
   13075 - Photographer V                                    32.61
   13090 - Technical Order Library Clerk                     15.90
   13110   Video Teleconference Technician                   17.41
14000 - Information Technology Occupations
   14041 - Computer Operator I                               16.33
   14042 - Computer Operator II                              18.27
   14043   Computer Operator III                             20.36
   14044 - Computer Operator IV                              22.64
   14045 - Computer Operator V                               25.06
```

```
14071 - Computer Programmer I              (see 1)         22.13
14072 - Computer Programmer II             (see 1)         27.20
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                     16.33
14160 - Personal Computer Support Technician              22.64
14170 - System Support Specialist                         25.06
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)    29.19
    15020 - Aircrew Training Devices Instructor (Rated)        35.35
    15030 - Air Crew Training Devices Instructor (Pilot)       42.34
    15050 - Computer Based Training Specialist / Instructor    30.23
    15060 - Educational Technologist                          31.76
    15070 - Flight Instructor (Pilot)                         42.34
    15080 - Graphic Artist                                    22.54
    15085 - Maintenance Test Pilot Fixed Jet/Prop             42.34
    15086 - Maintenance Test Pilot Rotary Wing                42.34
    15088 - Non-Maintenance Test/Co-Pilot                     42.34
    15090 - Technical Instructor                              21.22
    15095 - Technical Instructor/Course Developer             25.95
    15110 - Test Proctor                                      17.13
    15120 - Tutor                                             17.13
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                     10.58***
    16030 - Counter Attendant                             10.58***
    16040 - Dry Cleaner                                   13.17***
    16070 - Finisher Flatwork Machine                     10.58***
    16090 - Presser Hand                                  10.58***
    16110 - Presser Machine Drycleaning                   10.58***
    16130 - Presser Machine Shirts                        10.58***
    16160 - Presser Machine Wearing Apparel Laundry       10.58***
    16190 - Sewing Machine Operator                       14.09***
    16220 - Tailor                                           15.02
    16250 - Washer Machine                                11.28***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                22.02
    19040 - Tool And Die Maker                               26.69
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                18.59
    21030 - Material Coordinator                             24.48
    21040 - Material Expediter                               24.48
    21050 - Material Handling Laborer                     14.95***
    21071 - Order Filler                                     15.06
    21080 - Production Line Worker (Food Processing)         18.59
    21110 - Shipping Packer                                  17.07
    21130 - Shipping/Receiving Clerk                         17.07
    21140 - Store Worker I                                14.97***
    21150 - Stock Clerk                                      19.91
    21210 - Tools And Parts Attendant                        18.59
    21410 - Warehouse Specialist                             18.59
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                      24.00
    23019 - Aircraft Logs and Records Technician             20.32
    23021 - Aircraft Mechanic I                              22.86
    23022 - Aircraft Mechanic II                             24.00
    23023 - Aircraft Mechanic III                            24.93
    23040 - Aircraft Mechanic Helper                         18.55
    23050 - Aircraft Painter                                 22.10
    23060 - Aircraft Servicer                                20.32
    23070 - Aircraft Survival Flight Equipment Technician    22.10
    23080 - Aircraft Worker                                  21.27
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic   21.27
```

```
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic         22.86
II
23110 - Appliance Mechanic                                     23.55
23120 - Bicycle Repairer                                       19.57
23125 - Cable Splicer                                          37.15
23130 - Carpenter Maintenance                                  22.39
23140 - Carpet Layer                                           21.92
23160 - Electrician Maintenance                                28.34
23181 - Electronics Technician Maintenance I                   26.95
23182 - Electronics Technician Maintenance II                  28.48
23183 - Electronics Technician Maintenance III                 29.91
23260 - Fabric Worker                                          20.89
23290 - Fire Alarm System Mechanic                             21.77
23310 - Fire Extinguiser Repairer                              19.57
23311 - Fuel Distribution System Mechanic                      34.84
23312 - Fuel Distribution System Operator                      27.65
23370 - General Maintenance Worker                             19.98
23380 - Ground Support Equipment Mechanic                      22.86
23381 - Ground Support Equipment Servicer                      20.32
23382 - Ground Support Equipment Worker                        21.27
23391 - Gunsmith I                                             19.57
23392 - Gunsmith II                                            22.29
23393 - Gunsmith III                                           24.73
23410 - Heating Ventilation And Air-Conditioning               21.73
Mechanic
23411 - Heating Ventilation And Air Contidioning               22.71
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                               22.84
23440 - Heavy Equipment Operator                               26.87
23460 - Instrument Mechanic                                    24.73
23465 - Laboratory/Shelter Mechanic                            23.55
23470 - Laborer                                                14.95***
23510 - Locksmith                                              21.34
23530 - Machinery Maintenance Mechanic                         27.29
23550 - Machinist Maintenance                                  21.77
23580 - Maintenance Trades Helper                              17.32
23591 - Metrology Technician I                                 25.65
23592 - Metrology Technician II                                26.67
23593 - Metrology Technician III                               27.59
23640 - Millwright                                             32.76
23710 - Office Appliance Repairer                              21.04
23760 - Painter Maintenance                                    21.74
23790 - Pipefitter Maintenance                                 26.96
23810 - Plumber Maintenance                                    23.66
23820 - Pneudraulic Systems Mechanic                           24.73
23850 - Rigger                                                 24.73
23870 - Scale Mechanic                                         22.29
23890 - Sheet-Metal Worker Maintenance                         23.09
23910 - Small Engine Mechanic                                  19.82
23931 - Telecommunications Mechanic I                          24.70
23932 - Telecommunications Mechanic II                         25.58
23950 - Telephone Lineman                                      25.52
23960 - Welder Combination Maintenance                         20.70
23965 - Well Driller                                           24.73
23970 - Woodcraft Worker                                       24.73
23980 - Woodworker                                             19.57
24000 - Personal Needs Occupations
24550 - Case Manager                                           16.34
24570 - Child Care Attendant                                   12.25***
24580 - Child Care Center Clerk                                15.29
24610 - Chore Aide                                             11.61***
24620 - Family Readiness And Support Services                  16.34
Coordinator
24630 - Homemaker                                              17.23
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        26.21
    25040 - Sewage Plant Operator                                23.71
    25070 - Stationary Engineer                                  26.21
    25190 - Ventilation Equipment Tender                         19.87
    25210 - Water Treatment Plant Operator                       23.71
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        19.36
    27007 - Baggage Inspector                                    16.98
    27008 - Corrections Officer                                  21.90
    27010 - Court Security Officer                               23.11
    27030 - Detection Dog Handler                                18.99
    27040 - Detention Officer                                    21.90
    27070 - Firefighter                                          22.60
    27101 - Guard I                                              16.98
    27102 - Guard II                                             18.99
    27131 - Police Officer I                                     25.03
    27132 - Police Officer II                                    27.80
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       12.60***
    28042 - Carnival Equipment Repairer                       13.54***
    28043 - Carnival Worker                                    9.70***
    28210 - Gate Attendant/Gate Tender                        13.67***
    28310 - Lifeguard                                         11.34***
    28350 - Park Attendant (Aide)                                15.29
    28510 - Recreation Aide/Health Facility Attendant         11.16***
    28515 - Recreation Specialist                                18.94
    28630 - Sports Official                                   12.18***
    28690 - Swimming Pool Operator                               18.62
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   22.87
    29020 - Hatch Tender                                         22.87
    29030 - Line Handler                                         22.87
    29041 - Stevedore I                                          21.44
    29042 - Stevedore II                                         23.77
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  41.70
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  28.75
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  31.67
    30021 - Archeological Technician I                           18.48
    30022 - Archeological Technician II                          20.68
    30023 - Archeological Technician III                         25.61
    30030 - Cartographic Technician                              25.61
    30040 - Civil Engineering Technician                         27.78
    30051 - Cryogenic Technician I                               28.36
    30052 - Cryogenic Technician II                              31.32
    30061 - Drafter/CAD Operator I                               18.48
    30062 - Drafter/CAD Operator II                              20.68
    30063 - Drafter/CAD Operator III                             23.04
    30064 - Drafter/CAD Operator IV                              28.36
    30081 - Engineering Technician I                             16.70
    30082 - Engineering Technician II                            18.75
    30083 - Engineering Technician III                           20.98
    30084 - Engineering Technician IV                            25.99
    30085 - Engineering Technician V                             31.78
    30086 - Engineering Technician VI                            38.46
    30090 - Environmental Technician                             25.61
    30095 - Evidence Control Specialist                          25.61
    30210 - Laboratory Technician                                23.42
    30221 - Latent Fingerprint Technician I                      28.36
    30222 - Latent Fingerprint Technician II                     31.32
    30240 - Mathematical Technician                              28.17
    30361 - Paralegal/Legal Assistant I                          18.72
    30362 - Paralegal/Legal Assistant II                         23.34
    30363 - Paralegal/Legal Assistant III                        30.33
```

```
30364 - Paralegal/Legal Assistant IV                           36.70
30375 - Petroleum Supply Specialist                            31.32
30390 - Photo-Optics Technician                                25.34
30395 - Radiation Control Technician                           31.32
30461 - Technical Writer I                                     25.61
30462 - Technical Writer II                                    31.32
30463 - Technical Writer III                                   37.90
30491 - Unexploded Ordnance (UXO) Technician I                 26.50
30492 - Unexploded Ordnance (UXO) Technician II                32.06
30493 - Unexploded Ordnance (UXO) Technician III               38.43
30494 - Unexploded (UXO) Safety Escort                         26.50
30495 - Unexploded (UXO) Sweep Personnel                       26.50
30501 - Weather Forecaster I                                   28.36
30502 - Weather Forecaster II                                  34.50
30620 - Weather Observer Combined Upper Air Or      (see 2)    23.15
Surface Programs
30621 - Weather Observer Senior                     (see 2)    25.61
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                         32.06
31020 - Bus Aide                                               15.20
31030 - Bus Driver                                             20.60
31043 - Driver Courier                                         15.37
31260 - Parking and Lot Attendant                             11.63***
31290 - Shuttle Bus Driver                                     16.42
31310 - Taxi Driver                                           11.67***
31361 - Truckdriver Light                                      16.42
31362 - Truckdriver Medium                                     19.05
31363 - Truckdriver Heavy                                      23.70
31364 - Truckdriver Tractor-Trailer                            23.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                15.63
99030 - Cashier                                              10.87***
99050 - Desk Clerk                                           11.14***
99095 - Embalmer                                               32.70
99130 - Flight Follower                                        26.50
99251 - Laboratory Animal Caretaker I                        13.98***
99252 - Laboratory Animal Caretaker II                         15.03
99260 - Marketing Analyst                                      26.54
99310 - Mortician                                              33.31
99410 - Pest Controller                                        17.09
99510 - Photofinishing Worker                                14.27***
99710 - Recycling Laborer                                      20.12
99711 - Recycling Specialist                                   22.65
99730 - Refuse Collector                                       18.41
99810 - Sales Clerk                                          12.70***
99820 - School Crossing Guard                                12.15***
99830 - Survey Party Chief                                     23.50
99831 - Surveying Aide                                       13.41***
99832 - Surveying Technician                                   20.13
99840 - Vending Machine Attendant                              16.28
99841 - Vending Machine Repairer                               19.93
99842 - Vending Machine Repairer Helper                        16.28
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 25 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year: New Year's Day Martin Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER |       U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor         |        WAGE AND HOUR DIVISION
                                               |        WASHINGTON D.C.   20210
                                               |
                                               |
                                               |
                                               | Wage Determination No.: 2015-4745
Daniel W. Simms          Division of           |       Revision No.: 19
Director           Wage Determinations|          Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Champaign Darke Logan Preble Shelby

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.44*** |
| 01012 - Accounting Clerk II | | 16.22 |
| 01013  Accounting Clerk III | | 18.14 |
| 01020 - Administrative Assistant | | 24.23 |
| 01035 - Court Reporter | | 19.34 |
| 01041 - Customer Service Representative I | | 13.29*** |
| 01042  Customer Service Representative II | | 14.56*** |
| 01043 - Customer Service Representative III | | 16.29 |
| 01051 - Data Entry Operator I | | 14.96*** |
| 01052 - Data Entry Operator II | | 16.32 |
| 01060  Dispatcher Motor Vehicle | | 21.61 |
| 01070 - Document Preparation Clerk | | 14.38*** |
| 01090 - Duplicating Machine Operator | | 14.38*** |
| 01111 - General Clerk I | | 13.31*** |
| 01112  General Clerk II | | 14.52*** |
| 01113 - General Clerk III | | 16.31 |

```
01120 - Housing Referral Assistant                           20.69
01141 - Messenger Courier                                    11.92***
01191   Order Clerk I                                        16.02
01192 - Order Clerk II                                       17.48
01261 - Personnel Assistant (Employment) I                   16.71
01262 - Personnel Assistant (Employment) II                  18.68
01263   Personnel Assistant (Employment) III                 20.82
01270 - Production Control Clerk                             26.64
01290 - Rental Clerk                                         14.79***
01300 - Scheduler Maintenance                               16.60
01311   Secretary I                                          16.60
01312 - Secretary II                                         18.57
01313 - Secretary III                                        20.69
01320 - Service Order Dispatcher                            19.31
01410   Supply Technician                                    24.23
01420 - Survey Worker                                        17.54
01460 - Switchboard Operator/Receptionist                   13.62***
01531 - Travel Clerk I                                       13.57***
01532   Travel Clerk II                                      14.48***
01533 - Travel Clerk III                                     15.35
01611 - Word Processor I                                     14.78***
01612 - Word Processor II                                    16.60
01613   Word Processor III                                   18.56
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 19.82
05010 - Automotive  Electrician                              18.81
05040   Automotive Glass Installer                           18.07
05070 - Automotive Worker                                    18.07
05110 - Mobile Equipment Servicer                            16.64
05130 - Motor Equipment Metal Mechanic                       19.53
05160   Motor Equipment Metal Worker                         18.07
05190 - Motor Vehicle Mechanic                               18.64
05220 - Motor Vehicle Mechanic Helper                        15.92
05250 - Motor Vehicle Upholstery Worker                      17.36
05280   Motor Vehicle Wrecker                                18.07
05310 - Painter Automotive                                   18.81
05340 - Radiator Repair Specialist                           18.07
05370 - Tire Repairer                                        17.00
05400   Transmission Repair Specialist                       19.53
07000 - Food Preparation And Service Occupations
07010 - Baker                                                12.61***
07041 - Cook I                                               13.58***
07042   Cook II                                              15.31
07070 - Dishwasher                                            9.62***
07130 - Food Service Worker                                   9.71***
07210 - Meat Cutter                                          16.19
07260   Waiter/Waitress                                       9.92***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                          21.58
09040 - Furniture Handler                                    15.62
09080   Furniture Refinisher                                 21.58
09090 - Furniture Refinisher Helper                          17.91
09110 - Furniture Repairer Minor                             19.92
09130 - Upholsterer                                          22.25
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                     11.73***
11060 - Elevator Operator                                    12.37***
11090 - Gardener                                             16.39
11122   Housekeeping Aide                                    14.76***
11150 - Janitor                                              14.76***
11210 - Laborer Grounds Maintenance                          14.25***
11240 - Maid or Houseman                                     11.49***
11260   Pruner                                               13.74***
11270 - Tractor Operator                                     15.71
11330 - Trail Maintenance Worker                             14.25***
```

```
    11360 - Window Cleaner                                        15.54
12000 - Health Occupations
    12010   Ambulance Driver                                      16.90
    12011 - Breath Alcohol Technician                             18.87
    12012 - Certified Occupational Therapist Assistant            28.27
    12015 - Certified Physical Therapist Assistant                27.15
    12020   Dental Assistant                                      19.51
    12025 - Dental Hygienist                                      33.24
    12030 - EKG Technician                                        26.81
    12035 - Electroneurodiagnostic Technologist                   26.81
    12040   Emergency Medical Technician                          16.90
    12071 - Licensed Practical Nurse I                            18.88
    12072 - Licensed Practical Nurse II                           21.13
    12073 - Licensed Practical Nurse III                          23.56
    12100   Medical Assistant                                     15.67
    12130 - Medical Laboratory Technician                         26.87
    12160 - Medical Record Clerk                                  17.01
    12190 - Medical Record Technician                             19.14
    12195   Medical Transcriptionist                              16.87
    12210 - Nuclear Medicine Technologist                         40.93
    12221 - Nursing Assistant I                                   12.01***
    12222 - Nursing Assistant II                                  13.50***
    12223   Nursing Assistant III                                 14.73***
    12224 - Nursing Assistant IV                                  16.54
    12235 - Optical Dispenser                                     21.20
    12236 - Optical Technician                                    16.87
    12250   Pharmacy Technician                                   15.07
    12280 - Phlebotomist                                          15.29
    12305 - Radiologic Technologist                               27.31
    12311 - Registered Nurse I                                    24.00
    12312   Registered Nurse II                                   29.36
    12313 - Registered Nurse II Specialist                        29.36
    12314 - Registered Nurse III                                  35.53
    12315 - Registered Nurse III Anesthetist                      35.53
    12316   Registered Nurse IV                                   42.58
    12317 - Scheduler (Drug and Alcohol Testing)                  23.37
    12320 - Substance Abuse Treatment Counselor                   21.08
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                                 20.15
    13012 - Exhibits Specialist II                                24.96
    13013 - Exhibits Specialist III                               30.53
    13041 - Illustrator I                                         22.55
    13042   Illustrator II                                        27.93
    13043 - Illustrator III                                       34.16
    13047 - Librarian                                             28.17
    13050 - Library Aide/Clerk                                    12.72***
    13054   Library Information Technology Systems                24.18
    Administrator
    13058 - Library Technician                                    16.02
    13061 - Media Specialist I                                    17.55
    13062   Media Specialist II                                   19.62
    13063   Media Specialist III                                  21.89
    13071 - Photographer I                                        17.27
    13072 - Photographer II                                       19.31
    13073   Photographer III                                      23.92
    13074 - Photographer IV                                       29.26
    13075 - Photographer V                                        35.41
    13090 - Technical Order Library Clerk                         15.98
    13110   Video Teleconference Technician                       18.20
14000 - Information Technology Occupations
    14041 - Computer Operator I                                   16.97
    14042 - Computer Operator II                                  18.98
    14043   Computer Operator III                                 21.16
    14044 - Computer Operator IV                                  23.51
    14045 - Computer Operator V                                   26.04
```

```
14071 - Computer Programmer I              (see 1)        25.51
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                     16.97
14160 - Personal Computer Support Technician              23.51
14170 - System Support Specialist                         27.76
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)   30.08
15020 - Aircrew Training Devices Instructor (Rated)       36.39
15030 - Air Crew Training Devices Instructor (Pilot)      42.16
15050 - Computer Based Training Specialist / Instructor   30.08
15060 - Educational Technologist                          35.20
15070 - Flight Instructor (Pilot)                         42.16
15080 - Graphic Artist                                    22.43
15085 - Maintenance Test Pilot Fixed Jet/Prop             40.74
15086 - Maintenance Test Pilot Rotary Wing                40.74
15088 - Non-Maintenance Test/Co-Pilot                     40.74
15090 - Technical Instructor                              22.21
15095 - Technical Instructor/Course Developer             27.17
15110 - Test Proctor                                      17.93
15120 - Tutor                                             17.93
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                         10.58***
16030 - Counter Attendant                                 10.58***
16040 - Dry Cleaner                                       13.17***
16070 - Finisher Flatwork Machine                         10.58***
16090 - Presser Hand                                      10.58***
16110 - Presser Machine Drycleaning                       10.58***
16130 - Presser Machine Shirts                            10.58***
16160 - Presser Machine Wearing Apparel Laundry           10.58***
16190 - Sewing Machine Operator                           14.09***
16220 - Tailor                                            15.02
16250 - Washer Machine                                    11.28***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                 22.23
19040 - Tool And Die Maker                                25.79
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                 18.07
21030 - Material Coordinator                              26.64
21040 - Material Expediter                                26.64
21050 - Material Handling Laborer                         17.65
21071 - Order Filler                                      14.50***
21080 - Production Line Worker (Food Processing)          18.07
21110 - Shipping Packer                                   17.59
21130 - Shipping/Receiving Clerk                          17.59
21140 - Store Worker I                                    15.74
21150 - Stock Clerk                                       20.28
21210 - Tools And Parts Attendant                         18.07
21410 - Warehouse Specialist                              18.07
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                       26.10
23019 - Aircraft Logs and Records Technician              21.69
23021 - Aircraft Mechanic I                               25.14
23022 - Aircraft Mechanic II                              26.10
23023 - Aircraft Mechanic III                             27.10
23040 - Aircraft Mechanic Helper                          19.05
23050 - Aircraft Painter                                  24.21
23060 - Aircraft Servicer                                 21.69
23070 - Aircraft Survival Flight Equipment Technician     24.21
23080 - Aircraft Worker                                   22.97
23091 - Aircrew Life Support Equipment (ALSE) Mechanic    22.97
```

```
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic              25.14
II
23110 - Appliance Mechanic                                         22.78
23120 - Bicycle Repairer                                           20.39
23125 - Cable Splicer                                              31.43
23130 - Carpenter Maintenance                                      22.50
23140 - Carpet Layer                                               22.97
23160 - Electrician Maintenance                                    26.68
23181 - Electronics Technician Maintenance I                       27.72
23182 - Electronics Technician Maintenance II                      29.19
23183 - Electronics Technician Maintenance III                     30.34
23260 - Fabric Worker                                              21.69
23290 - Fire Alarm System Mechanic                                 25.14
23310 - Fire Extinguisher Repairer                                 20.39
23311 - Fuel Distribution System Mechanic                          32.32
23312 - Fuel Distribution System Operator                          26.71
23370 - General Maintenance Worker                                 21.19
23380 - Ground Support Equipment Mechanic                          25.14
23381 - Ground Support Equipment Servicer                          21.69
23382 - Ground Support Equipment Worker                            22.97
23391 - Gunsmith I                                                 20.39
23392 - Gunsmith II                                                22.97
23393 - Gunsmith III                                               25.14
23410 - Heating Ventilation And Air-Conditioning                   23.29
Mechanic
23411 - Heating Ventilation And Air Contidioning                   24.19
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                   24.02
23440 - Heavy Equipment Operator                                   25.31
23460 - Instrument Mechanic                                        25.14
23465 - Laboratory/Shelter Mechanic                                24.21
23470 - Laborer                                                    16.02
23510 - Locksmith                                                  24.21
23530 - Machinery Maintenance Mechanic                             26.08
23550 - Machinist Maintenance                                      21.89
23580 - Maintenance Trades Helper                                  16.60
23591 - Metrology Technician I                                     25.14
23592 - Metrology Technician II                                    26.10
23593 - Metrology Technician III                                   27.10
23640 - Millwright                                                 30.74
23710 - Office Appliance Repairer                                  20.32
23760 - Painter Maintenance                                        21.44
23790 - Pipefitter Maintenance                                     24.78
23810 - Plumber Maintenance                                        23.85
23820 - Pneudraulic Systems Mechanic                               25.14
23850 - Rigger                                                     25.14
23870 - Scale Mechanic                                             22.97
23890 - Sheet-Metal Worker Maintenance                             28.46
23910 - Small Engine Mechanic                                      17.14
23931 - Telecommunications Mechanic I                              26.22
23932 - Telecommunications Mechanic II                             27.21
23950 - Telephone Lineman                                          26.53
23960 - Welder Combination Maintenance                             20.42
23965 - Well Driller                                               24.92
23970 - Woodcraft Worker                                           25.14
23980 - Woodworker                                                 20.39
24000 - Personal Needs Occupations
24550 - Case Manager                                               15.12
24570 - Child Care Attendant                                    10.05***
24580 - Child Care Center Clerk                                  14.92***
24610 - Chore Aide                                              11.62***
24620 - Family Readiness And Support Services                     15.12
Coordinator
24630 - Homemaker                                                 15.80
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                      28.09
   25040 - Sewage Plant Operator                              24.70
   25070 - Stationary Engineer                                28.09
   25190 - Ventilation Equipment Tender                       21.28
   25210 - Water Treatment Plant Operator                     24.70
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                      21.47
   27007 - Baggage Inspector                              14.68***
   27008 - Corrections Officer                                23.27
   27010 - Court Security Officer                             21.92
   27030 - Detection Dog Handler                              17.82
   27040 - Detention Officer                                  23.27
   27070 - Firefighter                                        22.55
   27101 - Guard I                                        14.68***
   27102 - Guard II                                           17.82
   27131 - Police Officer I                                   25.19
   27132 - Police Officer II                                  27.99
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                    12.98***
   28042 - Carnival Equipment Repairer                    13.34***
   28043 - Carnival Worker                                11.15***
   28210 - Gate Attendant/Gate Tender                     14.09***
   28310 - Lifeguard                                      12.03***
   28350 - Park Attendant (Aide)                              15.76
   28510 - Recreation Aide/Health Facility Attendant      11.50***
   28515 - Recreation Specialist                              19.52
   28630 - Sports Official                                12.55***
   28690 - Swimming Pool Operator                             18.63
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                 25.63
   29020 - Hatch Tender                                       25.63
   29030 - Line Handler                                       25.63
   29041 - Stevedore I                                        24.40
   29042 - Stevedore II                                       26.84
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)  (see 2)   41.70
   30011 - Air Traffic Control Specialist Station (HFO) (see 2)   28.75
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  31.67
   30021 - Archeological Technician I                         18.39
   30022 - Archeological Technician II                        20.58
   30023 - Archeological Technician III                       25.49
   30030 - Cartographic Technician                            25.49
   30040 - Civil Engineering Technician                       27.10
   30051 - Cryogenic Technician I                             26.98
   30052 - Cryogenic Technician II                            29.80
   30061 - Drafter/CAD Operator I                             18.39
   30062 - Drafter/CAD Operator II                            20.58
   30063 - Drafter/CAD Operator III                           22.94
   30064 - Drafter/CAD Operator IV                            29.65
   30081 - Engineering Technician I                           16.82
   30082 - Engineering Technician II                          18.89
   30083 - Engineering Technician III                         21.12
   30084 - Engineering Technician IV                          26.17
   30085 - Engineering Technician V                           32.01
   30086 - Engineering Technician VI                          38.74
   30090 - Environmental Technician                           23.95
   30095 - Evidence Control Specialist                        24.36
   30210 - Laboratory Technician                              21.24
   30221 - Latent Fingerprint Technician I                    26.98
   30222 - Latent Fingerprint Technician II                   29.80
   30240 - Mathematical Technician                            25.49
   30361 - Paralegal/Legal Assistant I                        19.22
   30362 - Paralegal/Legal Assistant II                       23.81
   30363 - Paralegal/Legal Assistant III                      31.43
```

```
30364 - Paralegal/Legal Assistant IV                              37.70
30375 - Petroleum Supply Specialist                               29.80
30390 - Photo-Optics Technician                                   25.49
30395 - Radiation Control Technician                              29.80
30461 - Technical Writer I                                        24.34
30462 - Technical Writer II                                       29.77
30463 - Technical Writer III                                      36.01
30491 - Unexploded Ordnance (UXO) Technician I                    26.50
30492 - Unexploded Ordnance (UXO) Technician II                   32.06
30493 - Unexploded Ordnance (UXO) Technician III                  38.43
30494 - Unexploded (UXO) Safety Escort                            26.50
30495 - Unexploded (UXO) Sweep Personnel                          26.50
30501 - Weather Forecaster I                                      26.98
30502 - Weather Forecaster II                                     32.82
30620 - Weather Observer Combined Upper Air Or     (see 2)        22.94
Surface Programs
30621 - Weather Observer Senior                    (see 2)        24.36
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            32.06
31020 - Bus Aide                                                  16.41
31030 - Bus Driver                                                23.68
31043 - Driver Courier                                            17.02
31260 - Parking and Lot Attendant                              13.74***
31290 - Shuttle Bus Driver                                        18.11
31310 - Taxi Driver                                            12.72***
31361 - Truckdriver Light                                         18.11
31362 - Truckdriver Medium                                        18.43
31363 - Truckdriver Heavy                                         26.17
31364 - Truckdriver Tractor-Trailer                               26.17
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.63
99030 - Cashier                                                10.50***
99050 - Desk Clerk                                             11.06***
99095 - Embalmer                                                  34.47
99130 - Flight Follower                                           26.50
99251 - Laboratory Animal Caretaker I                          13.04***
99252 - Laboratory Animal Caretaker II                         13.87***
99260 - Marketing Analyst                                         28.08
99310 - Mortician                                                 34.47
99410 - Pest Controller                                           19.98
99510 - Photofinishing Worker                                  13.93***
99710 - Recycling Laborer                                         19.71
99711 - Recycling Specialist                                      22.90
99730 - Refuse Collector                                          18.13
99810 - Sales Clerk                                            12.05***
99820 - School Crossing Guard                                  14.22***
99830 - Survey Party Chief                                        29.13
99831 - Surveying Aide                                         14.97***
99832 - Surveying Technician                                      22.91
99840 - Vending Machine Attendant                                 16.25
99841 - Vending Machine Repairer                                  18.30
99842 - Vending Machine Repairer Helper                           16.25
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 25 years.
  Length of service includes the whole span of continuous service with the present
contractor or successor wherever employed and with the predecessor contractors in
the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

     (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

     (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

     (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

     (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date each class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER  |       U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT         | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor   |       WAGE AND HOUR DIVISION
                                         |        WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         | Wage Determination No.: 2015-4761
Daniel W. Simms         Division of      |       Revision No.: 19
Director          Wage Determinations|   Date Of Last Revision: 03/15/2022
                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order |
|after January 30 2022 or the           |14026 applies to the contract.          |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
|                                       |                                        |
|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29  |13658 applies to the contract.          |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Coshocton Guernsey Muskingum

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                         FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                 14.59***
   01012 - Accounting Clerk II                                16.39
   01013   Accounting Clerk III                               18.33
   01020 - Administrative Assistant                           22.91
   01035 - Court Reporter                                     17.96
   01041 - Customer Service Representative I                  12.58***
   01042   Customer Service Representative II                 14.15***
   01043 - Customer Service Representative III                15.44
   01051 - Data Entry Operator I                              13.77***
   01052 - Data Entry Operator II                             15.03
   01060   Dispatcher Motor Vehicle                           19.52
   01070 - Document Preparation Clerk                         13.55***
   01090 - Duplicating Machine Operator                       13.55***
   01111 - General Clerk I                                    14.11***
   01112   General Clerk II                                   15.40
   01113 - General Clerk III                                  17.30
```

```
01120 - Housing Referral Assistant                         21.46
01141 - Messenger Courier                                  12.68***
01191   Order Clerk I                                      14.58***
01192 - Order Clerk II                                     15.91
01261 - Personnel Assistant (Employment) I                 17.06
01262 - Personnel Assistant (Employment) II                19.08
01263   Personnel Assistant (Employment) III               21.26
01270 - Production Control Clerk                            23.44
01290 - Rental Clerk                                       16.66
01300 - Scheduler Maintenance                              17.20
01311   Secretary I                                        17.20
01312 - Secretary II                                       19.24
01313 - Secretary III                                      21.46
01320 - Service Order Dispatcher                           17.20
01410   Supply Technician                                  23.84
01420 - Survey Worker                                      16.70
01460 - Switchboard Operator/Receptionist                  13.35***
01531 - Travel Clerk I                                     13.34***
01532   Travel Clerk II                                    14.25***
01533 - Travel Clerk III                                   15.23
01611 - Word Processor I                                   13.56***
01612   Word Processor II                                  15.23
01613   Word Processor III                                 17.96
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                21.84
05010 - Automotive  Electrician                            19.56
05040   Automotive Glass Installer                         18.71
05070 - Automotive Worker                                  19.26
05110 - Mobile Equipment Servicer                          17.02
05130 - Motor Equipment Metal Mechanic                     22.25
05160   Motor Equipment Metal Worker                       18.89
05190 - Motor Vehicle Mechanic                             20.39
05220 - Motor Vehicle Mechanic Helper                      16.18
05250 - Motor Vehicle Upholstery Worker                    18.39
05280   Motor Vehicle Wrecker                              19.26
05310 - Painter Automotive                                 20.38
05340 - Radiator Repair Specialist                         19.26
05370 - Tire Repairer                                      16.09
05400   Transmission Repair Specialist                     20.39
07000 - Food Preparation And Service Occupations
07010 - Baker                                              12.50***
07041 - Cook I                                             13.31***
07042   Cook II                                            15.24
07070 - Dishwasher                                         10.05***
07130 - Food Service Worker                                10.13***
07210 - Meat Cutter                                        16.26
07260   Waiter/Waitress                                     9.51***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        16.32
09040 - Furniture Handler                                  11.93***
09080   Furniture Refinisher                               17.51
09090 - Furniture Refinisher Helper                        13.49***
09110 - Furniture Repairer Minor                           15.50
09130 - Upholsterer                                        16.32
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   14.15***
11060 - Elevator Operator                                  13.45***
11090 - Gardener                                           15.02
11122   Housekeeping Aide                                  13.45***
11150 - Janitor                                            13.45***
11210 - Laborer Grounds Maintenance                        12.01***
11240 - Maid or Houseman                                   10.73***
11260   Pruner                                             10.89***
11270 - Tractor Operator                                   13.94***
11330 - Trail Maintenance Worker                           12.01***
```

```
11360 - Window Cleaner                                    14.76***
12000 - Health Occupations
   12010   Ambulance Driver                               18.70
   12011 - Breath Alcohol Technician                      19.39
   12012 - Certified Occupational Therapist Assistant     28.02
   12015 - Certified Physical Therapist Assistant         26.82
   12020   Dental Assistant                               17.16
   12025 - Dental Hygienist                               36.62
   12030 - EKG Technician                                 29.38
   12035 - Electroneurodiagnostic Technologist            29.38
   12040   Emergency Medical Technician                   18.70
   12071 - Licensed Practical Nurse I                     17.34
   12072 - Licensed Practical Nurse II                    19.39
   12073 - Licensed Practical Nurse III                   21.61
   12100   Medical Assistant                              14.19***
   12130 - Medical Laboratory Technician                  24.99
   12160 - Medical Record Clerk                           15.72
   12190 - Medical Record Technician                      18.80
   12195   Medical Transcriptionist                       16.98
   12210 - Nuclear Medicine Technologist                  42.61
   12221 - Nursing Assistant I                            11.90***
   12222 - Nursing Assistant II                           13.37***
   12223   Nursing Assistant III                          14.59***
   12224 - Nursing Assistant IV                           16.39
   12235 - Optical Dispenser                              20.57
   12236 - Optical Technician                             17.34
   12250   Pharmacy Technician                            16.49
   12280 - Phlebotomist                                   15.34
   12305 - Radiologic Technologist                        25.74
   12311 - Registered Nurse I                             24.15
   12312   Registered Nurse II                            29.54
   12313 - Registered Nurse II Specialist                 29.54
   12314 - Registered Nurse III                           35.75
   12315 - Registered Nurse III Anesthetist               35.75
   12316   Registered Nurse IV                            42.84
   12317 - Scheduler (Drug and Alcohol Testing)           24.02
   12320 - Substance Abuse Treatment Counselor            21.94
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                          19.60
   13012 - Exhibits Specialist II                         24.33
   13013 - Exhibits Specialist III                        29.76
   13041 - Illustrator I                                  19.78
   13042   Illustrator II                                 24.52
   13043 - Illustrator III                                29.99
   13047 - Librarian                                      29.19
   13050 - Library Aide/Clerk                             11.59***
   13054   Library Information Technology Systems          24.84
   Administrator
   13058 - Library Technician                             18.05
   13061 - Media Specialist I                             17.91
   13062   Media Specialist II                            20.02
   13063 - Media Specialist III                           22.33
   13071 - Photographer I                                 15.60
   13072 - Photographer II                                18.10
   13073   Photographer III                               26.06
   13074 - Photographer IV                                27.75
   13075 - Photographer V                                 33.59
   13090 - Technical Order Library Clerk                  15.90
   13110   Video Teleconference Technician                19.00
14000 - Information Technology Occupations
   14041 - Computer Operator I                            17.11
   14042 - Computer Operator II                           19.14
   14043   Computer Operator III                          21.35
   14044 - Computer Operator IV                           23.71
   14045 - Computer Operator V                            26.27
```

```
14071 - Computer Programmer I                        (see 1)
14072 - Computer Programmer II                       (see 1)
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                      17.11
14160 - Personal Computer Support Technician               23.71
14170 - System Support Specialist                          28.03
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)    31.20
15020 - Aircrew Training Devices Instructor (Rated)        37.74
15030 - Air Crew Training Devices Instructor (Pilot)       45.23
15050 - Computer Based Training Specialist / Instructor    31.20
15060 - Educational Technologist                           33.00
15070 - Flight Instructor (Pilot)                          45.23
15080 - Graphic Artist                                     25.33
15085 - Maintenance Test Pilot Fixed Jet/Prop              42.91
15086 - Maintenance Test Pilot Rotary Wing                 42.91
15088 - Non-Maintenance Test/Co-Pilot                      42.91
15090 - Technical Instructor                               22.83
15095 - Technical Instructor/Course Developer              27.93
15110 - Test Proctor                                       18.43
15120 - Tutor                                              18.43
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                       10.58***
16030 - Counter Attendant                               10.58***
16040 - Dry Cleaner                                     13.17***
16070 - Finisher Flatwork Machine                       10.58***
16090 - Presser Hand                                    10.58***
16110 - Presser Machine Drycleaning                     10.58***
16130 - Presser Machine Shirts                          10.58***
16160 - Presser Machine Wearing Apparel Laundry         10.58***
16190 - Sewing Machine Operator                         14.09***
16220 - Tailor                                             15.02
16250 - Washer Machine                                  11.28***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                  19.05
19040 - Tool And Die Maker                                 22.84
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                  18.58
21030 - Material Coordinator                               23.44
21040 - Material Expediter                                 23.44
21050 - Material Handling Laborer                        14.49***
21071 - Order Filler                                       15.47
21080 - Production Line Worker (Food Processing)           18.58
21110 - Shipping Packer                                    16.12
21130 - Shipping/Receiving Clerk                           16.12
21140 - Store Worker I                                   14.10***
21150 - Stock Clerk                                        18.60
21210 - Tools And Parts Attendant                          18.58
21410 - Warehouse Specialist                               18.58
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                        24.66
23019 - Aircraft Logs and Records Technician               20.26
23021 - Aircraft Mechanic I                                23.54
23022 - Aircraft Mechanic II                               24.66
23023 - Aircraft Mechanic III                              25.77
23040 - Aircraft Mechanic Helper                           18.34
23050 - Aircraft Painter                                   22.45
23060 - Aircraft Servicer                                  20.26
23070 - Aircraft Survival Flight Equipment Technician      22.45
23080 - Aircraft Worker                                    21.16
23091 - Aircrew Life Support Equipment (ALSE) Mechanic     21.16
```

```
          I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic        23.54
          II
   23110 - Appliance Mechanic                                    22.45
   23120 - Bicycle Repairer                                      18.53
   23125 - Cable Splicer                                         34.38
   23130 - Carpenter Maintenance                                 21.04
   23140 - Carpet Layer                                          19.90
   23160 - Electrician Maintenance                               23.77
   23181 - Electronics Technician Maintenance I                  30.02
   23182 - Electronics Technician Maintenance II                 31.85
   23183 - Electronics Technician Maintenance III                33.39
   23260 - Fabric Worker                                         19.87
   23290 - Fire Alarm System Mechanic                            23.54
   23310 - Fire Extinguisher Repairer                            18.53
   23311 - Fuel Distribution System Mechanic                     29.57
   23312 - Fuel Distribution System Operator                     22.96
   23370 - General Maintenance Worker                            20.64
   23380 - Ground Support Equipment Mechanic                     23.54
   23381 - Ground Support Equipment Servicer                     20.26
   23382 - Ground Support Equipment Worker                       21.16
   23391 - Gunsmith I                                            18.53
   23392 - Gunsmith II                                           21.16
   23393 - Gunsmith III                                          23.54
   23410 - Heating Ventilation And Air-Conditioning              23.06
          Mechanic
   23411 - Heating Ventilation And Air Contidioning              24.16
          Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                              25.78
   23440 - Heavy Equipment Operator                              21.42
   23460 - Instrument Mechanic                                   23.78
   23465 - Laboratory/Shelter Mechanic                           22.45
   23470 - Laborer                                               14.49***
   23510 - Locksmith                                             22.45
   23530 - Machinery Maintenance Mechanic                        26.59
   23550 - Machinist Maintenance                                 19.94
   23580 - Maintenance Trades Helper                             19.73
   23591 - Metrology Technician I                                23.78
   23592 - Metrology Technician II                               24.77
   23593 - Metrology Technician III                              25.80
   23640 - Millwright                                            28.80
   23710 - Office Appliance Repairer                             22.45
   23760 - Painter Maintenance                                   19.75
   23790 - Pipefitter Maintenance                                27.72
   23810 - Plumber Maintenance                                   24.81
   23820 - Pneudraulic Systems Mechanic                          23.54
   23850 - Rigger                                                25.11
   23870 - Scale Mechanic                                        21.16
   23890 - Sheet-Metal Worker Maintenance                        24.56
   23910 - Small Engine Mechanic                                 17.17
   23931 - Telecommunications Mechanic I                         25.47
   23932 - Telecommunications Mechanic II                        26.69
   23950 - Telephone Lineman                                     23.52
   23960 - Welder Combination Maintenance                        19.19
   23965 - Well Driller                                          23.54
   23970 - Woodcraft Worker                                      23.54
   23980 - Woodworker                                            18.53
 24000 - Personal Needs Occupations
   24550 - Case Manager                                          16.83
   24570 - Child Care Attendant                                  12.72***
   24580 - Child Care Center Clerk                               15.85
   24610 - Chore Aide                                            11.24***
   24620 - Family Readiness And Support Services                 16.83
          Coordinator
   24630 - Homemaker                                             16.83
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          23.54
    25040 - Sewage Plant Operator                                 22.40
    25070 - Stationary Engineer                                   23.54
    25190 - Ventilation Equipment Tender                          17.20
    25210 - Water Treatment Plant Operator                        22.40
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                         20.09
    27007 - Baggage Inspector                                     16.17
    27008 - Corrections Officer                                   22.37
    27010 - Court Security Officer                                22.95
    27030 - Detection Dog Handler                                 18.09
    27040 - Detention Officer                                     22.37
    27070 - Firefighter                                           22.50
    27101 - Guard I                                               16.17
    27102 - Guard II                                              18.09
    27131 - Police Officer I                                      24.41
    27132 - Police Officer II                                     27.12
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                        12.72***
    28042 - Carnival Equipment Repairer                        13.73***
    28043 - Carnival Worker                                     9.81***
    28210 - Gate Attendant/Gate Tender                         14.63***
    28310 - Lifeguard                                          10.82***
    28350 - Park Attendant (Aide)                                 16.36
    28510 - Recreation Aide/Health Facility Attendant         11.94***
    28515 - Recreation Specialist                                20.27
    28630 - Sports Official                                    13.03***
    28690 - Swimming Pool Operator                               17.08
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   29.46
    29020 - Hatch Tender                                         29.46
    29030 - Line Handler                                         29.46
    29041 - Stevedore I                                          27.60
    29042 - Stevedore II                                         31.25
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)    (see 2)    41.70
    30011 - Air Traffic Control Specialist Station (HFO)   (see 2)    28.75
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    31.67
    30021 - Archeological Technician I                           17.11
    30022 - Archeological Technician II                          19.14
    30023 - Archeological Technician III                         23.71
    30030 - Cartographic Technician                              23.71
    30040 - Civil Engineering Technician                         23.79
    30051 - Cryogenic Technician I                               26.26
    30052 - Cryogenic Technician II                              29.00
    30061 - Drafter/CAD Operator I                               17.11
    30062 - Drafter/CAD Operator II                              19.14
    30063 - Drafter/CAD Operator III                             21.33
    30064 - Drafter/CAD Operator IV                              26.26
    30081 - Engineering Technician I                             15.81
    30082 - Engineering Technician II                            17.74
    30083 - Engineering Technician III                           19.84
    30084 - Engineering Technician IV                            24.59
    30085 - Engineering Technician V                             30.08
    30086 - Engineering Technician VI                            36.39
    30090 - Environmental Technician                             21.79
    30095 - Evidence Control Specialist                          23.71
    30210 - Laboratory Technician                                25.16
    30221 - Latent Fingerprint Technician I                      26.26
    30222 - Latent Fingerprint Technician II                     29.00
    30240 - Mathematical Technician                              23.71
    30361 - Paralegal/Legal Assistant I                          19.24
    30362 - Paralegal/Legal Assistant II                         23.84
    30363 - Paralegal/Legal Assistant III                        29.16
```

```
30364 - Paralegal/Legal Assistant IV                          35.28
30375 - Petroleum Supply Specialist                           29.00
30390 - Photo-Optics Technician                               23.71
30395 - Radiation Control Technician                          29.00
30461 - Technical Writer I                                    23.71
30462 - Technical Writer II                                   29.00
30463 - Technical Writer III                                  35.09
30491 - Unexploded Ordnance (UXO) Technician I                26.50
30492 - Unexploded Ordnance (UXO) Technician II               32.06
30493 - Unexploded Ordnance (UXO) Technician III              38.43
30494 - Unexploded (UXO) Safety Escort                        26.50
30495 - Unexploded (UXO) Sweep Personnel                      26.50
30501 - Weather Forecaster I                                  26.26
30502 - Weather Forecaster II                                 31.94
30620 - Weather Observer Combined Upper Air Or     (see 2)    21.33
Surface Programs
30621 - Weather Observer Senior                    (see 2)    23.71
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        32.06
31020 - Bus Aide                                              15.90
31030 - Bus Driver                                            22.08
31043 - Driver Courier                                        17.01
31260 - Parking and Lot Attendant                          14.50***
31290 - Shuttle Bus Driver                                    19.36
31310 - Taxi Driver                                         13.13***
31361 - Truckdriver Light                                     19.36
31362 - Truckdriver Medium                                    19.70
31363 - Truckdriver Heavy                                     25.13
31364 - Truckdriver Tractor-Trailer                           25.13
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               15.63
99030 - Cashier                                             9.83***
99050 - Desk Clerk                                         11.10***
99095 - Embalmer                                              32.32
99130 - Flight Follower                                       26.50
99251 - Laboratory Animal Caretaker I                      11.12***
99252 - Laboratory Animal Caretaker II                     11.98***
99260 - Marketing Analyst                                     26.46
99310 - Mortician                                             32.32
99410 - Pest Controller                                       23.37
99510 - Photofinishing Worker                              14.34***
99710 - Recycling Laborer                                     20.12
99711 - Recycling Specialist                                  23.78
99730 - Refuse Collector                                      18.34
99810 - Sales Clerk                                        12.08***
99820 - School Crossing Guard                                 15.57
99830 - Survey Party Chief                                    22.82
99831 - Surveying Aide                                     13.55***
99832 - Surveying Technician                                  20.74
99840 - Vending Machine Attendant                          13.70***
99841 - Vending Machine Repairer                              16.39
99842 - Vending Machine Repairer Helper                    13.70***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.


Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
           "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor           |      WAGE AND HOUR DIVISION
                                                   |       WASHINGTON D.C.  20210
                                                   |
                                                   |
                                                   |
                                                   | Wage Determination No.: 2015-4753
  Daniel W. Simms          Division of             |       Revision No.: 20
  Director            Wage Determinations          | Date Of Last Revision: 03/15/2022
                                                   |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
 _____
|If the contract is entered into on or |With certain exceptions Executive Order  |
|after January 30 2022 or the          |14026 applies to the contract.           |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent     |
|                                      |performing on the contract in 2022.      |
|_____|_____|
|If the contract was awarded on or     |With certain exceptions Executive Order  |
|between January 1 2015 and January 29 |13658 applies to the contract.           |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent     |
|                                      |performing on the contract in 2022.      |
|_____|_____|
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.
_____

State: Ohio

Area: Ohio Counties of Crawford Holmes Knox Marion
_____

       **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                           FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                        15.21
  01012 - Accounting Clerk II                                       17.08
  01013   Accounting Clerk III                                      19.10
  01020 - Administrative Assistant                                  24.09
  01035 - Court Reporter                                            17.96
  01041 - Customer Service Representative I                         13.07***
  01042   Customer Service Representative II                        14.69***
  01043 - Customer Service Representative III                       16.03
  01051 - Data Entry Operator I                                     13.68***
  01052 - Data Entry Operator II                                    14.99***
  01060   Dispatcher Motor Vehicle                                  20.79
  01070 - Document Preparation Clerk                                13.01***
  01090 - Duplicating Machine Operator                             13.01***
  01111 - General Clerk I                                           13.43***
  01112   General Clerk II                                          14.66***
  01113 - General Clerk III                                         16.77
```

```
01120 - Housing Referral Assistant                        21.46
01141 - Messenger Courier                                 12.68***
01191   Order Clerk I                                     13.95***
01192 - Order Clerk II                                    15.22
01261 - Personnel Assistant (Employment) I                17.06
01262 - Personnel Assistant (Employment) II               19.09
01263   Personnel Assistant (Employment) III              21.27
01270 - Production Control Clerk                           24.48
01290 - Rental Clerk                                       15.39
01300 - Scheduler Maintenance                             17.20
01311   Secretary I                                       17.20
01312 - Secretary II                                      19.24
01313 - Secretary III                                     21.46
01320 - Service Order Dispatcher                          18.59
01410   Supply Technician                                 24.09
01420 - Survey Worker                                     16.70
01460 - Switchboard Operator/Receptionist                 12.96***
01531 - Travel Clerk I                                    14.40***
01532   Travel Clerk II                                   15.35
01533 - Travel Clerk III                                  16.38
01611 - Word Processor I                                  13.88***
01612   Word Processor II                                 15.59
01613   Word Processor III                                17.96
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               21.84
05010 - Automotive  Electrician                           19.56
05040   Automotive Glass Installer                        18.71
05070 - Automotive Worker                                 19.26
05110 - Mobile Equipment Servicer                         17.02
05130 - Motor Equipment Metal Mechanic                    22.25
05160   Motor Equipment Metal Worker                      18.89
05190 - Motor Vehicle Mechanic                            20.39
05220 - Motor Vehicle Mechanic Helper                     16.18
05250 - Motor Vehicle Upholstery Worker                   18.39
05280   Motor Vehicle Wrecker                             19.26
05310 - Painter Automotive                                20.38
05340 - Radiator Repair Specialist                        19.26
05370 - Tire Repairer                                     15.13
05400   Transmission Repair Specialist                    20.39
07000 - Food Preparation And Service Occupations
07010 - Baker                                             13.47***
07041 - Cook I                                            13.01***
07042   Cook II                                           14.81***
07070 - Dishwasher                                         9.44***
07130 - Food Service Worker                                9.76***
07210 - Meat Cutter                                       17.19
07260   Waiter/Waitress                                    9.48***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       17.32
09040 - Furniture Handler                                 11.93***
09080   Furniture Refinisher                              16.32
09090 - Furniture Refinisher Helper                       13.49***
09110 - Furniture Repairer Minor                          14.89***
09130 - Upholsterer                                       16.78
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  13.58***
11060 - Elevator Operator                                 13.31***
11090 - Gardener                                          17.90
11122   Housekeeping Aide                                 13.31***
11150 - Janitor                                           13.31***
11210 - Laborer Grounds Maintenance                       14.10***
11240 - Maid or Houseman                                  10.51***
11260   Pruner                                            12.82***
11270 - Tractor Operator                                  16.65
11330 - Trail Maintenance Worker                          14.10***
```

```
11360 - Window Cleaner                                  14.63***
12000 - Health Occupations
  12010   Ambulance Driver                              18.25
  12011 - Breath Alcohol Technician                     18.97
  12012 - Certified Occupational Therapist Assistant    28.36
  12015 - Certified Physical Therapist Assistant        27.78
  12020   Dental Assistant                              19.96
  12025 - Dental Hygienist                              36.62
  12030 - EKG Technician                                28.58
  12035 - Electroneurodiagnostic Technologist           28.58
  12040   Emergency Medical Technician                  18.25
  12071 - Licensed Practical Nurse I                    16.96
  12072 - Licensed Practical Nurse II                   18.97
  12073 - Licensed Practical Nurse III                  21.14
  12100   Medical Assistant                             15.22
  12130 - Medical Laboratory Technician                 27.01
  12160 - Medical Record Clerk                          15.70
  12190 - Medical Record Technician                     18.48
  12195   Medical Transcriptionist                      18.26
  12210 - Nuclear Medicine Technologist                 35.13
  12221 - Nursing Assistant I                           12.68***
  12222 - Nursing Assistant II                          14.25***
  12223   Nursing Assistant III                         15.55
  12224 - Nursing Assistant IV                          17.47
  12235 - Optical Dispenser                             18.52
  12236 - Optical Technician                            16.96
  12250   Pharmacy Technician                           16.49
  12280 - Phlebotomist                                  15.87
  12305 - Radiologic Technologist                       26.74
  12311 - Registered Nurse I                            24.93
  12312   Registered Nurse II                           30.49
  12313 - Registered Nurse II Specialist                30.49
  12314 - Registered Nurse III                          36.90
  12315 - Registered Nurse III Anesthetist              36.90
  12316   Registered Nurse IV                           44.22
  12317 - Scheduler (Drug and Alcohol Testing)          23.50
  12320 - Substance Abuse Treatment Counselor           24.33
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                         19.60
  13012 - Exhibits Specialist II                        24.33
  13013 - Exhibits Specialist III                       29.76
  13041 - Illustrator I                                 19.78
  13042   Illustrator II                                24.52
  13043 - Illustrator III                               29.99
  13047 - Librarian                                     29.19
  13050 - Library Aide/Clerk                            11.59***
  13054   Library Information Technology Systems         24.84
  Administrator
  13058 - Library Technician                            18.05
  13061 - Media Specialist I                            17.91
  13062   Media Specialist II                           20.02
  13063   Media Specialist III                          22.33
  13071 - Photographer I                                15.90
  13072 - Photographer II                               18.10
  13073   Photographer III                              26.06
  13074 - Photographer IV                               27.75
  13075 - Photographer V                                33.59
  13090 - Technical Order Library Clerk                 15.90
  13110   Video Teleconference Technician               19.00
14000 - Information Technology Occupations
  14041 - Computer Operator I                           17.11
  14042 - Computer Operator II                          19.14
  14043   Computer Operator III                         21.35
  14044 - Computer Operator IV                          23.71
  14045 - Computer Operator V                           26.27
```

```
14071 - Computer Programmer I                        (see 1)
14072 - Computer Programmer II                       (see 1)
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                         17.11
14160 - Personal Computer Support Technician                  23.71
14170 - System Support Specialist                             25.06
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)     31.20
  15020 - Aircrew Training Devices Instructor (Rated)         37.74
  15030 - Air Crew Training Devices Instructor (Pilot)        45.23
  15050 - Computer Based Training Specialist / Instructor     31.20
  15060 - Educational Technologist                            31.76
  15070 - Flight Instructor (Pilot)                           45.23
  15080 - Graphic Artist                                      25.33
  15085 - Maintenance Test Pilot Fixed Jet/Prop               42.34
  15086 - Maintenance Test Pilot Rotary Wing                  42.34
  15088 - Non-Maintenance Test/Co-Pilot                       42.34
  15090 - Technical Instructor                                21.28
  15095 - Technical Instructor/Course Developer               26.03
  15110 - Test Proctor                                        17.17
  15120 - Tutor                                               17.17
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                        10.58***
  16030 - Counter Attendant                                10.58***
  16040 - Dry Cleaner                                      13.17***
  16070 - Finisher Flatwork Machine                        10.58***
  16090 - Presser Hand                                     10.58***
  16110 - Presser Machine Drycleaning                      10.58***
  16130 - Presser Machine Shirts                           10.58***
  16160 - Presser Machine Wearing Apparel Laundry          10.58***
  16190 - Sewing Machine Operator                          14.09***
  16220 - Tailor                                              15.02
  16250 - Washer Machine                                   11.28***
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                   19.84
  19040 - Tool And Die Maker                                  23.39
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                   18.59
  21030 - Material Coordinator                                24.48
  21040 - Material Expediter                                  24.48
  21050 - Material Handling Laborer                        14.95***
  21071 - Order Filler                                        15.47
  21080 - Production Line Worker (Food Processing)            18.59
  21110 - Shipping Packer                                     17.07
  21130 - Shipping/Receiving Clerk                            17.07
  21140 - Store Worker I                                   14.97***
  21150 - Stock Clerk                                         19.91
  21210 - Tools And Parts Attendant                          18.59
  21410 - Warehouse Specialist                               18.59
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                         24.09
  23019 - Aircraft Logs and Records Technician               20.26
  23021 - Aircraft Mechanic I                                 23.13
  23022 - Aircraft Mechanic II                                24.09
  23023 - Aircraft Mechanic III                               25.10
  23040 - Aircraft Mechanic Helper                            18.34
  23050 - Aircraft Painter                                    21.34
  23060 - Aircraft Servicer                                   20.26
  23070 - Aircraft Survival Flight Equipment Technician       21.34
  23080 - Aircraft Worker                                     20.76
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic      20.76
```

```
     I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic          23.13
     II
  23110 - Appliance Mechanic                                      23.55
  23120 - Bicycle Repairer                                        18.26
  23125 - Cable Splicer                                           37.15
  23130 - Carpenter Maintenance                                   21.47
  23140 - Carpet Layer                                            21.92
  23160 - Electrician Maintenance                                 25.81
  23181 - Electronics Technician Maintenance I                    26.95
  23182 - Electronics Technician Maintenance II                   28.48
  23183 - Electronics Technician Maintenance III                  29.91
  23260 - Fabric Worker                                           20.89
  23290 - Fire Alarm System Mechanic                              20.07
  23310 - Fire Extinguisher Repairer                              19.57
  23311 - Fuel Distribution System Mechanic                       32.53
  23312 - Fuel Distribution System Operator                       25.41
  23370 - General Maintenance Worker                              19.98
  23380 - Ground Support Equipment Mechanic                       23.13
  23381 - Ground Support Equipment Servicer                       20.26
  23382 - Ground Support Equipment Worker                         20.76
  23391 - Gunsmith I                                              19.57
  23392 - Gunsmith II                                             22.29
  23393 - Gunsmith III                                            24.73
  23410 - Heating Ventilation And Air-Conditioning                21.73
Mechanic
  23411 - Heating Ventilation And Air Contidioning                22.71
Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                                22.96
  23440 - Heavy Equipment Operator                                26.87
  23460 - Instrument Mechanic                                     24.73
  23465 - Laboratory/Shelter Mechanic                             23.55
  23470 - Laborer                                              14.95***
  23510 - Locksmith                                               21.21
  23530 - Machinery Maintenance Mechanic                          27.29
  23550 - Machinist Maintenance                                   19.03
  23580 - Maintenance Trades Helper                               17.32
  23591 - Metrology Technician I                                  24.73
  23592 - Metrology Technician II                                 25.88
  23593 - Metrology Technician III                                26.92
  23640 - Millwright                                              32.76
  23710 - Office Appliance Repairer                               19.23
  23760 - Painter Maintenance                                     20.74
  23790 - Pipefitter Maintenance                                  25.32
  23810 - Plumber Maintenance                                     22.98
  23820 - Pneudraulic Systems Mechanic                            24.73
  23850 - Rigger                                                  24.73
  23870 - Scale Mechanic                                          22.29
  23890 - Sheet-Metal Worker Maintenance                          22.33
  23910 - Small Engine Mechanic                                   15.61
  23931 - Telecommunications Mechanic I                           25.16
  23932 - Telecommunications Mechanic II                          26.21
  23950 - Telephone Lineman                                       25.52
  23960 - Welder Combination Maintenance                          20.70
  23965 - Well Driller                                            24.73
  23970 - Woodcraft Worker                                        24.73
  23980 - Woodworker                                              19.57
24000 - Personal Needs Occupations
  24550 - Case Manager                                            16.34
  24570 - Child Care Attendant                                 11.85***
  24580 - Child Care Center Clerk                              14.77***
  24610 - Chore Aide                                           11.61***
  24620 - Family Readiness And Support Services                   16.34
Coordinator
  24630 - Homemaker                                               16.34
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          26.21
    25040 - Sewage Plant Operator                                  23.71
    25070 - Stationary Engineer                                    26.21
    25190 - Ventilation Equipment Tender                           19.29
    25210 - Water Treatment Plant Operator                         23.71
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          19.36
    27007 - Baggage Inspector                                      16.98
    27008 - Corrections Officer                                    21.90
    27010 - Court Security Officer                                 22.95
    27030 - Detection Dog Handler                                  18.99
    27040 - Detention Officer                                      21.90
    27070 - Firefighter                                            22.50
    27101 - Guard I                                                16.98
    27102 - Guard II                                               18.99
    27131 - Police Officer I                                       24.41
    27132 - Police Officer II                                      27.12
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                            12.60***
    28042 - Carnival Equipment Repairer                            13.54***
    28043 - Carnival Worker                                         9.70***
    28210 - Gate Attendant/Gate Tender                             14.00***
    28310 - Lifeguard                                              10.82***
    28350 - Park Attendant (Aide)                                  15.66
    28510 - Recreation Aide/Health Facility Attendant             11.36***
    28515 - Recreation Specialist                                  18.94
    28630 - Sports Official                                        12.47***
    28690 - Swimming Pool Operator                                 17.08
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     22.34
    29020 - Hatch Tender                                           22.34
    29030 - Line Handler                                           22.34
    29041 - Stevedore I                                            20.45
    29042 - Stevedore II                                           23.43
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  41.70
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  28.75
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  31.67
    30021 - Archeological Technician I                             18.48
    30022 - Archeological Technician II                            20.68
    30023 - Archeological Technician III                           25.61
    30030 - Cartographic Technician                                25.61
    30040 - Civil Engineering Technician                           27.78
    30051 - Cryogenic Technician I                                 28.36
    30052 - Cryogenic Technician II                                31.32
    30061 - Drafter/CAD Operator I                                 18.48
    30062 - Drafter/CAD Operator II                                20.68
    30063 - Drafter/CAD Operator III                               23.04
    30064 - Drafter/CAD Operator IV                                28.36
    30081 - Engineering Technician I                               16.50
    30082 - Engineering Technician II                              18.53
    30083 - Engineering Technician III                             20.72
    30084 - Engineering Technician IV                              25.67
    30085 - Engineering Technician V                               31.40
    30086 - Engineering Technician VI                              38.00
    30090 - Environmental Technician                               22.32
    30095 - Evidence Control Specialist                            25.61
    30210 - Laboratory Technician                                  23.42
    30221 - Latent Fingerprint Technician I                        28.36
    30222 - Latent Fingerprint Technician II                       31.32
    30240 - Mathematical Technician                                28.17
    30361 - Paralegal/Legal Assistant I                            18.44
    30362 - Paralegal/Legal Assistant II                           22.84
    30363 - Paralegal/Legal Assistant III                          27.94
```

```
30364 - Paralegal/Legal Assistant IV                          33.80
30375 - Petroleum Supply Specialist                           31.32
30390 - Photo-Optics Technician                               23.15
30395 - Radiation Control Technician                          31.32
30461 - Technical Writer I                                    25.61
30462 - Technical Writer II                                   31.32
30463 - Technical Writer III                                  37.90
30491 - Unexploded Ordnance (UXO) Technician I                26.50
30492 - Unexploded Ordnance (UXO) Technician II               32.06
30493 - Unexploded Ordnance (UXO) Technician III              38.43
30494 - Unexploded (UXO) Safety Escort                        26.50
30495 - Unexploded (UXO) Sweep Personnel                      26.50
30501 - Weather Forecaster I                                  28.36
30502 - Weather Forecaster II                                 34.50
30620 - Weather Observer Combined Upper Air Or     (see 2)    23.04
Surface Programs
30621 - Weather Observer Senior             (see 2)           25.61
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        32.06
31020 - Bus Aide                                              15.20
31030 - Bus Driver                                            21.67
31043 - Driver Courier                                        17.01
31260 - Parking and Lot Attendant                             12.56***
31290 - Shuttle Bus Driver                                    19.36
31310 - Taxi Driver                                           11.67***
31361 - Truckdriver Light                                     19.36
31362 - Truckdriver Medium                                    19.70
31363 - Truckdriver Heavy                                     22.08
31364 - Truckdriver Tractor-Trailer                           22.08
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               15.63
99030 - Cashier                                               10.87***
99050 - Desk Clerk                                            10.30***
99095 - Embalmer                                              28.80
99130 - Flight Follower                                       26.50
99251 - Laboratory Animal Caretaker I                         13.98***
99252 - Laboratory Animal Caretaker II                        15.03
99260 - Marketing Analyst                                     26.54
99310 - Mortician                                             28.92
99410 - Pest Controller                                       17.09
99510 - Photofinishing Worker                                 14.34***
99710 - Recycling Laborer                                     20.57
99711 - Recycling Specialist                                  24.31
99730 - Refuse Collector                                      18.72
99810 - Sales Clerk                                           12.70***
99820 - School Crossing Guard                                 12.88***
99830 - Survey Party Chief                                    22.15
99831 - Surveying Aide                                        13.15***
99832 - Surveying Technician                                  20.13
99840 - Vending Machine Attendant                             16.28
99841 - Vending Machine Repairer                              19.20
99842 - Vending Machine Repairer Helper                       16.28
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 25 years.
  Length of service includes the whole span of continuous service with the present
contractor or successor wherever employed and with the predecessor contractors in
the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
               "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
                THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
     By direction of the Secretary of Labor  |          WAGE AND HOUR DIVISION
                                              |          WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4727
     Daniel W. Simms         Division of      |       Revision No.: 16
     Director          Wage Determinations|   Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
|                                       |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Cuyahoga Geauga Lake Lorain Medina

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                        16.27
   01012 - Accounting Clerk II                                       18.28
   01013   Accounting Clerk III                                      20.44
   01020 - Administrative Assistant                                  29.01
   01035 - Court Reporter                                            20.56
   01041 - Customer Service Representative I                      14.77***
   01042   Customer Service Representative II                       16.12
   01043 - Customer Service Representative III                      18.11
   01051 - Data Entry Operator I                                 14.60***
   01052 - Data Entry Operator II                                   15.94
   01060   Dispatcher Motor Vehicle                                 21.95
   01070 - Document Preparation Clerk                               15.95
   01090 - Duplicating Machine Operator                            15.95
   01111 - General Clerk I                                       14.36***
   01112   General Clerk II                                         15.67
   01113 - General Clerk III                                        17.60
```

```
01120 - Housing Referral Assistant                         20.67
01141 - Messenger Courier                                  14.33***
01191   Order Clerk I                                      15.95
01192 - Order Clerk II                                     17.41
01261 - Personnel Assistant (Employment) I                 17.27
01262 - Personnel Assistant (Employment) II                19.31
01263   Personnel Assistant (Employment) III               21.52
01270 - Production Control Clerk                            24.28
01290 - Rental Clerk                                        15.48
01300 - Scheduler Maintenance                              16.58
01311   Secretary I                                         16.58
01312 - Secretary II                                        18.54
01313 - Secretary III                                       20.67
01320 - Service Order Dispatcher                            19.63
01410   Supply Technician                                   29.01
01420 - Survey Worker                                       16.28
01460 - Switchboard Operator/Receptionist                  14.23***
01531 - Travel Clerk I                                      16.26
01532   Travel Clerk II                                     17.34
01533 - Travel Clerk III                                    18.48
01611   Word Processor I                                    15.22
01612 - Word Processor II                                   17.08
01613   Word Processor III                                  19.11
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                20.43
05010 - Automotive  Electrician                             20.14
05040   Automotive Glass Installer                          19.22
05070 - Automotive Worker                                   19.22
05110 - Mobile Equipment Servicer                           17.27
05130 - Motor Equipment Metal Mechanic                      21.09
05160   Motor Equipment Metal Worker                        19.22
05190 - Motor Vehicle Mechanic                              21.09
05220 - Motor Vehicle Mechanic Helper                       16.50
05250 - Motor Vehicle Upholstery Worker                     18.14
05280   Motor Vehicle Wrecker                               19.22
05310 - Painter Automotive                                  20.14
05340 - Radiator Repair Specialist                          19.22
05370 - Tire Repairer                                       15.89
05400   Transmission Repair Specialist                      21.09
07000 - Food Preparation And Service Occupations
07010 - Baker                                              12.78***
07041 - Cook I                                             14.37***
07042   Cook II                                            16.19
07070 - Dishwasher                                         10.21***
07130 - Food Service Worker                                12.00***
07210 - Meat Cutter                                        19.09
07260   Waiter/Waitress                                     9.94***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        20.60
09040 - Furniture Handler                                  13.89***
09080   Furniture Refinisher                                20.60
09090 - Furniture Refinisher Helper                         15.71
09110 - Furniture Repairer Minor                            17.22
09130 - Upholsterer                                         20.65
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   12.91***
11060 - Elevator Operator                                  12.91***
11090 - Gardener                                            19.16
11122   Housekeeping Aide                                  13.47***
11150 - Janitor                                            13.47***
11210 - Laborer Grounds Maintenance                         15.28
11240 - Maid or Houseman                                   11.51***
11260   Pruner                                             14.01***
11270 - Tractor Operator                                    17.91
11330 - Trail Maintenance Worker                            15.28
```

```
    11360 - Window Cleaner                                          14.69***
12000 - Health Occupations
    12010   Ambulance Driver                                        19.29
    12011 - Breath Alcohol Technician                               21.06
    12012 - Certified Occupational Therapist Assistant              29.96
    12015 - Certified Physical Therapist Assistant                  29.84
    12020   Dental Assistant                                        19.14
    12025 - Dental Hygienist                                        33.67
    12030 - EKG Technician                                          28.11
    12035 - Electroneurodiagnostic Technologist                     28.11
    12040   Emergency Medical Technician                            19.29
    12071 - Licensed Practical Nurse I                              18.83
    12072 - Licensed Practical Nurse II                             21.06
    12073 - Licensed Practical Nurse III                            23.47
    12100   Medical Assistant                                       17.62
    12130 - Medical Laboratory Technician                           28.14
    12160 - Medical Record Clerk                                    21.38
    12190 - Medical Record Technician                               23.91
    12195   Medical Transcriptionist                                20.87
    12210 - Nuclear Medicine Technologist                           37.66
    12221 - Nursing Assistant I                                     11.83***
    12222 - Nursing Assistant II                                    13.30***
    12223   Nursing Assistant III                                   14.51***
    12224 - Nursing Assistant IV                                    16.30
    12235 - Optical Dispenser                                       22.28
    12236 - Optical Technician                                      18.22
    12250   Pharmacy Technician                                     16.89
    12280 - Phlebotomist                                            17.93
    12305 - Radiologic Technologist                                 29.74
    12311 - Registered Nurse I                                      23.42
    12312   Registered Nurse II                                     28.65
    12313 - Registered Nurse II Specialist                          28.65
    12314 - Registered Nurse III                                    34.67
    12315 - Registered Nurse III Anesthetist                        34.67
    12316   Registered Nurse IV                                     41.55
    12317 - Scheduler (Drug and Alcohol Testing)                    26.09
    12320 - Substance Abuse Treatment Counselor                     23.07
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                                   21.28
    13012 - Exhibits Specialist II                                  26.36
    13013 - Exhibits Specialist III                                 32.24
    13041 - Illustrator I                                           21.08
    13042   Illustrator II                                          26.12
    13043 - Illustrator III                                         31.95
    13047 - Librarian                                               29.41
    13050 - Library Aide/Clerk                                      13.52***
    13054   Library Information Technology Systems                  24.42
    Administrator
    13058 - Library Technician                                      19.83
    13061 - Media Specialist I                                      17.87
    13062   Media Specialist II                                     20.00
    13063 - Media Specialist III                                    22.30
    13071 - Photographer I                                          18.04
    13072 - Photographer II                                         20.18
    13073   Photographer III                                        25.00
    13074 - Photographer IV                                         30.58
    13075 - Photographer V                                          37.01
    13090 - Technical Order Library Clerk                           16.98
    13110   Video Teleconference Technician                         23.18
14000 - Information Technology Occupations
    14041 - Computer Operator I                                     17.68
    14042 - Computer Operator II                                    19.78
    14043   Computer Operator III                                   22.04
    14044 - Computer Operator IV                                    24.90
    14045 - Computer Operator V                                     27.57
```

```
14071 - Computer Programmer I              (see 1)      22.57
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                   17.68
14160 - Personal Computer Support Technician            24.90
14170 - System Support Specialist                       29.00
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)      28.53
    15020 - Aircrew Training Devices Instructor (Rated)          35.35
    15030 - Air Crew Training Devices Instructor (Pilot)         41.38
    15050 - Computer Based Training Specialist / Instructor      30.23
    15060 - Educational Technologist                            35.57
    15070 - Flight Instructor (Pilot)                           41.38
    15080 - Graphic Artist                                      24.34
    15085 - Maintenance Test Pilot Fixed Jet/Prop               39.10
    15086 - Maintenance Test Pilot Rotary Wing                  39.10
    15088 - Non-Maintenance Test/Co-Pilot                       39.10
    15090 - Technical Instructor                                24.57
    15095 - Technical Instructor/Course Developer               30.06
    15110 - Test Proctor                                        19.84
    15120 - Tutor                                               19.84
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                        10.57***
    16030 - Counter Attendant                                10.57***
    16040 - Dry Cleaner                                      13.13***
    16070 - Finisher Flatwork Machine                        10.57***
    16090 - Presser Hand                                     10.57***
    16110 - Presser Machine Drycleaning                      10.57***
    16130 - Presser Machine Shirts                           10.57***
    16160 - Presser Machine Wearing Apparel Laundry          10.57***
    16190 - Sewing Machine Operator                          14.07***
    16220 - Tailor                                             15.00
    16250 - Washer Machine                                   11.26***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                  23.45
    19040 - Tool And Die Maker                                 27.31
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                  18.13
    21030 - Material Coordinator                               24.28
    21040 - Material Expediter                                 24.28
    21050 - Material Handling Laborer                        14.93***
    21071 - Order Filler                                     13.69***
    21080 - Production Line Worker (Food Processing)           18.13
    21110 - Shipping Packer                                    16.73
    21130 - Shipping/Receiving Clerk                           16.73
    21140 - Store Worker I                                     16.43
    21150 - Stock Clerk                                        21.54
    21210 - Tools And Parts Attendant                          18.13
    21410 - Warehouse Specialist                               18.13
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                        35.17
    23019 - Aircraft Logs and Records Technician               29.02
    23021 - Aircraft Mechanic I                                33.74
    23022 - Aircraft Mechanic II                               35.17
    23023 - Aircraft Mechanic III                              36.49
    23040 - Aircraft Mechanic Helper                           25.52
    23050 - Aircraft Painter                                   32.21
    23060 - Aircraft Servicer                                  29.02
    23070 - Aircraft Survival Flight Equipment Technician      32.21
    23080 - Aircraft Worker                                    30.75
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic     30.75
```

```
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          33.74
II
23110 - Appliance Mechanic                                      21.53
23120 - Bicycle Repairer                                        23.11
23125 - Cable Splicer                                           37.19
23130 - Carpenter Maintenance                                   26.83
23140 - Carpet Layer                                            25.85
23160 - Electrician Maintenance                                 30.50
23181 - Electronics Technician Maintenance I                    27.54
23182 - Electronics Technician Maintenance II                   28.85
23183 - Electronics Technician Maintenance III                  30.22
23260 - Fabric Worker                                           24.56
23290 - Fire Alarm System Mechanic                              24.52
23310 - Fire Extinguiser Repairer                               23.11
23311 - Fuel Distribution System Mechanic                       36.16
23312 - Fuel Distribution System Operator                       29.26
23370 - General Maintenance Worker                              19.81
23380 - Ground Support Equipment Mechanic                       33.74
23381 - Ground Support Equipment Servicer                       29.02
23382 - Ground Support Equipment Worker                         30.75
23391 - Gunsmith I                                              23.11
23392 - Gunsmith II                                             26.03
23393 - Gunsmith III                                            28.56
23410 - Heating Ventilation And Air-Conditioning                25.82
Mechanic
23411 - Heating Ventilation And Air Contidioning                26.91
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                29.20
23440 - Heavy Equipment Operator                                32.86
23460 - Instrument Mechanic                                     30.09
23465 - Laboratory/Shelter Mechanic                             27.26
23470 - Laborer                                              14.93***
23510 - Locksmith                                               20.60
23530 - Machinery Maintenance Mechanic                          26.87
23550 - Machinist Maintenance                                   21.77
23580 - Maintenance Trades Helper                               17.59
23591 - Metrology Technician I                                  30.09
23592 - Metrology Technician II                                 31.37
23593 - Metrology Technician III                                32.54
23640 - Millwright                                              33.74
23710 - Office Appliance Repairer                               21.04
23760 - Painter Maintenance                                     21.74
23790 - Pipefitter Maintenance                                  32.98
23810 - Plumber Maintenance                                     31.49
23820 - Pneudraulic Systems Mechanic                            28.56
23850 - Rigger                                                  28.56
23870 - Scale Mechanic                                          26.03
23890 - Sheet-Metal Worker Maintenance                          31.32
23910 - Small Engine Mechanic                                   20.81
23931 - Telecommunications Mechanic I                           27.63
23932 - Telecommunications Mechanic II                          28.81
23950 - Telephone Lineman                                       24.10
23960 - Welder Combination Maintenance                          19.81
23965 - Well Driller                                            28.56
23970 - Woodcraft Worker                                        28.56
23980 - Woodworker                                              23.11
24000 - Personal Needs Occupations
24550 - Case Manager                                            18.03
24570 - Child Care Attendant                                 12.25***
24580 - Child Care Center Clerk                                 15.29
24610 - Chore Aide                                           11.23***
24620 - Family Readiness And Support Services                   18.03
Coordinator
24630 - Homemaker                                               18.03
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                           30.98
    25040 - Sewage Plant Operator                                   26.41
    25070 - Stationary Engineer                                     30.98
    25190 - Ventilation Equipment Tender                            23.43
    25210 - Water Treatment Plant Operator                          26.41
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                           24.41
    27007 - Baggage Inspector                                    13.65***
    27008 - Corrections Officer                                     22.76
    27010 - Court Security Officer                                  25.30
    27030 - Detection Dog Handler                                   16.31
    27040 - Detention Officer                                       22.76
    27070 - Firefighter                                             27.86
    27101 - Guard I                                             13.65***
    27102 - Guard II                                                16.31
    27131 - Police Officer I                                        27.50
    27132 - Police Officer II                                       30.57
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                         12.39***
    28042 - Carnival Equipment Repairer                         13.25***
    28043 - Carnival Worker                                      9.69***
    28210 - Gate Attendant/Gate Tender                              16.44
    28310 - Lifeguard                                           11.34***
    28350 - Park Attendant (Aide)                                   18.38
    28510 - Recreation Aide/Health Facility Attendant           13.41***
    28515 - Recreation Specialist                                   22.77
    28630 - Sports Official                                      14.63***
    28690 - Swimming Pool Operator                                  18.62
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                      23.14
    29020 - Hatch Tender                                            23.14
    29030 - Line Handler                                            23.14
    29041 - Stevedore I                                             21.84
    29042 - Stevedore II                                            24.24
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)    41.98
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)    28.95
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   31.88
    30021 - Archeological Technician I                              18.50
    30022 - Archeological Technician II                             20.69
    30023 - Archeological Technician III                            25.63
    30030 - Cartographic Technician                                 25.63
    30040 - Civil Engineering Technician                            29.20
    30051 - Cryogenic Technician I                                  28.40
    30052 - Cryogenic Technician II                                 31.36
    30061 - Drafter/CAD Operator I                                  18.50
    30062 - Drafter/CAD Operator II                                 20.69
    30063 - Drafter/CAD Operator III                                23.07
    30064 - Drafter/CAD Operator IV                                 28.40
    30081 - Engineering Technician I                                16.70
    30082 - Engineering Technician II                               18.75
    30083 - Engineering Technician III                              20.98
    30084 - Engineering Technician IV                               25.99
    30085 - Engineering Technician V                                31.78
    30086 - Engineering Technician VI                               38.46
    30090 - Environmental Technician                                24.72
    30095 - Evidence Control Specialist                             25.63
    30210 - Laboratory Technician                                   25.09
    30221 - Latent Fingerprint Technician I                         26.95
    30222 - Latent Fingerprint Technician II                        29.77
    30240 - Mathematical Technician                                 30.64
    30361 - Paralegal/Legal Assistant I                             18.72
    30362 - Paralegal/Legal Assistant II                            23.34
    30363 - Paralegal/Legal Assistant III                           30.33
```

```
30364 - Paralegal/Legal Assistant IV                                 36.70
30375 - Petroleum Supply Specialist                                  31.36
30390 - Photo-Optics Technician                                      25.63
30395 - Radiation Control Technician                                 31.36
30461 - Technical Writer I                                           30.39
30462 - Technical Writer II                                          31.61
30463 - Technical Writer III                                         33.66
30491 - Unexploded Ordnance (UXO) Technician I                       26.68
30492 - Unexploded Ordnance (UXO) Technician II                      32.28
30493 - Unexploded Ordnance (UXO) Technician III                     38.69
30494 - Unexploded (UXO) Safety Escort                               26.68
30495 - Unexploded (UXO) Sweep Personnel                            26.68
30501 - Weather Forecaster I                                         28.40
30502 - Weather Forecaster II                                        34.54
30620 - Weather Observer Combined Upper Air Or      (see 2)          23.15
Surface Programs
30621 - Weather Observer Senior                     (see 2)          25.63
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                               32.28
31020 - Bus Aide                                                     18.39
31030 - Bus Driver                                                   24.52
31043 - Driver Courier                                               16.21
31260 - Parking and Lot Attendant                                 10.86***
31290 - Shuttle Bus Driver                                           16.42
31310 - Taxi Driver                                               12.67***
31361 - Truckdriver Light                                            17.34
31362 - Truckdriver Medium                                           19.05
31363 - Truckdriver Heavy                                            23.70
31364 - Truckdriver Tractor-Trailer                                  23.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                      15.74
99030 - Cashier                                                   11.18***
99050 - Desk Clerk                                                11.52***
99095 - Embalmer                                                     33.31
99130 - Flight Follower                                              26.68
99251 - Laboratory Animal Caretaker I                             13.40***
99252 - Laboratory Animal Caretaker II                            14.33***
99260 - Marketing Analyst                                            30.16
99310 - Mortician                                                    33.31
99410 - Pest Controller                                              17.63
99510 - Photofinishing Worker                                        16.37
99710 - Recycling Laborer                                            23.87
99711 - Recycling Specialist                                         27.97
99730 - Refuse Collector                                             21.88
99810 - Sales Clerk                                               12.24***
99820 - School Crossing Guard                                        15.26
99830 - Survey Party Chief                                           29.50
99831 - Surveying Aide                                               16.83
99832 - Surveying Technician                                         25.27
99840 - Vending Machine Attendant                                 13.42***
99841 - Vending Machine Repairer                                     15.94
99842 - Vending Machine Repairer Helper                           13.42***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
           "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
           THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor         |       WAGE AND HOUR DIVISION
                                                  |        WASHINGTON D.C.  20210
                                                  |
                                                  |
                                                  |
                                                  | Wage Determination No.: 2015-4741
   Daniel W. Simms        Division of             |       Revision No.: 16
   Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                  |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order |
|after January 30 2022 or the           |14026 applies to the contract.          |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
|                                       |                                        |
|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29  |13658 applies to the contract.          |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Fulton Lucas Wood

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                           FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                       15.12
  01012 - Accounting Clerk II                                      16.98
  01013   Accounting Clerk III                                     18.99
  01020 - Administrative Assistant                                 27.11
  01035 - Court Reporter                                           27.57
  01041 - Customer Service Representative I                        13.63***
  01042   Customer Service Representative II                       14.88***
  01043 - Customer Service Representative III                      16.71
  01051 - Data Entry Operator I                                    15.25
  01052 - Data Entry Operator II                                   16.64
  01060   Dispatcher Motor Vehicle                                 18.33
  01070 - Document Preparation Clerk                               16.22
  01090 - Duplicating Machine Operator                            16.22
  01111 - General Clerk I                                          13.66***
  01112   General Clerk II                                         14.91***
  01113 - General Clerk III                                        16.75
```

```
01120 - Housing Referral Assistant                    19.84
01141 - Messenger Courier                             13.85***
01191   Order Clerk I                                 13.68***
01192 - Order Clerk II                                14.93***
01261 - Personnel Assistant (Employment) I            16.54
01262 - Personnel Assistant (Employment) II           18.51
01263   Personnel Assistant (Employment) III          20.63
01270 - Production Control Clerk                       23.04
01290 - Rental Clerk                                   10.82***
01300 - Scheduler Maintenance                          15.92
01311   Secretary I                                    15.92
01312 - Secretary II                                   17.80
01313 - Secretary III                                  19.84
01320 - Service Order Dispatcher                       16.38
01410   Supply Technician                              27.11
01420 - Survey Worker                                  15.51
01460 - Switchboard Operator/Receptionist             14.13***
01531 - Travel Clerk I                                 15.16
01532   Travel Clerk II                                16.47
01533 - Travel Clerk III                               17.83
01611 - Word Processor I                               15.52
01612 - Word Processor II                              17.42
01613   Word Processor III                             19.49
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           19.15
05010 - Automotive  Electrician                        20.16
05040   Automotive Glass Installer                     19.49
05070 - Automotive Worker                              19.49
05110 - Mobile Equipment Servicer                      17.79
05130 - Motor Equipment Metal Mechanic                 21.21
05160   Motor Equipment Metal Worker                   19.75
05190 - Motor Vehicle Mechanic                         20.76
05220 - Motor Vehicle Mechanic Helper                  16.68
05250 - Motor Vehicle Upholstery Worker                19.09
05280   Motor Vehicle Wrecker                          20.36
05310 - Painter Automotive                             20.16
05340 - Radiator Repair Specialist                     19.75
05370 - Tire Repairer                                  17.79
05400   Transmission Repair Specialist                 21.07
07000 - Food Preparation And Service Occupations
07010 - Baker                                          11.70***
07041 - Cook I                                         13.87***
07042   Cook II                                        15.20
07070 - Dishwasher                                     10.25***
07130 - Food Service Worker                            11.20***
07210 - Meat Cutter                                    17.26
07260   Waiter/Waitress                                9.52***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                    19.45
09040 - Furniture Handler                              15.55
09080   Furniture Refinisher                           19.45
09090 - Furniture Refinisher Helper                    16.96
09110 - Furniture Repairer Minor                       18.18
09130 - Upholsterer                                    20.56
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                               11.95***
11060 - Elevator Operator                              12.91***
11090 - Gardener                                       18.16
11122   Housekeeping Aide                              12.91***
11150 - Janitor                                        12.91***
11210 - Laborer Grounds Maintenance                    14.77***
11240 - Maid or Houseman                               11.09***
11260   Pruner                                         13.63***
11270 - Tractor Operator                               17.03
11330 - Trail Maintenance Worker                       14.77***
```

```
    11360 - Window Cleaner                              13.99***
12000 - Health Occupations
    12010   Ambulance Driver                            16.98
    12011 - Breath Alcohol Technician                   20.25
    12012 - Certified Occupational Therapist Assistant  28.26
    12015 - Certified Physical Therapist Assistant      27.81
    12020   Dental Assistant                            17.66
    12025 - Dental Hygienist                            31.44
    12030 - EKG Technician                              28.32
    12035 - Electroneurodiagnostic Technologist         28.32
    12040   Emergency Medical Technician                16.98
    12071 - Licensed Practical Nurse I                  18.11
    12072 - Licensed Practical Nurse II                 20.25
    12073 - Licensed Practical Nurse III                22.57
    12100   Medical Assistant                           15.51
    12130 - Medical Laboratory Technician               27.03
    12160 - Medical Record Clerk                        18.37
    12190 - Medical Record Technician                   20.54
    12195   Medical Transcriptionist                    18.46
    12210 - Nuclear Medicine Technologist               34.68
    12221 - Nursing Assistant I                         11.65***
    12222 - Nursing Assistant II                        13.10***
    12223   Nursing Assistant III                       14.29***
    12224 - Nursing Assistant IV                        16.04
    12235 - Optical Dispenser                           21.47
    12236 - Optical Technician                          18.11
    12250   Pharmacy Technician                         14.88***
    12280 - Phlebotomist                                17.56
    12305 - Radiologic Technologist                     28.45
    12311 - Registered Nurse I                          21.83
    12312   Registered Nurse II                         26.70
    12313 - Registered Nurse II Specialist              26.70
    12314 - Registered Nurse III                        32.30
    12315 - Registered Nurse III Anesthetist            32.30
    12316   Registered Nurse IV                         38.71
    12317 - Scheduler (Drug and Alcohol Testing)        25.08
    12320 - Substance Abuse Treatment Counselor         22.09
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                       20.83
    13012 - Exhibits Specialist II                      25.80
    13013 - Exhibits Specialist III                     31.56
    13041 - Illustrator I                               20.83
    13042   Illustrator II                              25.80
    13043 - Illustrator III                             31.56
    13047 - Librarian                                   28.58
    13050 - Library Aide/Clerk                          15.13
    13054   Library Information Technology Systems
    Administrator                                       25.80
    13058 - Library Technician                          18.70
    13061 - Media Specialist I                          18.62
    13062   Media Specialist II                         20.83
    13063   Media Specialist III                        23.21
    13071 - Photographer I                              15.63
    13072 - Photographer II                             17.48
    13073   Photographer III                            22.08
    13074 - Photographer IV                             26.49
    13075 - Photographer V                              32.06
    13090 - Technical Order Library Clerk               19.04
    13110   Video Teleconference Technician             19.85
14000 - Information Technology Occupations
    14041 - Computer Operator I                         17.23
    14042 - Computer Operator II                        19.27
    14043   Computer Operator III                       21.67
    14044 - Computer Operator IV                        25.22
    14045 - Computer Operator V                         26.63
```

```
14071 - Computer Programmer I                           (see 1)        20.19
14072 - Computer Programmer II                          (see 1)        26.06
14073 - Computer Programmer III                         (see 1)
14074 - Computer Programmer IV                          (see 1)
14101 - Computer Systems Analyst I                      (see 1)
14102 - Computer Systems Analyst II                     (see 1)
14103 - Computer Systems Analyst III                    (see 1)
14150 - Peripheral Equipment Operator                                  17.23
14160 - Personal Computer Support Technician                           27.66
14170 - System Support Specialist                                      28.32
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)             30.49
   15020 - Aircrew Training Devices Instructor (Rated)                 36.90
   15030 - Air Crew Training Devices Instructor (Pilot)                44.22
   15050 - Computer Based Training Specialist / Instructor             30.49
   15060 - Educational Technologist                                    27.95
   15070 - Flight Instructor (Pilot)                                   44.22
   15080 - Graphic Artist                                              21.28
   15085 - Maintenance Test Pilot Fixed Jet/Prop                       44.22
   15086 - Maintenance Test Pilot Rotary Wing                          44.22
   15088 - Non-Maintenance Test/Co-Pilot                               44.22
   15090 - Technical Instructor                                        22.48
   15095 - Technical Instructor/Course Developer                       27.50
   15110 - Test Proctor                                                18.15
   15120 - Tutor                                                       18.15
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                                   11.37***
   16030 - Counter Attendant                                           11.37***
   16040 - Dry Cleaner                                                 14.94***
   16070 - Finisher Flatwork Machine                                   11.37***
   16090 - Presser Hand                                                11.37***
   16110 - Presser Machine Drycleaning                                 11.37***
   16130 - Presser Machine Shirts                                      11.37***
   16160 - Presser Machine Wearing Apparel Laundry                     11.37***
   16190 - Sewing Machine Operator                                     16.20
   16220 - Tailor                                                      17.42
   16250 - Washer Machine                                              12.60***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                           25.88
   19040 - Tool And Die Maker                                          29.71
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                           18.24
   21030 - Material Coordinator                                        23.04
   21040 - Material Expediter                                          23.04
   21050 - Material Handling Laborer                                   17.63
   21071 - Order Filler                                                13.13***
   21080 - Production Line Worker (Food Processing)                    18.24
   21110 - Shipping Packer                                             17.67
   21130 - Shipping/Receiving Clerk                                    17.67
   21140 - Store Worker I                                              18.74
   21150 - Stock Clerk                                                 23.83
   21210 - Tools And Parts Attendant                                   18.24
   21410 - Warehouse Specialist                                        18.24
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                                 35.20
   23019 - Aircraft Logs and Records Technician                        30.03
   23021 - Aircraft Mechanic I                                         34.07
   23022 - Aircraft Mechanic II                                        35.20
   23023 - Aircraft Mechanic III                                       36.55
   23040 - Aircraft Mechanic Helper                                    26.79
   23050 - Aircraft Painter                                            32.38
   23060 - Aircraft Servicer                                           30.03
   23070 - Aircraft Survival Flight Equipment Technician               32.38
   23080 - Aircraft Worker                                             31.31
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic              31.31
```

```
                    I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic            34.07
                    II
    23110 - Appliance Mechanic                                       22.65
    23120 - Bicycle Repairer                                         24.43
    23125 - Cable Splicer                                            37.65
    23130 - Carpenter Maintenance                                    27.21
    23140 - Carpet Layer                                             26.97
    23160 - Electrician Maintenance                                  34.90
    23181 - Electronics Technician Maintenance I                     33.29
    23182 - Electronics Technician Maintenance II                    34.43
    23183 - Electronics Technician Maintenance III                   36.23
    23260 - Fabric Worker                                            25.68
    23290 - Fire Alarm System Mechanic                               24.06
    23310 - Fire Extinguiser Repairer                                24.43
    23311 - Fuel Distribution System Mechanic                        36.24
    23312 - Fuel Distribution System Operator                        30.39
    23370 - General Maintenance Worker                               20.11
    23380 - Ground Support Equipment Mechanic                        34.07
    23381 - Ground Support Equipment Servicer                        30.03
    23382 - Ground Support Equipment Worker                          31.31
    23391 - Gunsmith I                                               24.43
    23392 - Gunsmith II                                              26.77
    23393 - Gunsmith III                                             29.13
    23410 - Heating Ventilation And Air-Conditioning                 25.73
Mechanic
    23411 - Heating Ventilation And Air Contidioning                 26.59
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                                 28.83
    23440 - Heavy Equipment Operator                                 32.11
    23460 - Instrument Mechanic                                      29.13
    23465 - Laboratory/Shelter Mechanic                             27.69
    23470 - Laborer                                                  18.30
    23510 - Locksmith                                                27.69
    23530 - Machinery Maintenance Mechanic                           30.09
    23550 - Machinist Maintenance                                    26.89
    23580 - Maintenance Trades Helper                                16.96
    23591 - Metrology Technician I                                   29.13
    23592 - Metrology Technician II                                  30.10
    23593 - Metrology Technician III                                 31.25
    23640 - Millwright                                               32.42
    23710 - Office Appliance Repairer                                21.65
    23760 - Painter Maintenance                                      22.17
    23790 - Pipefitter Maintenance                                   36.90
    23810 - Plumber Maintenance                                      34.58
    23820 - Pneudraulic Systems Mechanic                             29.13
    23850 - Rigger                                                   29.13
    23870 - Scale Mechanic                                           26.77
    23890 - Sheet-Metal Worker Maintenance                           34.50
    23910 - Small Engine Mechanic                                    18.81
    23931 - Telecommunications Mechanic I                            26.19
    23932 - Telecommunications Mechanic II                           27.06
    23950 - Telephone Lineman                                        24.18
    23960 - Welder Combination Maintenance                           20.01
    23965 - Well Driller                                             29.13
    23970 - Woodcraft Worker                                         29.13
    23980 - Woodworker                                               24.43
  24000 - Personal Needs Occupations
    24550 - Case Manager                                             18.23
    24570 - Child Care Attendant                                  11.46***
    24580 - Child Care Center Clerk                               14.28***
    24610 - Chore Aide                                            11.47***
    24620 - Family Readiness And Support Services                    18.23
Coordinator
    24630 - Homemaker                                                18.23
```

```
25000 - Plant And System Operations Occupations
  25010 - Boiler Tender                                            31.47
  25040 - Sewage Plant Operator                                    24.74
  25070 - Stationary Engineer                                      31.47
  25190 - Ventilation Equipment Tender                             24.75
  25210 - Water Treatment Plant Operator                           24.74
27000 - Protective Service Occupations
  27004 - Alarm Monitor                                            24.61
  27007 - Baggage Inspector                                     12.56***
  27008 - Corrections Officer                                      23.23
  27010 - Court Security Officer                                   25.44
  27030 - Detection Dog Handler                                    16.27
  27040 - Detention Officer                                        23.23
  27070 - Firefighter                                              27.65
  27101 - Guard I                                               12.56***
  27102 - Guard II                                                 16.27
  27131 - Police Officer I                                         28.13
  27132 - Police Officer II                                        31.26
28000 - Recreation Occupations
  28041 - Carnival Equipment Operator                           12.35***
  28042 - Carnival Equipment Repairer                           13.17***
  28043 - Carnival Worker                                       10.08***
  28210 - Gate Attendant/Gate Tender                               15.42
  28310 - Lifeguard                                             11.90***
  28350 - Park Attendant (Aide)                                    17.26
  28510 - Recreation Aide/Health Facility Attendant             12.58***
  28515 - Recreation Specialist                                    21.36
  28630 - Sports Official                                       13.74***
  28690 - Swimming Pool Operator                                   16.62
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                       24.65
  29020 - Hatch Tender                                             24.65
  29030 - Line Handler                                             24.65
  29041 - Stevedore I                                              23.64
  29042 - Stevedore II                                             25.66
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    40.29
  30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    27.78
  30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.59
  30021 - Archeological Technician I                               17.40
  30022 - Archeological Technician II                              19.46
  30023 - Archeological Technician III                             24.11
  30030 - Cartographic Technician                                  24.11
  30040 - Civil Engineering Technician                             26.38
  30051 - Cryogenic Technician I                                   26.70
  30052 - Cryogenic Technician II                                  29.49
  30061 - Drafter/CAD Operator I                                   17.40
  30062 - Drafter/CAD Operator II                                  19.46
  30063 - Drafter/CAD Operator III                                 21.69
  30064 - Drafter/CAD Operator IV                                  26.70
  30081 - Engineering Technician I                                 16.55
  30082 - Engineering Technician II                                18.58
  30083 - Engineering Technician III                               20.79
  30084 - Engineering Technician IV                                25.75
  30085 - Engineering Technician V                                 31.50
  30086 - Engineering Technician VI                                38.12
  30090 - Environmental Technician                                 19.26
  30095 - Evidence Control Specialist                              24.11
  30210 - Laboratory Technician                                    25.61
  30221 - Latent Fingerprint Technician I                          32.56
  30222 - Latent Fingerprint Technician II                         35.96
  30240 - Mathematical Technician                                  23.79
  30361 - Paralegal/Legal Assistant I                              20.21
  30362 - Paralegal/Legal Assistant II                             25.04
  30363 - Paralegal/Legal Assistant III                            30.63
```

```
       30364 - Paralegal/Legal Assistant IV                          37.06
       30375 - Petroleum Supply Specialist                           29.49
       30390 - Photo-Optics Technician                               24.11
       30395 - Radiation Control Technician                          29.49
       30461 - Technical Writer I                                    22.52
       30462 - Technical Writer II                                   27.53
       30463 - Technical Writer III                                  33.32
       30491 - Unexploded Ordnance (UXO) Technician I                25.60
       30492 - Unexploded Ordnance (UXO) Technician II               30.98
       30493 - Unexploded Ordnance (UXO) Technician III              37.13
       30494 - Unexploded (UXO) Safety Escort                        25.60
       30495 - Unexploded (UXO) Sweep Personnel                      25.60
       30501 - Weather Forecaster I                                  26.70
       30502 - Weather Forecaster II                                 32.48
       30620 - Weather Observer Combined Upper Air Or     (see 2)    21.69
Surface Programs
       30621 - Weather Observer Senior                   (see 2)     24.11
31000 - Transportation/Mobile Equipment Operation Occupations
       31010 - Airplane Pilot                                        30.98
       31020 - Bus Aide                                              16.94
       31030 - Bus Driver                                            22.02
       31043 - Driver Courier                                        16.09
       31260 - Parking and Lot Attendant                          11.20***
       31290 - Shuttle Bus Driver                                    15.60
       31310 - Taxi Driver                                         11.94***
       31361 - Truckdriver Light                                     17.16
       31362 - Truckdriver Medium                                    18.98
       31363 - Truckdriver Heavy                                     22.52
       31364 - Truckdriver Tractor-Trailer                           22.52
99000 - Miscellaneous Occupations
       99020 - Cabin Safety Specialist                               15.10
       99030 - Cashier                                             10.73***
       99050 - Desk Clerk                                          10.38***
       99095 - Embalmer                                              31.34
       99130 - Flight Follower                                       25.60
       99251 - Laboratory Animal Caretaker I                       13.75***
       99252 - Laboratory Animal Caretaker II                      14.66***
       99260 - Marketing Analyst                                    28.09
       99310 - Mortician                                            31.34
       99410 - Pest Controller                                      22.91
       99510 - Photofinishing Worker                              13.77***
       99710 - Recycling Laborer                                    21.23
       99711 - Recycling Specialist                                 24.48
       99730 - Refuse Collector                                     19.59
       99810 - Sales Clerk                                        13.36***
       99820 - School Crossing Guard                              14.29***
       99830 - Survey Party Chief                                   20.20
       99831 - Surveying Aide                                     13.72***
       99832 - Surveying Technician                                 19.73
       99840 - Vending Machine Attendant                            16.62
       99841 - Vending Machine Repairer                             19.41
       99842 - Vending Machine Repairer Helper                      16.62
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years 4 weeks after 15 years and 5 weeks after 25 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year: New Year's Day Martin Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

      (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

      (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

      (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

      (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
              "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
              THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor  |         WAGE AND HOUR DIVISION
                                           |          WASHINGTON D.C.  20210
                                           |
                                           |
                                           |
                                           | Wage Determination No.: 2015-4731
   Daniel W. Simms        Division of      |        Revision No.: 16
   Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                           |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
|                                       |                                         |
|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Greene Miami Montgomery

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                        16.20
   01012 - Accounting Clerk II                                       18.20
   01013   Accounting Clerk III                                      20.35
   01020 - Administrative Assistant                                  25.70
   01035 - Court Reporter                                            25.74
   01041 - Customer Service Representative I                       14.76***
   01042   Customer Service Representative II                        16.11
   01043 - Customer Service Representative III                       18.08
   01051 - Data Entry Operator I                                   14.14***
   01052 - Data Entry Operator II                                    15.43
   01060   Dispatcher Motor Vehicle                                  21.03
   01070 - Document Preparation Clerk                                16.93
   01090 - Duplicating Machine Operator                             16.93
   01111 - General Clerk I                                         13.93***
   01112   General Clerk II                                          15.20
   01113 - General Clerk III                                         17.07
```

```
01120 - Housing Referral Assistant                          20.69
01141 - Messenger Courier                                   14.97***
01191   Order Clerk I                                       17.67
01192 - Order Clerk II                                      19.28
01261 - Personnel Assistant (Employment) I                  17.25
01262 - Personnel Assistant (Employment) II                 19.29
01263   Personnel Assistant (Employment) III                21.52
01270 - Production Control Clerk                            22.53
01290 - Rental Clerk                                        14.69***
01300 - Scheduler Maintenance                               16.59
01311   Secretary I                                         16.59
01312 - Secretary II                                        18.57
01313 - Secretary III                                       20.69
01320 - Service Order Dispatcher                            18.80
01410   Supply Technician                                   25.70
01420 - Survey Worker                                       17.54
01460 - Switchboard Operator/Receptionist                   14.26***
01531 - Travel Clerk I                                      16.24
01532   Travel Clerk II                                     17.32
01533 - Travel Clerk III                                    18.37
01611 - Word Processor I                                    17.67
01612 - Word Processor II                                   19.84
01613   Word Processor III                                  22.19
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 20.88
05010 - Automotive  Electrician                             20.69
05040   Automotive Glass Installer                          19.88
05070 - Automotive Worker                                   19.88
05110 - Mobile Equipment Servicer                           18.30
05130 - Motor Equipment Metal Mechanic                      19.53
05160   Motor Equipment Metal Worker                        19.88
05190 - Motor Vehicle Mechanic                              18.60
05220 - Motor Vehicle Mechanic Helper                       17.51
05250 - Motor Vehicle Upholstery Worker                     19.10
05280   Motor Vehicle Wrecker                               19.88
05310 - Painter Automotive                                  20.69
05340 - Radiator Repair Specialist                          19.88
05370 - Tire Repairer                                       15.24
05400   Transmission Repair Specialist                      19.53
07000 - Food Preparation And Service Occupations
07010 - Baker                                               12.54***
07041 - Cook I                                              13.61***
07042   Cook II                                             15.17
07070 - Dishwasher                                          10.60***
07130 - Food Service Worker                                 11.15***
07210 - Meat Cutter                                         17.53
07260   Waiter/Waitress                                      9.92***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         20.32
09040 - Furniture Handler                                   14.26***
09080   Furniture Refinisher                                20.32
09090 - Furniture Refinisher Helper                         16.36
09110 - Furniture Repairer Minor                            18.46
09130 - Upholsterer                                         20.32
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    12.45***
11060 - Elevator Operator                                   14.76***
11090 - Gardener                                            17.64
11122   Housekeeping Aide                                   14.76***
11150 - Janitor                                             14.76***
11210 - Laborer Grounds Maintenance                         14.45***
11240 - Maid or Houseman                                    11.51***
11260   Pruner                                              13.74***
11270 - Tractor Operator                                    16.59
11330 - Trail Maintenance Worker                            14.45***
```

```
   11360 - Window Cleaner                                          15.54
12000 - Health Occupations
   12010   Ambulance Driver                                        16.51
   12011 - Breath Alcohol Technician                               20.17
   12012 - Certified Occupational Therapist Assistant             31.42
   12015 - Certified Physical Therapist Assistant                 32.87
   12020   Dental Assistant                                        20.59
   12025 - Dental Hygienist                                        33.98
   12030 - EKG Technician                                          30.76
   12035 - Electroneurodiagnostic Technologist                    30.76
   12040   Emergency Medical Technician                            16.51
   12071 - Licensed Practical Nurse I                              18.88
   12072 - Licensed Practical Nurse II                             21.13
   12073 - Licensed Practical Nurse III                            23.56
   12100   Medical Assistant                                       16.46
   12130 - Medical Laboratory Technician                           23.74
   12160 - Medical Record Clerk                                    18.34
   12190 - Medical Record Technician                               20.51
   12195   Medical Transcriptionist                                21.17
   12210 - Nuclear Medicine Technologist                           35.80
   12221 - Nursing Assistant I                                     11.92***
   12222 - Nursing Assistant II                                    13.41***
   12223   Nursing Assistant III                                   14.63***
   12224 - Nursing Assistant IV                                    16.42
   12235 - Optical Dispenser                                       21.02
   12236 - Optical Technician                                      16.17
   12250   Pharmacy Technician                                     16.19
   12280 - Phlebotomist                                            16.87
   12305 - Radiologic Technologist                                 28.29
   12311 - Registered Nurse I                                      23.52
   12312   Registered Nurse II                                     28.78
   12313 - Registered Nurse II Specialist                          28.78
   12314 - Registered Nurse III                                    34.81
   12315 - Registered Nurse III Anesthetist                        34.81
   12316   Registered Nurse IV                                     41.74
   12317 - Scheduler (Drug and Alcohol Testing)                    24.98
   12320 - Substance Abuse Treatment Counselor                     24.19
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                                   22.17
   13012 - Exhibits Specialist II                                  27.46
   13013 - Exhibits Specialist III                                 33.58
   13041 - Illustrator I                                           22.55
   13042   Illustrator II                                          27.93
   13043 - Illustrator III                                         34.16
   13047 - Librarian                                               28.44
   13050 - Library Aide/Clerk                                      12.35***
   13054   Library Information Technology Systems                  25.68
   Administrator
   13058 - Library Technician                                      17.46
   13061 - Media Specialist I                                      18.53
   13062   Media Specialist II                                     20.73
   13063 - Media Specialist III                                    23.11
   13071 - Photographer I                                          15.95
   13072 - Photographer II                                         17.84
   13073   Photographer III                                        22.11
   13074 - Photographer IV                                         27.04
   13075 - Photographer V                                          32.71
   13090 - Technical Order Library Clerk                           16.08
   13110   Video Teleconference Technician                         20.88
14000 - Information Technology Occupations
   14041 - Computer Operator I                                     19.56
   14042 - Computer Operator II                                    21.88
   14043   Computer Operator III                                   24.38
   14044 - Computer Operator IV                                    27.08
   14045 - Computer Operator V                                     30.01
```

```
14071 - Computer Programmer I                      (see 1)          25.51
14072 - Computer Programmer II                     (see 1)
14073 - Computer Programmer III                    (see 1)
14074 - Computer Programmer IV                     (see 1)
14101 - Computer Systems Analyst I                 (see 1)
14102 - Computer Systems Analyst II                (see 1)
14103 - Computer Systems Analyst III               (see 1)
14150 - Peripheral Equipment Operator                                19.56
14160 - Personal Computer Support Technician                         27.08
14170 - System Support Specialist                                    30.92
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)              30.08
15020 - Aircrew Training Devices Instructor (Rated)                  36.39
15030 - Air Crew Training Devices Instructor (Pilot)                 42.16
15050 - Computer Based Training Specialist / Instructor              30.08
15060 - Educational Technologist                                     35.49
15070 - Flight Instructor (Pilot)                                    42.16
15080 - Graphic Artist                                               23.71
15085 - Maintenance Test Pilot Fixed Jet/Prop                        42.09
15086 - Maintenance Test Pilot Rotary Wing                           42.09
15088 - Non-Maintenance Test/Co-Pilot                                42.09
15090 - Technical Instructor                                         22.89
15095 - Technical Instructor/Course Developer                        28.01
15110 - Test Proctor                                                 18.49
15120 - Tutor                                                        18.49
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                                 10.58***
16030 - Counter Attendant                                         10.58***
16040 - Dry Cleaner                                               13.17***
16070 - Finisher Flatwork Machine                                 10.58***
16090 - Presser Hand                                              10.58***
16110 - Presser Machine Drycleaning                               10.58***
16130 - Presser Machine Shirts                                    10.58***
16160 - Presser Machine Wearing Apparel Laundry                   10.58***
16190 - Sewing Machine Operator                                   14.09***
16220 - Tailor                                                       15.02
16250 - Washer Machine                                            11.28***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                            21.98
19040 - Tool And Die Maker                                           25.30
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                            18.85
21030 - Material Coordinator                                         22.53
21040 - Material Expediter                                           22.53
21050 - Material Handling Laborer                                    17.65
21071 - Order Filler                                              13.18***
21080 - Production Line Worker (Food Processing)                     18.85
21110 - Shipping Packer                                              16.78
21130 - Shipping/Receiving Clerk                                     16.78
21140 - Store Worker I                                               16.74
21150 - Stock Clerk                                                  21.09
21210 - Tools And Parts Attendant                                   18.85
21410 - Warehouse Specialist                                         18.85
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                                  30.10
23019 - Aircraft Logs and Records Technician                         25.49
23021 - Aircraft Mechanic I                                          29.07
23022 - Aircraft Mechanic II                                         30.10
23023 - Aircraft Mechanic III                                        31.21
23040 - Aircraft Mechanic Helper                                     22.59
23050 - Aircraft Painter                                             28.05
23060 - Aircraft Servicer                                            25.49
23070 - Aircraft Survival Flight Equipment Technician                28.05
23080 - Aircraft Worker                                              26.79
23091 - Aircrew Life Support Equipment (ALSE) Mechanic               26.79
```

```
             I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic          29.07
             II
    23110 - Appliance Mechanic                                      20.71
    23120 - Bicycle Repairer                                        21.11
    23125 - Cable Splicer                                           33.53
    23130 - Carpenter Maintenance                                   24.55
    23140 - Carpet Layer                                            23.54
    23160 - Electrician Maintenance                                 25.95
    23181 - Electronics Technician Maintenance I                    28.99
    23182 - Electronics Technician Maintenance II                   30.34
    23183 - Electronics Technician Maintenance III                  31.45
    23260 - Fabric Worker                                           22.40
    23290 - Fire Alarm System Mechanic                              24.15
    23310 - Fire Extinguisher Repairer                              21.11
    23311 - Fuel Distribution System Mechanic                       27.79
    23312 - Fuel Distribution System Operator                       22.97
    23370 - General Maintenance Worker                              19.79
    23380 - Ground Support Equipment Mechanic                       29.07
    23381 - Ground Support Equipment Servicer                       25.49
    23382 - Ground Support Equipment Worker                         26.79
    23391 - Gunsmith I                                              21.11
    23392 - Gunsmith II                                             23.54
    23393 - Gunsmith III                                            25.54
    23410 - Heating Ventilation And Air-Conditioning                24.88
             Mechanic
    23411 - Heating Ventilation And Air Contidioning                25.76
             Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                                26.21
    23440 - Heavy Equipment Operator                                25.31
    23460 - Instrument Mechanic                                     27.51
    23465 - Laboratory/Shelter Mechanic                             24.65
    23470 - Laborer                                                 15.39
    23510 - Locksmith                                               24.65
    23530 - Machinery Maintenance Mechanic                          24.82
    23550 - Machinist Maintenance                                   23.21
    23580 - Maintenance Trades Helper                               16.60
    23591 - Metrology Technician I                                  27.51
    23592 - Metrology Technician II                                 28.49
    23593 - Metrology Technician III                                29.53
    23640 - Millwright                                              30.67
    23710 - Office Appliance Repairer                               20.23
    23760 - Painter Maintenance                                     18.57
    23790 - Pipefitter Maintenance                                  28.37
    23810 - Plumber Maintenance                                     27.37
    23820 - Pneudraulic Systems Mechanic                            25.54
    23850 - Rigger                                                  26.42
    23870 - Scale Mechanic                                          23.54
    23890 - Sheet-Metal Worker Maintenance                          30.05
    23910 - Small Engine Mechanic                                   18.60
    23931 - Telecommunications Mechanic I                           30.28
    23932 - Telecommunications Mechanic II                          31.36
    23950 - Telephone Lineman                                       25.54
    23960 - Welder Combination Maintenance                          20.89
    23965 - Well Driller                                            27.81
    23970 - Woodcraft Worker                                        25.54
    23980 - Woodworker                                              21.11
 24000 - Personal Needs Occupations
    24550 - Case Manager                                            14.97***
    24570 - Child Care Attendant                                    10.23***
    24580 - Child Care Center Clerk                                 14.92***
    24610 - Chore Aide                                              11.47***
    24620 - Family Readiness And Support Services                   14.97***
             Coordinator
    24630 - Homemaker                                               15.80
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                      29.00
    25040 - Sewage Plant Operator                              26.05
    25070 - Stationary Engineer                                29.00
    25190 - Ventilation Equipment Tender                       22.54
    25210 - Water Treatment Plant Operator                     26.05
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                      24.95
    27007 - Baggage Inspector                               13.11***
    27008 - Corrections Officer                                23.27
    27010 - Court Security Officer                             22.68
    27030 - Detection Dog Handler                              17.82
    27040 - Detention Officer                                  23.27
    27070 - Firefighter                                        24.51
    27101 - Guard I                                         13.11***
    27102 - Guard II                                           17.82
    27131 - Police Officer I                                   30.98
    27132 - Police Officer II                                  34.43
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                     12.98***
    28042 - Carnival Equipment Repairer                     13.34***
    28043 - Carnival Worker                                 11.15***
    28210 - Gate Attendant/Gate Tender                      14.72***
    28310 - Lifeguard                                       12.03***
    28350 - Park Attendant (Aide)                              16.47
    28510 - Recreation Aide/Health Facility Attendant       12.02***
    28515 - Recreation Specialist                              20.40
    28630 - Sports Official                                 13.12***
    28690 - Swimming Pool Operator                             18.63
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                 28.19
    29020 - Hatch Tender                                       28.19
    29030 - Line Handler                                       28.19
    29041 - Stevedore I                                        26.84
    29042 - Stevedore II                                       29.52
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    41.41
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)    28.55
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    31.45
    30021 - Archeological Technician I                         18.59
    30022 - Archeological Technician II                        20.79
    30023 - Archeological Technician III                       25.75
    30030 - Cartographic Technician                            25.75
    30040 - Civil Engineering Technician                       27.00
    30051 - Cryogenic Technician I                             27.63
    30052 - Cryogenic Technician II                            30.53
    30061 - Drafter/CAD Operator I                             18.59
    30062 - Drafter/CAD Operator II                            20.79
    30063 - Drafter/CAD Operator III                           23.17
    30064 - Drafter/CAD Operator IV                            29.65
    30081 - Engineering Technician I                           15.77
    30082 - Engineering Technician II                          17.69
    30083 - Engineering Technician III                         20.55
    30084 - Engineering Technician IV                          24.52
    30085 - Engineering Technician V                           30.00
    30086 - Engineering Technician VI                          36.30
    30090 - Environmental Technician                           20.32
    30095 - Evidence Control Specialist                        24.95
    30210 - Laboratory Technician                              27.73
    30221 - Latent Fingerprint Technician I                    30.38
    30222 - Latent Fingerprint Technician II                   33.56
    30240 - Mathematical Technician                            30.84
    30361 - Paralegal/Legal Assistant I                        19.22
    30362 - Paralegal/Legal Assistant II                       23.81
    30363 - Paralegal/Legal Assistant III                      31.43
```

```
   30364 - Paralegal/Legal Assistant IV                           37.70
   30375 - Petroleum Supply Specialist                            30.53
   30390 - Photo-Optics Technician                                25.75
   30395 - Radiation Control Technician                           30.53
   30461 - Technical Writer I                                     24.12
   30462 - Technical Writer II                                    29.51
   30463 - Technical Writer III                                   35.69
   30491 - Unexploded Ordnance (UXO) Technician I                 26.32
   30492 - Unexploded Ordnance (UXO) Technician II                31.84
   30493 - Unexploded Ordnance (UXO) Technician III               38.16
   30494 - Unexploded (UXO) Safety Escort                         26.32
   30495 - Unexploded (UXO) Sweep Personnel                       26.32
   30501 - Weather Forecaster I                                   27.63
   30502 - Weather Forecaster II                                  33.61
   30620 - Weather Observer Combined Upper Air Or    (see 2)      23.17
Surface Programs
   30621 - Weather Observer Senior                   (see 2)      25.75
31000 - Transportation/Mobile Equipment Operation Occupations
   31010 - Airplane Pilot                                         31.84
   31020 - Bus Aide                                               15.57
   31030 - Bus Driver                                             21.53
   31043 - Driver Courier                                         17.02
   31260 - Parking and Lot Attendant                             12.55***
   31290 - Shuttle Bus Driver                                     18.11
   31310 - Taxi Driver                                           12.33***
   31361 - Truckdriver Light                                      18.11
   31362 - Truckdriver Medium                                     19.12
   31363 - Truckdriver Heavy                                      21.50
   31364 - Truckdriver Tractor-Trailer                            21.50
99000 - Miscellaneous Occupations
   99020 - Cabin Safety Specialist                                15.52
   99030 - Cashier                                               10.46***
   99050 - Desk Clerk                                            10.28***
   99095 - Embalmer                                               34.47
   99130 - Flight Follower                                        26.32
   99251 - Laboratory Animal Caretaker I                         12.28***
   99252 - Laboratory Animal Caretaker II                        13.06***
   99260 - Marketing Analyst                                      29.26
   99310 - Mortician                                              34.47
   99410 - Pest Controller                                        18.70
   99510 - Photofinishing Worker                                  15.85
   99710 - Recycling Laborer                                      19.76
   99711 - Recycling Specialist                                   22.67
   99730 - Refuse Collector                                       18.34
   99810 - Sales Clerk                                           12.05***
   99820 - School Crossing Guard                                  19.01
   99830 - Survey Party Chief                                     30.44
   99831 - Surveying Aide                                         15.65
   99832 - Surveying Technician                                   23.95
   99840 - Vending Machine Attendant                             17.88
   99841 - Vending Machine Repairer                              20.13
   99842 - Vending Machine Repairer Helper                        17.88
```

```
***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.
```

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
       THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor   |      WAGE AND HOUR DIVISION
                                         |       WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         | Wage Determination No.: 2015-4721
Daniel W. Simms        Division of       |      Revision No.: 16
Director          Wage Determinations|   Date Of Last Revision: 03/15/2022
                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent   |
|                                      |performing on the contract in 2022.    |
|                                      |                                       |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent   |
|                                      |performing on the contract in 2022.    |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.
_____
State: Ohio

Area: Ohio Counties of Portage Summit
_____

         **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                         FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                  15.29
   01012 - Accounting Clerk II                                 17.18
   01013   Accounting Clerk III                                19.21
   01020 - Administrative Assistant                            26.50
   01035 - Court Reporter                                      18.97
   01041 - Customer Service Representative I                   14.23***
   01042   Customer Service Representative II                  15.53
   01043 - Customer Service Representative III                 17.44
   01051 - Data Entry Operator I                               14.06***
   01052 - Data Entry Operator II                              15.43
   01060   Dispatcher Motor Vehicle                            20.76
   01070 - Document Preparation Clerk                          16.50
   01090 - Duplicating Machine Operator                        16.50
   01111 - General Clerk I                                     13.97***
   01112   General Clerk II                                    15.24
   01113 - General Clerk III                                   17.12
```

```
01120 - Housing Referral Assistant                         21.15
01141 - Messenger Courier                                  13.68***
01191   Order Clerk I                                      15.80
01192 - Order Clerk II                                     17.24
01261 - Personnel Assistant (Employment) I                 16.95
01262 - Personnel Assistant (Employment) II                18.95
01263   Personnel Assistant (Employment) III               21.12
01270 - Production Control Clerk                            23.63
01290 - Rental Clerk                                        15.48
01300 - Scheduler Maintenance                              16.96
01311   Secretary I                                        16.96
01312 - Secretary II                                       18.97
01313   Secretary III                                      21.15
01320 - Service Order Dispatcher                           18.84
01410   Supply Technician                                  26.50
01420 - Survey Worker                                      15.10
01460 - Switchboard Operator/Receptionist                  13.97***
01531 - Travel Clerk I                                     14.89***
01532   Travel Clerk II                                    15.86
01533 - Travel Clerk III                                   16.92
01611 - Word Processor I                                   16.61
01612   Word Processor II                                  18.65
01613   Word Processor III                                 20.86
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                20.85
05010 - Automotive  Electrician                            19.67
05040   Automotive Glass Installer                         18.92
05070 - Automotive Worker                                  18.92
05110 - Mobile Equipment Servicer                          17.27
05130 - Motor Equipment Metal Mechanic                     20.33
05160   Motor Equipment Metal Worker                       18.92
05190 - Motor Vehicle Mechanic                             20.33
05220 - Motor Vehicle Mechanic Helper                      16.50
05250 - Motor Vehicle Upholstery Worker                    18.07
05280   Motor Vehicle Wrecker                              18.92
05310 - Painter Automotive                                 19.67
05340 - Radiator Repair Specialist                         18.92
05370 - Tire Repairer                                      15.89
05400   Transmission Repair Specialist                     20.33
07000 - Food Preparation And Service Occupations
07010 - Baker                                              13.32***
07041 - Cook I                                             13.92***
07042   Cook II                                            15.68
07070 - Dishwasher                                         11.31***
07130 - Food Service Worker                                12.49***
07210 - Meat Cutter                                        17.70
07260   Waiter/Waitress                                     9.94***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        20.60
09040 - Furniture Handler                                  13.89***
09080   Furniture Refinisher                               20.60
09090 - Furniture Refinisher Helper                        15.88
09110 - Furniture Repairer Minor                           18.06
09130 - Upholsterer                                        20.60
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   11.84***
11060 - Elevator Operator                                  12.68***
11090 - Gardener                                           17.33
11122   Housekeeping Aide                                  12.68***
11150 - Janitor                                            12.68***
11210 - Laborer Grounds Maintenance                        13.82***
11240 - Maid or Houseman                                   11.46***
11260   Pruner                                             12.67***
11270 - Tractor Operator                                   16.20
11330 - Trail Maintenance Worker                           13.82***
```

```
   11360 - Window Cleaner                                13.83***
12000 - Health Occupations
   12010   Ambulance Driver                              18.87
   12011 - Breath Alcohol Technician                     20.22
   12012 - Certified Occupational Therapist Assistant    28.96
   12015 - Certified Physical Therapist Assistant        29.37
   12020 - Dental Assistant                              18.99
   12025 - Dental Hygienist                              34.96
   12030 - EKG Technician                                26.85
   12035 - Electroneurodiagnostic Technologist           26.85
   12040   Emergency Medical Technician                  18.87
   12071 - Licensed Practical Nurse I                    18.08
   12072 - Licensed Practical Nurse II                   20.22
   12073 - Licensed Practical Nurse III                  22.54
   12100   Medical Assistant                             15.78
   12130 - Medical Laboratory Technician                 25.33
   12160 - Medical Record Clerk                          17.33
   12190 - Medical Record Technician                     19.38
   12195   Medical Transcriptionist                      18.81
   12210 - Nuclear Medicine Technologist                 36.29
   12221 - Nursing Assistant I                           12.04***
   12222 - Nursing Assistant II                          13.53***
   12223   Nursing Assistant III                         14.77***
   12224 - Nursing Assistant IV                          16.58
   12235 - Optical Dispenser                             22.08
   12236 - Optical Technician                            18.08
   12250   Pharmacy Technician                           14.65***
   12280 - Phlebotomist                                  17.33
   12305 - Radiologic Technologist                       28.34
   12311 - Registered Nurse I                            22.85
   12312   Registered Nurse II                           27.71
   12313 - Registered Nurse II Specialist                27.71
   12314 - Registered Nurse III                          33.52
   12315 - Registered Nurse III Anesthetist              33.52
   12316   Registered Nurse IV                           40.18
   12317 - Scheduler (Drug and Alcohol Testing)          25.05
   12320 - Substance Abuse Treatment Counselor           21.92
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                         20.58
   13012 - Exhibits Specialist II                        23.96
   13013 - Exhibits Specialist III                       28.55
   13041 - Illustrator I                                 20.35
   13042   Illustrator II                                25.21
   13043 - Illustrator III                               30.83
   13047 - Librarian                                     29.41
   13050 - Library Aide/Clerk                            13.28***
   13054   Library Information Technology Systems         22.94
   Administrator
   13058 - Library Technician                            17.17
   13061 - Media Specialist I                            16.56
   13062   Media Specialist II                           18.52
   13063 - Media Specialist III                          20.65
   13071 - Photographer I                                17.42
   13072 - Photographer II                               19.48
   13073   Photographer III                              24.13
   13074 - Photographer IV                               29.52
   13075 - Photographer V                                35.72
   13090 - Technical Order Library Clerk                 16.37
   13110   Video Teleconference Technician               23.18
14000 - Information Technology Occupations
   14041 - Computer Operator I                           18.18
   14042 - Computer Operator II                          20.33
   14043   Computer Operator III                         22.66
   14044 - Computer Operator IV                          25.19
   14045 - Computer Operator V                           27.90
```

```
14071 - Computer Programmer I                    (see 1)          22.13
14072 - Computer Programmer II                   (see 1)          27.20
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                            18.18
14160 - Personal Computer Support Technician                     25.19
14170 - System Support Specialist                                29.31
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)       28.60
    15020 - Aircrew Training Devices Instructor (Rated)           35.35
    15030 - Air Crew Training Devices Instructor (Pilot)          41.47
    15050 - Computer Based Training Specialist / Instructor       30.23
    15060 - Educational Technologist                              30.33
    15070 - Flight Instructor (Pilot)                             41.47
    15080 - Graphic Artist                                        22.69
    15085 - Maintenance Test Pilot Fixed Jet/Prop                 41.47
    15086 - Maintenance Test Pilot Rotary Wing                    41.47
    15088 - Non-Maintenance Test/Co-Pilot                         41.47
    15090 - Technical Instructor                                  23.42
    15095 - Technical Instructor/Course Developer                 28.65
    15110 - Test Proctor                                          18.91
    15120 - Tutor                                                 18.91
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                          10.57***
    16030 - Counter Attendant                                  10.57***
    16040 - Dry Cleaner                                        13.13***
    16070 - Finisher Flatwork Machine                          10.57***
    16090 - Presser Hand                                       10.57***
    16110 - Presser Machine Drycleaning                        10.57***
    16130 - Presser Machine Shirts                             10.57***
    16160 - Presser Machine Wearing Apparel Laundry            10.57***
    16190 - Sewing Machine Operator                            14.07***
    16220 - Tailor                                                15.00
    16250 - Washer Machine                                     11.26***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                     22.02
    19040 - Tool And Die Maker                                    26.69
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                     18.90
    21030 - Material Coordinator                                  23.63
    21040 - Material Expediter                                    23.63
    21050 - Material Handling Laborer                             15.02
    21071 - Order Filler                                       13.69***
    21080 - Production Line Worker (Food Processing)              18.90
    21110 - Shipping Packer                                       16.88
    21130 - Shipping/Receiving Clerk                              16.88
    21140 - Store Worker I                                        16.43
    21150 - Stock Clerk                                           21.54
    21210 - Tools And Parts Attendant                            18.90
    21410 - Warehouse Specialist                                  18.90
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                          28.59
    23019 - Aircraft Logs and Records Technician                 23.65
    23021 - Aircraft Mechanic I                                  27.50
    23022 - Aircraft Mechanic II                                 28.59
    23023 - Aircraft Mechanic III                                29.57
    23040 - Aircraft Mechanic Helper                             20.81
    23050 - Aircraft Painter                                     26.26
    23060 - Aircraft Servicer                                    23.65
    23070 - Aircraft Survival Flight Equipment Technician        26.26
    23080 - Aircraft Worker                                      25.07
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic       25.07
```

```
        I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        27.50
        II
    23110 - Appliance Mechanic                                    21.64
    23120 - Bicycle Repairer                                      22.26
    23125 - Cable Splicer                                         42.74
    23130 - Carpenter Maintenance                                 25.24
    23140 - Carpet Layer                                          25.07
    23160 - Electrician Maintenance                               31.31
    23181 - Electronics Technician Maintenance I                  29.14
    23182 - Electronics Technician Maintenance II                 30.52
    23183 - Electronics Technician Maintenance III                31.97
    23260 - Fabric Worker                                         23.66
    23290 - Fire Alarm System Mechanic                            23.76
    23310 - Fire Extinguisher Repairer                            22.26
    23311 - Fuel Distribution System Mechanic                     34.78
    23312 - Fuel Distribution System Operator                     28.14
    23370 - General Maintenance Worker                            20.14
    23380 - Ground Support Equipment Mechanic                     27.50
    23381 - Ground Support Equipment Servicer                     23.65
    23382 - Ground Support Equipment Worker                       25.07
    23391 - Gunsmith I                                            22.26
    23392 - Gunsmith II                                           25.07
    23393 - Gunsmith III                                          27.51
    23410 - Heating Ventilation And Air-Conditioning              21.27
Mechanic
    23411 - Heating Ventilation And Air Contidioning              22.17
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              25.44
    23440 - Heavy Equipment Operator                              30.52
    23460 - Instrument Mechanic                                   27.39
    23465 - Laboratory/Shelter Mechanic                           26.26
    23470 - Laborer                                               15.02
    23510 - Locksmith                                             20.60
    23530 - Machinery Maintenance Mechanic                        24.34
    23550 - Machinist Maintenance                                 21.77
    23580 - Maintenance Trades Helper                             16.05
    23591 - Metrology Technician I                                27.51
    23592 - Metrology Technician II                               28.67
    23593 - Metrology Technician III                              29.75
    23640 - Millwright                                            31.73
    23710 - Office Appliance Repairer                             21.04
    23760 - Painter Maintenance                                   26.25
    23790 - Pipefitter Maintenance                                28.29
    23810 - Plumber Maintenance                                   27.01
    23820 - Pneudraulic Systems Mechanic                          27.51
    23850 - Rigger                                                27.51
    23870 - Scale Mechanic                                        25.07
    23890 - Sheet-Metal Worker Maintenance                        31.09
    23910 - Small Engine Mechanic                                 21.97
    23931 - Telecommunications Mechanic I                         28.56
    23932 - Telecommunications Mechanic II                        29.70
    23950 - Telephone Lineman                                     21.06
    23960 - Welder Combination Maintenance                        22.36
    23965 - Well Driller                                          27.51
    23970 - Woodcraft Worker                                      27.51
    23980 - Woodworker                                            22.26
 24000 - Personal Needs Occupations
    24550 - Case Manager                                          15.51
    24570 - Child Care Attendant                               12.25***
    24580 - Child Care Center Clerk                               15.29
    24610 - Chore Aide                                         11.23***
    24620 - Family Readiness And Support Services                 15.51
Coordinator
    24630 - Homemaker                                             17.23
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                              27.81
    25040 - Sewage Plant Operator                                      26.10
    25070 - Stationary Engineer                                        27.81
    25190 - Ventilation Equipment Tender                               21.04
    25210 - Water Treatment Plant Operator                             26.10
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                              23.42
    27007 - Baggage Inspector                                          15.02
    27008 - Corrections Officer                                        21.73
    27010 - Court Security Officer                                     23.11
    27030 - Detection Dog Handler                                      17.01
    27040 - Detention Officer                                          21.73
    27070 - Firefighter                                                24.33
    27101 - Guard I                                                    15.02
    27102 - Guard II                                                   17.01
    27131 - Police Officer I                                           28.48
    27132 - Police Officer II                                          31.65
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                             13.01***
    28042 - Carnival Equipment Repairer                             13.92***
    28043 - Carnival Worker                                         10.18***
    28210 - Gate Attendant/Gate Tender                             14.28***
    28310 - Lifeguard                                               12.47***
    28350 - Park Attendant (Aide)                                      15.97
    28510 - Recreation Aide/Health Facility Attendant              11.65***
    28515 - Recreation Specialist                                      19.78
    28630 - Sports Official                                         12.71***
    28690 - Swimming Pool Operator                                     18.62
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                         29.46
    29020 - Hatch Tender                                               29.46
    29030 - Line Handler                                               29.46
    29041 - Stevedore I                                                27.80
    29042 - Stevedore II                                               30.86
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)      41.98
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)      28.95
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)      31.88
    30021 - Archeological Technician I                                 18.14
    30022 - Archeological Technician II                                20.46
    30023 - Archeological Technician III                               24.89
    30030 - Cartographic Technician                                    25.34
    30040 - Civil Engineering Technician                               34.41
    30051 - Cryogenic Technician I                                     27.57
    30052 - Cryogenic Technician II                                    30.45
    30061 - Drafter/CAD Operator I                                     18.14
    30062 - Drafter/CAD Operator II                                    20.46
    30063 - Drafter/CAD Operator III                                   22.81
    30064 - Drafter/CAD Operator IV                                    28.07
    30081 - Engineering Technician I                                   16.70
    30082 - Engineering Technician II                                  18.75
    30083 - Engineering Technician III                                 20.98
    30084 - Engineering Technician IV                                  25.99
    30085 - Engineering Technician V                                   31.78
    30086 - Engineering Technician VI                                  38.46
    30090 - Environmental Technician                                   24.98
    30095 - Evidence Control Specialist                                24.89
    30210 - Laboratory Technician                                      22.81
    30221 - Latent Fingerprint Technician I                            35.48
    30222 - Latent Fingerprint Technician II                           39.19
    30240 - Mathematical Technician                                    30.64
    30361 - Paralegal/Legal Assistant I                                20.29
    30362 - Paralegal/Legal Assistant II                               25.14
    30363 - Paralegal/Legal Assistant III                              30.75
```

```
30364 - Paralegal/Legal Assistant IV                          37.22
30375 - Petroleum Supply Specialist                           30.45
30390 - Photo-Optics Technician                               25.34
30395 - Radiation Control Technician                          30.45
30461 - Technical Writer I                                    27.08
30462 - Technical Writer II                                   32.01
30463 - Technical Writer III                                  38.74
30491 - Unexploded Ordnance (UXO) Technician I               26.68
30492 - Unexploded Ordnance (UXO) Technician II              32.28
30493 - Unexploded Ordnance (UXO) Technician III             38.69
30494 - Unexploded (UXO) Safety Escort                       26.68
30495 - Unexploded (UXO) Sweep Personnel                     26.68
30501 - Weather Forecaster I                                  28.07
30502 - Weather Forecaster II                                 33.53
30620 - Weather Observer Combined Upper Air Or   (see 2)     23.15
Surface Programs
30621 - Weather Observer Senior                  (see 2)     25.34
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        32.28
31020 - Bus Aide                                              21.18
31030 - Bus Driver                                            28.22
31043 - Driver Courier                                        15.37
31260 - Parking and Lot Attendant                          11.42***
31290 - Shuttle Bus Driver                                    16.42
31310 - Taxi Driver                                         13.89***
31361 - Truckdriver Light                                     16.42
31362 - Truckdriver Medium                                    19.05
31363 - Truckdriver Heavy                                     23.70
31364 - Truckdriver Tractor-Trailer                          23.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                              15.74
99030 - Cashier                                            10.67***
99050 - Desk Clerk                                         11.14***
99095 - Embalmer                                             36.64
99130 - Flight Follower                                      26.68
99251 - Laboratory Animal Caretaker I                      13.74***
99252 - Laboratory Animal Caretaker II                     14.70***
99260 - Marketing Analyst                                   28.73
99310 - Mortician                                           36.64
99410 - Pest Controller                                     18.73
99510 - Photofinishing Worker                              14.02***
99710 - Recycling Laborer                                   20.24
99711 - Recycling Specialist                                23.73
99730 - Refuse Collector                                    18.56
99810 - Sales Clerk                                        12.56***
99820 - School Crossing Guard                               16.94
99830 - Survey Party Chief                                  33.86
99831 - Surveying Aide                                      19.31
99832 - Surveying Technician                                29.00
99840 - Vending Machine Attendant                         14.17***
99841 - Vending Machine Repairer                            17.07
99842 - Vending Machine Repairer Helper                   14.17***
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
 "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
       THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor |      WAGE AND HOUR DIVISION
                                         |      WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         | Wage Determination No.: 2015-4735
  Daniel W. Simms       Division of      |      Revision No.: 16
  Director          Wage Determinations  | Date Of Last Revision: 03/15/2022
                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order |
|after January 30 2022 or the           |14026 applies to the contract.          |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |

|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29  |13658 applies to the contract.          |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio County of Richland

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.29*** |
| 01012 - Accounting Clerk II | | 16.04 |
| 01013  Accounting Clerk III | | 17.95 |
| 01020 - Administrative Assistant | | 28.14 |
| 01035 - Court Reporter | | 17.26 |
| 01041 - Customer Service Representative I | | 13.09*** |
| 01042  Customer Service Representative II | | 14.72*** |
| 01043 - Customer Service Representative III | | 16.06 |
| 01051 - Data Entry Operator I | | 13.42*** |
| 01052 - Data Entry Operator II | | 15.43 |
| 01060  Dispatcher Motor Vehicle | | 20.76 |
| 01070 - Document Preparation Clerk | | 16.60 |
| 01090 - Duplicating Machine Operator | | 16.60 |
| 01111 - General Clerk I | | 13.61*** |
| 01112  General Clerk II | | 14.87*** |
| 01113 - General Clerk III | | 16.68 |

```
01120 - Housing Referral Assistant                      19.31
01141 - Messenger Courier                               11.26***
01191   Order Clerk I                                   14.29***
01192 - Order Clerk II                                  15.59
01261 - Personnel Assistant (Employment) I              16.00
01262 - Personnel Assistant (Employment) II             17.89
01263 - Personnel Assistant (Employment) III            19.95
01270 - Production Control Clerk                         22.22
01290 - Rental Clerk                                    17.03
01300 - Scheduler Maintenance                           15.44
01311   Secretary I                                     15.44
01312 - Secretary II                                    17.26
01313 - Secretary III                                   19.24
01320 - Service Order Dispatcher                        18.84
01410   Supply Technician                               28.13
01420 - Survey Worker                                   16.00
01460 - Switchboard Operator/Receptionist               13.97***
01531 - Travel Clerk I                                  13.87***
01532   Travel Clerk II                                 14.82***
01533 - Travel Clerk III                                15.80
01611 - Word Processor I                                14.47***
01612   Word Processor II                               16.25
01613   Word Processor III                              18.18
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass             22.16
05010 - Automotive  Electrician                         19.67
05040   Automotive Glass Installer                      18.92
05070 - Automotive Worker                               18.92
05110 - Mobile Equipment Servicer                       17.27
05130 - Motor Equipment Metal Mechanic                  20.33
05160   Motor Equipment Metal Worker                    18.92
05190 - Motor Vehicle Mechanic                          20.33
05220 - Motor Vehicle Mechanic Helper                   16.50
05250 - Motor Vehicle Upholstery Worker                 18.07
05280   Motor Vehicle Wrecker                           18.92
05310 - Painter Automotive                              19.67
05340 - Radiator Repair Specialist                      18.92
05370 - Tire Repairer                                   15.89
05400   Transmission Repair Specialist                  20.33
07000 - Food Preparation And Service Occupations
07010 - Baker                                           13.29***
07041 - Cook I                                          13.79***
07042   Cook II                                         15.84
07070 - Dishwasher                                       9.55***
07130 - Food Service Worker                             10.63***
07210 - Meat Cutter                                     17.18
07260   Waiter/Waitress                                  9.94***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                     20.60
09040 - Furniture Handler                               13.89***
09080   Furniture Refinisher                            20.60
09090 - Furniture Refinisher Helper                     15.71
09110 - Furniture Repairer Minor                        17.22
09130 - Upholsterer                                     20.60
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                12.96***
11060 - Elevator Operator                               13.84***
11090 - Gardener                                        17.17
11122   Housekeeping Aide                               13.84***
11150 - Janitor                                         13.84***
11210 - Laborer Grounds Maintenance                     14.22***
11240 - Maid or Houseman                                10.76***
11260   Pruner                                          12.83***
11270 - Tractor Operator                                16.94
11330 - Trail Maintenance Worker                        14.22***
```

```
    11360 - Window Cleaner                                          15.33
12000 - Health Occupations
    12010   Ambulance Driver                                        15.99
    12011 - Breath Alcohol Technician                               18.56
    12012 - Certified Occupational Therapist Assistant              28.30
    12015 - Certified Physical Therapist Assistant                  28.38
    12020 - Dental Assistant                                        17.44
    12025 - Dental Hygienist                                        33.67
    12030 - EKG Technician                                          28.10
    12035 - Electroneurodiagnostic Technologist                     28.10
    12040   Emergency Medical Technician                            15.99
    12071 - Licensed Practical Nurse I                              17.51
    12072 - Licensed Practical Nurse II                             19.68
    12073 - Licensed Practical Nurse III                            21.84
    12100   Medical Assistant                                       15.02
    12130 - Medical Laboratory Technician                           22.14
    12160 - Medical Record Clerk                                    17.30
    12190 - Medical Record Technician                               19.34
    12195   Medical Transcriptionist                                16.58
    12210 - Nuclear Medicine Technologist                           40.75
    12221 - Nursing Assistant I                                  11.60***
    12222 - Nursing Assistant II                                 13.04***
    12223   Nursing Assistant III                                14.23***
    12224 - Nursing Assistant IV                                    15.97
    12235 - Optical Dispenser                                       20.90
    12236 - Optical Technician                                      16.58
    12250   Pharmacy Technician                                  14.65***
    12280 - Phlebotomist                                            16.91
    12305 - Radiologic Technologist                                 28.45
    12311 - Registered Nurse I                                      23.89
    12312   Registered Nurse II                                     29.22
    12313 - Registered Nurse II Specialist                          29.22
    12314 - Registered Nurse III                                    35.35
    12315 - Registered Nurse III Anesthetist                        35.35
    12316   Registered Nurse IV                                     42.37
    12317 - Scheduler (Drug and Alcohol Testing)                    25.28
    12320 - Substance Abuse Treatment Counselor                     24.32
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                                   20.58
    13012 - Exhibits Specialist II                                  23.96
    13013 - Exhibits Specialist III                                 28.55
    13041 - Illustrator I                                           20.35
    13042   Illustrator II                                          25.21
    13043 - Illustrator III                                         30.83
    13047 - Librarian                                               29.41
    13050 - Library Aide/Clerk                                   13.28***
    13054   Library Information Technology Systems                  22.30
    Administrator
    13058 - Library Technician                                      17.17
    13061 - Media Specialist I                                      16.09
    13062   Media Specialist II                                     18.01
    13063 - Media Specialist III                                    20.07
    13071 - Photographer I                                          15.90
    13072 - Photographer II                                         18.01
    13073   Photographer III                                        22.30
    13074 - Photographer IV                                         26.94
    13075 - Photographer V                                          32.59
    13090 - Technical Order Library Clerk                           16.57
    13110   Video Teleconference Technician                         17.41
14000 - Information Technology Occupations
    14041 - Computer Operator I                                     15.45
    14042 - Computer Operator II                                    17.29
    14043   Computer Operator III                                   19.10
    14044 - Computer Operator IV                                    22.64
    14045 - Computer Operator V                                     25.06
```

```
14071 - Computer Programmer I                        (see 1)        22.13
14072 - Computer Programmer II                       (see 1)        27.20
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                               15.45
14160 - Personal Computer Support Technician                        22.64
14170 - System Support Specialist                                   23.51
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)           29.62
  15020 - Aircrew Training Devices Instructor (Rated)               35.84
  15030 - Air Crew Training Devices Instructor (Pilot)              42.96
  15050 - Computer Based Training Specialist / Instructor           30.23
  15060 - Educational Technologist                                  29.57
  15070 - Flight Instructor (Pilot)                                 42.96
  15080 - Graphic Artist                                            22.54
  15085 - Maintenance Test Pilot Fixed Jet/Prop                     42.96
  15086 - Maintenance Test Pilot Rotary Wing                        42.96
  15088 - Non-Maintenance Test/Co-Pilot                             42.96
  15090 - Technical Instructor                                      21.90
  15095 - Technical Instructor/Course Developer                     26.80
  15110 - Test Proctor                                              18.68
  15120 - Tutor                                                     18.68
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                              10.57***
  16030 - Counter Attendant                                      10.57***
  16040 - Dry Cleaner                                            13.13***
  16070 - Finisher Flatwork Machine                             10.57***
  16090 - Presser Hand                                            10.57***
  16110 - Presser Machine Drycleaning                            10.57***
  16130 - Presser Machine Shirts                                 10.57***
  16160 - Presser Machine Wearing Apparel Laundry              10.57***
  16190 - Sewing Machine Operator                                14.07***
  16220 - Tailor                                                    15.00
  16250 - Washer Machine                                         11.26***
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                        22.02
  19040 - Tool And Die Maker                                       26.69
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                        16.71
  21030 - Material Coordinator                                      22.22
  21040 - Material Expediter                                        22.22
  21050 - Material Handling Laborer                                 15.80
  21071 - Order Filler                                           14.65***
  21080 - Production Line Worker (Food Processing)                  16.71
  21110 - Shipping Packer                                           16.72
  21130 - Shipping/Receiving Clerk                                  16.72
  21140 - Store Worker I                                         14.39***
  21150 - Stock Clerk                                               18.87
  21210 - Tools And Parts Attendant                                16.71
  21410 - Warehouse Specialist                                      16.71
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                              24.00
  23019 - Aircraft Logs and Records Technician                     20.32
  23021 - Aircraft Mechanic I                                      22.86
  23022 - Aircraft Mechanic II                                     24.00
  23023 - Aircraft Mechanic III                                    24.93
  23040 - Aircraft Mechanic Helper                                 18.55
  23050 - Aircraft Painter                                         22.10
  23060 - Aircraft Servicer                                        20.32
  23070 - Aircraft Survival Flight Equipment Technician            22.10
  23080 - Aircraft Worker                                          21.27
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic           21.27
```

```
             I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic              22.86
             II
  23110 - Appliance Mechanic                                          20.79
  23120 - Bicycle Repairer                                            17.03
  23125 - Cable Splicer                                               24.13
  23130 - Carpenter Maintenance                                       23.81
  23140 - Carpet Layer                                                21.36
  23160 - Electrician Maintenance                                     28.34
  23181 - Electronics Technician Maintenance I                        24.51
  23182 - Electronics Technician Maintenance II                       25.66
  23183 - Electronics Technician Maintenance III                      29.50
  23260 - Fabric Worker                                               18.97
  23290 - Fire Alarm System Mechanic                                  21.77
  23310 - Fire Extinguisher Repairer                                  17.84
  23311 - Fuel Distribution System Mechanic                           27.55
  23312 - Fuel Distribution System Operator                           22.57
  23370 - General Maintenance Worker                                  19.62
  23380 - Ground Support Equipment Mechanic                           22.86
  23381 - Ground Support Equipment Servicer                           20.32
  23382 - Ground Support Equipment Worker                             21.27
  23391 - Gunsmith I                                                  17.84
  23392 - Gunsmith II                                                 20.09
  23393 - Gunsmith III                                                21.84
  23410 - Heating Ventilation And Air-Conditioning                    23.12
Mechanic
  23411 - Heating Ventilation And Air Contidioning                    24.28
Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                                    25.48
  23440 - Heavy Equipment Operator                                    26.03
  23460 - Instrument Mechanic                                         23.32
  23465 - Laboratory/Shelter Mechanic                                 21.04
  23470 - Laborer                                                     15.80
  23510 - Locksmith                                                   20.79
  23530 - Machinery Maintenance Mechanic                              24.22
  23550 - Machinist Maintenance                                       21.77
  23580 - Maintenance Trades Helper                                   16.05
  23591 - Metrology Technician I                                      25.65
  23592 - Metrology Technician II                                     26.67
  23593 - Metrology Technician III                                    27.59
  23640 - Millwright                                                  28.82
  23710 - Office Appliance Repairer                                   21.04
  23760 - Painter Maintenance                                         21.74
  23790 - Pipefitter Maintenance                                      28.21
  23810 - Plumber Maintenance                                         26.86
  23820 - Pneudraulic Systems Mechanic                                21.84
  23850 - Rigger                                                      21.84
  23870 - Scale Mechanic                                              20.09
  23890 - Sheet-Metal Worker Maintenance                              27.94
  23910 - Small Engine Mechanic                                       19.82
  23931 - Telecommunications Mechanic I                               27.17
  23932 - Telecommunications Mechanic II                              28.14
  23950 - Telephone Lineman                                           21.58
  23960 - Welder Combination Maintenance                              19.36
  23965 - Well Driller                                                21.58
  23970 - Woodcraft Worker                                            21.84
  23980 - Woodworker                                                  17.03
24000 - Personal Needs Occupations
  24550 - Case Manager                                                17.15
  24570 - Child Care Attendant                                     12.25***
  24580 - Child Care Center Clerk                                     15.29
  24610 - Chore Aide                                               11.22***
  24620 - Family Readiness And Support Services                       17.15
Coordinator
  24630 - Homemaker                                                   17.23
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                          23.57
   25040 - Sewage Plant Operator                                 24.28
   25070 - Stationary Engineer                                   23.57
   25190 - Ventilation Equipment Tender                          18.38
   25210 - Water Treatment Plant Operator                        24.28
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                         20.82
   27007 - Baggage Inspector                                     13.65***
   27008 - Corrections Officer                                   21.73
   27010 - Court Security Officer                                23.11
   27030 - Detection Dog Handler                                 16.31
   27040 - Detention Officer                                     21.73
   27070 - Firefighter                                           22.60
   27101 - Guard I                                               13.65***
   27102 - Guard II                                              16.31
   27131 - Police Officer I                                      25.91
   27132 - Police Officer II                                     28.80
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                           12.48***
   28042 - Carnival Equipment Repairer                           13.50***
   28043 - Carnival Worker                                        9.45***
   28210 - Gate Attendant/Gate Tender                            15.38
   28310 - Lifeguard                                             13.70***
   28350 - Park Attendant (Aide)                                 17.20
   28510 - Recreation Aide/Health Facility Attendant            12.55***
   28515 - Recreation Specialist                                 21.31
   28630 - Sports Official                                       13.70***
   28690 - Swimming Pool Operator                                20.48
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                    21.04
   29020 - Hatch Tender                                          21.04
   29030 - Line Handler                                          21.04
   29041 - Stevedore I                                           19.85
   29042 - Stevedore II                                          21.61
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  40.29
   30011 - Air Traffic Control Specialist Station (HFO) (see 2)  27.78
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.59
   30021 - Archeological Technician I                            18.14
   30022 - Archeological Technician II                           20.46
   30023 - Archeological Technician III                          22.72
   30030 - Cartographic Technician                               25.34
   30040 - Civil Engineering Technician                          22.72
   30051 - Cryogenic Technician I                                25.16
   30052 - Cryogenic Technician II                               27.79
   30061 - Drafter/CAD Operator I                                18.14
   30062 - Drafter/CAD Operator II                               20.46
   30063 - Drafter/CAD Operator III                              22.81
   30064 - Drafter/CAD Operator IV                               28.07
   30081 - Engineering Technician I                              16.70
   30082 - Engineering Technician II                             18.75
   30083 - Engineering Technician III                            20.98
   30084 - Engineering Technician IV                             25.99
   30085 - Engineering Technician V                              31.78
   30086 - Engineering Technician VI                             38.46
   30090 - Environmental Technician                              23.34
   30095 - Evidence Control Specialist                           22.72
   30210 - Laboratory Technician                                 22.81
   30221 - Latent Fingerprint Technician I                       25.16
   30222 - Latent Fingerprint Technician II                      27.79
   30240 - Mathematical Technician                               25.32
   30361 - Paralegal/Legal Assistant I                           18.72
   30362 - Paralegal/Legal Assistant II                          23.34
   30363 - Paralegal/Legal Assistant III                         30.33
```

```
30364 - Paralegal/Legal Assistant IV                         36.70
30375 - Petroleum Supply Specialist                          27.79
30390 - Photo-Optics Technician                              25.34
30395 - Radiation Control Technician                         27.79
30461 - Technical Writer I                                   25.12
30462 - Technical Writer II                                  29.25
30463 - Technical Writer III                                 33.63
30491 - Unexploded Ordnance (UXO) Technician I               25.60
30492 - Unexploded Ordnance (UXO) Technician II              30.98
30493 - Unexploded Ordnance (UXO) Technician III             37.13
30494 - Unexploded (UXO) Safety Escort                       25.60
30495 - Unexploded (UXO) Sweep Personnel                     25.60
30501 - Weather Forecaster I                                 28.07
30502 - Weather Forecaster II                                34.14
30620 - Weather Observer Combined Upper Air Or     (see 2)   23.15
Surface Programs
30621 - Weather Observer Senior                    (see 2)   25.34
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                       30.98
31020 - Bus Aide                                          14.87***
31030 - Bus Driver                                           20.56
31043 - Driver Courier                                       16.91
31260 - Parking and Lot Attendant                         13.42***
31290 - Shuttle Bus Driver                                   18.06
31310 - Taxi Driver                                       11.90***
31361 - Truckdriver Light                                    18.06
31362 - Truckdriver Medium                                   20.00
31363 - Truckdriver Heavy                                    23.70
31364 - Truckdriver Tractor-Trailer                          23.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                              15.10
99030 - Cashier                                           10.67***
99050 - Desk Clerk                                        12.25***
99095 - Embalmer                                             33.31
99130 - Flight Follower                                      25.60
99251 - Laboratory Animal Caretaker I                        19.84
99252 - Laboratory Animal Caretaker II                       21.47
99260 - Marketing Analyst                                    29.54
99310 - Mortician                                            33.31
99410 - Pest Controller                                      23.01
99510 - Photofinishing Worker                             13.45***
99710 - Recycling Laborer                                    20.12
99711 - Recycling Specialist                                 23.45
99730 - Refuse Collector                                     18.36
99810 - Sales Clerk                                       12.24***
99820 - School Crossing Guard                                15.02
99830 - Survey Party Chief                                   20.27
99831 - Surveying Aide                                    11.56***
99832 - Surveying Technician                                 17.36
99840 - Vending Machine Attendant                            19.84
99841 - Vending Machine Repairer                             24.66
99842 - Vending Machine Repairer Helper                      19.84
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
        "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor      |       WAGE AND HOUR DIVISION
                                                |         WASHINGTON D.C.  20210
                                                |
                                                |
                                                |
                                                | Wage Determination No.: 2015-4235
    Daniel W. Simms         Division of         |         Revision No.: 19
    Director            Wage Determinations|      Date Of Last Revision: 03/15/2022
                                                |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Allegheny Armstrong Beaver Butler Fayette
Washington Westmoreland


        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE    TITLE                              FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                          15.05
    01012   Accounting Clerk II                                         16.92
    01013 - Accounting Clerk III                                        20.33
    01020 - Administrative Assistant                                    28.43
    01035 - Court Reporter                                              21.52
    01041   Customer Service Representative I                        14.81***
    01042 - Customer Service Representative II                          16.65
    01043 - Customer Service Representative III                         18.17
    01051 - Data Entry Operator I                                    14.82***
    01052   Data Entry Operator II                                      16.17
    01060 - Dispatcher Motor Vehicle                                   21.11
    01070 - Document Preparation Clerk                                  18.25
    01090 - Duplicating Machine Operator                               18.25
    01111   General Clerk I                                          14.84***
    01112 - General Clerk II                                            16.20
```

```
01113 - General Clerk III                              18.18
01120 - Housing Referral Assistant                     22.17
01141   Messenger Courier                              13.92***
01191 - Order Clerk I                                  16.41
01192 - Order Clerk II                                 17.91
01261 - Personnel Assistant (Employment) I             16.39
01262   Personnel Assistant (Employment) II            18.33
01263 - Personnel Assistant (Employment) III           20.43
01270 - Production Control Clerk                        23.89
01290 - Rental Clerk                                   15.53
01300   Scheduler Maintenance                          17.77
01311 - Secretary I                                    17.77
01312 - Secretary II                                   19.88
01313 - Secretary III                                  22.17
01320   Service Order Dispatcher                       18.88
01410 - Supply Technician                              28.43
01420 - Survey Worker                                  17.73
01460 - Switchboard Operator/Receptionist              13.65***
01531   Travel Clerk I                                 16.79
01532 - Travel Clerk II                                18.02
01533 - Travel Clerk III                               19.33
01611 - Word Processor I                               14.59***
01612   Word Processor II                              16.39
01613 - Word Processor III                             18.33
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass            22.14
05010   Automotive  Electrician                        19.36
05040 - Automotive Glass Installer                     18.34
05070 - Automotive Worker                              18.34
05110 - Mobile Equipment Servicer                      16.23
05130   Motor Equipment Metal Mechanic                 20.26
05160 - Motor Equipment Metal Worker                   18.34
05190 - Motor Vehicle Mechanic                         20.26
05220 - Motor Vehicle Mechanic Helper                  15.23
05250   Motor Vehicle Upholstery Worker                17.32
05280 - Motor Vehicle Wrecker                          18.34
05310 - Painter Automotive                             19.36
05340 - Radiator Repair Specialist                     18.34
05370   Tire Repairer                                  14.74***
05400 - Transmission Repair Specialist                 20.26
07000 - Food Preparation And Service Occupations
07010 - Baker                                          13.27***
07041   Cook I                                         14.51***
07042 - Cook II                                        16.40
07070 - Dishwasher                                     11.43***
07130 - Food Service Worker                            11.13***
07210   Meat Cutter                                    16.89
07260 - Waiter/Waitress                                11.36***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                    18.56
09040   Furniture Handler                              12.62***
09080 - Furniture Refinisher                           17.27
09090 - Furniture Refinisher Helper                    13.89***
09110 - Furniture Repairer Minor                       15.47
09130   Upholsterer                                    19.95
11000 - General Services And Support Occupations
11030 - Cleaner Vehicles                               11.90***
11060 - Elevator Operator                              13.78***
11090   Gardener                                       17.74
11122 - Housekeeping Aide                              13.78***
11150 - Janitor                                        13.78***
11210 - Laborer Grounds Maintenance                    14.40***
11240   Maid or Houseman                               12.46***
11260 - Pruner                                         13.31***
11270 - Tractor Operator                               16.58
```

```
11330 - Trail Maintenance Worker                          14.40***
11360 - Window Cleaner                                    14.91***
12000   Health Occupations
12010 - Ambulance Driver                                  17.53
12011 - Breath Alcohol Technician                         19.73
12012 - Certified Occupational Therapist Assistant        26.67
12015   Certified Physical Therapist Assistant            27.30
12020 - Dental Assistant                                  19.11
12025 - Dental Hygienist                                  31.86
12030 - EKG Technician                                    25.47
12035   Electroneurodiagnostic Technologist               25.47
12040 - Emergency Medical Technician                      17.53
12071 - Licensed Practical Nurse I                        17.64
12072 - Licensed Practical Nurse II                       19.73
12073   Licensed Practical Nurse III                      21.99
12100 - Medical Assistant                                 15.81
12130 - Medical Laboratory Technician                     25.32
12160 - Medical Record Clerk                              17.09
12190   Medical Record Technician                         21.22
12195 - Medical Transcriptionist                          18.08
12210 - Nuclear Medicine Technologist                     32.37
12221 - Nursing Assistant I                               12.36***
12222 - Nursing Assistant II                              13.89***
12223 - Nursing Assistant III                             15.16
12224 - Nursing Assistant IV                              17.03
12235 - Optical Dispenser                                 17.49
12236   Optical Technician                                16.06
12250 - Pharmacy Technician                               14.37***
12280 - Phlebotomist                                      17.50
12305 - Radiologic Technologist                           25.99
12311   Registered Nurse I                                25.80
12312   Registered Nurse II                               31.55
12313 - Registered Nurse II Specialist                    31.55
12314 - Registered Nurse III                              38.17
12315   Registered Nurse III Anesthetist                  38.17
12316 - Registered Nurse IV                               45.75
12317 - Scheduler (Drug and Alcohol Testing)              24.42
12320 - Substance Abuse Treatment Counselor               22.07
13000   Information And Arts Occupations
13011 - Exhibits Specialist I                             21.25
13012 - Exhibits Specialist II                            27.77
13013 - Exhibits Specialist III                           29.81
13041   Illustrator I                                     19.11
13042 - Illustrator II                                    24.36
13043 - Illustrator III                                   28.24
13047 - Librarian                                         27.72
13050   Library Aide/Clerk                                10.34***
13054 - Library Information Technology Systems            25.03
Administrator
13058 - Library Technician                                16.06
13061   Media Specialist I                                18.07
13062 - Media Specialist II                               20.20
13063 - Media Specialist III                              22.52
13071 - Photographer I                                    14.91***
13072   Photographer II                                   18.25
13073 - Photographer III                                  21.51
13074 - Photographer IV                                   25.29
13075 - Photographer V                                    30.59
13090   Technical Order Library Clerk                     12.96***
13110 - Video Teleconference Technician                   23.14
14000 - Information Tecnology Occupations
14041 - Computer Operator I                               17.49
14042   Computer Operator II                              19.57
14043 - Computer Operator III                             21.82
14044 - Computer Operator IV                              24.26
```

```
    14045 - Computer Operator V                                         26.85
    14071 - Computer Programmer I                        (see 1)        22.73
    14072 - Computer Programmer II                       (see 1)
    14073 - Computer Programmer III                      (see 1)
    14074 - Computer Programmer IV                       (see 1)
    14101 - Computer Systems Analyst I                   (see 1)
    14102 - Computer Systems Analyst II                  (see 1)
    14103 - Computer Systems Analyst III                 (see 1)
    14150 - Peripheral Equipment Operator                               17.49
    14160 - Personal Computer Support Technician                        24.26
    14170 - System Support Specialist                                   31.09
 15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)             28.72
    15020 - Aircrew Training Devices Instructor (Rated)                 34.74
    15030 - Air Crew Training Devices Instructor (Pilot)                41.65
    15050 - Computer Based Training Specialist / Instructor             28.12
    15060 - Educational Technologist                                    31.06
    15070 - Flight Instructor (Pilot)                                   41.65
    15080 - Graphic Artist                                              26.67
    15085 - Maintenance Test Pilot Fixed Jet/Prop                       41.65
    15086 - Maintenance Test Pilot Rotary Wing                          41.65
    15088 - Non-Maintenance Test/Co-Pilot                               41.65
    15090 - Technical Instructor                                        23.57
    15095 - Technical Instructor/Course Developer                       28.83
    15110 - Test Proctor                                                19.02
    15120 - Tutor                                                       19.02
 16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                                10.68***
    16030 - Counter Attendant                                        10.68***
    16040 - Dry Cleaner                                              13.33***
    16070 - Finisher Flatwork Machine                               10.68***
    16090 - Presser Hand                                             10.68***
    16110 - Presser Machine Drycleaning                             10.68***
    16130 - Presser Machine Shirts                                   10.68***
    16160 - Presser Machine Wearing Apparel Laundry                10.68***
    16190 - Sewing Machine Operator                                  14.19***
    16220 - Tailor                                                      15.07
    16250 - Washer Machine                                           11.56***
 19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                           19.35
    19040 - Tool And Die Maker                                          22.78
 21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                           20.33
    21030 - Material Coordinator                                        23.89
    21040 - Material Expediter                                          23.89
    21050 - Material Handling Laborer                                   18.10
    21071 - Order Filler                                                15.28
    21080 - Production Line Worker (Food Processing)                    20.33
    21110 - Shipping Packer                                             17.33
    21130 - Shipping/Receiving Clerk                                    17.33
    21140 - Store Worker I                                              15.62
    21150 - Stock Clerk                                                 19.81
    21210 - Tools And Parts Attendant                                   20.33
    21410 - Warehouse Specialist                                        20.33
 23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                                 37.80
    23019 - Aircraft Logs and Records Technician                        31.86
    23021 - Aircraft Mechanic I                                         36.30
    23022 - Aircraft Mechanic II                                        37.80
    23023 - Aircraft Mechanic III                                       39.61
    23040 - Aircraft Mechanic Helper                                    28.70
    23050 - Aircraft Painter                                            35.57
    23060 - Aircraft Servicer                                           31.86
    23070 - Aircraft Survival Flight Equipment Technician               35.57
    23080 - Aircraft Worker                                             33.67
```

```
23091 - Aircrew Life Support Equipment (ALSE) Mechanic      33.67
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic      36.30
II
23110 - Appliance Mechanic                                  27.60
23120 - Bicycle Repairer                                    13.96***
23125 - Cable Splicer                                       40.15
23130 - Carpenter Maintenance                               29.80
23140 - Carpet Layer                                        21.70
23160 - Electrician Maintenance                             32.52
23181 - Electronics Technician Maintenance I                26.94
23182 - Electronics Technician Maintenance II               28.42
23183 - Electronics Technician Maintenance III              29.76
23260 - Fabric Worker                                       24.96
23290 - Fire Alarm System Mechanic                          25.43
23310 - Fire Extinguisher Repairer                          23.38
23311 - Fuel Distribution System Mechanic                   35.32
23312 - Fuel Distribution System Operator                   28.29
23370 - General Maintenance Worker                          20.53
23380 - Ground Support Equipment Mechanic                   36.30
23381 - Ground Support Equipment Servicer                   31.86
23382 - Ground Support Equipment Worker                     33.67
23391 - Gunsmith I                                          23.38
23392 - Gunsmith II                                         26.43
23393 - Gunsmith III                                        29.19
23410 - Heating Ventilation And Air-Conditioning            26.98
Mechanic
23411 - Heating Ventilation And Air Contidioning            27.95
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                            27.12
23440 - Heavy Equipment Operator                            28.01
23460 - Instrument Mechanic                                 29.76
23465 - Laboratory/Shelter Mechanic                         27.89
23470 - Laborer                                             15.28
23510 - Locksmith                                           24.51
23530 - Machinery Maintenance Mechanic                      26.97
23550 - Machinist Maintenance                               21.41
23580 - Maintenance Trades Helper                           16.43
23591 - Metrology Technician I                              29.76
23592 - Metrology Technician II                             30.83
23593 - Metrology Technician III                            32.18
23640 - Millwright                                          29.77
23710 - Office Appliance Repairer                           19.71
23760 - Painter Maintenance                                 22.89
23790 - Pipefitter Maintenance                              30.46
23810 - Plumber Maintenance                                 29.09
23820 - Pneudraulic Systems Mechanic                        29.19
23850 - Rigger                                              28.12
23870 - Scale Mechanic                                      26.43
23890 - Sheet-Metal Worker Maintenance                      31.34
23910 - Small Engine Mechanic                               17.11
23931 - Telecommunications Mechanic I                       30.07
23932 - Telecommunications Mechanic II                      31.15
23950 - Telephone Lineman                                   37.75
23960 - Welder Combination Maintenance                      23.58
23965 - Well Driller                                        24.51
23970 - Woodcraft Worker                                    29.19
23980 - Woodworker                                          23.38
24000 - Personal Needs Occupations
24550 - Case Manager                                        16.65
24570 - Child Care Attendant                                11.09***
24580 - Child Care Center Clerk                             13.82***
24610 - Chore Aide                                          12.20***
24620 - Family Readiness And Support Services               16.65
Coordinator
```

```
        24630 - Homemaker                                                16.65
   25000 - Plant And System Operations Occupations
        25010 - Boiler Tender                                            27.84
        25040 - Sewage Plant Operator                                    28.67
        25070 - Stationary Engineer                                      27.84
        25190 - Ventilation Equipment Tender                             20.84
        25210 - Water Treatment Plant Operator                           28.67
   27000 - Protective Service Occupations
        27004 - Alarm Monitor                                            21.73
        27007 - Baggage Inspector                                     13.60***
        27008 - Corrections Officer                                      29.32
        27010 - Court Security Officer                                   29.11
        27030 - Detection Dog Handler                                    15.21
        27040 - Detention Officer                                        29.32
        27070 - Firefighter                                              28.89
        27101 - Guard I                                               13.60***
        27102 - Guard II                                                 15.21
        27131 - Police Officer I                                         28.79
        27132 - Police Officer II                                        32.00
   28000 - Recreation Occupations
        28041 - Carnival Equipment Operator                           11.56***
        28042 - Carnival Equipment Repairer                           12.36***
        28043 - Carnival Worker                                        9.28***
        28210 - Gate Attendant/Gate Tender                            13.83***
        28310 - Lifeguard                                             10.94***
        28350 - Park Attendant (Aide)                                    15.47
        28510 - Recreation Aide/Health Facility Attendant             11.29***
        28515 - Recreation Specialist                                    18.74
        28630 - Sports Official                                        12.32***
        28690 - Swimming Pool Operator                                   18.27
   29000 - Stevedoring/Longshoremen Occupational Services
        29010 - Blocker And Bracer                                       23.40
        29020 - Hatch Tender                                             23.40
        29030 - Line Handler                                             23.40
        29041 - Stevedore I                                              22.11
        29042 - Stevedore II                                             24.66
   30000 - Technical Occupations
        30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    41.49
        30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    28.60
        30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    31.50
        30021 - Archeological Technician I                               18.25
        30022 - Archeological Technician II                              20.41
        30023 - Archeological Technician III                             24.87
        30030 - Cartographic Technician                                  25.30
        30040 - Civil Engineering Technician                             28.94
        30051 - Cryogenic Technician I                                   26.59
        30052 - Cryogenic Technician II                                  28.76
        30061 - Drafter/CAD Operator I                                   18.25
        30062 - Drafter/CAD Operator II                                  20.41
        30063 - Drafter/CAD Operator III                                 22.77
        30064 - Drafter/CAD Operator IV                                  28.00
        30081 - Engineering Technician I                                 16.06
        30082 - Engineering Technician II                                18.06
        30083 - Engineering Technician III                               20.98
        30084 - Engineering Technician IV                                24.78
        30085 - Engineering Technician V                                 30.31
        30086 - Engineering Technician VI                                36.67
        30090 - Environmental Technician                                 23.52
        30095 - Evidence Control Specialist                              23.52
        30210 - Laboratory Technician                                    21.77
        30221 - Latent Fingerprint Technician I                          25.94
        30222 - Latent Fingerprint Technician II                         28.66
        30240 - Mathematical Technician                                  27.83
        30361 - Paralegal/Legal Assistant I                              19.93
        30362 - Paralegal/Legal Assistant II                             24.70
```

```
30363 - Paralegal/Legal Assistant III                        30.21
30364 - Paralegal/Legal Assistant IV                         35.70
30375 - Petroleum Supply Specialist                          28.76
30390 - Photo-Optics Technician                              26.70
30395 - Radiation Control Technician                         28.66
30461 - Technical Writer I                                   23.84
30462 - Technical Writer II                                  29.16
30463 - Technical Writer III                                 35.28
30491 - Unexploded Ordnance (UXO) Technician I               26.36
30492 - Unexploded Ordnance (UXO) Technician II              31.90
30493 - Unexploded Ordnance (UXO) Technician III             38.23
30494 - Unexploded (UXO) Safety Escort                       26.36
30495 - Unexploded (UXO) Sweep Personnel                     26.36
30501 - Weather Forecaster I                                 26.60
30502 - Weather Forecaster II                                31.68
30620 - Weather Observer Combined Upper Air Or    (see 2)    22.77
Surface Programs
30621 - Weather Observer Senior                   (see 2)    25.30
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                       31.90
31020 - Bus Aide                                             19.42
31030 - Bus Driver                                           24.49
31043 - Driver Courier                                       15.09
31260 - Parking and Lot Attendant                            12.28***
31290 - Shuttle Bus Driver                                   16.53
31310 - Taxi Driver                                          13.66***
31361 - Truckdriver Light                                    16.15
31362 - Truckdriver Medium                                   17.23
31363 - Truckdriver Heavy                                    24.01
31364 - Truckdriver Tractor-Trailer                          24.01
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                              15.55
99030 - Cashier                                              10.69***
99050 - Desk Clerk                                           12.20***
99095 - Embalmer                                             27.76
99130 - Flight Follower                                      26.36
99251 - Laboratory Animal Caretaker I                        14.83***
99252 - Laboratory Animal Caretaker II                       15.87
99260 - Marketing Analyst                                    31.34
99310 - Mortician                                            27.76
99410 - Pest Controller                                      19.63
99510 - Photofinishing Worker                                15.95
99710 - Recycling Laborer                                    21.32
99711 - Recycling Specialist                                 24.55
99730 - Refuse Collector                                     19.71
99810 - Sales Clerk                                          12.44***
99820 - School Crossing Guard                                13.46***
99830 - Survey Party Chief                                   25.49
99831 - Surveying Aide                                       15.19
99832 - Surveying Technician                                 23.17
99840 - Vending Machine Attendant                            14.01***
99841 - Vending Machine Repairer                             16.78
99842 - Vending Machine Repairer Helper                      14.01***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer

professional exemption.  Therefore the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:

   (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

   (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

   (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

   (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining

agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
             THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor        |        WAGE AND HOUR DIVISION
                                                  |         WASHINGTON D.C.  20210
                                                  |
                                                  |
                                                  |
                                                  | Wage Determination No.: 2015-5791
    Daniel W. Simms         Division of           |        Revision No.: 18
    Director          Wage Determinations         | Date Of Last Revision: 03/15/2022
                                                  |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
 _____
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
|                                       |                                         |
|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
 _____
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.
_____

State: Pennsylvania

Area: Pennsylvania Counties of Bucks Chester Montgomery
_____

              **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                            FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                    17.54
    01012 - Accounting Clerk II                                   19.70
    01013   Accounting Clerk III                                  22.03
    01020 - Administrative Assistant                              32.88
    01035 - Court Reporter                                        28.93
    01041 - Customer Service Representative I                     15.39
    01042   Customer Service Representative II                    16.79
    01043 - Customer Service Representative III                   18.86
    01051 - Data Entry Operator I                                 15.95
    01052 - Data Entry Operator II                                17.40
    01060   Dispatcher Motor Vehicle                              19.64
    01070 - Document Preparation Clerk                            17.38
    01090 - Duplicating Machine Operator                         17.38
    01111 - General Clerk I                                       15.38
    01112   General Clerk II                                      16.78
    01113 - General Clerk III                                     18.85
```

```
01120 - Housing Referral Assistant                      24.11
01141 - Messenger Courier                               14.34***
01191   Order Clerk I                                   15.99
01192 - Order Clerk II                                  17.44
01261 - Personnel Assistant (Employment) I              16.85
01262 - Personnel Assistant (Employment) II             18.84
01263   Personnel Assistant (Employment) III            21.00
01270 - Production Control Clerk                         24.18
01290 - Rental Clerk                                     17.08
01300 - Scheduler Maintenance                            19.12
01311   Secretary I                                      19.12
01312 - Secretary II                                     21.84
01313 - Secretary III                                    24.11
01320 - Service Order Dispatcher                         17.55
01410   Supply Technician                                32.88
01420 - Survey Worker                                    18.11
01460 - Switchboard Operator/Receptionist                15.77
01531 - Travel Clerk I                                   17.17
01532   Travel Clerk II                                  18.16
01533 - Travel Clerk III                                 19.39
01611 - Word Processor I                                 15.94
01612 - Word Processor II                                17.89
01613   Word Processor III                               20.03
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass              24.93
05010 - Automotive  Electrician                          22.03
05040   Automotive Glass Installer                       20.34
05070 - Automotive Worker                                21.11
05110 - Mobile Equipment Servicer                        19.63
05130 - Motor Equipment Metal Mechanic                   22.83
05160   Motor Equipment Metal Worker                     21.22
05190 - Motor Vehicle Mechanic                           22.83
05220 - Motor Vehicle Mechanic Helper                    18.71
05250 - Motor Vehicle Upholstery Worker                  20.54
05280   Motor Vehicle Wrecker                            21.22
05310 - Painter Automotive                               22.14
05340 - Radiator Repair Specialist                       21.22
05370 - Tire Repairer                                    14.89***
05400   Transmission Repair Specialist                   23.49
07000 - Food Preparation And Service Occupations
07010 - Baker                                            13.96***
07041 - Cook I                                           17.11
07042   Cook II                                          18.84
07070 - Dishwasher                                       11.41***
07130 - Food Service Worker                              11.88***
07210 - Meat Cutter                                      21.72
07260   Waiter/Waitress                                  11.39***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                      20.52
09040 - Furniture Handler                                19.71
09080   Furniture Refinisher                             25.87
09090 - Furniture Refinisher Helper                      22.09
09110 - Furniture Repairer Minor                         24.02
09130 - Upholsterer                                      23.17
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                 12.81***
11060 - Elevator Operator                                14.42***
11090 - Gardener                                         20.11
11122   Housekeeping Aide                                14.42***
11150 - Janitor                                          14.42***
11210 - Laborer Grounds Maintenance                      16.44
11240 - Maid or Houseman                                 13.48***
11260   Pruner                                           15.18
11270 - Tractor Operator                                 18.94
11330 - Trail Maintenance Worker                         16.44
```

```
    11360 - Window Cleaner                                    15.62
12000 - Health Occupations
    12010   Ambulance Driver                                  19.23
    12011 - Breath Alcohol Technician                         25.00
    12012 - Certified Occupational Therapist Assistant        29.44
    12015 - Certified Physical Therapist Assistant            29.87
    12020   Dental Assistant                                  20.30
    12025 - Dental Hygienist                                  40.58
    12030 - EKG Technician                                    30.31
    12035 - Electroneurodiagnostic Technologist              30.31
    12040   Emergency Medical Technician                      19.23
    12071 - Licensed Practical Nurse I                        22.36
    12072 - Licensed Practical Nurse II                       25.00
    12073 - Licensed Practical Nurse III                      27.87
    12100   Medical Assistant                                 17.42
    12130 - Medical Laboratory Technician                     27.70
    12160 - Medical Record Clerk                              19.70
    12190 - Medical Record Technician                         22.09
    12195   Medical Transcriptionist                          18.00
    12210 - Nuclear Medicine Technologist                     38.60
    12221 - Nursing Assistant I                            12.80***
    12222 - Nursing Assistant II                           14.38***
    12223   Nursing Assistant III                            15.69
    12224 - Nursing Assistant IV                              17.62
    12235 - Optical Dispenser                                 21.62
    12236 - Optical Technician                                18.92
    12250   Pharmacy Technician                               15.59
    12280 - Phlebotomist                                      18.63
    12305 - Radiologic Technologist                           29.47
    12311 - Registered Nurse I                                29.51
    12312   Registered Nurse II                               32.76
    12313 - Registered Nurse II Specialist                    32.76
    12314 - Registered Nurse III                              39.32
    12315 - Registered Nurse III Anesthetist                  39.32
    12316   Registered Nurse IV                               47.11
    12317 - Scheduler (Drug and Alcohol Testing)              30.96
    12320 - Substance Abuse Treatment Counselor               23.73
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                             21.74
    13012 - Exhibits Specialist II                            28.77
    13013 - Exhibits Specialist III                           35.16
    13041 - Illustrator I                                     22.94
    13042   Illustrator II                                    30.61
    13043 - Illustrator III                                   37.43
    13047 - Librarian                                         31.00
    13050 - Library Aide/Clerk                                16.83
    13054   Library Information Technology Systems            27.98
    Administrator
    13058 - Library Technician                                19.39
    13061 - Media Specialist I                                19.99
    13062   Media Specialist II                               22.37
    13063   Media Specialist III                              24.93
    13071 - Photographer I                                    19.31
    13072 - Photographer II                                   21.62
    13073   Photographer III                                  26.78
    13074 - Photographer IV                                   32.76
    13075 - Photographer V                                    39.63
    13090 - Technical Order Library Clerk                     19.88
    13110   Video Teleconference Technician                   23.64
14000 - Information Technology Occupations
    14041 - Computer Operator I                               20.35
    14042 - Computer Operator II                              22.77
    14043   Computer Operator III                             25.37
    14044 - Computer Operator IV                              28.20
    14045 - Computer Operator V                               31.23
```

```
14071 - Computer Programmer I                       (see 1)
14072 - Computer Programmer II                      (see 1)
14073 - Computer Programmer III                     (see 1)
14074 - Computer Programmer IV                      (see 1)
14101 - Computer Systems Analyst I                  (see 1)
14102 - Computer Systems Analyst II                 (see 1)
14103 - Computer Systems Analyst III                (see 1)
14150 - Peripheral Equipment Operator                     20.35
14160 - Personal Computer Support Technician              28.20
14170 - System Support Specialist                         33.55
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)   33.58
15020 - Aircrew Training Devices Instructor (Rated)       40.64
15030 - Air Crew Training Devices Instructor (Pilot)      48.70
15050 - Computer Based Training Specialist / Instructor   33.58
15060 - Educational Technologist                          34.07
15070 - Flight Instructor (Pilot)                         48.70
15080 - Graphic Artist                                    28.17
15085 - Maintenance Test Pilot Fixed Jet/Prop             48.70
15086 - Maintenance Test Pilot Rotary Wing                48.70
15088 - Non-Maintenance Test/Co-Pilot                     48.70
15090 - Technical Instructor                              27.19
15095 - Technical Instructor/Course Developer             33.25
15110 - Test Proctor                                      21.94
15120 - Tutor                                             21.94
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                       13.13***
16030 - Counter Attendant                               13.13***
16040 - Dry Cleaner                                       15.02
16070 - Finisher Flatwork Machine                       13.13***
16090 - Presser Hand                                    13.13***
16110 - Presser Machine Drycleaning                     13.13***
16130 - Presser Machine Shirts                          13.13***
16160 - Presser Machine Wearing Apparel Laundry         13.13***
16190 - Sewing Machine Operator                           15.65
16220 - Tailor                                            16.48
16250 - Washer Machine                                  13.76***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                 25.24
19040 - Tool And Die Maker                                29.17
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                 19.21
21030 - Material Coordinator                              24.18
21040 - Material Expediter                                24.18
21050 - Material Handling Laborer                        14.91***
21071 - Order Filler                                      15.27
21080 - Production Line Worker (Food Processing)          19.21
21110 - Shipping Packer                                   16.81
21130 - Shipping/Receiving Clerk                          16.81
21140 - Store Worker I                                    17.10
21150 - Stock Clerk                                       21.29
21210 - Tools And Parts Attendant                         19.21
21410 - Warehouse Specialist                              19.21
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                       37.42
23019 - Aircraft Logs and Records Technician              32.30
23021 - Aircraft Mechanic I                               36.03
23022 - Aircraft Mechanic II                              37.42
23023 - Aircraft Mechanic III                             38.62
23040 - Aircraft Mechanic Helper                          29.08
23050 - Aircraft Painter                                  34.77
23060 - Aircraft Servicer                                 32.30
23070 - Aircraft Survival Flight Equipment Technician     34.77
23080 - Aircraft Worker                                   33.56
23091 - Aircrew Life Support Equipment (ALSE) Mechanic    33.56
```

```
        I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        36.03
        II
    23110 - Appliance Mechanic                                    22.18
    23120 - Bicycle Repairer                                      18.28
    23125 - Cable Splicer                                         41.54
    23130 - Carpenter Maintenance                                 28.13
    23140 - Carpet Layer                                          26.55
    23160 - Electrician Maintenance                               34.30
    23181 - Electronics Technician Maintenance I                  28.22
    23182 - Electronics Technician Maintenance II                 29.46
    23183 - Electronics Technician Maintenance III                30.59
    23260 - Fabric Worker                                         27.57
    23290 - Fire Alarm System Mechanic                            26.12
    23310 - Fire Extinguisher Repairer                            24.88
    23311 - Fuel Distribution System Mechanic                     29.89
    23312 - Fuel Distribution System Operator                     25.62
    23370 - General Maintenance Worker                            21.92
    23380 - Ground Support Equipment Mechanic                     36.03
    23381 - Ground Support Equipment Servicer                     32.30
    23382 - Ground Support Equipment Worker                       33.56
    23391 - Gunsmith I                                            24.88
    23392 - Gunsmith II                                           27.40
    23393 - Gunsmith III                                          29.70
    23410 - Heating Ventilation And Air-Conditioning              28.06
  Mechanic
    23411 - Heating Ventilation And Air Contidioning              29.19
  Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              27.38
    23440 - Heavy Equipment Operator                              30.61
    23460 - Instrument Mechanic                                   33.00
    23465 - Laboratory/Shelter Mechanic                           28.60
    23470 - Laborer                                               15.83
    23510 - Locksmith                                             32.33
    23530 - Machinery Maintenance Mechanic                        29.09
    23550 - Machinist Maintenance                                 27.78
    23580 - Maintenance Trades Helper                             18.52
    23591 - Metrology Technician I                                33.00
    23592 - Metrology Technician II                               34.29
    23593 - Metrology Technician III                              35.38
    23640 - Millwright                                            30.50
    23710 - Office Appliance Repairer                             23.06
    23760 - Painter Maintenance                                   23.35
    23790 - Pipefitter Maintenance                                30.24
    23810 - Plumber Maintenance                                   28.98
    23820 - Pneudraulic Systems Mechanic                          29.70
    23850 - Rigger                                                28.78
    23870 - Scale Mechanic                                        27.40
    23890 - Sheet-Metal Worker Maintenance                        32.08
    23910 - Small Engine Mechanic                                 19.57
    23931 - Telecommunications Mechanic I                         28.70
    23932 - Telecommunications Mechanic II                        29.85
    23950 - Telephone Lineman                                     40.40
    23960 - Welder Combination Maintenance                        23.14
    23965 - Well Driller                                          29.52
    23970 - Woodcraft Worker                                      29.70
    23980 - Woodworker                                            24.88
  24000 - Personal Needs Occupations
    24550 - Case Manager                                          17.66
    24570 - Child Care Attendant                                  12.00***
    24580 - Child Care Center Clerk                               14.96***
    24610 - Chore Aide                                            12.72***
    24620 - Family Readiness And Support Services                 17.66
  Coordinator
    24630 - Homemaker                                             17.66
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                         31.28
   25040 - Sewage Plant Operator                                 28.06
   25070 - Stationary Engineer                                   31.28
   25190 - Ventilation Equipment Tender                          24.67
   25210 - Water Treatment Plant Operator                        28.06
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                         23.09
   27007 - Baggage Inspector                                     15.06
   27008 - Corrections Officer                                   24.74
   27010 - Court Security Officer                                29.54
   27030 - Detection Dog Handler                                 18.81
   27040 - Detention Officer                                     24.74
   27070 - Firefighter                                           34.48
   27101 - Guard I                                               15.06
   27102 - Guard II                                              18.81
   27131 - Police Officer I                                      37.64
   27132 - Police Officer II                                     41.83
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                           13.11***
   28042 - Carnival Equipment Repairer                           13.93***
   28043 - Carnival Worker                                       10.55***
   28210 - Gate Attendant/Gate Tender                            16.54
   28310 - Lifeguard                                             12.78***
   28350 - Park Attendant (Aide)                                 18.49
   28510 - Recreation Aide/Health Facility Attendant             13.49***
   28515 - Recreation Specialist                                 22.91
   28630 - Sports Official                                       14.72***
   28690 - Swimming Pool Operator                                17.23
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                    28.59
   29020 - Hatch Tender                                          28.59
   29030 - Line Handler                                          28.59
   29041 - Stevedore I                                           27.35
   29042 - Stevedore II                                          29.85
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  43.80
   30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  30.20
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  33.25
   30021 - Archeological Technician I                            20.33
   30022 - Archeological Technician II                           22.75
   30023 - Archeological Technician III                          28.18
   30030 - Cartographic Technician                               28.27
   30040 - Civil Engineering Technician                          26.88
   30051 - Cryogenic Technician I                                31.21
   30052 - Cryogenic Technician II                               31.61
   30061 - Drafter/CAD Operator I                                20.33
   30062 - Drafter/CAD Operator II                               22.75
   30063 - Drafter/CAD Operator III                              25.36
   30064 - Drafter/CAD Operator IV                               31.21
   30081 - Engineering Technician I                              18.23
   30082 - Engineering Technician II                             20.47
   30083 - Engineering Technician III                            23.23
   30084 - Engineering Technician IV                             28.83
   30085 - Engineering Technician V                              35.18
   30086 - Engineering Technician VI                             42.58
   30090 - Environmental Technician                              24.41
   30095 - Evidence Control Specialist                           25.84
   30210 - Laboratory Technician                                 28.46
   30221 - Latent Fingerprint Technician I                       25.81
   30222 - Latent Fingerprint Technician II                      28.52
   30240 - Mathematical Technician                               31.00
   30361 - Paralegal/Legal Assistant I                           21.69
   30362 - Paralegal/Legal Assistant II                          26.86
   30363 - Paralegal/Legal Assistant III                         32.86
```

```
30364 - Paralegal/Legal Assistant IV                          39.75
30375 - Petroleum Supply Specialist                           31.61
30390 - Photo-Optics Technician                               28.18
30395 - Radiation Control Technician                          31.61
30461 - Technical Writer I                                    25.39
30462 - Technical Writer II                                   31.06
30463 - Technical Writer III                                  37.59
30491 - Unexploded Ordnance (UXO) Technician I                27.83
30492 - Unexploded Ordnance (UXO) Technician II               33.67
30493 - Unexploded Ordnance (UXO) Technician III              40.36
30494 - Unexploded (UXO) Safety Escort                        27.83
30495 - Unexploded (UXO) Sweep Personnel                      27.83
30501 - Weather Forecaster I                                  31.21
30502 - Weather Forecaster II                                 37.96
30620 - Weather Observer Combined Upper Air Or    (see 2)     25.36
Surface Programs
30621 - Weather Observer Senior                   (see 2)     28.18
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        33.67
31020 - Bus Aide                                              17.23
31030 - Bus Driver                                            22.21
31043 - Driver Courier                                        18.13
31260 - Parking and Lot Attendant                            12.24***
31290 - Shuttle Bus Driver                                    19.00
31310 - Taxi Driver                                           15.48
31361 - Truckdriver Light                                     19.00
31362 - Truckdriver Medium                                    19.78
31363 - Truckdriver Heavy                                     24.36
31364 - Truckdriver Tractor-Trailer                           24.36
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               16.42
99030 - Cashier                                              11.80***
99050 - Desk Clerk                                           12.64***
99095 - Embalmer                                              37.62
99130 - Flight Follower                                       27.83
99251 - Laboratory Animal Caretaker I                        14.49***
99252 - Laboratory Animal Caretaker II                        15.39
99260 - Marketing Analyst                                     35.04
99310 - Mortician                                             37.62
99410 - Pest Controller                                       19.05
99510 - Photofinishing Worker                                 15.41
99710 - Recycling Laborer                                     22.65
99711 - Recycling Specialist                                  25.58
99730 - Refuse Collector                                      21.26
99810 - Sales Clerk                                          12.57***
99820 - School Crossing Guard                                 15.28
99830 - Survey Party Chief                                    27.42
99831 - Surveying Aide                                        16.28
99832 - Surveying Technician                                  24.06
99840 - Vending Machine Attendant                             16.40
99841 - Vending Machine Repairer                              19.18
99842 - Vending Machine Repairer Helper                       16.40
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
           THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
      By direction of the Secretary of Labor      |      WAGE AND HOUR DIVISION
                                                  |       WASHINGTON D.C.  20210
                                                  |
                                                  |
                                                  |
                                                  | Wage Determination No.: 2015-4225
      Daniel W. Simms          Division of        |      Revision No.: 20
      Director           Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                  |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent   |
|                                      |performing on the contract in 2022.    |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent   |
|                                      |performing on the contract in 2022.    |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Cumberland Dauphin Perry

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                          FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                     15.75
  01012 - Accounting Clerk II                                    17.68
  01013   Accounting Clerk III                                  19.79
  01020 - Administrative Assistant                               29.56
  01035 - Court Reporter                                         26.90
  01041 - Customer Service Representative I                      13.99***
  01042   Customer Service Representative II                     15.51
  01043 - Customer Service Representative III                    17.15
  01051 - Data Entry Operator I                                  15.27
  01052 - Data Entry Operator II                                 16.66
  01060   Dispatcher Motor Vehicle                               21.00
  01070 - Document Preparation Clerk                             16.47
  01090 - Duplicating Machine Operator                          16.47
  01111 - General Clerk I                                        14.46***
  01112   General Clerk II                                       15.78
  01113 - General Clerk III                                      17.72
```

```
01120 - Housing Referral Assistant                        20.19
01141 - Messenger Courier                                 14.92***
01191   Order Clerk I                                     15.72
01192 - Order Clerk II                                    17.94
01261 - Personnel Assistant (Employment) I                17.30
01262 - Personnel Assistant (Employment) II               19.34
01263   Personnel Assistant (Employment) III              21.56
01270 - Production Control Clerk                           23.73
01290 - Rental Clerk                                      12.94***
01300 - Scheduler Maintenance                             16.20
01311   Secretary I                                       16.20
01312 - Secretary II                                      18.11
01313 - Secretary III                                     20.19
01320 - Service Order Dispatcher                          18.78
01410   Supply Technician                                 29.56
01420 - Survey Worker                                     18.66
01460 - Switchboard Operator/Receptionist                 13.74***
01531 - Travel Clerk I                                    14.77***
01532   Travel Clerk II                                   15.47
01533 - Travel Clerk III                                  16.38
01611 - Word Processor I                                  15.00
01612 - Word Processor II                                 16.85
01613   Word Processor III                                18.84
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               21.95
05010 - Automotive  Electrician                           21.21
05040   Automotive Glass Installer                        20.14
05070 - Automotive Worker                                 20.14
05110 - Mobile Equipment Servicer                         18.01
05130 - Motor Equipment Metal Mechanic                    22.25
05160   Motor Equipment Metal Worker                      20.14
05190 - Motor Vehicle Mechanic                            22.25
05220 - Motor Vehicle Mechanic Helper                     16.87
05250 - Motor Vehicle Upholstery Worker                   19.09
05280   Motor Vehicle Wrecker                             20.14
05310 - Painter Automotive                                21.21
05340 - Radiator Repair Specialist                        20.14
05370 - Tire Repairer                                     14.53***
05400   Transmission Repair Specialist                    22.25
07000 - Food Preparation And Service Occupations
07010 - Baker                                             13.23***
07041 - Cook I                                            13.93***
07042   Cook II                                           15.58
07070 - Dishwasher                                        11.38***
07130 - Food Service Worker                               10.29***
07210 - Meat Cutter                                       17.67
07260   Waiter/Waitress                                   10.43***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       20.77
09040 - Furniture Handler                                 15.92
09080   Furniture Refinisher                              20.77
09090 - Furniture Refinisher Helper                       17.32
09110 - Furniture Repairer Minor                          19.04
09130   Upholsterer                                       21.49
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  13.64***
11060 - Elevator Operator                                 13.64***
11090 - Gardener                                          17.32
11122   Housekeeping Aide                                 12.82***
11150 - Janitor                                           12.82***
11210 - Laborer Grounds Maintenance                       14.16***
11240 - Maid or Houseman                                  11.13***
11260   Pruner                                            13.15***
11270 - Tractor Operator                                  16.22
11330 - Trail Maintenance Worker                          14.16***
```

```
      11360 - Window Cleaner                              13.80***
  12000 - Health Occupations
      12010   Ambulance Driver                            18.11
      12011 - Breath Alcohol Technician                   22.38
      12012 - Certified Occupational Therapist Assistant  29.08
      12015 - Certified Physical Therapist Assistant      27.33
      12020   Dental Assistant                            20.42
      12025 - Dental Hygienist                            35.48
      12030 - EKG Technician                              25.78
      12035 - Electroneurodiagnostic Technologist         25.78
      12040   Emergency Medical Technician                18.11
      12071 - Licensed Practical Nurse I                  20.00
      12072 - Licensed Practical Nurse II                 22.38
      12073 - Licensed Practical Nurse III                24.95
      12100   Medical Assistant                           16.39
      12130 - Medical Laboratory Technician               25.07
      12160 - Medical Record Clerk                        18.00
      12190 - Medical Record Technician                   20.49
      12195   Medical Transcriptionist                    19.21
      12210 - Nuclear Medicine Technologist               48.88
      12221 - Nursing Assistant I                         12.24***
      12222 - Nursing Assistant II                        13.75***
      12223   Nursing Assistant III                       15.01
      12224 - Nursing Assistant IV                        16.86
      12235 - Optical Dispenser                           19.38
      12236 - Optical Technician                          18.31
      12250   Pharmacy Technician                         14.61***
      12280 - Phlebotomist                                18.29
      12305 - Radiologic Technologist                     26.23
      12311 - Registered Nurse I                          24.76
      12312   Registered Nurse II                         30.29
      12313 - Registered Nurse II Specialist              30.29
      12314 - Registered Nurse III                        36.66
      12315 - Registered Nurse III Anesthetist            36.66
      12316   Registered Nurse IV                         43.93
      12317 - Scheduler (Drug and Alcohol Testing)        27.63
      12320 - Substance Abuse Treatment Counselor         23.78
  13000 - Information And Arts Occupations
      13011   Exhibits Specialist I                       22.11
      13012 - Exhibits Specialist II                      27.39
      13013 - Exhibits Specialist III                     33.50
      13041 - Illustrator I                               18.66
      13042   Illustrator II                              23.13
      13043 - Illustrator III                             28.30
      13047 - Librarian                                   30.33
      13050 - Library Aide/Clerk                          11.39***
      13054   Library Information Technology Systems       27.39
      Administrator
      13058 - Library Technician                          16.86
      13061 - Media Specialist I                          19.77
      13062   Media Specialist II                         22.11
      13063 - Media Specialist III                        24.64
      13071 - Photographer I                              17.17
      13072 - Photographer II                             19.67
      13073   Photographer III                            23.69
      13074 - Photographer IV                             28.98
      13075 - Photographer V                              35.06
      13090 - Technical Order Library Clerk               14.51***
      13110   Video Teleconference Technician             21.42
  14000 - Information Technology Occupations
      14041 - Computer Operator I                         17.88
      14042 - Computer Operator II                        20.00
      14043   Computer Operator III                       22.31
      14044 - Computer Operator IV                        24.78
      14045 - Computer Operator V                         27.43
```

```
14071 - Computer Programmer I              (see 1)          21.66
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                       17.88
14160 - Personal Computer Support Technician                24.78
14170 - System Support Specialist                           32.64
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)  29.28
   15020 - Aircrew Training Devices Instructor (Rated)      35.42
   15030 - Air Crew Training Devices Instructor (Pilot)     42.46
   15050 - Computer Based Training Specialist / Instructor  29.28
   15060 - Educational Technologist                         37.73
   15070 - Flight Instructor (Pilot)                        42.46
   15080 - Graphic Artist                                   22.03
   15085 - Maintenance Test Pilot Fixed Jet/Prop            42.46
   15086 - Maintenance Test Pilot Rotary Wing               42.46
   15088 - Non-Maintenance Test/Co-Pilot                    42.46
   15090 - Technical Instructor                             25.27
   15095 - Technical Instructor/Course Developer            30.91
   15110 - Test Proctor                                     20.40
   15120 - Tutor                                            20.40
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                        10.55***
   16030 - Counter Attendant                                10.55***
   16040 - Dry Cleaner                                      13.22***
   16070 - Finisher Flatwork Machine                        10.55***
   16090 - Presser Hand                                     10.55***
   16110 - Presser Machine Drycleaning                      10.55***
   16130 - Presser Machine Shirts                           10.55***
   16160 - Presser Machine Wearing Apparel Laundry          10.55***
   16190 - Sewing Machine Operator                          14.13***
   16220 - Tailor                                           15.02
   16250 - Washer Machine                                   11.41***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                23.16
   19040 - Tool And Die Maker                               27.82
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                18.09
   21030 - Material Coordinator                             23.73
   21040 - Material Expediter                               23.73
   21050 - Material Handling Laborer                        15.53
   21071 - Order Filler                                     13.11***
   21080 - Production Line Worker (Food Processing)         18.09
   21110 - Shipping Packer                                  17.22
   21130 - Shipping/Receiving Clerk                         17.22
   21140 - Store Worker I                                   14.44***
   21150 - Stock Clerk                                      18.05
   21210 - Tools And Parts Attendant                        18.09
   21410 - Warehouse Specialist                             18.09
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                      30.02
   23019 - Aircraft Logs and Records Technician             24.60
   23021 - Aircraft Mechanic I                              28.67
   23022 - Aircraft Mechanic II                             30.02
   23023 - Aircraft Mechanic III                            31.40
   23040 - Aircraft Mechanic Helper                         21.77
   23050 - Aircraft Painter                                 27.33
   23060 - Aircraft Servicer                                24.60
   23070 - Aircraft Survival Flight Equipment Technician    27.33
   23080 - Aircraft Worker                                  25.96
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic   25.96
```

```
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic        28.67
II
23110 - Appliance Mechanic                                    26.55
23120 - Bicycle Repairer                                      20.47
23125 - Cable Splicer                                         41.49
23130 - Carpenter Maintenance                                 22.44
23140 - Carpet Layer                                          23.75
23160 - Electrician Maintenance                               27.81
23181 - Electronics Technician Maintenance I                  23.56
23182 - Electronics Technician Maintenance II                 24.81
23183 - Electronics Technician Maintenance III                26.64
23260 - Fabric Worker                                         22.50
23290 - Fire Alarm System Mechanic                            22.05
23310 - Fire Extinguisher Repairer                            21.23
23311 - Fuel Distribution System Mechanic                     29.19
23312 - Fuel Distribution System Operator                     23.63
23370 - General Maintenance Worker                            21.09
23380 - Ground Support Equipment Mechanic                     28.67
23381 - Ground Support Equipment Servicer                     24.60
23382 - Ground Support Equipment Worker                        25.96
23391 - Gunsmith I                                            21.23
23392 - Gunsmith II                                           23.75
23393 - Gunsmith III                                          26.23
23410 - Heating Ventilation And Air-Conditioning             26.56
Mechanic
23411 - Heating Ventilation And Air Contidioning             27.80
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              25.89
23440 - Heavy Equipment Operator                             23.15
23460 - Instrument Mechanic                                   26.23
23465 - Laboratory/Shelter Mechanic                          25.00
23470 - Laborer                                               15.04
23510 - Locksmith                                             21.59
23530 - Machinery Maintenance Mechanic                        24.71
23550 - Machinist Maintenance                                 21.91
23580 - Maintenance Trades Helper                          14.97***
23591 - Metrology Technician I                                26.23
23592 - Metrology Technician II                               27.45
23593 - Metrology Technician III                              28.72
23640 - Millwright                                            26.95
23710 - Office Appliance Repairer                             22.18
23760 - Painter Maintenance                                   22.69
23790 - Pipefitter Maintenance                                25.81
23810 - Plumber Maintenance                                   24.60
23820 - Pneudraulic Systems Mechanic                          26.23
23850 - Rigger                                                26.23
23870 - Scale Mechanic                                        23.75
23890 - Sheet-Metal Worker Maintenance                        28.18
23910 - Small Engine Mechanic                                 23.75
23931 - Telecommunications Mechanic I                         31.19
23932 - Telecommunications Mechanic II                        32.64
23950 - Telephone Lineman                                     31.25
23960 - Welder Combination Maintenance                       23.23
23965 - Well Driller                                          25.92
23970 - Woodcraft Worker                                      26.23
23980 - Woodworker                                            21.23
24000 - Personal Needs Occupations
24550 - Case Manager                                          17.24
24570 - Child Care Attendant                              12.14***
24580 - Child Care Center Clerk                               16.23
24610 - Chore Aide                                        11.80***
24620 - Family Readiness And Support Services                 17.24
Coordinator
24630 - Homemaker                                             17.24
```

```
25000 - Plant And System Operations Occupations
  25010 - Boiler Tender                                        29.07
  25040 - Sewage Plant Operator                                25.28
  25070 - Stationary Engineer                                  29.07
  25190 - Ventilation Equipment Tender                         22.04
  25210 - Water Treatment Plant Operator                       25.28
27000 - Protective Service Occupations
  27004 - Alarm Monitor                                        21.73
  27007 - Baggage Inspector                                    16.31
  27008 - Corrections Officer                                  28.86
  27010 - Court Security Officer                               27.62
  27030 - Detection Dog Handler                                18.24
  27040 - Detention Officer                                    28.86
  27070 - Firefighter                                          26.39
  27101 - Guard I                                              16.31
  27102 - Guard II                                             18.24
  27131 - Police Officer I                                     32.20
  27132 - Police Officer II                                    35.79
28000 - Recreation Occupations
  28041 - Carnival Equipment Operator                          11.32***
  28042 - Carnival Equipment Repairer                          12.09***
  28043 - Carnival Worker                                       9.24***
  28210 - Gate Attendant/Gate Tender                           16.43
  28310 - Lifeguard                                            11.03***
  28350 - Park Attendant (Aide)                                18.39
  28510 - Recreation Aide/Health Facility Attendant            13.42***
  28515 - Recreation Specialist                                22.60
  28630 - Sports Official                                      14.64***
  28690 - Swimming Pool Operator                               18.30
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                   26.46
  29020 - Hatch Tender                                         26.46
  29030 - Line Handler                                         26.46
  29041 - Stevedore I                                          25.08
  29042 - Stevedore II                                         27.86
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.72
  30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   28.08
  30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.92
  30021 - Archeological Technician I                           17.70
  30022 - Archeological Technician II                          19.79
  30023 - Archeological Technician III                         24.52
  30030 - Cartographic Technician                              24.52
  30040 - Civil Engineering Technician                         26.12
  30051 - Cryogenic Technician I                               27.15
  30052 - Cryogenic Technician II                              29.99
  30061 - Drafter/CAD Operator I                               17.70
  30062 - Drafter/CAD Operator II                              19.79
  30063 - Drafter/CAD Operator III                             22.06
  30064 - Drafter/CAD Operator IV                              27.15
  30081 - Engineering Technician I                             15.82
  30082 - Engineering Technician II                            17.77
  30083 - Engineering Technician III                           19.87
  30084 - Engineering Technician IV                            24.61
  30085 - Engineering Technician V                             30.10
  30086 - Engineering Technician VI                            36.43
  30090 - Environmental Technician                             24.75
  30095 - Evidence Control Specialist                          24.52
  30210 - Laboratory Technician                                22.01
  30221 - Latent Fingerprint Technician I                      27.15
  30222 - Latent Fingerprint Technician II                     29.99
  30240 - Mathematical Technician                              26.90
  30361 - Paralegal/Legal Assistant I                          18.96
  30362 - Paralegal/Legal Assistant II                         23.48
  30363 - Paralegal/Legal Assistant III                        28.73
```

```
30364 - Paralegal/Legal Assistant IV                              34.76
30375 - Petroleum Supply Specialist                               29.99
30390 - Photo-Optics Technician                                   24.52
30395 - Radiation Control Technician                              29.99
30461 - Technical Writer I                                        24.87
30462 - Technical Writer II                                       30.41
30463 - Technical Writer III                                      36.80
30491 - Unexploded Ordnance (UXO) Technician I                    25.88
30492 - Unexploded Ordnance (UXO) Technician II                   31.31
30493 - Unexploded Ordnance (UXO) Technician III                  37.53
30494 - Unexploded (UXO) Safety Escort                            25.88
30495 - Unexploded (UXO) Sweep Personnel                          25.88
30501 - Weather Forecaster I                                      27.15
30502 - Weather Forecaster II                                     33.03
30620 - Weather Observer Combined Upper Air Or      (see 2)       22.06
Surface Programs
30621 - Weather Observer Senior                     (see 2)       24.52
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            31.31
31020 - Bus Aide                                                  16.20
31030 - Bus Driver                                                20.97
31043 - Driver Courier                                            15.01
31260 - Parking and Lot Attendant                                 11.31***
31290 - Shuttle Bus Driver                                        15.49
31310 - Taxi Driver                                               13.83***
31361 - Truckdriver Light                                         16.03
31362 - Truckdriver Medium                                        18.05
31363 - Truckdriver Heavy                                         24.03
31364 - Truckdriver Tractor-Trailer                               24.03
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.27
99030 - Cashier                                                   10.64***
99050 - Desk Clerk                                                11.56***
99095 - Embalmer                                                  35.00
99130 - Flight Follower                                           25.88
99251 - Laboratory Animal Caretaker I                             12.44***
99252 - Laboratory Animal Caretaker II                            13.27***
99260 - Marketing Analyst                                         30.06
99310 - Mortician                                                 35.00
99410 - Pest Controller                                           18.63
99510 - Photofinishing Worker                                     14.78***
99710 - Recycling Laborer                                         18.55
99711 - Recycling Specialist                                      21.24
99730 - Refuse Collector                                          17.23
99810 - Sales Clerk                                               12.56***
99820 - School Crossing Guard                                     15.07
99830 - Survey Party Chief                                        27.54
99831 - Surveying Aide                                            18.86
99832 - Surveying Technician                                      24.28
99840 - Vending Machine Attendant                                 18.33
99841 - Vending Machine Repairer                                  21.86
99842 - Vending Machine Repairer Helper                           18.33
```

```
***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.
```

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; and 3 weeks after 8 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate.


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
        "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor       |      WAGE AND HOUR DIVISION
                                             |      WASHINGTON D.C.  20210
                                             |
                                             |
                                             |
                                             | Wage Determination No.: 2015-4233
Daniel W. Simms          Division of         |      Revision No.: 22
Director            Wage Determinations|  Date Of Last Revision: 03/15/2022
                                             |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent   |
|                                      |performing on the contract in 2022.    |
|                                      |                                       |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent   |
|                                      |performing on the contract in 2022.    |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.
_____
State: Pennsylvania

Area: Pennsylvania Counties of Delaware Philadelphia
_____

**Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                        17.54
  01012 - Accounting Clerk II                                       19.70
  01013   Accounting Clerk III                                      22.03
  01020 - Administrative Assistant                                  32.88
  01035 - Court Reporter                                            26.32
  01041 - Customer Service Representative I                         15.39
  01042   Customer Service Representative II                        16.79
  01043 - Customer Service Representative III                       18.86
  01051 - Data Entry Operator I                                     16.23
  01052 - Data Entry Operator II                                    17.71
  01060   Dispatcher Motor Vehicle                                  19.64
  01070 - Document Preparation Clerk                                17.38
  01090 - Duplicating Machine Operator                              17.38
  01111 - General Clerk I                                           15.38
  01112   General Clerk II                                          16.78
  01113 - General Clerk III                                         18.85

```

```
01120 - Housing Referral Assistant                          24.11
01141 - Messenger Courier                                   14.37***
01191   Order Clerk I                                       15.61
01192 - Order Clerk II                                      17.03
01261 - Personnel Assistant (Employment) I                  17.08
01262 - Personnel Assistant (Employment) II                 19.12
01263   Personnel Assistant (Employment) III                21.31
01270 - Production Control Clerk                             25.02
01290 - Rental Clerk                                        16.83
01300 - Scheduler Maintenance                               19.12
01311   Secretary I                                         19.12
01312 - Secretary II                                        21.84
01313 - Secretary III                                       24.11
01320 - Service Order Dispatcher                            17.55
01410   Supply Technician                                   32.88
01420 - Survey Worker                                       18.11
01460 - Switchboard Operator/Receptionist                  15.77
01531 - Travel Clerk I                                      17.17
01532   Travel Clerk II                                     18.16
01533 - Travel Clerk III                                    19.39
01611 - Word Processor I                                    15.94
01612 - Word Processor II                                   17.89
01613   Word Processor III                                  20.03
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 24.93
05010 - Automotive  Electrician                             22.03
05040   Automotive Glass Installer                          20.34
05070 - Automotive Worker                                   21.11
05110 - Mobile Equipment Servicer                           19.63
05130 - Motor Equipment Metal Mechanic                      22.83
05160   Motor Equipment Metal Worker                        21.22
05190 - Motor Vehicle Mechanic                              22.83
05220 - Motor Vehicle Mechanic Helper                       18.71
05250 - Motor Vehicle Upholstery Worker                     20.54
05280   Motor Vehicle Wrecker                               21.22
05310 - Painter Automotive                                  22.14
05340 - Radiator Repair Specialist                          21.22
05370 - Tire Repairer                                       14.89***
05400   Transmission Repair Specialist                      23.49
07000 - Food Preparation And Service Occupations
07010 - Baker                                               14.24***
07041 - Cook I                                              17.11
07042   Cook II                                             18.84
07070 - Dishwasher                                          11.41***
07130 - Food Service Worker                                 11.88***
07210 - Meat Cutter                                         21.72
07260   Waiter/Waitress                                     11.39***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         20.52
09040 - Furniture Handler                                   17.39
09080   Furniture Refinisher                                22.85
09090 - Furniture Refinisher Helper                         19.50
09110 - Furniture Repairer Minor                            21.21
09130 - Upholsterer                                         19.43
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    12.81***
11060 - Elevator Operator                                   14.42***
11090 - Gardener                                            20.11
11122   Housekeeping Aide                                   14.42***
11150 - Janitor                                             14.42***
11210 - Laborer Grounds Maintenance                         16.44
11240 - Maid or Houseman                                    13.48***
11260   Pruner                                              15.18
11270 - Tractor Operator                                    18.94
11330 - Trail Maintenance Worker                            16.44
```

```
   11360 - Window Cleaner                                        15.62
12000 - Health Occupations
   12010   Ambulance Driver                                      19.23
   12011 - Breath Alcohol Technician                             25.00
   12012 - Certified Occupational Therapist Assistant            29.44
   12015 - Certified Physical Therapist Assistant                29.87
   12020   Dental Assistant                                      20.30
   12025 - Dental Hygienist                                      40.58
   12030 - EKG Technician                                        30.31
   12035 - Electroneurodiagnostic Technologist                   30.31
   12040   Emergency Medical Technician                          19.23
   12071 - Licensed Practical Nurse I                            22.36
   12072 - Licensed Practical Nurse II                           25.00
   12073 - Licensed Practical Nurse III                          27.87
   12100   Medical Assistant                                     17.42
   12130 - Medical Laboratory Technician                         27.70
   12160 - Medical Record Clerk                                  19.70
   12190 - Medical Record Technician                             23.51
   12195   Medical Transcriptionist                              20.88
   12210 - Nuclear Medicine Technologist                         42.90
   12221 - Nursing Assistant I                                12.80***
   12222 - Nursing Assistant II                               14.38***
   12223   Nursing Assistant III                                 15.69
   12224 - Nursing Assistant IV                                  17.62
   12235 - Optical Dispenser                                     21.62
   12236 - Optical Technician                                    18.26
   12250   Pharmacy Technician                                   16.15
   12280 - Phlebotomist                                          18.63
   12305 - Radiologic Technologist                               33.08
   12311 - Registered Nurse I                                    29.51
   12312   Registered Nurse II                                   32.76
   12313 - Registered Nurse II Specialist                        32.76
   12314 - Registered Nurse III                                  39.32
   12315 - Registered Nurse III Anesthetist                      39.32
   12316   Registered Nurse IV                                   47.11
   12317 - Scheduler (Drug and Alcohol Testing)                  30.96
   12320 - Substance Abuse Treatment Counselor                   23.73
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                                 21.74
   13012 - Exhibits Specialist II                                28.77
   13013 - Exhibits Specialist III                               35.16
   13041 - Illustrator I                                         22.94
   13042   Illustrator II                                        30.61
   13043 - Illustrator III                                       37.43
   13047 - Librarian                                             31.00
   13050 - Library Aide/Clerk                                    16.83
   13054   Library Information Technology Systems                27.98
   Administrator
   13058 - Library Technician                                    20.33
   13061 - Media Specialist I                                    19.99
   13062   Media Specialist II                                   22.37
   13063 - Media Specialist III                                  24.93
   13071 - Photographer I                                        19.31
   13072 - Photographer II                                       21.62
   13073   Photographer III                                      26.78
   13074 - Photographer IV                                       32.76
   13075 - Photographer V                                        39.63
   13090 - Technical Order Library Clerk                         16.46
   13110   Video Teleconference Technician                       23.34
14000 - Information Technology Occupations
   14041 - Computer Operator I                                   20.35
   14042 - Computer Operator II                                  22.77
   14043   Computer Operator III                                 25.37
   14044 - Computer Operator IV                                  28.20
   14045 - Computer Operator V                                   31.23
```

```
14071 - Computer Programmer I                           (see 1)
14072 - Computer Programmer II                          (see 1)
14073 - Computer Programmer III                         (see 1)
14074 - Computer Programmer IV                          (see 1)
14101 - Computer Systems Analyst I                      (see 1)
14102 - Computer Systems Analyst II                     (see 1)
14103 - Computer Systems Analyst III                    (see 1)
14150 - Peripheral Equipment Operator                     20.35
14160 - Personal Computer Support Technician              28.20
14170 - System Support Specialist                         33.55
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)   33.58
15020 - Aircrew Training Devices Instructor (Rated)       40.64
15030 - Air Crew Training Devices Instructor (Pilot)      48.70
15050 - Computer Based Training Specialist / Instructor   33.58
15060 - Educational Technologist                          34.07
15070 - Flight Instructor (Pilot)                         48.70
15080 - Graphic Artist                                    29.40
15085 - Maintenance Test Pilot Fixed Jet/Prop             48.70
15086 - Maintenance Test Pilot Rotary Wing                48.70
15088 - Non-Maintenance Test/Co-Pilot                     48.70
15090 - Technical Instructor                              27.19
15095 - Technical Instructor/Course Developer             33.25
15110 - Test Proctor                                      21.94
15120 - Tutor                                             21.94
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                      13.13***
16030 - Counter Attendant                              13.13***
16040 - Dry Cleaner                                       15.02
16070 - Finisher Flatwork Machine                      13.13***
16090 - Presser Hand                                   13.13***
16110 - Presser Machine Drycleaning                    13.13***
16130 - Presser Machine Shirts                         13.13***
16160 - Presser Machine Wearing Apparel Laundry        13.13***
16190 - Sewing Machine Operator                           15.65
16220 - Tailor                                            16.48
16250 - Washer Machine                                 13.76***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                 26.94
19040 - Tool And Die Maker                                30.94
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                 20.77
21030 - Material Coordinator                              25.02
21040 - Material Expediter                                25.02
21050 - Material Handling Laborer                      14.91***
21071 - Order Filler                                      15.27
21080 - Production Line Worker (Food Processing)          20.77
21110 - Shipping Packer                                   16.83
21130 - Shipping/Receiving Clerk                          16.83
21140 - Store Worker I                                    17.10
21150 - Stock Clerk                                       21.29
21210 - Tools And Parts Attendant                         20.77
21410 - Warehouse Specialist                              20.77
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                       38.35
23019 - Aircraft Logs and Records Technician              32.54
23021 - Aircraft Mechanic I                               36.87
23022 - Aircraft Mechanic II                              38.35
23023 - Aircraft Mechanic III                             39.71
23040 - Aircraft Mechanic Helper                          29.08
23050 - Aircraft Painter                                  35.51
23060 - Aircraft Servicer                                 32.54
23070 - Aircraft Survival Flight Equipment Technician     35.51
23080 - Aircraft Worker                                   34.01
23091 - Aircrew Life Support Equipment (ALSE) Mechanic    34.01
```

```
I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic          36.87
II
   23110 - Appliance Mechanic                                      22.18
   23120 - Bicycle Repairer                                        17.74
   23125 - Cable Splicer                                           41.54
   23130 - Carpenter Maintenance                                   28.93
   23140 - Carpet Layer                                            27.91
   23160 - Electrician Maintenance                                 34.30
   23181 - Electronics Technician Maintenance I                    28.22
   23182 - Electronics Technician Maintenance II                   29.46
   23183 - Electronics Technician Maintenance III                  30.59
   23260 - Fabric Worker                                           27.57
   23290 - Fire Alarm System Mechanic                              25.95
   23310 - Fire Extinguisher Repairer                              24.88
   23311 - Fuel Distribution System Mechanic                       29.96
   23312 - Fuel Distribution System Operator                       25.62
   23370 - General Maintenance Worker                              21.92
   23380 - Ground Support Equipment Mechanic                       36.87
   23381 - Ground Support Equipment Servicer                       32.54
   23382 - Ground Support Equipment Worker                         34.01
   23391 - Gunsmith I                                              24.88
   23392 - Gunsmith II                                             27.40
   23393 - Gunsmith III                                            29.70
   23410 - Heating Ventilation And Air-Conditioning                28.06
Mechanic
   23411 - Heating Ventilation And Air Contidioning                29.19
Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                                28.20
   23440 - Heavy Equipment Operator                                30.61
   23460 - Instrument Mechanic                                     33.77
   23465 - Laboratory/Shelter Mechanic                             28.60
   23470 - Laborer                                                 15.83
   23510 - Locksmith                                               32.33
   23530 - Machinery Maintenance Mechanic                          29.09
   23550 - Machinist Maintenance                                   27.78
   23580 - Maintenance Trades Helper                               18.52
   23591 - Metrology Technician I                                  33.77
   23592 - Metrology Technician II                                 35.09
   23593 - Metrology Technician III                                36.20
   23640 - Millwright                                              29.50
   23710 - Office Appliance Repairer                               23.06
   23760 - Painter Maintenance                                     24.82
   23790 - Pipefitter Maintenance                                  31.52
   23810 - Plumber Maintenance                                     30.44
   23820 - Pneudraulic Systems Mechanic                            29.70
   23850 - Rigger                                                  28.78
   23870 - Scale Mechanic                                          27.40
   23890 - Sheet-Metal Worker Maintenance                          32.29
   23910 - Small Engine Mechanic                                   21.81
   23931 - Telecommunications Mechanic I                           28.70
   23932 - Telecommunications Mechanic II                          29.85
   23950 - Telephone Lineman                                       40.40
   23960 - Welder Combination Maintenance                          24.14
   23965 - Well Driller                                            29.52
   23970 - Woodcraft Worker                                        29.70
   23980 - Woodworker                                              24.88
24000 - Personal Needs Occupations
   24550 - Case Manager                                            17.66
   24570 - Child Care Attendant                                 12.00***
   24580 - Child Care Center Clerk                              14.96***
   24610 - Chore Aide                                           12.72***
   24620 - Family Readiness And Support Services                   17.66
Coordinator
   24630 - Homemaker                                               17.66
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                         31.28
    25040 - Sewage Plant Operator                                 28.06
    25070 - Stationary Engineer                                   31.28
    25190 - Ventilation Equipment Tender                          24.67
    25210 - Water Treatment Plant Operator                        28.06
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                         23.09
    27007 - Baggage Inspector                                     15.06
    27008 - Corrections Officer                                   24.59
    27010 - Court Security Officer                                29.54
    27030 - Detection Dog Handler                                 18.81
    27040 - Detention Officer                                     24.59
    27070 - Firefighter                                           34.48
    27101 - Guard I                                               15.06
    27102 - Guard II                                              18.81
    27131 - Police Officer I                                      32.97
    27132 - Police Officer II                                     36.64
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                           13.11***
    28042 - Carnival Equipment Repairer                           13.93***
    28043 - Carnival Worker                                       10.55***
    28210 - Gate Attendant/Gate Tender                            17.99
    28310 - Lifeguard                                             12.78***
    28350 - Park Attendant (Aide)                                 20.13
    28510 - Recreation Aide/Health Facility Attendant             14.69***
    28515 - Recreation Specialist                                 24.93
    28630 - Sports Official                                       16.03
    28690 - Swimming Pool Operator                                17.23
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                    28.59
    29020 - Hatch Tender                                          28.59
    29030 - Line Handler                                          28.59
    29041 - Stevedore I                                           27.35
    29042 - Stevedore II                                          29.85
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2) 43.80
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2) 30.20
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 33.25
    30021 - Archeological Technician I                            20.33
    30022 - Archeological Technician II                           22.75
    30023 - Archeological Technician III                          28.18
    30030 - Cartographic Technician                               28.27
    30040 - Civil Engineering Technician                          26.93
    30051 - Cryogenic Technician I                                28.62
    30052 - Cryogenic Technician II                               31.61
    30061 - Drafter/CAD Operator I                                20.33
    30062 - Drafter/CAD Operator II                               22.75
    30063 - Drafter/CAD Operator III                              25.36
    30064 - Drafter/CAD Operator IV                               31.21
    30081 - Engineering Technician I                              18.23
    30082 - Engineering Technician II                             20.47
    30083 - Engineering Technician III                            23.23
    30084 - Engineering Technician IV                             28.83
    30085 - Engineering Technician V                              35.18
    30086 - Engineering Technician VI                             42.58
    30090 - Environmental Technician                              26.00
    30095 - Evidence Control Specialist                           25.84
    30210 - Laboratory Technician                                 28.46
    30221 - Latent Fingerprint Technician I                       27.28
    30222 - Latent Fingerprint Technician II                      30.14
    30240 - Mathematical Technician                               31.00
    30361 - Paralegal/Legal Assistant I                           21.69
    30362 - Paralegal/Legal Assistant II                          26.86
    30363 - Paralegal/Legal Assistant III                         32.86
```

```
30364 - Paralegal/Legal Assistant IV                           39.75
30375 - Petroleum Supply Specialist                            31.61
30390 - Photo-Optics Technician                                28.18
30395 - Radiation Control Technician                           31.61
30461 - Technical Writer I                                     27.52
30462 - Technical Writer II                                    33.68
30463 - Technical Writer III                                   40.74
30491 - Unexploded Ordnance (UXO) Technician I                 27.83
30492 - Unexploded Ordnance (UXO) Technician II                33.67
30493 - Unexploded Ordnance (UXO) Technician III               40.36
30494 - Unexploded (UXO) Safety Escort                         27.83
30495 - Unexploded (UXO) Sweep Personnel                       27.83
30501 - Weather Forecaster I                                   30.11
30502 - Weather Forecaster II                                  34.82
30620 - Weather Observer Combined Upper Air Or      (see 2)    25.36
Surface Programs
30621 - Weather Observer Senior                     (see 2)    28.18
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                         33.67
31020 - Bus Aide                                               17.23
31030 - Bus Driver                                             22.21
31043 - Driver Courier                                         18.13
31260 - Parking and Lot Attendant                             12.24***
31290 - Shuttle Bus Driver                                     19.00
31310 - Taxi Driver                                            15.48
31361 - Truckdriver Light                                      19.00
31362 - Truckdriver Medium                                     19.78
31363 - Truckdriver Heavy                                      24.36
31364 - Truckdriver Tractor-Trailer                            24.36
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                16.42
99030 - Cashier                                               11.80***
99050 - Desk Clerk                                            13.24***
99095 - Embalmer                                               34.20
99130 - Flight Follower                                        27.83
99251 - Laboratory Animal Caretaker I                         14.49***
99252 - Laboratory Animal Caretaker II                         15.39
99260 - Marketing Analyst                                      35.04
99310 - Mortician                                              34.20
99410 - Pest Controller                                        19.05
99510 - Photofinishing Worker                                  15.41
99710 - Recycling Laborer                                      22.00
99711 - Recycling Specialist                                   25.27
99730 - Refuse Collector                                       20.31
99810 - Sales Clerk                                           12.57***
99820 - School Crossing Guard                                 14.17***
99830 - Survey Party Chief                                     27.04
99831 - Surveying Aide                                         16.04
99832 - Surveying Technician                                   23.70
99840 - Vending Machine Attendant                              16.40
99841 - Vending Machine Repairer                               19.18
99842 - Vending Machine Repairer Helper                        16.40
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
       "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT               |  EMPLOYMENT STANDARDS ADMINISTRATION
 By direction of the Secretary of Labor        |       WAGE AND HOUR DIVISION
                                               |       WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               | Wage Determination No.: 2015-4223
 Daniel W. Simms         Division of           |       Revision No.: 19
 Director             Wage Determinations      | Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

_____

State: Pennsylvania

Area: Pennsylvania County of Erie

_____

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                          FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                   14.66***
    01012 - Accounting Clerk II                                  16.92
    01013   Accounting Clerk III                                 20.33
    01020 - Administrative Assistant                             23.01
    01035 - Court Reporter                                       18.83
    01041 - Customer Service Representative I                    13.46***
    01042   Customer Service Representative II                   15.14
    01043 - Customer Service Representative III                  16.52
    01051 - Data Entry Operator I                                17.35
    01052 - Data Entry Operator II                               18.93
    01060   Dispatcher Motor Vehicle                             21.10
    01070 - Document Preparation Clerk                           14.99***
    01090 - Duplicating Machine Operator                         14.99***
    01111 - General Clerk I                                      13.26***
    01112   General Clerk II                                     14.59***
    01113 - General Clerk III                                    16.37

```
01120 - Housing Referral Assistant                              20.99
01141 - Messenger Courier                                       11.75***
01191   Order Clerk I                                           14.71***
01192 - Order Clerk II                                          16.05
01261 - Personnel Assistant (Employment) I                      16.51
01262 - Personnel Assistant (Employment) II                     18.46
01263   Personnel Assistant (Employment) III                    20.58
01270 - Production Control Clerk                                 23.87
01290 - Rental Clerk                                            15.53
01300 - Scheduler Maintenance                                  16.84
01311   Secretary I                                            16.84
01312 - Secretary II                                           18.83
01313 - Secretary III                                          20.99
01320 - Service Order Dispatcher                               19.76
01410   Supply Technician                                      23.01
01420 - Survey Worker                                          18.09
01460 - Switchboard Operator/Receptionist                      11.91***
01531 - Travel Clerk I                                          14.48***
01532   Travel Clerk II                                        15.00
01533 - Travel Clerk III                                        16.13
01611 - Word Processor I                                        14.55***
01612 - Word Processor II                                       16.35
01613   Word Processor III                                      18.28
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                    21.34
05010 - Automotive  Electrician                                17.78
05040   Automotive Glass Installer                             17.10
05070 - Automotive Worker                                      17.10
05110 - Mobile Equipment Servicer                              15.85
05130 - Motor Equipment Metal Mechanic                         18.70
05160   Motor Equipment Metal Worker                           17.10
05190 - Motor Vehicle Mechanic                                 18.70
05220 - Motor Vehicle Mechanic Helper                          15.23
05250 - Motor Vehicle Upholstery Worker                        16.47
05280   Motor Vehicle Wrecker                                  17.10
05310 - Painter Automotive                                     19.03
05340 - Radiator Repair Specialist                             17.10
05370 - Tire Repairer                                          16.34
05400   Transmission Repair Specialist                         18.70
07000 - Food Preparation And Service Occupations
07010 - Baker                                                  14.84***
07041 - Cook I                                                 14.27***
07042   Cook II                                                16.21
07070 - Dishwasher                                             9.33***
07130 - Food Service Worker                                    11.24***
07210 - Meat Cutter                                            16.86
07260   Waiter/Waitress                                        10.92***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                            19.62
09040 - Furniture Handler                                      13.88***
09080   Furniture Refinisher                                   19.75
09090 - Furniture Refinisher Helper                            15.34
09110 - Furniture Repairer Minor                               17.62
09130 - Upholsterer                                            19.62
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                       13.87***
11060 - Elevator Operator                                      14.97***
11090 - Gardener                                               16.57
11122   Housekeeping Aide                                      13.61***
11150 - Janitor                                                13.61***
11210 - Laborer Grounds Maintenance                            13.42***
11240 - Maid or Houseman                                       11.50***
11260   Pruner                                                 12.96***
11270 - Tractor Operator                                       15.41
11330 - Trail Maintenance Worker                               13.42***
```

```
      11360 - Window Cleaner                                    13.78***
   12000 - Health Occupations
      12010   Ambulance Driver                                  18.19
      12011 - Breath Alcohol Technician                         17.93
      12012 - Certified Occupational Therapist Assistant        26.01
      12015 - Certified Physical Therapist Assistant            27.31
      12020   Dental Assistant                                  16.72
      12025 - Dental Hygienist                                  31.48
      12030 - EKG Technician                                    27.16
      12035 - Electroneurodiagnostic Technologist               27.16
      12040   Emergency Medical Technician                      18.19
      12071 - Licensed Practical Nurse I                        16.03
      12072 - Licensed Practical Nurse II                       17.93
      12073 - Licensed Practical Nurse III                      19.98
      12100   Medical Assistant                                 14.43***
      12130 - Medical Laboratory Technician                     24.51
      12160 - Medical Record Clerk                              15.96
      12190 - Medical Record Technician                         18.06
      12195   Medical Transcriptionist                          16.03
      12210 - Nuclear Medicine Technologist                     39.39
      12221 - Nursing Assistant I                               11.96***
      12222 - Nursing Assistant II                              13.44***
      12223   Nursing Assistant III                             14.67***
      12224 - Nursing Assistant IV                              16.48
      12235 - Optical Dispenser                                 15.20
      12236 - Optical Technician                                16.03
      12250   Pharmacy Technician                               13.92***
      12280 - Phlebotomist                                      16.62
      12305 - Radiologic Technologist                           23.00
      12311 - Registered Nurse I                                23.96
      12312   Registered Nurse II                               29.31
      12313 - Registered Nurse II Specialist                    29.31
      12314 - Registered Nurse III                              35.47
      12315 - Registered Nurse III Anesthetist                  35.47
      12316   Registered Nurse IV                               42.50
      12317 - Scheduler (Drug and Alcohol Testing)              22.53
      12320 - Substance Abuse Treatment Counselor               20.32
   13000 - Information And Arts Occupations
      13011   Exhibits Specialist I                             21.25
      13012 - Exhibits Specialist II                            27.77
      13013 - Exhibits Specialist III                           30.02
      13041 - Illustrator I                                     19.81
      13042   Illustrator II                                    24.54
      13043 - Illustrator III                                   30.02
      13047 - Librarian                                         27.18
      13050 - Library Aide/Clerk                                14.01***
      13054   Library Information Technology Systems            24.54
   Administrator
      13058 - Library Technician                                17.67
      13061 - Media Specialist I                                17.71
      13062   Media Specialist II                               19.81
      13063 - Media Specialist III                              22.09
      13071 - Photographer I                                    15.80
      13072 - Photographer II                                   19.15
      13073   Photographer III                                  23.66
      13074 - Photographer IV                                   27.64
      13075 - Photographer V                                    33.42
      13090 - Technical Order Library Clerk                     18.83
      13110   Video Teleconference Technician                   18.55
   14000 - Information Technology Occupations
      14041 - Computer Operator I                               17.49
      14042 - Computer Operator II                              19.57
      14043   Computer Operator III                             21.82
      14044 - Computer Operator IV                              24.26
      14045 - Computer Operator V                               26.85
```

```
       14071 - Computer Programmer I              (see 1)          22.35
       14072 - Computer Programmer II             (see 1)
       14073 - Computer Programmer III            (see 1)
       14074 - Computer Programmer IV             (see 1)
       14101 - Computer Systems Analyst I         (see 1)
       14102 - Computer Systems Analyst II        (see 1)
       14103 - Computer Systems Analyst III       (see 1)
       14150 - Peripheral Equipment Operator                       17.49
       14160 - Personal Computer Support Technician                24.26
       14170 - System Support Specialist                           30.87
   15000 - Instructional Occupations
       15010 - Aircrew Training Devices Instructor (Non-Rated)     29.58
       15020 - Aircrew Training Devices Instructor (Rated)         35.80
       15030 - Air Crew Training Devices Instructor (Pilot)        42.90
       15050 - Computer Based Training Specialist / Instructor     29.58
       15060 - Educational Technologist                            29.84
       15070 - Flight Instructor (Pilot)                           42.90
       15080 - Graphic Artist                                      24.88
       15085 - Maintenance Test Pilot Fixed Jet/Prop               42.69
       15086 - Maintenance Test Pilot Rotary Wing                  42.69
       15088 - Non-Maintenance Test/Co-Pilot                       42.69
       15090 - Technical Instructor                                21.35
       15095 - Technical Instructor/Course Developer               26.11
       15110 - Test Proctor                                        17.73
       15120 - Tutor                                               19.43
   16000 - Laundry Dry-Cleaning Pressing And Related Occupations
       16010 - Assembler                                        13.52***
       16030 - Counter Attendant                                13.52***
       16040 - Dry Cleaner                                         15.62
       16070 - Finisher Flatwork Machine                        13.52***
       16090 - Presser Hand                                     13.52***
       16110 - Presser Machine Drycleaning                      13.52***
       16130 - Presser Machine Shirts                           13.52***
       16160 - Presser Machine Wearing Apparel Laundry          13.52***
       16190 - Sewing Machine Operator                             16.27
       16220 - Tailor                                              16.92
       16250 - Washer Machine                                   14.32***
   19000 - Machine Tool Operation And Repair Occupations
       19010 - Machine-Tool Operator (Tool Room)                   19.97
       19040 - Tool And Die Maker                                  23.75
   21000 - Materials Handling And Packing Occupations
       21020 - Forklift Operator                                   17.93
       21030 - Material Coordinator                                23.87
       21040 - Material Expediter                                  23.87
       21050 - Material Handling Laborer                           18.10
       21071 - Order Filler                                        15.28
       21080 - Production Line Worker (Food Processing)            17.93
       21110 - Shipping Packer                                     16.46
       21130 - Shipping/Receiving Clerk                            16.46
       21140 - Store Worker I                                      15.30
       21150 - Stock Clerk                                         19.39
       21210 - Tools And Parts Attendant                          17.93
       21410 - Warehouse Specialist                                17.93
   23000 - Mechanics And Maintenance And Repair Occupations
       23010 - Aerospace Structural Welder                         25.40
       23019 - Aircraft Logs and Records Technician                20.88
       23021 - Aircraft Mechanic I                                 24.41
       23022 - Aircraft Mechanic II                                25.40
       23023 - Aircraft Mechanic III                               26.62
       23040 - Aircraft Mechanic Helper                            18.18
       23050 - Aircraft Painter                                    23.33
       23060 - Aircraft Servicer                                   20.88
       23070 - Aircraft Survival Flight Equipment Technician       23.33
       23080 - Aircraft Worker                                     22.12
       23091 - Aircrew Life Support Equipment (ALSE) Mechanic      22.12
```

```
I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic          24.41
II
   23110 - Appliance Mechanic                                      23.33
   23120 - Bicycle Repairer                                        19.51
   23125 - Cable Splicer                                           26.97
   23130 - Carpenter Maintenance                                   22.23
   23140 - Carpet Layer                                            22.12
   23160 - Electrician Maintenance                                 31.38
   23181 - Electronics Technician Maintenance I                    22.12
   23182 - Electronics Technician Maintenance II                   23.33
   23183 - Electronics Technician Maintenance III                  24.60
   23260 - Fabric Worker                                           20.88
   23290 - Fire Alarm System Mechanic                              24.41
   23310 - Fire Extinguisher Repairer                              19.51
   23311 - Fuel Distribution System Mechanic                       29.87
   23312 - Fuel Distribution System Operator                       22.37
   23370 - General Maintenance Worker                              17.81
   23380 - Ground Support Equipment Mechanic                       24.41
   23381 - Ground Support Equipment Servicer                       20.88
   23382 - Ground Support Equipment Worker                         22.12
   23391 - Gunsmith I                                              19.51
   23392 - Gunsmith II                                             22.12
   23393 - Gunsmith III                                            24.41
   23410 - Heating Ventilation And Air-Conditioning                27.07
Mechanic
   23411 - Heating Ventilation And Air Contidioning                28.20
Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                                24.67
   23440 - Heavy Equipment Operator                                23.41
   23460 - Instrument Mechanic                                     24.41
   23465 - Laboratory/Shelter Mechanic                             23.33
   23470 - Laborer                                                 14.78***
   23510 - Locksmith                                               23.33
   23530 - Machinery Maintenance Mechanic                          25.01
   23550 - Machinist Maintenance                                   20.25
   23580 - Maintenance Trades Helper                               18.07
   23591 - Metrology Technician I                                  24.41
   23592 - Metrology Technician II                                 25.41
   23593 - Metrology Technician III                                26.62
   23640 - Millwright                                              25.25
   23710 - Office Appliance Repairer                               22.10
   23760 - Painter Maintenance                                     19.35
   23790 - Pipefitter Maintenance                                  36.09
   23810 - Plumber Maintenance                                     32.59
   23820 - Pneudraulic Systems Mechanic                            24.41
   23850 - Rigger                                                  24.41
   23870 - Scale Mechanic                                          22.12
   23890 - Sheet-Metal Worker Maintenance                          25.78
   23910 - Small Engine Mechanic                                   17.11
   23931 - Telecommunications Mechanic I                           24.45
   23932 - Telecommunications Mechanic II                          25.32
   23950 - Telephone Lineman                                       27.54
   23960 - Welder Combination Maintenance                          20.67
   23965 - Well Driller                                            24.41
   23970 - Woodcraft Worker                                        24.41
   23980 - Woodworker                                              19.51
24000 - Personal Needs Occupations
   24550 - Case Manager                                            16.50
   24570 - Child Care Attendant                                    10.71***
   24580 - Child Care Center Clerk                                 12.98***
   24610 - Chore Aide                                              12.07***
   24620 - Family Readiness And Support Services                   16.50
Coordinator
   24630 - Homemaker                                               16.50
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                           30.24
    25040 - Sewage Plant Operator                                   25.20
    25070 - Stationary Engineer                                     30.24
    25190 - Ventilation Equipment Tender                            21.53
    25210 - Water Treatment Plant Operator                          25.20
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                           18.92
    27007 - Baggage Inspector                                    13.48***
    27008 - Corrections Officer                                     25.40
    27010 - Court Security Officer                                  30.86
    27030 - Detection Dog Handler                                   15.07
    27040 - Detention Officer                                       25.40
    27070 - Firefighter                                             36.56
    27101 - Guard I                                              13.48***
    27102 - Guard II                                               15.07
    27131 - Police Officer I                                        33.92
    27132 - Police Officer II                                       37.69
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                          11.54***
    28042 - Carnival Equipment Repairer                          12.40***
    28043 - Carnival Worker                                       9.24***
    28210 - Gate Attendant/Gate Tender                           14.84***
    28310 - Lifeguard                                            12.03***
    28350 - Park Attendant (Aide)                                   16.60
    28510 - Recreation Aide/Health Facility Attendant            12.11***
    28515 - Recreation Specialist                                   20.46
    28630 - Sports Official                                      13.22***
    28690 - Swimming Pool Operator                                  18.27
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                      21.51
    29020 - Hatch Tender                                            21.51
    29030 - Line Handler                                            21.51
    29041 - Stevedore I                                             20.33
    29042 - Stevedore II                                            22.51
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)    27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
    30021 - Archeological Technician I                              18.25
    30022 - Archeological Technician II                             20.41
    30023 - Archeological Technician III                            24.87
    30030 - Cartographic Technician                                 25.30
    30040 - Civil Engineering Technician                            27.77
    30051 - Cryogenic Technician I                                  28.00
    30052 - Cryogenic Technician II                                 30.93
    30061 - Drafter/CAD Operator I                                  18.25
    30062 - Drafter/CAD Operator II                                 20.41
    30063 - Drafter/CAD Operator III                                22.77
    30064 - Drafter/CAD Operator IV                                 28.00
    30081 - Engineering Technician I                                16.06
    30082 - Engineering Technician II                               18.06
    30083 - Engineering Technician III                              20.98
    30084 - Engineering Technician IV                               24.78
    30085 - Engineering Technician V                                30.31
    30086 - Engineering Technician VI                               36.67
    30090 - Environmental Technician                                23.95
    30095 - Evidence Control Specialist                             23.95
    30210 - Laboratory Technician                                   23.32
    30221 - Latent Fingerprint Technician I                         28.00
    30222 - Latent Fingerprint Technician II                        30.93
    30240 - Mathematical Technician                                 25.30
    30361 - Paralegal/Legal Assistant I                             19.93
    30362 - Paralegal/Legal Assistant II                            24.70
    30363 - Paralegal/Legal Assistant III                           30.21
```

```
30364 - Paralegal/Legal Assistant IV                                 34.71
30375 - Petroleum Supply Specialist                                  29.30
30390 - Photo-Optics Technician                                      26.70
30395 - Radiation Control Technician                                 29.30
30461 - Technical Writer I                                           24.57
30462 - Technical Writer II                                          30.06
30463 - Technical Writer III                                         36.37
30491 - Unexploded Ordnance (UXO) Technician I                       25.60
30492 - Unexploded Ordnance (UXO) Technician II                      30.98
30493 - Unexploded Ordnance (UXO) Technician III                     37.13
30494 - Unexploded (UXO) Safety Escort                               25.60
30495 - Unexploded (UXO) Sweep Personnel                             25.60
30501 - Weather Forecaster I                                         28.00
30502 - Weather Forecaster II                                        34.06
30620 - Weather Observer Combined Upper Air Or       (see 2)         22.77
Surface Programs
30621 - Weather Observer Senior                      (see 2)         25.30
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                               30.98
31020 - Bus Aide                                                     14.71***
31030 - Bus Driver                                                   19.12
31043 - Driver Courier                                               13.74***
31260 - Parking and Lot Attendant                                    11.56***
31290 - Shuttle Bus Driver                                           14.69***
31310 - Taxi Driver                                                  14.14***
31361 - Truckdriver Light                                            14.69***
31362 - Truckdriver Medium                                           17.70
31363 - Truckdriver Heavy                                            22.21
31364 - Truckdriver Tractor-Trailer                                  22.21
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                      15.10
99030 - Cashier                                                       9.94***
99050 - Desk Clerk                                                   10.32***
99095 - Embalmer                                                     27.76
99130 - Flight Follower                                              25.60
99251 - Laboratory Animal Caretaker I                                16.26
99252 - Laboratory Animal Caretaker II                               17.33
99260 - Marketing Analyst                                            25.83
99310 - Mortician                                                    27.76
99410 - Pest Controller                                              23.88
99510 - Photofinishing Worker                                        13.45***
99710 - Recycling Laborer                                            19.86
99711 - Recycling Specialist                                         22.88
99730 - Refuse Collector                                             18.35
99810 - Sales Clerk                                                  12.12***
99820 - School Crossing Guard                                        16.52
99830 - Survey Party Chief                                           22.81
99831 - Surveying Aide                                               13.58***
99832 - Surveying Technician                                         20.72
99840 - Vending Machine Attendant                                    20.78
99841 - Vending Machine Repairer                                     25.37
99842 - Vending Machine Repairer Helper                              20.78
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
           "REGISTER OF WAGE DETERMINATIONS UNDER   |        U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT                |   EMPLOYMENT STANDARDS ADMINISTRATION
      By direction of the Secretary of Labor        |        WAGE AND HOUR DIVISION
                                                    |        WASHINGTON D.C.  20210
                                                    |
                                                    |
                                                    |
                                                    |
     Daniel W. Simms         Division of            | Wage Determination No.: 2015-4239
     Director            Wage Determinations        |      Revision No.: 18
                                                    | Date Of Last Revision: 03/15/2022
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Lackawanna Luzerne Wyoming

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                       15.09
   01012 - Accounting Clerk II                                      16.95
   01013   Accounting Clerk III                                     18.95
   01020 - Administrative Assistant                                 25.86
   01035 - Court Reporter                                           19.92
   01041 - Customer Service Representative I                        13.73***
   01042   Customer Service Representative II                       14.98***
   01043 - Customer Service Representative III                      16.83
   01051 - Data Entry Operator I                                    13.94***
   01052 - Data Entry Operator II                                   15.21
   01060   Dispatcher Motor Vehicle                                 20.75
   01070 - Document Preparation Clerk                               14.82***
   01090 - Duplicating Machine Operator                            14.82***
   01111 - General Clerk I                                          13.54***
   01112   General Clerk II                                         14.78***
   01113 - General Clerk III                                        16.60
```

```
01120 - Housing Referral Assistant                    20.78
01141 - Messenger Courier                             14.15***
01191   Order Clerk I                                 14.08***
01192 - Order Clerk II                                15.89
01261 - Personnel Assistant (Employment) I            15.98
01262 - Personnel Assistant (Employment) II           17.88
01263   Personnel Assistant (Employment) III          19.93
01270 - Production Control Clerk                       19.14
01290 - Rental Clerk                                  12.83***
01300 - Scheduler Maintenance                          16.67
01311   Secretary I                                    16.67
01312 - Secretary II                                   18.64
01313 - Secretary III                                  20.78
01320 - Service Order Dispatcher                       18.56
01410   Supply Technician                              25.86
01420 - Survey Worker                                  16.59
01460 - Switchboard Operator/Receptionist             13.64***
01531 - Travel Clerk I                                 16.86
01532   Travel Clerk II                                17.67
01533 - Travel Clerk III                               18.71
01611 - Word Processor I                               15.15
01612 - Word Processor II                              17.02
01613   Word Processor III                             19.03
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           21.24
05010 - Automotive  Electrician                        15.62
05040   Automotive Glass Installer                     15.04
05070 - Automotive Worker                              15.04
05110 - Mobile Equipment Servicer                     14.04***
05130 - Motor Equipment Metal Mechanic                 16.10
05160   Motor Equipment Metal Worker                   15.04
05190 - Motor Vehicle Mechanic                         16.10
05220 - Motor Vehicle Mechanic Helper                 13.52***
05250 - Motor Vehicle Upholstery Worker               14.53***
05280   Motor Vehicle Wrecker                          15.04
05310 - Painter Automotive                             15.62
05340 - Radiator Repair Specialist                     15.05
05370 - Tire Repairer                                 13.94***
05400   Transmission Repair Specialist                 16.10
07000 - Food Preparation And Service Occupations
07010 - Baker                                         13.53***
07041 - Cook I                                        13.59***
07042   Cook II                                       14.70***
07070 - Dishwasher                                    10.28***
07130 - Food Service Worker                           10.77***
07210 - Meat Cutter                                    15.68
07260   Waiter/Waitress                               11.12***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                    16.67
09040 - Furniture Handler                              15.22
09080   Furniture Refinisher                           18.38
09090 - Furniture Refinisher Helper                    15.92
09110 - Furniture Repairer Minor                       17.05
09130 - Upholsterer                                    16.71
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              13.26***
11060 - Elevator Operator                             13.26***
11090 - Gardener                                       15.17
11122   Housekeeping Aide                             13.68***
11150 - Janitor                                       13.68***
11210 - Laborer Grounds Maintenance                   13.02***
11240 - Maid or Houseman                              10.20***
11260   Pruner                                        12.35***
11270 - Tractor Operator                              14.57***
11330 - Trail Maintenance Worker                      13.02***
```

```
11360 - Window Cleaner                                    14.43***
12000 - Health Occupations
  12010   Ambulance Driver                                15.69
  12011 - Breath Alcohol Technician                       20.14
  12012 - Certified Occupational Therapist Assistant      29.29
  12015 - Certified Physical Therapist Assistant          25.12
  12020   Dental Assistant                                19.45
  12025 - Dental Hygienist                                29.51
  12030 - EKG Technician                                  27.90
  12035 - Electroneurodiagnostic Technologist             27.90
  12040   Emergency Medical Technician                    15.69
  12071 - Licensed Practical Nurse I                      18.01
  12072 - Licensed Practical Nurse II                     20.14
  12073 - Licensed Practical Nurse III                    22.45
  12100   Medical Assistant                               15.38
  12130 - Medical Laboratory Technician                   25.68
  12160 - Medical Record Clerk                            18.35
  12190 - Medical Record Technician                       22.58
  12195   Medical Transcriptionist                        17.25
  12210 - Nuclear Medicine Technologist                   42.59
  12221 - Nursing Assistant I                             11.73***
  12222 - Nursing Assistant II                            13.18***
  12223   Nursing Assistant III                           14.38***
  12224 - Nursing Assistant IV                            16.15
  12235 - Optical Dispenser                               14.49***
  12236 - Optical Technician                              18.01
  12250   Pharmacy Technician                             15.39
  12280 - Phlebotomist                                    16.96
  12305 - Radiologic Technologist                         29.79
  12311 - Registered Nurse I                              23.16
  12312   Registered Nurse II                             28.32
  12313 - Registered Nurse II Specialist                  28.32
  12314 - Registered Nurse III                            34.27
  12315 - Registered Nurse III Anesthetist                34.27
  12316   Registered Nurse IV                             41.08
  12317 - Scheduler (Drug and Alcohol Testing)            24.94
  12320 - Substance Abuse Treatment Counselor             23.18
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                           18.53
  13012 - Exhibits Specialist II                          22.95
  13013 - Exhibits Specialist III                         28.07
  13041 - Illustrator I                                   18.53
  13042   Illustrator II                                  22.95
  13043 - Illustrator III                                 28.07
  13047 - Librarian                                       25.42
  13050 - Library Aide/Clerk                              13.58***
  13054   Library Information Technology Systems          22.95
  Administrator
  13058 - Library Technician                              16.03
  13061 - Media Specialist I                              16.56
  13062   Media Specialist II                             18.53
  13063 - Media Specialist III                            20.65
  13071 - Photographer I                                  15.33
  13072 - Photographer II                                 17.16
  13073   Photographer III                                21.26
  13074 - Photographer IV                                 25.99
  13075 - Photographer V                                  31.46
  13090 - Technical Order Library Clerk                   17.68
  13110   Video Teleconference Technician                 21.20
14000 - Information Technology Occupations
  14041 - Computer Operator I                             19.17
  14042 - Computer Operator II                            21.46
  14043   Computer Operator III                           23.93
  14044 - Computer Operator IV                            26.58
  14045 - Computer Operator V                             29.44
```

```
14071 - Computer Programmer I                    (see 1)         20.95
14072 - Computer Programmer II                   (see 1)         25.95
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                            19.17
14160 - Personal Computer Support Technician                     26.58
14170 - System Support Specialist                                30.68
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)          30.48
15020 - Aircrew Training Devices Instructor (Rated)              36.89
15030 - Air Crew Training Devices Instructor (Pilot)             44.21
15050 - Computer Based Training Specialist / Instructor          30.48
15060 - Educational Technologist                                 33.23
15070 - Flight Instructor (Pilot)                                44.21
15080 - Graphic Artist                                           19.76
15085 - Maintenance Test Pilot Fixed Jet/Prop                    44.21
15086 - Maintenance Test Pilot Rotary Wing                       44.21
15088 - Non-Maintenance Test/Co-Pilot                            44.21
15090 - Technical Instructor                                     19.36
15095 - Technical Instructor/Course Developer                    23.68
15110 - Test Proctor                                             15.63
15120 - Tutor                                                    15.63
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                             10.55***
16030 - Counter Attendant                                     10.55***
16040 - Dry Cleaner                                           13.22***
16070 - Finisher Flatwork Machine                             10.55***
16090 - Presser Hand                                          10.55***
16110 - Presser Machine Drycleaning                           10.55***
16130 - Presser Machine Shirts                                10.55***
16160 - Presser Machine Wearing Apparel Laundry               10.55***
16190 - Sewing Machine Operator                               14.13***
16220 - Tailor                                                   15.02
16250 - Washer Machine                                        11.41***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                        20.94
19040 - Tool And Die Maker                                       24.12
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                        17.31
21030 - Material Coordinator                                      19.14
21040 - Material Expediter                                        19.14
21050 - Material Handling Laborer                             14.79***
21071 - Order Filler                                          13.81***
21080 - Production Line Worker (Food Processing)                  17.31
21110 - Shipping Packer                                           16.63
21130 - Shipping/Receiving Clerk                                 16.63
21140 - Store Worker I                                            16.00
21150 - Stock Clerk                                              18.59
21210 - Tools And Parts Attendant                                17.31
21410 - Warehouse Specialist                                     17.31
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                              26.35
23019 - Aircraft Logs and Records Technician                     22.45
23021 - Aircraft Mechanic I                                      25.37
23022 - Aircraft Mechanic II                                     26.35
23023 - Aircraft Mechanic III                                    27.19
23040 - Aircraft Mechanic Helper                                 20.66
23050 - Aircraft Painter                                         24.38
23060 - Aircraft Servicer                                        22.45
23070 - Aircraft Survival Flight Equipment Technician            24.38
23080 - Aircraft Worker                                          23.37
23091 - Aircrew Life Support Equipment (ALSE) Mechanic           23.37
```

```
       I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic          25.37
       II
  23110 - Appliance Mechanic                                      24.38
  23120 - Bicycle Repairer                                        21.59
  23125 - Cable Splicer                                           37.95
  23130 - Carpenter Maintenance                                   22.72
  23140 - Carpet Layer                                            25.45
  23160 - Electrician Maintenance                                 29.59
  23181 - Electronics Technician Maintenance I                    25.65
  23182 - Electronics Technician Maintenance II                   26.76
  23183 - Electronics Technician Maintenance III                  27.85
  23260 - Fabric Worker                                           22.45
  23290 - Fire Alarm System Mechanic                              25.56
  23310 - Fire Extinguisher Repairer                              21.59
  23311 - Fuel Distribution System Mechanic                       30.05
  23312 - Fuel Distribution System Operator                       25.56
  23370 - General Maintenance Worker                              17.85
  23380 - Ground Support Equipment Mechanic                       25.37
  23381 - Ground Support Equipment Servicer                       22.45
  23382 - Ground Support Equipment Worker                         23.37
  23391 - Gunsmith I                                              21.59
  23392 - Gunsmith II                                             23.37
  23393 - Gunsmith III                                            25.37
  23410 - Heating Ventilation And Air-Conditioning                25.36
       Mechanic
  23411 - Heating Ventilation And Air Contidioning                26.34
       Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                                23.53
  23440 - Heavy Equipment Operator                                23.00
  23460 - Instrument Mechanic                                     25.37
  23465 - Laboratory/Shelter Mechanic                             24.38
  23470 - Laborer                                                 14.79***
  23510 - Locksmith                                               24.38
  23530 - Machinery Maintenance Mechanic                          25.71
  23550 - Machinist Maintenance                                   22.07
  23580 - Maintenance Trades Helper                               15.48
  23591 - Metrology Technician I                                  25.37
  23592 - Metrology Technician II                                 26.35
  23593 - Metrology Technician III                                27.19
  23640 - Millwright                                              25.22
  23710 - Office Appliance Repairer                               21.08
  23760 - Painter Maintenance                                     25.07
  23790 - Pipefitter Maintenance                                  23.83
  23810 - Plumber Maintenance                                     23.02
  23820 - Pneudraulic Systems Mechanic                            25.37
  23850 - Rigger                                                  25.37
  23870 - Scale Mechanic                                          23.37
  23890 - Sheet-Metal Worker Maintenance                          32.13
  23910 - Small Engine Mechanic                                   20.97
  23931 - Telecommunications Mechanic I                           30.22
  23932 - Telecommunications Mechanic II                          31.39
  23950 - Telephone Lineman                                       34.38
  23960 - Welder Combination Maintenance                          21.78
  23965 - Well Driller                                            25.13
  23970 - Woodcraft Worker                                        25.37
  23980 - Woodworker                                              21.59
24000 - Personal Needs Occupations
  24550 - Case Manager                                            16.57
  24570 - Child Care Attendant                                    10.82***
  24580 - Child Care Center Clerk                                 13.49***
  24610 - Chore Aide                                              12.35***
  24620 - Family Readiness And Support Services                   16.57
       Coordinator
  24630 - Homemaker                                               16.57
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        26.79
    25040 - Sewage Plant Operator                                25.43
    25070 - Stationary Engineer                                  26.79
    25190 - Ventilation Equipment Tender                         21.81
    25210 - Water Treatment Plant Operator                       25.43
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        19.25
    27007 - Baggage Inspector                                    15.42
    27008 - Corrections Officer                                  29.65
    27010 - Court Security Officer                               28.51
    27030 - Detection Dog Handler                                17.25
    27040 - Detention Officer                                    29.65
    27070 - Firefighter                                          27.79
    27101 - Guard I                                              15.42
    27102 - Guard II                                             17.25
    27131 - Police Officer I                                     24.64
    27132 - Police Officer II                                    27.38
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                          11.68***
    28042 - Carnival Equipment Repairer                          12.21***
    28043 - Carnival Worker                                      10.15***
    28210 - Gate Attendant/Gate Tender                           14.21***
    28310 - Lifeguard                                            12.18***
    28350 - Park Attendant (Aide)                                15.90
    28510 - Recreation Aide/Health Facility Attendant            11.52***
    28515 - Recreation Specialist                                18.97
    28630 - Sports Official                                      12.66***
    28690 - Swimming Pool Operator                               16.29
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   26.37
    29020 - Hatch Tender                                         26.37
    29030 - Line Handler                                         26.37
    29041 - Stevedore I                                          25.01
    29042 - Stevedore II                                         26.90
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2) 40.33
    30011 - Air Traffic Control Specialist Station (HFO) (see 2) 27.81
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.63
    30021 - Archeological Technician I                           17.48
    30022 - Archeological Technician II                          19.56
    30023 - Archeological Technician III                         23.17
    30030 - Cartographic Technician                              23.17
    30040 - Civil Engineering Technician                         26.33
    30051 - Cryogenic Technician I                               26.84
    30052 - Cryogenic Technician II                              29.66
    30061 - Drafter/CAD Operator I                               17.48
    30062 - Drafter/CAD Operator II                              19.56
    30063 - Drafter/CAD Operator III                             21.81
    30064 - Drafter/CAD Operator IV                              26.84
    30081 - Engineering Technician I                             14.72***
    30082 - Engineering Technician II                            16.52
    30083 - Engineering Technician III                           18.49
    30084 - Engineering Technician IV                            22.90
    30085 - Engineering Technician V                             28.01
    30086 - Engineering Technician VI                            33.89
    30090 - Environmental Technician                             27.76
    30095 - Evidence Control Specialist                          22.97
    30210 - Laboratory Technician                                22.87
    30221 - Latent Fingerprint Technician I                      26.84
    30222 - Latent Fingerprint Technician II                     29.66
    30240 - Mathematical Technician                              24.91
    30361 - Paralegal/Legal Assistant I                          19.83
    30362 - Paralegal/Legal Assistant II                         24.56
    30363 - Paralegal/Legal Assistant III                        30.05
```

```
30364 - Paralegal/Legal Assistant IV                              36.36
30375 - Petroleum Supply Specialist                               28.12
30390 - Photo-Optics Technician                                   24.61
30395 - Radiation Control Technician                              28.12
30461 - Technical Writer I                                        21.48
30462 - Technical Writer II                                       26.28
30463 - Technical Writer III                                      31.80
30491 - Unexploded Ordnance (UXO) Technician I                    25.63
30492 - Unexploded Ordnance (UXO) Technician II                   31.02
30493 - Unexploded Ordnance (UXO) Technician III                  37.18
30494 - Unexploded (UXO) Safety Escort                            25.63
30495 - Unexploded (UXO) Sweep Personnel                          25.63
30501 - Weather Forecaster I                                      26.84
30502 - Weather Forecaster II                                     32.65
30620 - Weather Observer Combined Upper Air Or    (see 2)         21.81
Surface Programs
30621 - Weather Observer Senior               (see 2)             24.24
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                                  19.64
31030 - Bus Driver                                                23.36
31043 - Driver Courier                                            15.95
31260 - Parking and Lot Attendant                              11.45***
31290 - Shuttle Bus Driver                                        15.15
31310 - Taxi Driver                                            13.81***
31361 - Truckdriver Light                                         16.67
31362 - Truckdriver Medium                                        17.33
31363 - Truckdriver Heavy                                         24.27
31364 - Truckdriver Tractor-Trailer                               24.27
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                10.00***
99050 - Desk Clerk                                             10.57***
99095 - Embalmer                                                  25.63
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                          12.46***
99252 - Laboratory Animal Caretaker II                         13.02***
99260 - Marketing Analyst                                         27.36
99310 - Mortician                                                 25.63
99410 - Pest Controller                                           18.22
99510 - Photofinishing Worker                                  13.45***
99710 - Recycling Laborer                                         19.87
99711 - Recycling Specialist                                      21.73
99730 - Refuse Collector                                          18.88
99810 - Sales Clerk                                            11.91***
99820 - School Crossing Guard                                  11.42***
99830 - Survey Party Chief                                        25.16
99831 - Surveying Aide                                            16.80
99832 - Surveying Technician                                      22.87
99840 - Vending Machine Attendant                                 16.52
99841 - Vending Machine Repairer                                  18.69
99842 - Vending Machine Repairer Helper                           16.52
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; and 3 weeks after 10 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

       (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

       (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

       (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

       (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
      THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor   |        WAGE AND HOUR DIVISION
                                         |          WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         | Wage Determination No.: 2015-4229
Daniel W. Simms        Division of       |        Revision No.: 18
Director          Wage Determinations|   Date Of Last Revision: 03/15/2022
                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

_____

State: Pennsylvania

Area: Pennsylvania County of Lancaster

_____

**Fringe Benefits Required Follow the Occupational Listing**

```
OCCUPATION CODE - TITLE                        FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                   15.78
  01012 - Accounting Clerk II                                  17.73
  01013   Accounting Clerk III                                 19.82
  01020 - Administrative Assistant                             25.16
  01035 - Court Reporter                                       22.23
  01041 - Customer Service Representative I           14.24***
  01042   Customer Service Representative II                   15.54
  01043 - Customer Service Representative III                  17.46
  01051 - Data Entry Operator I                                15.44
  01052 - Data Entry Operator II                               16.85
  01060   Dispatcher Motor Vehicle                             21.18
  01070 - Document Preparation Clerk                           17.18
  01090 - Duplicating Machine Operator                         17.18
  01111 - General Clerk I                             14.34***
  01112   General Clerk II                                     15.65
  01113 - General Clerk III                                    17.58
```

```
01120 - Housing Referral Assistant                    19.97
01141 - Messenger Courier                             15.97
01191   Order Clerk I                                 18.24
01192 - Order Clerk II                                19.90
01261 - Personnel Assistant (Employment) I            16.44
01262 - Personnel Assistant (Employment) II           18.40
01263   Personnel Assistant (Employment) III          20.51
01270 - Production Control Clerk                       23.38
01290 - Rental Clerk                                14.23***
01300 - Scheduler Maintenance                         16.03
01311   Secretary I                                    16.03
01312 - Secretary II                                  17.92
01313 - Secretary III                                 19.97
01320 - Service Order Dispatcher                      18.93
01410   Supply Technician                             25.16
01420 - Survey Worker                                 19.01
01460 - Switchboard Operator/Receptionist          14.37***
01531 - Travel Clerk I                                17.39
01532   Travel Clerk II                               18.68
01533 - Travel Clerk III                              20.03
01611 - Word Processor I                            14.62***
01612 - Word Processor II                             16.42
01613   Word Processor III                            18.36
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           21.94
05010 - Automotive  Electrician                       21.40
05040   Automotive Glass Installer                    20.33
05070 - Automotive Worker                             20.33
05110 - Mobile Equipment Servicer                     18.18
05130 - Motor Equipment Metal Mechanic                22.45
05160   Motor Equipment Metal Worker                  20.33
05190 - Motor Vehicle Mechanic                        22.45
05220 - Motor Vehicle Mechanic Helper                 17.02
05250 - Motor Vehicle Upholstery Worker               19.26
05280   Motor Vehicle Wrecker                         20.33
05310 - Painter Automotive                            21.40
05340 - Radiator Repair Specialist                    20.33
05370 - Tire Repairer                                 17.58
05400   Transmission Repair Specialist                22.45
07000 - Food Preparation And Service Occupations
07010 - Baker                                       12.80***
07041 - Cook I                                      13.63***
07042   Cook II                                       15.24
07070 - Dishwasher                                  10.31***
07130 - Food Service Worker                         11.59***
07210 - Meat Cutter                                   16.75
07260   Waiter/Waitress                            11.16***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   18.88
09040 - Furniture Handler                          14.47***
09080   Furniture Refinisher                          18.88
09090 - Furniture Refinisher Helper                   15.75
09110 - Furniture Repairer Minor                      17.31
09130 - Upholsterer                                   21.75
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                           13.81***
11060 - Elevator Operator                          13.81***
11090 - Gardener                                      19.78
11122   Housekeeping Aide                           13.40***
11150 - Janitor                                    13.40***
11210 - Laborer Grounds Maintenance                   16.21
11240 - Maid or Houseman                           11.64***
11260   Pruner                                        15.07
11270 - Tractor Operator                              18.52
11330 - Trail Maintenance Worker                      16.21
```

```
    11360 - Window Cleaner                                   14.43***
12000 - Health Occupations
    12010   Ambulance Driver                                 17.47
    12011 - Breath Alcohol Technician                        20.76
    12012 - Certified Occupational Therapist Assistant       31.42
    12015 - Certified Physical Therapist Assistant           29.26
    12020   Dental Assistant                                 23.49
    12025 - Dental Hygienist                                 36.11
    12030 - EKG Technician                                   31.46
    12035 - Electroneurodiagnostic Technologist              31.46
    12040   Emergency Medical Technician                     17.47
    12071 - Licensed Practical Nurse I                       18.57
    12072 - Licensed Practical Nurse II                      20.76
    12073 - Licensed Practical Nurse III                     23.14
    12100   Medical Assistant                                15.20
    12130 - Medical Laboratory Technician                    26.94
    12160 - Medical Record Clerk                             17.15
    12190 - Medical Record Technician                        19.87
    12195   Medical Transcriptionist                         18.83
    12210 - Nuclear Medicine Technologist                    45.62
    12221 - Nursing Assistant I                              11.57***
    12222 - Nursing Assistant II                             13.00***
    12223   Nursing Assistant III                            14.18***
    12224 - Nursing Assistant IV                             15.93
    12235 - Optical Dispenser                                19.28
    12236 - Optical Technician                               18.57
    12250   Pharmacy Technician                              14.69***
    12280 - Phlebotomist                                     18.10
    12305 - Radiologic Technologist                          27.03
    12311 - Registered Nurse I                               23.25
    12312   Registered Nurse II                              28.44
    12313 - Registered Nurse II Specialist                   28.44
    12314 - Registered Nurse III                             34.42
    12315 - Registered Nurse III Anesthetist                 34.42
    12316   Registered Nurse IV                              41.25
    12317 - Scheduler (Drug and Alcohol Testing)             27.81
    12320 - Substance Abuse Treatment Counselor              24.10
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                            19.51
    13012 - Exhibits Specialist II                           24.17
    13013 - Exhibits Specialist III                          29.57
    13041 - Illustrator I                                    19.24
    13042   Illustrator II                                   23.84
    13043 - Illustrator III                                  29.17
    13047 - Librarian                                        27.82
    13050 - Library Aide/Clerk                               13.12***
    13054   Library Information Technology Systems           25.12
    Administrator
    13058 - Library Technician                               14.66***
    13061 - Media Specialist I                               18.14
    13062   Media Specialist II                              20.28
    13063   Media Specialist III                             22.59
    13071 - Photographer I                                   17.17
    13072 - Photographer II                                  19.67
    13073   Photographer III                                 23.69
    13074 - Photographer IV                                  28.98
    13075 - Photographer V                                   35.06
    13090 - Technical Order Library Clerk                    20.28
    13110   Video Teleconference Technician                  25.66
14000 - Information Technology Occupations
    14041 - Computer Operator I                              17.47
    14042 - Computer Operator II                             19.53
    14043   Computer Operator III                            21.77
    14044 - Computer Operator IV                             24.20
    14045 - Computer Operator V                              26.80
```

```
14071 - Computer Programmer I              (see 1)         21.66
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                      17.47
14160 - Personal Computer Support Technician               24.20
14170 - System Support Specialist                          35.10
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)  28.57
   15020 - Aircrew Training Devices Instructor (Rated)      34.57
   15030 - Air Crew Training Devices Instructor (Pilot)     41.43
   15050 - Computer Based Training Specialist / Instructor  28.57
   15060 - Educational Technologist                         35.52
   15070 - Flight Instructor (Pilot)                        41.43
   15080 - Graphic Artist                                   22.06
   15085 - Maintenance Test Pilot Fixed Jet/Prop            41.41
   15086 - Maintenance Test Pilot Rotary Wing               41.41
   15088 - Non-Maintenance Test/Co-Pilot                    41.41
   15090 - Technical Instructor                             23.54
   15095 - Technical Instructor/Course Developer            28.80
   15110 - Test Proctor                                     19.00
   15120 - Tutor                                            19.00
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                     10.68***
   16030 - Counter Attendant                             10.68***
   16040 - Dry Cleaner                                   13.33***
   16070 - Finisher Flatwork Machine                     10.68***
   16090 - Presser Hand                                  10.68***
   16110 - Presser Machine Drycleaning                   10.68***
   16130 - Presser Machine Shirts                        10.68***
   16160 - Presser Machine Wearing Apparel Laundry       10.68***
   16190 - Sewing Machine Operator                       14.19***
   16220 - Tailor                                           15.07
   16250 - Washer Machine                                11.56***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                20.34
   19040 - Tool And Die Maker                               24.43
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                20.57
   21030 - Material Coordinator                             23.38
   21040 - Material Expediter                               23.38
   21050 - Material Handling Laborer                        15.53
   21071 - Order Filler                                  14.21***
   21080 - Production Line Worker (Food Processing)         20.57
   21110 - Shipping Packer                                  17.16
   21130 - Shipping/Receiving Clerk                         17.16
   21140 - Store Worker I                                14.44***
   21150 - Stock Clerk                                      18.05
   21210 - Tools And Parts Attendant                        20.57
   21410 - Warehouse Specialist                             20.57
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                      24.88
   23019 - Aircraft Logs and Records Technician             20.39
   23021 - Aircraft Mechanic I                              23.77
   23022 - Aircraft Mechanic II                             24.88
   23023 - Aircraft Mechanic III                            26.03
   23040 - Aircraft Mechanic Helper                         18.02
   23050 - Aircraft Painter                                 22.66
   23060 - Aircraft Servicer                                20.39
   23070 - Aircraft Survival Flight Equipment Technician    22.66
   23080 - Aircraft Worker                                  21.52
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic   21.52
```

```
            I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic          23.77
            II
    23110 - Appliance Mechanic                                      21.42
    23120 - Bicycle Repairer                                        20.26
    23125 - Cable Splicer                                           37.72
    23130 - Carpenter Maintenance                                   20.98
    23140 - Carpet Layer                                            20.70
    23160 - Electrician Maintenance                                 27.17
    23181 - Electronics Technician Maintenance I                    26.08
    23182 - Electronics Technician Maintenance II                   27.46
    23183 - Electronics Technician Maintenance III                  28.81
    23260 - Fabric Worker                                           21.47
    23290 - Fire Alarm System Mechanic                              24.27
    23310 - Fire Extinguisher Repairer                              20.26
    23311 - Fuel Distribution System Mechanic                       25.33
    23312 - Fuel Distribution System Operator                       20.51
    23370 - General Maintenance Worker                              19.74
    23380 - Ground Support Equipment Mechanic                       23.77
    23381 - Ground Support Equipment Servicer                       20.39
    23382 - Ground Support Equipment Worker                         21.52
    23391 - Gunsmith I                                              20.26
    23392 - Gunsmith II                                             22.66
    23393 - Gunsmith III                                            25.03
    23410 - Heating Ventilation And Air-Conditioning                23.57
            Mechanic
    23411 - Heating Ventilation And Air Contidioning                24.67
            Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                                24.45
    23440 - Heavy Equipment Operator                                22.79
    23460 - Instrument Mechanic                                     25.03
    23465 - Laboratory/Shelter Mechanic                             23.86
    23470 - Laborer                                                 15.00
    23510 - Locksmith                                               23.82
    23530 - Machinery Maintenance Mechanic                          26.56
    23550 - Machinist Maintenance                                   21.43
    23580 - Maintenance Trades Helper                               15.35
    23591 - Metrology Technician I                                  25.03
    23592 - Metrology Technician II                                 26.20
    23593 - Metrology Technician III                                27.41
    23640 - Millwright                                              29.64
    23710 - Office Appliance Repairer                               23.17
    23760 - Painter Maintenance                                     20.88
    23790 - Pipefitter Maintenance                                  26.24
    23810 - Plumber Maintenance                                     25.01
    23820 - Pneudraulic Systems Mechanic                            25.03
    23850 - Rigger                                                  25.03
    23870 - Scale Mechanic                                          22.66
    23890 - Sheet-Metal Worker Maintenance                          29.77
    23910 - Small Engine Mechanic                                   18.80
    23931 - Telecommunications Mechanic I                           27.19
    23932 - Telecommunications Mechanic II                          28.46
    23950 - Telephone Lineman                                       24.77
    23960 - Welder Combination Maintenance                          21.29
    23965 - Well Driller                                            25.03
    23970 - Woodcraft Worker                                        25.03
    23980 - Woodworker                                              20.26
 24000 - Personal Needs Occupations
    24550 - Case Manager                                            17.23
    24570 - Child Care Attendant                                    11.58***
    24580 - Child Care Center Clerk                                 16.23
    24610 - Chore Aide                                              12.12***
    24620 - Family Readiness And Support Services                   17.23
            Coordinator
    24630 - Homemaker                                               17.23
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                         29.32
    25040 - Sewage Plant Operator                                 25.42
    25070 - Stationary Engineer                                   29.32
    25190 - Ventilation Equipment Tender                          22.31
    25210 - Water Treatment Plant Operator                        25.42
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                         19.97
    27007 - Baggage Inspector                                  14.11***
    27008 - Corrections Officer                                   24.40
    27010 - Court Security Officer                                26.00
    27030 - Detection Dog Handler                                 16.29
    27040 - Detention Officer                                     24.40
    27070 - Firefighter                                           24.74
    27101 - Guard I                                            14.11***
    27102 - Guard II                                              16.29
    27131 - Police Officer I                                      33.64
    27132 - Police Officer II                                     37.39
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                        12.76***
    28042 - Carnival Equipment Repairer                        13.63***
    28043 - Carnival Worker                                    10.35***
    28210 - Gate Attendant/Gate Tender                         14.81***
    28310 - Lifeguard                                          11.03***
    28350 - Park Attendant (Aide)                                 16.56
    28510 - Recreation Aide/Health Facility Attendant         12.08***
    28515 - Recreation Specialist                                 20.51
    28630 - Sports Official                                    13.18***
    28690 - Swimming Pool Operator                                18.30
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                    27.81
    29020 - Hatch Tender                                          27.81
    29030 - Line Handler                                          27.81
    29041 - Stevedore I                                           26.37
    29042 - Stevedore II                                          29.28
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2) 40.72
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2) 28.08
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.92
    30021 - Archeological Technician I                            18.27
    30022 - Archeological Technician II                           20.43
    30023 - Archeological Technician III                          25.31
    30030 - Cartographic Technician                               25.31
    30040 - Civil Engineering Technician                          26.31
    30051 - Cryogenic Technician I                                28.03
    30052 - Cryogenic Technician II                               30.96
    30061 - Drafter/CAD Operator I                                18.27
    30062 - Drafter/CAD Operator II                               20.43
    30063 - Drafter/CAD Operator III                              22.77
    30064 - Drafter/CAD Operator IV                               28.03
    30081 - Engineering Technician I                              16.05
    30082 - Engineering Technician II                             18.03
    30083 - Engineering Technician III                            20.16
    30084 - Engineering Technician IV                             24.98
    30085 - Engineering Technician V                              30.56
    30086 - Engineering Technician VI                             36.98
    30090 - Environmental Technician                              25.31
    30095 - Evidence Control Specialist                           25.31
    30210 - Laboratory Technician                                 21.22
    30221 - Latent Fingerprint Technician I                       28.03
    30222 - Latent Fingerprint Technician II                      30.96
    30240 - Mathematical Technician                               25.31
    30361 - Paralegal/Legal Assistant I                           19.32
    30362 - Paralegal/Legal Assistant II                          24.12
    30363 - Paralegal/Legal Assistant III                         29.50
```

```
30364 - Paralegal/Legal Assistant IV                              35.70
30375 - Petroleum Supply Specialist                               30.96
30390 - Photo-Optics Technician                                   25.31
30395 - Radiation Control Technician                              30.96
30461 - Technical Writer I                                        22.21
30462 - Technical Writer II                                       27.16
30463 - Technical Writer III                                      32.86
30491 - Unexploded Ordnance (UXO) Technician I                    25.88
30492 - Unexploded Ordnance (UXO) Technician II                   31.31
30493 - Unexploded Ordnance (UXO) Technician III                  37.53
30494 - Unexploded (UXO) Safety Escort                            25.88
30495 - Unexploded (UXO) Sweep Personnel                          25.88
30501 - Weather Forecaster I                                      28.03
30502 - Weather Forecaster II                                     34.10
30620 - Weather Observer Combined Upper Air Or     (see 2)        22.77
Surface Programs
30621 - Weather Observer Senior                    (see 2)        25.31
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            31.31
31020 - Bus Aide                                               13.82***
31030 - Bus Driver                                                17.87
31043 - Driver Courier                                         14.56***
31260 - Parking and Lot Attendant                              11.35***
31290 - Shuttle Bus Driver                                        15.65
31310 - Taxi Driver                                            13.72***
31361 - Truckdriver Light                                         15.49
31362 - Truckdriver Medium                                        18.05
31363 - Truckdriver Heavy                                         21.45
31364 - Truckdriver Tractor-Trailer                               21.45
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.27
99030 - Cashier                                                11.13***
99050 - Desk Clerk                                             11.90***
99095 - Embalmer                                                  35.86
99130 - Flight Follower                                           25.88
99251 - Laboratory Animal Caretaker I                          14.01***
99252 - Laboratory Animal Caretaker II                         14.96***
99260 - Marketing Analyst                                         25.85
99310 - Mortician                                                 35.86
99410 - Pest Controller                                           21.17
99510 - Photofinishing Worker                                  14.01***
99710 - Recycling Laborer                                         20.32
99711 - Recycling Specialist                                      23.27
99730 - Refuse Collector                                          18.87
99810 - Sales Clerk                                            12.47***
99820 - School Crossing Guard                                     15.52
99830 - Survey Party Chief                                        27.76
99831 - Surveying Aide                                            19.02
99832 - Surveying Technician                                      24.49
99840 - Vending Machine Attendant                                 19.31
99841 - Vending Machine Repairer                                  23.06
99842 - Vending Machine Repairer Helper                           19.31
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; and 3 weeks after 8 years.  Length of service includes the whole span of
continuous service with the present contractor or successor wherever employed and
with the predecessor contractors in the performance of similar work at the same
Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
        "REGISTER OF WAGE DETERMINATIONS UNDER   |        U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT                |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor           |        WAGE AND HOUR DIVISION
                                                 |         WASHINGTON D.C.  20210
                                                 |
                                                 |
                                                 |
                                                 | Wage Determination No.: 2015-4231
Daniel W. Simms          Division of             |       Revision No.: 17
Director            Wage Determinations          | Date Of Last Revision: 03/15/2022
                                                 |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania County of Lebanon

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 16.74 |
| 01012 - Accounting Clerk II | | 18.80 |
| 01013  Accounting Clerk III | | 21.02 |
| 01020 - Administrative Assistant | | 26.39 |
| 01035 - Court Reporter | | 22.23 |
| 01041 - Customer Service Representative I | | 13.44*** |
| 01042  Customer Service Representative II | | 15.13 |
| 01043 - Customer Service Representative III | | 16.49 |
| 01051 - Data Entry Operator I | | 13.80*** |
| 01052 - Data Entry Operator II | | 15.06 |
| 01060  Dispatcher Motor Vehicle | | 21.89 |
| 01070 - Document Preparation Clerk | | 15.06 |
| 01090 - Duplicating Machine Operator | | 15.06 |
| 01111 - General Clerk I | | 13.68*** |
| 01112  General Clerk II | | 14.92*** |
| 01113 - General Clerk III | | 16.75 |

```
01120 - Housing Referral Assistant                    21.09
01141 - Messenger Courier                             12.28***
01191   Order Clerk I                                 14.70***
01192 - Order Clerk II                                16.04
01261 - Personnel Assistant (Employment) I            18.16
01262 - Personnel Assistant (Employment) II           20.32
01263   Personnel Assistant (Employment) III          22.66
01270 - Production Control Clerk                       24.72
01290 - Rental Clerk                                  16.31
01300 - Scheduler Maintenance                         16.92
01311   Secretary I                                   16.92
01312 - Secretary II                                  18.92
01313 - Secretary III                                 21.09
01320 - Service Order Dispatcher                      20.36
01410   Supply Technician                             26.39
01420 - Survey Worker                                 19.45
01460 - Switchboard Operator/Receptionist             14.85***
01531 - Travel Clerk I                                13.02***
01532   Travel Clerk II                               13.92***
01533 - Travel Clerk III                              14.94***
01611   Word Processor I                              15.06
01612 - Word Processor II                             16.92
01613   Word Processor III                            18.92
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           21.55
05010 - Automotive  Electrician                       20.63
05040   Automotive Glass Installer                    19.59
05070 - Automotive Worker                             19.59
05110 - Mobile Equipment Servicer                     17.52
05130 - Motor Equipment Metal Mechanic                21.64
05160   Motor Equipment Metal Worker                  19.59
05190 - Motor Vehicle Mechanic                        21.64
05220 - Motor Vehicle Mechanic Helper                 16.41
05250 - Motor Vehicle Upholstery Worker               18.56
05280   Motor Vehicle Wrecker                         19.59
05310 - Painter Automotive                            20.63
05340 - Radiator Repair Specialist                    19.59
05370 - Tire Repairer                                 15.98
05400   Transmission Repair Specialist                21.64
07000 - Food Preparation And Service Occupations
07010 - Baker                                         12.53***
07041 - Cook I                                        15.05
07042   Cook II                                       16.83
07070 - Dishwasher                                     9.73***
07130 - Food Service Worker                           11.02***
07210 - Meat Cutter                                   16.23
07260   Waiter/Waitress                               10.67***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   20.77
09040 - Furniture Handler                             15.71
09080   Furniture Refinisher                          20.77
09090 - Furniture Refinisher Helper                   17.32
09110 - Furniture Repairer Minor                      19.04
09130 - Upholsterer                                   21.49
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              13.33***
11060 - Elevator Operator                             13.33***
11090 - Gardener                                      20.28
11122   Housekeeping Aide                             13.60***
11150 - Janitor                                       13.60***
11210 - Laborer Grounds Maintenance                   16.58
11240 - Maid or Houseman                              11.98***
11260   Pruner                                        15.40
11270 - Tractor Operator                              18.99
11330 - Trail Maintenance Worker                      16.58
```

```
11360 - Window Cleaner                                    14.64***
12000 - Health Occupations
  12010   Ambulance Driver                                21.23
  12011 - Breath Alcohol Technician                       21.23
  12012 - Certified Occupational Therapist Assistant      29.16
  12015 - Certified Physical Therapist Assistant          26.87
  12020   Dental Assistant                                19.83
  12025 - Dental Hygienist                                37.95
  12030 - EKG Technician                                  32.17
  12035 - Electroneurodiagnostic Technologist             32.17
  12040   Emergency Medical Technician                    21.23
  12071 - Licensed Practical Nurse I                      18.98
  12072 - Licensed Practical Nurse II                     21.23
  12073 - Licensed Practical Nurse III                    23.66
  12100   Medical Assistant                               16.11
  12130 - Medical Laboratory Technician                   24.99
  12160 - Medical Record Clerk                            18.38
  12190 - Medical Record Technician                       20.49
  12195   Medical Transcriptionist                        18.98
  12210 - Nuclear Medicine Technologist                   46.65
  12221 - Nursing Assistant I                             11.74***
  12222 - Nursing Assistant II                            13.19***
  12223   Nursing Assistant III                           14.40***
  12224 - Nursing Assistant IV                            16.17
  12235 - Optical Dispenser                               22.25
  12236 - Optical Technician                              18.98
  12250   Pharmacy Technician                             16.04
  12280 - Phlebotomist                                    18.98
  12305 - Radiologic Technologist                         28.29
  12311 - Registered Nurse I                              23.96
  12312   Registered Nurse II                             29.31
  12313 - Registered Nurse II Specialist                  29.31
  12314 - Registered Nurse III                            35.47
  12315 - Registered Nurse III Anesthetist                35.47
  12316   Registered Nurse IV                             42.51
  12317 - Scheduler (Drug and Alcohol Testing)            26.29
  12320 - Substance Abuse Treatment Counselor             24.83
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                           20.94
  13012 - Exhibits Specialist II                          25.94
  13013 - Exhibits Specialist III                         31.74
  13041 - Illustrator I                                   20.53
  13042   Illustrator II                                  25.44
  13043 - Illustrator III                                 31.13
  13047 - Librarian                                       28.17
  13050 - Library Aide/Clerk                              11.94***
  13054   Library Information Technology Systems          25.44
  Administrator
  13058 - Library Technician                              18.73
  13061 - Media Specialist I                              18.35
  13062   Media Specialist II                             20.53
  13063 - Media Specialist III                            22.90
  13071 - Photographer I                                  18.73
  13072 - Photographer II                                 20.94
  13073   Photographer III                                25.94
  13074 - Photographer IV                                 31.74
  13075 - Photographer V                                  38.40
  13090 - Technical Order Library Clerk                   20.94
  13110   Video Teleconference Technician                 19.28
14000 - Information Technology Occupations
  14041 - Computer Operator I                             16.51
  14042 - Computer Operator II                            18.48
  14043   Computer Operator III                           20.60
  14044 - Computer Operator IV                            22.89
  14045 - Computer Operator V                             25.35
```

```
14071 - Computer Programmer I                         (see 1)        21.66
14072 - Computer Programmer II                        (see 1)
14073 - Computer Programmer III                       (see 1)
14074 - Computer Programmer IV                        (see 1)
14101 - Computer Systems Analyst I                    (see 1)
14102 - Computer Systems Analyst II                   (see 1)
14103 - Computer Systems Analyst III                  (see 1)
14150 - Peripheral Equipment Operator                                16.51
14160 - Personal Computer Support Technician                         22.89
14170 - System Support Specialist                                    25.35
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)           28.57
   15020 - Aircrew Training Devices Instructor (Rated)               34.57
   15030 - Air Crew Training Devices Instructor (Pilot)              41.43
   15050 - Computer Based Training Specialist / Instructor           28.57
   15060 - Educational Technologist                                  27.95
   15070 - Flight Instructor (Pilot)                                 41.43
   15080 - Graphic Artist                                            29.37
   15085 - Maintenance Test Pilot Fixed Jet/Prop                     39.74
   15086 - Maintenance Test Pilot Rotary Wing                        39.74
   15088 - Non-Maintenance Test/Co-Pilot                             39.74
   15090 - Technical Instructor                                      24.30
   15095 - Technical Instructor/Course Developer                     29.73
   15110 - Test Proctor                                              19.62
   15120 - Tutor                                                     19.90
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                               10.74***
   16030 - Counter Attendant                                       10.74***
   16040 - Dry Cleaner                                             13.81***
   16070 - Finisher Flatwork Machine                               10.74***
   16090 - Presser Hand                                            10.74***
   16110 - Presser Machine Drycleaning                             10.74***
   16130 - Presser Machine Shirts                                  10.74***
   16160 - Presser Machine Wearing Apparel Laundry                 10.74***
   16190 - Sewing Machine Operator                                 14.70***
   16220 - Tailor                                                    15.50
   16250 - Washer Machine                                          11.75***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                         24.39
   19040 - Tool And Die Maker                                        29.29
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                         16.36
   21030 - Material Coordinator                                      24.72
   21040 - Material Expediter                                        24.72
   21050 - Material Handling Laborer                                 15.53
   21071 - Order Filler                                            13.96***
   21080 - Production Line Worker (Food Processing)                  16.36
   21110 - Shipping Packer                                           19.24
   21130 - Shipping/Receiving Clerk                                  19.24
   21140 - Store Worker I                                          14.44***
   21150 - Stock Clerk                                               18.05
   21210 - Tools And Parts Attendant                                 16.36
   21410 - Warehouse Specialist                                      16.36
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                               30.60
   23019 - Aircraft Logs and Records Technician                      25.08
   23021 - Aircraft Mechanic I                                       29.23
   23022 - Aircraft Mechanic II                                      30.60
   23023 - Aircraft Mechanic III                                     32.01
   23040 - Aircraft Mechanic Helper                                  22.19
   23050 - Aircraft Painter                                          27.86
   23060 - Aircraft Servicer                                         25.08
   23070 - Aircraft Survival Flight Equipment Technician             27.86
   23080 - Aircraft Worker                                           26.47
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic            26.47
```

```
           I
     23092 - Aircrew Life Support Equipment (ALSE) Mechanic        29.23
           II
     23110 - Appliance Mechanic                                    24.39
     23120 - Bicycle Repairer                                      20.71
     23125 - Cable Splicer                                         28.34
     23130 - Carpenter Maintenance                                 22.42
     23140 - Carpet Layer                                          22.06
     23160 - Electrician Maintenance                               27.76
     23181 - Electronics Technician Maintenance I                  24.99
     23182 - Electronics Technician Maintenance II                 26.55
     23183 - Electronics Technician Maintenance III                27.85
     23260 - Fabric Worker                                         21.95
     23290 - Fire Alarm System Mechanic                            25.58
     23310 - Fire Extinguisher Repairer                            20.71
     23311 - Fuel Distribution System Mechanic                     25.58
     23312 - Fuel Distribution System Operator                     20.71
     23370 - General Maintenance Worker                            20.55
     23380 - Ground Support Equipment Mechanic                     29.23
     23381 - Ground Support Equipment Servicer                     25.08
     23382 - Ground Support Equipment Worker                       26.47
     23391 - Gunsmith I                                            20.71
     23392 - Gunsmith II                                           23.16
     23393 - Gunsmith III                                          25.58
     23410 - Heating Ventilation And Air-Conditioning              26.04
           Mechanic
     23411 - Heating Ventilation And Air Contidioning              27.26
           Mechanic (Research Facility)
     23430 - Heavy Equipment Mechanic                              26.28
     23440 - Heavy Equipment Operator                              23.36
     23460 - Instrument Mechanic                                   25.58
     23465 - Laboratory/Shelter Mechanic                           24.39
     23470 - Laborer                                            14.89***
     23510 - Locksmith                                             24.39
     23530 - Machinery Maintenance Mechanic                        24.17
     23550 - Machinist Maintenance                                 22.59
     23580 - Maintenance Trades Helper                             19.40
     23591 - Metrology Technician I                                25.58
     23592 - Metrology Technician II                               26.78
     23593 - Metrology Technician III                              28.02
     23640 - Millwright                                            26.95
     23710 - Office Appliance Repairer                             24.39
     23760 - Painter Maintenance                                   22.68
     23790 - Pipefitter Maintenance                               25.75
     23810 - Plumber Maintenance                                   24.23
     23820 - Pneudraulic Systems Mechanic                          25.58
     23850 - Rigger                                                25.58
     23870 - Scale Mechanic                                        23.16
     23890 - Sheet-Metal Worker Maintenance                        25.58
     23910 - Small Engine Mechanic                                 23.16
     23931 - Telecommunications Mechanic I                         27.01
     23932 - Telecommunications Mechanic II                        28.28
     23950 - Telephone Lineman                                     25.83
     23960 - Welder Combination Maintenance                        22.38
     23965 - Well Driller                                          25.58
     23970 - Woodcraft Worker                                      25.58
     23980 - Woodworker                                            20.71
   24000 - Personal Needs Occupations
     24550 - Case Manager                                          17.23
     24570 - Child Care Attendant                               13.25***
     24580 - Child Care Center Clerk                               16.51
     24610 - Chore Aide                                         12.25***
     24620 - Family Readiness And Support Services                 17.23
           Coordinator
     24630 - Homemaker                                             17.23
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                              25.58
    25040 - Sewage Plant Operator                                      26.42
    25070 - Stationary Engineer                                        25.58
    25190 - Ventilation Equipment Tender                               20.35
    25210 - Water Treatment Plant Operator                             26.42
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                              18.42
    27007 - Baggage Inspector                                       14.07***
    27008 - Corrections Officer                                        24.75
    27010 - Court Security Officer                                     24.75
    27030 - Detection Dog Handler                                      16.29
    27040 - Detention Officer                                          24.75
    27070 - Firefighter                                                27.65
    27101 - Guard I                                                 14.07***
    27102 - Guard II                                                   16.29
    27131 - Police Officer I                                           32.26
    27132 - Police Officer II                                          35.85
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                             13.35***
    28042 - Carnival Equipment Repairer                             14.25***
    28043 - Carnival Worker                                         10.87***
    28210 - Gate Attendant/Gate Tender                                 16.05
    28310 - Lifeguard                                              14.30***
    28350 - Park Attendant (Aide)                                      17.96
    28510 - Recreation Aide/Health Facility Attendant              13.10***
    28515 - Recreation Specialist                                      20.24
    28630 - Sports Official                                         14.30***
    28690 - Swimming Pool Operator                                     22.14
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                         23.16
    29020 - Hatch Tender                                               23.16
    29030 - Line Handler                                               23.16
    29041 - Stevedore I                                                21.95
    29042 - Stevedore II                                               24.39
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)      40.72
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)       28.08
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)      30.92
    30021 - Archeological Technician I                                 17.08
    30022 - Archeological Technician II                                19.39
    30023 - Archeological Technician III                               23.68
    30030 - Cartographic Technician                                    23.68
    30040 - Civil Engineering Technician                               23.68
    30051 - Cryogenic Technician I                                     26.22
    30052 - Cryogenic Technician II                                    28.96
    30061 - Drafter/CAD Operator I                                     17.08
    30062 - Drafter/CAD Operator II                                    19.11
    30063 - Drafter/CAD Operator III                                   21.31
    30064 - Drafter/CAD Operator IV                                    26.22
    30081 - Engineering Technician I                                   15.21
    30082 - Engineering Technician II                                  17.08
    30083 - Engineering Technician III                                 19.11
    30084 - Engineering Technician IV                                  23.68
    30085 - Engineering Technician V                                   28.96
    30086 - Engineering Technician VI                                  35.04
    30090 - Environmental Technician                                   24.75
    30095 - Evidence Control Specialist                                23.68
    30210 - Laboratory Technician                                      21.31
    30221 - Latent Fingerprint Technician I                            26.22
    30222 - Latent Fingerprint Technician II                           28.96
    30240 - Mathematical Technician                                    23.68
    30361 - Paralegal/Legal Assistant I                                18.82
    30362 - Paralegal/Legal Assistant II                               23.32
    30363 - Paralegal/Legal Assistant III                              28.53
```

```
30364 - Paralegal/Legal Assistant IV                        34.52
30375 - Petroleum Supply Specialist                         28.96
30390 - Photo-Optics Technician                             23.68
30395 - Radiation Control Technician                        28.96
30461 - Technical Writer I                                  23.61
30462 - Technical Writer II                                 28.86
30463 - Technical Writer III                                34.95
30491 - Unexploded Ordnance (UXO) Technician I              25.88
30492 - Unexploded Ordnance (UXO) Technician II             31.31
30493 - Unexploded Ordnance (UXO) Technician III            37.53
30494 - Unexploded (UXO) Safety Escort                      25.88
30495 - Unexploded (UXO) Sweep Personnel                    25.88
30501 - Weather Forecaster I                                26.22
30502 - Weather Forecaster II                               31.90
30620 - Weather Observer Combined Upper Air Or    (see 2)   21.31
Surface Programs
30621 - Weather Observer Senior               (see 2)       23.68
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                      31.31
31020 - Bus Aide                                            13.72***
31030 - Bus Driver                                          18.40
31043 - Driver Courier                                      14.56***
31260 - Parking and Lot Attendant                           12.73***
31290 - Shuttle Bus Driver                                  15.86
31310 - Taxi Driver                                         15.86
31361 - Truckdriver Light                                   15.49
31362 - Truckdriver Medium                                  18.05
31363 - Truckdriver Heavy                                   20.41
31364 - Truckdriver Tractor-Trailer                         20.41
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                             15.27
99030 - Cashier                                             10.92***
99050 - Desk Clerk                                          12.66***
99095 - Embalmer                                            29.93
99130 - Flight Follower                                     25.88
99251 - Laboratory Animal Caretaker I                       18.46
99252 - Laboratory Animal Caretaker II                      19.56
99260 - Marketing Analyst                                   28.52
99310 - Mortician                                           29.93
99410 - Pest Controller                                     21.85
99510 - Photofinishing Worker                               13.60***
99710 - Recycling Laborer                                   16.86
99711 - Recycling Specialist                                19.31
99730 - Refuse Collector                                    15.66
99810 - Sales Clerk                                         13.68***
99820 - School Crossing Guard                               14.26***
99830 - Survey Party Chief                                  20.86
99831 - Surveying Aide                                      14.29***
99832 - Surveying Technician                                18.40
99840 - Vending Machine Attendant                           19.31
99841 - Vending Machine Repairer                            23.06
99842 - Vending Machine Repairer Helper                     19.31
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; and 3 weeks after 8 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.


Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER   |        U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor     |        WAGE AND HOUR DIVISION
                                           |         WASHINGTON D.C.  20210
                                           |
                                           |
                                           |
                                           | Wage Determination No.: 2015-4205
Daniel W. Simms         Division of        |        Revision No.: 19
Director         Wage Determinations       | Date Of Last Revision: 03/15/2022
                                           |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Lehigh Northampton

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 17.08 |
| 01012 - Accounting Clerk II | | 19.18 |
| 01013 - Accounting Clerk III | | 21.46 |
| 01020 - Administrative Assistant | | 27.72 |
| 01035 - Court Reporter | | 25.56 |
| 01041 - Customer Service Representative I | | 14.81*** |
| 01042 - Customer Service Representative II | | 16.65 |
| 01043 - Customer Service Representative III | | 18.16 |
| 01051 - Data Entry Operator I | | 15.36 |
| 01052 - Data Entry Operator II | | 16.76 |
| 01060 - Dispatcher Motor Vehicle | | 20.09 |
| 01070 - Document Preparation Clerk | | 17.42 |
| 01090 - Duplicating Machine Operator | | 17.42 |
| 01111 - General Clerk I | | 15.70 |
| 01112 - General Clerk II | | 17.12 |
| 01113 - General Clerk III | | 19.22 |

```
01120 - Housing Referral Assistant                      24.11
01141 - Messenger Courier                               15.24
01191   Order Clerk I                                   16.97
01192 - Order Clerk II                                  18.52
01261 - Personnel Assistant (Employment) I              19.50
01262 - Personnel Assistant (Employment) II             21.80
01263   Personnel Assistant (Employment) III            24.30
01270 - Production Control Clerk                         22.74
01290 - Rental Clerk                                     16.83
01300 - Scheduler Maintenance                           19.12
01311   Secretary I                                     19.12
01312 - Secretary II                                    21.84
01313 - Secretary III                                   24.11
01320 - Service Order Dispatcher                        17.97
01410   Supply Technician                               27.72
01420 - Survey Worker                                   17.92
01460 - Switchboard Operator/Receptionist               15.61
01531 - Travel Clerk I                                  16.92
01532   Travel Clerk II                                 18.35
01533 - Travel Clerk III                                19.84
01611 - Word Processor I                                16.54
01612 - Word Processor II                               18.58
01613   Word Processor III                              20.78
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass             22.83
05010 - Automotive  Electrician                         22.03
05040   Automotive Glass Installer                      20.34
05070 - Automotive Worker                               21.11
05110 - Mobile Equipment Servicer                       19.63
05130 - Motor Equipment Metal Mechanic                  22.81
05160   Motor Equipment Metal Worker                    21.22
05190 - Motor Vehicle Mechanic                          22.83
05220 - Motor Vehicle Mechanic Helper                   18.71
05250 - Motor Vehicle Upholstery Worker                 20.54
05280   Motor Vehicle Wrecker                           21.22
05310 - Painter Automotive                              22.14
05340 - Radiator Repair Specialist                      21.22
05370 - Tire Repairer                                14.89***
05400   Transmission Repair Specialist                  23.49
07000 - Food Preparation And Service Occupations
07010 - Baker                                        13.61***
07041 - Cook I                                          15.71
07042   Cook II                                         16.99
07070 - Dishwasher                                   10.64***
07130 - Food Service Worker                          11.71***
07210 - Meat Cutter                                     17.30
07260   Waiter/Waitress                              12.17***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                     19.40
09040 - Furniture Handler                               17.39
09080   Furniture Refinisher                            22.85
09090 - Furniture Refinisher Helper                     19.50
09110 - Furniture Repairer Minor                        21.21
09130 - Upholsterer                                     20.13
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                             13.01***
11060 - Elevator Operator                            14.20***
11090 - Gardener                                        17.96
11122   Housekeeping Aide                            14.20***
11150 - Janitor                                      14.20***
11210 - Laborer Grounds Maintenance                     15.31
11240 - Maid or Houseman                             12.31***
11260   Pruner                                       14.37***
11270 - Tractor Operator                                17.17
11330 - Trail Maintenance Worker                        15.31
```

```
11360 - Window Cleaner                                      15.13
12000 - Health Occupations
  12010   Ambulance Driver                                  19.59
  12011 - Breath Alcohol Technician                         21.72
  12012 - Certified Occupational Therapist Assistant        27.84
  12015 - Certified Physical Therapist Assistant            28.01
  12020   Dental Assistant                                  20.84
  12025 - Dental Hygienist                                  36.25
  12030 - EKG Technician                                    32.13
  12035 - Electroneurodiagnostic Technologist               32.13
  12040   Emergency Medical Technician                      19.59
  12071 - Licensed Practical Nurse I                        20.15
  12072 - Licensed Practical Nurse II                       22.05
  12073 - Licensed Practical Nurse III                      24.57
  12100   Medical Assistant                                 17.10
  12130 - Medical Laboratory Technician                     25.76
  12160 - Medical Record Clerk                              16.71
  12190 - Medical Record Technician                         19.07
  12195   Medical Transcriptionist                          19.62
  12210 - Nuclear Medicine Technologist                     38.40
  12221 - Nursing Assistant I                               13.22***
  12222 - Nursing Assistant II                              14.85***
  12223   Nursing Assistant III                             16.21
  12224   Nursing Assistant IV                              18.21
  12235 - Optical Dispenser                                 21.62
  12236 - Optical Technician                                16.60
  12250   Pharmacy Technician                               15.13
  12280 - Phlebotomist                                      18.23
  12305 - Radiologic Technologist                           28.36
  12311 - Registered Nurse I                                29.51
  12312   Registered Nurse II                               34.77
  12313 - Registered Nurse II Specialist                    34.77
  12314 - Registered Nurse III                              42.08
  12315 - Registered Nurse III Anesthetist                  42.08
  12316   Registered Nurse IV                               50.42
  12317 - Scheduler (Drug and Alcohol Testing)              26.92
  12320 - Substance Abuse Treatment Counselor               24.09
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                             23.32
  13012 - Exhibits Specialist II                            28.89
  13013 - Exhibits Specialist III                           35.34
  13041 - Illustrator I                                     23.32
  13042   Illustrator II                                    30.61
  13043 - Illustrator III                                   37.43
  13047 - Librarian                                         31.99
  13050 - Library Aide/Clerk                                16.83
  13054   Library Information Technology Systems            28.89
  Administrator
  13058 - Library Technician                                18.11
  13061 - Media Specialist I                                20.84
  13062   Media Specialist II                               23.32
  13063 - Media Specialist III                              26.00
  13071 - Photographer I                                    17.98
  13072 - Photographer II                                   20.11
  13073   Photographer III                                  25.04
  13074 - Photographer IV                                   30.62
  13075 - Photographer V                                    37.06
  13090 - Technical Order Library Clerk                     17.50
  13110   Video Teleconference Technician                   24.52
14000 - Information Technology Occupations
  14041 - Computer Operator I                               19.57
  14042 - Computer Operator II                              21.88
  14043   Computer Operator III                             24.39
  14044 - Computer Operator IV                              27.11
  14045 - Computer Operator V                               30.02
```

```
14071 - Computer Programmer I                       (see 1)
14072 - Computer Programmer II                      (see 1)
14073 - Computer Programmer III                     (see 1)
14074 - Computer Programmer IV                      (see 1)
14101 - Computer Systems Analyst I                  (see 1)
14102 - Computer Systems Analyst II                 (see 1)
14103 - Computer Systems Analyst III                (see 1)
14150 - Peripheral Equipment Operator                        19.57
14160 - Personal Computer Support Technician                 27.11
14170 - System Support Specialist                            30.58
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)      33.73
15020 - Aircrew Training Devices Instructor (Rated)          40.82
15030 - Air Crew Training Devices Instructor (Pilot)         48.92
15050 - Computer Based Training Specialist / Instructor      33.73
15060 - Educational Technologist                             32.74
15070 - Flight Instructor (Pilot)                            48.92
15080 - Graphic Artist                                       25.72
15085 - Maintenance Test Pilot Fixed Jet/Prop                48.92
15086 - Maintenance Test Pilot Rotary Wing                   48.92
15088 - Non-Maintenance Test/Co-Pilot                        48.92
15090 - Technical Instructor                                 24.41
15095 - Technical Instructor/Course Developer                29.85
15110 - Test Proctor                                         19.71
15120 - Tutor                                                19.71
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                         13.13***
16030 - Counter Attendant                                 13.13***
16040 - Dry Cleaner                                          15.77
16070 - Finisher Flatwork Machine                         13.13***
16090 - Presser Hand                                      13.13***
16110 - Presser Machine Drycleaning                       13.13***
16130 - Presser Machine Shirts                            13.13***
16160 - Presser Machine Wearing Apparel Laundry           13.13***
16190 - Sewing Machine Operator                              16.89
16220 - Tailor                                               17.98
16250 - Washer Machine                                    13.76***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                    21.82
19040 - Tool And Die Maker                                   24.86
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                    19.21
21030 - Material Coordinator                                 21.99
21040 - Material Expediter                                   21.99
21050 - Material Handling Laborer                            15.28
21071 - Order Filler                                         15.27
21080 - Production Line Worker (Food Processing)             19.21
21110 - Shipping Packer                                      17.77
21130 - Shipping/Receiving Clerk                             17.77
21140 - Store Worker I                                       18.81
21150 - Stock Clerk                                          22.67
21210 - Tools And Parts Attendant                            19.21
21410 - Warehouse Specialist                                 19.21
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                          31.21
23019 - Aircraft Logs and Records Technician                 26.99
23021 - Aircraft Mechanic I                                  30.13
23022 - Aircraft Mechanic II                                 31.21
23023 - Aircraft Mechanic III                                32.17
23040 - Aircraft Mechanic Helper                             24.85
23050 - Aircraft Painter                                     29.14
23060 - Aircraft Servicer                                    26.99
23070 - Aircraft Survival Flight Equipment Technician        29.14
23080 - Aircraft Worker                                      28.10
23091 - Aircrew Life Support Equipment (ALSE) Mechanic       28.10
```

```
I
  23092 - Aircrew Life Support Equipment (ALSE) Mechanic          30.13
II
  23110 - Appliance Mechanic                                      28.03
  23120 - Bicycle Repairer                                        25.00
  23125 - Cable Splicer                                           42.93
  23130 - Carpenter Maintenance                                   24.40
  23140 - Carpet Layer                                            27.99
  23160 - Electrician Maintenance                                 29.02
  23181 - Electronics Technician Maintenance I                    27.27
  23182 - Electronics Technician Maintenance II                   28.28
  23183 - Electronics Technician Maintenance III                  29.24
  23260 - Fabric Worker                                           25.97
  23290 - Fire Alarm System Mechanic                              25.68
  23310 - Fire Extinguisher Repairer                              25.00
  23311 - Fuel Distribution System Mechanic                       30.23
  23312 - Fuel Distribution System Operator                       26.07
  23370 - General Maintenance Worker                              22.10
  23380 - Ground Support Equipment Mechanic                       30.13
  23381 - Ground Support Equipment Servicer                       26.99
  23382 - Ground Support Equipment Worker                         28.10
  23391 - Gunsmith I                                              25.00
  23392 - Gunsmith II                                             27.04
  23393 - Gunsmith III                                            28.99
  23410 - Heating Ventilation And Air-Conditioning               25.17
Mechanic
  23411 - Heating Ventilation And Air Contidioning               26.15
Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                                24.69
  23440 - Heavy Equipment Operator                                27.08
  23460 - Instrument Mechanic                                     28.99
  23465 - Laboratory/Shelter Mechanic                            28.03
  23470 - Laborer                                                 15.83
  23510 - Locksmith                                               28.03
  23530 - Machinery Maintenance Mechanic                          28.27
  23550 - Machinist Maintenance                                   23.39
  23580 - Maintenance Trades Helper                               18.52
  23591 - Metrology Technician I                                  28.99
  23592 - Metrology Technician II                                 30.03
  23593 - Metrology Technician III                                30.95
  23640 - Millwright                                              26.93
  23710 - Office Appliance Repairer                               23.06
  23760 - Painter Maintenance                                     21.97
  23790 - Pipefitter Maintenance                                  30.24
  23810 - Plumber Maintenance                                     28.81
  23820 - Pneudraulic Systems Mechanic                            28.99
  23850 - Rigger                                                  28.99
  23870 - Scale Mechanic                                          27.04
  23890 - Sheet-Metal Worker Maintenance                          37.79
  23910 - Small Engine Mechanic                                   18.79
  23931 - Telecommunications Mechanic I                           33.88
  23932 - Telecommunications Mechanic II                          35.09
  23950 - Telephone Lineman                                       40.41
  23960 - Welder Combination Maintenance                          21.13
  23965 - Well Driller                                            29.28
  23970 - Woodcraft Worker                                        28.99
  23980 - Woodworker                                              25.00
24000 - Personal Needs Occupations
  24550 - Case Manager                                            17.60
  24570 - Child Care Attendant                                 12.00***
  24580 - Child Care Center Clerk                              14.96***
  24610 - Chore Aide                                           12.55***
  24620 - Family Readiness And Support Services                   17.60
Coordinator
  24630 - Homemaker                                               17.60
```

```
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                        28.87
   25040 - Sewage Plant Operator                                26.64
   25070 - Stationary Engineer                                  28.87
   25190 - Ventilation Equipment Tender                         23.81
   25210 - Water Treatment Plant Operator                       26.64
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                        22.93
   27007 - Baggage Inspector                                 13.48***
   27008 - Corrections Officer                                  26.22
   27010 - Court Security Officer                               29.22
   27030 - Detection Dog Handler                                18.81
   27040 - Detention Officer                                    26.22
   27070 - Firefighter                                          32.98
   27101 - Guard I                                           13.48***
   27102 - Guard II                                             18.81
   27131 - Police Officer I                                     30.59
   27132 - Police Officer II                                    34.00
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                       11.46***
   28042 - Carnival Equipment Repairer                       12.02***
   28043 - Carnival Worker                                    9.59***
   28210 - Gate Attendant/Gate Tender                           16.60
   28310 - Lifeguard                                         12.78***
   28350 - Park Attendant (Aide)                                18.56
   28510 - Recreation Aide/Health Facility Attendant         13.54***
   28515 - Recreation Specialist                                22.99
   28630 - Sports Official                                   14.78***
   28690 - Swimming Pool Operator                               17.23
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                   26.02
   29020 - Hatch Tender                                         26.02
   29030 - Line Handler                                         26.02
   29041 - Stevedore I                                          25.00
   29042 - Stevedore II                                         26.98
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)  (see 2)    46.55
   30011 - Air Traffic Control Specialist Station (HFO) (see 2)    32.10
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   35.35
   30021 - Archeological Technician I                           21.07
   30022 - Archeological Technician II                          23.56
   30023 - Archeological Technician III                         29.19
   30030 - Cartographic Technician                              29.19
   30040 - Civil Engineering Technician                         30.87
   30051 - Cryogenic Technician I                               29.95
   30052 - Cryogenic Technician II                              33.08
   30061 - Drafter/CAD Operator I                               21.07
   30062 - Drafter/CAD Operator II                              23.56
   30063 - Drafter/CAD Operator III                             26.26
   30064 - Drafter/CAD Operator IV                              32.32
   30081 - Engineering Technician I                             18.23
   30082 - Engineering Technician II                            20.47
   30083 - Engineering Technician III                           23.23
   30084 - Engineering Technician IV                            28.83
   30085 - Engineering Technician V                             35.18
   30086 - Engineering Technician VI                            42.58
   30090 - Environmental Technician                             24.33
   30095 - Evidence Control Specialist                          27.05
   30210 - Laboratory Technician                                25.35
   30221 - Latent Fingerprint Technician I                      29.95
   30222 - Latent Fingerprint Technician II                     33.08
   30240 - Mathematical Technician                              29.80
   30361 - Paralegal/Legal Assistant I                          22.90
   30362 - Paralegal/Legal Assistant II                         28.37
   30363 - Paralegal/Legal Assistant III                        34.70
```

```
30364 - Paralegal/Legal Assistant IV                              42.00
30375 - Petroleum Supply Specialist                               33.08
30390 - Photo-Optics Technician                                   29.19
30395 - Radiation Control Technician                              33.08
30461 - Technical Writer I                                        26.87
30462 - Technical Writer II                                       32.86
30463 - Technical Writer III                                      39.76
30491 - Unexploded Ordnance (UXO) Technician I                    29.58
30492 - Unexploded Ordnance (UXO) Technician II                   35.79
30493 - Unexploded Ordnance (UXO) Technician III                  42.90
30494 - Unexploded (UXO) Safety Escort                            29.58
30495 - Unexploded (UXO) Sweep Personnel                          29.58
30501 - Weather Forecaster I                                      32.32
30502 - Weather Forecaster II                                     39.33
30620 - Weather Observer Combined Upper Air Or     (see 2)        26.26
Surface Programs
30621 - Weather Observer Senior                    (see 2)        29.19
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            35.79
31020 - Bus Aide                                                  16.74
31030 - Bus Driver                                                21.08
31043 - Driver Courier                                            18.13
31260 - Parking and Lot Attendant                                 12.50***
31290 - Shuttle Bus Driver                                        19.00
31310 - Taxi Driver                                               14.74***
31361 - Truckdriver Light                                         19.00
31362 - Truckdriver Medium                                        19.28
31363 - Truckdriver Heavy                                         23.38
31364 - Truckdriver Tractor-Trailer                               23.38
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   17.45
99030 - Cashier                                                   11.80***
99050 - Desk Clerk                                                12.64***
99095 - Embalmer                                                  34.20
99130 - Flight Follower                                           29.58
99251 - Laboratory Animal Caretaker I                             13.08***
99252 - Laboratory Animal Caretaker II                            13.68***
99260 - Marketing Analyst                                         27.57
99310 - Mortician                                                 34.20
99410 - Pest Controller                                           20.45
99510 - Photofinishing Worker                                     15.55
99710 - Recycling Laborer                                         18.72
99711 - Recycling Specialist                                      21.14
99730 - Refuse Collector                                          17.57
99810 - Sales Clerk                                               12.43***
99820 - School Crossing Guard                                     13.33***
99830 - Survey Party Chief                                        32.79
99831 - Surveying Aide                                            19.47
99832 - Surveying Technician                                      28.78
99840 - Vending Machine Attendant                                 19.24
99841 - Vending Machine Repairer                                  22.61
99842 - Vending Machine Repairer Helper                           19.24
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year: New Year's Day Martin Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
              "REGISTER OF WAGE DETERMINATIONS UNDER   |       U.S. DEPARTMENT OF LABOR
              THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
       By direction of the Secretary of Labor        |       WAGE AND HOUR DIVISION
                                                     |       WASHINGTON D.C.  20210
                                                     |
                                                     |
                                                     |
                                                     | Wage Determination No.: 2015-4657
       Daniel W. Simms          Division of          |       Revision No.: 19
       Director           Wage Determinations|       Date Of Last Revision: 03/15/2022
                                                     |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent      |
|                                       |performing on the contract in 2022.       |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent      |
|                                       |performing on the contract in 2022.       |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Tennessee

Area: Tennessee Counties of Bedford Lewis Marshall Perry

          **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                                FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                        13.82***
    01012 - Accounting Clerk II                                       15.53
    01013   Accounting Clerk III                                      17.36
    01020 - Administrative Assistant                                  20.91
    01035 - Court Reporter                                            19.75
    01041 - Customer Service Representative I                         13.17***
    01042   Customer Service Representative II                        14.82***
    01043 - Customer Service Representative III                       16.16
    01051 - Data Entry Operator I                                     14.71***
    01052 - Data Entry Operator II                                    16.05
    01060   Dispatcher Motor Vehicle                                  17.66
    01070 - Document Preparation Clerk                                13.77***
    01090 - Duplicating Machine Operator                              13.77***
    01111 - General Clerk I                                           13.24***
    01112   General Clerk II                                          14.45***
    01113 - General Clerk III                                         16.23

```

```
01120 - Housing Referral Assistant                      19.28
01141 - Messenger Courier                               12.19***
01191   Order Clerk I                                   12.92***
01192 - Order Clerk II                                  14.09***
01261 - Personnel Assistant (Employment) I              15.99
01262 - Personnel Assistant (Employment) II             17.90
01263   Personnel Assistant (Employment) III            19.95
01270 - Production Control Clerk                         21.61
01290 - Rental Clerk                                    11.44***
01300 - Scheduler Maintenance                           15.47
01311   Secretary I                                     15.47
01312 - Secretary II                                    17.30
01313   Secretary III                                   19.28
01320 - Service Order Dispatcher                        15.78
01410   Supply Technician                               20.91
01420 - Survey Worker                                   14.27***
01460 - Switchboard Operator/Receptionist               12.95***
01531 - Travel Clerk I                                  12.22***
01532   Travel Clerk II                                 12.99***
01533 - Travel Clerk III                                13.78***
01611 - Word Processor I                                13.77***
01612   Word Processor II                               15.95
01613   Word Processor III                              17.30
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass             23.66
05010 - Automotive  Electrician                         19.84
05040   Automotive Glass Installer                      18.19
05070 - Automotive Worker                               18.79
05110 - Mobile Equipment Servicer                       16.48
05130 - Motor Equipment Metal Mechanic                  18.89
05160   Motor Equipment Metal Worker                    19.33
05190 - Motor Vehicle Mechanic                          18.89
05220 - Motor Vehicle Mechanic Helper                   15.33
05250 - Motor Vehicle Upholstery Worker                 17.18
05280   Motor Vehicle Wrecker                           18.17
05310 - Painter Automotive                              18.42
05340 - Radiator Repair Specialist                      18.17
05370 - Tire Repairer                                   12.25***
05400   Transmission Repair Specialist                  18.89
07000 - Food Preparation And Service Occupations
07010 - Baker                                           14.53***
07041 - Cook I                                          11.24***
07042   Cook II                                         12.65***
07070 - Dishwasher                                       9.25***
07130 - Food Service Worker                              9.31***
07210 - Meat Cutter                                     17.35
07260   Waiter/Waitress                                  8.96***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                     19.56
09040 - Furniture Handler                               13.61***
09080   Furniture Refinisher                            20.10
09090 - Furniture Refinisher Helper                     15.98
09110 - Furniture Repairer Minor                        18.05
09130 - Upholsterer                                     20.10
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                14.51***
11060 - Elevator Operator                               14.24***
11090 - Gardener                                        17.67
11122   Housekeeping Aide                               11.30***
11150 - Janitor                                         11.30***
11210 - Laborer Grounds Maintenance                     14.07***
11240 - Maid or Houseman                                10.16***
11260   Pruner                                          12.74***
11270 - Tractor Operator                                16.53
11330 - Trail Maintenance Worker                        14.07***
```

```
    11360 - Window Cleaner                                          12.54***
12000 - Health Occupations
    12010    Ambulance Driver                                       18.31
    12011 - Breath Alcohol Technician                               18.45
    12012 - Certified Occupational Therapist Assistant             26.84
    12015 - Certified Physical Therapist Assistant                 34.39
    12020    Dental Assistant                                       17.46
    12025 - Dental Hygienist                                        35.71
    12030 - EKG Technician                                          27.74
    12035 - Electroneurodiagnostic Technologist                    27.74
    12040    Emergency Medical Technician                           18.31
    12071 - Licensed Practical Nurse I                              16.50
    12072 - Licensed Practical Nurse II                             18.45
    12073 - Licensed Practical Nurse III                            20.56
    12100    Medical Assistant                                      14.27***
    12130 - Medical Laboratory Technician                           23.01
    12160 - Medical Record Clerk                                    15.14
    12190 - Medical Record Technician                               18.31
    12195    Medical Transcriptionist                               17.33
    12210 - Nuclear Medicine Technologist                           40.55
    12221 - Nursing Assistant I                                     11.85***
    12222 - Nursing Assistant II                                    13.32***
    12223    Nursing Assistant III                                  14.54***
    12224 - Nursing Assistant IV                                    16.33
    12235 - Optical Dispenser                                       21.38
    12236 - Optical Technician                                      16.50
    12250    Pharmacy Technician                                    16.03
    12280 - Phlebotomist                                            16.36
    12305 - Radiologic Technologist                                 24.80
    12311 - Registered Nurse I                                      24.32
    12312    Registered Nurse II                                    29.75
    12313 - Registered Nurse II Specialist                          29.75
    12314 - Registered Nurse III                                    35.99
    12315 - Registered Nurse III Anesthetist                        35.99
    12316    Registered Nurse IV                                    43.13
    12317    Scheduler (Drug and Alcohol Testing)                  22.86
    12320 - Substance Abuse Treatment Counselor                     15.57
13000 - Information And Arts Occupations
    13011    Exhibits Specialist I                                  18.77
    13012 - Exhibits Specialist II                                  23.25
    13013 - Exhibits Specialist III                                 28.44
    13041 - Illustrator I                                           20.73
    13042    Illustrator II                                         25.68
    13043 - Illustrator III                                         31.42
    13047 - Librarian                                               25.75
    13050 - Library Aide/Clerk                                      14.55***
    13054    Library Information Technology Systems                 23.25
    Administrator
    13058 - Library Technician                                      17.88
    13061 - Media Specialist I                                      16.78
    13062    Media Specialist II                                    18.77
    13063 - Media Specialist III                                    20.92
    13071 - Photographer I                                          16.78
    13072 - Photographer II                                         18.77
    13073    Photographer III                                       23.25
    13074 - Photographer IV                                         28.44
    13075 - Photographer V                                          34.42
    13090 - Technical Order Library Clerk                           18.33
    13110    Video Teleconference Technician                        17.90
14000 - Information Technology Occupations
    14041 - Computer Operator I                                     14.14***
    14042    Computer Operator II                                   15.82
    14043    Computer Operator III                                  17.64
    14044 - Computer Operator IV                                    19.60
    14045 - Computer Operator V                                     21.70
```

```
14071 - Computer Programmer I               (see 1)        22.99
14072 - Computer Programmer II              (see 1)
14073 - Computer Programmer III             (see 1)
14074 - Computer Programmer IV              (see 1)
14101 - Computer Systems Analyst I          (see 1)
14102 - Computer Systems Analyst II         (see 1)
14103 - Computer Systems Analyst III        (see 1)
14150 - Peripheral Equipment Operator                  14.14***
14160 - Personal Computer Support Technician           21.34
14170 - System Support Specialist                      21.70
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)  30.75
15020 - Aircrew Training Devices Instructor (Rated)      36.00
15030 - Air Crew Training Devices Instructor (Pilot)     43.14
15050 - Computer Based Training Specialist / Instructor  30.75
15060 - Educational Technologist                         31.69
15070 - Flight Instructor (Pilot)                        43.14
15080 - Graphic Artist                                   18.86
15085 - Maintenance Test Pilot Fixed Jet/Prop            43.14
15086 - Maintenance Test Pilot Rotary Wing               43.14
15088 - Non-Maintenance Test/Co-Pilot                    43.14
15090 - Technical Instructor                             18.77
15095 - Technical Instructor/Course Developer            22.96
15110 - Test Proctor                                     15.15
15120 - Tutor                                            15.15
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                       9.51***
16030 - Counter Attendant                               9.51***
16040 - Dry Cleaner                                    11.95***
16070 - Finisher Flatwork Machine                      9.51***
16090 - Presser Hand                                   9.51***
16110 - Presser Machine Drycleaning                    9.51***
16130 - Presser Machine Shirts                         9.51***
16160 - Presser Machine Wearing Apparel Laundry        9.51***
16190 - Sewing Machine Operator                       12.70***
16220 - Tailor                                        13.42***
16250 - Washer Machine                                10.31***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)              19.53
19040 - Tool And Die Maker                             23.60
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                              17.70
21030 - Material Coordinator                           21.61
21040 - Material Expediter                             21.61
21050 - Material Handling Laborer                     14.08***
21071 - Order Filler                                  12.89***
21080 - Production Line Worker (Food Processing)       17.70
21110 - Shipping Packer                                18.47
21130 - Shipping/Receiving Clerk                       18.47
21140 - Store Worker I                                13.28***
21150 - Stock Clerk                                    17.99
21210 - Tools And Parts Attendant                      17.70
21410 - Warehouse Specialist                           17.70
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                    25.04
23019 - Aircraft Logs and Records Technician           21.64
23021 - Aircraft Mechanic I                            23.88
23022 - Aircraft Mechanic II                           25.04
23023 - Aircraft Mechanic III                          26.20
23040 - Aircraft Mechanic Helper                       19.23
23050 - Aircraft Painter                               27.35
23060 - Aircraft Servicer                              21.64
23070 - Aircraft Survival Flight Equipment Technician  27.35
23080 - Aircraft Worker                                22.84
23091 - Aircrew Life Support Equipment (ALSE) Mechanic 22.84
```

```
    I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic          23.88
    II
    23110 - Appliance Mechanic                                     22.68
    23120 - Bicycle Repairer                                       19.15
    23125 - Cable Splicer                                          38.10
    23130 - Carpenter Maintenance                                  18.70
    23140 - Carpet Layer                                           21.54
    23160 - Electrician Maintenance                                29.57
    23181 - Electronics Technician Maintenance I                   21.82
    23182 - Electronics Technician Maintenance II                  22.95
    23183 - Electronics Technician Maintenance III                 24.16
    23260 - Fabric Worker                                          20.30
    23290 - Fire Alarm System Mechanic                             23.88
    23310 - Fire Extinguisher Repairer                             19.15
    23311 - Fuel Distribution System Mechanic                      23.88
    23312 - Fuel Distribution System Operator                      19.15
    23370 - General Maintenance Worker                             19.01
    23380 - Ground Support Equipment Mechanic                      23.88
    23381 - Ground Support Equipment Servicer                      21.64
    23382 - Ground Support Equipment Worker                        22.84
    23391 - Gunsmith I                                             19.15
    23392 - Gunsmith II                                            21.54
    23393 - Gunsmith III                                           23.88
    23410 - Heating Ventilation And Air-Conditioning               20.10
Mechanic
    23411 - Heating Ventilation And Air Contidioning               21.26
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                               20.03
    23440 - Heavy Equipment Operator                               21.78
    23460 - Instrument Mechanic                                    23.88
    23465 - Laboratory/Shelter Mechanic                            22.68
    23470 - Laborer                                                14.08***
    23510 - Locksmith                                              22.68
    23530 - Machinery Maintenance Mechanic                         24.46
    23550 - Machinist Maintenance                                  23.19
    23580 - Maintenance Trades Helper                              15.44
    23591 - Metrology Technician I                                 23.88
    23592 - Metrology Technician II                                25.04
    23593 - Metrology Technician III                               26.20
    23640 - Millwright                                             25.95
    23710 - Office Appliance Repairer                              22.68
    23760 - Painter Maintenance                                    21.12
    23790 - Pipefitter Maintenance                                 21.40
    23810 - Plumber Maintenance                                    20.33
    23820 - Pneudraulic Systems Mechanic                           23.88
    23850 - Rigger                                                 23.88
    23870 - Scale Mechanic                                         21.54
    23890 - Sheet-Metal Worker Maintenance                         20.10
    23910 - Small Engine Mechanic                                  18.85
    23931 - Telecommunications Mechanic I                          28.36
    23932 - Telecommunications Mechanic II                         29.73
    23950 - Telephone Lineman                                      23.88
    23960 - Welder Combination Maintenance                         18.61
    23965 - Well Driller                                           23.88
    23970 - Woodcraft Worker                                       23.88
    23980 - Woodworker                                             19.15
 24000 - Personal Needs Occupations
    24550 - Case Manager                                           17.18
    24570 - Child Care Attendant                                   9.16***
    24580 - Child Care Center Clerk                                12.11***
    24610 - Chore Aide                                             10.88***
    24620 - Family Readiness And Support Services                  17.18
Coordinator
    24630 - Homemaker                                              17.18
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        24.18
    25040 - Sewage Plant Operator                                18.21
    25070 - Stationary Engineer                                  24.18
    25190 - Ventilation Equipment Tender                         17.91
    25210 - Water Treatment Plant Operator                       18.21
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        15.82
    27007 - Baggage Inspector                                    15.10
    27008 - Corrections Officer                                  17.45
    27010 - Court Security Officer                               19.46
    27030 - Detection Dog Handler                                17.46
    27040 - Detention Officer                                    17.45
    27070 - Firefighter                                          22.20
    27101 - Guard I                                              15.10
    27102 - Guard II                                             17.46
    27131 - Police Officer I                                     19.83
    27132 - Police Officer II                                    22.04
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       13.46***
    28042 - Carnival Equipment Repairer                       14.40***
    28043 - Carnival Worker                                   10.38***
    28210 - Gate Attendant/Gate Tender                           17.67
    28310 - Lifeguard                                         11.01***
    28350 - Park Attendant (Aide)                                19.77
    28510 - Recreation Aide/Health Facility Attendant         14.43***
    28515 - Recreation Specialist                                22.50
    28630 - Sports Official                                      15.74
    28690 - Swimming Pool Operator                               17.27
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   21.54
    29020 - Hatch Tender                                         21.54
    29030 - Line Handler                                         21.54
    29041 - Stevedore I                                          20.30
    29042 - Stevedore II                                         22.68
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.59
    30021 - Archeological Technician I                           18.24
    30022 - Archeological Technician II                          20.41
    30023 - Archeological Technician III                         25.28
    30030 - Cartographic Technician                              25.28
    30040 - Civil Engineering Technician                         24.58
    30051 - Cryogenic Technician I                               28.00
    30052 - Cryogenic Technician II                              30.93
    30061 - Drafter/CAD Operator I                               18.24
    30062 - Drafter/CAD Operator II                              20.41
    30063 - Drafter/CAD Operator III                             22.75
    30064 - Drafter/CAD Operator IV                              28.00
    30081 - Engineering Technician I                             16.25
    30082 - Engineering Technician II                            18.24
    30083 - Engineering Technician III                           21.48
    30084 - Engineering Technician IV                            25.28
    30085 - Engineering Technician V                             30.93
    30086 - Engineering Technician VI                            37.42
    30090 - Environmental Technician                             25.28
    30095 - Evidence Control Specialist                          25.28
    30210 - Laboratory Technician                                24.03
    30221 - Latent Fingerprint Technician I                      28.00
    30222 - Latent Fingerprint Technician II                     30.93
    30240 - Mathematical Technician                              25.28
    30361 - Paralegal/Legal Assistant I                          19.94
    30362 - Paralegal/Legal Assistant II                         24.70
    30363 - Paralegal/Legal Assistant III                        28.27
```

```
30364 - Paralegal/Legal Assistant IV                              34.21
30375 - Petroleum Supply Specialist                               30.93
30390 - Photo-Optics Technician                                   25.28
30395 - Radiation Control Technician                              30.93
30461 - Technical Writer I                                        25.28
30462 - Technical Writer II                                       30.93
30463 - Technical Writer III                                      37.42
30491 - Unexploded Ordnance (UXO) Technician I                    25.60
30492 - Unexploded Ordnance (UXO) Technician II                   30.98
30493 - Unexploded Ordnance (UXO) Technician III                  37.13
30494 - Unexploded (UXO) Safety Escort                            25.60
30495 - Unexploded (UXO) Sweep Personnel                          25.60
30501 - Weather Forecaster I                                      28.00
30502 - Weather Forecaster II                                     34.06
30620 - Weather Observer Combined Upper Air Or      (see 2)       22.75
Surface Programs
30621 - Weather Observer Senior                     (see 2)       25.28
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                                  13.26***
31030 - Bus Driver                                                19.16
31043 - Driver Courier                                            15.19
31260 - Parking and Lot Attendant                                 12.00***
31290 - Shuttle Bus Driver                                        16.20
31310 - Taxi Driver                                               13.55***
31361 - Truckdriver Light                                         16.20
31362 - Truckdriver Medium                                        19.71
31363 - Truckdriver Heavy                                         20.34
31364 - Truckdriver Tractor-Trailer                               20.34
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                    9.45***
99050 - Desk Clerk                                                12.85***
99095 - Embalmer                                                  30.75
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                             12.68***
99252 - Laboratory Animal Caretaker II                            13.56***
99260 - Marketing Analyst                                         24.99
99310 - Mortician                                                 30.75
99410 - Pest Controller                                           17.16
99510 - Photofinishing Worker                                     13.45***
99710 - Recycling Laborer                                         15.01
99711 - Recycling Specialist                                      17.64
99730 - Refuse Collector                                          13.59***
99810 - Sales Clerk                                               11.90***
99820 - School Crossing Guard                                     14.86***
99830 - Survey Party Chief                                        18.77
99831 - Surveying Aide                                            12.67***
99832 - Surveying Technician                                      16.84
99840 - Vending Machine Attendant                                 19.27
99841 - Vending Machine Repairer                                  23.18
99842 - Vending Machine Repairer Helper                           19.27
```

```
***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.
```

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
            "REGISTER OF WAGE DETERMINATIONS UNDER   |      U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT                 | EMPLOYMENT STANDARDS ADMINISTRATION
      By direction of the Secretary of Labor         |      WAGE AND HOUR DIVISION
                                                     |       WASHINGTON D.C.  20210
                                                     |
                                                     |
                                                     |
                                                     | Wage Determination No.: 2015-4649
      Daniel W. Simms          Division of           |      Revision No.: 19
      Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                     |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
_____
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|_____|_____|
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|_____|_____|
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.
_____

State: Tennessee

Area: Tennessee Counties of Benton Carroll Decatur Dyer Gibson Hardeman
Hardin Haywood Henderson Henry Lake Lauderdale McNairy Obion Weakley


                **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE    TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                        14.88***
   01012   Accounting Clerk II                                       16.71
   01013 - Accounting Clerk III                                      18.68
   01020 - Administrative Assistant                                  23.48
   01035 - Court Reporter                                            18.77
   01041   Customer Service Representative I                         13.53***
   01042 - Customer Service Representative II                        15.11
   01043 - Customer Service Representative III                       16.61
   01051 - Data Entry Operator I                                     12.67***
   01052   Data Entry Operator II                                    13.83***
   01060 - Dispatcher Motor Vehicle                                  17.69
   01070 - Document Preparation Clerk                                14.95***
   01090 - Duplicating Machine Operator                             14.95***
   01111   General Clerk I                                           12.56***
   01112 - General Clerk II                                          14.88***
```

```
01113 - General Clerk III                              16.70
01120 - Housing Referral Assistant                     20.93
01141   Messenger Courier                              12.77***
01191 - Order Clerk I                                  14.96***
01192 - Order Clerk II                                 16.32
01261 - Personnel Assistant (Employment) I             16.05
01262   Personnel Assistant (Employment) II            17.95
01263 - Personnel Assistant (Employment) III           20.01
01270 - Production Control Clerk                        22.11
01290 - Rental Clerk                                    15.13
01300   Scheduler Maintenance                           16.79
01311 - Secretary I                                     16.79
01312 - Secretary II                                    18.77
01313 - Secretary III                                   20.93
01320   Service Order Dispatcher                        15.81
01410 - Supply Technician                               23.48
01420 - Survey Worker                                   18.77
01460 - Switchboard Operator/Receptionist              13.23***
01531   Travel Clerk I                                  14.02***
01532 - Travel Clerk II                                 15.00
01533 - Travel Clerk III                                16.08
01611 - Word Processor I                                14.95***
01612   Word Processor II                               16.79
01613 - Word Processor III                              18.77
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass            19.85
05010   Automotive  Electrician                         19.23
05040 - Automotive Glass Installer                      17.17
05070 - Automotive Worker                               17.21
05110 - Mobile Equipment Servicer                       15.07
05130   Motor Equipment Metal Mechanic                  19.23
05160 - Motor Equipment Metal Worker                    17.21
05190 - Motor Vehicle Mechanic                          19.23
05220 - Motor Vehicle Mechanic Helper                  13.97***
05250   Motor Vehicle Upholstery Worker                 17.21
05280 - Motor Vehicle Wrecker                           17.21
05310 - Painter Automotive                              18.23
05340 - Radiator Repair Specialist                      17.21
05370   Tire Repairer                                  12.82***
05400 - Transmission Repair Specialist                  18.98
07000 - Food Preparation And Service Occupations
07010 - Baker                                          14.93***
07041   Cook I                                         10.72***
07042 - Cook II                                        12.34***
07070 - Dishwasher                                      9.70***
07130 - Food Service Worker                             9.23***
07210   Meat Cutter                                    13.78***
07260 - Waiter/Waitress                                 8.86***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                     18.07
09040   Furniture Handler                              11.81***
09080 - Furniture Refinisher                            18.07
09090 - Furniture Refinisher Helper                    14.27***
09110 - Furniture Repairer Minor                        16.80
09130   Upholsterer                                     19.28
11000 - General Services And Support Occupations
11030 - Cleaner Vehicles                               13.17***
11060 - Elevator Operator                              13.17***
11090   Gardener                                        18.30
11122 - Housekeeping Aide                              11.16***
11150 - Janitor                                        11.16***
11210 - Laborer Grounds Maintenance                    14.10***
11240   Maid or Houseman                                9.52***
11260 - Pruner                                         12.67***
11270 - Tractor Operator                                16.96
```

```
11330 - Trail Maintenance Worker                          14.10***
11360 - Window Cleaner                                    12.03***
12000   Health Occupations
12010 - Ambulance Driver                                  17.71
12011 - Breath Alcohol Technician                         17.71
12012 - Certified Occupational Therapist Assistant        29.08
12015   Certified Physical Therapist Assistant            29.08
12020 - Dental Assistant                                  21.19
12025 - Dental Hygienist                                  34.57
12030 - EKG Technician                                    28.02
12035   Electroneurodiagnostic Technologist               28.02
12040 - Emergency Medical Technician                      17.71
12071 - Licensed Practical Nurse I                        16.54
12072 - Licensed Practical Nurse II                       18.49
12073   Licensed Practical Nurse III                      20.61
12100 - Medical Assistant                                 14.15***
12130 - Medical Laboratory Technician                     22.01
12160 - Medical Record Clerk                              13.60***
12190   Medical Record Technician                         16.73
12195 - Medical Transcriptionist                          16.54
12210 - Nuclear Medicine Technologist                     40.63
12221 - Nursing Assistant I                               11.48***
12222   Nursing Assistant II                              12.90***
12223 - Nursing Assistant III                             14.08***
12224 - Nursing Assistant IV                              15.81
12235 - Optical Dispenser                                 16.90
12236   Optical Technician                                16.54
12250 - Pharmacy Technician                               15.65
12280 - Phlebotomist                                      13.75***
12305 - Radiologic Technologist                           24.12
12311   Registered Nurse I                                25.41
12312 - Registered Nurse II                               30.43
12313 - Registered Nurse II Specialist                    30.43
12314 - Registered Nurse III                              36.80
12315   Registered Nurse III Anesthetist                  36.80
12316 - Registered Nurse IV                               44.11
12317 - Scheduler (Drug and Alcohol Testing)              21.94
12320 - Substance Abuse Treatment Counselor               19.27
13000   Information And Arts Occupations
13011 - Exhibits Specialist I                             16.63
13012 - Exhibits Specialist II                            20.61
13013 - Exhibits Specialist III                           25.21
13041   Illustrator I                                     16.96
13042 - Illustrator II                                    20.61
13043 - Illustrator III                                   25.21
13047 - Librarian                                         22.82
13050   Library Aide/Clerk                                11.83***
13054 - Library Information Technology Systems            20.61
Administrator
13058 - Library Technician                                13.27***
13061   Media Specialist I                                14.87***
13062 - Media Specialist II                               16.63
13063 - Media Specialist III                              18.54
13071 - Photographer I                                    14.95***
13072   Photographer II                                   17.85
13073 - Photographer III                                  20.72
13074 - Photographer IV                                   25.35
13075 - Photographer V                                    30.67
13090   Technical Order Library Clerk                     15.49
13110 - Video Teleconference Technician                   18.06
14000 - Information Technology Occupations
14041 - Computer Operator I                               16.64
14042   Computer Operator II                              18.67
14043 - Computer Operator III                             20.82
14044 - Computer Operator IV                              23.14
```

```
14045 - Computer Operator V                                           25.61
14071 - Computer Programmer I                        (see 1)          21.66
14072 - Computer Programmer II                       (see 1)          26.85
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                                 16.64
14160 - Personal Computer Support Technician                          23.14
14170 - System Support Specialist                                     25.61
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)               27.90
15020 - Aircrew Training Devices Instructor (Rated)                   36.76
15030 - Air Crew Training Devices Instructor (Pilot)                  40.47
15050 - Computer Based Training Specialist / Instructor               27.90
15060 - Educational Technologist                                      32.84
15070 - Flight Instructor (Pilot)                                     40.47
15080 - Graphic Artist                                                23.07
15085 - Maintenance Test Pilot Fixed Jet/Prop                         40.47
15086 - Maintenance Test Pilot Rotary Wing                            40.47
15088 - Non-Maintenance Test/Co-Pilot                                 40.47
15090 - Technical Instructor                                          21.84
15095 - Technical Instructor/Course Developer                         26.71
15110 - Test Proctor                                                  17.63
15120 - Tutor                                                         17.63
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                                     11.27***
16030 - Counter Attendant                                             11.27***
16040 - Dry Cleaner                                                   13.53***
16070 - Finisher Flatwork Machine                                     11.27***
16090 - Presser Hand                                                  11.27***
16110 - Presser Machine Drycleaning                                   11.27***
16130 - Presser Machine Shirts                                        11.27***
16160 - Presser Machine Wearing Apparel Laundry                       11.27***
16190 - Sewing Machine Operator                                       14.48***
16220 - Tailor                                                        15.43
16250 - Washer Machine                                                11.81***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                             18.92
19040 - Tool And Die Maker                                            23.55
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                             17.65
21030 - Material Coordinator                                          22.11
21040 - Material Expediter                                            22.11
21050 - Material Handling Laborer                                     13.64***
21071 - Order Filler                                                  12.66***
21080 - Production Line Worker (Food Processing)                      17.65
21110 - Shipping Packer                                               16.25
21130 - Shipping/Receiving Clerk                                      16.25
21140 - Store Worker I                                                12.45***
21150 - Stock Clerk                                                   17.23
21210 - Tools And Parts Attendant                                     17.65
21410 - Warehouse Specialist                                          17.65
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                                   22.88
23019 - Aircraft Logs and Records Technician                          17.89
23021 - Aircraft Mechanic I                                           21.79
23022 - Aircraft Mechanic II                                          22.88
23023 - Aircraft Mechanic III                                         24.07
23040 - Aircraft Mechanic Helper                                      15.43
23050 - Aircraft Painter                                              20.60
23060 - Aircraft Servicer                                             17.89
23070 - Aircraft Survival Flight Equipment Technician                 20.60
23080 - Aircraft Worker                                               19.17
```

```
23091 - Aircrew Life Support Equipment (ALSE) Mechanic          19.17
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          21.79
II
23110 - Appliance Mechanic                                      20.35
23120 - Bicycle Repairer                                        16.65
23125 - Cable Splicer                                           30.35
23130 - Carpenter Maintenance                                   18.16
23140 - Carpet Layer                                            19.17
23160 - Electrician Maintenance                                 23.73
23181 - Electronics Technician Maintenance I                    23.15
23182 - Electronics Technician Maintenance II                   24.56
23183 - Electronics Technician Maintenance III                  26.02
23260 - Fabric Worker                                           17.89
23290 - Fire Alarm System Mechanic                              21.55
23310 - Fire Extinguisher Repairer                              16.65
23311 - Fuel Distribution System Mechanic                       23.55
23312 - Fuel Distribution System Operator                       18.20
23370 - General Maintenance Worker                              18.14
23380 - Ground Support Equipment Mechanic                       21.79
23381 - Ground Support Equipment Servicer                       17.89
23382 - Ground Support Equipment Worker                         19.17
23391 - Gunsmith I                                              16.65
23392 - Gunsmith II                                             19.17
23393 - Gunsmith III                                            21.55
23410 - Heating Ventilation And Air-Conditioning                20.18
Mechanic
23411 - Heating Ventilation And Air Contidioning                23.55
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                19.67
23440 - Heavy Equipment Operator                                20.35
23460 - Instrument Mechanic                                     21.55
23465 - Laboratory/Shelter Mechanic                             20.35
23470 - Laborer                                                 13.64***
23510 - Locksmith                                               20.35
23530 - Machinery Maintenance Mechanic                          22.93
23550 - Machinist Maintenance                                   21.29
23580 - Maintenance Trades Helper                               16.52
23591 - Metrology Technician I                                  21.55
23592 - Metrology Technician II                                 22.78
23593 - Metrology Technician III                                24.07
23640 - Millwright                                              25.82
23710 - Office Appliance Repairer                               20.35
23760 - Painter Maintenance                                     17.49
23790 - Pipefitter Maintenance                                  23.88
23810 - Plumber Maintenance                                     22.54
23820 - Pneudraulic Systems Mechanic                            21.55
23850 - Rigger                                                  21.55
23870 - Scale Mechanic                                          19.17
23890 - Sheet-Metal Worker Maintenance                          18.72
23910 - Small Engine Mechanic                                   19.03
23931 - Telecommunications Mechanic I                           26.37
23932 - Telecommunications Mechanic II                          27.94
23950 - Telephone Lineman                                       26.63
23960 - Welder Combination Maintenance                          18.36
23965 - Well Driller                                            21.55
23970 - Woodcraft Worker                                        21.55
23980 - Woodworker                                              16.65
24000 - Personal Needs Occupations
24550 - Case Manager                                            14.05***
24570 - Child Care Attendant                                    11.22***
24580 - Child Care Center Clerk                                 14.11***
24610 - Chore Aide                                              10.86***
24620 - Family Readiness And Support Services                   14.05***
Coordinator
```

```
      24630 - Homemaker                                          16.62
 25000 - Plant And System Operations Occupations
      25010 - Boiler Tender                                      23.36
      25040 - Sewage Plant Operator                              19.58
      25070 - Stationary Engineer                                23.36
      25190 - Ventilation Equipment Tender                       15.83
      25210 - Water Treatment Plant Operator                     19.58
 27000 - Protective Service Occupations
      27004 - Alarm Monitor                                      16.21
      27007 - Baggage Inspector                                  13.27***
      27008 - Corrections Officer                                19.23
      27010 - Court Security Officer                             18.53
      27030 - Detection Dog Handler                              14.84***
      27040 - Detention Officer                                  19.23
      27070 - Firefighter                                        16.97
      27101 - Guard I                                            13.27***
      27102 - Guard II                                           14.84***
      27131 - Police Officer I                                   21.51
      27132 - Police Officer II                                  22.53
 28000 - Recreation Occupations
      28041 - Carnival Equipment Operator                        12.65***
      28042 - Carnival Equipment Repairer                        13.64***
      28043 - Carnival Worker                                     9.45***
      28210 - Gate Attendant/Gate Tender                         13.81***
      28310 - Lifeguard                                          10.82***
      28350 - Park Attendant (Aide)                              15.45
      28510 - Recreation Aide/Health Facility Attendant          11.28***
      28515 - Recreation Specialist                              17.12
      28630 - Sports Official                                    12.31***
      28690 - Swimming Pool Operator                             15.71
 29000 - Stevedoring/Longshoremen Occupational Services
      29010 - Blocker And Bracer                                 28.11
      29020 - Hatch Tender                                       28.11
      29030 - Line Handler                                       28.11
      29041 - Stevedore I                                        26.26
      29042 - Stevedore II                                       29.81
 30000 - Technical Occupations
      30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    40.29
      30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    27.78
      30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.59
      30021 - Archeological Technician I                         17.90
      30022 - Archeological Technician II                        20.03
      30023 - Archeological Technician III                       24.81
      30030 - Cartographic Technician                            23.38
      30040 - Civil Engineering Technician                       24.81
      30051 - Cryogenic Technician I                             27.48
      30052 - Cryogenic Technician II                            30.35
      30061 - Drafter/CAD Operator I                             17.90
      30062 - Drafter/CAD Operator II                            20.03
      30063 - Drafter/CAD Operator III                           22.32
      30064 - Drafter/CAD Operator IV                            27.48
      30081 - Engineering Technician I                           17.14
      30082 - Engineering Technician II                          18.54
      30083 - Engineering Technician III                         21.52
      30084 - Engineering Technician IV                          25.66
      30085 - Engineering Technician V                           30.95
      30086 - Engineering Technician VI                          37.45
      30090 - Environmental Technician                           26.06
      30095 - Evidence Control Specialist                        24.81
      30210 - Laboratory Technician                              22.32
      30221 - Latent Fingerprint Technician I                    27.48
      30222 - Latent Fingerprint Technician II                   30.35
      30240 - Mathematical Technician                            24.81
      30361 - Paralegal/Legal Assistant I                        18.81
      30362 - Paralegal/Legal Assistant II                       22.31
```

```
30363 - Paralegal/Legal Assistant III                              27.20
30364 - Paralegal/Legal Assistant IV                               33.01
30375 - Petroleum Supply Specialist                                30.35
30390 - Photo-Optics Technician                                    24.81
30395 - Radiation Control Technician                               30.35
30461 - Technical Writer I                                         24.81
30462 - Technical Writer II                                        30.35
30463 - Technical Writer III                                       36.71
30491 - Unexploded Ordnance (UXO) Technician I                     25.60
30492 - Unexploded Ordnance (UXO) Technician II                    30.98
30493 - Unexploded Ordnance (UXO) Technician III                   37.13
30494 - Unexploded (UXO) Safety Escort                             25.60
30495 - Unexploded (UXO) Sweep Personnel                           25.60
30501 - Weather Forecaster I                                       27.48
30502 - Weather Forecaster II                                      33.41
30620 - Weather Observer Combined Upper Air Or    (see 2)          22.32
Surface Programs
30621 - Weather Observer Senior                    (see 2)         24.81
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                             30.98
31020 - Bus Aide                                               12.84***
31030 - Bus Driver                                                 18.31
31043 - Driver Courier                                         14.65***
31260 - Parking and Lot Attendant                              11.13***
31290 - Shuttle Bus Driver                                         15.30
31310 - Taxi Driver                                            13.35***
31361 - Truckdriver Light                                          15.81
31362 - Truckdriver Medium                                         16.98
31363 - Truckdriver Heavy                                          21.90
31364 - Truckdriver Tractor-Trailer                                21.90
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                    15.10
99030 - Cashier                                                 9.98***
99050 - Desk Clerk                                             10.28***
99095 - Embalmer                                                   27.59
99130 - Flight Follower                                            25.60
99251 - Laboratory Animal Caretaker I                          13.14***
99252 - Laboratory Animal Caretaker II                         14.74***
99260 - Marketing Analyst                                          24.66
99310 - Mortician                                                  27.59
99410 - Pest Controller                                            15.49
99510 - Photofinishing Worker                                  13.45***
99710 - Recycling Laborer                                          15.85
99711 - Recycling Specialist                                       19.07
99730 - Refuse Collector                                       14.25***
99810 - Sales Clerk                                            11.81***
99820 - School Crossing Guard                                  14.04***
99830 - Survey Party Chief                                         24.56
99831 - Surveying Aide                                             16.09
99832 - Surveying Technician                                       22.04
99840 - Vending Machine Attendant                                  18.79
99841 - Vending Machine Repairer                                   23.34
99842 - Vending Machine Repairer Helper                            18.79
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer

professional exemption.  Therefore the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

    (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining

agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
     By direction of the Secretary of Labor        |        WAGE AND HOUR DIVISION
                                                    |        WASHINGTON D.C.  20210
                                                    |
                                                    |
                                                    |
                                                    | Wage Determination No.: 2015-4647
     Daniel W. Simms          Division of           |        Revision No.: 19
     Director             Wage Determinations       | Date Of Last Revision: 03/15/2022
                                                    |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

_____

State: Tennessee

Area: Tennessee Counties of Cannon Cheatham Davidson Dickson Hickman
Macon Maury Robertson Rutherford Smith Sumner Trousdale Williamson
Wilson

_____

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                            FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
  01011   Accounting Clerk I                                        16.39
  01012 - Accounting Clerk II                                       18.41
  01013 - Accounting Clerk III                                      20.59
  01020 - Administrative Assistant                                  27.87
  01035   Court Reporter                                            26.29
  01041 - Customer Service Representative I                         14.16***
  01042 - Customer Service Representative II                        15.54
  01043 - Customer Service Representative III                       17.36
  01051   Data Entry Operator I                                     15.73
  01052 - Data Entry Operator II                                    17.17
  01060 - Dispatcher Motor Vehicle                                  17.97
  01070 - Document Preparation Clerk                                17.25
  01090   Duplicating Machine Operator                             17.25
  01111 - General Clerk I                                           13.70***
```

```
01112 - General Clerk II                                14.95***
01113 - General Clerk III                               16.78
01120   Housing Referral Assistant                      20.46
01141 - Messenger Courier                               15.40
01191 - Order Clerk I                                   14.42***
01192 - Order Clerk II                                  15.74
01261   Personnel Assistant (Employment) I              17.02
01262 - Personnel Assistant (Employment) II             19.03
01263 - Personnel Assistant (Employment) III            21.21
01270 - Production Control Clerk                         22.25
01290   Rental Clerk                                     13.73***
01300 - Scheduler Maintenance                           16.40
01311 - Secretary I                                      16.40
01312 - Secretary II                                     18.35
01313   Secretary III                                    20.46
01320 - Service Order Dispatcher                         16.06
01410 - Supply Technician                                27.87
01420 - Survey Worker                                    16.75
01460   Switchboard Operator/Receptionist               14.32***
01531 - Travel Clerk I                                   16.56
01532 - Travel Clerk II                                  17.52
01533 - Travel Clerk III                                 18.68
01611   Word Processor I                                 14.83***
01612 - Word Processor II                                16.64
01613 - Word Processor III                               18.62
05000 - Automotive Service Occupations
   05005   Automobile Body Repairer Fiberglass           21.51
   05010 - Automotive  Electrician                       21.82
   05040 - Automotive Glass Installer                    20.01
   05070 - Automotive Worker                             20.67
   05110   Mobile Equipment Servicer                     18.13
   05130 - Motor Equipment Metal Mechanic                20.78
   05160 - Motor Equipment Metal Worker                  20.95
   05190 - Motor Vehicle Mechanic                        20.78
   05220   Motor Vehicle Mechanic Helper                 16.86
   05250 - Motor Vehicle Upholstery Worker               18.90
   05280 - Motor Vehicle Wrecker                         19.99
   05310 - Painter Automotive                            20.26
   05340   Radiator Repair Specialist                    19.99
   05370 - Tire Repairer                                 15.95
   05400 - Transmission Repair Specialist                20.78
07000 - Food Preparation And Service Occupations
   07010   Baker                                         14.18***
   07041 - Cook I                                        13.98***
   07042 - Cook II                                       15.79
   07070 - Dishwasher                                    11.01***
   07130   Food Service Worker                           10.64***
   07210 - Meat Cutter                                   17.06
   07260 - Waiter/Waitress                                8.92***
09000 - Furniture Maintenance And Repair Occupations
   09010   Electrostatic Spray Painter                   17.85
   09040 - Furniture Handler                             12.18***
   09080 - Furniture Refinisher                          17.51
   09090 - Furniture Refinisher Helper                   13.99***
   09110   Furniture Repairer Minor                      15.63
   09130 - Upholsterer                                   16.89
11000 - General Services And Support Occupations
   11030 - Cleaner Vehicles                              13.56***
   11060   Elevator Operator                             13.40***
   11090 - Gardener                                      17.74
   11122 - Housekeeping Aide                             13.40***
   11150 - Janitor                                       13.40***
   11210   Laborer Grounds Maintenance                   14.06***
   11240 - Maid or Houseman                              11.60***
   11260 - Pruner                                        12.75***
```

```
    11270 - Tractor Operator                                16.63
    11330 - Trail Maintenance Worker                        14.06***
    11360   Window Cleaner                                  14.78***
12000 - Health Occupations
    12010 - Ambulance Driver                                20.34
    12011 - Breath Alcohol Technician                       19.79
    12012   Certified Occupational Therapist Assistant      30.63
    12015 - Certified Physical Therapist Assistant          29.89
    12020 - Dental Assistant                                18.98
    12025 - Dental Hygienist                                33.47
    12030   EKG Technician                                  28.13
    12035 - Electroneurodiagnostic Technologist             28.13
    12040 - Emergency Medical Technician                    20.34
    12071 - Licensed Practical Nurse I                      17.70
    12072   Licensed Practical Nurse II                     19.79
    12073 - Licensed Practical Nurse III                    22.06
    12100 - Medical Assistant                               16.78
    12130 - Medical Laboratory Technician                   25.60
    12160   Medical Record Clerk                            19.83
    12190 - Medical Record Technician                       22.17
    12195 - Medical Transcriptionist                        17.75
    12210 - Nuclear Medicine Technologist                   36.12
    12221   Nursing Assistant I                             11.41***
    12222 - Nursing Assistant II                            12.82***
    12223 - Nursing Assistant III                           13.99***
    12224 - Nursing Assistant IV                            15.71
    12235   Optical Dispenser                               21.67
    12236 - Optical Technician                              19.43
    12250 - Pharmacy Technician                             15.30
    12280 - Phlebotomist                                    16.63
    12305   Radiologic Technologist                         25.03
    12311 - Registered Nurse I                              24.32
    12312 - Registered Nurse II                             29.75
    12313 - Registered Nurse II Specialist                  29.75
    12314   Registered Nurse III                            35.99
    12315 - Registered Nurse III Anesthetist                35.99
    12316 - Registered Nurse IV                             43.13
    12317 - Scheduler (Drug and Alcohol Testing)            24.52
    12320   Substance Abuse Treatment Counselor             19.31
13000 - Information And Arts Occupations
    13011 - Exhibits Specialist I                           19.48
    13012 - Exhibits Specialist II                          24.13
    13013   Exhibits Specialist III                         29.52
    13041 - Illustrator I                                   20.73
    13042 - Illustrator II                                  25.68
    13043 - Illustrator III                                 31.42
    13047   Librarian                                       27.37
    13050 - Library Aide/Clerk                              13.28***
    13054 - Library Information Technology Systems          24.71
    Administrator
    13058   Library Technician                              16.21
    13061 - Media Specialist I                              17.83
    13062 - Media Specialist II                             19.95
    13063 - Media Specialist III                            22.24
    13071   Photographer I                                  16.78
    13072 - Photographer II                                 18.77
    13073 - Photographer III                                23.25
    13074 - Photographer IV                                 28.45
    13075   Photographer V                                  34.41
    13090 - Technical Order Library Clerk                   16.68
    13110 - Video Teleconference Technician                 24.12
14000 - Information Technology Occupations
    14041   Computer Operator I                             17.73
    14042 - Computer Operator II                            19.84
    14043 - Computer Operator III                           22.12
```

```
14044 - Computer Operator IV                                        24.57
14045 - Computer Operator V                                         27.21
14071 - Computer Programmer I               (see 1)                 23.73
14072 - Computer Programmer II              (see 1)
14073 - Computer Programmer III             (see 1)
14074 - Computer Programmer IV              (see 1)
14101 - Computer Systems Analyst I          (see 1)
14102 - Computer Systems Analyst II         (see 1)
14103 - Computer Systems Analyst III        (see 1)
14150 - Peripheral Equipment Operator                              17.73
14160 - Personal Computer Support Technician                       24.57
14170 - System Support Specialist                                  28.97
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)            30.75
15020 - Aircrew Training Devices Instructor (Rated)                35.78
15030 - Air Crew Training Devices Instructor (Pilot)               42.63
15050 - Computer Based Training Specialist / Instructor            30.75
15060 - Educational Technologist                                   32.75
15070 - Flight Instructor (Pilot)                                  42.63
15080 - Graphic Artist                                             25.72
15085 - Maintenance Test Pilot Fixed Jet/Prop                      39.24
15086 - Maintenance Test Pilot Rotary Wing                         39.24
15088 - Non-Maintenance Test/Co-Pilot                              39.24
15090 - Technical Instructor                                       22.14
15095 - Technical Instructor/Course Developer                      27.09
15110 - Test Proctor                                               17.88
15120 - Tutor                                                      17.88
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                                  9.51***
16030 - Counter Attendant                                          9.51***
16040 - Dry Cleaner                                               11.95***
16070 - Finisher Flatwork Machine                                  9.51***
16090 - Presser Hand                                               9.51***
16110 - Presser Machine Drycleaning                                9.51***
16130 - Presser Machine Shirts                                     9.51***
16160 - Presser Machine Wearing Apparel Laundry                    9.51***
16190 - Sewing Machine Operator                                   12.70***
16220 - Tailor                                                    13.42***
16250 - Washer Machine                                            10.31***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                         20.81
19040 - Tool And Die Maker                                        25.54
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                         16.76
21030 - Material Coordinator                                      22.25
21040 - Material Expediter                                        22.25
21050 - Material Handling Laborer                                 14.90***
21071 - Order Filler                                             13.50***
21080 - Production Line Worker (Food Processing)                  16.76
21110 - Shipping Packer                                           17.04
21130 - Shipping/Receiving Clerk                                  17.04
21140 - Store Worker I                                           13.37***
21150 - Stock Clerk                                               18.09
21210 - Tools And Parts Attendant                                16.76
21410 - Warehouse Specialist                                     16.76
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                              29.32
23019 - Aircraft Logs and Records Technician                     23.56
23021 - Aircraft Mechanic I                                       27.81
23022 - Aircraft Mechanic II                                      29.32
23023 - Aircraft Mechanic III                                     30.86
23040 - Aircraft Mechanic Helper                                  20.83
23050 - Aircraft Painter                                          27.35
23060 - Aircraft Servicer                                         23.56
23070 - Aircraft Survival Flight Equipment Technician            27.35
```

```
23080 - Aircraft Worker                                       25.10
23091 - Aircrew Life Support Equipment (ALSE) Mechanic        25.10
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic        27.81
II
23110 - Appliance Mechanic                                    20.51
23120 - Bicycle Repairer                                      19.20
23125 - Cable Splicer                                         38.33
23130 - Carpenter Maintenance                                 21.83
23140 - Carpet Layer                                          21.69
23160 - Electrician Maintenance                               24.06
23181 - Electronics Technician Maintenance I                  24.49
23182 - Electronics Technician Maintenance II                 25.75
23183 - Electronics Technician Maintenance III                27.14
23260 - Fabric Worker                                         20.36
23290 - Fire Alarm System Mechanic                            27.02
23310 - Fire Extinguisher Repairer                            19.20
23311 - Fuel Distribution System Mechanic                     26.47
23312 - Fuel Distribution System Operator                     21.14
23370 - General Maintenance Worker                            19.32
23380 - Ground Support Equipment Mechanic                     27.81
23381 - Ground Support Equipment Servicer                     23.56
23382 - Ground Support Equipment Worker                       25.10
23391 - Gunsmith I                                            19.20
23392 - Gunsmith II                                           21.69
23393 - Gunsmith III                                          24.03
23410 - Heating Ventilation And Air-Conditioning              22.35
Mechanic
23411 - Heating Ventilation And Air Contidioning              23.53
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              23.73
23440 - Heavy Equipment Operator                              18.94
23460 - Instrument Mechanic                                   27.58
23465 - Laboratory/Shelter Mechanic                           22.81
23470 - Laborer                                            14.90***
23510 - Locksmith                                             22.35
23530 - Machinery Maintenance Mechanic                        26.96
23550 - Machinist Maintenance                                 20.30
23580 - Maintenance Trades Helper                             15.86
23591 - Metrology Technician I                                27.58
23592 - Metrology Technician II                               29.04
23593 - Metrology Technician III                              30.49
23640 - Millwright                                            25.95
23710 - Office Appliance Repairer                             20.18
23760 - Painter Maintenance                                   17.82
23790 - Pipefitter Maintenance                                25.05
23810 - Plumber Maintenance                                   23.77
23820 - Pneudraulic Systems Mechanic                          24.03
23850 - Rigger                                                20.80
23870 - Scale Mechanic                                        21.69
23890 - Sheet-Metal Worker Maintenance                        22.72
23910 - Small Engine Mechanic                                 18.15
23931 - Telecommunications Mechanic I                         27.41
23932 - Telecommunications Mechanic II                        28.90
23950 - Telephone Lineman                                     21.91
23960 - Welder Combination Maintenance                        21.65
23965 - Well Driller                                          23.38
23970 - Woodcraft Worker                                      24.03
23980 - Woodworker                                            19.20
24000 - Personal Needs Occupations
24550 - Case Manager                                          17.20
24570 - Child Care Attendant                               11.53***
24580 - Child Care Center Clerk                            14.37***
24610 - Chore Aide                                         11.36***
24620 - Family Readiness And Support Services                 17.20
```

```
Coordinator
   24630 - Homemaker                                           17.20
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                       29.04
   25040 - Sewage Plant Operator                               21.12
   25070 - Stationary Engineer                                 29.04
   25190 - Ventilation Equipment Tender                        21.50
   25210 - Water Treatment Plant Operator                      21.12
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                       19.02
   27007 - Baggage Inspector                                 12.20***
   27008 - Corrections Officer                                 19.75
   27010 - Court Security Officer                              21.41
   27030 - Detection Dog Handler                               15.10
   27040 - Detention Officer                                   19.75
   27070 - Firefighter                                         22.43
   27101 - Guard I                                           12.20***
   27102 - Guard II                                            15.10
   27131 - Police Officer I                                    22.38
   27132 - Police Officer II                                   24.86
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                       12.90***
   28042 - Carnival Equipment Repairer                       13.76***
   28043 - Carnival Worker                                   10.06***
   28210 - Gate Attendant/Gate Tender                        14.61***
   28310 - Lifeguard                                         11.01***
   28350 - Park Attendant (Aide)                               16.34
   28510 - Recreation Aide/Health Facility Attendant         11.93***
   28515 - Recreation Specialist                               18.54
   28630 - Sports Official                                   13.02***
   28690 - Swimming Pool Operator                              17.27
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                  27.26
   29020 - Hatch Tender                                        27.26
   29030 - Line Handler                                        27.26
   29041 - Stevedore I                                         25.59
   29042 - Stevedore II                                        28.66
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.29
   30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.78
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
   30021 - Archeological Technician I                          18.62
   30022 - Archeological Technician II                         20.82
   30023 - Archeological Technician III                        25.79
   30030 - Cartographic Technician                             25.79
   30040 - Civil Engineering Technician                        24.58
   30051 - Cryogenic Technician I                              28.56
   30052 - Cryogenic Technician II                             31.55
   30061 - Drafter/CAD Operator I                              18.62
   30062 - Drafter/CAD Operator II                             20.82
   30063 - Drafter/CAD Operator III                            23.21
   30064 - Drafter/CAD Operator IV                             28.56
   30081 - Engineering Technician I                            15.84
   30082 - Engineering Technician II                           17.79
   30083 - Engineering Technician III                          21.48
   30084 - Engineering Technician IV                           25.20
   30085 - Engineering Technician V                            30.90
   30086 - Engineering Technician VI                           37.37
   30090 - Environmental Technician                            23.65
   30095 - Evidence Control Specialist                         25.79
   30210 - Laboratory Technician                               20.99
   30221 - Latent Fingerprint Technician I                     24.86
   30222 - Latent Fingerprint Technician II                    27.46
   30240 - Mathematical Technician                             29.52
   30361 - Paralegal/Legal Assistant I                         20.37
```

```
30362 - Paralegal/Legal Assistant II                              25.23
30363 - Paralegal/Legal Assistant III                             30.87
30364 - Paralegal/Legal Assistant IV                              37.35
30375 - Petroleum Supply Specialist                               31.55
30390 - Photo-Optics Technician                                   25.79
30395 - Radiation Control Technician                              31.55
30461 - Technical Writer I                                        22.10
30462 - Technical Writer II                                       27.04
30463 - Technical Writer III                                      32.72
30491 - Unexploded Ordnance (UXO) Technician I                    25.60
30492 - Unexploded Ordnance (UXO) Technician II                   30.98
30493 - Unexploded Ordnance (UXO) Technician III                  37.13
30494 - Unexploded (UXO) Safety Escort                            25.60
30495 - Unexploded (UXO) Sweep Personnel                          25.60
30501 - Weather Forecaster I                                      28.56
30502 - Weather Forecaster II                                     34.75
30620 - Weather Observer Combined Upper Air Or     (see 2)        23.20
Surface Programs
30621 - Weather Observer Senior                     (see 2)       25.79
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                                  14.48***
31030 - Bus Driver                                                19.38
31043 - Driver Courier                                            15.89
31260 - Parking and Lot Attendant                                 12.36***
31290 - Shuttle Bus Driver                                        16.52
31310 - Taxi Driver                                               14.19***
31361 - Truckdriver Light                                         16.95
31362 - Truckdriver Medium                                        19.71
31363 - Truckdriver Heavy                                         24.23
31364 - Truckdriver Tractor-Trailer                               24.23
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                   11.11***
99050 - Desk Clerk                                                11.20***
99095 - Embalmer                                                  26.38
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                             12.57***
99252 - Laboratory Animal Caretaker II                            13.41***
99260 - Marketing Analyst                                         28.73
99310 - Mortician                                                 26.38
99410 - Pest Controller                                           18.34
99510 - Photofinishing Worker                                     15.96
99710 - Recycling Laborer                                         16.25
99711 - Recycling Specialist                                      19.23
99730 - Refuse Collector                                          14.73***
99810 - Sales Clerk                                               12.88***
99820 - School Crossing Guard                                     16.26
99830 - Survey Party Chief                                        25.16
99831 - Surveying Aide                                            16.98
99832 - Surveying Technician                                      22.56
99840 - Vending Machine Attendant                                 14.54***
99841 - Vending Machine Repairer                                  17.52
99842 - Vending Machine Repairer Helper                           14.54***
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services

or seasonal recreational equipment rental for the general public on federal lands.

_____

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 10 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer

industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:

   (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

   (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

   (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

   (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to

this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
             "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
              THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor            |        WAGE AND HOUR DIVISION
                                                     |        WASHINGTON D.C.  20210
                                                     |
                                                     |
                                                     |
                                                     | Wage Determination No.: 2015-4639
   Daniel W. Simms         Division of               |        Revision No.: 16
   Director          Wage Determinations             | Date Of Last Revision: 03/15/2022
                                                     |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
 _____
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|_____|_____|
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|_____|_____|
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.
_____
State: Tennessee

Area: Tennessee Counties of Chester Crockett Madison
_____

           **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                       14.32***
   01012 - Accounting Clerk II                                      16.09
   01013   Accounting Clerk III                                     17.99
   01020 - Administrative Assistant                                 23.58
   01035 - Court Reporter                                           18.19
   01041 - Customer Service Representative I                        12.56***
   01042   Customer Service Representative II                       14.12***
   01043 - Customer Service Representative III                      15.41
   01051 - Data Entry Operator I                                    13.27***
   01052 - Data Entry Operator II                                   14.47***
   01060   Dispatcher Motor Vehicle                                 20.75
   01070 - Document Preparation Clerk                               12.64***
   01090 - Duplicating Machine Operator                            12.64***
   01111 - General Clerk I                                          13.59***
   01112   General Clerk II                                         14.82***
   01113 - General Clerk III                                        16.65
```

```
01120 - Housing Referral Assistant                          20.27
01141 - Messenger Courier                                   12.77***
01191   Order Clerk I                                       16.28
01192 - Order Clerk II                                      17.75
01261 - Personnel Assistant (Employment) I                  16.25
01262 - Personnel Assistant (Employment) II                 18.19
01263   Personnel Assistant (Employment) III                20.27
01270 - Production Control Clerk                            22.10
01290 - Rental Clerk                                        16.64
01300 - Scheduler Maintenance                               16.25
01311   Secretary I                                         16.25
01312 - Secretary II                                        18.19
01313 - Secretary III                                       20.27
01320 - Service Order Dispatcher                            18.55
01410   Supply Technician                                   23.58
01420 - Survey Worker                                       17.19
01460 - Switchboard Operator/Receptionist                  13.23***
01531 - Travel Clerk I                                      14.02***
01532   Travel Clerk II                                     15.00
01533 - Travel Clerk III                                    16.08
01611 - Word Processor I                                    14.47***
01612   Word Processor II                                   16.25
01613   Word Processor III                                  18.19
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 19.85
05010 - Automotive  Electrician                             19.23
05040   Automotive Glass Installer                          17.17
05070 - Automotive Worker                                   17.21
05110 - Mobile Equipment Servicer                           15.07
05130 - Motor Equipment Metal Mechanic                      19.26
05160   Motor Equipment Metal Worker                        17.21
05190 - Motor Vehicle Mechanic                              19.26
05220 - Motor Vehicle Mechanic Helper                      13.97***
05250 - Motor Vehicle Upholstery Worker                     17.21
05280   Motor Vehicle Wrecker                               17.21
05310 - Painter Automotive                                  18.23
05340 - Radiator Repair Specialist                          17.21
05370 - Tire Repairer                                       12.87***
05400   Transmission Repair Specialist                      19.26
07000 - Food Preparation And Service Occupations
07010 - Baker                                               16.56
07041 - Cook I                                              11.50***
07042   Cook II                                             13.50***
07070 - Dishwasher                                           9.30***
07130 - Food Service Worker                                  9.39***
07210 - Meat Cutter                                         14.57***
07260   Waiter/Waitress                                      9.70***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         16.21
09040 - Furniture Handler                                   10.74***
09080   Furniture Refinisher                                16.21
09090 - Furniture Refinisher Helper                         12.97***
09110 - Furniture Repairer Minor                            15.27
09130 - Upholsterer                                         17.53
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    12.70***
11060 - Elevator Operator                                   12.70***
11090 - Gardener                                            17.20
11122   Housekeeping Aide                                   11.16***
11150 - Janitor                                             11.16***
11210 - Laborer Grounds Maintenance                         12.86***
11240 - Maid or Houseman                                    10.41***
11260   Pruner                                              11.45***
11270 - Tractor Operator                                    16.34
11330 - Trail Maintenance Worker                            12.86***
```

```
  11360 - Window Cleaner                                    12.03***
12000 - Health Occupations
  12010   Ambulance Driver                                  17.87
  12011 - Breath Alcohol Technician                         17.87
  12012 - Certified Occupational Therapist Assistant        24.60
  12015 - Certified Physical Therapist Assistant            30.14
  12020   Dental Assistant                                  19.56
  12025 - Dental Hygienist                                  33.88
  12030 - EKG Technician                                    27.17
  12035 - Electroneurodiagnostic Technologist               27.17
  12040   Emergency Medical Technician                      17.87
  12071 - Licensed Practical Nurse I                        16.03
  12072 - Licensed Practical Nurse II                       17.93
  12073 - Licensed Practical Nurse III                      19.99
  12100   Medical Assistant                                 14.71***
  12130 - Medical Laboratory Technician                     20.05
  12160 - Medical Record Clerk                              15.43
  12190 - Medical Record Technician                         17.25
  12195   Medical Transcriptionist                          16.97
  12210 - Nuclear Medicine Technologist                     39.40
  12221 - Nursing Assistant I                               12.01***
  12222 - Nursing Assistant II                              13.50***
  12223   Nursing Assistant III                             14.73***
  12224 - Nursing Assistant IV                              16.54
  12235 - Optical Dispenser                                 18.16
  12236 - Optical Technician                                16.03
  12250   Pharmacy Technician                               15.02
  12280 - Phlebotomist                                      14.08***
  12305 - Radiologic Technologist                           24.12
  12311 - Registered Nurse I                                25.41
  12312   Registered Nurse II                               30.43
  12313 - Registered Nurse II Specialist                    30.43
  12314 - Registered Nurse III                              36.80
  12315 - Registered Nurse III Anesthetist                  36.80
  12316   Registered Nurse IV                               44.11
  12317 - Scheduler (Drug and Alcohol Testing)              22.14
  12320 - Substance Abuse Treatment Counselor               21.35
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                             19.87
  13012 - Exhibits Specialist II                            24.61
  13013 - Exhibits Specialist III                           30.11
  13041 - Illustrator I                                     19.87
  13042   Illustrator II                                    24.61
  13043 - Illustrator III                                   30.11
  13047 - Librarian                                         27.26
  13050 - Library Aide/Clerk                                15.82
  13054   Library Information Technology Systems            24.61
  Administrator
  13058 - Library Technician                                19.87
  13061 - Media Specialist I                                17.77
  13062   Media Specialist II                               19.87
  13063   Media Specialist III                              22.15
  13071 - Photographer I                                    17.77
  13072 - Photographer II                                   19.87
  13073   Photographer III                                  24.61
  13074 - Photographer IV                                   30.11
  13075 - Photographer V                                    36.44
  13090 - Technical Order Library Clerk                     19.87
  13110   Video Teleconference Technician                   18.06
14000 - Information Technology Occupations
  14041 - Computer Operator I                               18.30
  14042 - Computer Operator II                              20.54
  14043   Computer Operator III                             22.90
  14044 - Computer Operator IV                              25.45
  14045 - Computer Operator V                               28.17
```

```
14071 - Computer Programmer I              (see 1)        21.66
14072 - Computer Programmer II             (see 1)        26.85
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                    18.30
14160 - Personal Computer Support Technician             25.45
14170 - System Support Specialist                        28.17
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)   30.02
    15020 - Aircrew Training Devices Instructor (Rated)       36.76
    15030 - Air Crew Training Devices Instructor (Pilot)      43.53
    15050 - Computer Based Training Specialist / Instructor   30.02
    15060 - Educational Technologist                          31.26
    15070 - Flight Instructor (Pilot)                         43.53
    15080 - Graphic Artist                                    23.59
    15085 - Maintenance Test Pilot Fixed Jet/Prop             43.29
    15086 - Maintenance Test Pilot Rotary Wing                43.29
    15088 - Non-Maintenance Test/Co-Pilot                     43.29
    15090 - Technical Instructor                              21.83
    15095 - Technical Instructor/Course Developer             26.71
    15110 - Test Proctor                                      17.62
    15120 - Tutor                                             17.62
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                      11.39***
    16030 - Counter Attendant                              11.39***
    16040 - Dry Cleaner                                    13.67***
    16070 - Finisher Flatwork Machine                      11.39***
    16090 - Presser Hand                                   11.39***
    16110 - Presser Machine Drycleaning                    11.39***
    16130 - Presser Machine Shirts                         11.39***
    16160 - Presser Machine Wearing Apparel Laundry        11.39***
    16190 - Sewing Machine Operator                        14.63***
    16220 - Tailor                                            15.59
    16250 - Washer Machine                                 11.93***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                 21.02
    19040 - Tool And Die Maker                                26.54
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                              14.41***
    21030 - Material Coordinator                              22.10
    21040 - Material Expediter                                22.10
    21050 - Material Handling Laborer                      13.86***
    21071 - Order Filler                                   12.84***
    21080 - Production Line Worker (Food Processing)       14.41***
    21110 - Shipping Packer                                   17.03
    21130 - Shipping/Receiving Clerk                          17.03
    21140 - Store Worker I                                 11.79***
    21150 - Stock Clerk                                       16.71
    21210 - Tools And Parts Attendant                      14.41***
    21410 - Warehouse Specialist                           14.41***
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                       23.84
    23019 - Aircraft Logs and Records Technician              18.29
    23021 - Aircraft Mechanic I                               22.49
    23022 - Aircraft Mechanic II                              23.84
    23023 - Aircraft Mechanic III                             25.28
    23040 - Aircraft Mechanic Helper                          15.39
    23050 - Aircraft Painter                                  21.12
    23060 - Aircraft Servicer                                 18.29
    23070 - Aircraft Survival Flight Equipment Technician     21.12
    23080 - Aircraft Worker                                   19.73
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic    19.73
```

```
      I
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic              22.49
      II
   23110 - Appliance Mechanic                                         21.12
   23120 - Bicycle Repairer                                           16.49
   23125 - Cable Splicer                                              31.80
   23130 - Carpenter Maintenance                                      19.37
   23140 - Carpet Layer                                               19.73
   23160 - Electrician Maintenance                                    27.12
   23181 - Electronics Technician Maintenance I                       26.10
   23182 - Electronics Technician Maintenance II                      27.93
   23183 - Electronics Technician Maintenance III                     29.76
   23260 - Fabric Worker                                              18.29
   23290 - Fire Alarm System Mechanic                                 23.16
   23310 - Fire Extinguisher Repairer                                 16.81
   23311 - Fuel Distribution System Mechanic                          23.16
   23312 - Fuel Distribution System Operator                          17.32
   23370 - General Maintenance Worker                                 19.72
   23380 - Ground Support Equipment Mechanic                          22.49
   23381 - Ground Support Equipment Servicer                          18.29
   23382 - Ground Support Equipment Worker                            19.73
   23391 - Gunsmith I                                                 16.81
   23392 - Gunsmith II                                                19.73
   23393 - Gunsmith III                                               22.49
   23410 - Heating Ventilation And Air-Conditioning                   20.18
      Mechanic
   23411 - Heating Ventilation And Air Contidioning                   23.55
      Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                                   21.67
   23440 - Heavy Equipment Operator                                   21.48
   23460 - Instrument Mechanic                                        22.49
   23465 - Laboratory/Shelter Mechanic                                21.12
   23470 - Laborer                                                 13.86***
   23510 - Locksmith                                                  21.12
   23530 - Machinery Maintenance Mechanic                             27.59
   23550 - Machinist Maintenance                                      21.57
   23580 - Maintenance Trades Helper                                  17.30
   23591 - Metrology Technician I                                     22.49
   23592 - Metrology Technician II                                    23.84
   23593 - Metrology Technician III                                   25.28
   23640 - Millwright                                                 24.37
   23710 - Office Appliance Repairer                                  21.85
   23760 - Painter Maintenance                                        17.49
   23790 - Pipefitter Maintenance                                     23.77
   23810 - Plumber Maintenance                                        22.32
   23820 - Pneudraulic Systems Mechanic                               22.49
   23850 - Rigger                                                     22.49
   23870 - Scale Mechanic                                             19.73
   23890 - Sheet-Metal Worker Maintenance                             21.92
   23910 - Small Engine Mechanic                                      19.36
   23931 - Telecommunications Mechanic I                              29.01
   23932 - Telecommunications Mechanic II                             30.73
   23950 - Telephone Lineman                                          24.74
   23960 - Welder Combination Maintenance                             18.18
   23965 - Well Driller                                               22.49
   23970 - Woodcraft Worker                                           22.49
   23980 - Woodworker                                                 16.81
 24000 - Personal Needs Occupations
   24550 - Case Manager                                               15.83
   24570 - Child Care Attendant                                    11.22***
   24580 - Child Care Center Clerk                                  14.11***
   24610 - Chore Aide                                               10.01***
   24620 - Family Readiness And Support Services                      15.83
      Coordinator
   24630 - Homemaker                                                  16.62
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        23.36
    25040 - Sewage Plant Operator                                22.32
    25070 - Stationary Engineer                                  23.36
    25190 - Ventilation Equipment Tender                         15.83
    25210 - Water Treatment Plant Operator                       22.32
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        17.81
    27007 - Baggage Inspector                                 11.66***
    27008 - Corrections Officer                                  19.23
    27010 - Court Security Officer                               18.53
    27030 - Detection Dog Handler                             13.59***
    27040 - Detention Officer                                    19.23
    27070 - Firefighter                                          16.97
    27101 - Guard I                                          11.66***
    27102 - Guard II                                         13.59***
    27131 - Police Officer I                                     21.51
    27132 - Police Officer II                                    22.53
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       12.86***
    28042 - Carnival Equipment Repairer                       14.03***
    28043 - Carnival Worker                                    9.34***
    28210 - Gate Attendant/Gate Tender                           15.20
    28310 - Lifeguard                                         13.04***
    28350 - Park Attendant (Aide)                                17.01
    28510 - Recreation Aide/Health Facility Attendant         12.41***
    28515 - Recreation Specialist                                20.28
    28630 - Sports Official                                   13.54***
    28690 - Swimming Pool Operator                               16.48
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   19.73
    29020 - Hatch Tender                                         19.73
    29030 - Line Handler                                         19.73
    29041 - Stevedore I                                          18.29
    29042 - Stevedore II                                         21.12
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.59
    30021 - Archeological Technician I                           16.67
    30022 - Archeological Technician II                          18.65
    30023 - Archeological Technician III                         23.10
    30030 - Cartographic Technician                              23.10
    30040 - Civil Engineering Technician                         22.40
    30051 - Cryogenic Technician I                               25.58
    30052 - Cryogenic Technician II                              28.26
    30061 - Drafter/CAD Operator I                               16.67
    30062 - Drafter/CAD Operator II                              18.65
    30063 - Drafter/CAD Operator III                             20.79
    30064 - Drafter/CAD Operator IV                              25.58
    30081 - Engineering Technician I                             17.14
    30082 - Engineering Technician II                            18.54
    30083 - Engineering Technician III                           21.52
    30084 - Engineering Technician IV                            25.66
    30085 - Engineering Technician V                             30.95
    30086 - Engineering Technician VI                            37.45
    30090 - Environmental Technician                             23.10
    30095 - Evidence Control Specialist                          23.10
    30210 - Laboratory Technician                                20.79
    30221 - Latent Fingerprint Technician I                      25.58
    30222 - Latent Fingerprint Technician II                     28.26
    30240 - Mathematical Technician                              23.10
    30361 - Paralegal/Legal Assistant I                          18.81
    30362 - Paralegal/Legal Assistant II                         22.31
    30363 - Paralegal/Legal Assistant III                        27.20
```

```
30364 - Paralegal/Legal Assistant IV                             33.01
30375 - Petroleum Supply Specialist                              28.26
30390 - Photo-Optics Technician                                  23.10
30395 - Radiation Control Technician                             28.26
30461 - Technical Writer I                                       23.10
30462 - Technical Writer II                                      28.26
30463 - Technical Writer III                                     34.19
30491 - Unexploded Ordnance (UXO) Technician I                   25.60
30492 - Unexploded Ordnance (UXO) Technician II                  30.98
30493 - Unexploded Ordnance (UXO) Technician III                 37.13
30494 - Unexploded (UXO) Safety Escort                           25.60
30495 - Unexploded (UXO) Sweep Personnel                         25.60
30501 - Weather Forecaster I                                     25.58
30502 - Weather Forecaster II                                    31.12
30620 - Weather Observer Combined Upper Air Or     (see 2)       20.79
Surface Programs
30621 - Weather Observer Senior                    (see 2)       23.38
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                           30.98
31020 - Bus Aide                                              12.42***
31030 - Bus Driver                                               18.07
31043 - Driver Courier                                        14.52***
31260 - Parking and Lot Attendant                             11.05***
31290 - Shuttle Bus Driver                                    13.89***
31310 - Taxi Driver                                           11.69***
31361 - Truckdriver Light                                        15.28
31362 - Truckdriver Medium                                       16.54
31363 - Truckdriver Heavy                                        20.14
31364 - Truckdriver Tractor-Trailer                              20.14
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                  15.10
99030 - Cashier                                               10.13***
99050 - Desk Clerk                                            12.05***
99095 - Embalmer                                                 25.60
99130 - Flight Follower                                          25.60
99251 - Laboratory Animal Caretaker I                         14.28***
99252 - Laboratory Animal Caretaker II                           15.59
99260 - Marketing Analyst                                        26.19
99310 - Mortician                                                25.60
99410 - Pest Controller                                          15.79
99510 - Photofinishing Worker                                 13.45***
99710 - Recycling Laborer                                        15.86
99711 - Recycling Specialist                                     19.43
99730 - Refuse Collector                                      14.12***
99810 - Sales Clerk                                           11.81***
99820 - School Crossing Guard                                 13.39***
99830 - Survey Party Chief                                       19.49
99831 - Surveying Aide                                        12.77***
99832 - Surveying Technician                                     17.49
99840 - Vending Machine Attendant                                18.24
99841 - Vending Machine Repairer                                 23.38
99842 - Vending Machine Repairer Helper                          18.24
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER  |       U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT            |  EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor  |        WAGE AND HOUR DIVISION
                                            |        WASHINGTON D.C.  20210
                                            |
                                            |
                                            |
                                            | Wage Determination No.: 2015-4661
   Daniel W. Simms        Division of       |       Revision No.: 19
   Director          Wage Determinations|   Date Of Last Revision: 03/15/2022
                                            |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Tennessee

Area: Tennessee Counties of Clay De Kalb Jackson Overton Putnam Warren
White

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE    TITLE                            FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                      14.32***
   01012   Accounting Clerk II                                     16.07
   01013 - Accounting Clerk III                                    17.98
   01020 - Administrative Assistant                                24.86
   01035 - Court Reporter                                          19.75
   01041   Customer Service Representative I                       13.04***
   01042 - Customer Service Representative II                      14.23***
   01043 - Customer Service Representative III                     15.98
   01051 - Data Entry Operator I                                   14.37***
   01052   Data Entry Operator II                                  15.68
   01060 - Dispatcher Motor Vehicle                                20.21
   01070 - Document Preparation Clerk                              13.68***
   01090 - Duplicating Machine Operator                           13.68***
   01111   General Clerk I                                         12.65***
   01112 - General Clerk II                                        13.80***

```
01113 - General Clerk III                                15.50
01120 - Housing Referral Assistant                       17.66
01141   Messenger Courier                                13.53***
01191 - Order Clerk I                                    13.30***
01192 - Order Clerk II                                   14.51***
01261 - Personnel Assistant (Employment) I               16.62
01262   Personnel Assistant (Employment) II              18.59
01263 - Personnel Assistant (Employment) III             20.74
01270 - Production Control Clerk                          19.53
01290 - Rental Clerk                                      13.71***
01300   Scheduler Maintenance                            14.17***
01311 - Secretary I                                      14.17***
01312 - Secretary II                                     15.92
01313 - Secretary III                                    17.66
01320   Service Order Dispatcher                         18.07
01410 - Supply Technician                                24.86
01420 - Survey Worker                                    14.27***
01460 - Switchboard Operator/Receptionist                12.33***
01531   Travel Clerk I                                   13.26***
01532 - Travel Clerk II                                  14.19***
01533 - Travel Clerk III                                 15.06
01611 - Word Processor I                                 12.77***
01612   Word Processor II                                15.95
01613 - Word Processor III                               16.29
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass              21.51
05010   Automotive  Electrician                          19.84
05040 - Automotive Glass Installer                       18.19
05070 - Automotive Worker                                18.79
05110 - Mobile Equipment Servicer                        16.48
05130   Motor Equipment Metal Mechanic                   19.25
05160 - Motor Equipment Metal Worker                     19.33
05190 - Motor Vehicle Mechanic                           19.25
05220 - Motor Vehicle Mechanic Helper                    15.33
05250   Motor Vehicle Upholstery Worker                  17.18
05280 - Motor Vehicle Wrecker                            18.17
05310 - Painter Automotive                               18.42
05340 - Radiator Repair Specialist                       18.17
05370   Tire Repairer                                    14.50***
05400 - Transmission Repair Specialist                   19.25
07000 - Food Preparation And Service Occupations
07010 - Baker                                            14.11***
07041   Cook I                                           10.91***
07042 - Cook II                                          12.32***
07070 - Dishwasher                                        9.25***
07130 - Food Service Worker                               9.21***
07210   Meat Cutter                                      16.32
07260 - Waiter/Waitress                                   9.06***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                      16.06
09040   Furniture Handler                                12.18***
09080 - Furniture Refinisher                             17.51
09090 - Furniture Refinisher Helper                      13.99***
09110 - Furniture Repairer Minor                         15.63
09130   Upholsterer                                      16.89
11000 - General Services And Support Occupations
11030 - Cleaner Vehicles                                 10.48***
11060 - Elevator Operator                                11.34***
11090   Gardener                                         14.58***
11122 - Housekeeping Aide                                11.34***
11150 - Janitor                                          11.34***
11210 - Laborer Grounds Maintenance                      11.64***
11240   Maid or Houseman                                 10.29***
11260 - Pruner                                           10.57***
11270 - Tractor Operator                                 13.76***
```

```
11330 - Trail Maintenance Worker                        11.64***
11360 - Window Cleaner                                  12.54***
12000   Health Occupations
12010 - Ambulance Driver                                18.01
12011 - Breath Alcohol Technician                       18.57
12012 - Certified Occupational Therapist Assistant      31.10
12015   Certified Physical Therapist Assistant          27.96
12020 - Dental Assistant                                19.15
12025 - Dental Hygienist                                37.41
12030 - EKG Technician                                  28.14
12035   Electroneurodiagnostic Technologist             28.14
12040 - Emergency Medical Technician                    18.01
12071 - Licensed Practical Nurse I                      16.61
12072 - Licensed Practical Nurse II                     18.57
12073   Licensed Practical Nurse III                    20.70
12100 - Medical Assistant                               14.01***
12130 - Medical Laboratory Technician                   22.59
12160 - Medical Record Clerk                            16.11
12190   Medical Record Technician                       18.01
12195 - Medical Transcriptionist                        16.66
12210 - Nuclear Medicine Technologist                   40.81
12221 - Nursing Assistant I                             11.88***
12222   Nursing Assistant II                            13.35***
12223 - Nursing Assistant III                           14.57***
12224 - Nursing Assistant IV                            16.36
12235 - Optical Dispenser                               20.00
12236   Optical Technician                              16.61
12250 - Pharmacy Technician                             16.70
12280 - Phlebotomist                                    13.97***
12305 - Radiologic Technologist                         24.80
12311   Registered Nurse I                              24.57
12312 - Registered Nurse II                             30.05
12313 - Registered Nurse II Specialist                  30.05
12314 - Registered Nurse III                            36.36
12315   Registered Nurse III Anesthetist                36.36
12316 - Registered Nurse IV                             43.58
12317 - Scheduler (Drug and Alcohol Testing)            23.01
12320 - Substance Abuse Treatment Counselor             20.57
13000   Information And Arts Occupations
13011 - Exhibits Specialist I                           17.98
13012 - Exhibits Specialist II                          22.27
13013 - Exhibits Specialist III                         27.25
13041   Illustrator I                                   20.73
13042 - Illustrator II                                  25.68
13043 - Illustrator III                                 31.42
13047 - Librarian                                       24.67
13050   Library Aide/Clerk                              14.31***
13054 - Library Information Technology Systems          22.27
Administrator
13058 - Library Technician                              16.21
13061   Media Specialist I                              16.07
13062 - Media Specialist II                             17.98
13063 - Media Specialist III                            20.04
13071 - Photographer I                                  16.07
13072   Photographer II                                 17.98
13073 - Photographer III                                22.27
13074 - Photographer IV                                 27.25
13075 - Photographer V                                  32.96
13090   Technical Order Library Clerk                   17.98
13110 - Video Teleconference Technician                 17.90
14000 - Information Technology Occupations
14041 - Computer Operator I                             14.86***
14042   Computer Operator II                            16.62
14043 - Computer Operator III                           18.52
14044 - Computer Operator IV                            20.59
```

```
    14045 - Computer Operator V                                      22.80
    14071 - Computer Programmer I                      (see 1)       22.98
    14072 - Computer Programmer II                     (see 1)       27.34
    14073 - Computer Programmer III                    (see 1)
    14074 - Computer Programmer IV                     (see 1)
    14101 - Computer Systems Analyst I                 (see 1)
    14102 - Computer Systems Analyst II                (see 1)
    14103 - Computer Systems Analyst III               (see 1)
    14150 - Peripheral Equipment Operator                           14.86***
    14160 - Personal Computer Support Technician                     21.34
    14170 - System Support Specialist                                26.97
 15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)          30.75
    15020 - Aircrew Training Devices Instructor (Rated)              35.78
    15030 - Air Crew Training Devices Instructor (Pilot)             42.00
    15050 - Computer Based Training Specialist / Instructor          30.75
    15060 - Educational Technologist                                 30.54
    15070 - Flight Instructor (Pilot)                                42.00
    15080 - Graphic Artist                                           20.04
    15085 - Maintenance Test Pilot Fixed Jet/Prop                    40.38
    15086 - Maintenance Test Pilot Rotary Wing                       40.38
    15088 - Non-Maintenance Test/Co-Pilot                            40.38
    15090 - Technical Instructor                                     18.77
    15095 - Technical Instructor/Course Developer                    22.96
    15110 - Test Proctor                                             15.15
    15120 - Tutor                                                    15.15
 16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                               10.10***
    16030 - Counter Attendant                                       10.10***
    16040 - Dry Cleaner                                             12.48***
    16070 - Finisher Flatwork Machine                              10.10***
    16090 - Presser Hand                                            10.10***
    16110 - Presser Machine Drycleaning                            10.10***
    16130 - Presser Machine Shirts                                 10.10***
    16160 - Presser Machine Wearing Apparel Laundry               10.10***
    16190 - Sewing Machine Operator                                 13.17***
    16220 - Tailor                                                 14.02***
    16250 - Washer Machine                                         10.93***
 19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                        20.68
    19040 - Tool And Die Maker                                       25.31
 21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                        15.25
    21030 - Material Coordinator                                     19.53
    21040 - Material Expediter                                       19.53
    21050 - Material Handling Laborer                               12.92***
    21071 - Order Filler                                            12.05***
    21080 - Production Line Worker (Food Processing)                 15.25
    21110 - Shipping Packer                                          16.23
    21130 - Shipping/Receiving Clerk                                 16.23
    21140 - Store Worker I                                          12.63***
    21150 - Stock Clerk                                              16.81
    21210 - Tools And Parts Attendant                               15.25
    21410 - Warehouse Specialist                                    15.25
 23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                             24.29
    23019 - Aircraft Logs and Records Technician                    21.64
    23021 - Aircraft Mechanic I                                     23.16
    23022 - Aircraft Mechanic II                                    24.29
    23023 - Aircraft Mechanic III                                   25.33
    23040 - Aircraft Mechanic Helper                                19.23
    23050 - Aircraft Painter                                        27.35
    23060 - Aircraft Servicer                                       21.64
    23070 - Aircraft Survival Flight Equipment Technician           27.35
    23080 - Aircraft Worker                                         22.84
```

```
23091 - Aircrew Life Support Equipment (ALSE) Mechanic          22.84
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          23.16
II
23110 - Appliance Mechanic                                      19.40
23120 - Bicycle Repairer                                        16.30
23125 - Cable Splicer                                           34.20
23130 - Carpenter Maintenance                                   17.47
23140 - Carpet Layer                                            18.15
23160 - Electrician Maintenance                                 24.48
23181 - Electronics Technician Maintenance I                    21.82
23182 - Electronics Technician Maintenance II                   22.95
23183 - Electronics Technician Maintenance III                  24.16
23260 - Fabric Worker                                           17.31
23290 - Fire Alarm System Mechanic                              20.43
23310 - Fire Extinguisher Repairer                              16.30
23311 - Fuel Distribution System Mechanic                       23.77
23312 - Fuel Distribution System Operator                       18.98
23370 - General Maintenance Worker                              16.86
23380 - Ground Support Equipment Mechanic                       23.16
23381 - Ground Support Equipment Servicer                       21.64
23382 - Ground Support Equipment Worker                         22.84
23391 - Gunsmith I                                              16.30
23392 - Gunsmith II                                             18.41
23393 - Gunsmith III                                            20.43
23410 - Heating Ventilation And Air-Conditioning                20.10
Mechanic
23411 - Heating Ventilation And Air Contidioning                21.26
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                23.93
23440 - Heavy Equipment Operator                                18.25
23460 - Instrument Mechanic                                     20.43
23465 - Laboratory/Shelter Mechanic                             19.40
23470 - Laborer                                              12.92***
23510 - Locksmith                                               19.40
23530 - Machinery Maintenance Mechanic                          20.18
23550 - Machinist Maintenance                                   17.94
23580 - Maintenance Trades Helper                               16.22
23591 - Metrology Technician I                                  20.43
23592 - Metrology Technician II                                 21.53
23593 - Metrology Technician III                                22.63
23640 - Millwright                                              25.95
23710 - Office Appliance Repairer                               19.93
23760 - Painter Maintenance                                     15.86
23790 - Pipefitter Maintenance                                  21.37
23810 - Plumber Maintenance                                     20.30
23820 - Pneudraulic Systems Mechanic                            20.43
23850 - Rigger                                                  20.43
23870 - Scale Mechanic                                          18.41
23890 - Sheet-Metal Worker Maintenance                          20.10
23910 - Small Engine Mechanic                                   18.15
23931 - Telecommunications Mechanic I                           28.85
23932 - Telecommunications Mechanic II                          30.40
23950 - Telephone Lineman                                       24.10
23960 - Welder Combination Maintenance              18.61
23965 - Well Driller                                            20.43
23970 - Woodcraft Worker                                        20.43
23980 - Woodworker                                              16.30
24000 - Personal Needs Occupations
24550 - Case Manager                                            15.82
24570 - Child Care Attendant                                 10.07***
24580 - Child Care Center Clerk                              12.56***
24610 - Chore Aide                                           10.86***
24620 - Family Readiness And Support Services                   15.82
Coordinator
```

```
24630 - Homemaker                                              15.82
25000 - Plant And System Operations Occupations
   25010 - Boiler Tender                                       24.18
   25040 - Sewage Plant Operator                               19.19
   25070 - Stationary Engineer                                 24.18
   25190 - Ventilation Equipment Tender                        17.24
   25210 - Water Treatment Plant Operator                      19.19
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                       15.64
   27007 - Baggage Inspector                                13.06***
   27008 - Corrections Officer                                 17.45
   27010 - Court Security Officer                              19.46
   27030 - Detection Dog Handler                               15.10
   27040 - Detention Officer                                   17.45
   27070 - Firefighter                                         22.20
   27101 - Guard I                                          13.06***
   27102 - Guard II                                            15.10
   27131 - Police Officer I                                    19.83
   27132 - Police Officer II                                   20.80
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                      14.03***
   28042 - Carnival Equipment Repairer                      14.85***
   28043 - Carnival Worker                                  11.07***
   28210 - Gate Attendant/Gate Tender                          16.32
   28310 - Lifeguard                                        12.11***
   28350 - Park Attendant (Aide)                               18.26
   28510 - Recreation Aide/Health Facility Attendant        13.33***
   28515 - Recreation Specialist                               22.19
   28630 - Sports Official                                  14.54***
   28690 - Swimming Pool Operator                              19.00
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                  18.41
   29020 - Hatch Tender                                        18.41
   29030 - Line Handler                                        18.41
   29041 - Stevedore I                                         17.31
   29042 - Stevedore II                                        19.40
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)    (see 2)    40.29
   30011 - Air Traffic Control Specialist Station (HFO)   (see 2)    27.78
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.59
   30021 - Archeological Technician I                          17.35
   30022 - Archeological Technician II                         19.70
   30023 - Archeological Technician III                        23.94
   30030 - Cartographic Technician                             24.40
   30040 - Civil Engineering Technician                        24.58
   30051 - Cryogenic Technician I                              26.01
   30052 - Cryogenic Technician II                             28.72
   30061 - Drafter/CAD Operator I                              17.35
   30062 - Drafter/CAD Operator II                             19.70
   30063 - Drafter/CAD Operator III                            21.97
   30064 - Drafter/CAD Operator IV                             26.34
   30081 - Engineering Technician I                            15.25
   30082 - Engineering Technician II                           16.67
   30083 - Engineering Technician III                          21.48
   30084 - Engineering Technician IV                           25.20
   30085 - Engineering Technician V                            30.90
   30086 - Engineering Technician VI                           37.37
   30090 - Environmental Technician                            23.05
   30095 - Evidence Control Specialist                         23.48
   30210 - Laboratory Technician                               23.09
   30221 - Latent Fingerprint Technician I                     26.01
   30222 - Latent Fingerprint Technician II                    28.72
   30240 - Mathematical Technician                             24.40
   30361 - Paralegal/Legal Assistant I                         18.75
   30362 - Paralegal/Legal Assistant II                        23.22
```

```
30363 - Paralegal/Legal Assistant III                                    28.27
30364 - Paralegal/Legal Assistant IV                                     34.21
30375 - Petroleum Supply Specialist                                      28.72
30390 - Photo-Optics Technician                                          24.40
30395 - Radiation Control Technician                                     28.72
30461 - Technical Writer I                                               23.48
30462 - Technical Writer II                                              28.72
30463 - Technical Writer III                                             34.75
30491 - Unexploded Ordnance (UXO) Technician I                           25.60
30492 - Unexploded Ordnance (UXO) Technician II                          30.98
30493 - Unexploded Ordnance (UXO) Technician III                         37.13
30494 - Unexploded (UXO) Safety Escort                                   25.60
30495 - Unexploded (UXO) Sweep Personnel                                 25.60
30501 - Weather Forecaster I                                             26.01
30502 - Weather Forecaster II                                            31.63
30620 - Weather Observer Combined Upper Air Or         (see 2)           21.97
Surface Programs
30621 - Weather Observer Senior                        (see 2)           23.57
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                                   30.98
31020 - Bus Aide                                                      13.23***
31030 - Bus Driver                                                       17.66
31043 - Driver Courier                                                   15.54
31260 - Parking and Lot Attendant                                    12.00***
31290 - Shuttle Bus Driver                                               16.20
31310 - Taxi Driver                                                  13.92***
31361 - Truckdriver Light                                                16.59
31362 - Truckdriver Medium                                               19.71
31363 - Truckdriver Heavy                                                18.90
31364 - Truckdriver Tractor-Trailer                                      18.90
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                          15.10
99030 - Cashier                                                      10.34***
99050 - Desk Clerk                                                    9.46***
99095 - Embalmer                                                         21.80
99130 - Flight Follower                                                  25.60
99251 - Laboratory Animal Caretaker I                                13.42***
99252 - Laboratory Animal Caretaker II                               13.42***
99260 - Marketing Analyst                                                26.24
99310 - Mortician                                                        21.80
99410 - Pest Controller                                                  17.16
99510 - Photofinishing Worker                                        13.45***
99710 - Recycling Laborer                                            13.54***
99711 - Recycling Specialist                                             16.01
99730 - Refuse Collector                                             12.39***
99810 - Sales Clerk                                                  11.53***
99820 - School Crossing Guard                                        13.98***
99830 - Survey Party Chief                                               19.73
99831 - Surveying Aide                                               13.32***
99832 - Surveying Technician                                             17.70
99840 - Vending Machine Attendant                                        18.12
99841 - Vending Machine Repairer                                         21.86
99842 - Vending Machine Repairer Helper                                  18.12
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 10 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer

professional exemption.  Therefore the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:

     (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

     (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

     (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

     (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining

agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
           "REGISTER OF WAGE DETERMINATIONS UNDER  |       U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor          |       WAGE AND HOUR DIVISION
                                                   |         WASHINGTON D.C.  20210
                                                   |
                                                   |
                                                   |
                                                   | Wage Determination No.: 2015-4655
   Daniel W. Simms          Division of            |       Revision No.: 19
   Director            Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                   |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Tennessee

Area: Tennessee Counties of Coffee Franklin Grundy

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 13.82*** |
| 01012 - Accounting Clerk II | | 15.53 |
| 01013  Accounting Clerk III | | 17.36 |
| 01020 - Administrative Assistant | | 20.91 |
| 01035 - Court Reporter | | 17.30 |
| 01041 - Customer Service Representative I | | 13.17*** |
| 01042  Customer Service Representative II | | 14.82*** |
| 01043 - Customer Service Representative III | | 16.16 |
| 01051 - Data Entry Operator I | | 14.71*** |
| 01052 - Data Entry Operator II | | 16.05 |
| 01060  Dispatcher Motor Vehicle | | 18.58 |
| 01070 - Document Preparation Clerk | | 13.77*** |
| 01090 - Duplicating Machine Operator | | 13.77*** |
| 01111 - General Clerk I | | 13.11*** |
| 01112  General Clerk II | | 14.31*** |
| 01113 - General Clerk III | | 16.07 |

```
01120 - Housing Referral Assistant                      19.28
01141 - Messenger Courier                               11.23***
01191   Order Clerk I                                   12.92***
01192 - Order Clerk II                                  14.09***
01261 - Personnel Assistant (Employment) I              15.99
01262 - Personnel Assistant (Employment) II             17.90
01263   Personnel Assistant (Employment) III            19.95
01270 - Production Control Clerk                         21.61
01290 - Rental Clerk                                    11.13***
01300 - Scheduler Maintenance                           15.47
01311   Secretary I                                     15.47
01312 - Secretary II                                    17.30
01313 - Secretary III                                   19.28
01320 - Service Order Dispatcher                        15.78
01410   Supply Technician                               20.91
01420 - Survey Worker                                   14.55***
01460 - Switchboard Operator/Receptionist               12.95***
01531 - Travel Clerk I                                  12.22***
01532   Travel Clerk II                                 12.99***
01533 - Travel Clerk III                                13.78***
01611 - Word Processor I                                13.83***
01612 - Word Processor II                               15.53
01613   Word Processor III                              17.37
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass             21.31
05010 - Automotive  Electrician                         18.03
05040   Automotive Glass Installer                      17.15
05070 - Automotive Worker                               17.15
05110 - Mobile Equipment Servicer                       15.38
05130 - Motor Equipment Metal Mechanic                  18.87
05160   Motor Equipment Metal Worker                    17.15
05190 - Motor Vehicle Mechanic                          17.44
05220 - Motor Vehicle Mechanic Helper                   14.45***
05250 - Motor Vehicle Upholstery Worker                 16.26
05280   Motor Vehicle Wrecker                           17.15
05310 - Painter Automotive                              18.03
05340 - Radiator Repair Specialist                      17.15
05370 - Tire Repairer                                   12.25***
05400   Transmission Repair Specialist                  17.31
07000 - Food Preparation And Service Occupations
07010 - Baker                                           14.20***
07041 - Cook I                                          11.24***
07042   Cook II                                         12.65***
07070 - Dishwasher                                       9.10***
07130 - Food Service Worker                              9.31***
07210 - Meat Cutter                                     17.35
07260   Waiter/Waitress                                  8.96***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                     19.56
09040 - Furniture Handler                               13.61***
09080   Furniture Refinisher                            19.98
09090 - Furniture Refinisher Helper                     15.98
09110 - Furniture Repairer Minor                        18.05
09130 - Upholsterer                                     19.56
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                14.50***
11060 - Elevator Operator                               14.24***
11090 - Gardener                                        17.67
11122   Housekeeping Aide                               11.10***
11150 - Janitor                                         11.10***
11210 - Laborer Grounds Maintenance                     14.07***
11240 - Maid or Houseman                                10.16***
11260   Pruner                                          12.74***
11270 - Tractor Operator                                16.53
11330 - Trail Maintenance Worker                        14.07***
```

```
   11360 - Window Cleaner                                    12.25***
12000 - Health Occupations
   12010   Ambulance Driver                                  15.93
   12011 - Breath Alcohol Technician                         18.45
   12012 - Certified Occupational Therapist Assistant        26.39
   12015 - Certified Physical Therapist Assistant            34.39
   12020   Dental Assistant                                  17.46
   12025 - Dental Hygienist                                  36.08
   12030 - EKG Technician                                    27.74
   12035 - Electroneurodiagnostic Technologist               27.74
   12040   Emergency Medical Technician                      15.93
   12071 - Licensed Practical Nurse I                        16.50
   12072 - Licensed Practical Nurse II                       18.45
   12073 - Licensed Practical Nurse III                      20.56
   12100   Medical Assistant                                 14.27***
   12130 - Medical Laboratory Technician                     23.01
   12160 - Medical Record Clerk                              14.50***
   12190 - Medical Record Technician                         17.84
   12195   Medical Transcriptionist                          17.33
   12210 - Nuclear Medicine Technologist                     40.55
   12221 - Nursing Assistant I                               11.85***
   12222 - Nursing Assistant II                              13.32***
   12223   Nursing Assistant III                             14.54***
   12224 - Nursing Assistant IV                              16.33
   12235 - Optical Dispenser                                 20.57
   12236 - Optical Technician                                16.50
   12250   Pharmacy Technician                               16.03
   12280 - Phlebotomist                                      16.36
   12305 - Radiologic Technologist                           24.74
   12311 - Registered Nurse I                                22.68
   12312   Registered Nurse II                               27.74
   12313 - Registered Nurse II Specialist                    27.74
   12314 - Registered Nurse III                              33.57
   12315 - Registered Nurse III Anesthetist                  33.57
   12316   Registered Nurse IV                               40.23
   12317 - Scheduler (Drug and Alcohol Testing)              22.86
   12320 - Substance Abuse Treatment Counselor               15.57
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                             18.77
   13012 - Exhibits Specialist II                            23.25
   13013 - Exhibits Specialist III                           28.44
   13041 - Illustrator I                                     18.77
   13042   Illustrator II                                    23.25
   13043 - Illustrator III                                   28.44
   13047 - Librarian                                         25.75
   13050 - Library Aide/Clerk                                13.98***
   13054   Library Information Technology Systems            23.25
   Administrator
   13058 - Library Technician                                17.88
   13061 - Media Specialist I                                16.78
   13062   Media Specialist II                               18.77
   13063   Media Specialist III                              20.92
   13071 - Photographer I                                    16.78
   13072 - Photographer II                                   18.77
   13073   Photographer III                                  23.25
   13074 - Photographer IV                                   28.44
   13075 - Photographer V                                    34.42
   13090 - Technical Order Library Clerk                     18.33
   13110   Video Teleconference Technician                   16.78
14000 - Information Technology Occupations
   14041 - Computer Operator I                               15.11
   14042 - Computer Operator II                              18.05
   14043   Computer Operator III                             20.10
   14044 - Computer Operator IV                              21.52
   14045 - Computer Operator V                               23.19
```

```
14071 - Computer Programmer I              (see 1)        22.90
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                     15.11
14160 - Personal Computer Support Technician              21.52
14170 - System Support Specialist                         23.00
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)    32.13
    15020 - Aircrew Training Devices Instructor (Rated)        36.75
    15030 - Air Crew Training Devices Instructor (Pilot)       43.14
    15050 - Computer Based Training Specialist / Instructor    32.13
    15060 - Educational Technologist                           31.69
    15070 - Flight Instructor (Pilot)                          43.14
    15080 - Graphic Artist                                     20.15
    15085 - Maintenance Test Pilot Fixed Jet/Prop              43.14
    15086 - Maintenance Test Pilot Rotary Wing                 43.14
    15088 - Non-Maintenance Test/Co-Pilot                      43.14
    15090 - Technical Instructor                               17.58
    15095 - Technical Instructor/Course Developer              22.62
    15110 - Test Proctor                                       15.19
    15120 - Tutor                                              15.19
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                        9.51***
    16030 - Counter Attendant                                9.51***
    16040 - Dry Cleaner                                     11.95***
    16070 - Finisher Flatwork Machine                        9.51***
    16090 - Presser Hand                                     9.51***
    16110 - Presser Machine Drycleaning                      9.51***
    16130 - Presser Machine Shirts                           9.51***
    16160 - Presser Machine Wearing Apparel Laundry          9.51***
    16190 - Sewing Machine Operator                         12.70***
    16220 - Tailor                                          13.42***
    16250 - Washer Machine                                  10.31***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                 19.53
    19040 - Tool And Die Maker                                23.55
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                 17.70
    21030 - Material Coordinator                              21.61
    21040 - Material Expediter                                21.61
    21050 - Material Handling Laborer                       14.08***
    21071 - Order Filler                                    12.62***
    21080 - Production Line Worker (Food Processing)          17.70
    21110 - Shipping Packer                                   18.47
    21130 - Shipping/Receiving Clerk                          18.47
    21140 - Store Worker I                                  13.28***
    21150 - Stock Clerk                                       17.99
    21210 - Tools And Parts Attendant                         17.70
    21410 - Warehouse Specialist                              17.70
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                       25.04
    23019 - Aircraft Logs and Records Technician              20.30
    23021 - Aircraft Mechanic I                               23.88
    23022 - Aircraft Mechanic II                              25.04
    23023 - Aircraft Mechanic III                             26.20
    23040 - Aircraft Mechanic Helper                          17.91
    23050 - Aircraft Painter                                  22.68
    23060 - Aircraft Servicer                                 20.30
    23070 - Aircraft Survival Flight Equipment Technician     22.68
    23080 - Aircraft Worker                                   21.54
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic    21.54
```

```
        I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        23.88
        II
    23110 - Appliance Mechanic                                    22.68
    23120 - Bicycle Repairer                                      19.15
    23125 - Cable Splicer                                         38.10
    23130 - Carpenter Maintenance                                 18.70
    23140 - Carpet Layer                                          21.54
    23160 - Electrician Maintenance                               29.59
    23181 - Electronics Technician Maintenance I                  21.54
    23182 - Electronics Technician Maintenance II                 24.07
    23183 - Electronics Technician Maintenance III                27.10
    23260 - Fabric Worker                                         20.30
    23290 - Fire Alarm System Mechanic                            23.88
    23310 - Fire Extinguiser Repairer                             19.15
    23311 - Fuel Distribution System Mechanic                     23.88
    23312 - Fuel Distribution System Operator                     19.15
    23370 - General Maintenance Worker                            19.01
    23380 - Ground Support Equipment Mechanic                     23.88
    23381 - Ground Support Equipment Servicer                     20.30
    23382 - Ground Support Equipment Worker                       21.54
    23391 - Gunsmith I                                            19.15
    23392 - Gunsmith II                                           21.54
    23393 - Gunsmith III                                          23.88
    23410 - Heating Ventilation And Air-Conditioning              17.62
Mechanic
    23411 - Heating Ventilation And Air Contidioning              18.48
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              19.86
    23440 - Heavy Equipment Operator                              21.78
    23460 - Instrument Mechanic                                   23.88
    23465 - Laboratory/Shelter Mechanic                           22.68
    23470 - Laborer                                            14.08***
    23510 - Locksmith                                             22.68
    23530 - Machinery Maintenance Mechanic                        24.46
    23550 - Machinist Maintenance                                 23.19
    23580 - Maintenance Trades Helper                             15.44
    23591 - Metrology Technician I                                23.88
    23592 - Metrology Technician II                               25.04
    23593 - Metrology Technician III                              26.20
    23640 - Millwright                                            24.90
    23710 - Office Appliance Repairer                             22.68
    23760 - Painter Maintenance                                   21.10
    23790 - Pipefitter Maintenance                                21.76
    23810 - Plumber Maintenance                                   20.79
    23820 - Pneudraulic Systems Mechanic                          23.88
    23850 - Rigger                                                23.88
    23870 - Scale Mechanic                                        21.54
    23890 - Sheet-Metal Worker Maintenance                        18.43
    23910 - Small Engine Mechanic                                 18.95
    23931 - Telecommunications Mechanic I                         23.88
    23932 - Telecommunications Mechanic II                        25.04
    23950 - Telephone Lineman                                     23.88
    23960 - Welder Combination Maintenance                        18.58
    23965 - Well Driller                                          23.88
    23970 - Woodcraft Worker                                      23.88
    23980 - Woodworker                                            19.15
24000 - Personal Needs Occupations
    24550 - Case Manager                                          17.18
    24570 - Child Care Attendant                               10.56***
    24580 - Child Care Center Clerk                            13.19***
    24610 - Chore Aide                                         10.88***
    24620 - Family Readiness And Support Services                 17.18
Coordinator
    24630 - Homemaker                                             17.18
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          23.88
    25040 - Sewage Plant Operator                                  18.21
    25070 - Stationary Engineer                                    23.88
    25190 - Ventilation Equipment Tender                           17.91
    25210 - Water Treatment Plant Operator                         18.21
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          15.82
    27007 - Baggage Inspector                                      15.44
    27008 - Corrections Officer                                    17.13
    27010 - Court Security Officer                                 17.74
    27030 - Detection Dog Handler                                  17.27
    27040 - Detention Officer                                      17.13
    27070 - Firefighter                                            17.01
    27101 - Guard I                                                15.44
    27102 - Guard II                                               17.27
    27131 - Police Officer I                                       19.49
    27132 - Police Officer II                                      21.66
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                            13.46***
    28042 - Carnival Equipment Repairer                            14.40***
    28043 - Carnival Worker                                        10.38***
    28210 - Gate Attendant/Gate Tender                             17.67
    28310 - Lifeguard                                              11.34***
    28350 - Park Attendant (Aide)                                  19.77
    28510 - Recreation Aide/Health Facility Attendant             14.43***
    28515 - Recreation Specialist                                  23.82
    28630 - Sports Official                                        15.74
    28690 - Swimming Pool Operator                                 17.81
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     22.18
    29020 - Hatch Tender                                           22.18
    29030 - Line Handler                                           22.18
    29041 - Stevedore I                                            21.00
    29042 - Stevedore II                                           23.36
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
    30021 - Archeological Technician I                             18.24
    30022 - Archeological Technician II                            20.41
    30023 - Archeological Technician III                           25.28
    30030 - Cartographic Technician                                25.28
    30040 - Civil Engineering Technician                           23.03
    30051 - Cryogenic Technician I                                 28.00
    30052 - Cryogenic Technician II                                30.93
    30061 - Drafter/CAD Operator I                                 18.24
    30062 - Drafter/CAD Operator II                                20.41
    30063 - Drafter/CAD Operator III                               22.75
    30064 - Drafter/CAD Operator IV                                28.00
    30081 - Engineering Technician I                               16.25
    30082 - Engineering Technician II                              18.24
    30083 - Engineering Technician III                             20.41
    30084 - Engineering Technician IV                              25.28
    30085 - Engineering Technician V                               30.93
    30086 - Engineering Technician VI                              37.42
    30090 - Environmental Technician                               25.28
    30095 - Evidence Control Specialist                            25.28
    30210 - Laboratory Technician                                  24.03
    30221 - Latent Fingerprint Technician I                        28.00
    30222 - Latent Fingerprint Technician II                       30.93
    30240 - Mathematical Technician                                25.28
    30361 - Paralegal/Legal Assistant I                            19.94
    30362 - Paralegal/Legal Assistant II                           24.70
    30363 - Paralegal/Legal Assistant III                          28.99
```

```
30364 - Paralegal/Legal Assistant IV                        36.57
30375 - Petroleum Supply Specialist                         30.93
30390 - Photo-Optics Technician                             25.28
30395 - Radiation Control Technician                        30.93
30461 - Technical Writer I                                  25.28
30462 - Technical Writer II                                 30.93
30463 - Technical Writer III                                37.42
30491 - Unexploded Ordnance (UXO) Technician I              25.60
30492 - Unexploded Ordnance (UXO) Technician II             30.98
30493 - Unexploded Ordnance (UXO) Technician III            37.13
30494 - Unexploded (UXO) Safety Escort                      25.60
30495 - Unexploded (UXO) Sweep Personnel                    25.60
30501 - Weather Forecaster I                                28.00
30502 - Weather Forecaster II                               34.06
30620 - Weather Observer Combined Upper Air Or    (see 2)   22.75
Surface Programs
30621 - Weather Observer Senior                   (see 2)   25.28
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                      30.98
31020 - Bus Aide                                            13.26***
31030 - Bus Driver                                          19.16
31043 - Driver Courier                                      14.83***
31260 - Parking and Lot Attendant                           12.00***
31290 - Shuttle Bus Driver                                  15.28
31310 - Taxi Driver                                         13.55***
31361 - Truckdriver Light                                   15.86
31362 - Truckdriver Medium                                  16.81
31363 - Truckdriver Heavy                                   20.34
31364 - Truckdriver Tractor-Trailer                         20.34
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                             15.10
99030 - Cashier                                             9.45***
99050 - Desk Clerk                                          12.85***
99095 - Embalmer                                            30.75
99130 - Flight Follower                                     25.60
99251 - Laboratory Animal Caretaker I                       12.68***
99252 - Laboratory Animal Caretaker II                      13.56***
99260 - Marketing Analyst                                   24.99
99310 - Mortician                                           30.75
99410 - Pest Controller                                     17.00
99510 - Photofinishing Worker                               13.45***
99710 - Recycling Laborer                                   15.01
99711 - Recycling Specialist                                17.64
99730 - Refuse Collector                                    13.59***
99810 - Sales Clerk                                         12.50***
99820 - School Crossing Guard                               14.86***
99830 - Survey Party Chief                                  18.65
99831 - Surveying Aide                                      12.16***
99832 - Surveying Technician                                16.73
99840 - Vending Machine Attendant                           19.27
99841 - Vending Machine Repairer                            23.18
99842 - Vending Machine Repairer Helper                     19.27
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.


Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
"REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
     THE SERVICE CONTRACT ACT            |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor   |        WAGE AND HOUR DIVISION
                                         |        WASHINGTON D.C.  20210
                                         |
                                         |
                                         |
                                         |  Wage Determination No.: 2015-4675
Daniel W. Simms          Division of     |       Revision No.: 16
Director            Wage Determinations  |  Date Of Last Revision: 03/15/2022
                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order |
|after January 30 2022 or the           |14026 applies to the contract.          |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |

|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29  |13658 applies to the contract.          |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

States: Kentucky Tennessee

Area: Kentucky Counties of Christian Trigg
Tennessee County of Montgomery


          **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE     TITLE                              FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                        14.47***
   01012   Accounting Clerk II                                       16.24
   01013 - Accounting Clerk III                                      18.17
   01020 - Administrative Assistant                                  21.90
   01035 - Court Reporter                                            17.65
   01041   Customer Service Representative I                         12.56***
   01042 - Customer Service Representative II                        14.12***
   01043 - Customer Service Representative III                       15.40
   01051 - Data Entry Operator I                                     14.00***
   01052   Data Entry Operator II                                    15.28
   01060 - Dispatcher Motor Vehicle                                  18.47
   01070 - Document Preparation Clerk                                14.05***
   01090 - Duplicating Machine Operator                             14.05***
   01111   General Clerk I                                           13.51***
   01112 - General Clerk II                                          14.74***
```

```
01113 - General Clerk III                                    16.56
01120 - Housing Referral Assistant                          19.66
01141   Messenger Courier                                   13.08***
01191 - Order Clerk I                                        14.19***
01192 - Order Clerk II                                       15.48
01261 - Personnel Assistant (Employment) I                  16.68
01262   Personnel Assistant (Employment) II                 18.65
01263 - Personnel Assistant (Employment) III                20.79
01270 - Production Control Clerk                             24.40
01290 - Rental Clerk                                         11.85***
01300   Scheduler Maintenance                               15.77
01311 - Secretary I                                          15.77
01312 - Secretary II                                         17.65
01313 - Secretary III                                        19.68
01320   Service Order Dispatcher                            16.50
01410 - Supply Technician                                    21.90
01420 - Survey Worker                                        16.92
01460 - Switchboard Operator/Receptionist                   11.74***
01531   Travel Clerk I                                       12.84***
01532 - Travel Clerk II                                      13.75***
01533 - Travel Clerk III                                     14.64***
01611 - Word Processor I                                     14.05***
01612   Word Processor II                                    15.77
01613 - Word Processor III                                   17.65
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 23.84
05010   Automotive  Electrician                             19.42
05040 - Automotive Glass Installer                          18.46
05070 - Automotive Worker                                    18.46
05110 - Mobile Equipment Servicer                           16.34
05130   Motor Equipment Metal Mechanic                      20.46
05160 - Motor Equipment Metal Worker                        18.46
05190 - Motor Vehicle Mechanic                               20.46
05220 - Motor Vehicle Mechanic Helper                       15.32
05250   Motor Vehicle Upholstery Worker                     17.33
05280 - Motor Vehicle Wrecker                                18.46
05310 - Painter Automotive                                   19.42
05340 - Radiator Repair Specialist                          18.46
05370   Tire Repairer                                        15.10
05400 - Transmission Repair Specialist                      20.46
07000 - Food Preparation And Service Occupations
07010 - Baker                                                14.60***
07041   Cook I                                               11.52***
07042 - Cook II                                              13.01***
07070 - Dishwasher                                           10.56***
07130 - Food Service Worker                                   9.29***
07210   Meat Cutter                                          16.48
07260 - Waiter/Waitress                                       9.05***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         17.71
09040   Furniture Handler                                    11.82***
09080 - Furniture Refinisher                                 17.71
09090 - Furniture Refinisher Helper                          13.98***
09110 - Furniture Repairer Minor                             15.81
09130   Upholsterer                                          17.71
11000 - General Services And Support Occupations
11030 - Cleaner Vehicles                                     11.51***
11060 - Elevator Operator                                    11.51***
11090   Gardener                                             17.70
11122 - Housekeeping Aide                                    11.95***
11150 - Janitor                                              11.95***
11210 - Laborer Grounds Maintenance                         14.03***
11240   Maid or Houseman                                     10.83***
11260 - Pruner                                               12.72***
11270 - Tractor Operator                                     16.60
```

```
11330 - Trail Maintenance Worker                              14.03***
11360 - Window Cleaner                                        13.18***
12000   Health Occupations
12010 - Ambulance Driver                                      14.81***
12011 - Breath Alcohol Technician                             19.02
12012 - Certified Occupational Therapist Assistant            26.32
12015   Certified Physical Therapist Assistant                28.24
12020 - Dental Assistant                                      18.46
12025 - Dental Hygienist                                      33.84
12030 - EKG Technician                                        28.82
12035   Electroneurodiagnostic Technologist                   28.82
12040 - Emergency Medical Technician                          14.81***
12071 - Licensed Practical Nurse I                            17.01
12072 - Licensed Practical Nurse II                           19.02
12073   Licensed Practical Nurse III                          21.20
12100 - Medical Assistant                                     14.67***
12130 - Medical Laboratory Technician                         25.85
12160 - Medical Record Clerk                                  16.08
12190   Medical Record Technician                             17.98
12195 - Medical Transcriptionist                              17.34
12210 - Nuclear Medicine Technologist                         41.80
12221 - Nursing Assistant I                                   11.42***
12222   Nursing Assistant II                                  12.83***
12223 - Nursing Assistant III                                 14.00***
12224 - Nursing Assistant IV                                  15.73
12235 - Optical Dispenser                                     18.59
12236   Optical Technician                                    17.01
12250 - Pharmacy Technician                                   17.29
12280 - Phlebotomist                                          14.39***
12305 - Radiologic Technologist                               24.97
12311   Registered Nurse I                                    24.07
12312 - Registered Nurse II                                   29.44
12313 - Registered Nurse II Specialist                        29.44
12314 - Registered Nurse III                                  35.61
12315   Registered Nurse III Anesthetist                      35.61
12316 - Registered Nurse IV                                   42.69
12317 - Scheduler (Drug and Alcohol Testing)                  23.56
12320 - Substance Abuse Treatment Counselor                   21.45
13000   Information And Arts Occupations
13011 - Exhibits Specialist I                                 26.23
13012 - Exhibits Specialist II                                32.49
13013 - Exhibits Specialist III                               39.74
13041   Illustrator I                                         26.23
13042 - Illustrator II                                        32.49
13043 - Illustrator III                                       39.74
13047 - Librarian                                             35.98
13050   Library Aide/Clerk                                    13.75***
13054 - Library Information Technology Systems                32.49
Administrator
13058 - Library Technician                                    16.30
13061   Media Specialist I                                    23.45
13062 - Media Specialist II                                   26.23
13063 - Media Specialist III                                  29.24
13071 - Photographer I                                        23.45
13072   Photographer II                                       26.23
13073 - Photographer III                                      32.49
13074 - Photographer IV                                       37.36
13075 - Photographer V                                        40.54
13090   Technical Order Library Clerk                         17.41
13110 - Video Teleconference Technician                       18.26
14000 - Information Technology Occupations
14041 - Computer Operator I                                   15.54
14042   Computer Operator II                                  17.61
14043 - Computer Operator III                                 19.64
14044 - Computer Operator IV                                  21.82
```

```
14045 - Computer Operator V                                           24.18
14071 - Computer Programmer I                        (see 1)          20.94
14072 - Computer Programmer II                       (see 1)          25.96
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                                 15.54
14160 - Personal Computer Support Technician                          24.18
14170 - System Support Specialist                                     32.86
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)               29.95
15020 - Aircrew Training Devices Instructor (Rated)                   36.23
15030 - Air Crew Training Devices Instructor (Pilot)                  43.24
15050 - Computer Based Training Specialist / Instructor               29.95
15060 - Educational Technologist                                      36.18
15070 - Flight Instructor (Pilot)                                     43.24
15080 - Graphic Artist                                                20.93
15085 - Maintenance Test Pilot Fixed Jet/Prop                      43.24
15086 - Maintenance Test Pilot Rotary Wing                         43.24
15088 - Non-Maintenance Test/Co-Pilot                                 43.24
15090 - Technical Instructor                                          19.97
15095 - Technical Instructor/Course Developer                         24.43
15110 - Test Proctor                                                  16.13
15120 - Tutor                                                         16.13
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                                  9.62***
16030 - Counter Attendant                                          9.62***
16040 - Dry Cleaner                                               11.66***
16070 - Finisher Flatwork Machine                                 9.62***
16090 - Presser Hand                                               9.62***
16110 - Presser Machine Drycleaning                               9.62***
16130 - Presser Machine Shirts                                    9.62***
16160 - Presser Machine Wearing Apparel Laundry                   9.62***
16190 - Sewing Machine Operator                                   12.41***
16220 - Tailor                                                    13.09***
16250 - Washer Machine                                            10.42***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                             22.68
19040 - Tool And Die Maker                                            27.63
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                             18.44
21030 - Material Coordinator                                          24.40
21040 - Material Expediter                                            24.40
21050 - Material Handling Laborer                                 14.65***
21071 - Order Filler                                              12.01***
21080 - Production Line Worker (Food Processing)                      18.44
21110 - Shipping Packer                                               17.37
21130 - Shipping/Receiving Clerk                                      17.37
21140 - Store Worker I                                            13.37***
21150 - Stock Clerk                                                   18.09
21210 - Tools And Parts Attendant                                    18.44
21410 - Warehouse Specialist                                         18.44
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                                   27.46
23019 - Aircraft Logs and Records Technician                         22.09
23021 - Aircraft Mechanic I                                          26.08
23022 - Aircraft Mechanic II                                        27.46
23023 - Aircraft Mechanic III                                       28.74
23040 - Aircraft Mechanic Helper                                    19.51
23050 - Aircraft Painter                                            24.75
23060 - Aircraft Servicer                                            22.09
23070 - Aircraft Survival Flight Equipment Technician               24.75
23080 - Aircraft Worker                                              23.52
```

```
23091 - Aircrew Life Support Equipment (ALSE) Mechanic          23.52
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          26.08
II
23110 - Appliance Mechanic                                      21.74
23120 - Bicycle Repairer                                        18.31
23125 - Cable Splicer                                           36.00
23130 - Carpenter Maintenance                                   19.26
23140 - Carpet Layer                                            20.68
23160 - Electrician Maintenance                                 23.65
23181 - Electronics Technician Maintenance I                    27.27
23182 - Electronics Technician Maintenance II                   28.68
23183 - Electronics Technician Maintenance III                  30.22
23260 - Fabric Worker                                           19.41
23290 - Fire Alarm System Mechanic                              22.00
23310 - Fire Extinguisher Repairer                              18.31
23311 - Fuel Distribution System Mechanic                       22.91
23312 - Fuel Distribution System Operator                       19.33
23370 - General Maintenance Worker                              20.51
23380 - Ground Support Equipment Mechanic                       26.08
23381 - Ground Support Equipment Servicer                       22.09
23382 - Ground Support Equipment Worker                         23.52
23391 - Gunsmith I                                              18.31
23392 - Gunsmith II                                             20.68
23393 - Gunsmith III                                            22.91
23410 - Heating Ventilation And Air-Conditioning                20.02
Mechanic
23411 - Heating Ventilation And Air Contidioning                21.11
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                21.29
23440 - Heavy Equipment Operator                                19.81
23460 - Instrument Mechanic                                     22.91
23465 - Laboratory/Shelter Mechanic                             21.74
23470 - Laborer                                                 14.65***
23510 - Locksmith                                               21.74
23530 - Machinery Maintenance Mechanic                          24.97
23550 - Machinist Maintenance                                   21.15
23580 - Maintenance Trades Helper                               17.16
23591 - Metrology Technician I                                  22.91
23592 - Metrology Technician II                                 24.16
23593 - Metrology Technician III                                25.42
23640 - Millwright                                              23.03
23710 - Office Appliance Repairer                               21.74
23760 - Painter Maintenance                                     16.43
23790 - Pipefitter Maintenance                                  24.96
23810 - Plumber Maintenance                                     23.68
23820 - Pneudraulic Systems Mechanic                            22.91
23850 - Rigger                                                  22.91
23870 - Scale Mechanic                                          20.68
23890 - Sheet-Metal Worker Maintenance                          22.43
23910 - Small Engine Mechanic                                   20.68
23931 - Telecommunications Mechanic I                           26.24
23932 - Telecommunications Mechanic II                          27.52
23950 - Telephone Lineman                                       23.48
23960 - Welder Combination Maintenance                          22.43
23965 - Well Driller                                            24.67
23970 - Woodcraft Worker                                        22.91
23980 - Woodworker                                              18.31
24000 - Personal Needs Occupations
24550 - Case Manager                                            16.44
24570 - Child Care Attendant                                    9.41***
24580 - Child Care Center Clerk                                 13.01***
24610 - Chore Aide                                              10.69***
24620 - Family Readiness And Support Services                   16.44
Coordinator
```

```
  24630 - Homemaker                                              16.44
25000 - Plant And System Operations Occupations
  25010 - Boiler Tender                                          22.91
  25040 - Sewage Plant Operator                                  18.03
  25070 - Stationary Engineer                                    22.91
  25190 - Ventilation Equipment Tender                           17.16
  25210 - Water Treatment Plant Operator                         18.03
27000 - Protective Service Occupations
  27004 - Alarm Monitor                                          18.00
  27007 - Baggage Inspector                                      15.36
  27008 - Corrections Officer                                    20.58
  27010 - Court Security Officer                                 20.58
  27030 - Detection Dog Handler                                  17.33
  27040 - Detention Officer                                      20.58
  27070 - Firefighter                                            20.58
  27101 - Guard I                                                15.36
  27102 - Guard II                                               17.33
  27131 - Police Officer I                                       20.10
  27132 - Police Officer II                                      22.33
28000 - Recreation Occupations
  28041 - Carnival Equipment Operator                            13.33***
  28042 - Carnival Equipment Repairer                            14.17***
  28043 - Carnival Worker                                         9.87***
  28210 - Gate Attendant/Gate Tender                             13.60***
  28310 - Lifeguard                                              12.91***
  28350 - Park Attendant (Aide)                                  15.66
  28510 - Recreation Aide/Health Facility Attendant              11.10***
  28515 - Recreation Specialist                                  16.45
  28630 - Sports Official                                        12.47***
  28690 - Swimming Pool Operator                                 16.81
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                     20.68
  29020 - Hatch Tender                                           20.68
  29030 - Line Handler                                           20.68
  29041 - Stevedore I                                            19.41
  29042 - Stevedore II                                           21.74
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.29
  30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
  30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
  30021 - Archeological Technician I                             17.66
  30022 - Archeological Technician II                            19.75
  30023 - Archeological Technician III                           24.48
  30030 - Cartographic Technician                                24.48
  30040 - Civil Engineering Technician                           24.86
  30051 - Cryogenic Technician I                                 26.26
  30052 - Cryogenic Technician II                                29.01
  30061 - Drafter/CAD Operator I                                 17.66
  30062 - Drafter/CAD Operator II                                19.75
  30063 - Drafter/CAD Operator III                               22.03
  30064 - Drafter/CAD Operator IV                                27.10
  30081 - Engineering Technician I                               15.52
  30082 - Engineering Technician II                              17.41
  30083 - Engineering Technician III                             19.48
  30084 - Engineering Technician IV                              24.14
  30085 - Engineering Technician V                               29.66
  30086 - Engineering Technician VI                              35.90
  30090 - Environmental Technician                               23.35
  30095 - Evidence Control Specialist                            23.71
  30210 - Laboratory Technician                                  21.43
  30221 - Latent Fingerprint Technician I                        26.26
  30222 - Latent Fingerprint Technician II                       29.01
  30240 - Mathematical Technician                                24.48
  30361 - Paralegal/Legal Assistant I                            18.18
  30362 - Paralegal/Legal Assistant II                           22.52
```

```
30363 - Paralegal/Legal Assistant III                              27.55
30364 - Paralegal/Legal Assistant IV                               33.34
30375 - Petroleum Supply Specialist                                29.01
30390 - Photo-Optics Technician                                    24.48
30395 - Radiation Control Technician                               29.01
30461 - Technical Writer I                                         24.48
30462 - Technical Writer II                                        29.45
30463 - Technical Writer III                                       35.10
30491 - Unexploded Ordnance (UXO) Technician I                     25.60
30492 - Unexploded Ordnance (UXO) Technician II                    30.98
30493 - Unexploded Ordnance (UXO) Technician III                   37.13
30494 - Unexploded (UXO) Safety Escort                             25.60
30495 - Unexploded (UXO) Sweep Personnel                           25.60
30501 - Weather Forecaster I                                       26.26
30502 - Weather Forecaster II                                      31.95
30620 - Weather Observer Combined Upper Air Or      (see 2)        22.03
Surface Programs
30621 - Weather Observer Senior                     (see 2)        24.48
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                             30.98
31020 - Bus Aide                                               13.21***
31030 - Bus Driver                                                 17.68
31043 - Driver Courier                                         13.60***
31260 - Parking and Lot Attendant                              11.98***
31290 - Shuttle Bus Driver                                     14.53***
31310 - Taxi Driver                                            14.10***
31361 - Truckdriver Light                                      14.53***
31362 - Truckdriver Medium                                         15.48
31363 - Truckdriver Heavy                                          19.59
31364 - Truckdriver Tractor-Trailer                                19.59
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                    15.10
99030 - Cashier                                                10.49***
99050 - Desk Clerk                                             10.78***
99095 - Embalmer                                                   25.60
99130 - Flight Follower                                            25.60
99251 - Laboratory Animal Caretaker I                          11.54***
99252 - Laboratory Animal Caretaker II                         12.31***
99260 - Marketing Analyst                                          24.65
99310 - Mortician                                                  25.60
99410 - Pest Controller                                            19.60
99510 - Photofinishing Worker                                  13.45***
99710 - Recycling Laborer                                          15.05
99711 - Recycling Specialist                                       17.80
99730 - Refuse Collector                                       13.65***
99810 - Sales Clerk                                            11.20***
99820 - School Crossing Guard                                  14.97***
99830 - Survey Party Chief                                         19.56
99831 - Surveying Aide                                         11.62***
99832 - Surveying Technician                                       17.78
99840 - Vending Machine Attendant                                  19.15
99841 - Vending Machine Repairer                                   22.72
99842 - Vending Machine Repairer Helper                            19.15
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer

professional exemption. Therefore the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining

agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                       |         WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       | Wage Determination No.: 2015-5233
Daniel W. Simms         Division of    |        Revision No.: 21
Director          Wage Determinations  | Date Of Last Revision: 03/15/2022
                                       |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Texas

Area: Texas Counties of Austin Brazoria Chambers Fort Bend Galveston Harris Liberty Montgomery Waller

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE | TITLE | FOOTNOTE | RATE |
|---|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | | |
| 01011 - Accounting Clerk I | | | 16.94 |
| 01012 - Accounting Clerk II | | | 19.03 |
| 01013 - Accounting Clerk III | | | 21.28 |
| 01020 - Administrative Assistant | | | 31.14 |
| 01035 - Court Reporter | | | 29.01 |
| 01041 - Customer Service Representative I | | | 14.38*** |
| 01042 - Customer Service Representative II | | | 16.17 |
| 01043 - Customer Service Representative III | | | 17.64 |
| 01051 - Data Entry Operator I | | | 15.20 |
| 01052 - Data Entry Operator II | | | 16.59 |
| 01060 - Dispatcher Motor Vehicle | | | 19.42 |
| 01070 - Document Preparation Clerk | | | 16.79 |
| 01090 - Duplicating Machine Operator | | | 16.79 |
| 01111 - General Clerk I | | | 15.32 |
| 01112 - General Clerk II | | | 16.72 |

```
01113 - General Clerk III                                    18.78
01120 - Housing Referral Assistant                           23.07
01141   Messenger Courier                                 14.48***
01191 - Order Clerk I                                        18.00
01192 - Order Clerk II                                       19.90
01261 - Personnel Assistant (Employment) I                   17.62
01262   Personnel Assistant (Employment) II                  19.72
01263 - Personnel Assistant (Employment) III                 21.97
01270 - Production Control Clerk                              23.68
01290 - Rental Clerk                                         15.65
01300   Scheduler Maintenance                                18.51
01311 - Secretary I                                          18.51
01312 - Secretary II                                         20.70
01313 - Secretary III                                        23.07
01320   Service Order Dispatcher                             17.36
01410 - Supply Technician                                    31.14
01420 - Survey Worker                                        17.79
01460 - Switchboard Operator/Receptionist                 14.08***
01531   Travel Clerk I                                       15.24
01532 - Travel Clerk II                                      16.46
01533 - Travel Clerk III                                     17.59
01611 - Word Processor I                                     16.54
01612   Word Processor II                                    18.58
01613 - Word Processor III                                   20.78
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                  25.76
05010   Automotive  Electrician                              23.79
05040 - Automotive Glass Installer                           21.96
05070 - Automotive Worker                                    21.96
05110 - Mobile Equipment Servicer                            20.23
05130   Motor Equipment Metal Mechanic                       25.96
05160 - Motor Equipment Metal Worker                         21.96
05190 - Motor Vehicle Mechanic                               25.76
05220 - Motor Vehicle Mechanic Helper                        19.40
05250   Motor Vehicle Upholstery Worker                      20.83
05280 - Motor Vehicle Wrecker                                21.96
05310 - Painter Automotive                                   23.79
05340 - Radiator Repair Specialist                           22.88
05370   Tire Repairer                                     14.40***
05400 - Transmission Repair Specialist                       25.76
07000 - Food Preparation And Service Occupations
07010 - Baker                                             11.82***
07041   Cook I                                            12.08***
07042 - Cook II                                           14.02***
07070 - Dishwasher                                        10.73***
07130 - Food Service Worker                               11.78***
07210   Meat Cutter                                       12.91***
07260 - Waiter/Waitress                                    9.79***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                          18.32
09040   Furniture Handler                                 11.95***
09080 - Furniture Refinisher                                 17.70
09090 - Furniture Refinisher Helper                       14.58***
09110 - Furniture Repairer Minor                             16.82
09130   Upholsterer                                          18.32
11000 - General Services And Support Occupations
11030 - Cleaner Vehicles                                  12.27***
11060 - Elevator Operator                                 11.73***
11090   Gardener                                             19.17
11122 - Housekeeping Aide                                 11.73***
11150 - Janitor                                           11.73***
11210 - Laborer Grounds Maintenance                       14.42***
11240   Maid or Houseman                                  10.99***
11260 - Pruner                                            12.87***
11270   Tractor Operator                                     17.59
```

```
11330 - Trail Maintenance Worker                          14.42***
11360 - Window Cleaner                                    13.14***
12000   Health Occupations
12010 - Ambulance Driver                                  17.88
12011 - Breath Alcohol Technician                         21.16
12012 - Certified Occupational Therapist Assistant        36.69
12015   Certified Physical Therapist Assistant            35.61
12020 - Dental Assistant                                  18.12
12025 - Dental Hygienist                                  37.43
12030 - EKG Technician                                    26.09
12035   Electroneurodiagnostic Technologist               26.09
12040 - Emergency Medical Technician                      17.88
12071 - Licensed Practical Nurse I                        19.05
12072 - Licensed Practical Nurse II                       21.32
12073   Licensed Practical Nurse III                      23.76
12100 - Medical Assistant                                 16.57
12130 - Medical Laboratory Technician                     25.95
12160 - Medical Record Clerk                              18.41
12190   Medical Record Technician                         20.60
12195 - Medical Transcriptionist                          20.81
12210 - Nuclear Medicine Technologist                     39.75
12221 - Nursing Assistant I                               13.71***
12222   Nursing Assistant II                              15.41
12223 - Nursing Assistant III                             16.81
12224 - Nursing Assistant IV                              18.88
12235 - Optical Dispenser                                 18.31
12236   Optical Technician                                16.82
12250 - Pharmacy Technician                               19.18
12280 - Phlebotomist                                      17.46
12305 - Radiologic Technologist                           31.62
12311   Registered Nurse I                                30.36
12312 - Registered Nurse II                               38.37
12313 - Registered Nurse II Specialist                    38.37
12314 - Registered Nurse III                              44.91
12315   Registered Nurse III Anesthetist                  44.91
12316 - Registered Nurse IV                               53.84
12317 - Scheduler (Drug and Alcohol Testing)              26.21
12320 - Substance Abuse Treatment Counselor               25.36
13000   Information And Arts Occupations
13011 - Exhibits Specialist I                             22.02
13012 - Exhibits Specialist II                            27.28
13013 - Exhibits Specialist III                           33.37
13041   Illustrator I                                     23.50
13042 - Illustrator II                                    29.11
13043 - Illustrator III                                   35.61
13047 - Librarian                                         29.97
13050   Library Aide/Clerk                                13.23***
13054 - Library Information Technology Systems            27.06
Administrator
13058 - Library Technician                                16.48
13061   Media Specialist I                                19.54
13062 - Media Specialist II                               21.84
13063 - Media Specialist III                              24.35
13071 - Photographer I                                    18.96
13072   Photographer II                                   21.20
13073 - Photographer III                                  26.27
13074 - Photographer IV                                   32.13
13075 - Photographer V                                    38.87
13090   Technical Order Library Clerk                     16.62
13110 - Video Teleconference Technician                   21.82
14000 - Information Techology Occupations
14041 - Computer Operator I                               20.35
14042   Computer Operator II                              22.78
14043 - Computer Operator III                             25.39
14044 - Computer Operator IV                              28.21
```

```
   14045 - Computer Operator V                                    31.25
   14071 - Computer Programmer I                  (see 1)         27.71
   14072 - Computer Programmer II                 (see 1)
   14073 - Computer Programmer III                (see 1)
   14074 - Computer Programmer IV                 (see 1)
   14101 - Computer Systems Analyst I             (see 1)
   14102 - Computer Systems Analyst II            (see 1)
   14103 - Computer Systems Analyst III           (see 1)
   14150 - Peripheral Equipment Operator                          20.35
   14160 - Personal Computer Support Technician                   28.21
   14170 - System Support Specialist                              37.07
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)        38.33
   15020 - Aircrew Training Devices Instructor (Rated)            46.39
   15030 - Air Crew Training Devices Instructor (Pilot)           55.59
   15050 - Computer Based Training Specialist / Instructor        38.33
   15060 - Educational Technologist                               34.80
   15070 - Flight Instructor (Pilot)                              55.59
   15080 - Graphic Artist                                         26.72
   15085 - Maintenance Test Pilot Fixed Jet/Prop                  55.59
   15086 - Maintenance Test Pilot Rotary Wing                     55.59
   15088 - Non-Maintenance Test/Co-Pilot                          55.59
   15090 - Technical Instructor                                   27.50
   15095 - Technical Instructor/Course Developer                  33.64
   15110 - Test Proctor                                           22.20
   15120 - Tutor                                                  22.20
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                            10.88***
   16030 - Counter Attendant                                    10.88***
   16040 - Dry Cleaner                                          13.96***
   16070 - Finisher Flatwork Machine                            10.88***
   16090 - Presser Hand                                         10.88***
   16110 - Presser Machine Drycleaning                          10.88***
   16130 - Presser Machine Shirts                               10.88***
   16160 - Presser Machine Wearing Apparel Laundry              10.88***
   16190 - Sewing Machine Operator                              14.76***
   16220 - Tailor                                                 15.89
   16250 - Washer Machine                                       11.92***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                      23.16
   19040 - Tool And Die Maker                                     27.74
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                      18.42
   21030 - Material Coordinator                                   23.68
   21040 - Material Expediter                                     23.68
   21050 - Material Handling Laborer                            14.40***
   21071 - Order Filler                                         13.80***
   21080 - Production Line Worker (Food Processing)               18.42
   21110 - Shipping Packer                                        17.42
   21130 - Shipping/Receiving Clerk                               17.42
   21140 - Store Worker I                                       13.31***
   21150 - Stock Clerk                                            18.82
   21210 - Tools And Parts Attendant                             18.42
   21410 - Warehouse Specialist                                   18.42
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                            34.35
   23019 - Aircraft Logs and Records Technician                  27.09
   23021 - Aircraft Mechanic I                                    32.91
   23022 - Aircraft Mechanic II                                   34.35
   23023 - Aircraft Mechanic III                                  35.83
   23040 - Aircraft Mechanic Helper                               23.00
   23050 - Aircraft Painter                                       31.11
   23060 - Aircraft Servicer                                      27.09
   23070 - Aircraft Survival Flight Equipment Technician          31.11
   23080 - Aircraft Worker                                        29.10
```

```
23091 - Aircrew Life Support Equipment (ALSE) Mechanic        29.10
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic        32.91
II
23110 - Appliance Mechanic                                    21.10
23120 - Bicycle Repairer                                      19.72
23125 - Cable Splicer                                         29.54
23130 - Carpenter Maintenance                                 21.65
23140 - Carpet Layer                                          20.97
23160 - Electrician Maintenance                               27.52
23181 - Electronics Technician Maintenance I                  26.60
23182 - Electronics Technician Maintenance II                 28.45
23183 - Electronics Technician Maintenance III                30.10
23260 - Fabric Worker                                         21.55
23290 - Fire Alarm System Mechanic                            24.70
23310 - Fire Extinguisher Repairer                            19.94
23311 - Fuel Distribution System Mechanic                     21.14
23312 - Fuel Distribution System Operator                     16.99
23370 - General Maintenance Worker                            20.12
23380 - Ground Support Equipment Mechanic                     32.91
23381 - Ground Support Equipment Servicer                     27.09
23382 - Ground Support Equipment Worker                       29.10
23391 - Gunsmith I                                            19.94
23392 - Gunsmith II                                           23.14
23393 - Gunsmith III                                          26.18
23410 - Heating Ventilation And Air-Conditioning              24.94
Mechanic
23411 - Heating Ventilation And Air Contidioning              26.03
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              24.73
23440 - Heavy Equipment Operator                              22.81
23460 - Instrument Mechanic                                   32.06
23465 - Laboratory/Shelter Mechanic                           24.75
23470 - Laborer                                               14.40***
23510 - Locksmith                                             23.53
23530 - Machinery Maintenance Mechanic                        30.27
23550 - Machinist Maintenance                                 24.02
23580 - Maintenance Trades Helper                             14.94***
23591 - Metrology Technician I                                32.06
23592 - Metrology Technician II                               33.46
23593 - Metrology Technician III                              34.90
23640 - Millwright                                            26.77
23710 - Office Appliance Repairer                             18.99
23760 - Painter Maintenance                                   18.99
23790 - Pipefitter Maintenance                                28.71
23810 - Plumber Maintenance                                   27.14
23820 - Pneudraulic Systems Mechanic                          26.18
23850 - Rigger                                                25.11
23870 - Scale Mechanic                                        23.14
23890 - Sheet-Metal Worker Maintenance                        22.06
23910 - Small Engine Mechanic                                 20.14
23931 - Telecommunications Mechanic I                         28.09
23932 - Telecommunications Mechanic II                        29.33
23950 - Telephone Lineman                                     37.37
23960 - Welder Combination Maintenance                        23.29
23965 - Well Driller                                          26.18
23970 - Woodcraft Worker                                      26.18
23980 - Woodworker                                            19.94
24000 - Personal Needs Occupations
24550 - Case Manager                                          18.52
24570 - Child Care Attendant                                  10.68***
24580 - Child Care Center Clerk                               13.48***
24610 - Chore Aide                                             9.75***
24620 - Family Readiness And Support Services                 18.52
Coordinator
```

```
      24630 - Homemaker                                                18.52
  25000 - Plant And System Operations Occupations
      25010 - Boiler Tender                                            22.20
      25040 - Sewage Plant Operator                                    21.34
      25070 - Stationary Engineer                                      22.20
      25190 - Ventilation Equipment Tender                          14.81***
      25210 - Water Treatment Plant Operator                          21.34
  27000 - Protective Service Occupations
      27004 - Alarm Monitor                                            20.96
      27007 - Baggage Inspector                                     13.57***
      27008 - Corrections Officer                                      21.34
      27010 - Court Security Officer                                   23.95
      27030 - Detection Dog Handler                                    17.90
      27040 - Detention Officer                                        21.34
      27070 - Firefighter                                              26.57
      27101 - Guard I                                                13.57***
      27102 - Guard II                                                 17.90
      27131 - Police Officer I                                         28.75
      27132 - Police Officer II                                        31.94
  28000 - Recreation Occupations
      28041 - Carnival Equipment Operator                           13.02***
      28042 - Carnival Equipment Repairer                           14.19***
      28043 - Carnival Worker                                        9.53***
      28210 - Gate Attendant/Gate Tender                            14.59***
      28310 - Lifeguard                                             12.38***
      28350 - Park Attendant (Aide)                                   16.33
      28510 - Recreation Aide/Health Facility Attendant             11.92***
      28515 - Recreation Specialist                                   20.23
      28630 - Sports Official                                       13.01***
      28690 - Swimming Pool Operator                                  17.44
  29000 - Stevedoring/Longshoremen Occupational Services
      29010 - Blocker And Bracer                                      28.56
      29020 - Hatch Tender                                            28.56
      29030 - Line Handler                                            28.56
      29041 - Stevedore I                                             26.59
      29042 - Stevedore II                                            30.55
  30000 - Technical Occupations
      30010 - Air Traffic Control Specialist Center (HFO)    (see 2)  46.32
      30011 - Air Traffic Control Specialist Station (HFO)   (see 2)  31.94
      30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  35.18
      30021 - Archeological Technician I                              21.56
      30022 - Archeological Technician II                             25.47
      30023 - Archeological Technician III                            30.62
      30030 - Cartographic Technician                                 30.62
      30040 - Civil Engineering Technician                            30.03
      30051 - Cryogenic Technician I                                  28.13
      30052 - Cryogenic Technician II                                 31.07
      30061 - Drafter/CAD Operator I                                  21.56
      30062 - Drafter/CAD Operator II                                 24.71
      30063 - Drafter/CAD Operator III                               27.56
      30064 - Drafter/CAD Operator IV                                 33.10
      30081 - Engineering Technician I                                20.02
      30082 - Engineering Technician II                               22.48
      30083 - Engineering Technician III                              25.15
      30084 - Engineering Technician IV                               31.09
      30085 - Engineering Technician V                                38.65
      30086 - Engineering Technician VI                               46.10
      30090 - Environmental Technician                                29.96
      30095 - Evidence Control Specialist                            25.40
      30210 - Laboratory Technician                                   30.91
      30221 - Latent Fingerprint Technician I                         28.86
      30222 - Latent Fingerprint Technician II                        31.88
      30240 - Mathematical Technician                                 40.76
      30361 - Paralegal/Legal Assistant I                             23.05
      30362 - Paralegal/Legal Assistant II                            28.56
```

```
30363 - Paralegal/Legal Assistant III                        34.93
30364 - Paralegal/Legal Assistant IV                         42.27
30375 - Petroleum Supply Specialist                          31.07
30390 - Photo-Optics Technician                              30.62
30395 - Radiation Control Technician                         31.07
30461 - Technical Writer I                                   26.27
30462 - Technical Writer II                                  32.12
30463 - Technical Writer III                                 38.86
30491 - Unexploded Ordnance (UXO) Technician I               29.44
30492 - Unexploded Ordnance (UXO) Technician II              35.62
30493 - Unexploded Ordnance (UXO) Technician III             42.69
30494 - Unexploded (UXO) Safety Escort                       29.44
30495 - Unexploded (UXO) Sweep Personnel                     29.44
30501 - Weather Forecaster I                                 29.63
30502 - Weather Forecaster II                                36.05
30620 - Weather Observer Combined Upper Air Or    (see 2)    27.56
Surface Programs
30621 - Weather Observer Senior                   (see 2)    30.48
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                       35.62
31020 - Bus Aide                                          14.91***
31030 - Bus Driver                                           21.42
31043 - Driver Courier                                       16.44
31260 - Parking and Lot Attendant                         12.06***
31290 - Shuttle Bus Driver                                   17.28
31310 - Taxi Driver                                       13.64***
31361 - Truckdriver Light                                    17.92
31362 - Truckdriver Medium                                   19.37
31363 - Truckdriver Heavy                                    22.47
31364 - Truckdriver Tractor-Trailer                          22.47
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                              17.37
99030 - Cashier                                           11.36***
99050 - Desk Clerk                                        11.72***
99095 - Embalmer                                             34.72
99130 - Flight Follower                                      29.44
99251 - Laboratory Animal Caretaker I                     12.49***
99252 - Laboratory Animal Caretaker II                    13.61***
99260 - Marketing Analyst                                    35.05
99310 - Mortician                                            41.99
99410 - Pest Controller                                      19.88
99510 - Photofinishing Worker                                16.80
99710 - Recycling Laborer                                    18.73
99711 - Recycling Specialist                                 22.84
99730 - Refuse Collector                                     16.72
99810 - Sales Clerk                                       12.66***
99820 - School Crossing Guard                             14.04***
99830 - Survey Party Chief                                   25.50
99831 - Surveying Aide                                       17.45
99832 - Surveying Technician                                 22.05
99840 - Vending Machine Attendant                         12.81***
99841 - Vending Machine Repairer                             16.20
99842 - Vending Machine Repairer Helper                   12.81***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer

professional exemption.  Therefore the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

    (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining

agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
      "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
     By direction of the Secretary of Labor   |       WAGE AND HOUR DIVISION
                                              |        WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-5227
     Daniel W. Simms        Division of       |        Revision No.: 17
     Director        Wage Determinations|     Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
|                                      |                                        |
|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Texas

Area: Texas Counties of Collin Dallas Denton Ellis Hunt Kaufman Rockwall

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 16.60 |
| 01012 - Accounting Clerk II | | 18.64 |
| 01013   Accounting Clerk III | | 20.84 |
| 01020 - Administrative Assistant | | 29.11 |
| 01035 - Court Reporter | | 22.59 |
| 01041 - Customer Service Representative I | | 14.51*** |
| 01042   Customer Service Representative II | | 15.84 |
| 01043 - Customer Service Representative III | | 17.79 |
| 01051 - Data Entry Operator I | | 15.34 |
| 01052 - Data Entry Operator II | | 16.74 |
| 01060   Dispatcher Motor Vehicle | | 21.36 |
| 01070 - Document Preparation Clerk | | 17.28 |
| 01090 - Duplicating Machine Operator | | 17.28 |
| 01111 - General Clerk I | | 14.03*** |
| 01112   General Clerk II | | 15.31 |
| 01113 - General Clerk III | | 17.20 |

```
01120 - Housing Referral Assistant                           22.46
01141 - Messenger Courier                                    14.29***
01191   Order Clerk I                                        16.47
01192 - Order Clerk II                                       17.96
01261 - Personnel Assistant (Employment) I                   17.63
01262 - Personnel Assistant (Employment) II                  19.71
01263   Personnel Assistant (Employment) III                 21.97
01270 - Production Control Clerk                              24.46
01290 - Rental Clerk                                          15.30
01300 - Scheduler Maintenance                                18.01
01311   Secretary I                                          18.01
01312 - Secretary II                                         20.14
01313 - Secretary III                                        22.46
01320 - Service Order Dispatcher                             17.47
01410   Supply Technician                                    29.11
01420 - Survey Worker                                        17.29
01460 - Switchboard Operator/Receptionist                    15.15
01531 - Travel Clerk I                                       15.62
01532   Travel Clerk II                                      16.79
01533 - Travel Clerk III                                     18.02
01611 - Word Processor I                                     16.67
01612 - Word Processor II                                    18.71
01613   Word Processor III                                   20.92
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                  22.70
05010 - Automotive  Electrician                              23.04
05040   Automotive Glass Installer                           20.93
05070 - Automotive Worker                                    22.02
05110 - Mobile Equipment Servicer                            18.52
05130 - Motor Equipment Metal Mechanic                       22.88
05160   Motor Equipment Metal Worker                         20.93
05190 - Motor Vehicle Mechanic                               22.99
05220 - Motor Vehicle Mechanic Helper                        17.27
05250 - Motor Vehicle Upholstery Worker                      19.82
05280   Motor Vehicle Wrecker                                20.93
05310 - Painter Automotive                                   24.22
05340 - Radiator Repair Specialist                           20.93
05370 - Tire Repairer                                        14.12***
05400   Transmission Repair Specialist                       22.88
07000 - Food Preparation And Service Occupations
07010 - Baker                                                12.15***
07041 - Cook I                                               13.08***
07042   Cook II                                              15.03
07070 - Dishwasher                                           10.52***
07130 - Food Service Worker                                  11.72***
07210 - Meat Cutter                                          13.34***
07260   Waiter/Waitress                                      10.03***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                          19.02
09040 - Furniture Handler                                    10.24***
09080   Furniture Refinisher                                 15.32
09090 - Furniture Refinisher Helper                          12.02***
09110 - Furniture Repairer Minor                             13.78***
09130 - Upholsterer                                          16.57
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                     11.77***
11060 - Elevator Operator                                    12.95***
11090 - Gardener                                             21.03
11122   Housekeeping Aide                                    13.28***
11150 - Janitor                                              13.28***
11210 - Laborer Grounds Maintenance                          15.66
11240 - Maid or Houseman                                     11.53***
11260   Pruner                                               13.84***
11270 - Tractor Operator                                     19.24
11330 - Trail Maintenance Worker                             15.66
```

```
11360 - Window Cleaner                                        15.03
12000 - Health Occupations
   12010   Ambulance Driver                                   20.65
   12011 - Breath Alcohol Technician                          21.68
   12012 - Certified Occupational Therapist Assistant         35.61
   12015 - Certified Physical Therapist Assistant             35.12
   12020   Dental Assistant                                   20.87
   12025 - Dental Hygienist                                   40.23
   12030 - EKG Technician                                     30.40
   12035 - Electroneurodiagnostic Technologist                30.40
   12040   Emergency Medical Technician                       20.65
   12071 - Licensed Practical Nurse I                         19.39
   12072 - Licensed Practical Nurse II                        21.68
   12073 - Licensed Practical Nurse III                       24.17
   12100   Medical Assistant                                  16.98
   12130 - Medical Laboratory Technician                      26.50
   12160 - Medical Record Clerk                               18.67
   12190 - Medical Record Technician                          20.88
   12195   Medical Transcriptionist                           19.66
   12210 - Nuclear Medicine Technologist                      39.84
   12221 - Nursing Assistant I                             12.89***
   12222 - Nursing Assistant II                            14.48***
   12223   Nursing Assistant III                              15.80
   12224 - Nursing Assistant IV                               17.75
   12235 - Optical Dispenser                                  19.50
   12236 - Optical Technician                                 16.72
   12250   Pharmacy Technician                                17.74
   12280 - Phlebotomist                                       17.56
   12305 - Radiologic Technologist                            29.53
   12311 - Registered Nurse I                                 25.82
   12312   Registered Nurse II                                31.58
   12313 - Registered Nurse II Specialist                     31.58
   12314 - Registered Nurse III                               38.19
   12315 - Registered Nurse III Anesthetist                   38.19
   12316   Registered Nurse IV                                45.78
   12317 - Scheduler (Drug and Alcohol Testing)               26.86
   12320 - Substance Abuse Treatment Counselor                23.56
13000 - Information And Arts Occupations
   13011   Exhibits Specialist I                              20.65
   13012 - Exhibits Specialist II                             25.58
   13013 - Exhibits Specialist III                            31.28
   13041 - Illustrator I                                      24.95
   13042   Illustrator II                                     30.91
   13043 - Illustrator III                                    36.18
   13047 - Librarian                                          31.56
   13050 - Library Aide/Clerk                              14.33***
   13054   Library Information Technology Systems             27.42
   Administrator
   13058 - Library Technician                                 16.29
   13061 - Media Specialist I                                 19.78
   13062   Media Specialist II                                22.13
   13063 - Media Specialist III                               24.67
   13071 - Photographer I                                     19.31
   13072 - Photographer II                                    21.60
   13073   Photographer III                                   26.75
   13074 - Photographer IV                                    32.73
   13075 - Photographer V                                     39.61
   13090 - Technical Order Library Clerk                      17.84
   13110   Video Teleconference Technician                    21.59
14000 - Information Technology Occupations
   14041 - Computer Operator I                                20.17
   14042 - Computer Operator II                               22.55
   14043   Computer Operator III                              25.16
   14044 - Computer Operator IV                               29.85
   14045 - Computer Operator V                                33.04
```

```
14071 - Computer Programmer I                         (see 1)
14072 - Computer Programmer II                        (see 1)
14073 - Computer Programmer III                       (see 1)
14074 - Computer Programmer IV                        (see 1)
14101 - Computer Systems Analyst I                    (see 1)
14102 - Computer Systems Analyst II                   (see 1)
14103 - Computer Systems Analyst III                  (see 1)
14150 - Peripheral Equipment Operator                   20.17
14160 - Personal Computer Support Technician            29.85
14170 - System Support Specialist                       42.82
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)   35.04
   15020 - Aircrew Training Devices Instructor (Rated)       41.90
   15030 - Air Crew Training Devices Instructor (Pilot)      47.60
   15050 - Computer Based Training Specialist / Instructor   35.04
   15060 - Educational Technologist                          34.30
   15070 - Flight Instructor (Pilot)                         47.60
   15080 - Graphic Artist                                    25.79
   15085 - Maintenance Test Pilot Fixed Jet/Prop             47.60
   15086 - Maintenance Test Pilot Rotary Wing                47.60
   15088 - Non-Maintenance Test/Co-Pilot                     47.60
   15090 - Technical Instructor                              27.43
   15095 - Technical Instructor/Course Developer             33.55
   15110 - Test Proctor                                      22.14
   15120 - Tutor                                             22.14
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                      10.94***
   16030 - Counter Attendant                               10.94***
   16040 - Dry Cleaner                                     14.05***
   16070 - Finisher Flatwork Machine                       10.94***
   16090 - Presser Hand                                    10.94***
   16110 - Presser Machine Drycleaning                     10.94***
   16130 - Presser Machine Shirts                          10.94***
   16160 - Presser Machine Wearing Apparel Laundry         10.94***
   16190 - Sewing Machine Operator                         14.90***
   16220 - Tailor                                            16.02
   16250 - Washer Machine                                  12.02***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                 21.10
   19040 - Tool And Die Maker                                25.34
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                 17.32
   21030 - Material Coordinator                              24.46
   21040 - Material Expediter                                24.46
   21050 - Material Handling Laborer                       14.93***
   21071 - Order Filler                                    14.57***
   21080 - Production Line Worker (Food Processing)          17.32
   21110 - Shipping Packer                                   16.39
   21130 - Shipping/Receiving Clerk                          16.39
   21140 - Store Worker I                                  12.67***
   21150 - Stock Clerk                                       18.37
   21210 - Tools And Parts Attendant                         17.32
   21410 - Warehouse Specialist                              17.32
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                       39.14
   23019 - Aircraft Logs and Records Technician              31.80
   23021 - Aircraft Mechanic I                               37.33
   23022 - Aircraft Mechanic II                              39.14
   23023 - Aircraft Mechanic III                             40.96
   23040 - Aircraft Mechanic Helper                          26.78
   23050 - Aircraft Painter                                  35.44
   23060 - Aircraft Servicer                                 31.80
   23070 - Aircraft Survival Flight Equipment Technician     35.44
   23080 - Aircraft Worker                                   33.63
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic    33.63
```

```
         I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        37.33
         II
    23110 - Appliance Mechanic                                    19.55
    23120 - Bicycle Repairer                                      19.15
    23125 - Cable Splicer                                         27.55
    23130 - Carpenter Maintenance                                 19.37
    23140 - Carpet Layer                                          19.04
    23160 - Electrician Maintenance                               23.75
    23181 - Electronics Technician Maintenance I                  26.71
    23182 - Electronics Technician Maintenance II                 28.15
    23183 - Electronics Technician Maintenance III                29.65
    23260 - Fabric Worker                                         26.87
    23290 - Fire Alarm System Mechanic                            23.76
    23310 - Fire Extinguisher Repairer                            19.15
    23311 - Fuel Distribution System Mechanic                     21.32
    23312 - Fuel Distribution System Operator                     16.71
    23370 - General Maintenance Worker                            19.91
    23380 - Ground Support Equipment Mechanic                     37.33
    23381 - Ground Support Equipment Servicer                     31.80
    23382 - Ground Support Equipment Worker                       33.63
    23391 - Gunsmith I                                            19.15
    23392 - Gunsmith II                                           22.00
    23393 - Gunsmith III                                          24.42
    23410 - Heating Ventilation And Air-Conditioning              23.09
         Mechanic
    23411 - Heating Ventilation And Air Contidioning              24.21
         Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              26.05
    23440 - Heavy Equipment Operator                             20.97
    23460 - Instrument Mechanic                                  27.95
    23465 - Laboratory/Shelter Mechanic                          23.19
    23470 - Laborer                                              14.93***
    23510 - Locksmith                                            23.89
    23530 - Machinery Maintenance Mechanic                       25.75
    23550 - Machinist Maintenance                                21.29
    23580 - Maintenance Trades Helper                            16.50
    23591 - Metrology Technician I                               27.95
    23592 - Metrology Technician II                              29.30
    23593 - Metrology Technician III                             30.67
    23640 - Millwright                                           25.87
    23710 - Office Appliance Repairer                            18.66
    23760 - Painter Maintenance                                  17.81
    23790 - Pipefitter Maintenance                               26.55
    23810 - Plumber Maintenance                                  25.20
    23820 - Pneudraulic Systems Mechanic                         24.42
    23850 - Rigger                                               26.09
    23870 - Scale Mechanic                                       22.00
    23890 - Sheet-Metal Worker Maintenance                       22.12
    23910 - Small Engine Mechanic                                19.51
    23931 - Telecommunications Mechanic I                        29.53
    23932 - Telecommunications Mechanic II                       30.96
    23950 - Telephone Lineman                                    23.54
    23960 - Welder Combination Maintenance                       20.38
    23965 - Well Driller                                         21.63
    23970 - Woodcraft Worker                                     24.42
    23980 - Woodworker                                           19.15
 24000 - Personal Needs Occupations
    24550 - Case Manager                                         18.06
    24570 - Child Care Attendant                                 11.76***
    24580 - Child Care Center Clerk                              14.66***
    24610 - Chore Aide                                           10.04***
    24620 - Family Readiness And Support Services                18.06
         Coordinator
    24630 - Homemaker                                            18.06
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          27.73
    25040 - Sewage Plant Operator                                  21.18
    25070 - Stationary Engineer                                    27.73
    25190 - Ventilation Equipment Tender                           19.37
    25210 - Water Treatment Plant Operator                         21.18
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          20.64
    27007 - Baggage Inspector                                   14.10***
    27008 - Corrections Officer                                    24.04
    27010 - Court Security Officer                                 26.82
    27030 - Detection Dog Handler                                  16.92
    27040 - Detention Officer                                      24.04
    27070 - Firefighter                                            29.61
    27101 - Guard I                                             14.10***
    27102 - Guard II                                               16.92
    27131 - Police Officer I                                       31.39
    27132 - Police Officer II                                      34.89
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                         14.42***
    28042 - Carnival Equipment Repairer                            15.76
    28043 - Carnival Worker                                     10.37***
    28210 - Gate Attendant/Gate Tender                          14.18***
    28310 - Lifeguard                                           11.19***
    28350 - Park Attendant (Aide)                                  15.86
    28510 - Recreation Aide/Health Facility Attendant           11.57***
    28515 - Recreation Specialist                                  19.34
    28630 - Sports Official                                     12.63***
    28690 - Swimming Pool Operator                                 21.99
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     28.45
    29020 - Hatch Tender                                           28.45
    29030 - Line Handler                                           28.45
    29041 - Stevedore I                                            26.91
    29042 - Stevedore II                                           29.99
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  43.42
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  29.95
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  32.97
    30021 - Archeological Technician I                             20.07
    30022 - Archeological Technician II                            22.40
    30023 - Archeological Technician III                           27.75
    30030 - Cartographic Technician                                27.75
    30040 - Civil Engineering Technician                           24.42
    30051 - Cryogenic Technician I                                 26.83
    30052 - Cryogenic Technician II                                29.63
    30061 - Drafter/CAD Operator I                                 20.07
    30062 - Drafter/CAD Operator II                                22.40
    30063 - Drafter/CAD Operator III                               24.97
    30064 - Drafter/CAD Operator IV                                30.73
    30081 - Engineering Technician I                               17.56
    30082 - Engineering Technician II                              19.70
    30083 - Engineering Technician III                             22.03
    30084 - Engineering Technician IV                              27.30
    30085 - Engineering Technician V                               33.40
    30086 - Engineering Technician VI                              40.41
    30090 - Environmental Technician                               25.52
    30095 - Evidence Control Specialist                            24.23
    30210 - Laboratory Technician                                  25.44
    30221 - Latent Fingerprint Technician I                        26.76
    30222 - Latent Fingerprint Technician II                       29.57
    30240 - Mathematical Technician                                33.58
    30361 - Paralegal/Legal Assistant I                            19.49
    30362 - Paralegal/Legal Assistant II                           24.15
    30363 - Paralegal/Legal Assistant III                          29.54
```

```
30364 - Paralegal/Legal Assistant IV                           35.74
30375 - Petroleum Supply Specialist                            29.63
30390 - Photo-Optics Technician                                27.75
30395 - Radiation Control Technician                           29.63
30461 - Technical Writer I                                     25.69
30462 - Technical Writer II                                    31.42
30463 - Technical Writer III                                   38.01
30491 - Unexploded Ordnance (UXO) Technician I                 27.60
30492 - Unexploded Ordnance (UXO) Technician II                33.39
30493 - Unexploded Ordnance (UXO) Technician III               40.02
30494 - Unexploded (UXO) Safety Escort                         27.60
30495 - Unexploded (UXO) Sweep Personnel                       27.60
30501 - Weather Forecaster I                                   26.83
30502 - Weather Forecaster II                                  32.63
30620 - Weather Observer Combined Upper Air Or     (see 2)     24.97
Surface Programs
30621 - Weather Observer Senior               (see 2)          25.23
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                         33.39
31020 - Bus Aide                                               14.95***
31030 - Bus Driver                                             21.81
31043 - Driver Courier                                         17.15
31260 - Parking and Lot Attendant                              10.91***
31290 - Shuttle Bus Driver                                     18.53
31310 - Taxi Driver                                            13.24***
31361 - Truckdriver Light                                      18.75
31362 - Truckdriver Medium                                     20.37
31363 - Truckdriver Heavy                                      23.34
31364 - Truckdriver Tractor-Trailer                            23.34
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                16.28
99030 - Cashier                                                11.14***
99050 - Desk Clerk                                             11.72***
99095 - Embalmer                                               24.05
99130 - Flight Follower                                        27.60
99251 - Laboratory Animal Caretaker I                          13.18***
99252 - Laboratory Animal Caretaker II                         14.42***
99260 - Marketing Analyst                                      37.40
99310 - Mortician                                              26.46
99410 - Pest Controller                                        23.68
99510 - Photofinishing Worker                                  14.89***
99710 - Recycling Laborer                                      20.02
99711 - Recycling Specialist                                   24.59
99730 - Refuse Collector                                       17.69
99810 - Sales Clerk                                            13.65***
99820 - School Crossing Guard                                  11.54***
99830 - Survey Party Chief                                     27.65
99831 - Surveying Aide                                         16.57
99832 - Surveying Technician                                   21.23
99840 - Vending Machine Attendant                              15.50
99841 - Vending Machine Repairer                               19.03
99842 - Vending Machine Repairer Helper                        15.46
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.


Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
          "REGISTER OF WAGE DETERMINATIONS UNDER  |        U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
     By direction of the Secretary of Labor       |        WAGE AND HOUR DIVISION
                                                  |        WASHINGTON D.C.   20210
                                                  |
                                                  |
                                                  |
                                                  | Wage Determination No.: 2015-5231
     Daniel W. Simms           Division of        |        Revision No.: 21
     Director              Wage Determinations|    Date Of Last Revision: 03/15/2022
                                                  |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Texas

Area: Texas Counties of Johnson Parker Tarrant Wise

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 16.42 |
| 01012 - Accounting Clerk II | | 18.44 |
| 01013  Accounting Clerk III | | 20.62 |
| 01020 - Administrative Assistant | | 29.05 |
| 01035 - Court Reporter | | 25.31 |
| 01041 - Customer Service Representative I | | 14.51*** |
| 01042  Customer Service Representative II | | 15.84 |
| 01043 - Customer Service Representative III | | 17.79 |
| 01051 - Data Entry Operator I | | 15.34 |
| 01052 - Data Entry Operator II | | 16.74 |
| 01060  Dispatcher Motor Vehicle | | 21.20 |
| 01070 - Document Preparation Clerk | | 17.28 |
| 01090 - Duplicating Machine Operator | | 17.28 |
| 01111 - General Clerk I | | 14.03*** |
| 01112  General Clerk II | | 15.31 |
| 01113 - General Clerk III | | 17.20 |

```
01120 - Housing Referral Assistant                          22.46
01141 - Messenger Courier                                   15.56
01191   Order Clerk I                                       15.73
01192 - Order Clerk II                                      17.16
01261 - Personnel Assistant (Employment) I                  17.63
01262 - Personnel Assistant (Employment) II                 19.71
01263   Personnel Assistant (Employment) III                21.97
01270 - Production Control Clerk                             24.46
01290 - Rental Clerk                                         15.30
01300 - Scheduler Maintenance                               18.01
01311   Secretary I                                         18.01
01312 - Secretary II                                        20.14
01313 - Secretary III                                       22.46
01320 - Service Order Dispatcher                            18.82
01410   Supply Technician                                   29.05
01420 - Survey Worker                                       17.74
01460 - Switchboard Operator/Receptionist                   15.15
01531 - Travel Clerk I                                      15.62
01532   Travel Clerk II                                     16.79
01533 - Travel Clerk III                                    18.02
01611 - Word Processor I                                    16.86
01612 - Word Processor II                                   18.92
01613   Word Processor III                                  21.16
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 22.70
05010 - Automotive  Electrician                             21.81
05040   Automotive Glass Installer                          21.40
05070 - Automotive Worker                                   21.93
05110 - Mobile Equipment Servicer                           17.94
05130 - Motor Equipment Metal Mechanic                      22.99
05160   Motor Equipment Metal Worker                        21.40
05190 - Motor Vehicle Mechanic                              22.99
05220 - Motor Vehicle Mechanic Helper                       17.15
05250 - Motor Vehicle Upholstery Worker                     20.43
05280   Motor Vehicle Wrecker                               20.70
05310 - Painter Automotive                                  21.72
05340 - Radiator Repair Specialist                          20.70
05370 - Tire Repairer                                       14.14***
05400   Transmission Repair Specialist                      22.99
07000 - Food Preparation And Service Occupations
07010 - Baker                                               12.29***
07041 - Cook I                                              13.08***
07042   Cook II                                             15.03
07070 - Dishwasher                                          10.52***
07130 - Food Service Worker                                 11.72***
07210 - Meat Cutter                                         13.63***
07260   Waiter/Waitress                                      9.21***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         19.02
09040 - Furniture Handler                                   11.79***
09080   Furniture Refinisher                                14.91***
09090 - Furniture Refinisher Helper                         11.79***
09110 - Furniture Repairer Minor                            13.18***
09130 - Upholsterer                                         16.90
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    11.77***
11060 - Elevator Operator                                   12.95***
11090 - Gardener                                            21.03
11122   Housekeeping Aide                                   13.28***
11150 - Janitor                                             13.28***
11210 - Laborer Grounds Maintenance                         15.66
11240 - Maid or Houseman                                    11.53***
11260   Pruner                                              13.84***
11270 - Tractor Operator                                    19.24
11330 - Trail Maintenance Worker                            15.66
```

```
    11360 - Window Cleaner                                    15.03
12000 - Health Occupations
    12010   Ambulance Driver                                  18.28
    12011 - Breath Alcohol Technician                         21.68
    12012 - Certified Occupational Therapist Assistant        38.09
    12015 - Certified Physical Therapist Assistant            33.92
    12020   Dental Assistant                                  20.87
    12025 - Dental Hygienist                                  40.23
    12030 - EKG Technician                                    29.97
    12035 - Electroneurodiagnostic Technologist               29.97
    12040   Emergency Medical Technician                      18.28
    12071 - Licensed Practical Nurse I                        19.39
    12072 - Licensed Practical Nurse II                       21.68
    12073 - Licensed Practical Nurse III                      24.17
    12100   Medical Assistant                                 16.98
    12130 - Medical Laboratory Technician                     26.50
    12160 - Medical Record Clerk                              18.67
    12190 - Medical Record Technician                         20.88
    12195   Medical Transcriptionist                          20.16
    12210 - Nuclear Medicine Technologist                     42.21
    12221 - Nursing Assistant I                            12.89***
    12222 - Nursing Assistant II                           14.48***
    12223   Nursing Assistant III                             15.80
    12224 - Nursing Assistant IV                              17.75
    12235 - Optical Dispenser                                 19.50
    12236 - Optical Technician                                16.72
    12250   Pharmacy Technician                               17.74
    12280 - Phlebotomist                                      17.56
    12305 - Radiologic Technologist                           29.62
    12311 - Registered Nurse I                                25.82
    12312   Registered Nurse II                               31.58
    12313 - Registered Nurse II Specialist                    31.58
    12314 - Registered Nurse III                              38.19
    12315 - Registered Nurse III Anesthetist                  38.19
    12316   Registered Nurse IV                               45.78
    12317 - Scheduler (Drug and Alcohol Testing)              26.86
    12320 - Substance Abuse Treatment Counselor               23.56
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                             20.93
    13012 - Exhibits Specialist II                            25.93
    13013 - Exhibits Specialist III                           31.72
    13041 - Illustrator I                                     24.95
    13042   Illustrator II                                    30.91
    13043 - Illustrator III                                   37.82
    13047 - Librarian                                         31.56
    13050 - Library Aide/Clerk                             14.33***
    13054   Library Information Technology Systems
    Administrator                                             27.42
    13058 - Library Technician                                15.98
    13061 - Media Specialist I                                19.78
    13062   Media Specialist II                               22.13
    13063   Media Specialist III                              24.67
    13071 - Photographer I                                    19.31
    13072 - Photographer II                                   21.60
    13073   Photographer III                                  26.75
    13074 - Photographer IV                                   32.73
    13075 - Photographer V                                    39.61
    13090 - Technical Order Library Clerk                     17.84
    13110   Video Teleconference Technician                   21.59
14000 - Information Technology Occupations
    14041 - Computer Operator I                               20.10
    14042 - Computer Operator II                              22.48
    14043   Computer Operator III                             25.69
    14044 - Computer Operator IV                              29.85
    14045 - Computer Operator V                               33.42
```

```
       14071 - Computer Programmer I                    (see 1)
       14072 - Computer Programmer II                   (see 1)
       14073 - Computer Programmer III                  (see 1)
       14074 - Computer Programmer IV                   (see 1)
       14101 - Computer Systems Analyst I               (see 1)
       14102 - Computer Systems Analyst II              (see 1)
       14103 - Computer Systems Analyst III             (see 1)
       14150 - Peripheral Equipment Operator                  20.10
       14160 - Personal Computer Support Technician           29.85
       14170 - System Support Specialist                      40.81
   15000 - Instructional Occupations
       15010 - Aircrew Training Devices Instructor (Non-Rated)  35.04
       15020 - Aircrew Training Devices Instructor (Rated)      42.54
       15030 - Air Crew Training Devices Instructor (Pilot)     50.81
       15050 - Computer Based Training Specialist / Instructor  35.04
       15060 - Educational Technologist                      32.43
       15070 - Flight Instructor (Pilot)                     50.81
       15080 - Graphic Artist                               25.79
       15085 - Maintenance Test Pilot Fixed Jet/Prop          47.60
       15086 - Maintenance Test Pilot Rotary Wing             47.60
       15088 - Non-Maintenance Test/Co-Pilot                  47.60
       15090 - Technical Instructor                          27.43
       15095 - Technical Instructor/Course Developer          33.55
       15110 - Test Proctor                                 22.14
       15120 - Tutor                                        22.14
   16000 - Laundry Dry-Cleaning Pressing And Related Occupations
       16010 - Assembler                                 10.94***
       16030 - Counter Attendant                         10.94***
       16040 - Dry Cleaner                               14.05***
       16070 - Finisher Flatwork Machine                 10.94***
       16090 - Presser Hand                              10.94***
       16110 - Presser Machine Drycleaning               10.94***
       16130 - Presser Machine Shirts                    10.94***
       16160 - Presser Machine Wearing Apparel Laundry   10.94***
       16190 - Sewing Machine Operator                   14.90***
       16220 - Tailor                                       16.02
       16250 - Washer Machine                            12.02***
   19000 - Machine Tool Operation And Repair Occupations
       19010 - Machine-Tool Operator (Tool Room)              25.17
       19040 - Tool And Die Maker                            30.45
   21000 - Materials Handling And Packing Occupations
       21020 - Forklift Operator                             17.32
       21030 - Material Coordinator                          24.46
       21040 - Material Expediter                            24.46
       21050 - Material Handling Laborer                  14.93***
       21071 - Order Filler                              14.57***
       21080 - Production Line Worker (Food Processing)       17.32
       21110 - Shipping Packer                               16.39
       21130 - Shipping/Receiving Clerk                      16.39
       21140 - Store Worker I                            12.67***
       21150 - Stock Clerk                                  18.37
       21210 - Tools And Parts Attendant                     17.32
       21410 - Warehouse Specialist                          17.32
   23000 - Mechanics And Maintenance And Repair Occupations
       23010 - Aerospace Structural Welder                   39.14
       23019 - Aircraft Logs and Records Technician           31.80
       23021 - Aircraft Mechanic I                           37.33
       23022 - Aircraft Mechanic II                          39.14
       23023 - Aircraft Mechanic III                         40.96
       23040 - Aircraft Mechanic Helper                      26.78
       23050 - Aircraft Painter                              35.44
       23060 - Aircraft Servicer                             31.80
       23070 - Aircraft Survival Flight Equipment Technician  35.44
       23080 - Aircraft Worker                               33.63
       23091 - Aircrew Life Support Equipment (ALSE) Mechanic  33.63
```

```
      I
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic       37.33
      II
    23110 - Appliance Mechanic                                   19.55
    23120 - Bicycle Repairer                                     19.15
    23125 - Cable Splicer                                        28.78
    23130 - Carpenter Maintenance                                19.37
    23140 - Carpet Layer                                         18.56
    23160 - Electrician Maintenance                              23.75
    23181 - Electronics Technician Maintenance I                 26.71
    23182 - Electronics Technician Maintenance II                28.15
    23183 - Electronics Technician Maintenance III               29.65
    23260 - Fabric Worker                                        25.58
    23290 - Fire Alarm System Mechanic                           23.76
    23310 - Fire Extinguiser Repairer                            19.15
    23311 - Fuel Distribution System Mechanic                    21.21
    23312 - Fuel Distribution System Operator                    17.02
    23370 - General Maintenance Worker                           19.91
    23380 - Ground Support Equipment Mechanic                    37.33
    23381 - Ground Support Equipment Servicer                    31.80
    23382 - Ground Support Equipment Worker                      33.63
    23391 - Gunsmith I                                           19.15
    23392 - Gunsmith II                                          22.00
    23393 - Gunsmith III                                         24.42
    23410 - Heating Ventilation And Air-Conditioning             23.09
      Mechanic
    23411 - Heating Ventilation And Air Contidioning             24.21
      Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                             26.05
    23440 - Heavy Equipment Operator                            20.97
    23460 - Instrument Mechanic                                  27.95
    23465 - Laboratory/Shelter Mechanic                          23.19
    23470 - Laborer                                           14.93***
    23510 - Locksmith                                            23.68
    23530 - Machinery Maintenance Mechanic                       25.75
    23550 - Machinist Maintenance                                21.29
    23580 - Maintenance Trades Helper                            16.50
    23591 - Metrology Technician I                               27.95
    23592 - Metrology Technician II                              29.30
    23593 - Metrology Technician III                             30.67
    23640 - Millwright                                           26.43
    23710 - Office Appliance Repairer                            18.66
    23760 - Painter Maintenance                                  17.81
    23790 - Pipefitter Maintenance                               26.55
    23810 - Plumber Maintenance                                  25.20
    23820 - Pneudraulic Systems Mechanic                         24.42
    23850 - Rigger                                               26.09
    23870 - Scale Mechanic                                       22.00
    23890 - Sheet-Metal Worker Maintenance                       22.12
    23910 - Small Engine Mechanic                                19.51
    23931 - Telecommunications Mechanic I                        29.53
    23932 - Telecommunications Mechanic II                       30.96
    23950 - Telephone Lineman                                    30.45
    23960 - Welder Combination Maintenance                       20.38
    23965 - Well Driller                                         20.65
    23970 - Woodcraft Worker                                     24.42
    23980 - Woodworker                                           19.15
  24000 - Personal Needs Occupations
    24550 - Case Manager                                         18.06
    24570 - Child Care Attendant                              11.76***
    24580 - Child Care Center Clerk                           14.66***
    24610 - Chore Aide                                        10.04***
    24620 - Family Readiness And Support Services                18.06
      Coordinator
    24630 - Homemaker                                            18.06
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        30.15
    25040 - Sewage Plant Operator                                21.18
    25070 - Stationary Engineer                                  30.15
    25190 - Ventilation Equipment Tender                         21.29
    25210 - Water Treatment Plant Operator                       21.18
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        20.64
    27007 - Baggage Inspector                                 14.10***
    27008 - Corrections Officer                                  24.04
    27010 - Court Security Officer                               26.82
    27030 - Detection Dog Handler                                16.92
    27040 - Detention Officer                                    24.04
    27070 - Firefighter                                          30.69
    27101 - Guard I                                           14.10***
    27102 - Guard II                                             16.92
    27131 - Police Officer I                                     31.39
    27132 - Police Officer II                                    34.89
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       14.42***
    28042 - Carnival Equipment Repairer                          15.76
    28043 - Carnival Worker                                   10.37***
    28210 - Gate Attendant/Gate Tender                        14.18***
    28310 - Lifeguard                                         11.19***
    28350 - Park Attendant (Aide)                                15.86
    28510 - Recreation Aide/Health Facility Attendant         11.57***
    28515 - Recreation Specialist                                19.34
    28630 - Sports Official                                   12.63***
    28690 - Swimming Pool Operator                               18.88
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   28.80
    29020 - Hatch Tender                                         28.80
    29030 - Line Handler                                         28.80
    29041 - Stevedore I                                          26.91
    29042 - Stevedore II                                         29.99
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  43.42
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  29.95
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  32.97
    30021 - Archeological Technician I                           20.07
    30022 - Archeological Technician II                          22.40
    30023 - Archeological Technician III                         27.75
    30030 - Cartographic Technician                              27.75
    30040 - Civil Engineering Technician                         24.64
    30051 - Cryogenic Technician I                               28.44
    30052 - Cryogenic Technician II                              31.41
    30061 - Drafter/CAD Operator I                               20.07
    30062 - Drafter/CAD Operator II                              22.40
    30063 - Drafter/CAD Operator III                             24.97
    30064 - Drafter/CAD Operator IV                              30.73
    30081 - Engineering Technician I                             17.56
    30082 - Engineering Technician II                            19.70
    30083 - Engineering Technician III                           22.03
    30084 - Engineering Technician IV                            27.30
    30085 - Engineering Technician V                             33.40
    30086 - Engineering Technician VI                            40.41
    30090 - Environmental Technician                             25.52
    30095 - Evidence Control Specialist                          25.68
    30210 - Laboratory Technician                                25.44
    30221 - Latent Fingerprint Technician I                      26.84
    30222 - Latent Fingerprint Technician II                     29.64
    30240 - Mathematical Technician                              33.58
    30361 - Paralegal/Legal Assistant I                          20.25
    30362 - Paralegal/Legal Assistant II                         25.08
    30363 - Paralegal/Legal Assistant III                        30.68
```

```
    30364 - Paralegal/Legal Assistant IV                               37.12
    30375 - Petroleum Supply Specialist                                31.41
    30390 - Photo-Optics Technician                                    27.75
    30395 - Radiation Control Technician                               31.41
    30461 - Technical Writer I                                         25.69
    30462 - Technical Writer II                                        31.42
    30463 - Technical Writer III                                       38.01
    30491 - Unexploded Ordnance (UXO) Technician I                     27.60
    30492 - Unexploded Ordnance (UXO) Technician II                    33.39
    30493 - Unexploded Ordnance (UXO) Technician III                   40.02
    30494 - Unexploded (UXO) Safety Escort                             27.60
    30495 - Unexploded (UXO) Sweep Personnel                           27.60
    30501 - Weather Forecaster I                                       28.44
    30502 - Weather Forecaster II                                      34.59
    30620 - Weather Observer Combined Upper Air Or      (see 2)        24.97
    Surface Programs
    30621 - Weather Observer Senior                     (see 2)        25.68
31000 - Transportation/Mobile Equipment Operation Occupations
    31010 - Airplane Pilot                                             33.39
    31020 - Bus Aide                                                   14.95***
    31030 - Bus Driver                                                 21.81
    31043 - Driver Courier                                             17.15
    31260 - Parking and Lot Attendant                                  10.91***
    31290 - Shuttle Bus Driver                                         18.53
    31310 - Taxi Driver                                                13.24***
    31361 - Truckdriver Light                                          18.75
    31362 - Truckdriver Medium                                         20.50
    31363 - Truckdriver Heavy                                          23.34
    31364 - Truckdriver Tractor-Trailer                                23.34
99000 - Miscellaneous Occupations
    99020 - Cabin Safety Specialist                                    16.28
    99030 - Cashier                                                    11.14***
    99050 - Desk Clerk                                                 11.75***
    99095 - Embalmer                                                   24.25
    99130 - Flight Follower                                            27.60
    99251 - Laboratory Animal Caretaker I                              13.18***
    99252 - Laboratory Animal Caretaker II                             14.42***
    99260 - Marketing Analyst                                          37.40
    99310 - Mortician                                                  26.46
    99410 - Pest Controller                                            23.95
    99510 - Photofinishing Worker                                      14.64***
    99710 - Recycling Laborer                                          20.02
    99711 - Recycling Specialist                                       24.59
    99730 - Refuse Collector                                           17.69
    99810 - Sales Clerk                                                13.65***
    99820 - School Crossing Guard                                      11.54***
    99830 - Survey Party Chief                                         29.08
    99831 - Surveying Aide                                             16.87
    99832 - Surveying Technician                                       21.23
    99840 - Vending Machine Attendant                                  15.15
    99841 - Vending Machine Repairer                                   18.89
    99842 - Vending Machine Repairer Helper                            15.15
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation is issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

# Attachment J-8 Exemption (b) (4)

# Attachment J-8 Exemption (b)(4)

# Attachment J-8 Exemption (b) (4)

# Attachment J-8 Exemption (b) (4)

# Attachment J-8 Exemption (b) (4)

# Attachment J-8 Exemption (b) (4)

# Attachment J-8 Exemption (b) (4)

## CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

*Form Approved*
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A010 | FOIA Releasable Contract | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.14.8 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date:  Transition-In
  Due Date: 30 calendar days after the post award meeting
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date:  Start of service delivery
  Due Date: 30 calendar days after start of reporting period

PHI/PII:  No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
Original Submission:
1. The Contractor shall provide a clean copy of the original signed, executed contract with attachments and exhibits.

2. The Contractor shall provide a bracketed copy of the original signed, executed contract with attachments and exhibits.

Indicate with brackets, the information you determine is exempt from release, if any, and cite the FOIA Exemption(s) invoked within each bracketed area, pursuant to 5 USC 552.  The brackets may be made electronically or hand marked with brackets and the FOIA Exemptions written in the margins.

3. The Contractor shall provide a cover letter addressing their justification and/or rationale for withholding data.

Subsequent Submission:
1. The Contractor shall provide a clean copy of the original signed, executed contract, attachments, and exhibits, with the modifications incorporated into the original contract as a conformed contract.  The Contractor shall identify the last modification (P00NNN and date) incorporated into the contract.

Continued on page 2

Distribution addressees:
DHA, Attention:
FOIA Officer
16401 East
Centretech Parkway
Aurora, CO
80011-9066

Cover letter
submitted to
Contracting Officer

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 2 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| | | |

16. REMARKS *(Continued)*

2. The Contractor shall provide a bracketed copy of the original signed, executed contract, attachments, and exhibits, with the modifications incorporated into the original contract as a conformed contract. The Contractor shall identify the last modification (P00NNN and date) incorporated into the contract.

3. Indicate with brackets, the information you determine is exempt from release, if any, and cite the FOIA Exemption(s) invoked within each bracketed area, pursuant to 5 USC 552. The brackets may be made electronically or hand marked with the FOIA Exemptions written in the margins.

4. The Contractor shall provide a cover letter addressing their justification and/or rationale for withholding data

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A020 | MOU with DHA Communications | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | DHA Communications/Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | |

**b. COPIES**

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION:<br>  Frequency: One Time<br>  Reporting Period Start Date: Transition-In<br>  Due Date: 30 days after meeting with DHA Communications and within 120 days after post award meeting<br>SUBSEQUENT SUBMISSION:<br>  Frequency: Annual (Option Period)<br>  Reporting Period Start Date: Start of service delivery<br>  Due Date: Within 1 year of previous submission, the Contractor shall submit an updated MOU or notification to the Government that the MOU has been reviewed and that no updates are required.<br><br>PHI/PII: No<br>FILE FORMAT: Mutually agreed upon format<br><br>CONTENT DETAILS;<br>The Contractor shall establish a Memorandum of Understanding (MOU) with DHA Communications and submit to the Government. The MOU will be reviewed annually. | Submit through the DHA e-Commerce Extranet.<br>(Per TOM C14) | | | |

**15. TOTAL**

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A021 | MOU with Pharmacy Data Warehouse (PDW) Contractor | REV on 12/03/2021 |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final | |
| | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 180 calendar days prior to start of service delivery
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 1 year of previous submission, the Contractor shall submit an updated MOU or notification to the Government that the MOU has been been reviewed and no updates are required.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:

The Contractor shall establish a Memorandum of Understanding (MOU) with the Pharmacy Data Warehouse Contractor and submit to the Government. The MOU will be reviewed annually.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | → | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 12/3/2021 | Henry J Gibbs | 12/3/2021 |

**DD FORM 1423-1, FEB 2001**

PREVIOUS EDITION MAY BE USED

Page_1 of _1

Page

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A022 | MOU with MHS GENESIS Contractor | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 90 calendar days after post award meeting
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 1 year of previous submission, the Contractor shall submit an updated MOU or notification to the Government that the MOU has been been reviewed and no updates are required.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:

The Contractor shall establish a Memorandum of Understanding (MOU) with MHS GENESIS Contractor and submit to the Government. The MOU will be reviewed annually.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____  TM _____  OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A023 | MOU with MCSC - East Region | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE / b. COPIES |
| N/A | D | See Block 16 | See Block 16 | |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final Reg | Repro |

| 16. REMARKS | |
|---|---|
| **FIRST SUBMISSION:** | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |

16. REMARKS

**FIRST SUBMISSION:**
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 180 calendar days after post award meeting
**SUBSEQUENT SUBMISSION:**
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 1 year of previous submission, the Contractor shall submit an updated MOU or notification to the Government that the MOU has been reviewed and no updates required.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall establish a Memorandum of Understanding (MOU) with each regional Managed Care Support Contractor (MCSC) for the purpose of addressing areas of necessary cooperation between the contractors. This may include, exchange of data, points of contact for areas such as program integrity, clinical support programs (including coordination of care for patients who are enrolled in case management under a medical Contractor), third-party liability, claims jurisdiction issues and any other requirements under this contract. The MOU will address the frequency and format of all data exchanged by the contractors.

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A024 | MOU with MCSC - West Region | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 17. PRICE GROUP |
|---|
| |

| 18. ESTIMATED TOTAL PRICE |
|---|
| |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 180 calendar days after post award meeting
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 1 year of previous submission, the Contractor shall
  submit an updated MOU or notification to the Government that the MOU has
  been reviewed and no updates required.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall establish a Memorandum of Understanding (MOU) with each regional Managed Care Support Contractor (MCSC) for the purpose of addressing areas of necessary cooperation between the contractors. This may include, exchange of data, points of contact for areas such as program integrity, clinical support programs (including coordination of care for patients who are enrolled in case management under a medical Contractor), third-party liability, claims jurisdiction issues and any other requirements under this contract. The MOU will address the frequency and format of all data exchanged by the contractors.

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A025 | MOU with DHA Compliance Review Contractor | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | CRM/Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | |

b. COPIES

16. REMARKS

FIRST SUBMISSION:
 Frequency: One Time
 Reporting Period Start Date: Transition-In
 Due Date: 90 calendar days before start of service delivery
SUBSEQUENT SUBMISSION:
 Frequency: Annual (Option Period)
 Reporting Period Start Date: Start of service delivery
 Due Date: 30 calendar days before start of reporting period, the Contractor
 shall submit an updated MOU or notification to the Government that the MOU
 has been been reviewed and no updates are required

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall execute a Memorandum of Understanding with the TRICARE
Claims Review Services (TCRS) External Compliance Review Contractor for the
safe, secure, and positive electronic transmittal of claims processing
documentation/information. The Contractor shall establish a process for accepting
claims review documentation via a secure file transfer protocol (SFTP).
At a minimum the MOU shall address:
* Any necessary cooperation and exchange of information;
* Identify contract points of contact (POCs);
* Appropriate system resources;
* Node information (if appropriate);
* File organization and naming conventions
* Documentation- format (i.e., word, .pdf, etc.)

The MOU will specifically address the frequency of file transmissions, receipt
confirmation procedures (i.e., file acceptance or rejection), file and document
formatting and any additional information needed to ensure the successful
acceptance and utilization of claims documentation.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A030 | Continuity of Operations Plan | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.14.10.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | |
| N/A | | See Block 16 | See Block 16 | | Draft | Final |
| | | | | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE / DISTRIBUTION |
|---|---|
| **FIRST SUBMISSION:** | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
| Frequency: One Time | |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: 90 calendar days before start of service delivery | |
| **SUBSEQUENT SUBMISSION:** | |
| Frequency: Annual (Option Period) | |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: 30 calendar days before start of reporting period | |
| | |
| PHI/PII: No | |
| FILE FORMAT: PDF | |
| | |
| **CONTENT DETAILS:** | |
| The contractor shall submit a Continuity of Operations Plan (COOP) developed in accordance with the requirements of the TRICARE Systems Manual, Chapter 1, Section 1.1. Additionally, the COOP shall address how all contract services will be restored after an emergency event. This includes situations of both short and long duration and disruptions, both internal and external to the contractor. The COOP shall be written to meet all performance standards established in this contract, including the restoration of critical functions within 24 hours. | |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A031 | Disaster Recovery Test Results Report | REV on 2/7/2022 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.14.10.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

| 14. DISTRIBUTION | | | | |
|---|---|---|---|---|
| a. ADDRESSEE | Draft | b. COPIES | | |
| | | | Final | |
| | | Reg | Repro | |
| Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | | |

**16. REMARKS**

FIRST SUBMISSION:
   Frequency: Annual (Option Period)
   Reporting Period Start Date: Start of service delivery
   Due Date: 10 days after completion of Disaster Recovery Testing
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: PDF

CONTENT DETAILS:
Testing and reporting shall be completed no later than June 30th of each year and in accordance with TRICARE System Manual, Chapter 1, Section 1.1.

The contractor shall test the disaster recovery plan as established in the Continuity of Operations Plan (COOP) and provide results to the Government in accordance with TSM Chapter 1, Section 1.1.

| 17. PRICE GROUP |
|---|
| |

| 18. ESTIMATED TOTAL PRICE |
|---|
| |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie Jones | 2/7/2022 | Henry J Gibbs | 2/7/2022 |

**DD FORM 1423-1, FEB 2001**
PREVIOUS EDITION MAY BE USED

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A040 | NIST Certification of Compliance Report | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TSM C1 S1.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Repro |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: Within 30 calendar days after the start of contract Transition-In
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 days before the start of each option period exercised; Resubmission
  within 30 days after any change in compliance with any of the Information
  Assurance (IA) controls listed on the checklist.


PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
The Contractor shall submit a completed/signed Checklist and Certification for
Minimum Level of Enhanced Safeguarding for DoD Controlled Unclassified
Information and any applicable Written Determinations to document compliance
with Information Assurance (IA) controls that are shown in the Checklist.

1. Checklist Completion Instructions:

a. Compliance Statement - The Contractor shall select the appropriate response
from the form's drop down list to indicate its compliance with specific IA controls.

b. Assessment Method - The Contractor shall select one or more appropriate
NIST-based method(s) to show how it assessed corporate compliance with the
specific IA control. Details about the assessment methods, which differ for each
control and are reflected in the NIST SP 800-171 (Rev 1) June 7, 2018 and NIST
SP 800-171A June 13, 2018.

Continued on Page 2

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 36 Pages

## CONTRACT DATA REQUIREMENTS LIST
### *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| | | |

**16. REMARKS** *(Continued)*

2. Written Determination Report (WDR) – If the Contractor indicates either "No" or "N/A" for any IA control listed on the Checklist, the Contractor will submit a WDR, using a format developed by DHA, to explain its decision rationale and/or mitigating course of action(s). The WDR shall comply with the following instructions.

a. Tracking Number to support clear communications: the Contractor shall list a simple tracking number at the top of the WDR for each IA control referenced.

b. Vulnerability Reporting:

1) Single Vulnerability – If an IA control has a single vulnerability, then the Contractor shall list the planned mitigation activity and date in the WDR.

2) Multiple Vulnerabilities – If an IA control has multiple vulnerabilities with the same mitigation date, then the Contractor shall list them all in the same WDR. If an IA control has multiple vulnerabilities with different mitigation dates, then the Contractor shall group them by date and list the groups in separate WDR.

c. Mitigation Dates – When the Contractor resubmits the Checklist and associated WDR, the Contractor must always list the actual date – rather than the planned date – for when it completed mitigation activities for an identified vulnerability

**DD FORM 1423-1, FEB 2001**

# Checklist and Certification for Minimum Level of Enhanced Safeguarding for DoD Controlled Unclassified Information (CUI)

**Contract [Insert TRICARE Contract #]**

**Processed in accordance with provisions of [insert reference #] and CDRL [insert CDRL #]**

**CERTIFICATION**: I certify that I am an official representative for [insert name of contractor], that I have authority to sign this document and obligate [insert name of contractor] to the statements made in this document, and that I have personal knowledge of the matters to which this certification applies.  I also certify that [insert name of contractor] is in compliance with the enhanced safeguarding requirements identified within the contract clause stated above and for which [insert name of contractor] has below indicated its compliance, and that the statements set forth in this document and any associated written determinations submitted herewith are true and correct to the best of [insert name of contractor]'s knowledge."

| | | |
|---|---|---|
| Signature: | | Date: [Enter a date] |
| Name: | | |
| Title: | | |
| Company: | | |

DHA

6/1/2018

Note: "Contractors may insert one or multiple potential options in the Assessment Methods column.  Organizations are not expected to employ *all* assessment methods and objectives contained within the assessment procedures. Rather they have the flexiblity to determine the level of effort needed and the assurance required for an assessment.  The organization employs Audit Review, through proper Integration / Scanning and Monitoring Capabilities that identify the breadth and depth of coverage. The correlation of information through vulnerability scanning determines the veracity through continuous monitoring for vulnerabilities and correlating attack detection events. The resulting methods will provide the government contractor documentation of the "depth and rigor" used in assessing the required Information Assurance Controls.  The contractor must ensure that the security controls required by the contract are implemented correctly, operating as intended, and support the security policies of the Defense Health Agency."

Note:  Requirements derived from NIST SP 800-171, Chapter 3.  Assessment Objectives and Methods derived from NIST SP 800-171A, Chapter 3.

# Checklist and Certification for Minimum Level of Enhanced Safeguarding for DoD Controlled Unclassified Information (CUI)

**NIST SP 800-171 & 800-171A**

| Contract [Insert TRICARE Contract #] | Processed in accordance with provisions of [insert reference #] and CDRL [insert CDRL #] |
|---|---|

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| AC | 3.1.1 | Limit information system access to authorized users, processes acting on behalf of authorized users, or devices (including other systems) | Select Answer | 3.1.1[a] | authorized users are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[b] | processes acting on behalf of authorized users are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[c] | devices (including other systems) authorized to connect to the system are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[d] | system access is limited to authorized users | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[e] | system access is limited to processes acting on behalf of authorized users | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[f] | system access is limited to authorized devices (including other systems) | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AC | 3.1.2 | Limit information system access to the types of transactions and functions that authorized users are permitted to execute | Select Answer | 3.1.2[a] | the types of transactions and functions that authorized users are permitted to execute are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.2[b] | system access is limited to the defined types of transactions and functions for authorized users | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Control the flow of CUI in accordance | | 3.1.3[a] | information flow control policies are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | with approved authorizations | | 3.1.3[b] | methods and enforcement mechanisms for controlling the flow of CUI are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AC | 3.1.3 | | Select Answer | 3.1.3[c] | designated sources and destinations (e.g., networks, individuals, and devices) for CUI within systems and between interconnected systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.3[d] | authorizations for controlling the flow of CUI are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.3[e] | approved authorizations for controlling the flow of CUI are enforced | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AC | 3.1.4 | Separate the duties of individuals to reduce the risk of malevolent activity without collusion | Select Answer | 3.1.4[a] | the duties of individuals requiring separation to reduce the risk of malevolent activity are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.4[b] | organization-defined duties of individuals requiring separation are separated | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.4[c] | separate accounts for individuals whose duties and accesses must be separated to reduce the risk of malevolent activity or collusion are established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AC | 3.1.5 | Employ the principle of least privilege, including for specific security functions and privileged accounts | Select Answer | 3.1.5[a] | privileged accounts are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.5[b] | access to privileged accounts is authorized in accordance with the principle of least privilege | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.5[c] | security functions are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.5[d] | access to security functions is authorized in accordance with the principle of least privilege | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AC | 3.1.6 | Use non-privileged accounts or roles when accessing nonsecurity functions | Select Answer | 3.1.6[a] | nonsecurity functions are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.6[b] | users are required to use non-privileged accounts or roles when accessing nonsecurity functions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.7 | Prevent non-privileged users from executing privileged functions and audit the execution of such functions. | Select Answer | 3.1.7[a] | privileged functions are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.7[b] | non-privileged users are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.7[c] | non-privileged users are prevented from executing privileged functions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.7[d] | the execution of privileged functions is captured in audit logs | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.8 | Limit unsuccessful logon attempts | Select Answer | 3.1.8[a] | the means of limiting unsuccessful logon attempts is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.8[b] | the defined means of limiting unsuccessful logon attempts is implemented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.9 | Privacy and security notices required by CUI-specified rules are identified, consistent, and associated with the specific CUI category | Select Answer | 3.1.9[a] | privacy and security notices required by CUI-specified rules are identified, consistent, and associated with the specific CUI category | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.9[b] | privacy and security notices are displayed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.10 | Use session lock with pattern-hiding displays to prevent access/viewing of data after a period of inactivity | Select Answer | 3.1.10[a] | the period of inactivity after which the system initiates a session lock is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.10[b] | access to the system and viewing of data is prevented by initiating a session lock after the defined period of inactivity | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |

| | | | 3.1.10[c] | previously visible information is concealed via a pattern-hiding display after the defined period of inactivity | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| AC | 3.1.11 | Terminate (automatically) a user session after a defined condition | 3.1.11[a] | conditions requiring a user session to terminate are defined | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| | | | 3.1.11[b] | a user session is automatically terminated after any of the defined conditions occur | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| AC | 3.1.12 | Monitor and control remote access sessions | 3.1.12[a] | remote access sessions are permitted | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| | | | 3.1.12[b] | the types of permitted remote access are identified | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| | | | 3.1.12[c] | remote access sessions are controlled | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| | | | 3.1.12[d] | remote access sessions are monitored | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| AC | 3.1.13 | Employ cryptographic mechanisms to protect the confidentiality of remote access sessions | 3.1.13[a] | cryptographic mechanisms to protect the confidentiality of remote access sessions are identified | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| | | | 3.1.13[b] | cryptographic mechanisms to protect the confidentiality of remote access sessions are implemented | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| AC | 3.1.14 | Route remote access via managed access control points | 3.1.14[a] | managed access control points are identified and implemented | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| | | | 3.1.14[b] | remote access is routed through managed network access control points | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| | | Authorize remote execution of privileged commands and remote access to security-relevant information | 3.1.15[a] | privileged commands authorized for remote execution are identified | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |
| | | | 3.1.15[b] | security-relevant information authorized to be accessed remotely is identified | Select Answer | ⊔ EXAMINE | ⊔ INTERVIEW | ⊔ TEST | Enter a date |

| AC | 3.1.15 | | Select Answer | 3.1.15[c] | the execution of the identified privileged commands via remote access is authorized | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.15[d] | access to the identified security-relevant information via remote access is authorized | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.16 | Authorize wireless access prior to allowing such connections | Select Answer | 3.1.16[a] | wireless access points are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.16[b] | wireless access is authorized prior to allowing such connections | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.17 | Protect wireless access using authentication and encryption | Select Answer | 3.1.17[a] | wireless access to the system is protected using encryption | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.17[b] | wireless access to the system is protected using authentication | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.18 | Control connection of mobile devices | Select Answer | 3.1.18[a] | mobile devices that process, store, or transmit CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.18[b] | the connection of mobile devices is authorized | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.18[c] | mobile device connections are monitored and logged | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.19 | Encrypt CUI on mobile devices | Select Answer | 3.1.19[a] | mobile devices and mobile computing platforms that process, store, or transmit CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.19[b] | encryption is employed to protect CUI on identified mobile devices, and mobile computing platforms | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | Verify and control/limit connections to and use of external information systems | | 3.1.20[a] | connections to external systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.20[b] | use of external systems is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.20[c] | connections to external systems are verified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AC | 3.1.20 | | Select Answer | 3.1.20[d] | use of external systems is verified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| | | | | 3.1.20[e] | connections to external systems are controlled/limited | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| | | | | 3.1.20[f] | use of external systems is controlled/limited | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| AC | 3.1.21 | Limit use of organizational portable storage devices on external information systems | Select Answer | 3.1.21[a] | use of organizational portable storage devices containing CUI on external systems is identified and documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| | | | | 3.1.21[b] | limits on the use of organizational portable storage devices containing CUI on external systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| | | | | 3.1.21[c] | use of organizational portable storage devices containing CUI on external systems is limited as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| AC | 3.1.22 | Control information posted or processed on publicly accessible information systems | Select Answer | 3.1.22[a] | individuals authorized to post or process information on publicly accessible systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| | | | | 3.1.22[b] | procedures to ensure CUI is not posted or processed on publicly accessible systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| | | | | 3.1.22[c] | a review process in place prior to posting of any content to publicly accessible systems | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| | | | | 3.1.22[d] | content on publicly accessible information systems is reviewed to ensure that it does not include CUI | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |
| | | | | 3.1.22[e] | mechanisms are in place to remove and address improper posting of CUI | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | *Enter a date.* |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| AT | 3.2.1 | Ensure that managers, systems administrators, and users of organizational information systems are made aware of the security risks associated with their activities and of the applicable policies, standards, and procedures related to the security of those information systems | Select Answer | 3.2.1[a] | security risks associated with organizational activities involving CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.1[b] | policies, standards, and procedures related to the security of the system are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.1[c] | managers, systems administrators, and users of the system are made aware of the security risks associated with their activities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.1[d] | managers, systems administrators, and users of the system are made aware of the applicable policies, standards, and procedure related to the security of the system | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AT | 3.2.2 | Ensure that organizational personnel are adequately trained to carry out their assigned information security-related duties and responsibilities | Select Answer | 3.2.2[a] | information security-related duties, roles, and responsibilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.2[b] | information security-related duties, roles, and responsibilities are assigned to designated personne | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.2[c] | personnel are adequately trained to carry out their assigned information security-related duties, roles and responsibilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Provide security awareness training on recognizing and | | 3.2.3[a] | potential indicators associated with insider threats are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if ...) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|-----|-------|--------------|------------|---|------------------------------------------|-------------|------------------------------|---|---|------|
| AT | 3.2.3 | reporting potential indicators of insider threat | Select Answer | 3.2.3[b] | security awareness training on recognizing and reporting potential indicators of insider threat is provided to managers and employees | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.1 | Create, protect, and retain system audit records to the extent needed to enable the monitoring, analysis, investigation, and reporting of unlawful, unauthorized, or inappropriate information system activity | Select Answer | 3.3.1[a] | audit logs needed (i.e., event types to be logged) to enable the monitoring, analysis, investigation, and reporting of unlawful or unauthorized system activity are specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[b] | the content of audit records needed to support monitoring, analysis, investigation, and reporting of unlawful or unauthorized system activity is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[c] | audit records are created (generated) | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[d] | audit records, once created, contain the defined content | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[e] | retention requirements for audit records are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[f] | audit records are retained as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.2 | Ensure that the actions of individual information system users can be uniquely traced to those users so they can be held accountable for their actions | Select Answer | 3.3.2[a] | the content of the audit records needed to support the ability to uniquely trace users to their actions is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.2[b] | audit records, once created, contain the defined content | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AU | 3.3.3 | Review and update audited events | Select Answer | 3.3.3[a] | a process for determining when to review logged events is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.3[b] | event types being logged are reviewed in accordance with the defined review process | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.3[c] | event types being logged are updated based on the review | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.4 | Alert in the event of an audit process failure | Select Answer | 3.3.4[a] | personnel or roles to be alerted in the event of an audit logging process failure are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.4[b] | types of audit logging process failures for which alert will be generated are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.4[c] | identified personnel or roles are alerted in the event of an audit logging process failure | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.5 | Correlate audit review, analysis, and reporting processes for investigation and response to indications of inappropriate, suspicious, or unusual activity | Select Answer | 3.3.5[a] | audit record review, analysis, and reporting processes for investigation and response to indications of unlawful, unauthorized, suspicious, or unusual activity are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.5[b] | defined audit record review, analysis, and reporting processes are correlated | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.6 | Provide audit reduction and report generation to support on-demand analysis and reporting | Select Answer | 3.3.6[a] | an audit record reduction capability that supports on-demand analysis is provided | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.6[b] | a report generation capability that supports on-demand reporting is provided | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Provide an information system capability that | | 3.3.7[a] | internal system clocks are used to generate time stamps for audit records | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| AU | 3.3.7 | compares and synchronizes internal system clocks with an authoritative source to generate time stamps for audit records | Select Answer | 3.3.7[b] | an authoritative source with which to compare and synchronize internal system clocks is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.7[c] | internal system clocks used to generate time stamps for audit records are compared to and synchronized with the specified authoritative time source | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.8 | Protect audit information and audit tools from unauthorized access, modification, and deletion | Select Answer | 3.3.8[a] | audit information is protected from unauthorized access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[b] | audit information is protected from unauthorized modification | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[c] | audit information is protected from unauthorized deletion | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[d] | audit logging tools are protected from unauthorized access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[e] | audit logging tools are protected from unauthorized modification | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[f] | audit logging tools are protected from unauthorized deletion | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.9 | Limit management of audit functionality to a subset of privileged users | Select Answer | 3.3.9[a] | a subset of privileged users granted access to managed audit logging functionality is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.9[b] | management of audit logging functionality is limited to the defined subset of privileged users | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CM | 3.4.1 | Establish and maintain baseline configurations and inventories of organizational information systems (including hardware, software, firmware, and documentation) throughout the respective system development life cycles | Select Answer | 3.4.1[a] | a baseline configuration is established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[b] | the baseline configuration includes hardware, software, firmware and documentation | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[c] | the baseline configuration is maintained (reviewed and updated) throughout the system development life cycle | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[d] | a system inventory is established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[e] | the system inventory included hardware, software, firmware, and documentation | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[f] | the inventory is maintained (reviewed and updated) throughout the system development life cycle | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.2 | Establish and enforce security configuration settings for information technology products employed in organizational information systems | Select Answer | 3.4.2[a] | security configuration settings for information technology products employed in the system are established and included in the baseline configuration | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.2[b] | security configuration settings for information technology products employed in the system are enforced | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.3 | Track, review, approve/disapprove, and audit changes to information systems | Select Answer | 3.4.3[a] | changes to the system are tracked | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.3[b] | changes to the system are reviewed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.3[c] | changes to the system are approved or disapproved | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.3[d] | changes to the system are logged | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| CM | 3.4.4 | Analyze the security impact of changes prior to implementation | Select Answer | | the security impact of changes to each organizational system is analyzed prior to implementation | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
|---|---|---|---|---|---|---|---|---|---|---|
| CM | 3.4.5 | Define, document, approve, and enforce physical and logical access restrictions associated with changes to information systems | Select Answer | 3.4.5[a] | physical access restrictions associated with changes to the system are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[b] | physical access restrictions associated with changes to the system are documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[c] | physical access restrictions associated with changes to the system are approved | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[d] | physical access restrictions associated with changes to the system are enforced | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[e] | logical access restrictions associated with changes to the system are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[f] | logical access restrictions associated with changes to the system are documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[g] | logical access restrictions associated with changes to the system are documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[h] | logical access restrictions associated with changes to the system are enforced | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.6 | Employ the principle of least functionality by configuring the information systems to provide only essential capabilities | Select Answer | 3.4.6[a] | essential system capabilities are defined based on the principle of least functionality | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.6[b] | the system is configured to provide only the defined essential capabilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Restrict, disable, and prevent the use of | | 3.4.7[a] | essential programs are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | nonessential programs, functions, ports, protocols, and services | | 3.4.7[b] | the use of nonessential programs is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[c] | the use of nonessential programs is restricted, disabled, or prevented as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[d] | essential functions are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[e] | the use of nonessential functions is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.7 | | Select Answer | 3.4.7[f] | the use of nonessential functions is restricted, disabled, or prevented as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[g] | essential ports are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[h] | the use of nonessential ports is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[i] | use of nonessential ports is restricted, disabled, or prevented as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[j] | essential protocols are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[k] | use of nonessential protocols is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[l] | use of nonessential protocols is restricted, disabled, or prevented as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.8 | Apply deny-by-exception (blacklist) policy to prevent the use of unauthorized software or deny-all, permit-by-exception (whitelisting) policy to | Select Answer | 3.4.8[a] | a policy specifying whether whitelisting or blacklisting is to be implemented is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.8[b] | the software allowed to execute under whitelisting or denied use under blacklisting is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | allow the execution of authorized software | | 3.4.8[c] | whitelisting to allow the execution of authorized software or blacklisting to prevent the use of unauthorized software is implemented as specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.9 | Control and monitor user-installed software | Select Answer | 3.4.9[a] | a policy for controlling the installation of software by users is established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.9[b] | installation of software by users is controlled based on the established policy | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.9[c] | installation of software by users is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| IA | 3.5.1 | Identify information system users, processes acting on behalf of users, or devices | Select Answer | 3.5.1[a] | system users are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.1[b] | processes acting on behalf of users are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.1[c] | devices accessing the system are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.2 | Authenticate (or verify) the identities of those users, processes, or devices, as a prerequisite to allowing access to organizational information systems | Select Answer | 3.5.2[a] | the identity of each user is authenticated or verified as a prerequisite to system access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.2[b] | the identity of each process acting on behalf of a user is authenticated or verified as a prerequisite to system access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.2[c] | the identify of each device accessing or connecting to the system is authenticated or verified as a prerequisite to system access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Use multifactor authentication for | | 3.5.3[a] | privileged accounts are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| | | | | | | | EXAMINE | INTERVIEW | TEST | |
|---|---|---|---|---|---|---|---|---|---|---|
| IA | 3.5.3 | local and network access to privileged accounts and for network access to non-privileged accounts | Select Answer | 3.5.3[b] | multifactor authentication is implemented for local access to privileged accounts | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.3[c] | multifactor authentication is implemented for network access to privileged accounts | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.3[d] | multifactor authentication is implemented for network access to non-privileged accounts | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.4 | Employ replay-resistant authentication mechanisms for network access to privileged and non-privileged accounts | Select Answer | | replay-resistant authentication mechanisms are implemented for all network account access to privileged and non-privileged accounts | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.5 | Prevent reuse of identifiers for a defined period | Select Answer | 3.5.5[a] | a period within which identifiers cannot be reused is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.5[b] | reuse of identifiers is prevented within the defined period | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.6 | Disable identifiers after a defined period of inactivity | Select Answer | 3.5.6[a] | a period of inactivity after which an identifier is disabled is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.6[b] | identifiers are disabled after the defined period of inactivity | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.7 | Enforce a minimum password complexity and change of characters when new passwords are created | Select Answer | 3.5.7[a] | password complexity requirements are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.7[b] | password change of character requirements are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.7[c] | minimum password complexity requirements as defined are enforced when new passwords are created | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3.5.7[d] | minimum password change of character requirements as defined are enforced when new passwords are created | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.8 | Prohibit password reuse for a specified number of generations | Select Answer | 3.5.8[a] | the number of generations during which a password cannot be reused is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.8[b] | reuse of passwords is prohibited during the specified number of generations | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.9 | Allow temporary password use for system logons with an immediate change to a permanent password | Select Answer | | an immediate change to a permanent password is required when a temporary password is used for system logon | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.10 | Store and transmit only encrypted representation of passwords | Select Answer | 3.5.10[a] | passwords are cryptographically protected in storage | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.10[b] | passwords are cryptographically protected in transit | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.11 | Obscure feedback of authentication information | Select Answer | | authentication information is obscured during the authentication process | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Establish an operational incident-handling capability for organizational information systems that includes adequate preparation, detection, analysis, | | 3.6.1[a] | an operational incident-handling capability is established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[b] | the operational incident-handling capability includes preparation | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[c] | the operational incident-handling capability includes detection | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| IR | 3.6.1 | containment, recovery, and user response activities | Select Answer | 3.6.1[d] | the operational incident-handling capability includes analysis | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[e] | the operational incident-handling capability includes containment | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[f] | the operational incident-handling capability includes recovery | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[g] | the operational incident-handling capability includes user response activities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IR | 3.6.2 | Track, document, and report incidents to appropriate organizational officials and/or authorities | Select Answer | 3.6.2[a] | incidents are tracked | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[b] | incidents are documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[c] | authorities to whom incidents are to be reported are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[d] | organizational officials to whom incidents are to be reported are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[e] | identified authorities notified of incidents | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[f] | identified organizational officials are notified of incidents | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IR | 3.6.3 | Test the organizational incident response capability | Select Answer | | the incident response capability is tested | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if ...) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|
| MA | 3.7.1 | Perform maintenance on organizational information systems | Select Answer | system maintenance is performed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MA | 3.7.2 | Provide effective controls on the tools, techniques, mechanisms, and personnel used to conduct system maintenance | Select Answer | 3.7.2[a] | tools used to conduct system maintenance are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.7.2[b] | techniques used to conduct system maintenance are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.7.2[c] | mechanisms used to conduct system maintenance are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.7.2[d] | personnel used to conduct system maintenance are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MA | 3.7.3 | Ensure equipment removed for off-site maintenance is sanitized of any CUI | Select Answer | equipment to be removed from organizational spaces for off-site maintenance is sanitized of any CUI | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MA | 3.7.4 | Check media containing diagnostic and test programs for malicious code before the media are used in the information systems | Select Answer | media containing diagnostic and test programs are checked for malicious code before being used in organizational systems that process, store, or transmit CUI | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MA | 3.7.5 | Require multifactor authentication to establish nonlocal maintenance sessions via external network connections and terminate such connections when nonlocal maintenance is complete | Select Answer | 3.7.5[a] | multifactor authentication is required to establish nonlocal maintenance sessions via external network connections | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.7.5[b] | nonlocal maintenance sessions established via external network connections are terminated when nonlocal maintenance is complete | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if ...) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|-----|-------|--------------|------------|------------------------------|------------|-------------|---------|-----------|------|------|
| MA | 3.7.6 | Supervise the maintenance activities of maintenance personnel without required access authorization | Select Answer | | maintenance personnel without required access authorization are supervised during maintenance activities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| MP | 3.8.1 | Protect (i.e., physically control and securely store) information system media containing CUI, both paper and digital | Select Answer | 3.8.1[a] | paper media containing CUI is physically controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.1[b] | digital media containing CUI is physically controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.1[c] | paper media containing CUI is securely stored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.1[d] | digital media containing CUI is securely stored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| MP | 3.8.2 | Limit access to CUI on information system media to authorized users | Select Answer | | access to CUI on system media is limited to authorized users. | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| MP | 3.8.3 | Sanitize or destroy information system media containing CUI before disposal or release for reuse | Select Answer | 3.8.3[a] | system media containing CUI is sanitized or destroyed before disposal | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.3[b] | system media containing CUI is sanitized before it is released for reuse | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| MP | 3.8.4 | Mark media with necessary CUI markings and distribution limitations | Select Answer | 3.8.4[a] | media containing CUI is marked with applicable CUI markings | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.4[b] | media containing CUI is marked with distribution limitations | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | Control access to media containing CUI | | 3.8.5[a] | access to media containing CUI is controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if ...) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| MP | 3.8.5 | and maintain accountability for media during transport outside of controlled areas | Select Answer | 3.8.5[b] | accountability for media containing CUI is maintained during transport outside of controlled areas | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MP | 3.8.6 | Implement cryptographic mechanisms to protect the confidentiality of information stored on digital media during transport outside of controlled areas unless otherwise protected by alternate physical safeguards | Select Answer | the confidentiality of CUI stored on digital media is protected during transport using cryptographic mechanisms or alternative physical safeguards | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MP | 3.8.7 | Control the use of removable media on information system components | Select Answer | the use of removable media on system components containing CUI is controlled | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MP | 3.8.8 | Prohibit the use of portable storage devices when such devices have no identifiable owner | Select Answer | the use of portable storage devices is prohibited when such devices have no identifiable owner | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MP | 3.8.9 | Protect the confidentiality of backup CUI at storage locations | Select Answer | the confidentiality of backup CUI is protected at storage locations | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if ...) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if ...) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| PS | 3.9.1 | Screen individuals prior to authorizing access to information systems containing CUI | Select Answer | | individuals are screened prior to authorizing access to organizational systems | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PS | 3.9.2 | Ensure that CUI and information systems containing CUI are protected during and after personnel actions such as terminations and transfers | Select Answer | 3.9.2[a] | a policy and/or process for terminating system access authorization and any credentials coincident with personnel actions is established. | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.9.2[b] | system access and credentials are terminated consistent with personnel actions such as termination or transfer | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.9.2[c] | the system is protected during and after personnel transfer actions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| **FAM** | **CTRL#** | **REQUIREMENTS** | **COMPLIANCE** | **ASSESSMENT OBJECTIVE** *(Determine if ...)* | | **IMPLEMENTED** | **SELECT ASSESSMENT METHOD(S)** | | | **DATE** |
| PE | 3.10.1 | Limit physical access to organizational information systems, equipment, and the respective operating environments to authorized individuals | Select Answer | 3.10.1[a] | for a facility that contains CUI, authorized individuals allowed physical access are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.1[b] | physical access to an organizational system that processes, stores, or transmits CUI is limited to authorized individuals | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.1[c] | physical access to equipment that processes, stores, or transmits CUI is limited to authorized individuals | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.1[d] | physical access to operating environments where CUI is processed, stored, or transmitted limited to authorized individuals | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| PE | 3.10.2 | Protect and monitor the physical facility and support infrastructure for organizational systems. | Select Answer | 3.10.2[a] | the physical facility where that system resides is protected | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.2[b] | the support infrastructure for that system is protected | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.2[c] | the physical facility where that system resides is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.2[d] | the support infrastructure for that system is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PE | 3.10.3 | Escort visitors and monitor visitor activity | Select Answer | 3.10.3[a] | visitors are escorted | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.3[b] | visitor activity is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PE | 3.10.4 | Maintain audit logs of physical access | Select Answer | audit logs of physical access are maintained | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PE | 3.10.5 | Control and manage physical access devices | Select Answer | 3.10.5[a] | physical access devices are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.5[b] | physical access devices are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.5[c] | physical access devices are managed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PE | 3.10.6 | Enforce safeguarding measures for CUI at alternate work sites | Select Answer | 3.10.6[a] | safeguarding measures for CUI are defined for alternative work sites | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.6[b] | safeguarding measures for CUI are enforced for alternative work sites | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Periodically assess the risk to the organizational operations (including | | 3.11.1[a] | the frequency to assess risk to organizational operations, organizational assets, and individuals is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| RA | 3.11.1 | mission, functions, image, or reputation), organizational assets, and individuals, resulting from the operation of organizational systems and the associated processing, storage, or transmission of CUI | Select Answer | | | | | | |
|----|--------|----|----|----|----|----|----|----|----|
| | | | | 3.11.1[b] | risk to organizational operations, organizational assets, and individuals resulting from the operation of an organizational system that processes, stores, or transmits CUI is assessed with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| RA | 3.11.2 | Scan for vulnerabilities in organizational systems and applications periodically and when new vulnerabilities affecting those systems and applications are identified | Select Answer | 3.11.2[a] | the frequency of scan for vulnerabilities in an organizational system and its applications that process, store, or transmit CUI is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.2[b] | vulnerability scans are performed in an organizational system that processes, stores, or transmits CUI with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.2[c] | vulnerability scans are performed in an application that contains CUI with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.2[d] | vulnerability scans are performed in an organizational system that process, stores, or transmits CUI when new vulnerabilities are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.2[e] | vulnerability scans are performed in an application that contains CUI when new vulnerabilities are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| RA | 3.11.3 | Remediate vulnerabilities in accordance with risk assessments | Select Answer | 3.11.3[a] | vulnerabilities are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.3[b] | vulnerabilities are remediated in accordance with risk assessments | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| CA | 3.12.1 | Periodically assess the security controls in organizational systems to determine if the controls are effective in their application | Select Answer | 3.12.1[a] | the frequency of security control assessments is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.1[b] | security controls are assessed with the defined frequency to determine if the controls are effective in their application | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CA | 3.12.2 | Develop and implement plans of action designed to correct deficiencies and reduce or eliminate vulnerabilities in organizational systems | Select Answer | 3.12.2[a] | deficiencies and vulnerabilities to be addressed by the plan of action are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.2[b] | a plan of action is developed to correct identified deficiencies and reduce or eliminate identified vulnerabilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.2[c] | the plan of action is implemented to correct identified deficiencies and reduce or eliminate identified vulnerabilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CA | 3.12.3 | Monitor security controls on an ongoing basis to ensure the continued effectiveness of the controls | Select Answer | | security controls are monitored on an ongoing basis to ensure the continued effectiveness of those controls | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| CA | 3.12.4 | Develop, document, and periodically update system security plans that describe system boundaries, system environments or operation, how security requirements are implemented, and the relationships with or connections to other systems | Select Answer | 3.12.4[a] | a system security plan is developed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[b] | the system boundary is described and documented in the system security plan | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[c] | the system environment of operation is described and documented in the system security plan | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[d] | how security requirements are implemented is described and documented in the system security plan | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[e] | the relationship with or connection to other systems is described and documented in the system security plan | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[f] | the frequency to update the system security plan is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[g] | system security plan is updated with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE<br>*(Determine if ...)* | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Monitor, control, and protect communications (i.e., information transmitted or received by organizational systems) at the external boundaries and key internal | | 3.13.1[a] | the external system boundary is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[b] | key internal system boundaries are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[c] | communications are monitored at the external system boundary | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[d] | communications are monitored at key internal boundaries | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| SC | 3.13.1 | boundaries of organizational systems | Select Answer | 3.13.1[e] | communications are controlled at the external system boundary | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
|----|--------|------|------|-----------|------|------|------|------|------|------|
| | | | | 3.13.1[f] | communications are controlled at key internal boundaries | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[g] | communications are protected at the external system boundary | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[h] | communications are protected at key internal boundaries | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.2 | Employ architectural designs, software development techniques, and systems engineering principles that promote effective information security within organizational systems | Select Answer | 3.13.2[a] | architectural designs that promote effective information security are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[b] | software development techniques that promote effective information security are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[c] | systems engineering principles that promote effective information security are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[d] | identified architectural designs that promote effective information security are employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[e] | identified software development techniques that promote effective information security are employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[f] | identified systems engineering principles that promote effective in formation security are employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Separate user functionality from | | 3.13.3[a] | user functionality is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| SC | 3.13.3 | functionality from system management functionality | Select Answer | 3.13.3[b] | system management functionality is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
|----|--------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | 3.13.3[c] | user functionality is separated from system management functionality | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.4 | Prevent unauthorized and unintended information transfer via shared system resources | Select Answer | unauthorized and unintended information transfer via shared system resources is prevented | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.5 | Implement subnetworks for publicly accessible system components that are physically or logically separated from internal networks | Select Answer | 3.13.5[a] | publicly accessible system components are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.5[b] | subnetworks for publicly accessible system components are physically or logically separated from internal networks | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.6 | Deny network communications traffic by default and allow network communications | Select Answer | 3.13.6[a] | network communications traffic is denied by default | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.6[b] | network communications traffic is allowed by exception | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SC | 3.13.7 | Prevent remote devices from simultaneously establishing non-remote connections with organizational systems and communicating via some other connection to resources in external networks (i.e., split tunneling) | Select Answer | | remote devices are prevented from simultaneously establishing non-remote connections with the system and communicating via some other connection to resources in external networks (i.e., split tunneling) | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.8 | Implement cryptographic mechanisms to prevent unauthorized disclosure of CUI during transmission unless otherwise protected by alternative physical safeguards | Select Answer | 3.13.8[a] | cryptographic mechanisms intended to prevent unauthorized disclosure of CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.8[b] | alternative physical safeguards intended to prevent unauthorized disclosure of CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.8[c] | either cryptographic mechanisms or alternative physical safeguards are implemented to prevent unauthorized disclosure of CUI during transmission | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Terminate network connections associated with communications sessions at the end of | | 3.13.9[a] | a period of inactivity to terminate network connections associated with communications sessions is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| SC | 3.13.9 | the sessions or after a defined period of inactivity | Select Answer | 3.13.9[b] | network connections associated with communications sessions are terminated at the end of the sessions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3.13.9[c] | network connections associated with communications sessions are terminated after the defined period of inactivity | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.10 | Establish and manage cryptographic keys for cryptography employed in organizational systems | Select Answer | 3.13.10[a] | cryptographic keys are established whenever cryptography is employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.10[b] | cryptographic keys are managed whenever cryptography is employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.11 | Employ FIPS-validated cryptography when used to protect the confidentiality of CUI | Select Answer | FIPS-validated cryptography is employed to protect the confidentiality of CUI | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.12 | Prohibit remote activation of collaborative computing devices and provide indication of devices in use to users present at the device | Select Answer | 3.13.12[a] | collaborative computing devices are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.12[b] | collaborative computing devices provide indication to users of devices in use | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.12[c] | remote activation of collaboratiave computing devices is prohibited | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.13 | Control and monitor the use of mobile code | Select Answer | 3.13.13[a] | use of mobile code is controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.13[b] | use of mobile code is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.14 | Control and monitor the use of Voice over Internet Protocol | Select Answer | 3.13.14[a] | use of Voice over Internet Protocol (VoIP) technologies is controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| SC | 3.13.14 | Internet Protocol (VoIP) technologies | Select Answer | 3.13.14[b] | use of Voice over Internet Protocol (VoIP) technologies is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.15 | Protect the authenticity of communications sessions | Select Answer | | authenticity of communications sessions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.16 | Protect the confidentiality of CUI at rest | Select Answer | | the confidentiality of CUI at rest is protected | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| SI | 3.14.1 | Identify, report, and correct system flaws in a timely manner | Select Answer | 3.14.1[a] | the time within which to identify system flaws is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[b] | system flaws are identified within the specified time frame | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[c] | the time within which to report system flaws is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[d] | system flaws are reported within the specified time frame | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[e] | the time within which to correct system flaws is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[f] | system flaws are corrected within the specified time frame | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SI | 3.14.2 | Provide protection from malicious code at designated locations within organizational systems | Select Answer | 3.14.2[a] | designated locations for malicious code protection are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.2[b] | protection from malicious code at designated locations is provided | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SI | 3.14.3 | Monitor system security alerts and advisories and take action in response | Select Answer | 3.14.3[a] | response actions to system security alerts and advisories are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.3[b] | system security alerts and advisories are monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.3[c] | actions in response to system security alerts and advisories are taken | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SI | 3.14.4 | Update malicious code protection mechanisms when new releases are available | Select Answer | malicious code protection mechanisms are updated when new releases are available | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SI | 3.14.5 | Perform periodic scans of organizational systems and real-time scans of files from external sources as files are downloaded, opened, or executed | Select Answer | 3.14.5[a] | the frequency of malicious code scans is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.5[b] | malicious code scans are performed with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.5[c] | real-time malicious code scans of files from external sources as files are downloaded, opened, or executed are performed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST` | Enter a date. |
| SI | 3.14.6 | Monitor organizational systems, including inbound and outbound communication traffic, to detect attacks and indicators of potential attacks | Select Answer | 3.14.6[a] | the system is monitored to detect attacks and indicators of potential attacks | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.6[b] | inbound communications traffic is monitored to detect attacks and indicators of potential attacks | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.6[c] | outbound communications traffic is monitored to detect attacks and indicators of potential attacks | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SI | 3.14.7 | Identify unauthorized use of organizational | Select Answer | 3.14.7[a] | authorized use of the system is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| SF | 3.14.7 | systems | Select Answer | 3.14.7[b] | unauthorized use of the system is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**DHA**

**6/1/2018**

Note: "Contractors may insert one or multiple potential options in the Assessment Methods column. Organizations are not expected to employ *all* assessment methods and objectives contained within the assessment procedures. Rather they have the flexiblity to determine the level of effort needed and the assurance required for an assessment. The organization employs Audit Review, through proper Integration / Scanning and Monitoring Capabilities that identify the breadth and depth of coverage. The correlation of information through vulnerability scanning determines the veracity through continuous monitoring for vulnerabilities and correlating attack detection events. The resulting methods will provide the government contractor documentation of the "depth and rigor" used in assessing the required Information Assurance Controls. The contractor must ensure that the security controls required by the contract are implemented correctly, operating as intended, and support the security policies of the Defense Health Agency."

Note: Requirements derived from NIST SP 800-171, Chapter 3. Assessment Objectives and Methods derived from NIST SP 800-171A, Chapter 3.

# Written Determination <Insert Reference #>
## in Support of
## DoDI 8582.01 Checklist for Minimum Security Controls

<Insert Date>

Contract Reference #
Contractor Name
Street Address
City, ST ZIP

| Information Assurance (IA) Control #: | <Enter the specific IA Control # from the "Checklist"> |
|---|---|
| **IA Control Nomenclature:** | <Enter the specific IA Control's Nomenclature> |
| **Compliance Statement:** | <Restate the Contractor's compliance with the IA Control.> |
| **Issue:** | |
| <Provide basic "business" description for why the contractor cannot / will not meet the requirements of the NIST 800-171/171A IA control as listed on Checklist and Certification for Minimum Level of Enhanced Safeguarding for Unclassified DoD Information for Minimum Security Controls.> | |
| **Contractor-identified Solution:** | |
| <Provide a business-level description of the contractor's alternative plan to satisfy the security requirements associated with the Checklist's specific IA control.> | |
| **Mitigation / Remediation Plan:** | |
| <As appropriate, provide a business-level description of the contractor's plan of action and milestone for implementing the solution listed above.> | |
| **Risk Acceptance Statement** | |
| <Provide a statement the contractor accepts the risk of either implementing a technical solution different from the NIST guidance or contract operations until the NIST control can be implemented.> | |

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

**A. CONTRACT LINE ITEM NO.**

**B. EXHIBIT**

**C. CATEGORY:**
TDP _____ TM _____ OTHER _____

**D. SYSTEM/ITEM**
TRICARE Pharmacy Program

**E. CONTRACT/PR NO.**
HT940221C0007

**F. CONTRACTOR**
Express Scripts, Inc (ESI)

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A050 | Quality Management Plan | Initial | |

**4. AUTHORITY** (Data Acquisition Document No.)

**5. CONTRACT REFERENCE**
CTR C.14.1.1

**6. REQUIRING OFFICE**
Pharm Ops

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 180 calendar days prior to the start of service delivery
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date:  Subsequent submissions within 1 year of previous submission

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS;

The Contractor shall provide a comprehensive quality control plan. The plan shall be reviewed and revised no less than annually or when changes are required.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

**15. TOTAL**

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A060 | Service Organization Control Report (SOC1) - Statement on Standards for Attestation Engagements, SSAE No. 18 (Prime) | REV on 2/9/2022 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR G.4.2 | CRM | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N.A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the |
| Frequency: One Time (January 1 2023 - May 31, 2023) | DHA e-Commerce |
| Reporting Period Start Date: January 1, 2023 | Extranet. |
| Due Date: 45 calendar days after end of reporting period | (Per TOM C14) |
| | |
| SUBSEQUENT SUBMISSION: | |
| Frequency: Annual (1 June - 31 May) | |
| Reporting Period Start Date: June 1, 2023 | |
| Due Date: 45 calendar days after end of reporting period | |
| | |
| PHI/PII: No | |
| FILE FORMAT: No specific format required | |
| | |
| CONTENT DETAILS: | |
| The contractor shall provide a copy of its SOC 1 Report, based upon | |
| the Statement of Standards for Attestation Engagements, SSAE No. 18 (also called | |
| SSAE 18). A SOC 1 Report is an audit, done by an independent auditor, related to | |
| the requirements of the Sarbanes-Oxley Act of 2002, and as updated by AICPA in | |
| 2017. | |
| | |
| Management/government reserves the right to perform additional monitoring | |
| procedures, such as site visits to the service organization to independently evaluate | |
| relevant controls. The government reserves the right to perform additional | |
| monitoring procedures such as: | |
| | |
| -Reviewing and reconciling output reports | |
| -Holding periodic discussions with the service organization | |
| -Testing controls at the service organization. | |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 2/9/2022 | Henry J Gibbs | 2/9/2022 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A061 | Bridge Letter in Support of Service Organization Control Report (SOC1) - Statement on Standards for Attestation Engagements, SSAE No 18 (Prime) | REV 2/10/2022 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR G.4.2 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Repro |
| N/A | | See Block 16 | See Block 16 | | | | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: One Time (Start of service delivery – 31 May)
 Reporting Period Start and End Date (Bridge Letter): 1 June - 30 September
 Due Date: 5 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
 Frequency: Annual (1 June – 31 May)
 Reporting Period Start and End Date (Bridge Letter): 1 June - 30 September
 Due Date: 5 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall provide annually a Bridge Letter
covering the period 1 June through 30 September, format to be provided by the
Government or its auditors. Such Bridge Letter shall be received by the
Government no later than 5 calendar days into October.

Bridge Letter Template is attached with updates provided by the Government as
required.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 2/10/2022 | Henry J Gibbs | 2/10/2022 |

**DD FORM 1423-1, FEB 2001**

PREVIOUS EDITION MAY BE USED

Page 1 of 4

Page 6

**September 30, 20XX {Insert Contractor Name} Responses to**

**SOC 1 Review Questionnaire**

1. Any changes to the operating processes/internal control environment which were detailed and tested in the SOC 1 for the period ended September 30, 20XX. Do you expect any changes to occur prior to September 30, 20XX?

   RESPONSE:

2. Are there any scope changes since the last SOC 1 noted above?

   RESPONSE:

3. Can you identify any event that may impact DHA's internal controls over financial reporting during the current year?

   RESPONSE:

4. Please indicate if there has been a significant, i.e. greater than 10% personnel turnover in any of the following areas as it relates to the Health Care contract (XXX,XXX, if any):

   a. Claim Processing
   b. Electronic Claim Entry
   c. Manual Claim Entry
   d. Claims Adjudication
   e. Master File Maintenance
   f. Claims Adjustments
   g. Financial Administration

   RESPONSE:

5. When was the last independent audit completed by the internal audit department which covered the XXXX claims processing for the TRICARE contracts? Have there been any deficiencies noted by the internal audit department in FY XX as it relates to the XXXX claims processing for the TRICARE contracts?

   RESPONSE:

6. Please discuss the progress of any corrective actions on any outstanding deficiencies noted in the SOC 1 referenced above as it relates to DHA.

   RESPONSE:

| Deficiency in FYE 9-30-XX TRICARE SOC 1 | Current Status |
|---|---|
| **1. Control Objective XX XXXXXX** | |
| **2. Control Objective XX XXXXXX** | |
| **3. Control Objective XX XXXXXX** | |
| **4. Control Objective XX XXXXXX** | |

7.  Please indicate any system changes at XXXX or any changes XXXX needed to make due to requests from Defense Health Agency (DHA) as they relate to XXXX?

    RESPONSE:

8.  Please indicate any IT changes, as they relate to the XXXX Health Care contracts.

    RESPONSE:

9.  Please indicate any significant, i.e. greater than 10%, increases/decreases in the volume of claims processed for the XXXX Health Care contracts.

    RESPONSE:

10. Please indicate any changes in the policies and procedures related to the claims processing and claims adjudication process, as they relate to the XXXX Health Care contracts.

    RESPONSE:

11. Please indicate any changes in the policies and procedures related to the quality assurance department, as they relate to the XXXX Health Care contracts.

    RESPONSE:

12. Please indicate any changes in the policies and procedures related to the duplicate claims reviews, as they related to the XXXX Health Care contracts.

    RESPONSE:

13. If the Service Provider is using a Sub-Contractor, how is the Service Provider monitoring the Sub-Contractor' controls in compliance with SSAE No 18?

   RESPONSE:

14. When is the Contractor's new SOC 1, compliant with SSAE No 18, expected to be delivered to DHA?

   RESPONSE:

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A070 | Risk Assessment Letter of Assurance | Initial |

| 17. PRICE GROUP |
|---|

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C19 S3 | Privacy Office |

| 18. ESTIMATED TOTAL PRICE |
|---|

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | |
| N/A | | See Block 16 | See Block 16 | | Draft | Final |
| | | | | | | Reg | Repro |

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION:<br>Frequency: One Time<br>Reporting Period Start Date: Transition-In<br>Due Date: Not later than 9 months after start of reporting period<br>SUBSEQUENT SUBMISSION:<br>Frequency: Annual (Option Period)<br>Reporting Period Start Date: Start of service delivery<br>Due Date: No later than the anniversary date of previous report<br><br>PHI/PII: No<br>FILE FORMAT: No specific file format required<br><br>CONTENT DETAILS:<br>The Contractor shall submit letter of assurance representing that it has conducted its initial or annual HIPAA risk assessment and, if necessary, develop an action plan to address any deficiencies identified, in compliance with DoD HIPAA requirements applicable to the Contractor.<br><br>Sample is attached. | Submit through the DHA e-Commerce Extranet.<br>(Per TOM C14) | | | |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Joseph E Davidge | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

**ANNUAL RISK ASSESSMENT LETTER OF ASSURANCE (SAMPLE)**

Defense Health Agency (DHA)/Contract Management
16401 E Centretech Parkway
Aurora, CO 80011
ATTN: Administrative Contracting Officer (ACO)

Dear _____:

An annual risk analysis of all systems, policies, procedures and practices of (name of contractor) in effect during the year ended (date) was performed in accordance with requirements outlined in the TRICARE Operations Manual (TOM), Chapter 19, Section 3, and the HHS HIPAA Privacy Rule.

The objectives of the risk analysis were to:

1. Consider both organizational and technical assessments that address all areas of privacy and security.
2. Assess the potential risks and vulnerabilities to the confidentiality, integrity and availability of all PHI (electronic, paper, and oral) created, received, stored or transmitted by the contractor.
3. Take into account all relevant losses that would be expected if privacy and security measures were not in place, including losses caused by unauthorized uses and disclosures, as well as losses of data integrity or accuracy.
4. Determine residual risk.
5. Identify and document an action plan from prioritized findings to mitigate risk to an acceptable level.

The results of the risk assessment, assurances given by appropriate (name of contractor) officials, and other information provided, indicate that the procedures and policies of (name of contractor) in effect during the year ended (**Date**), comply with the requirements in the TOM, Chapter 19, Section 3. The following action plans describe the risk identified during the annual assessment and the plan to correct deficiencies and achieve compliance. Please indicate "NONE" if the annual risk analysis did not identify weaknesses.

Attachment A to this statement contains (1) the (**Name of Contractor**) plans and schedules for correcting such weaknesses, and (2) the status of actions taken to correct weaknesses identified in prior years' reports.

Sincerely,
Name, Title and Office

cc: Government Designated Authority (GDA)
DHA Procuring Contracting Officer (PCO)
HA/DHA Privacy Officer
HA/DHA Contracting Officer's Representative (COR)

Enclosure(s) (if any)

**Note to Contractor**
(1) If there are no material weaknesses, this sentence should be deleted, and there would be no list or Attachment A containing plans and schedules for correcting such weaknesses.
(2) If there were no actions taken during the past year to correct weaknesses, or no identified weaknesses for which corrective actions remain to be taken, this phrase would be deleted.

ANNUAL RISK ASSESSMENT LETTER OF ASSURANCE (SAMPLE)

Defense Health Agency (DHA)/Contract Management

16401 E Centretech Parkway

Aurora, CO 80011

ATTN: Administrative Contracting Officer (ACO)

Dear __ _

An annual risk analysis of all systems, policies, procedures and practices of (name of contractor) in effect during the year ended (date) was performed in accordance with requirements outlined in the TRICARE Operations Manual (TOM), Chapter 19, Section 3, and the HHS HIPAA Privacy Rule.

The objectives of the risk analysis were to:

1. Consider both organizational and technical assessments that address all areas of privacy and security.

2. Assess the potential risks and vulnerabilities to the confidentiality, integrity and availability of all PHI (electronic, paper, and oral) created, received, stored or transmitted by the contractor.

3. Take into account all relevant losses that would be expected if privacy and security measures were not in place, including losses caused by unauthorized uses and disclosures, as well as losses of data integrity or accuracy.

4. Determine residual risk.

5. Identify and document an action plan from prioritized findings to mitigate risk to an acceptable level.


The results of the risk assessment, assurances given by appropriate (name of contractor) officials, and other information provided, indicate that the procedures and policies of (name of contractor) in effect during the year ended (Date), comply with the requirements in the TOM, Chapter 19, Section 3. The following action plans describe the risk identified during the annual assessment and the plan to correct deficiencies and achieve compliance. Please indicate UNONE" if the annual risk analysis did not identify weaknesses.

Attachment A to this statement contains (1) the (Name of Contractor) plans and schedules for correcting such weaknesses, and (2) the status of actions taken to correct weaknesses identified in prior years' reports.


Sincerely,

Name, Title and Office

cc: Regional Director (RD)

DHA Procuring Contracting Officer (PCO)

HA/DHA Privacy Officer

HA/DHA Contracting Officer's Representative (COR)

Enclosure(s) (if any)

Note to Contractor

(1) If there are no material weaknesses, this sentence should be deleted, and there would be no list or Attachment A containing plans and schedules for correcting such weaknesses.

(2) If there were no actions taken during the past year to correct weaknesses, or no identified weaknesses for which corrective actions remain to be taken, this phrase would be deleted

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A080 | Fraud Detection and Prevention Strategy and Internal Procedures | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C13 S1 | Program Integrity (PI) |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | Draft | b. COPIES / Final (Reg / Repro) |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | | |
| N/A | | See Block 16 | See Block 16 | | | |

| 16. REMARKS | Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | |
|---|---|---|---|
| FIRST SUBMISSION: | | | |

16. REMARKS

FIRST SUBMISSION:
  Frequency: Annual (Calendar Year)
  Reporting Period Start Date:  Start of service delivery
  Due Date:  30 calendar days before start of reporting period with updates as changes occur
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII:  No
FILE FORMAT: No specific file format required.

CONTENT DETAILS:
Internal procedures shall be in place for all offices to provide potential fraud and abuse cases to the Contractor's program integrity function. The strategy and internal procedures shall be provided to the Program Integrity (PI) Office 30 calendar days prior to the start of health care delivery, with updates provided as changes occur.

Submit through the
DHA e-Commerce
Extranet.
(Per TOM C14)

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page __1__ of __1__ Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved OMB |
|---|---|
| (1 Data Item) | No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: TDP _____ TM _____ OTHER _____ |
|---|---|---|

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A090 | DEERS Query Volume Forecast | REV 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.2, 7.1.3, & C.15.1.6 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg / Repro |
| N/A | | See Block 16 | See Block 16 | | | |

| 16. REMARKS | | |
|---|---|---|
| FIRST SUBMISSION: | Submit through the | |
| Frequency: One Time | DHA e-Commerce | |
| Reporting Period Start Date: Transition-In | Extranet. | |
| Due Date: Within 30 calendar days after modification is issued | (Per TOM C14) | |

FIRST SUBMISSION:
Frequency: One Time
Reporting Period Start Date: Transition-In
Due Date: Within 30 calendar days after modification is issued

SUBSEQUENT SUBMISSION:
Frequency: Annual (Option Period)
Reporting Period Start Date: Start of service delivery
Due Date: Within 60 calendar days after the end of the reporting period

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall provide a report that allows the Government to see forecasted query volumes for all DEERS eligibility and demographics interfaces. This report shall also allow the Government to compare actual volumes with the forecasts. The Government will use this report to ensure DEERS can support forecasted volumes across all contracts.

The Contractor shall investigate any variance greater than 10% in DEERS query volumes and revise estimates for future periods of performance annually, or any time actual query volume deviates from the most recent forecasts. The reporting shall describe these variances, the contractor's conclusions about their likely causes, and their impact on future forecasts.

| | 15. TOTAL → | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page  1  of  1  Pages

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A100 | Education Plan | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.9.4.1.1 | DHA Communications/Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | Draft | b. COPIES Final | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | | Reg | Repro |
| N/A | | See Block 16 | See Block 16 | | | | |

| 16. REMARKS | | | |
|---|---|---|---|

FIRST SUBMISSION:
 Frequency: One Time
 Reporting Period Start Date: Transition-In
 Due Date: No later than 30 calendar days after post award meeting
SUBSEQUENT SUBMISSION:
 Frequency: Annual (Option Period)
 Reporting Period Start Date: Start of service delivery
 Due Date: Within 1 year of previous submission, the Contractor shall submit an updated education plan or notification to the Government that the education plan has been reviewed and no updates were required.

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
The Contractor shall provide an annual comprehensive beneficiary and healthcare provider educational plan outlining how it intends to conduct targeted TRICARE Pharmacy Benefit education to beneficiaries, healthcare providers and other stakeholders identified by the Government as described in TOM, Chapter 11, Section 1.

Submit through the DHA e-Commerce Extranet (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____  TM _____  OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A110 | Retail Network Access Plan | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.3.3.5 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. |
|   Frequency: One Time | (Per TOM C14) |
|   Reporting Period Start Date: Transition-In | |
|   Due Date:  60 calendar days prior to the start of service delivery | |
| SUBSEQUENT SUBMISSION: | |
|   Frequency: Annual (Option Period) | |
|   Reporting Period Start Date: Start of service delivery | |
|   Due Date: 30 calendar days after the end of each option period; or when within 30 calendar days of notifying the Government of a network change under C.3.3.9. | |
| | |
| PHI/PII:  No | |
| FILE FORMAT: Mutually agreed upon format | |
| | |
| CONTENT DETAILS: | |
| The Contractor shall provide a plan describing how beneficiaries not meeting the access standards will have access to pharmacy services.  The report shall include: | |
| - Overall approach to providing access to pharmacy services for beneficiaries who cannot access a network pharmacy within the established performance metric; includes channels, mechanisms, and tools used to provide services | |
| - Approach to communicating the availability of these options to beneficiaries | |
| - Contractor's method for and evaluation of the success of these options in providing access to pharmacy services; should address trends in performance over time | |

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A120 | System Security Plan | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TSM C1 S1.1 P3.4.4.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | B | See Block 16 | See Block 16 | | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| | | See Block 16 | See Block 16 | | | Reg / Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

b. COPIES

16. REMARKS

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Contract Transition-In
  Due Date: Within 30 calendar days after the start of contract Transition-In
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of Service Delivery
  Due Date: 30 calendar days before the start of each option period exercised

PII/PHI: No
FILE FORMAT: No specific file format required.

CONTENT DETAILS:
The system security plan (SSP) shall include a description of system boundaries, system environments of operation, how the NIST SP 800-171 security requirements are implemented or how Contractor plans to meet the security requirements, and the relationships with or connections to other systems. Any associated plans of action shall include a description how the Contractor will correct deficiencies and reduce or eliminate vulnerabilities in the Contractor's information system related to the contract. Recommend using CUI SSP template available at https://csrc nist.gov/publications/detail/sp/800-171/rev-2/final. Contract Reference: TRICARE Systems Manual (TSM) Chapter 1, Section 1.1.

Assessment Objectives: The Contractor may utilize the NIST SP 800-171A to display the depth and rigor of their assessment of each of the NIST SP 800-171 security requirements.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

15. TOTAL ⟶

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Steven F Alvarado | 4/19/2021 | John L (Jack) Arendale | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A130 | Health and Safety Gaps Closure Report | REV 12/23/2021 |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR H.4.16 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg / Repro |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 40 days after the end of the reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:

The Contractor shall provide reporting of measurements utilized to successfully close any therapy gaps associated with adverse drug risk, coordination of care and omission of care to meet the performance guarantees in Sec H.4.16. Data elements provided will coincide with how the performance guarantees are defined and measured. The data elements and format will be mutually agreed upon by the Contractor and Government. The data provided shall be auditable and the methodology utilized to determine if the guarantee is met or not met shall be transparent and easy to follow.

Distribution addressee: FTP server provided by the Government

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 12/23/2021 | Henry J Gibbs | 12/23/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED     Page 1 of 1     Page 6

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

16. REMARKS *(Continued)*

**DD FORM 1423-1, FEB 2001**

Page_____of_____Pages

INSTRUCTIONS FOR COMPLETING DD FORM 1423

FOR THE CONTRACTOR

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A140 | Latent Replenishment Owed Approval Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.8.7 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | Draft | Final Reg | Repro |

| 16. REMARKS | | | |
|---|---|---|---|

FIRST SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 90 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The report must include, at a minimum, the following:

SUMMARY tab
Limited or No Commercial Use
Discontinued/Obsolete
Manufacturer Backorder
Temporarily Unavailable
Recall
DEA Constraints
4th Tier / Not Covered
Non-TAA Determination
Less than a Bottle Size
Commercial Inventory Use
For each of the above categories, the following should be provided:
- # of items
- RO Qty (Units)
- MMC Value

DETAILED tab
Generic Code Number (GCN) GCN Sequence Number (GSN) NDC
Drug Name and Strength Manufacturer
Brand / Generic
DEA Code
Unit Pack (Y/N)
Metric Unit

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

Continued on page 2

| 15. TOTAL ➡ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page __1__ of __2__ Pages

| CONTRACT DATA REQUIREMENTS LIST | | |
|---|---|---|
| *(1 Data Item)* | | |

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER Performance Report _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Receiving UOM
Dispensing UOM
Unreplenished Balance
Date of Last Dispense
Date RO Last Received
Date RO Last Ordered
MMC Unit Price
Extended MMC Value of RO
Unreplenished Category
Proposed Solution (Waiver, Monetary Settlement, RO Transfer, CLIN, etc.)
Comments

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | | Form Approved OMB<br>No. 0704-0188 |
|---|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| D010 | Mail Order NDC Change Requests Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.8.16 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION<br>  Frequency: Daily (Business Day)<br>  Reporting Period Start Date: Start of service delivery<br>  Due Date: Next business day<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: No<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>The Contractor shall provide a daily report of all requested NDCs proposed for immediate change at Mail Order, submitted for DHA review and CO or COR approval.<br>The Government reserves the right to make modifications to the report requirements after the first submission.<br><br>The report must include, at a minimum, the following:<br>Request ID<br>Date Submitted to DoD<br>Type of Change<br>Dispensing Site (if multiple locations)<br>Generic Code Number (GCN)<br>GCN Sequence Number (GSN)<br>Current NDC<br>Current Manufacturer<br>Current NDC National Contract (Y/N)<br>Current Medical Pricing Catalog Cost<br>Cost Difference<br>New Medical Pricing Catalog Cost<br>New NDC Selection<br>New Manufacturer Selection<br>Drug Name, Strength, Form<br>New NDC National Contract (Y/N)<br>Reason for Requested Change (e.g., backorder, cannot support DoD usage, Government-directed, change from MPPP, temporary use of commercial product, other applicable reasons)<br><br><center>Continued on page 2</center> | By email to all individuals designated by the Government |

| | | | 15. TOTAL ➞ | 0 | 0 | 0 |
|---|---|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page __1__ of _2_ Pages

## CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT N/A | C. CATEGORY: TDP ____ TM ____ OTHER Performance Report |
|---|---|---|

| D. SYSTEM/ITEM TRICARE Pharmacy Program | E. CONTRACT/PR NO. HT940221C0007 | F. CONTRACTOR Express Scripts, Inc (ESI) |
|---|---|---|

16. REMARKS *(Continued)*

Contractor's Assigned POC (if multiple POCs are involved)
Summary of Contractor/Prime Vendor Communication (including specific comments regarding NDC unavailability, additional background information supporting change)
Package Size of New NDC
Anticipated TPharm5 Monthly Usage (units)
Projected Annual Impact (Cost Difference * Monthly Usage * 12 months)
Burning Contractor Inventory (indicate Y/N)
Unit pack (if package cannot be broken, indicate Y/N)
New NDC on Medical Pricing Catalog (eg. Commercial products)? (indicate Y/N)
New NDC TAA Compliant (indicate Y/N)
New NDC Have a NAD Waiver (indicate Y/N)
Change to Contractor's commercial preferred NDC? (indicate Y/N)
Change from Contractor's commercial preferred NDC to DoD preferred NDC? (indicate Y/N)
Holding Replenishment Owed? (indicate Y/N)
Transferring Replenishment Owed to another previously approved? (indicate Y/N)
If transferring RO, to what NDC? (indicate N/A or specify NDC)
Seeking RO on new NDC? (indicate Y/N)
Change Approval fields (blank for documentation)

- DoD Guidance
- TPharm5 POC
- TPharm5 COR

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

| CONTRACT DATA REQUIREMENTS LIST<br>*(1 Data Item)* | Form Approved<br>OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____  TM _____  OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| D020 | MTF CHCS Claims Rejection Detail Report | REV on 03/01/2023 |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.5.3.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION<br>  Frequency: Daily (Business Day)<br>  Reporting Period Start Date: Start of service delivery<br>  Due Date: Next business day<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: Yes<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>The Contractor shall provide a daily summary of data on all MTF CHCS claims that remain rejected from the previous day, according to date processed. Rejects resulting from system issues (e.g. downtime) shall be reported on a separate tab. The reports shall be broken out by MTF and sent to the contact at each MTF designated by the Government.  A master file shall also be provided to the DHA. The Government reserves the right to make modifications to the report requirements after the first submission.<br><br>The report must include, at a minimum, the following:<br>Branch of Service<br>PDW Prescription Number<br>TRICARE Region<br>Service Command<br>Site MTF<br>Date Written<br>Date Dispensed<br>Prescriber Name<br>Prescriber ID<br>Pharmacy Name<br>Pharmacy NPI<br>NDC Drug Code<br>Drug Name<br>Drug Strength<br>Drug Dosage Form<br>DUR Intervention Code<br>Quantity<br>Days Supply<br>New/Refill Code<br>Submitted Amount | FTP Server provided by the government with notification to COR |

Continued on page 2

15. TOTAL → 0 0 0

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page __1__ of __2__ Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Reject Code 1
Reject Description 1
Reject Code 2
Reject Description 2
Reject Code 3
Reject Description Code 3
Notes from MTF to Contractor (blank for MTF to provide notes back to Contractor)

The report shall include:

- Solutions tab to provide guidance to MTFs on corrective steps to take for reject codes
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

Reporting Period: 01/0·

| Branch of Service | PDW Rx # | TRICARE Region | Service Command | Site MTF | Date Received by Pharmacy | Date Processed | Prescriber ID | Pharmacy NPI | Pharmacy Name | NDC Drug Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AIR FORCE | 123456789 | WEST | AFSOC | CANNON | 12/31/2019 | 01/01/2020 | DEA or NPI | 1871692228 | Lackland | 00004035039 |

| Drug Name | Drug Strength | Drug Dosage Form | DUR Intervention Code | Quantity | Days Supply | New/Refill Code | Submitted Amount | Rejected to be corrected by (MTF or Contractor) | Reject Code 1 |
|---|---|---|---|---|---|---|---|---|---|
| PEGASYS 180 MCG/ML CONV.PACK | 180MCG/ML | YK | | 4 | 28 | 0 | $0.00 | 00 | 77 |

| Reject Description 1 | Reject Code 2 | Reject Description 2 | Reject Code 3 | Reject Description 3 | Notes from MTF to Contractor |
|---|---|---|---|---|---|
| Discontinued Product/Service ID Number | | NO DESCRIPTION | | NO DESCRIPTION | |

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | Form Approved<br>OMB No. 0704-0188 |
| --- | --- |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

**A. CONTRACT LINE ITEM NO.**

**B. EXHIBIT**
Exhibit A

**C. CATEGORY:**
TDP _____ TM _____ OTHER _____

**D. SYSTEM/ITEM**
TRICARE Pharmacy Program

**E. CONTRACT/PR NO.**
HT940221C0007

**F. CONTRACTOR**
Express Scripts, Inc (ESI)

| 1. DATA ITEM NO.<br>D030 | 2. TITLE OF DATA ITEM<br>Non-Financially Underwritten Contractor Payment/Check Issue Data | 3. SUBTITLE<br>Initial |
| --- | --- | --- |

**4. AUTHORITY** *(Data Acquisition Document No.)*

**5. CONTRACT REFERENCE**
CTR G.4.1.1

**6. REQUIRING OFFICE**
CRM

| 7. DD 250 REQ<br>N/A | 9. DIST STATEMENT REQUIRED<br>D | 10. FREQUENCY<br>See Block 16 | 12. DATE OF FIRST SUBMISSION<br>See Block 16 | 14. DISTRIBUTION | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 8. APP CODE<br>N/A | | 11. AS OF DATE<br>See Block 16 | 13. DATE OF SUBSEQUENT SUBMISSION<br>See Block 16 | a. ADDRESSEE | Draft | b. COPIES | |
| | | | | | | Final | |
| | | | | | | Reg | Repro |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Daily
  Reporting Period Start Date: Start of claims processing
  Due Date: Required with each cycle
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Data file (.dat)

CONTENT DETAILS:
The Contractor shall provide a Contractor Payment/Check and EFT/ACH data files listing the payments issued for each cycle or each approved manual release. The occurrence of this report is based on cycle which is normally daily based on normal work days. Voided/Stale dated payments must also be reported as negative amounts in this same format. Reference Attachment A to this CDRL.

Payment file layouts are attached with updates provided by the government as required.

Attachment A: Check Issued Layout
Attachment B: EFT/ACH Issued Layout

Submit through the B2B Gateway

| 15. TOTAL → | 0 | 0 | 0 |
| --- | --- | --- | --- |

| G. PREPARED BY<br>Laura E White | H. DATE<br>4/19/2021 | I. APPROVED BY<br>Henry J Gibbs | J. DATE<br>4/19/2021 |
| --- | --- | --- | --- |

**DD FORM 1423-1, FEB 2001**      PREVIOUS EDITION MAY BE USED.      Page 1 of 3 Pages

<u>Attachment A:</u>

<u>Contractor "Check Issued" File Layout</u>

```
OPTIONS (rows=1)    ***CHECK Type Transactions***
LOAD DATA
INFILE '&1'
REPLACE
INTO TABLE TMA_PCR_CONTR_IMP_HEADERS
WHEN (1) = 'H'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
     ASAP_ACCT_NUMBER       POSITION(02:09) CHAR "rtrim(:asap_acct_number)",
     TMA_AUTH_NUMBER        POSITION(10:17) CHAR NULLIF TMA_AUTH_NUMBER=BLANKS "rtrim(:tma_auth_number)",
     RECORD_COUNT           POSITION(18:23) INTEGER EXTERNAL,
     TOTAL_AMOUNT           POSITION(24:34) DECIMAL EXTERNAL ":total_amount/100"
)
INTO TABLE TMA_PCR_CONTR_IMP_DETAILS
WHEN (1) = 'D'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
     ASAP_ACCT_NUMBER       POSITION(002:009) CHAR "rtrim(:asap_acct_number)",
     BANK_ACCT_NUMBER       POSITION(010:019) CHAR NULLIF BANK_ACCT_NUMBER=BLANKS "rtrim(:bank_acct_number)",
     CHECK_NUMBER_PFX       POSITION(020:020) CHAR "decode(:check_number_pfx,'
',NULL,'0',NULL,:check_number_pfx)",    (NOTE: Should contain a C for Checks)
     CHECK_NUMBER           POSITION(021:030) CHAR,
     CHECK_PAYMENT_DATE     POSITION(031:038) DATE "YYYYMMDD"
"DECODE(:check_payment_date,'00000000',NULL,'99999999',NULL,:check_payment_date)",
     PAYEE_NAME             POSITION(039:088) CHAR NULLIF PAYEE_NAME=BLANKS      "rtrim(:payee_name)",
     PROVIDER_TIN           POSITION(089:106) CHAR NULLIF PROVIDER_TIN=BLANKS    "rtrim(:provider_tin)",
     INTEREST_PAID          POSITION(107:117) DECIMAL EXTERNAL ":interest_paid/100",
     AMOUNT_PAID            POSITION(118:128) DECIMAL EXTERNAL ":amount_paid/100"
)
```

* On detailed record paid amount should be right justified, left zero filled.

**Attachment B:**

## Contractor "EFT/ACH" Payment Issued" File Layout

```
OPTIONS (rows=1)    *** EFT/ACH Type Transactions***
LOAD DATA
INFILE '&1'
REPLACE
INTO TABLE TMA_PCR_CONTR_IMP_HEADERS
WHEN (1) = 'H'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
     ASAP_ACCT_NUMBER       POSITION(02:09) CHAR "rtrim(:asap_acct_number)",
     TMA_AUTH_NUMBER        POSITION(10:17) CHAR NULLIF TMA_AUTH_NUMBER=BLANKS "rtrim(:tma_auth_number)",
     RECORD_COUNT           POSITION(18:23) INTEGER EXTERNAL,
     TOTAL_AMOUNT           POSITION(24:34) DECIMAL EXTERNAL ":total_amount/100"
)
INTO TABLE TMA_PCR_CONTR_IMP_DETAILS
WHEN (1) = 'D'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
     ASAP_ACCT_NUMBER       POSITION(002:009) CHAR "rtrim(:asap_acct_number)",
     BANK_ACCT_NUMBER       POSITION(010:019) CHAR NULLIF BANK_ACCT_NUMBER=BLANKS "rtrim(:bank_acct_number)",
     CHECK_EFT_NUMBER_PFX   POSITION(020:020) CHAR "decode(:check_number_pfx,'
',NULL,'0',NULL,:check_number_pfx)",       (NOTE: Should contain an E for EFT/ACH)
     EFT/ACH Unique Cust ID    POSITION(021:030) CHAR,
     CHECK_PAYMENT_DATE     POSITION(031:038) DATE "YYYYMMDD"
"DECODE(:check_payment_date,'00000000',NULL,'99999999',NULL,:check_payment_date)",
     PAYEE_NAME             POSITION(039:088) CHAR NULLIF PAYEE_NAME=BLANKS      "rtrim(:payee_name)",
     PROVIDER_TIN           POSITION(089:106) CHAR NULLIF PROVIDER_TIN=BLANKS    "rtrim(:provider_tin)",
     INTEREST_PAID          POSITION(107:117) DECIMAL EXTERNAL ":interest_paid/100",
     AMOUNT_PAID            POSITION(118:128) DECIMAL EXTERNAL ":amount_paid/100"
```

**Contractor/Bank**

**Note[1]:** The Contractor sends an electronic industrial standard **NACHA (National Automated Clearing House Association)** EFT/ACH payment file to their banks containing a Unique Customer identifier number.   This unique customer ID must be passed in the **NACHA** file in Record Type 6, Field 7, Position 40-54.   The contractor shall require the bank to include this unique customer identifier number in the Industry Standard **BAI** (Bank Administration Institute) format, Record Type 16 Field 8.

**Note[2]:** This Unique EFT/ACH Customer ID number is equivalent to a Check Number for a **regular** Check payment.

* On detailed record paid amount should be right justified, left zero filled.

## FORMAT FOR CONTRACTOR PAYMENT/CHECK ISSUE DATA

### HEADER

| Column Nbr | Field | Data size | TEDS ELN# | |
|---|---|---|---|---|
| 1 | Record type indicator (H = Header) | 1 | H | Indicates the Header information |
| 2 | Batch/Voucher ASAP Account Number | 8 | 0-025 | ASAP ID number assigned to contractor by DHA, CRM. |
| 3 | DHA Authorization Number | 8 | | e.g. 20130601 for first cycle in June |
| 4 | Record Count | 6 | | Number of Records on this submission |
| 5 | Total Amount of Check Run | 11 | | Total dollar amount of the listing |

### DETAIL RECORDS
### CHECKS/EFT

| Column Nbr | Field | Data size | TEDS ELN# Institutional/ Non-Institutional | |
|---|---|---|---|---|
| 1 | Record type indicator | 1 | D | Indicates the individual records |
| 2 | Batch/Voucher ASAP Account Number | 8 | 0-025 | Same as Header |
| 3 | Bank Account Number | 10 | | Actual Contractor Bank Account |
| 4 | Check Number/EFT Trace Number | 11 | | leave blank for any extra spaces |
| 5 | Check Payment Date | 8 | | YYYYMMDD |
| 6 | Payee | 50 | | leave blank for any extra spaces |
| 7 | Payee Tax ID/Provider Number | 18 | 1-200/2-240 | leave blank for any extra spaces |
| 8 | Interest Paid | 11 | 1-145/2-112 | Optional if interest is included in Government Paid Amount. See below. |
| 9 | Government Paid Amount | 11 | 1-140/2-205 | If Interest is not listed separately, should be included in the Government Paid Amount Field |

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | Form Approved<br>OMB No. 0704-0188 |
|---|---|

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| D040 | Retail Pharmacy Claims (RPC) Data Requirements | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.12 | CRM/Pharm Ops |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION:<br>  Frequency: Daily (per Cycle)<br>  Reporting Period Start Date: Start of service delivery<br>  Due Date: Submitted with every TED submission<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: No<br>FILE FORMAT: Data file (.dat)<br><br>CONTENT DETAILS:<br>The Contractor shall submit Retail Pharmacy Claims (RPC) data files to DHA as detailed in the attached instructions.<br><br>Retail Pharmacy Claims (RPC) data files are required for all claims processed by the TPharm Contractor for drugs and supplies dispensed at or through non-DoD pharmacies. RPC data files are NOT required for claims for administrative services (such as Prior Authorization or Medical Necessity) nor for items dispensed through TRICARE Pharmacy Home Delivery (also known as TRICARE Mail Order Pharmacy or TMOP). | Submit through the B2B Gateway |

| 15. TOTAL ➤ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Kathy L Ducharme | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page  1  of  4  Pages

08. D020_P00005 AttachA_RPC_Data_-_revised.xlsx

**TRICARE Pharmacy Program, Fifth Generation (TPharm5)**

**Retail Pharmacy Claims (RPC) Data Requirements** (updated 20200006-30)

**NOTE: These data requirements are *in addition* to those specified in TRICARE Systems Manual (TSM).**

**1.0 General Information**

1.1   The TPharm contractor shall submit TED records (batch/voucher header, non-institutional, and provider) to Defense Health Agency (DHA) as per TRICARE Systems Manual (TSM). In addition, the contractor shall submit Retail Pharmacy Claims (RPC) data files to DHA as instructed below.

1.2   Retail Pharmacy Claims (RPC) data files are required for all claims processed by the TPharm contractor for drugs and supplies dispensed at or through non-DoD pharmacies. RPC data files are NOT required for claims for administrative services (such as Prior Authorization or Medical Necessity) or for items dispensed through TRICARE Pharmacy Home Delivery (also known as TRICARE Mail Order Pharmacy or TMOP).

1.3   TED records for claims processed by the TPharm contractor for drugs and supplies dispensed at or through non-DoD pharmacies are submitted with BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER (on BATCH/VOUCHER HEADER records) starting with either "MC" or "TF". Each time the contractor submits or resubmits such TED records, it shall also submit or resubmit "companion" RPC records.

**2.0 RPC-Specific Data Communications Technical Requirements**

2.1   Communication Protocol: Connect:Direct through MHS B2B Gateway or Connect Direct using Internet and Secure+.

2.2   Timing and other requirements: First submission shall be submitted at the same time as the first TED submission. Subsequent submissions shall be submitted with subsequent TED submissions.

**3.0 RPC-Specific Transmission Records**

3.1   The requirement for all electronic transmissions will incorporate the Health Insurance Portability and Accountability Act of 1996 (HIPAA) mandated standards wherever feasible.

3.2   The first record in each transmission to DHA will be a transmission header, using the following format. Where value is specified under comments, the value must be reported exactly as shown.

**TRANSMISSION HEADER RECORD FORMAT**

| Position(s) | Description | Content | Comment |
|---|---|---|---|
| 1-8 | Alpha | Data Type | Must be "RPC Data". |
| 9-10 | ** | Delimiter | Must be "**". |
| 11-22 | Alphanumeric | File Name | "RP*yyyymmddnnss*", where *yyyymmdd* is the Transmission Date, *nn* is the TMA-assigned Contractor Number, and *ss* is the sequence number (01-99) of the file sent on a particular day. |
| 23-24 | ** | Delimiter | Must be "**". |
| 25-29 | Alpha | | Must be "FSIZE". |
| 30-Variable | Numeric | File Size | Total number of *VOUCHER* records and *CLAIM* records. Includes transmission header, excludes transmission trailer. |
| Variable (2 positions) | ** | Delimiter | Must be "**". |
| Variable (6 positions) | Alpha | Record Type | Must be "RTYPEV". |
| Variable (2 positions) | ** | Delimiter | Must be "**". |
| Variable (7 positions) | Alpha | | Must be "MAXRLEN". |
| Variable (2 positions) | ** | Delimiter | Must be "**". |
| Variable | Numeric | Maximum Record Length | 1000. (Length of the longest variable length record within the transmission.) |
| Variable (2 positions) | ** | Delimiter | Must be "**". |
| Variable - 80 | Blank | Reserved | Must be spaces. |

3.3   Appended to the end of each transmission to DHA will be a transmission trailer record. The format for the transmission trailer record follows:

**TRANSMISSION  TRAILER RECORD FORMAT**

| Position(s) | Description | Content | Comment |
|---|---|---|---|
| 1 | Alpha | Record ID | Must be "@" sign. |
| 2-3 | Alphanumeric | Contractor Number | DHA-assigned Contractor Number. |
| 4-10 | Alphanumeric | Transmission Date | Enter in YYYYDDD format. |
| 11-14 | Numeric | Voucher Count | Number of *VOUCHER* records in the transmission. |
| 15-20 | Numeric | Record Count | Total number of *VOUCHER* records and *CLAIM* records. Excludes transmission header and transmission trailer. |
| 21 - 80 | Blank | Reserved | Must be spaces. |

08. D020_P00005 AttachA_RPC_Data_-_revised.xlsx

**4.0 RPC VOUCHER Data Element Layout**

4.1  For every TED BATCH/VOUCHER HEADER record with BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER starting with "MC" or "TF", the contractor shall also submit a matching and identical RPC VOUCHER record.

| ELN | ELEMENT NAME | NCPDP Field # | FORMAT | Width | POSITION FROM | THRU | Corresponding TED Data Element ELN | ELEMENT NAME |
|-----|--------------|---------------|--------|-------|---------------|------|-----|--------------|
| 0-001 | HEADER TYPE INDICATOR | n/a | X(1) | 1 | 1 | 1 | 0-001 | HEADER TYPE INDICATOR |
| 0-010 | CONTRACT NUMBER | n/a | X(13) | 13 | 2 | 14 | 0-010 | CONTRACT NUMBER |
| 0-015 | BATCH/VOUCHER IDENTIFIER | n/a | X | 1 | 15 | 15 | 0-015 | BATCH/VOUCHER IDENTIFIER |
| 0-025 | BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER | n/a | X(8) | 8 | 16 | 23 | 0-025 | BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER |
| 0-030 | BATCH/VOUCHER DATE | n/a | YYYYDDD | 7 | 24 | 30 | 0-030 | BATCH/VOUCHER DATE |
| 0-035 | BATCH/VOUCHER  SEQUENCE NUMBER | n/a | X(2) | 2 | 31 | 32 | 0-035 | BATCH/VOUCHER  SEQUENCE NUMBER |
| 0-040 | BATCH/VOUCHER RESUBMISSION NUMBER | n/a | X(2) | 2 | 33 | 34 | 0-040 | BATCH/VOUCHER RESUBMISSION NUMBER |
| 0-045 | TOTAL NUMBER OF RECORDS | n/a | 9(7) | 7 | 35 | 41 | 0-045 | TOTAL NUMBER OF RECORDS |
| 0-050 | TOTAL AMOUNT PAID | n/a | S9(10)V99 | 12 | 42 | 53 | 0-050 | TOTAL AMOUNT PAID |
| 0-055 | INITIAL TRANSMISSION DATE (TMA DERIVED) | n/a | YYYYMMDD | 8 | 54 | 61 | 0-055 | INITIAL TRANSMISSION DATE (TMA DERIVED) |
| 0-060 | TMA BATCH/VOUCHER PROCESSING DATE (TMA  DERIVED) | n/a | YYYYMMDD | 8 | 62 | 69 | 0-060 | TMA BATCH/VOUCHER PROCESSING DATE (TMA  DERIVED) |
| 0-065 | FUND ACCOUNTING | n/a | S9(8)V99 | 10 | 70 | 79 | 0-065 | FUND ACCOUNTING |

**5.0 RPC CLAIM Data Element Layout**

5.1  For every TED NON-INSTITUTIONAL record submitted together with a TED BATCH/VOUCHER HEADER record with BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER starting with "MC" or "TF", the contractor shall also submit a companion RPC CLAIM record consisting of data elements listed below.

5.2  Relationship between RPC CLAIM data elements and TED NON-INSTITUTIONAL data elements:
   - TED RECORD INDICATOR data:  The first 7 data elements, in the first 33 positions, on the RPC CLAIM record shall be identical to the first 7 data elements, and the first 33 positions, on the companion TED NON-INSTITUTIONAL record, as per Chapter 2, Section 2.2 of TSM.
   - Other TED data:  The next 12 RPC CLAIM elements shall be identical to those on the companion TED NON-INSTITUTIONAL record, albeit in different positions.
   - NCPDP data:  The rest of the RPC CLAIM elements shall be populated with original claim data as per NCPDP Telecommunication Standard Version D.0 or later.

| ELN | ELEMENT NAME | NCPDP Field # | FORMAT | Width | POSITION FROM | THRU | Corresponding TED Data Element ELN | ELEMENT NAME | |
|-----|--------------|---------------|--------|-------|---------------|------|-----|--------------|--|
| X-001 | RECORD TYPE INDICATOR | n/a | X(1) | 1 | 1 | 1 | 2-001 | RECORD TYPE INDICATOR | |
| X-015 | FILING DATE | n/a | YYYYDDD | 7 | 2 | 8 | 2-015 | FILING DATE | |
| X-020 | FILING STATE/COUNTRY CODE | n/a | X(3) | 3 | 9 | 11 | 2-020 | FILING STATE/COUNTRY CODE | |
| X-025 | SEQUENCE NUMBER | n/a | X(7) | 7 | 12 | 18 | 2-025 | SEQUENCE NUMBER | |
| X-030 | TIME STAMP | n/a | X(6) | 6 | 19 | 24 | 2-030 | TIME STAMP | |
| X-035 | ADJUSTMENT KEY | n/a | X(1) | 1 | 25 | 25 | 2-035 | ADJUSTMENT KEY | |
| X-040 | DATE TED RECORDS PROCESSED TO COMPLETION | n/a | YYYYMMDD | 8 | 26 | 33 | 2-040 | DATE TED RECORDS PROCESSED TO COMPLETION | |
| X-055 | SERVICE BRANCH CLASSIFICATION CODE (SPONSOR) | n/a | X(1) | 1 | 34 | 34 | 2-055 | SERVICE BRANCH CLASSIFICATION CODE (SPONSOR) | |
| X-100 | TYPE OF SUBMISSION | n/a | X(1) | 1 | 35 | 35 | 2-100 | TYPE OF SUBMISSION | |
| X-105 | CLAIM FORM TYPE/EMC INDICATOR | n/a | X(1) | 1 | 36 | 36 | 2-105 | CLAIM FORM TYPE/EMC INDICATOR | |
| X-155 | END DATE OF CARE | n/a | YYYYMMDD | 8 | 37 | 44 | 2-155 | END DATE OF CARE | |
| X-170 | NATIONAL DRUG CODE | n/a | X(11) | 11 | 45 | 55 | 2-170 | NATIONAL DRUG CODE | |
| X-185 | AMOUNT ALLOWED BY PROCEDURE CODE | n/a | S9(7)V99 | 9 | 56 | 64 | 2-185 | AMOUNT ALLOWED | |
| X-190 | AMOUNT PAID BY OTHER HEALTH INSURANCE (OHI) | n/a | S9(7)V99 | 9 | 65 | 73 | 2-190 | AMOUNT PAID BY OTHER HEALTH INSURANCE (OHI) | |
| X-205 | AMOUNT PAID BY GOV T CONTRACTOR BY PROCEDURE CODE | n/a | S9(7)V99 | 9 | 74 | 82 | 2-205 | AMOUNT PAID BY GOV T CONTRACTOR BY PROCEDURE CODE | |
| X-230 | PROVIDER ORGANIZATIONAL NPI NUMBER | n/a | X(15) | 15 | 83 | 97 | 2-230 | PROVIDER ORGANIZATIONAL NPI NUMBER | |
| X-250 | PROVIDER ZIP CODE | n/a | X(9) | 9 | 98 | 106 | 2-250 | PROVIDER ZIP CODE | |
| X-265 | PROVIDER NETWORK STATUS INDICATOR | n/a | X(1) | 1 | 107 | 107 | 2-265 | PROVIDER NETWORK STATUS INDICATOR | |
| X-305 | SPECIAL PROCESSING CODE | n/a | X(8) | 8 | 108 | 115 | 2-305 | SPECIAL PROCESSING CODE | |
| X-601 | Transaction Response Status | 112-AN | X(1) | 1 | 116 | 116 | | <--- start of Status Segment fields | |
| X-604 | Authorization Number | 5Ø3-F3 | X(20) | 20 | 117 | 136 | | | |
| X-607 | Service Provider ID Qualifier | 2Ø2-B2 | X(2) | 2 | 137 | 138 | | <--- start of Header Segment fields | |
| X-610 | Service Provider ID | 2Ø1-B1 | X(15) | 15 | 139 | 153 | | | |
| X-613 | Date of Service | 4Ø1-D1 | YYYYMMDD | 8 | 154 | 161 | | | |
| X-616 | Prescription/Service Reference Number Qualifier | 455-EM | X(1) | 1 | 162 | 162 | | <--- start of Claim Segment fields | |
| X-619 | Prescription/Service Reference Number | 4Ø2-D2 | 9(12) | 12 | 163 | 174 | | | |
| X-622 | Product/Service ID Qualifier | 436-E1 | X(2) | 2 | 175 | 176 | | | |
| X-625 | Product/Service ID | 4Ø7-D7 | X(19) | 19 | 177 | 195 | | | |
| X-628 | Quantity Dispensed | 442-E7 | 9(7)V999 | 10 | 196 | 205 | | | |
| X-631 | Fill Number | 4Ø3-D3 | 9(2) | 2 | 206 | 207 | | | |
| X-634 | Days Supply | 4Ø5-D5 | 9(3) | 3 | 208 | 210 | | | |
| X-637 | Compound Code | 4Ø6-D6 | 9(1) | 1 | 211 | 211 | | | |
| X-640 | Dispense As Written (DAW)/Product Selection Code | 4Ø8-D8 | X(1) | 1 | 212 | 212 | | | |
| X-643 | Date Prescription Written | 414-DE | YYYYMMDD | 8 | 213 | 220 | | | |
| X-646 | Number of Refills Authorized | 415-DF | 9(2) | 2 | 221 | 222 | | | |
| X-649 | Prescription Origin Code | 419-DJ | 9(1) | 1 | 223 | 223 | | | |
| X-652 | Submission Clarification Code Count  (max = 3) | 354-NX | 9(1) | 1 | 224 | 224 | | | |
| X-655 | Submission Clarification Code - 1st | 42Ø-DK | 9(2) | 2 | 225 | 226 | | | |
| X-658 | Submission Clarification Code - 2nd | 42Ø-DK | 9(2) | 2 | 227 | 228 | | | |
| X-661 | Submission Clarification Code - 3rd | 42Ø-DK | 9(2) | 2 | 229 | 230 | | | |
| X-664 | Other Coverage Code | 3Ø8-C8 | 9(2) | 2 | 231 | 232 | | | |
| X-667 | Unit of Measure | 6ØØ-28 | X(2) | 2 | 233 | 234 | | | |
| X-670 | Level of Service | 418-DI | 9(2) | 2 | 235 | 236 | | | |
| X-673 | Prior Authorization Type Code | 461-EU | 9(2) | 2 | 237 | 238 | | | |
| X-676 | Prior Auth Number Submitted | 462-EV | 9(11) | 11 | 239 | 249 | | | |
| X-679 | Route of Administration | 995-E2 | X(11) | 11 | 250 | 260 | | | |
| X-682 | Dispensing Status | 343-HD | X(1) | 1 | 261 | 261 | | | |
| X-685 | Associated Prescription/Service Reference Number | 456-EN | 9(12) | 12 | 262 | 273 | | | |
| X-688 | Associated Prescription/Service Date | 457-EP | YYYYMMDD | 8 | 274 | 281 | | | |
| X-691 | Quantity Prescribed | 46Ø-ET | 9(7)V999 | 10 | 282 | 291 | | | |
| X-694 | Quantity Intended To Be Dispensed | 344-HF | 9(7)V999 | 10 | 292 | 301 | | | |

08. D020_P00005 AttachA_RPC_Data_-_revised.xlsx

| | | | | | | |
|---|---|---|---|---|---|---|
| X-697 | Days Supply Intended To Be Dispensed | 345-HG | 9(3) | 3 | 302 | 304 |
| X-700 | Prescriber ID Qualifier | 466-EZ | X(2) | 2 | 305 | 306 | <--- start of Prescriber Segment fields |
| X-703 | Prescriber ID | 411-DB | X(15) | 15 | 307 | 321 |
| X-706 | Ingredient Cost Submitted | 4Ø9-D9 | S9(6)V99 | 8 | 322 | 329 | <--- start of Pricing Segment fields |
| X-709 | Patient Assignment Indicator (DMR Indicator) | 391-MT | X(1) | 1 | 330 | 330 |
| X-712 | Pharmacy Service Type | 147-U7 | 9(2) | 2 | 331 | 332 |
| X-715 | Dispensing Fee Submitted | 412-DC | S9(6)V99 | 8 | 333 | 340 |
| X-718 | Patient Paid Amount Submitted | 433-DX | S9(6)V99 | 8 | 341 | 348 |
| X-721 | Usual and Customary Charge | 426-DQ | S9(6)V99 | 8 | 349 | 356 |
| X-724 | Gross Amount Due | 43Ø-DU | S9(6)V99 | 8 | 357 | 364 |
| X-727 | Basis of Cost Determination | 423-DN | X(2) | 2 | 365 | 366 |
| X-730 | Patient Pay Amount | 5Ø5-F5 | S9(6)V99 | 8 | 367 | 374 |
| X-733 | Ingredient Cost Paid | 5Ø6-F6 | S9(6)V99 | 8 | 375 | 382 |
| X-736 | Dispensing Fee Paid | 5Ø7-F7 | S9(6)V99 | 8 | 383 | 390 |
| X-739 | Other Payer Amount Recognized | 566-J5 | S9(6)V99 | 8 | 391 | 398 |
| X-742 | Total Amount Paid | 5Ø9-F9 | S9(6)V99 | 8 | 399 | 406 |
| X-745 | Basis of Reimbursement Determination | 522-FM | 9(2) | 2 | 407 | 408 |
| X-748 | Coordination of Benefits/Other Payments Count  (max = 3) | 337-4C | 9(1) | 1 | 409 | 409 | <--- start of Coordination of Benefits/Other Payments Segment fields |
| X-751 | Other Payer Coverage Type 1st | 338-5C | X(2) | 2 | 410 | 411 |
| X-754 | Other Payer ID Qualifier 1st | 339-6C | X(2) | 2 | 412 | 413 |
| X-757 | Other Payer ID 1st | 34Ø-7C | X(10) | 10 | 414 | 423 |
| X-760 | Other Payer Date 1st | 443-E8 | YYYYMMDD | 8 | 424 | 431 |
| X-763 | Other Payer Amount Paid Count 1st | 341-HB | 9(1) | 1 | 432 | 432 |
| X-766 | [Sum of] Other Payer Amount Paid 1st | 431-DV | S9(6)V99 | 8 | 433 | 440 |
| X-769 | Other Payer Reject Count 1st  (max = 5) | 471-5E | 9(2) | 2 | 441 | 442 |
| X-772 | Other Payer Reject Code 1st-1 | 472-6E | X(3) | 3 | 443 | 445 |
| X-775 | Other Payer Reject Code 1st-2 | 472-6E | X(3) | 3 | 446 | 448 |
| X-778 | Other Payer Reject Code 1st-3 | 472-6E | X(3) | 3 | 449 | 451 |
| X-781 | Other Payer Reject Code 1st-4 | 472-6E | X(3) | 3 | 452 | 454 |
| X-784 | Other Payer Reject Code 1st-5 | 472-6E | X(3) | 3 | 455 | 457 |
| X-787 | Other Payer Coverage Type 2nd | 338-5C | X(2) | 2 | 458 | 459 |
| X-790 | Other Payer ID Qualifier 2nd | 339-6C | X(2) | 2 | 460 | 461 |
| X-793 | Other Payer ID 2nd | 34Ø-7C | X(10) | 10 | 462 | 471 |
| X-796 | Other Payer Date 2nd | 443-E8 | YYYYMMDD | 8 | 472 | 479 |
| X-799 | Other Payer Amount Paid Count 2nd (max = 5) | 341-HB | 9(1) | 1 | 480 | 480 |
| X-802 | [Sum of] Other Payer Amount Paid 2nd | 431-DV | S9(6)V99 | 8 | 481 | 488 |
| X-805 | Other Payer Reject Count 2nd | 471-5E | 9(2) | 2 | 489 | 490 |
| X-808 | Other Payer Reject Code 2nd-1 | 472-6E | X(3) | 3 | 491 | 493 |
| X-811 | Other Payer Reject Code 2nd-2 | 472-6E | X(3) | 3 | 494 | 496 |
| X-814 | Other Payer Reject Code 2nd-3 | 472-6E | X(3) | 3 | 497 | 499 |
| X-817 | Other Payer Reject Code 2nd-4 | 472-6E | X(3) | 3 | 500 | 502 |
| X-820 | Other Payer Reject Code 2nd-5 | 472-6E | X(3) | 3 | 503 | 505 |
| X-823 | Other Payer Coverage Type 3rd | 338-5C | X(2) | 2 | 506 | 507 |
| X-826 | Other Payer ID Qualifier 3rd | 339-6C | X(2) | 2 | 508 | 509 |
| X-829 | Other Payer ID 3rd | 34Ø-7C | X(10) | 10 | 510 | 519 |
| X-832 | Other Payer Date 3rd | 443-E8 | YYYYMMDD | 8 | 520 | 527 |
| X-835 | Other Payer Amount Paid Count 3rd | 341-HB | 9(1) | 1 | 528 | 528 |
| X-838 | [Sum of] Other Payer Amount Paid 3rd | 431-DV | S9(6)V99 | 8 | 529 | 536 |
| X-841 | Other Payer Reject Count 3rd  (max = 5) | 471-5E | 9(2) | 2 | 537 | 538 |
| X-844 | Other Payer Reject Code 3rd-1 | 472-6E | X(3) | 3 | 539 | 541 |
| X-847 | Other Payer Reject Code 3rd-2 | 472-6E | X(3) | 3 | 542 | 544 |
| X-850 | Other Payer Reject Code 3rd-3 | 472-6E | X(3) | 3 | 545 | 547 |
| X-853 | Other Payer Reject Code 3rd-4 | 472-6E | X(3) | 3 | 548 | 550 |
| X-856 | Other Payer Reject Code 3rd-5 | 472-6E | X(3) | 3 | 551 | 553 |
| X-859 | Compound Dosage Form Description Code | 45Ø-EF | X(15) | 15 | 554 | 568 | <--- start of Compound Segment fields |
| X-862 | Compound Dispensing Unit Form Indicator | 451-EG | 9(1) | 1 | 569 | 569 |
| X-865 | Compound Ingredient Component Count  (max = 25) | 447-EC | 9(2) | 2 | 570 | 571 |
| X-868 | Compound Product ID Qualifier - 1st | 488-RE | X(2) | 2 | 572 | 573 |
| X-871 | Compound Product ID - 1st | 489-TE | X(19) | 19 | 574 | 592 |
| X-874 | Compound Ingredient Quantity - 1st | 448-ED | 9(7)V999 | 10 | 593 | 602 |
| X-877 | Compound Ingredient Drug Cost - 1st | 449-EE | S9(6)V99 | 8 | 603 | 610 |
| X-880 | Compound Ingredient Basis of Cost Determination - 1st | 49Ø-UE | X(2) | 2 | 611 | 612 |
| X-883 | Compound Product ID Qualifier - 2nd | 488-RE | X(2) | 2 | 613 | 614 |
| X-886 | Compound Product ID - 2nd | 489-TE | X(19) | 19 | 615 | 633 |
| X-889 | Compound Ingredient Quantity - 2nd | 448-ED | 9(7)V999 | 10 | 634 | 643 |
| X-892 | Compound Ingredient Drug Cost - 2nd | 449-EE | S9(6)V99 | 8 | 644 | 651 |
| X-895 | Compound Ingredient Basis of Cost Determination - 2nd | 49Ø-UE | X(2) | 2 | 652 | 653 |
| X-898 | Compound Product ID Qualifier - 3rd | 488-RE | X(2) | 2 | 654 | 655 |
| X-901 | Compound Product ID - 3rd | 489-TE | X(19) | 19 | 656 | 674 |
| X-904 | Compound Ingredient Quantity - 3rd | 448-ED | 9(7)V999 | 10 | 675 | 684 |
| X-907 | Compound Ingredient Drug Cost - 3rd | 449-EE | S9(6)V99 | 8 | 685 | 692 |
| X-910 | Compound Ingredient Basis of Cost Determination - 3rd | 49Ø-UE | X(2) | 2 | 693 | 694 |
| | *filler* | | X(306) | 306 | 695 | 1000 |

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____ Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M010 | TPharm Contract Performance Summary | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR C.14.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

| | | b. COPIES |
|---|---|---|
| a. ADDRESSEE | Draft | Final |
| | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: 60 calendar days after start of service delivery
  Due Date: 20 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon by government and the contractor

CONTENT DETAILS: To allow the Government to monitor performance across all areas of the contract, the Contractor shall provide a monthly summary of its performance in meeting contract requirements. This report shall not include every individual contract requirement, but will apply the Contractor's approach to categorizing requirements in a meaningful way. The Contractor's approach to the report will need to balance the need for a high level overview with the granularity required to reveal areas where there are performance issues.

The report shall include the Contractor's self-evaluation of its performance in meeting contract requirements, along with the Contractor's summary of their performance, including any issues or deficiencies and planned steps for remediation. In addition to the current reporting period, the report shall include the trending self-evaluation ratings for all prior months since the start of pharmacy services. At the Government's request, categories shall be added and removed over the life the contract to provide additional visibility to areas.

The report shall include at minimum, the following information for the prior month of performance:
- General description of area of performance (may use categories and subcategories, as appropriate)
- Contract references(s) by section or paragraph number(s) and/or CDRL (if applicable)
- Self-evaluation rating, based on FAR 42.15103 (b)(4) Table 42-1
- Summary of performance, to include the following, as applicable:
  - Performance metrics
  - Issues encountered, their root causes, and planned short- and long-term remediation
  - Status of new initiatives and other changes
  - Additional metrics and data to help the Government fully understand performance
- Government-assigned Priority of the performance area

By email to all individuals designated by the Government

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page _1_ of _1_ Pages

Reset

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M020 | Call Center Top Issues Report | Initial |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.1.1.10 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|
| N/A | See Block 16 | See Block 16 |

| 14. DISTRIBUTION | | | |
|---|---|---|---|
| a. ADDRESSEE | b. COPIES | | |
| | Draft | Final | |
| | | Reg | Repro |

| 16. REMARKS |
|---|

FIRST SUBMISSION:
Frequency: Monthly
Reporting Period Start Date: Start of service delivery
Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
This report shall track issues driving call center volume and provide top call center issues to the government. The report shall include top 20 issues raised by beneficiaries contacting the beneficiary call center. The report should include a break out by number and percentages along with a graph in a format that shows call trends over the previous 12 months. The report should also include definitions tab.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

Reset

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP ____ TM ____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M030 | Priority Correspondence Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.1.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: Monthly
 Reporting Period Start Date: Start of service delivery
 Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
This report shall track priority correspondences addressing any beneficiary issue under the contract received from any source. Priority Correspondence shall be determined according to the requirements in TOM, Chapter 11, Section 5.
Report shall  provide a log of all priority correspondence received,  including:
- Beneficiary Name
- Beneficiary ID
- Date received
- Issue Description
- Issue Resolution
- Date Closed

Correspondence shall be identified as closed or pending.  Pending cases shall be reported each month until reported closed.

The report shall summarize:
- Cases from Prior Month
    o Total cases received
    o Total cases closed
    o Cases open at the end of the month

- Number processed with 10 calendar days of receipt
- Percent processed  with 10 calendar days of receipt
- Number processed with 30 calendar days of receipt
- Percent processed with 30 calendar days of receipt

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page _1_ of _1_ Pages

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M040 | Retail Network Pharmacy Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.3.3.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
|   Frequency: One Time | |
|   Reporting Period Start Date: 90 calendar days before start of service delivery | |
|   Due Date: 60 calendar days before start of service delivery | |
| SUBSEQUENT SUBMISSION | |
|   Frequency: Monthly | |
|   Reporting Period Start Date: Start of service delivery | |
|   Due Date: 10 calendar days after end of reporting period | |

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
A Network Pharmacy Report shall be submitted monthly for performance assessment of the size of the retail network. The Government reserves the right to make modifications to the report requirements after the first submission.

Report shall identify all pharmacies in the retail network by the following information:
- Name
- Chain Name
- Pharmacy NPI
- NCPDP Number
- Address (including city, state & zip code)
- Phone Number
- Fax Number
- Pharmacy Identifiers of the following
  - Department of Veterans Affairs (DVA)
  - Indian Health Services (IHS)
  - Long-Term Care (LTC)
  - Public Health Services (PHS)
  - Specialty Pharmacy

Report shall identify all pharmacies added to and dropped from the network since the prior reporting period, providing the same data elements as above.

Report shall identify total number of pharmacies in the network, number added, and number dropped during reporting period.

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M041 | Retail Network Pharmacy Access Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.3.3.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 25 calendar days after end of reporting period (No later than 5 calendar days after receipt of zip code file)
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
Report shall be generated using Contractor's commercially available software or web tools, broken out by city, zip code, and include:
- The total number and percentage of beneficiaries that live within 15 minutes driving distance of a retail network pharmacy
- The total number and percentage of beneficiaries that live within 16-30 minutes driving distance of a retail network pharmacy
- The total number and percentage of beneficiaries that live within 31-60 minutes driving distance of a retail network pharmacy
- The total number and percentage of beneficiaries that live over 60 minutes driving distance of a retail network pharmacy
- Average drive time overall

- In lieu of beneficiary access data determined by the Contractor's commercial available software or web tools, the Government will accept a report for Northern Mariana Islands, American Samoa, and Guam which lists the pharmacies in those locations.

The Government reserves the right to make modifications to the report requirements after the first submission.

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST | | | Form Approved |
|---|---|---|---|
| *(1 Data Item)* | | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | | C. CATEGORY: |
|---|---|---|---|
| | Exhibit A | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M050 | TPharm Metric Summary Report | REV on 10/12/22 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR H.6 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. | DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | | Reg | Repro |

| 16. REMARKS | | | |
|---|---|---|---|

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 20 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report including all contract metrics and data supporting calculations shall be provided by the Government. Contractor shall use most recent template provided prior to the start of Option Period 1 and will adopt future versions as provided by the Government

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**　　　PREVIOUS EDITION MAY BE USED.　　　Page 1 of 5 Pages

**Instructions for Completing the TPHARM Monthly Report Template**

*Version: 2.50.01*

*Please use the template as provided and do not make any changes without prior coordination.  This includes adding/deleting or hiding/unhiding cells, columns, rows, or tabs within the template.*

Enter data where requested, into cells that are not locked.

If you find an error within the template, or have any other changes or questions regarding the template, please contact the TRICARE National Contract Operations Office.

Please note, requested changes to the template may take up to 2 weeks to process.

Thank you for your cooperation!

## Pharmacy Monthly Requirements Report
### TPHARM PROGRAM

| Contractor Name: | | | | |
|---|---|---|---|---|
| Contract: | | | | |
| Report Period: | | | | |
| Version: | | 2.50.01 | | **TPHARM** |
| Measure | | Actual | Standard | **Contract Reference** |
| **MAIL ORDER PHARMACY** | | | | |
| **SECTION A.  Mail Order Prescription Processing** | | | | |
| Total Rx Received | | | | |
| Total Rx Returned or Denied | | | | |
| Total Clean Rx | | | | |
| Total Clean Rx Shipped within 4 days | | | | |
| Total Rx Shipped, Pended, Denied, or Returned within 10 days | | | | |
| # Denied "Refill Too Soon" | | | | |
| % Denied "Refill Too Soon" | | | | |
| % Clean Rx Shipped within 4 days | | | (b) (4) | C.6.1.9.1 |
| % Shipped, Pended, Returned or Denied within 10 days | | | | C.6.1.9.2, H.4.3 |
| **RETAIL PHARMACY** | | | | |
| **SECTION B.  Network Access** | | | | |
| # of Retail Network Pharmacies | | | 35,000 | C.3.3.2.2, H.5.3.4 |
| % Rx Network (1 pharmacy within 15 minutes drive) | | | (b) (4) | C.3.3.2.1.1, H.5.3.1 |
| % Rx Network (2 pharmacy within 15 minutes drive) | | | | C.3.3.2.1.2, H.5.3.2 |
| % Rx Network (1 pharmacy within 30 minutes drive) | | | | C.3.3.2.1.3, H.5.3.3 |
| **SECTION C.  Claims** | | | | |
| Total Claims Processed (Paper & Electronic) | | | | |
| Electronic | | | | |
| Total Electronic Claims Processed | | | | |
| Retail Electronic Claim Transactions | | | | |
| # Electronic Transactions Rejected | | | | |
| # Electronic Transactions Paid | | | | |
| Retail Electronic Unique Claims | | | | |
| # Electronic Claims Rejected | | | | |
| # Electronic Claims Paid | | | | |
| Paper | | | | |
| Total Paper Claims Processed | | | | |
| Paper Claims Completed Within 10 days | | | | |
| Paper Claims Completed Within 14 days | | | | |
| Paper Claims Completed >14 days | | | | |
| % Paper Claims | | | | |
| % Paper Claims Completed Within ▓ days | | | 95.00% | C.3.2.9.1, H.4.5 |
| % Paper Claims Completed Within ▓ days | | | 100.00% | C.3.2.9.2 |
| **OPERATIONS** | | | | |
| **SECTION D.  Telephone Response** | | | | |
| Retail Pharmacy Help Desk | | | | |
| Call Volume | | | | |
| Calls Received by Phone Service | | | | |
| Total Calls Transferred to Customer Service Representative | | | | |
| Telephone Received | | | | |
| Calls Answered Within 60 Seconds | | | | |
| Average Speed to Answer when Transferring to CSR (Seconds) | | | 60 Secs | C.9.2.3, H.5.7.1 |
| Calls Abandoned | | | | |
| Calls Blocked | | | | |
| % Calls Answered Within 60 Seconds | | | 100.00% | C.9.2.3 |
| % Abandon Rate | | | 5.00% | C.9.2.3 |
| % Blockage Rate | | | 5.00% | C.9.2.3 |

| MTF Pharmacy Help Desk | | | |
|---|---|---|---|
| Call Volume | | | |
| Calls Received by Phone Service | | | |
| Total Calls Transferred to Customer Service Representative (CSR) | | | |
| Telephone Received | | | |
| Average Speed to Answer when Transferring to CSR (Seconds) | | 60 Secs | C.9.2.3, H.5.7.1 |
| Calls Abandoned | | | |
| Calls Blocked | | | |
| % Abandon Rate | | 5.00% | C.9.2.3 |
| % Blockage Rate | | 5.00% | C.9.2.3 |
| Beneficiary Support Services | | | |
| Call Volume | | | |
| Calls Received by Phone Service | | | |
| Calls Logged | | | |
| Total Calls Transferred to Beneficiary Service Representative (BSR) | | | |
| Telephone Received | | | |
| Calls Initially Answered Within 60 Seconds | | | |
| Average Speed to Answer when Transferring to BSR (Seconds) | | 60 Secs | C.9.1.5.7 |
| Calls Abandoned | | | |
| Calls Blocked | | | |
| Calls Resolved During 1st Call | | | |
| Calls Resolved in 2 Days | | | |
| % Calls Initially Answered Within 60 Seconds | | 100.00% | C.9.1.5.7, H.4.7 |
| % Abandon Rate | | 5.00% | C.9.1.5.7 |
| % Blockage Rate | | 5.00% | C.9.1.5.7 |
| % Calls Resolved During 1st Call | | 95.00% | C.9.1.5.7 |
| % Calls Resolved in 2 Days | | 100.00% | C.9.1.5.7 |
| **SECTION E.  Correspondence** | | | |
| Volume of Routine Correspondence Received | | | |
| Routine Within 15 Days | | | |
| Routine Within 45 Days | | | |
| Volume of Priority Correspondence Received | | | |
| Priority Within 10 Days | | | |
| Priority Within 30 Days | | | |
| % Routine Within 15 Days | | 85.00% | C.9.1.5.7 |
| % Routine Within 45 Days | | 100.00% | C.9.1.5.7 |
| % Priority Within 10 Days | | 85.00% | C.9.1.5.7, H.4.8 |
| % Priority Within 30 Days | | 100.00% | C.9.1.5.7 |
| **SECTION F.  Clinical Reviews** | | | |
| Volume of Clinical Review Requests Received | | | |
| Completed and notification sent in 3 Days | | | |
| Completed and notification sent in 10 Days | | | |
| % Completed and notification sent in 3 Days | | (b) (4) | C.8.7.15.1, H.4.6 |
| % Completed and notification sent in 10 Days | | | C.8.7.15.2 |
| **Section G.  System Availability** | | | |
| Total Time in Reporting Period | | | |
| Downtime | | | |
| External Downtime | | | |
| Contractor Downtime | | | |
| Concurrent Contractor and External Downtime | | | |
| Adjusted Total Time | | | |
| Net Contractor Downtime | | | |
| % System Availability | | 99.50% | C.2.6.2, H.4.4 |

**Pharmacy Monthly Requirements Report - Delayed Metrics**

TPHARM PROGRAM

| | | | |
|---|---|---|---|
| **Contractor Name:** | | | |
| **Contract:** | | | |
| **Report Period:** | | | |
| **Version:** | 2.50.01 | | **TPHARM** |
| **Measure** | *Actual* | *Standard* | **Contract Reference** |
| MAIL ORDER PHARMACY | | | |
| **Prescription Processing** | | | |
| Total Rx Dispensed | | | |
| # Mail Order Prescriptions Accurately Dispensed | | | |
| % Accuracy of Mail Order Prescriptions Processed | | 100.00% | C.6.1.9.3 |

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | Form Approved<br>OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M060 | Pharmacy Transactions Processing Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.2.6.2.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION:<br> Frequency: Monthly<br> Reporting Period Start Date:  Start of service delivery<br> Due Date:  10 calendar days after end of reporting period<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII:  No<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>Report shall be submitted monthly in Microsoft Excel format to assess transaction processing performance. Report shall include the data described below for the previous calendar month of performance.  In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.<br><br>A. Summary Data – All Points of Service (POS)<br><br>Section 1 - Transactions Processing – Provide data on the total number of transactions processed under this contract in each reporting period,  to monitor overall volume and trends. Includes pharmacy transactions from any source.<br><br>Transaction types: Paid, Rejects, Reversals, Timeouts<br>Points of Service: Retail, Mail, MTF –CHCS, MTF –MHS –GENESIS, VA CHDR<br><br>- Grand Total of Transactions<br>    o Breakdown of total transactions for each POS<br>- Total Paid Transactions<br>    o Breakdown of paid transactions for each POS<br>- Total Rejected Transactions<br>    o Breakdown of paid transactions for each POS<br>- Total Reversals<br>    o Breakdown of paid transactions for each POS<br>- Total Timeouts<br>    o Breakdown of paid transactions for each POS<br><br>Breakdown by either transaction type or point of service should match the grand total; if additional transaction types or POS are required to account for all transactions, the addition of new categories should be addressed with the COR. | Submit through the DHA e-Commerce Extranet.<br>(Per TOM C14) |

Continued on page 2

| 15. TOTAL ➡ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page  1  of  2  Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____  TM _____  OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Continuation  of Summary Data for All POS

Section 2 - Volume Statistics – Provide details to describe the variability in transaction volume to allow the government to monitor peak system loads and trends over time.

- Hourly
    o Highest Hourly Volume to date (since start of pharmacy services)
    o Date and Hour Highest Volume were reported (since start of pharmacy services)
    o Average Hourly Volume (reporting period)
    o Average of Hourly Peak Volume for Each Day of Reporting period (reporting period)
    o Highest Hourly Volume (reporting period)
    o Date and Hour Highest Volume were reported (reporting period)
- Daily
    o Highest Daily Volume to date (since start of pharmacy services)
    o Date Highest Volume was Reported (since start of pharmacy services)
    o Average Daily Volume (reporting period)
    o Highest Daily Volume (reporting period)
    o Date Highest Volume was reported (reporting period)

If peak volumes are correlated with specific events, those events should be identified.

B. System Availability
Section 1 - Mail and Retail
- Average transaction processing time (seconds)
- Total Time in Reporting Period (minutes)
- External Downtime (minutes)
- Contractor Downtime  (minute)
-  Concurrent Contractor and External Downtime (minutes)
-  Net Contractor Downtime (Contractor Downtime - Concurrent Contractor Downtime)(minutes)
-  Adjusted Total Time  (Total Time - External Downtime) (minutes)
-  Contractor System Availability  (Adjusted Total Time - Net Contractor Downtime)  (minutes)
-  % System Availability - (Contractor System Availability/Adjusted Total Time) x 100

Section 2 - MTFs
Same as Section 1 above,  reported for MTF (combined for CHCS and MHS GENESIS)

C. Downtime Log

The report shall include a downtime log with the following for all scheduled and unscheduled downtime:
- Date
- Outage Start Time
- Outage End Time
- Total duration (in minutes)
- Description of Impact (partial or full outage, etc.)
- Scheduled or Unscheduled
- Party responsible

D.  Migration Schedule of MHS GENESIS Sites
 - The contractor shall log the site name and dates of deployment of MHS GENESIS, for reference and context in reviewing MTF reporting

The report shall also include a definitions tab and a revision log.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER ____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M070 | MTF CHCS Claims Rejection Summary Report | Initial |

**17. PRICE GROUP**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.5.3.8 | Pharm Ops |

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | |

| | | Draft | Final | |
|---|---|---|---|---|
| | | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a monthly summary of the claims initially rejected within the reporting period that were not corrected by the MTF prior to the generation of the D020, for one calendar month. This report shall provide a summary of the findings of the daily report D020. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:
1. Volume of rejected claims
   - Breakout by MTF site: ranked by percentage of workload accounted for by rejects. Will also include numerical value of percentage.
2. Number of claims corrected by the MTFs
3. Number of claims corrected by the Contractor
4. Number of claims that were not corrected
5. Tracking of claims volume not corrected by the end of respective month through to their completion

The report shall include
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

FTP Server provided by the government with notification to COR

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page __1__ of __1__ Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M071 | MTF CHCS Data Integrity Summary Report - High Dose & Invalid Provider | REV on 03/01/2023 |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.5.3.8 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION | FTP Server |
|   Frequency: Monthly | provided by the |
|   Reporting Period Start Date: Start of service delivery | government with |
|   Due Date: 10 calendar days after end of reporting period | notification to COR |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a monthly summary report of the paid claims that generated DUR warnings for high dose and invalid provider alerts, for one calendar month, according to date processed. This report shall provide a summary of the findings of the weekly report W020. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:

Summary information:
- Total number of claims reported (both high dose alerts and invalid provider issues)
- How many corrected
- How many not yet actioned/reviewed
- How many require no correction
- Tracking of claims not corrected by the end of respective month through to their completion

(additionally for invalid provider issues)
- Number of unique providers
- Number of Rxs affected
- Listing of providers who have shown up 3 months in a row

Claim level detail – High Dose Alert (2 months of data):
- Branch of Service
- TRICARE Region

Continued on page 2

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER Performance Report _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- Site MTF
- Pharmacy Name
- Pharmacy NPI
- Date Written
- Date Dispensed
- PDW Rx #
- Drug Name
- Drug Strength
- Drug Dosage Form
- NDC
- Metric Quantity
- Days Supply
- Alert Message
- Status: Correction, no correction needed, pending review

Claim level detail – Invalid Provider Alert:
- Branch of Service
- TRICARE Region
- Site MTF
- Pharmacy Name
- Pharmacy NPI
- Date Written
- Date Dispensed
- PDW Rx #
- Drug Name
- Drug Strength
- Drug Dosage Form
- NDC
- Submitted Provider NPI
- Submitted Provider Name
- Status

The report shall include
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP ____ TM ____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M072 | MTF CHCS High Cost Claim Summary Report | REV on 03/01/2023 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.5.3.8 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | |
| N/A | | See Block 16 | See Block 16 | | Draft | Final (Reg / Repro) |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a monthly summary of the MTF claims exceeding a cost threshold established by the Government, currently $2,000, for one calendar month, according to date processed. This report shall provide a summary of the findings of the weekly report W021. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:

1) Summary Page: shows the total number of claims identified and their associated cost, pre- and post-correction, with breakout to include at a minimum:
o Count of all claims corrected by MTF
o Count of all claims corrected by Contractor
o Count of all claims not requiring correction
o Count of all claims requiring correction but not corrected
 Tracking of claims requiring correction but not corrected by the end of respective month through to their completion
o Original Ingredient Cost
o Change Amount (indicate +/-)
o Final Ingredient Cost

2) No Response Page: list of transactions that have not been corrected and their total cost

Continued on page 2

FTP Server provided by the government with notification to COR

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 2 Pages

## CONTRACT DATA REQUIREMENTS LIST
### *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER Performance Report _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

3) By Branch of Service Page: pivot table which gives the summary of actions by individual site MTF

4) Raw Data: Data set from which the reports were compiled

Raw Data fields include, at a minimum, the following:
Date Dispensed
PDW RX Number
Branch of Service
TRICARE Region
Site MTF
Pharmacy Name
Pharmacy NPI
Total Submitted Amount Due
Requires Correction (Y/N)
Corrected (Y/N)
Original Ingredient Cost
Change Amount (indicate +/-)
Final Ingredient Cost

The report shall include
- Descriptions and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

## CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

**D. SYSTEM/ITEM**
TRICARE Pharmacy Program

**E. CONTRACT/PR NO.**
HT940221C0007

**F. CONTRACTOR**
Express Scripts, Inc (ESI)

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M080 | HIPAA Privacy Disclosure Report | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C19 S3 | Privacy Office |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: Monthly
 Reporting Period Start Date: Start of service delivery
 Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The first report covers the entire period from the dates services began, to include the contract phase-in period.  The subsequent reports cover complaints received in the previous month.

For each complaint received, provide:
--Beneficiary's name;
--Nature of the complaint;
--Steps taken by the Contractor to resolve the complaint;
--Date of the initial complaint;
--Date of expected resolution;
--Date complaint resolved.

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

Submit through the DHA E-commerce Extranet (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Joseph E Davidge | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page __1__ of __1__ Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

**A. CONTRACT LINE ITEM NO.**

**B. EXHIBIT**

**C. CATEGORY:**
TDP _____ TM _____ OTHER _____

**D. SYSTEM/ITEM**
TRICARE Pharmacy Program

**E. CONTRACT/PR NO.**
HT940221C0007

**F. CONTRACTOR**
Express Scripts, Inc (ESI)

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M090 | Pharmacy Claims Audit Report | Initial |

**17. PRICE GROUP**

**4. AUTHORITY** *(Data Acquisition Document No.)*
N/A

**5. CONTRACT REFERENCE**
CTR C.10.2.3

**6. REQUIRING OFFICE**
Pharm Ops

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|
| N/A | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date:15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAIL:
The Contractor will submit a monthly report showing audit findings, status of all claims in research, outcomes of completed research, and status of offsets or recoupments  This report shall include all retail and TMOP claims. The Contractor shall provide a monthly summary of the Pharmacy Claims Audit Activity.

Exclude claims audited from the Retail Refund Dispute report (M340).

FTP Server provided by the government with notification to COR

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/192021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | Form Approved<br>OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT<br>N/A | C. CATEGORY:<br>TDP _____ TM _____ OTHER _____ Performance Report |
|---|---|---|

| D. SYSTEM/ITEM<br>TRICARE Pharmacy Program | E. CONTRACT/PR NO.<br>HT940221C0007 | F. CONTRACTOR<br>Express Scripts, Inc (ESI) |
|---|---|---|

| 1. DATA ITEM NO.<br>M100 | 2. TITLE OF DATA ITEM<br>Deployment Prescription Program Report | 3. SUBTITLE<br>Initial |
|---|---|---|

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE<br>CTR C.6.7.2 | 6. REQUIRING OFFICE<br>Pharm Ops |
|---|---|---|

| 7. DD 250 REQ<br>N/A | 9. DIST STATEMENT<br>REQUIRED<br>D | 10. FREQUENCY<br>See Block 16 | 12. DATE OF FIRST SUBMISSION<br>See Block 16 |
|---|---|---|---|
| 8. APP CODE<br>N/A | | 11. AS OF DATE<br>See Block 16 | 13. DATE OF SUBSEQUENT SUBMISSION<br>See Block 16 |

| 17. PRICE GROUP |
|---|

| 18. ESTIMATED TOTAL PRICE |
|---|

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final | |
| | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall be submitted monthly to assess prescription processing performance for deployed service members. The report shall provide the following information for the previous calendar month, as well as all prior months within the current option period, and shall be able to be filtered by beneficiary category (e.g., ADSM, eligible CIV or CTR) and by origin of prescriptions (e.g., Theater, Pre-Deployment Center):

- Deployed Prescriptions Received: Total DPP prescriptions received by month with breakout by
  o Prescriptions Pended
  o Prescriptions Shipped
  o Prescriptions Returned
  o Prescriptions Pending Clarification
  o Prescriptions for Controlled Substances (CV-CII)
  o Prescriptions with Waivers against Command Region Restrictions

- Total Pended Prescriptions
  o Prescriptions with Available Refills
  o Prescriptions Released from Pending & Shipped
  o Prescriptions Expired Since Prior Month

- Total Returned Prescriptions
  o Reason for return (by common categories)

Continued on page 2

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY<br>Fakhrudin A Valibhai | H. DATE<br>4/19/2021 | I. APPROVED BY<br>Henry J Gibbs | J. DATE<br>4/19/2021 |
|---|---|---|---|

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER Performance Report _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

  - Beneficiary Inquiry
    o Reason for contact (e.g., order status, profile update)

  - Status Notifications – Categorized by phone and email
    o Processing Delay
  - Number of CII prescriptions impacted
    o Prescription Order Processed
    o Refill Available for Pended Prescription
    o Prescription Dispensed
    o Email Notifications with Invalid Email Address
    o Telephonic Notifications with Invalid Phone Number

The report shall include
- Descriptions and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER ____ | Reconciliation Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M110 | Replenishment Reconciliation Report - Claims | REV on 12/21/2021 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| N/A | CTR C.6.8.7 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | | |
|---|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Fina l | | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro | |

16. REMARKS

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreeable format with the Government

CONTENT DETAILS:
The Contractor shall submit auditable reconciliation data files which account for:
- All dispensed and returned product as reported on TED records for replenished
  TMOP or Specialty prescriptions
- All product ordered from the National Prime Vendor but not yet received
- All product received from the National Prime Vendor to include Purchase Order
  number and date
- Date receipt acknowledgment was submitted to DLA (TS)
- Unreplenished balance
- All products reimbursed from the Contractor commercial inventory.
This reporting shall include a claim-level data file (M110) and an NDC-level data
file (M111).

Claims Level Report shall include, at minimum, the following information:
- Reporting period
- 11 digit NDC for the dispensed medication
- Medication Description (brand or generic name, strength, dosage form, route)
- Claim identifiers (prescription number and authorization number)
- Refill number
- Transaction date
- Date dispensed
- Ship date
- Dispensed quantity
- Adjustment quantity
- GCN and GCN sequence number

Continued on page 2

FTP Server
provided by the
government with
notification to COR

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 12/21/2021 | Henry J Gibbs | 12/21/2021 |

**DD FORM 1423-1, FEB 2001**       PREVIOUS EDITION MAY BE USED       Page 1 of 2       Page

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Reconciliation Report |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

The Contractor shall provide written notice to the COR when the report has been placed on the Government-specified secure web site.

The report shall include
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

## CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ Reconciliation Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M111 | Pharmacy Replenishment Reconciliation Report- NDC Level | REV on 12/21/2021 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR C.6.8.7 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | |

**14. DISTRIBUTION**

| | a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|---|
| | | Draft | Final Reg | Repro |

**16. REMARKS**

**FIRST SUBMISSION:**
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreeable format with the Government

CONTENT DETAILS:
The Contractor shall submit auditable reconciliation data files which account for:
- All dispensed and returned product as reported on TED records for replenished TMOP or Specialty prescriptions
- All product ordered from the National Prime Vendor but not yet received
- All product received from the National Prime Vendor to include Purchase Order number and date
- Date receipt acknowledgment was submitted to DLA (TS)
- Unreplenished balance
- All products reimbursed from the Contractor commercial inventory.
This reporting shall include a claim-level data file (M110) and an NDC-level data file (M111).

NDC Level Report shall include, at minimum, the following information:

Dispensing
- 11 digit NDC for the dispensed medication
- Medication Description (Brand or generic name and strength, dosage form, route)
- Beginning balance: Beginning Inventory is equal to the replenishment due on the first day of the month.
- Dispensed quantity: Quantity dispensed equals all shipped scripts and any adjustments to current month scripts.
- Dispensed adjustment quantity: Dispensed Adjustments are any adjustments made within the current month that pertain to prior months' scripts.

Continued on page 2

Distribution addressee column: FTP Server provided by the government with notification to COR

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 12/21/2021 | Henry J Gibbs | 12/21/2021 |

**DD FORM 1423-1, FEB 2001**  PREVIOUS EDITION MAY BE USED.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Reconciliation Report |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

*16.* REMARKS *(Continued)*

- Bottle Size Transfer Adjustments: Replenishment due transferred due to a bottle size change, transferred from old bottle size to new bottle size, with a net impact of $0.00.
- Quantity replenished: Quantity replenished equals all received drugs from Prime Vendor
- Replenished Adjustments: Replenished Adjustments are any adjustments made within the current month that pertain to prior months' receipts.
- Replenishment Due End Balance (quantity): Ending quantity balance is equal to the replenishment due at the end of business on the last day of the month. If this is negative, a credit is due to the Government.
- Quantity Ordered: Quantity Ordered from the Prime Vendor
- Quantity on Order, not Received: Quantity on order from Prime Vendor, but not received
- Estimated Price of Replenishment Due End Balance: Ending Balance (replenishment due) in Estimated medical pricing catalog dollars. If this is negative, a credit is due to the Government.
- Package Flag: Package Flag, Y = drug is dispensed as a unit pack (e.g., birth control, creams, lotions, etc.) or a compound, N = individual units dispensed.
- Package Size: Provide total package size for drug with a Package Flag = Y
- GCN and GCN Sequence Number

Reimbursement
- 11 digit NDC for the reimbursed medication
- Medication Description (Brand or generic name and strength, dosage form, route)
- Purchase Order Number
- Purchase Order Date
- Date Received
- GCN and GCN Sequence Number
- Quantity Ordered
- Quantity Dispensed
- Quantity Yet to be Dispensed

NPV Purchasing
- 11 digit NDC for the replenished medication
- Medication Description (Brand or generic name and strength, dosage form, route)
- Purchase Order Number
- Purchase Order Date
- Date Receipt Submitted to DLA
- GCN and GCN Sequence Number
- Quantity Ordered
- Quantity Received

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | Attachment A | TDP _____ TM _____ OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M120 | Expanded Use of MTF and TMOP Summary Report | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.6.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

16. REMARKS

FIRST SUBMISSION:
Frequency: Monthly
Reporting Period Start Date: Start of service delivery
Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Expanded Use of MTF and TMOP Summary Report shall be submitted for assessment of the Contractor's performance indicators on the Expanded Use of MTF and TMOP program. The report shall have the ability to delineate beneficiaries over and under 65 years of age and include the following:

Summary report (Expansion to date):
• Total targeted initial Rxs
• Total Rxs filled under this program (includes refills)
• Total beneficiaries included in the program.
• Total non-targeted initial RXs moved (in addition to a targeted Rx) by beneficiaries in the program by PoS (Mail or MTF)
• Total non-targeted RXs filled (include refills and in addition to targeted Rx) by beneficiaries in the program by PoS
• Total number of beneficiaries who moved a non-targeted Rx (in addition to a targeted Rx) by PoS

Monthly data:
• Number of Rxs targeted under this program
• Number of initial Rxs filled under this program (break out by PoS)
• Number of Rxs filled under this program (break out by PoS)
• Number of unique beneficiaries who filled in the program by PoS
• Number of beneficiaries receiving their medication at retail through an override or PA
• Number of retail fills subject to 100% cost share
  o Number of prescriptions filled (dispensed)

Continued on page 2

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**       PREVIOUS EDITION MAY BE USED.       Page 1 of 2 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Attachment A | TDP _____ TM _____ OTHER _Performance Report_____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

    o % filled
    o Number of prescriptions reversed
    o % reversed
• Number of non-targeted initial Rxs moved (in addition to a targeted Rx) by beneficiaries in the program by PoS (Mail or MTF)
• Number of non-targeted Rxs filled (include refills and in addition to a targeted Rx) by beneficiaries in the program by PoS
• Number of beneficiaries who moved a non-targeted Rx (in addition to a targeted Rx) by PoS
• Number of targeted drug conversions initiated and successfully completed
• Number of retail fills subject to 100% cost share, further broken down by Filled and Reversed
• Number of beneficiaries who did not have a subsequent fill at mail, MTF or retail after being required to pay full cost for their medication

Total cost savings:
• MTF Savings Out of Scope
• Total cost savings:
    Ingredient cost difference per drug between Retail & Mail (Includes Government-provided percentage refund savings on brand drugs at Retail)
  + Administrative fee difference between Retail & Mail
  + Dispensing fee difference between Retail & Mail
  - Member cost share difference between Retail & Mail.
• Cost savings to be separated by targeted medications and non-targeted medications, separated by brand and generic.
• All estimates should be normalized to a 90-day supply

Administrative Overrides:
• Number of administrative overrides granted to fill a prescription at a retail network pharmacy
    o 65 and over
    o Under 65
• Criteria provided for the administrative override

Definitions Tab

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

**DD FORM 1423-1, FEB 2001**

|  | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 |
|---|---|---|---|---|---|---|
| **Rxs targeted** | | | | | | |
| **Initial Rxs filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Rxs filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Unique Beneficiaries who filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Beneficiaries receiving medications at retail through override or PA** | | | | | | |
| **Retail fills subject to 100% cost share** | | | | | | |
| *prescriptions filled (dispensed)* | | | | | | |
| *% filled* | | | | | | |
| *prescriptions reversed* | | | | | | |
| *% reversed* | | | | | | |
| **Non-targeted initial Rxs moved (in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Non-targeted Rxs filled (include refills and in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Beneficiaries who moved a non-targeted Rx (in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Targeted drug conversions initiated and successfully completed through the MCC** | | | | | | |
| **Retail fills subject to 100% cost share** | | | | | | |
| *Filled* | | | | | | |
| *Reversed* | | | | | | |
| **Beneficiaries who did not have a subsequent fill at mail, MTF or retail after being required to pay full cost for their medication** | | | | | | |
| **Total Cost Savings** | | | | | | |
| **Targeted** | | | | | | |

*Brand*

*Generic*

**Non-Targeted**

*Brand*

*Generic*

Nov-19    Dec-19    Jan-20    Feb-20    Mar-20    Apr-20

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 |
|---|---|---|---|---|---|---|
| **Rxs targeted** | | | | | | |
| **Initial Rxs filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Rxs filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Unique Beneficiaries who filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Beneficiaries receiving medications at retail through override or PA** | | | | | | |
| **Retail fills subject to 100% cost share** | | | | | | |
| *prescriptions filled (dispensed)* | | | | | | |
| *% filled* | | | | | | |
| *prescriptions reversed* | | | | | | |
| *% reversed* | | | | | | |
| **Non-targeted initial Rxs moved (in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Non-targeted Rxs filled (include refills and in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Beneficiaries who moved a non-targeted Rx (in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Targeted drug conversions initiated and successfully completed through the MCC** | | | | | | |
| **Retail fills subject to 100% cost share** | | | | | | |
| *Filled* | | | | | | |
| *Reversed* | | | | | | |
| **Beneficiaries who did not have a subsequent fill at mail, MTF or retail after being required to pay full cost for their medication** | | | | | | |
| **Total Cost Savings** | | | | | | |
| **Targeted** | | | | | | |

*Brand*

*Generic*

**Non-Targeted**

*Brand*

*Generic*

**Nov-19**    **Dec-19**    **Jan-20**    **Feb-20**    **Mar-20**    **Apr-20**

|  | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 |
|---|---|---|---|---|---|
| **Administrative Overrides Completed** | | | | | |
| *Under 65* | | | | | |
| *65+* | | | | | |
| **Criteria Provided for Administrative Override** | | | | | |
| *(list of criteria)* | | | | | |

Oct-19    Nov-19    Dec-19    Jan-20    Feb-20    Mar-20    Apr-20

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER  Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M130 | Auto Refill Dashboard Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.1.23.7 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | FTP Server provided by the Government with notification to COR |
| Frequency: Monthly (The COR may direct weekly submissions anytime the Government feels closer monitoring of the Contractor's performance is warranted.) | |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: 15 calendar days after end of reporting period | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |
| | |
| PHI/PII: No | |
| FILE FORMAT: PDF | |
| | |
| CONTENT DETAILS: This report shall track the Rx auto refill program and beneficiary activity as a result of the annual consent requirement for the auto refill mail order feature. The data shall, at a minimum, include the following: | |
| | |
| General summary containing the following data elements: | |
| | |
| Prescriptions Shipped: | |
| - number of Rx's shipped | |
| - number Auto Refill Shipped | |
| - percentage of auto refill shipped (total auto refill shipped / total Rx's shipped) | |
| | |
| Participating Beneficiaries: | |
| - number of beneficiaries | |
| - number of auto refill beneficiaries | |
| - percentage of auto refill beneficiaries | |
| - average number of auto refills per beneficiary | |
| | |
| Changed Dates: | |
| - number of auto refills shipped | |
| - number of beneficiaries who changed the date of their auto refill | |
| - percentage of total | |
| - top 10 medications for which a change in date was requested | |
| | |
| Continued on page 2 | |

| 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT Exhibit A | C. CATEGORY: TDP _____ TM _____ OTHER Performance Report |
|---|---|---|

| D. SYSTEM/ITEM TRICARE Pharmacy Program | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

**16. REMARKS** *(Continued)*

Beneficiary Experience:
- total number of auto refill complaints received
- list of top complaints

Beneficiary Consent:
- number of auto refills renewal Rx's eligible for communication
- percentage of overall consent
- number and percentage of auto renewal Rx's with renew and keep enrolled consent
- number and percentage of auto renewal Rx's with renew only and dis-enroll consent
- number and percentage of auto renewal Rx's declined assistance
- number and percentage of auto renewal Rx's dis-enrolled due to no response (10 day grace period)
- number of auto renewal Rx's with proactive consent
- number and percentage of auto renewal Rx's with proactive renew and keep enrolled
- number and percentage of auto renewal Rx's with proactive renew only and dis-enroll consent
- number and percentage of auto renewal Rx's with proactive declined assistance
- top 10 dis-enrolled medications by patient
- top 10 dis-enrolled medications due to no response
- number of Rx's dis-enrolled due to no response and later re-enrolled
- number of Rx's dis-enrolled due to no response and later re-filled again without auto refill

Definitions tab

**Prescriptions Shipped**

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| Rx's Shipped | | | | | | | | |
| Auto Refill Shipped | | | | | | | | |
| % Auto Refill Shipped | | | | | | | | |

**Participating Beneficiaries**

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| Beneficiaries | | | | | | | | |
| Auto Refill Beneficiaries | | | | | | | | |
| % Auto Refill Beneficiaries | | | | | | | | |
| Auto Refills / Beneficiaries | | | | | | | | |

**Changed Date**

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| Auto Refill Shipped | | | | | | | | |
| # of Beneficiaries who changed date | | | | | | | | |
| % of total | | | | | | | | |
| Top 10 Medications for which a change in date was requested | | | | | | | | |
| #1 drug | | | | | | | | |
| #2 drug | | | | | | | | |
| #3 drug | | | | | | | | |
| #4 drug | | | | | | | | |
| #5 drug | | | | | | | | |
| #6 drug | | | | | | | | |
| #7 drug | | | | | | | | |
| #8 drug | | | | | | | | |
| #9 drug | | | | | | | | |
| #10 drug | | | | | | | | |

**Beneficiary Experience**

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| Top 10 Web Complaints | | | | | | | | |
| 1) Complaint | | | | | | | | |
| 2) Complaint | | | | | | | | |
| 3) Complaint | | | | | | | | |
| 4) Complaint | | | | | | | | |
| 5) Complaint..etc | | | | | | | | |
| Total Auto Refill Complaints | | | | | | | | |

| Jan-20 | Feb-20 | Mar-20 | Apr-20 | Cont YTD |
|--------|--------|--------|--------|----------|

| Jan-20 | Feb-20 | Mar-20 | Apr-20 | Cont YTD |
|--------|--------|--------|--------|----------|

| Jan-20 | Feb-20 | Mar-20 | Apr-20 | Cont YTD |
|--------|--------|--------|--------|----------|

|  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

| Jan-20 | Feb-20 | Mar-20 | Apr-20 | Cont YTD |
|--------|--------|--------|--------|----------|

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| **Annual Consent*** | | | | | | | | |
| # of Auto Renewal Rx's eligible for communication | | | | | | | | |
| Overall Consent % | | | | | | | | |
| # of Auto Renewal Rx's w/renew and keep enrolled consent | | | | | | | | |
| Renew, Stay Enrolled % | | | | | | | | |
| # of Auto Renewal Rx's w/renew only and dis-enroll consent | | | | | | | | |
| Renew Only, Dis-enroll % | | | | | | | | |
| # of Auto Renewal Rx's declined assistance | | | | | | | | |
| No Renew, Dis-enroll % | | | | | | | | |
| # of Auto Renewal Rx's dis-enrolled due to no response (10 day grace period) | | | | | | | | |
| Dis-enrolled Due to No Response % | | | | | | | | |
| **Proactive Consent*** | | | | | | | | |
| # of Auto Renewal Rx's with proactive consent | | | | | | | | |
| # of Auto Renewal Rx's with proactive renew and keep enrolled consent | | | | | | | | |
| Renew, Stay Enrolled % | | | | | | | | |
| # of Auto Renewal Rx's with proactive renew only and dis-enroll consent | | | | | | | | |
| Renew Only, Dis-enroll % | | | | | | | | |
| # of Auto Renewal Rx's with proactive declined assistance | | | | | | | | |
| No Renew, Dis-enroll % | | | | | | | | |

Jan-20        Feb-20        Mar-20        Apr-20        Cont YTD

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M140 | Market Priced Pharmaceutical Program Report | REV on 03/01/2023 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.8.22.6 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | |
| N/A | | See Block 16 | See Block 16 | | Draft | Final |
| | | | | | | Reg / Repro |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

### 16. REMARKS

FIRST SUBMISSION:
 Frequency: Monthly
 Reporting Period Start Date: Start of service delivery
 Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
For each month, provide a report showing offer summary with accepted, declined, and expired offers. The report will also include offer history, accepted offer tracking, savings summary, and savings details.

This report shall identify and track all offers, offer status, claims volume approved and dispensed, per month and per offer, associated with Market Priced Pharmaceutical Program, and cost savings per quarter.

SUMMARY
Number of Offers by Status (e.g. Denied, Accepted, Expired) per month.

ACCEPTED OFFER TRACKING
Offer Accepted Date
Dispensing Start Date
Dispensing End Date (Offer Complete Date)
Drug Description (drug, strength, form)
Offer NDC
Medical Pricing File (MPF) NDC
Offer Units
Offer Price
Weighted Avg MPF Price (based on any price changes on the MPF during offer duration)
Offer Status (e.g. expired, in-progress)

Continued on page 2

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 3 Pages

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

By Month:
- Units Dispensed
- Cost per Units dispensed
- Calculated MPF Cost
- Savings
- Estimated Incentive

SAVINGS DETAILS
Offer Accepted Date
Offer Unit Price
MPF Unit Price (wt average to account for pricing changes during offer period)
Start Date
End Date
Quantity Dispensed
Total Offer Cost
Total MPF Cost
Savings

HISTORICAL
Offers Identified by Contractor
Offer Status (e.g., Denied, Accepted, Expired)
Date Submitted
Expiration Date
Type of Offer (e.g., Saving, Stability)
Savings (after administration fee)
Current Drug GSN and GCN
Current Drug NDC
Drug description (drug, strength, form)
Current Drug Manufacturer
Current Drug Cost
Medical Pricing File Contract Number
Estimated Monthly Usage (units) (broken out by dual eligible vs TRICARE only)
Offer Drug NDC
TAA Compliant (Y/N)
Therapeutically Equivalent (Y/N)
Offer Drug Manufacturer
Total Units offered
Offer Purchase Cost
Contractor Incentive (Total offer value x 10%)
Admin Fee
Total Cost to Government (Purchase Cost + Fees)
Unit Price Difference (Current Unit Cost – Offer Unit Cost)
Estimated Offer Days
Offer Units
Estimated Claim Volume
Total Offer Value (Unit Price Difference X Offer Units)

Continued on page 3

**DD FORM 1423-1, FEB 2001**

## CONTRACT DATA REQUIREMENTS LIST
### *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _Performance Report_ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Government Savings (Total Offer Value – ESI Incentive – Admin Fee)
Contractor Comments
Government Approver and Date Approved or Denied

Market Conditions shall be provided with each offer.

Reports shall include Revision log and definitions tab.

The Government reserves the right to adjust the report and data elements after receiving the first report.

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M150 | Theater Medical Data Store (TMDS) Claims Processing Report | REV on 12/03/2021 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.11.10.6 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Repro |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period State Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall provide a complete picture of the following claims received on the TMDS files, how many were posted to the patient profile, and the reasons for not being posted to the profile. Summary volumes will be reported for each weekly file received.

The Report shall include the following for each weekly TMDS file:
- Date of File
- Total Number of Records Received from TMDS
- AHLTA-T Records Adjudicated
- TC2 Records Adjudicated
- Total Records Adjudicated
- Number of Aged Claims Dropped
- Number of Duplicates Dropped
- Number of Errors Dropped
- Total Number Dropped
- % of Total Records on File Dropped

In addition to the current reporting period, the report shall include the above data for all prior weeks within the current option period.

Submit through the DHA e-Commerce Extranet.
(Per TOM C 14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 12/3/2021 | Henry J Gibbs | 12/3/2021 |

**DD FORM 1423-1, FEB 2001**  PREVIOUS EDITION MAY BE USED

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

**THEATER MEDICAL DATA STORE (TMDS) CLAIMS VOLUMES**

| File Date | Total Records Received from TMDS | AHLTA-T Records Adjudicated | TC2 Records Adjudicated | Total Records Adjudicated |
|---|---|---|---|---|
| 2/12/2023 | 7000 | 1500 | 800 | 2300 |
| 2/19/2023 | 8500 | 1000 | 900 | 1900 |

Updated 1.10.2020

| Aged Claims Dropped | Duplicates Dropped | Errors Dropped | Total Dropped | % Dropped |
|---|---|---|---|---|
| 1000 | 4000 | 100 | 5100 | 73% |
| 1300 | 3950 | 200 | 5450 | 64% |
| | | | | |

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | Attachments A&B | TDP_____TM_____OTHER _____ | Financial Statement |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M160 | Non-Financially Underwritten Bank Account Reconciliation Report | REV on 12/3/2021 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR G.3.6.6 | CRM |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| | D | | | a. ADDRESSEE | Draft | Fina l | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | | Reg | Repro |
| N/A | | See Block 16 | See Block 16 | | | | |

| 16. REMARKS | | | |
|---|---|---|---|
| FIRST SUBMISSION: | Submit through the | | |
|   Frequency: Monthly | DHA e-Commerce | | |
|   Reporting Period Start Date: Start of service delivery | Extranet. | | |
|   Due Date: 30 calendar days after end of reporting period | (Per TOM C14) | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | |
| | | | |
| PHI/PII: No | | | |
| FILE FORMAT: Microsoft Excel | | | |
| | | | |
| CONTENT DETAILS: | | | |
| Bank Reconciliation reports are to facilitate verifying authorized benefit payments done by the Contractor with CRM accounting and with cash transactions done through banks and Treasury systems. | | | |
| | | | |
| For each month, after reconciling the bank account, the Contractor shall provide the DHA, CRM with a balanced Bank Reconciliation Format for each bank account, within 30 calendar days following the end of the month being reported. These reports shall contain all transactions affecting the bank accounts. Attached are the format and instructions for this report. | | | |
| | | | |
| Contractor shall provide backup detailed reports for all categories listed under "Other Transactions" of the bank reconciliation. | | | |
| | | | |
| Reports shall be submitted electronically through the PAT system. | | | |
| | | | |
| | 15. TOTAL   → | 0   0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 12/3/2021 | Henry J Gibbs | 12/3/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED     Page 1 of 1     Page s

## TPHARM BANK ACCOUNT RECONCILIATION INSTRUCTIONS

**GENERAL:** This report shall follow and detail the cash flow through the bank accounts and justify the use of the money drawn by the contractor's bank, in the contractor's name, from the Federal Reserve (as well as any other deposits made to the non-financially underwritten bank accounts). This report should also identify any corrective action needed. This report will be balanced against DHA's records for transactions that have been approved by DHA. Any unreasonable, unjustified or unapproved transactions will be collected back from the contractor with applicable interest and penalty. Any transactions not specified in the format, shall be identified under "Other Transactions" as shown on the format and sufficiently explained. Questions concerning placement of items in the format shall be directed to DHA, CRM, Finance and Accounting. The report shall include the listings and explanations required below and should balance to the report from the contractor's bank showing the beginning and ending balances for the month and the total debits, credits and adjustments for the entire month.

**HEADING TO REPORT:**

**ACTIVITY FOR THE MONTH OF:** All transactions shall be as of the end of the month being reported.

**CONTRACTOR NAME:** Name of the Prime Contractor

**SUBCONTRACTOR NAME:** Name of the Subcontractor

**FISCAL YEAR**: The Federal fiscal year for the transactions in the account. New accounts are started each October 1st for the new fiscal year.

**ASAP ID NUMBER:** The ASAP number used for transactions between the bank and the Federal Reserve Bank (provided by DHA, CRM for each bank account.)

**TYPE OF ACCOUNT:** A descriptive title of the account. The contract requires, at a minimum, an account for Defense Health Program (DHP) funding claims and an account for Medicare Eligible Retiree Health Care Fund (MERHCF ) claims. Other accounts may be requested as needed.

**REPORT FORMAT:**

**COLUMNS:**

**PREVIOUS MONTH'S YEAR TO DATE TOTAL:** Shall equal the last column on the previous month's report.

**THIS MONTH'S TRANSACTIONS:** Shall be totals of the reporting month's transactions, categorized as shown on the report format. Outstanding Payments and Ending Balance are YTD figures so will be the same as YTD Total column.

**REPORTING MONTH'S YEAR TO DATE TOTAL:** The totals of the previous month's year to date totals plus the reporting month's totals.

**TYPES OF TRANSACTIONS:**

**I. TRANSACTIONS DONE THRU THE FEDERAL RESERVE BANK - RICHMOND:**
Net Total of Drawdowns against the Federal Reserve Bank: This is a total of all transactions done between the bank and the Federal Reserve-Richmond (the FED). These transactions will primarily be draws on the FED, which become deposits to the contractor's bank account. There may be some instances of the bank repaying the Fed for an overdrawn amount. These amounts should be netted against the amounts drawn for the total shown in this section.

**II. TRANSACTIONS DONE IN CONTRACTOR'S BANK ACCOUNT:**

**A.** Routine Bank Account Transactions (payments and other transactions authorized in the TRICARE Operations, Policy, or Reimbursement Manuals or Section G of the contract).

**1.** <u>TED Vouchers</u> - TEDs provide the detailed information that supports the issuance of the payments on these bank accounts. These vouchers also include credits such as staledated and voided payments that have been processed through the claims processing systems creating credit TEDs. (Note: Credits must relate to the account they are being processed against, i.e., they are staledated or voided checks cut on that account or a refund that was deposited into that account.) For this report, only a total of the TEDs vouchers is needed. This total does not need to be broken down by programs or other subtotals.

**2.** <u>Credits not submitted on TEDs</u>**:**

a. <u>Receipts under $30</u> - Total of receipts/collections under $30 that were received during the reporting month and not reported on a TED (Reference TOM Chapter 10, Section 4, paragraph 13). Reported amount must be supported by a listing of the reporting month's individual transactions. Do not include on this line if these were reported as TEDs.

b. <u>Collections, Voids and Staledates under $10</u> - Total of collections and voided and staledated checks/payments under $10 including $.99 payment transactions that were not released. Reported amount must be supported by a listing of the reporting month's individual transactions. Do not include transactions on this line that were reported as TEDs.

c. <u>Court Ordered Restitution</u> - Court Ordered restitution collections shall be listed in this field regardless of amount. Reported amount must be supported by a listing of the reporting month's transactions. Do not include on this line if these were reported as TEDs.

**3.** <u>DHA Approved Manual Transactions</u> – Include transactions that have been submitted and approved by DHA, CRM for payment or collection. These are transactions that cannot be handled by TEDs or under one of the categories listed in #2 above. These should be rare.

a. <u>Payments not recorded as a TED</u>: They must be approved by DHA, CRM prior to any payments being made. Payments will be thoroughly described and supported with adequate documentation and explanations as to why these transactions are not being done as a TED Voucher (#1 above).

b. <u>Receipts over $30 not recorded as a TED</u>: Credits may be listed without approval but must be listed individually and with explanations as to why they were not processed as a TED Voucher (#1 above).

**4.** <u>Final Payment(s) to DHA</u> – include payments made to DHA at the end of the bank accounts including payments made by the contractor and the bank.

**B. Other Transactions:**

This category is for transactions that may occur from time to time in a bank account such as bank errors that have not yet been corrected. These items must be cleared by the time the account is closed or be approved by DHA (#3 above). Identify type of transaction and amount affecting the bank balance. This also includes installment loan collections being held in the account during the year and which are transferred to the next year's account at the end of the year or reported as a TED is fully collected.

**III.** End of the Month Outstanding Checks Total: This is the amount of checks that have not cleared the bank by the cut off for reconciliation, normally the end of the month. This field should be cleared by the final bank reconciliation on the bank account either through the checks/payments clearing the account or being voided.

**IV. ENDING BALANCE:** This is the ending balance on the bank statement for the end of the last day of the period being reported, which is normally the end of the month. This should equal Section I - (+Section II - Section III).

**V. NOTES:** This section is used to report total payments drawn from the non-underwritten account where the payee is 'Self';

　　1.  Payments to 'Self' made in accordance with the TOM Chapter 10, Section 3, Paragraph 6.

　　2.  All Payments to 'Self' not authorized by TOM Chapter 10, Section 3, Paragraph 6.

　　3.  The contractor may use this section to report any non-underwritten bank account activity not covered by Sections I thru IV and do not affect the bank account totals.

CONTRACTOR NAME                                                                                    FOR THE MONTH OF _____
SUB-CONTRACTOR NAME (if applicable)              **TPHARM BANK ACCOUNT RECONCILIATION**
                                                                   **FISCAL YEAR**
                                                              **ASAP ID NUMBER**

| **Type of Account** (i.e. MERHCF or DHP or other identifier) | PREVIOUS MONTH'S YEAR TO DATE TOTAL | THIS MONTHS TRANSACTIONS | REPORTING MONTH'S YEAR TO DATE TOTAL |
|---|---|---|---|

| I. | **TRANSACTIONS DONE THRU THE FEDERAL RESERVE - RICHMOND** (Year to Date) | | | |
|---|---|---|---|---|
| | **Net Total of Drawdowns against Federal Reserve Bank:**    TOTAL SECTION I | ☐ | ☐ | ☐ |

| II. | **TRANSACTIONS RELATED TO CASH IN BANK ACCOUNT** | | | |
|---|---|---|---|---|
| A. | **Routine Bank Account Transactions:** | | | |
| | 1. TED Vouchers (Total of all TEDs submitted to DHA): | ☐ | ☐ | ☐ |
| | 2. Credits not submitted on TEDS: | | | |
| | a. Receipts under $30 (must include list of each transaction): | ☐ | ☐ | ☐ |
| | (Reference: TOM Chapter 10, Section 4, Paragraph 13.0) | | | |
| | b. Collections, Voids and Staledates under $10 (must include listing of transactions) | ☐ | ☐ | ☐ |
| | (Reference Section G of Contract) | | | |
| | c. Court Ordered Restitution (shall include listing of each transaction) (optional) | ☐ | ☐ | ☐ |
| | (Reference Section G of Contract) | | | |
| | 3. DHA Approved Manual Transac ions for o her than TEDS | | | |
| | a. Payments not recorded as a TED: | ☐ | ☐ | ☐ |
| | (Reference Section G of Contract) | | | |
| | b. Receipts over $30 not recorded as a TED: | ☐ | ☐ | ☐ |
| | (Reference Section G of Contract) | | | |
| | 4. Final Check(s) to DHA (include payments from bank directly to DHA) | ☐ | ☐ | ☐ |
| B. | **Other Transactions:** | | | |
| | 1. (List types of transa ions | ☐ | ☐ | |
| | (e.g. intstallment payments, bank errors, transactions in transit, etc.) | | | |
| | TOTAL SECTION II | ☐ | ☐ | ☐ |

| III. END OF MONTH OUTSTANDING CHECK TOTAL: | | | |
|---|---|---|---|
| **Month End Outstanding Check Total**    TOTAL SECTION III | ☐ | ☐ | ☐ |
| (YTD and Current Month will be same amount) | | | |

| IV. ENDING BALANCE IN BANK ACCOUNT | | | |
|---|---|---|---|
| **Month End Balance in Bank Account**    TOTAL SECTION IV | ☐ | ☐ | ☐ |
| (YTD and Current Month will be same amount)    = Section I - (+Section II - Section III) | | | |

| V. NOTES | | | |
|---|---|---|---|
| **Other Financial Transactions**    TOTAL SECTION V | ☐ | ☐ | ☐ |
| 1. Total of Good-Faith Payments to Self | | | |
| (Underwritten Good Faith payments transferred to non-underwritten in accordance with TOM Chapter 10, Section 3, Paragraph 6) | | | |
| 2. Total of payments to Self (not related Good-Faith payments) | ☐ | ☐ | ☐ |
| 3. Other | | | |

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | Attachment A,B&C | TDP _____ TM _____ OTHER _____ | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M170 | Non-Financially Underwritten Accounts Receivable Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR G.3.6.13.2 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |

16. REMARKS

FIRST SUBMISSION:
 Frequency: Monthly
 Reporting Period Start Date: Start of service delivery
 Due Date: Third business day following the 25th of the month of claims processing
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Accounts Receivable held by the Contractor under the TRICARE Operations Manual, Chapter 10, Section 4 must be reported monthly to Contract Resource Management (CRM), DHA-Aurora.

Separate sets of reports are required for Federal Government Receivables and for Public Receivables.  Federal Government Receivables include the receivables from medical facilities operated by the Veterans Administration, Coast Guard, Public and Indian Health Service, or any other Federal Government agency.  All others should be submitted on a separate set of reports as Public Receivables.

The Contractor shall cut off the data for the Accounts Receivable reports on the 25th of the month and submit all of the following Accounts Receivable reports by the third business day following the 25th of the month of claims processing (e.g. for March 2013, data would be as of the 25th of March and reports would be due the 28th of March or for April 2013, data would also be as of the 25th (of April) but reports would be due the 30th of April since there is a weekend in between).

Attached are the format and instructions for each report with updates provided by the Government as required:

- Accounts Receivable Summary Report
- Accounts Receivable  - Amounts Written Off Detail Report
- Accounts Receivable  - Debts Transferred to Defense Health Agency (DHA) Detail Report
- Accounts Receivable - Ending Outstanding Receivables Detail Report
- Accounts Receivable - Contractor Transition (if applicable)
- Accounts Receivable - Suspended Providers (if applicable)

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 9 Pages

**ACCOUNTS RECEIVABLE SUMMARY REPORT**
**MONTH & YEAR OF REPORT**
**ASAP ID# - (Public or Government)**

|  | NUMBER OF ACCOUNTS | AMOUNT |
|---|---|---|
| **A. SUMMARY OF ACCOUNTS RECEIVABLES** | | |
| 1. Beginning Receivables | | $ |
| 2. New Receivables | | |
|     a. From current contractor | | $ |
|     b. From outgoing contractor | | $ |
| 3. Collections On Receivables | | $ |
| 4. Adjusted Amounts | | $ |
| 5. Amounts Written Off | | $ |
| 6. Transferred Amounts | | |
|     a. To DHA, OGC, Claims Collection Section (CCS) | | $ |
|     b. To incoming contractor | | $ |
| 7. Ending Receivables   (Lines A.1 + A.2 - A.3 +/- A.4 - A.5 - A.6) | | $ |

**B. OUTSTANDING RECEIVABLES**

| 1. Principal Amount ≥ $600.00 | | |
|---|---|---|
|     a. Not Delinquent | | $ |
|     b. Delinquent | | |
|         1) 1-30 Days | | $ |
|         2) 31-60 Days | | $ |
|         3) 61-90 Days | | $ |
|         4) 91-150 Days | | $ |
|         5) 151-180 Days | | $ |
|         6) 181-365 Days | | $ |
|         7) > 1 Year to 2 Years | | $ |
|         8) > 2 Years to 6 Years | | $ |
|         9) > 6 Years to 10 Years | | $ |
|         10) > 10 Years | | $ |
|         11) Total Delinquent Receivables ≥ $600.00 | | |
|             (Total of Lines B.1.b.1 thru B.1.b.10) | | $ |
|     c. Total Outstanding Receivables ≥ $600.00 | | |
|         (Total of Lines B.1.a + B.1.b.11) | | $ |

| 2. Principal Amount ≤ $599.99 | | |
|---|---|---|
|     a. Not Delinquent | | $ |
|     b. Delinquent | | |
|         1) 1-30 Days | | $ |
|         2) 31-60 Days | | $ |
|         3) 61-90 Days | | $ |
|         4) 91-150 Days | | $ |
|         5) 151-180 Days | | $ |
|         6) 181-365 Days | | $ |
|         7) > 1 Year to 2 Years | | $ |
|         8) > 2 Years to 6 Years | | $ |
|         9) > 6 Years to 10 Years | | $ |
|         10) > 10 Years | | $ |
|         11) Total Delinquent Receivables ≤ $599.99 | | |
|             (Total of Lines B.2.b.1 thru B.2.b.10) | | $ |
|     c. Total Outstanding Receivables ≤ $599.99 | | |
|         (Total of Lines B.2.a + B.2.b.11) | | $ |

| 3. Total Receivables | | |
|---|---|---|
|     a. Not Delinquent (Lines B.1.a + B.2.a) | | $ |
|     b. Delinquent | | |
|         1) 1-30 Days (Lines B.1.b.1 + B.2.b.1) | | $ |
|         2) 31-60 Days (Lines B.1.b.2 + B.2.b.2) | | $ |
|         3) 61-90 Days (Lines B.1.b.3 + B.2.b.3) | | $ |
|         4) 91-150 Days (Lines B.1.b.4 + B.2.b.4) | | $ |
|         5) 151-180 Days (Lines B.1.b.5 + B.2.b.5) | | $ |
|         6) 181-365 Days (Lines B.1.b.6 + B.2.b.6) | | $ |
|         7) > 1 Year to 2 Years (Lines B.1.b.7 + B.2.b.7) | | $ |
|         8) > 2 Years to 6 Years (Lines B.1.b.8 + B.2.b.8) | | $ |
|         9) > 6 Years to 10 Years (Lines B.1.b.9 + B.2.b.9) | | $ |
|         10) > 10 Years (Lines B.1.b.10 + B.2.b.10) | | $ |
|         11) Total Delinquent Receivables | | |
|             (B.1.b.10 + B.2.b.10) | | $ |
|     c. Total Outstanding Receivables (Line B.1.c + B.2.c) | | $ |

INSTRUCTIONS FOR ACCOUNTS RECEIVABLE SUMMARY REPORT

**HEADER**:
Contractor Name: Name of the Prime Contractor.
Subcontractor Name: Name of the Subcontractor.
MONTH & YEAR OF REPORT: All transactions shall be as of the 25th of the month being reported.

ASAP ID #: The ASAP ID number assigned to the bank account used for payments/collections and other bank transactions.

  - Public or Government: Reports should be separated by public debtors or federal government debtors. Federal government debtors are facilities controlled run by the federal government. Primarily, federally controlled debt will be from Veteran Administration hospitals/clinics and Indian Health Service hospitals/clinics. Military Treatment Facilities should not be billing DHA. The Public Health Service, apparently, no longer runs any hospitals or clinics. Any question about the status of a debtor should be address to CRM.

**A. SUMMARY OF ACCOUNTS RECEIVABLE**

  1. Beginning receivables - Carried forward from line A.7. of the prior month report.

  2. New receivables –
      2.a – From current contractor - Enter the number and amount of new receivables generated during the reporting period.
      2.b – From outgoing contractor – Enter the number and amount of new receivables generated from the outgoing contractor during contract transition.

  3. Collections on receivables - Include in the Amount column, all installment payments and offset adjustments received. In the Number of Cases column, include only the final installment or offset.

  4. Adjusted Amounts - Enter the number and amount of corrections made to previously reported receivables and refunds of amounts previously reported as corrections. The amount noted on this line must be explained in footnotes to this report.

  5. Amounts written off - Cases which are 365 days delinquent with balances less than $600, shall be written-off and reported on line A.5. However, the offset flag shall remain until the claims processing contract has elapsed or full payment is received. If a full collection through offset is effected, then the write-off shall be reversed (Line A.5) and the amount collected recorded (Line A.3.).

6. Transferred –

6.a.1 – To DHA, OGC, Claims Collection Section (CCS) - When a case with a balance of $600 or more is transferred to DHA (in accordance with the TOM, Chapter 10, Section 4), the balance transferred shall be reported on line A.6.a. An adjustment claim and TED shall be processed for the total amount collected to the point of transfer (either by payment or offset). If a transferred receivable is collected inadvertently through offset, the claims processing unit shall notify CCS by the following work day after receipt and complete the Collections Made By Offset/Refund Form (Addendum A Figure 10.A-31). The amount of the offset shall reduce current transfers (Line A.6.a) and be included in Collections (Line A.3). If a receivable has reached the mandatory time limit for transfer, but a claim is pending for offset which will not be paid until the next month, this receivable may be retained, reported on a footnote, and transferred the following month if a balance still exists. The footnote shall provide the debtor's name, sponsor's name and SSN, amount of debt, amount of potential offset, and the expected date of transfer. A copy of each report containing such footnotes shall be sent to the Chief, Recoupment Branch, Office of General Counsel (OGC), DHA.

6.a.2 – To DHA, OGC during contract transition– Only offset accounts greater or equal to $600.00 that have been on offset for 12 months or longer, and all installment accounts, shall be transferred to DHA no later than 30 days after the start of health care delivery in accordance with TOM, Chapter 2, Section 10, paragraph5.0.

6.b – To incoming contractor during contract transition – The outgoing contractor shall only transfer offset cases for non-financially underwritten funds greater than $110.00 ($30.00 for pharmacy overpayments) that have been on offset for less than 12 months to the incoming contractor no later than 30 days after the start of health care delivery in accordance with TOM, Chapter 2, Section 10, paragraph 5.0.

7. Ending receivables - Total ending receivable balance to be carried forward to A.1. for the next reporting period.

## B. OUTSTANDING RECEIVABLES

Outstanding receivables shall be aged and reported by the categories listed on the report.

Not Delinquent is normally 30 days from the date of initial notification of the debt or from the date of the last installment payment whichever is later.

Installments will be aged based on the date of the last payment. If the installment payment is delinquent (over 30 days from the last payment) the remaining unpaid balance will be reported in the proper aged category depending on the remaining balance of the debt (B.1 equal to or greater than $600 or B.2 less than $600)

**ACCOUNTS RECEIVABLE - AMOUNTS WRITTEN OFF DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                                          **Month Of Report**                                          **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.5. - Amounts Written Off - on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

**ACCOUNTS RECEIVABLE - DEBTS TRANSFERRED TO DHA DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                                  **Month Of Report**                                       **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|----------------|------|-------|-------|--------|---------|---------|---------|------------------|---------------------|---------------------|----------|-------|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.6.a - Transferred to DHA - on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

**ACCOUNTS RECEIVABLE - ENDING OUTSTANDING RECEIVABLE DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                                    **Month Of Report**                                    **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|------------|------|-------|-------|--------|---------|---------|---------|------------------|-------------------|-------------------|----------|-------|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.7. - Ending Receivable on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

**ACCOUNTS RECEIVABLE - CONTRACT TRANSITION DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                                    **Month Of Report**                                    **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|----------------|------|-------|-------|--------|---------|---------|---------|----------------|------------------|-------------------|----------|-------|
|      |                | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS |       |
|      |                |      |       |       |        |         |         |         |                |                  |                   |          |       |
|      |                |      |       |       |        |         |         |         |                |                  |                   |          |       |
|      |                |      |       |       |        |         |         |         |                |                  |                   |          |       |
|      |                |      |       |       |        |         |         |         |                |                  |                   |          |       |
|      |                |      |       |       |        |         |         |         |                |                  |                   |          |       |
|      |                |      |       |       |        |         |         |         |                |                  |                   |          |       |
|      |                |      |       |       |        |         |         |         |                |                  |                   |          |       |
|      |                |      |       |       |        |         |         |         |                |                  |                   |          |       |
|      |                |      |       |       |        |         |         |         |                |                  |                   |          |       |
| TOTALS: |             |      |       |       |        |         |         |         |                |                  |                   |          |       |

INSTRUCTIONS:

For outgoing contractor - This report shall list the cases that make up the total shown on line A.6.b - Transferred to incoming contractor - on the Accounts Receivable Summary Report

For incoming contractor - This report shall list the cases that make up the total shown on line A.2.b - New receivables from outgoing contractor - on the Accounts Receivable Summary Report

Aging shall be based on date of delinquency

**ACCOUNTS RECEIVABLE  - SUSPENDED PROVIDERS**

**Contractor Name**
**Sub-Contractor Name**                                                                                    **ASAP ID#**

                              **Month Of Report**

| | Accounts Receivable debt by Suspended Providers (do-not-pursue) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Provider/Pharmacy | Date Suspended by DHA | Amount Suspended | Funds Received by Suspended Provider | On A/R Report? | Date funds were forwarded to DHA | Comments |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | | **Grand Total** | $          - | $                   - | | | |

\* Debts referenced above will be reported in their approiate category on the A/R report where they will continue to be aged.
\* Email should be sent to DHA/CRM to report all TRI's impacted by the suspended provider when suspension occurs.

| | Accounts Receivable debt related to Suspended Providers (actively pursuing collections) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Provider/Pharmacy | Date Suspended by DHA | Amount Recouping | Date Suspension was lifted | On A/R Report? | Date range of claims being pursued | Amount of funds returned from DHA to contractor |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | | **Grand Total** | $          - | | | | $          - |

\* Debts referenced above will be reported in their approiate category on the A/R report where they will continue to be aged.
\* Email should be sent to DHA/CRM to report all TRI's impacted by the lift in suspension when it occurs.

A suspended provider will only occur at the direction of DHA Program Integrity Office (PI).
Additional guidance on suspended providers can be found in the TOM Chapter 13, Section 5.

**ACCOUNTS RECEIVABLE SUMMARY REPORT**
**MONTH & YEAR OF REPORT**
**ASAP ID#  - (Public or Government)**

|  | NUMBER OF ACCOUNTS | AMOUNT |
|---|---|---|

**A. SUMMARY OF ACCOUNTS RECEIVABLES**

| | NUMBER OF ACCOUNTS | AMOUNT |
|---|---|---|
| 1. Beginning Receivables | | $ |
| 2. New  Receivables | | |
|     a.    From current contractor | | $ |
|     b.    From outgoing contractor | | $ |
| 3. Collections On Receivables | | $ |
| 4. Adjusted Amounts | | $ |
| 5. Amounts Written Off | | $ |
| 6. Transferred Amounts | | |
|     a.    To DHA, OGC, Claims Collection Section (CCS) | | $ |
|     b.    To incoming contractor | | $ |
| 7. Ending Receivables          (Lines A.1 + A.2 - A.3 +/- A.4 - A.5 - A.6) | | $ |

**B. OUTSTANDING RECEIVABLES**

**1. Principal Amount > $600.00**

| | NUMBER OF ACCOUNTS | AMOUNT |
|---|---|---|
|     a.    Not Delinquent | | $ |
|     b.    Delinquent | | |
|         1) 1-30 Days | | $ |
|         2) 31-60 Days | | $ |
|         3) 61-90 Days | | $ |
|         4) 91-150 Days | | $ |
|         5) 151-180 Days | | $ |
|         6) 181-365 Days | | $ |
|         7) > 1 Year to 2 Years | | $ |
|         8) > 2 Years to 6 Years | | $ |
|         9) > 6 Years to 10 Years | | $ |
|         10) > 10 Years | | $ |
|         11) Total Delinquent Receivables > $600.00 | | |
|             (Total of Lines B.1.b.1 thru B.1.b.10) | | $ |
|     c.    Total Outstanding Receivables > $600.00 | | |
|           (Total of Lines B.1.a + B.1.b.11) | | $ |

**2. Principal Amount < $599.99**

| | NUMBER OF ACCOUNTS | AMOUNT |
|---|---|---|
|     a.    Not Delinquent | | $ |
|     b.    Delinquent | | |
|         1) 1-30 Days | | $ |
|         2) 31-60 Days | | $ |
|         3) 61-90 Days | | $ |
|         4) 91-150 Days | | $ |
|         5) 151-180 Days | | $ |
|         6) 181-365 Days | | $ |
|         7) > 1 Year to 2 Years | | $ |
|         8) > 2 Years to 6 Years | | $ |
|         9) > 6 Years to 10 Years | | $ |
|         10) > 10 Years | | $ |
|         11) Total Delinquent Receivables < $599.99 | | |
|             (Total of Lines B.2.b.1 thru B.2.b.10) | | $ |
|     c.    Total Outstanding Receivables < $599.99 | | |
|           (Total of Lines B.2.a + B.2.b.11) | | $ |

**3. Total Receivables**

| | NUMBER OF ACCOUNTS | AMOUNT |
|---|---|---|
|     a.    Not Delinquent (Lines B.1.a + B.2.a) | | $ |
|     b.    Delinquent | | |
|         1) 1-30 Days (Lines B.1.b.1 + B.2.b.1) | | $ |
|         2) 31-60 Days (Lines B.1.b.2 + B.2.b.2) | | $ |
|         3) 61-90 Days (Lines B.1.b.3 + B.2.b.3) | | $ |
|         4) 91-150 Days (Lines B.1.b.4 + B.2.b.4) | | $ |
|         5) 151-180 Days (Lines B.1.b.5 + B.2.b.5) | | $ |
|         6) 181-365 Days (Lines B.1.b.6 + B.2.b.6) | | $ |
|         7) > 1 Year to 2 Years (Lines B.1.b.7 + B.2.b.7) | | $ |
|         8) > 2 Years to 6 Years (Lines B.1.b.8 + B.2.b.8) | | $ |
|         9) > 6 Years to 10 Years (Lines B.1.b.9 + B.2.b.9) | | $ |
|         10) > 10 Years (Lines B.1.b.10 + B.2.b.10) | | $ |
|         11) Total Delinquent Receivables | | |
|             (B.1.b.10 + B.2.b.10) | | $ |
|     c.    Total Outstanding Receivables (Line B.1.c + B.2.c) | | $ |

**ACCOUNTS RECEIVABLE - AMOUNTS WRITTEN OFF DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                                    **Month Of Report**                                    **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|---------------|------|-------|-------|--------|---------|---------|---------|------------------|--------------------|---------------------|---------|-------|
|      |               | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS |       |
|      |               |      |       |       |        |         |         |         |                  |                    |                     |         |       |
|      |               |      |       |       |        |         |         |         |                  |                    |                     |         |       |
|      |               |      |       |       |        |         |         |         |                  |                    |                     |         |       |
|      |               |      |       |       |        |         |         |         |                  |                    |                     |         |       |
|      |               |      |       |       |        |         |         |         |                  |                    |                     |         |       |
|      |               |      |       |       |        |         |         |         |                  |                    |                     |         |       |
|      |               |      |       |       |        |         |         |         |                  |                    |                     |         |       |
|      |               |      |       |       |        |         |         |         |                  |                    |                     |         |       |
| TOTALS: |            |      |       |       |        |         |         |         |                  |                    |                     |         |       |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.5. - Amounts Written Off - on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

**ACCOUNTS RECEIVABLE - DEBTS TRANSFERRED TO DHA DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                              **Month Of Report**                                          **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|----------------|------|-------|-------|--------|---------|---------|---------|------------------|---------------------|----------------------|--------|-------|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.6.a - Transferred to DHA - on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

**ACCOUNTS RECEIVABLE - ENDING OUTSTANDING RECEIVABLE DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                                          **Month Of Report**                                          **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.7. - Ending Receivable on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

**ACCOUNTS RECEIVABLE - CONTRACT TRANSITION DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                                                     **Month Of Report**                                                     **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|----------------|------|-------|-------|--------|---------|---------|---------|-----------------|--------------------|---------------------|---------|-------|
|      |                | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS |       |
|      |                |      |       |       |        |         |         |         |                 |                    |                     |         |       |
|      |                |      |       |       |        |         |         |         |                 |                    |                     |         |       |
|      |                |      |       |       |        |         |         |         |                 |                    |                     |         |       |
|      |                |      |       |       |        |         |         |         |                 |                    |                     |         |       |
|      |                |      |       |       |        |         |         |         |                 |                    |                     |         |       |
|      |                |      |       |       |        |         |         |         |                 |                    |                     |         |       |
|      |                |      |       |       |        |         |         |         |                 |                    |                     |         |       |
|      |                |      |       |       |        |         |         |         |                 |                    |                     |         |       |
|      |                |      |       |       |        |         |         |         |                 |                    |                     |         |       |
| TOTALS: |             |      |       |       |        |         |         |         |                 |                    |                     |         |       |

INSTRUCTIONS:

For outgoing contractor - This report shall list the cases that make up the total shown on line A.6.b - Transferred to incoming contractor - on the Accounts Receivable Summary Report

For incoming contractor - This report shall list the cases that make up the total shown on line A.2.b - New receivables from outgoing contractor - on the Accounts Receivable Summary Report

Aging shall be based on date of delinquency

**ACCOUNTS RECEIVABLE  - SUSPENDED PROVIDERS**

**Contractor Name**

**Sub-Contractor**

**Month Of Report**

**ASAP ID#**

| | Accounts Receivable debt by Suspended Providers (do-not-pursue) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Provider/Pharmacy | Date Suspended by DHA | Amount Suspended | Funds Received by Suspended Provider | On A/R Report? | Date funds were forwarded to DHA | Comments |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | Grand Total | | $          - | $              - | | | |

* Debts referenced above will be reported in their appropiate category on the A/R report where they will continue to be aged.

* Email should be sent to DHA/CRM to report all TRI's impacted by the suspended provider when suspension occurs.

| | Accounts Receivable debt related to Suspended Providers (actively pursuing collections) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Provider/Pharmacy | Date Suspended by DHA | Amount Recouping | Date Suspension was lifted | On A/R Report? | Date range of claims being pursued | Amount of funds returned from DHA to contractor |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | Grand Total | | $          - | | | | $              - |

* Debts referenced above will be reported in their appropiate category on the A/R report where they will continue to be aged.

* Email should be sent to DHA/CRM to report all TRI's impacted by the lift in suspension when it occurs.

A suspended provider will only occur at the direction of DHA Program Integrity Office (PI).

Additional guidance on suspended providers can be found in the TOM Chapter 13, Section 5.

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M180 | Non-Financially Underwritten Bank Cleared Payment Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR G.3.6.6 & CTR G.4.1.2 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | |
| N/A | | See Block 16 | See Block 16 | | Draft | Final / Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
   Frequency: Monthly
   Reporting Period Start Date: Start of service delivery
   Due Date: 5 calendar day after end of reporting period
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Data File (.dat)

CONTENT DETAILS:
The Contractor shall require their bank to provide, by an electronic transmission, a listing of all payments clearing the account and a listing of all deposits.

Banks routinely report payment transactions to corporations.  This payment listing may be in the bank's format as long as bank's format includes detailed transaction data to include individual transaction identification (either EFT transaction codes or check numbers) and dollar amount of payment.  This will be submitted electronically.

Deposits may be daily totals and provided separately from the payments.

Payment file layouts with updates provided by the government as required.

Attachment A: Check layout
Attachment B: EFT/ACH Layout

Submit through the B2B Gateway

| 17. PRICE GROUP |
|---|
| |

| 18. ESTIMATED TOTAL PRICE |
|---|
| |

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**       PREVIOUS EDITION MAY BE USED.       Page __1__ of __4__ Pages

**Attachment A:**

## **Bank "Check Cashed" File Layout**

```
INTO TABLE TMA_PCR_BANK_IMP_HEADERS
WHEN (1) <> 'H' AND (1) <> 'D' AND (11) = 'T'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
      BANK_ACCT_NUMBER POSITION(01:10) CHAR "rtrim(:bank_acct_number)",
      RECORD_COUNT         POSITION(14:23) INTEGER EXTERNAL,
      TOTAL_AMOUNT         POSITION(24:35) DECIMAL EXTERNAL ":total_amount/100"
)
INTO TABLE TMA_PCR_BANK_IMP_DETAILS
WHEN (1) <> 'H' AND (1) <> 'D' AND (11) = ' '
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
      BANK_ACCT_NUMBER        POSITION(01:10) CHAR "rtrim(:bank_acct_number)",
      CHECK_NUMBER                 POSITION(14:23) CHAR,
      AMOUNT_PAID             POSITION(24:35)   DECIMAL EXTERNAL ":amount_paid/100",
      PAID_DATE               POSITION(36:43) DATE "MMDDYYYY"
"DECODE(:paid_date,'00000000',NULL,'99999999',NULL,:paid_date)"
)
```

**Note: A Trailer Record must be included after the details per each bank account number.**

\* On detailed record paid amount should be right justified, left zero filled.

**Attachment B:**

## BAI – EFT/ACH Payment Layout

**The Standard BAI Format should be utilized with the specific requirements listed below for ACH(EFT) Payments:**

**Record Type 01: File Header**
File header marks the beginning of a file.  It identifies the sender and the receiver of the transmission, and it describes the structure of the file.

Example:
01,Bank Name,Contractor,180101,0830,100000,100,1,2/

**Record Type 02:  Group Header**
Group header identifies a group of accounts, all of which are from the same originator and include the same As-of-Date.

Example:
02,Contractor,000000000,1,180101,,USD,/

**Record Type 03:  Account Identifier and Summary Status**
Record identifies the account number and reports summary and status information.  Summary information may be accompanied by an item count and fund availability distribution.  Must be used to identify each account.

Example:
03,Cust Acct Number,USD,140,0000000000,00000,,450,0,0,/

**Record Type 16: Transaction Detail**
Transactions will be reported on a Record Type **16** using Transaction Codes **169** (Miscellaneous ACH Credit) or **469** (Miscellaneous ACH Debit) and the ***Unique Customer Identifier*** in Field 8 of the Record Type 16.  The B*ank* will receive the ***Unique Customer ID*** from the **Contractor** within their Standard **NACHA** file Record Type 6, Field 7, Position 40-54. This data must be passed to DHA in the prescribed fields to allow for reconciliation processing.  All other record types in the BAI files should be standard.

```
Example:
16,169,Amount,Fund Type,Date,,BANK_REF_NUMBER,Unique_Cust_ID_Num/
88,Misc TEXT Continuing Record.

16,169,10000,V,180101,,000000000000000,0000000000/
88,ABA: 000000000; Acct: 000000000000; Recv ID: 0000000000; Recv Name: ABC Company
```

**Record Type 88:   Continuation Record**
```
If the data in any type of record exceed the physical record size, or if dividing the record is
desirable for any other reason, an 88 record allows the data to continue in the same format.
```

```
Example:
88,ABA: 000000000; Acct: 000000000000; Recv ID: 0000000000; Recv Name: ABC Company
```

**Record Type 49:   Account Trailer**
```
There must be one 49 record for each 03 record.  All 16 and 88 records between the 03 record and
the 49 record refer to the account identified in the 03 record.
```

```
Example:
49,+1250000000,25000/
```

**Record Type 98:   Group Trailer**
```
There must be one 98 record for each 02 record.
```

```
Example:
98,+6000000000,2,103000/
```

**Record Type 99:   File Trailer**
```
There must be one 99 record for each file.  The 99 record indicates the end of the logical file.
```

```
Example:
99,+6000000000,1,100000/
```

```
* On detailed record paid amount should be right justified, left zero filled.
```

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M190 | Bank Account Statement Report | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR G.3.6.6 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

16. REMARKS

FIRST SUBMISSION:
 Frequency: Monthly
 Reporting Period Start Date: Start of service delivery
 Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT:  PDF

CONTENT DETAILS:
This report may be pages from the standard bank statement provided by the bank
or may be an Internet access but must be from the bank.

The Contractor shall provide a report/statement, created by their bank, each month
that includes the following information:
 Beginning Balance in the account(s)
 Total payments
 Total deposits
 Total adjustments (if applicable)
 Ending Balance in the account(s)

Reports shall be submitted electronically through the Extranet/PAT system.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M200 | Benefit Design and Formulary Search Tool Changes | REV on 03/01/2023 |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.7.1.6 & CTR C.9.4.9.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

### 16. REMARKS

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall document all benefit design changes and all changes made to the Formulary Search Tool (FST) and the expected outcomes. Documentation will include:

- Date of DHA Request (P&T minutes signed or guidance received by DHA)
- Scheduled Date of Change
- Actual Date of Change
- Applicability (Adjudication or FST) (e.g. Does change impact adjudication or FST or both)
- Drug (HICL level or NDC depending on how the rule is built)
- Formulary Change
- Preferred Alternative Change
- Manual PA load/term for new/current users
- Prior Authorization Change (add or remove criteria or other updates)
- Medical Necessity Change (add or remove criteria or other updates)
- Step Therapy Change (add or remove criteria or other updates)
- Quantity Limit and Day Supply Rules (add or remove criteria or other updates)
- Quantity Limit and Day Supply Coverage Review
- Drug List Change (example: copay, MHS, OTC, BCF, etc.)
- Drug Coverage Change (example: covered/not covered, covered in patients - age/gender, refills not covered, etc.)
- Miscellaneous Change
- Specific Instructions (as provided by DHA to ESI)
- Source of Instructions (email, P&T minutes, policy, COR direction, etc.)
- Note Change in FST (e.g. Custom PA, Step Therapy, day supply, quantity limit or miscellaneous messages)
- Expected Outcomes
- Type of Change (P&T, Others)

(Continued on page 2)

By email to COR and all other individuals designated by the government

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER Performance Report _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Errors:
- Benefit Design Error or FST Error?
- Contractor Reported Error (Y/N)
- Date Error Occurred
- Date Error Was Reported to the Government
- Date Error Discovered
- Date Error Corrected
- Corrective Action (Y/N)

Definitions tab

| CONTRACT DATA REQUIREMENTS LIST | Form Approved OMB |
|---|---|
| (1 Data Item) | No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M210 | Compound Prescription Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.7.7.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
| Frequency: Monthly | |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: 20 calendar days after end of reporting period | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Microsoft Excel | |
| | |
| CONTENT DETAILS: | |
| The report shall assess the use of compounded medications, their associated costs and utilization at Purchased Care and MTF pharmacies. The report shall provide, at a minimum, the following information for the previous calendar month: | |
| | |
| - Plan cost vs. Rx count utilization trend | |
| - Average Rx cost utilization trend | |
| - Summary of top 20 MTF pharmacies with highest plan costs and comparison to remaining MTF population | |
| - Summary of top 20 Purchased Care pharmacies with highest plan costs and comparison to remaining Purchased Care population | |
| - Summary of ingredients for Purchased Care (drug name, unique utilizers, Rx count, number of dispensing pharmacies, total disp qty, total cost, etc.) with rank comparison from previous month | |
| - Summary of ingredients for MTF (drug name, unique utilizers, Rx count, number of dispensing pharmacies, total disp qty, total cost, etc.) with rank comparison from previous month | |
| | |
| Claim Detail: | |
| - Payment anomalies (no override) | |
| - Payment anomalies (with override) | |
| - Rejections due to benefit design (PA or QLL) | |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

DD FORM 1423-1, FEB 2001      PREVIOUS EDITION MAY BE USED.      Page 1 of 1 Pages

## CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M220 | PDMP MHS User Overview Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR C.8.12.3.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the |
|   Frequency: Monthly | DHA e-Commerce |
|   Reporting Period Start Date: Start of service delivery | Extranet. |
|   Due Date: 10 calendar days after end of reporting period | (Per TOM C14) |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS: This report shall track activity of MHS users to utilize and provide information to the PDMP exchange. In addition to the current reporting period, the report shall include data for all prior months within the current option period.

Summary Level data
- New registrations
- Total Number of registered MHS Users
- Number of Active Users
- Number of inactive users
- % of users who have logged in
- Total unique logins
- Average logins per active user
- Average # of queries per user
- Total # of MHS searches by state/territory PDMPs
- Total # of MHS searches by integrated systems

Summary Level data: State Search
- Number of searches by state/by month (returned data and no data)
- Total number of searches by month
- Total number of searches by state
- Number of searched by integrated system/by month (returned data and no data)
- Total number of searches by month
- Total number of searches by integrated system

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab, including example
- Reporting period
- Date report generated

| 15. TOTAL ➜ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M230 | Prescription Monitoring Program Report - MTF | REV on 12/16/2021 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.8.12.1.12 & CTR C.8.12.2.3 | Pharm Ops |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | | |
|---|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

16. REMARKS

FIRST SUBMISSION
Frequency: Monthly
Reporting Period Start Date: Start of service delivery
Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a monthly summary of all restricted beneficiaries enrolled to the MTF and prescriber compliance. The reports shall be broken out by MTF, in addition to Master file. The Government reserves the right to make modifications to the report requirements after the first submission.

The data shall include the fields requested below. The Contractor may rename fields on their deliverable as long as all required information is included. Renamed fields should be mapped to the original name on the Definitions tab.

"Essential Fields" defined for use in subsequent tabs:
 • Beneficiary Name
 • Beneficiary DoD ID Number
 • Beneficiary Date of Birth (DOB)
 • Generic ID (for non PHI/PII communications)
 • Beneficiary Category
 • Restriction Start Date
 • Restriction Removal Date
 • Restriction Type
 • Restriction Details
 • MTF POC
 • Restricting Site
 • Restricting Site Branch of Service
 • Authorized Pharmacy Name(s) - if applicable
 • Authorized Pharmacy NPI number(s) - if applicable
 • Authorized Provider Name(s) - if applicable
 • Authorized Provider DEA number(s) - if applicable
 • Authorized Provider NPI number(s) - if applicable

Continued on page 2

Secure delivery to designated points of contact for each MTF. Master file uploaded to FTP server provided by the Government.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 12/16/2021 | Henry J Gibbs | 12/16/2021 |

**DD FORM 1423-1, FEB 2001**  PREVIOUS EDITION MAY BE USED.  Page 1 of 3 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____  Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

The report shall be submitted in tabular form, including the following:
- Reporting month restrictions:
  • Summary of requests: added, removed, modified, overrides & reinstatements
  • Essential Fields
  • Request Date
  • Requestor
  • Type of Request
  • Request Details
- Beneficiary program restrictions to date (ADD: inactive beneficiaries do not have to be listed in the Master File)
  • Summary of restrictions: active and inactive
  • Essential Fields
  • Restriction Status
- Non-restricted candidates:
  • Summary of non-restricted candidates
  • Beneficiary Name
  • Beneficiary DoD ID Number
  • Beneficiary DOB
  • Generic ID (for non PHI/PII communications)
  • Beneficiary Category
  • Nomination Date
  • Enrolled Site
  • Previously Nominated (yes/no)
  • # of Previous Nominations
  • Contractor-specific referral criteria
  • MTF Response
- Non-compliant beneficiaries (non-compliant claims during reporting month):
  • Summary of DUR status: filled/claims not reversed and not filled/claims reversed based on Contractor's verbiage and definitions
  • Essential Fields
  • Reason for non-compliance (pharmacy, provider or both)
  • Status of DUR
  • Point of Service
  • Rx#
  • DEA Class
  • Date Dispensed/Rejected
  • New or Refill
  • Quantity
  • Days Supply
  • Drug/Strength/Form
  • Dispensing MTF Site
  • Dispensing Pharmacy Name
  • Dispensing Pharmacy NPI number
  • Prescribing Provider Name
  • Prescribing Provider Specialty
  • Prescribing Provider NPI number
  • Prescribing Provider DEA number
  • Number of transactions

Continued on page 3

**DD FORM 1423 1, FEB 2001**

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____TM_____OTHER _____  Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- MTF prescribers that write for restricted beneficiaries that are not restricted to them (reporting month)
  • Prescribing Provider Name
  • Prescribing Provider NPI
  • Essential Fields
  • Status of DUR
  • Point of Service
  • Rx #
  • DEA Class
  • Date Dispensed/Rejected
  • New or Refill
  • Quantity
  • Days Supply
  • Drug/Strength/Form
  • Dispensing MTF Site
  • Dispensing Pharmacy Name
  • Dispensing Pharmacy NPI

- MTF prescribers writing a high volume of Schedule II-V prescriptions (reporting month)
  • Prescribing Provider Name
  • Prescribing Provider NPI
  • Prescribing Provider Specialty
  • Dispensing MTF Site
  • Dispensing MTF Site Branch of Service
  • Contractor-specific referral criteria

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab, including examples and Contractor-specific verbiage
- Reporting period
- Date report generated
- Change log to include change type, description of change, date identified, originator of change, and revision date

**DD FORM 1423 1, FEB 2001**

## CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M231 | Prescription Monitoring Program Report - MCSC | REV on 12/16/2021 |

| 17. PRICE GROUP |
|---|

| 18. ESTIMATED TOTAL PRICE |
|---|

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N /A | CTR C.8.12.1.12 & CTR C.8.12.2.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Repro |
| N/A | | See Block 16 | See Block 16 | | | | |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION<br>Frequency: Monthly<br>Reporting Period Start Date: Start of service delivery<br>Due Date: 15 calendar days after end of reporting period<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: Yes<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>The Contractor shall provide a monthly summary of all assigned beneficiaries restricted in the MCSC's area of responsibility. The reports shall be broken out by MCSC, in addition to Master file. The Government reserves the right to make modifications to the report requirements after the first submission.<br><br>The data shall include the fields requested below. The Contractor may rename fields on their deliverable as long as all required information is included. Renamed fields should be mapped to the original name on the Definitions tab.<br><br>"Essential Fields" defined for use in subsequent tabs:<br>• Beneficiary Name<br>• Beneficiary DoD ID Number<br>• Beneficiary Date of Birth (DOB)<br>• Generic ID (for non PHI/PII communications)<br>• Beneficiary Category<br>• Restriction Start Date<br>• Restriction Removal Date<br>• Restriction Type<br>• Restriction Details<br>• Restriction POC<br>• Restricting MCSC Region<br>• Authorized Pharmacy Name(s) - if applicable<br>• Authorized Pharmacy NPI(s) - if applicable<br>• Authorized Provider Name(s) - if applicable<br>• Authorized Provider DEA(s) - if applicable<br>• Authorized Provider NPI(s) - if applicable<br>• Authorized Hospital - if applicable<br><br>Continued on page 2 | Secure delivery to designated points of contact for each<br><br>MCSC. Master File uploaded to FTP server provided by the Government. |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 12/16/2021 | Henry J Gibbs | 12/16/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 3 Pages

Continued on page 2

---

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | Performance Report |
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

The report shall be submitted in tabular form, including the following:
- Reporting month restrictions:
  - Summary of requests: added, removed, modified, overrides & reinstatements
  - Essential Fields
  - Request Date
  - Requestor
  - Type of Request
  - Request Details
- Beneficiary program restrictions to date (ADD: inactive beneficiaries do not have to be listed in the Master File)
  - Summary of restrictions: active and inactive
  - Essential Fields
  - Restriction Status
- Non-restricted candidates:
  - Summary of non-restricted candidates
  - Beneficiary Name
  - Beneficiary DoD ID Number
  - Beneficiary DOB
  - Generic ID (for non PHI/PII communications)
  - Beneficiary Category
  - Nomination Date
  - Enrolled Site
  - Previously Nominated (yes/no)
  - # of Previous Nominations
  - Contractor-specific referral criteria
  - MCSC Response
- Non-compliant beneficiaries (non-compliant claims during reporting month): *
  - Summary of DUR status: filled/claims not reversed and not filled/claims reversed based on Contractor's verbiage and definitions
  - Essential Fields
  - Reason for non-compliance (pharmacy, provider, both or 100% payment)
  - Status of DUR
  - Point of Service
  - Rx #
  - DEA Class
  - Date Dispensed/Rejected
  - New or Refill
  - Quantity
  - Days Supply
  - Drug/Strength/Form
  - Dispensing MTF Site
  - Dispensing Pharmacy Name
  - Dispensing Pharmacy NPI number
  - Prescribing Provider Name
  - Prescribing Provider Specialty
  - Prescribing Provider NPI number
  - Prescribing Provider DEA number
  - Number of transactions

Continued on page 3

**DD FORM 1423 1, FEB 2001**

| CONTRACT DATA REQUIREMENTS LIST | | |
|---|---|---|
| *(1 Data Item)* | | |

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT<br>N/A | C. CATEGORY:<br>Performance Report<br>TDP _____ TM _____ OTHER _____ |
|---|---|---|
| D. SYSTEM/ITEM<br>TRICARE Pharmacy Program | E. CONTRACT/PR NO. | F. CONTRACTOR |

16. REMARKS *(Continued)*

  The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab, including examples and Contractor-specific verbiage
- Reporting period
- Date report generated
- Change log to include change type, description of change, date identified, originator of change, and revision date

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M240 | Retail Refund Dispute Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.10.1.3.2 | Pharm Ops |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly (Initially submit every other week on Friday until further notified. The bi-weekly submission will need to be submitted into the monthly period in which the bi-weekly due dates occur.)
  Reporting Period Start Date: Start of service delivery
  Due Date:  For bi-weekly, 3 days after the end of the reporting period. For monthly, 15 days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII:  No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The report shall provide a summary of researched or audited claims to resolve manufacturer disputes in support of the TRICARE Retail Refunds Program. The report shall provide, at a minimum, the following information:

- Retail Disputes Summary including (File Summary, Summary Updates, Open Issue Log Items and Claim Summary, etc.)
- Claim Count Summary including a summary of the files received (along with claims received, claims not reported, closed audit, etc.)
- Audit claim report overview (audit comments, audit date, claim number, brand name, dispense date, Rx number, Qty, day supply, audit action, code label, new audit number, other coverage code, etc.)
- Overview of codes and terms used
- Issue log (item, date opened, priority, status, owner, description, latest update, required action, etc.)

Submit through the DHA e-Commerce Extranet.
*(Per TOM C14)*

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melanie F Richardson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M250 | Employee Access to DoD IS/Networks Report | Initial |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TSM C1 S1.1 | Personnel Security Branch |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION:<br>  Frequency: Monthly<br>  Reporting Period Start Date: Start of service delivery<br>  Due Date: 10 calendar days after end of the reporting period<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: Yes<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>Conduct a monthly review of all contractor employees who have been granted access to DoD IS/networks to verify that continued access is required. Provide a report of the review findings identifying changes to contractor employee access requirements to include:<br><br>  Name<br>  DoD ID Number from CAC<br>  Date of Birth<br>  Company<br>  IS/Network for which access if no longer required<br>  Date access should be terminated | Submit through the DHA e-Commerce Extranet.<br>(Per TOM C14) |

| | 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Caroll J Palmer Jr | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page __1__ of __1__ Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____ Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q010 | Clinical and Admin Review Report | REV on 03/23/2022 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.8.7.16 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Repro |
| N/A | | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly (for the first three months)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period
  NOTE: Although a quarterly report, report metrics by calendar month. (The COR may direct monthly submission anytime the Government feels closer monitoring of the Contractor's performance is warranted.)

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall perform clinical reviews for pharmaceuticals designated by the P&T as requiring Prior Authorization (PA) and/or Medical Necessity (MN), and based upon P&T established criteria and/or Government direction. The Contractor shall provide reporting with clinical and administrative review volumes and processing times. Report shall be submitted with all clinical review actions, including:

Summary Data:
Point of service
Total reviews request received during option period (clinical, appeals, administrative)
Breakdown of clinical PAs by electronic, manual, and placement only PAs
Total clinical review requests received (not including appeals) during reporting period by type (e.g., PA, MN, step-therapy, brand over generic, 703 retail restriction)
Total number of appeals received during reporting period
Total number of administrative reviews received during reporting period by automated and non-automated overrides; this breakdown should also be provided for electronic and non-electronic requests (excluding placed PAs)

Continued on page 2

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 3/23/2022 | Henry J Gibbs | 3/23/2022 |

**DD FORM 1423-1, FEB 2001**  PREVIOUS EDITION MAY BE USED.  Page 1 of 2 Pages

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT N/A | C. CATEGORY: Performance Report TDP_____TM_____OTHER _____ |
|---|---|---|

| D. SYSTEM/ITEM TRICARE Pharmacy Program | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

**16. REMARKS** *(Continued)*

- Requests for each type of clinical review processed in 3 days (total and percentage)
- Requests for each type of clinical review processed in 10 days (total and percentage)
- Total Clinical Review requests billed to CLINs Xxxx and Xxxx
Detail Data:
- Patient Identifier (DoD ID)
- Override received date
- Override completed date
- Drug Name & P&T Class
- Outcome (e.g. formulary change, override denial, pended claims)
- Specific reason(s) for approvals and denial
- Effective Date
- Expiration Date
- Type of review performed (e.g., clinical, administrative, appeals)
- PA identifier (Used to locate the PA within the Contractor's system or the Government's designated pharmacy data warehouse)
- NCPDP Override Code & Override Type Description
- Reconsiderations and appeals, with corresponding outcomes
- PA mechanism – electronic, non-electronic or placed PA
- Point of Service

Definitions page

**DD FORM 1423  1, FEB 2001**

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q020 | Beneficiary Services Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.1.5.7 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
|   Frequency: Monthly (first three months of Option Period 1) | |
|   Reporting Period Start Date: Start of services delivery | |
|   Due Date: 10 calendar days after end of reporting period | |
| SUBSEQUENT SUBMISSION: | |
|   Frequency: Quarterly (Option Period) | |
|   Reporting Period Start Date: Start of service delivery, beginning second quarter | |
|   Due Date: 10 calendar days after end of reporting period | |
|   NOTE: The COR may direct the Contractor to resume monthly submission at any time if the Government feels closer monitoring of the Contractor's performance is warranted) | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Microsoft Excel | |
| | |
| CONTENT DETAILS: | |
| This report shall track the call monitoring capabilities for beneficiaries serviced under the contract. | |
| | |
| Report shall be submitted in Microsoft Excel format and provide all metrics listed in C.8.1, including: | |
| • Total Calls Received by Phone Service Provider | |
| • Total Calls Received by Contractor | |
| • Blocked Calls (total and percentage) | |
| • Calls Answered within 60 seconds (total and percentage) | |
| • Calls Handled by Automated System | |
| • Calls Where Beneficiary Requests CSR | |
| • Abandoned Calls (total and percentage) | |
| • Average Seconds to Speak to CSR After Request | |
| • Calls Resolved on Initial Call (total and percentage) | |
| • Calls Resolved within 2 days (total and percentage) | |
| • Total Correspondence Received, broken down by categories | |
| • Priority Correspondence- Responses within 10 and 30 days (total and percentage) | |
| • Routine Correspondence – Responses within 15 and 45 days (total and percentage) | |

Continued on page 2

| 15. TOTAL | | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page  1  of  2  Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| | | |

16. REMARKS *(Continued)*

Call center metrics apply to 24x7 hours of operation and are not subject to adjustments without the Government's approval.

Quarterly frequency applies to the submission of the report to the government- within the report, all metrics shall be presented on a monthly basis.

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

**DD FORM 1423-1, FEB 2001**

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q030 | Pharmacy Help Desk Report | REV 12/21/2021 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.2.3.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: Monthly (for the first three months)
 Reporting Period Start Date: Start of service delivery
 Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
 Frequency: Quarterly (Option Period)
 (The COR may direct monthly submission anytime the Government feels
 closer monitoring of the Contractor's performance is warranted.)
 Reporting Period Start Date: Start of service delivery, beginning second quarter
 Due Date: 10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The report shall include call monitoring capabilities for MTF calls separately from those from retail pharmacies. The report shall be submitted in Microsoft Excel format broken out with (a) all MTF data (b) MHS GENESIS (c) CHCS and (d) retail and provide all metrics listed in C.9.2, including:

• Total Calls Received by Phone Service Provider
• Total Calls Received by Contractor
• Blocked Calls (total and percentage)
• Calls Answered within 60 seconds (total and percentage)
• Abandoned Calls (total and percentage)
• Average Seconds to Speak to CSR After Request

Quarterly frequency applies to the submission of the report to the government-within the report, all metrics shall be presented by calendar month.

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 12/21/2021 | Henry J Gibbs | 12/21/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED     Page 1 of 1     Page

## CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q040 | Mail Order Pharmacy Prescription Report | REV on 03/01/2023 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.1.11 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
|---|---|---|---|---|---|---|
| N/A | See Block 16 | See Block 16 | | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly (for the first three months)
  Reporting Period Start Date:  Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  (The COR may direct the Contractor to resume monthly submission at any time if
  the Government feels closer monitoring of the Contractor's performance is
  warranted.)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall be submitted to assess paper claims processing performance.
In addition to the current reporting period, the report shall include data for all prior
months within the current option period.

Summary Data (by Month)
- Total number of prescriptions received at MOP
- MTF transferred prescriptions
- DPP prescriptions (total volume received and total requiring intervention)
- Refill prescriptions
- New prescriptions
- Total clean prescriptions (no intervention required)
- Clean prescriptions shipped within 4 business days (volume and percent)
- Clean prescriptions dispensed over 10 calendar days
- Prescriptions that require intervention (exclude DPP)
- Number of prescriptions received which have special handling or shipping
  requirements (e.g., temperature control)
- Number of prescriptions that have special handling or shipping requirements
  (total volume received and volume shipped)

Continued on page 2

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

DD FORM 1423-1, FEB 2001

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _Performance Report_____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Total prescriptions received and total prescriptions process (volume and percentage) within 10 calendar days for each of the following:
  -Shipped (differentiate shipped prescriptions which were previously in pend status)
  -Pended
  -Denied
  -Returned

Detail Data (by Month):
- Refill request type (e.g., autofill, beneficiary initiated)
- Type of intervention performed (e.g. PA/MN, DUR, clinical overrides, missing information or requiring clarification)
- Number of pended prescription and the reason for pending
- Number of returned prescription and the reason for returning
- Number of prescription filled 10+ days after receipt and reason for why the prescription was filled over 10 days

Quarterly frequency applies to the submission of the report to the government. Within the report, all metrics shall be presented by calendar month.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q041 | Mail Order Pharmacy Reship Report | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.2.12 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE / Draft / Final Reg / Repro |
|---|---|
| FIRST SUBMISSION: | Submit through the |
|   Frequency: Quarterly (Option Period) | DHA e-Commerce |
|   Reporting Period Start Date: Start of service delivery | Extranet. |
|   Due Date: 10 calendar days after end of reporting period | (Per TOM C14) |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a summary data on reshipped TMOP orders, with the total number of occurrences and sub-totals by month. Quarterly frequency applies to the submission of the report to the Government - within the report, all metrics shall be presented on a monthly basis.

Data fields include:
1. Return reason/description
2. If a Contractor error resulted in the re-shipment
3. If a re-shipment to the beneficiary occurred
4. Financial impact to the Contractor
5. Financial impact to the Government (administrative fees)
6. Financial impact to the beneficiary (copays)
7. If the result of the issue was a reversal or cancellation
8. Replenishment Impact
9. Additional administrative fees charged
10. Medication involved with the re-shipment (Drug name & NDC)

The Contractor will also provide detail-level information at the request of the Government, including beneficiary ID and zip code.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**  PREVIOUS EDITION MAY BE USED.  Page 1 of 1 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q042 | Mail Order Quality Control Report | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.5.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly (for the first three months)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  (The COR may direct monthly submission anytime the Government feels closer monitoring of the Contractor's performance is warranted.)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall be submitted to detail dispensing defects and errors within the Mail Order Pharmacy, including Specialty Pharmacy. Defects and Errors, as defined in Attachment J-1.
In addition to the current reporting period, the report shall include data for all prior months within the current option period.

Report shall include the following:
External Errors
- Dispensing facility (if multiple)
- Type of error (wrong directions, wrong form, shipping error, etc.)
- Impact of error (ADR, excessive or under use, wrong medication taken, etc.)
- Corrective action taken
- Results/follow-up from previous corrective action

Internal Errors
- Dispensing facility (if multiple)
- Type of error (translation errors, packaging errors, etc.)
- Corrective action taken
- Results/follow-up from previous correction action

Continued in page 2

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**
PREVIOUS EDITION MAY BE USED.
Page 1 of 2 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

Report shall also include detail data on:
- Total Prescriptions Dispensed from the MOP
- Total Number of Defects and description of defect type
- Total Number of Errors and description of error type
- Explanation of any trends or anomalies affecting errors or defects
- % Shipped Without Errors

Definitions Tab

**DD FORM 1423-1, FEB 2001**

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | | Form Approved OMB No. 0704-0188 |
|---|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q050 | Paper Claims Processing Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.3.2.10 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the |
| Frequency: Monthly (for the first three months) | DHA e-Commerce |
| Reporting Period Start Date: Start of service delivery | Extranet |
| Due Date: 10 calendar days after end of reporting period | (Per TOM C14) |
| SUBSEQUENT SUBMISSION: | |
| Frequency: Quarterly (Option Period) | |
| (The COR may direct monthly submission anytime the Government feels closer | |
| monitoring of the Contractor's performance is warranted.) | |
| Reporting Period Start Date: Start of service delivery, beginning second quarter | |
| Due Date: 10 calendar days after end of reporting period | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Microsoft Excel | |
| | |
| CONTENT DETAILS: | |
| Report shall be submitted in Microsoft Excel format to assess paper claims | |
| processing performance. | |
| | |
| Report shall include: | |
| - Total paper claims received | |
| - Number processed in 10, 14 and 14+ calendar days | |
| - Number & percentage exceeding 10 and 14 day processing metrics | |
| - Total paper claims approved, denied and returned | |
| - Top 10 reasons for denied and returned claims | |
| - Volumes of Network and Non-Network claims received, with breakouts for OHI | |
| | |
| This report shall only include paper claims submitted by beneficiaries and | |
| pharmacies and shall exclude manual adjustments, batch claims, and other claims | |
| types: | |
| | |
| In addition to the current reporting period, the report shall include the above data | |
| for all prior months within the current option period. | |

| | | 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

DD FORM 1423-1, FEB 2001          PREVIOUS EDITION MAY BE USED.          Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q060 | Prescription Monitoring Program Utilizer Report | REV on 04/11/2022 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.8.12.1.7 & CTR C.8.12.1.11 | Pharm Ops |

| 17. PRICE GROUP |
|---|

| 18. ESTIMATED TOTAL PRICE |
|---|

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall generate a quarterly listing of beneficiaries identified for the Prescription Monitoring Program, including all active and inactive utilizers to date, and the current quarter's most likely candidates for restrictions. The reports shall be broken out by MCSC and MTF, in addition to Master file. The Government reserves the right to make modifications to the report requirements after the first submission.
The Contractor may rename fields on their deliverable as long as all required information is included. Renamed fields should be mapped to the original name on the Definitions tab.

"Essential Fields" defined for use in subsequent tabs:
• Beneficiary Name
• Beneficiary DoD ID Number
• Beneficiary Date of Birth (DOB)
• Generic ID (for non PHI/PII communications)
• Beneficiary Category
• Restriction Start Date
• Restriction Removal Date
• Restriction Type
• Restriction Details
• MTF/MCSC POC
• Restricting Site
• Restricting Site Branch of Service - if applicable
• Authorized Pharmacy Name(s) - if applicable
• Authorized Pharmacy NPI number(s) - if applicable
• Authorized Provider Name(s) - if applicable
• Authorized Provider DEA number(s) - if applicable
• Authorized Provider NPI number(s) - if applicable
• Authorized Hospital - if applicable

Continued on page 2

Distribution column text:
Secure delivery to designated points of contact for each MTF or MCSC.
Master file upload to FTP server provided by the Government

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 04/11/2022 | Henry J Gibbs | 04/11/2022 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED   

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Performance Report |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

The report shall be submitted in tabular form, including the following:
- Beneficiary program restrictions to date (inactive beneficiaries do not have to be listed in the Master File)
  - Summary of restrictions: active and inactive
  - Essential Fields
  - Restriction Status
- Non-restricted candidates identified in the reporting period:
  - Summary of non-restricted candidates
  - Beneficiary Name
  - Beneficiary DoD ID Number
  - Beneficiary DOB
  - Generic ID (for non PHI/PII communications)
  - Beneficiary Category
  - Nomination Date
  - Enrolled Site
  - Previously Nominated (yes/no)
  - # of Previous Nominations
  - Contractor-specific referral criteria
  - Site Response
- Pharmacy claims of non-restricted candidates (past 180 days)
  - Beneficiary Name
  - Beneficiary DoD ID Number
  - Beneficiary DOB
  - Generic ID (for non PHI/PII communications)
  - Beneficiary Category
  - Enrolled Site
  - Point of Service
  - Rx #
  - DEA Class
  - Date Dispensed/Rejected
  - New or Refill
  - Quantity
  - Days Supply
  - Drug/Strength/Form
  - Dispensing MTF Site
  - Dispensing Pharmacy Name
  - Dispensing Pharmacy NPI
  - Prescribing Provider Name
  - Prescribing Provider Specialty
  - Prescribing Provider NPI
  - Prescribing Provider DEA

Continued on page 3

DD FORM 1423 1, FEB 2001

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | Performance Report |
|---|---|---|---|
| | | TDP_____TM_____OTHER _____ | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

  - Prior candidates (within the past five (5) years)
    • Beneficiary Name
    • Beneficiary DoD ID Number
    • Beneficiary DOB
    • Generic ID (for non PHI/PII communications)
    • Beneficiary Category
    • Enrolled Site
    • Nomination Date
    • Previous Nomination (Y/N)
    • Number of Prior Nominations
    • Contractor-specific referral criteria


The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab, including examples and Contractor renamed fields
- Reporting period
- Date report generated
- Change log to include change type, description of change, date identified, originator of change, and revision date

**DD FORM 1423 1, FEB 2001**

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____ TM_____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q061 | Prescription Monitoring Program Overview Report | REV on 04/11/2022 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.8.12.1.7 & CTR C.8.12.1.11 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 14. DISTRIBUTION | | | |
|---|---|---|---|
| | | b. COPIES | |
| a. ADDRESSEE | Draft | Final | |
| | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a quarterly summary of all beneficiaries screened or restricted within the Prescription Monitoring Program and responses by MTFs and MCSCs broken out by month. In addition to the current reporting period, the report shall include data for the option period. The Government reserves the right to make modifications to the report requirements following first submission.

The Contractor may rename fields on their deliverable as long as all required information is included. Renamed fields should be mapped to the original name on the Definitions tab.

The report shall include the following:
Summary Data
- Total number of beneficiaries identified
  • Broken out by added, removed, modified & reinstatement restrictions
- Total number of MCSC beneficiaries identified
  • Broken out by added, removed, modified & reinstatement restrictions
- Total number of MTF beneficiaries identified
  • Broken out by added, removed, modified & reinstatement restrictions

- Total number of active restrictions
- Total number of inactive restrictions

- Total number of MCSC responses
  • Broken out by no action, support plan w/restrictions, support plan w/o restrictions & restrictions only
- Total number of MTF responses
  • Broken out by no action, support plan w/restrictions, support plan w/o restrictions & restrictions only

Continued on page 2

Sumbit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 04/11/2022 | Henry J Gibbs | 04/11/2022 |

**DD FORM 1423-1, FEB 2001**

PREVIOUS EDITION MAY BE USED.

Page 1 of 3 Pages

## CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Performance Report |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- Total Restriction Override requests
  • Number of approved overrides (by MCSC, MTF, and/or COR)
- Total number of initially rejected claims
  • Number of filled/claims not reversed and not filled/claims reversed based on Contractor's verbiage and definitions, broken out by point of service (retail, TMOP, and MTF)


MTF Compliance
  • MTF Filling Site
  • YTD not filled/claims reversed
  • YTD filled/claims not reversed
  • % YTD Compliance (YTD Not filled/claims reversed / (YTD Not Filled/claims reversed + YTD Filled/claims not reversed)


The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab, including example
- Reporting period
- Date report generated
- Change log to include change type, description of change, date identified, originator of change, and revision date

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved OMB |
|---|---|---|
| *(1 Data Item)* | | No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | | |
|---|---|---|---|---|---|
| | N/A | TDP ____ TM ____ OTHER  Performance Report | | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q070 | Safety and Enhanced Care Services Report | REV on 10/12/2022 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C,7,8,4 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | |
| Frequency: Quarterly (Option Period) | | | | |
| Reporting Period Start Date: Start of service delivery | | | | |
| Due Date: 30 calendar days after end of reporting period | | | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | | |
| | | | | |
| PHI/PII: Yes | | | | |
| FILE FORMAT: Microsoft Excel | | | | |
| | | | | |
| CONTENT DETAILS: | | | | |
| Monthly data provided quarterly. | | | | |
| The report elements will be mutually agreed upon by the Government and Contractor. | | | | |
| | | | | |
| The Contractor shall provide reporting that will demonstrate efforts taken to promote continuity of care, enhanced care outcomes, as well as outreach to beneficiaries, providers and/or pharmacies. The report shall include summary information along with detailed information which allows the end user to understand the results of efforts taken. | | | | |
| | | | | |
| The report shall include cost saving or avoidance estimates resulting from enhanced care services. The methodology utilized to arrive at estimates for cost saving or avoidance shall be included in the report. | | | | |
| | | | | |
| The report shall include a definition tab explaining the data element. | | | | |
| | 15. TOTAL → | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

DD FORM 1423-1, FEB 2001          PREVIOUS EDITION MAY BE USED.          Page __1__ of __1__ Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q080 | Explanation of Benefit (EOB) Report | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.1.5.6 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | | |

| 16. REMARKS | | | |
|---|---|---|---|

FIRST SUBMISSION:
  Frequency: Monthly (for the first three months)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period, following the first EOB notification

SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  (The COR may direct monthly submission anytime the Government feels closer monitoring of the Contractor's performance is warranted.)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS: The report shall track the volume of EOBs sent electronically and via mail.
Report shall include:
- Volume of all EOBs generated, divided into categories for electronic and mail delivery
- Volume of mailed EOBs returned undeliverable
- Volume of electronic EOB notifications returned undeliverable
- Volume of electronic EOBs accessed
- Calls generated by EOBs
- Number of fraud and abuse cases identified through EOBs
- Value of identified fraud and abuse cases

Quarterly frequency applies to the submission of the report to the government- within the report, all metrics shall be presented by calendar month.

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL ➤ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q090 | TED Summary Report | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.13.3.6 | Pharm Ops/CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 16. REMARKS | Distribution |
|---|---|
| FIRST SUBMISSION:<br>  Frequency: Quarterly (Option Period)<br>  Reporting Period Start Date: Start of service delivery<br>  Due Date: 20 calendar days after end of reporting period<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: No<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>The Contractor shall submit a report for each TEDs record accepted.<br><br>For each CLIN generating a TED, the report will include total claims processed under that CLIN and total cost for all claims processed under that CLIN, for each of the following:<br>1) Each calendar month of performance.<br>2) Each option period of performance (including to date totals for current option period).<br>3) Each Government fiscal year of performance (including to date totals for current year). | Submit through the DHA e-Commerce Extranet.<br>(Per TOM C14) |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Dawn R Connor | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q100 | Fraud and Abuse Summary and ROI Reporting | Initial |

| 17. PRICE GROUP |
|---|

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.10.2.4.1 | Program Integrity (DHA-PI) |

| 18. ESTIMATED TOTAL PRICE |
|---|

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| | | See Block 16 | See Block 16 | | | Reg / Repro |

### 16. REMARKS

FIRST SUBMISSION:
  Frequency: Quarterly (Calendar Quarter)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes.
FILE FORMAT: Microsoft Excel and Adobe PDF

CONTENT DETAILS:
The Fraud and Abuse Summary Report shall be submitted to DHA Program Integrity (DHA - PI) to include:

1. Fraud/Abuse Workload Summary
2. Program Integrity Cost Avoidance and Recovery/Recoupments
3. Program Integrity Eligibility Recoupment Status
4. Attachment _ A_ Contractor Activity Summary for Actions Taken
5. Attachment_B_Provider Reported (Single Claim or Multiple Claims) Refunds (Excel Worksheet provided) - for both institutional and non-institutional provider submitted refunds provided during the reporting period over $10,000 for single line item, or over $25,000 aggregate amount during reporting period, to include the provider submitted refund documents and supporting documentation.
6. Include in the fourth quarter report an addendum which identifies potential fraud cases as a result of the use of antifraud - predictive analytics software. (The anti-fraud software requirement is not applicable to TDEFIC.)

Also include in the fourth quarter an addendum which identifies total dollar data for the year (i.e. roll-up) for each category reported in the Program Integrity Cost Avoidance & Recovery/Recoupments.

Upon request, provide back-up data to support all savings reported (i.e. beneficiaries name, claim numbers, payment verification, accounting data, etc.).

Template is attached with updates provided by the government as required.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL ➔ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/16/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**       PREVIOUS EDITION MAY BE USED.       Page 1 of 7 Pages

# Fraud/Abuse Workload Summary

**Contractor:**

**Calendar Year/Quarter:**

**Reporting Period Ended:**

|  |  | TOTAL |
|---|---|---|
| **PREPAYMENT REVIEW** | **Providers** | |
| | **Beneficiaries** | |

Attach a list of beneficiary/provider names under prepayment review

|  |  |  |
|---|---|---|
| **CASES** | **Opened** | |
| | **Closed** | |
| | **Referred to DHA-PI** | |

Attach a list of open/closed/referred cases

|  |  |  |
|---|---|---|
| **LEADS** | **Opened** | |
| | **Closed** | |

|  |  |
|---|---|
| **BALANCE BILLING** | |
| **VIOLATION OF PARTICIPATION AGREEMENT** | |

|  |  |  |
|---|---|---|
| **ADMINISTRATIVE ACTIONS** | **Education Letters** | |
| | **Recoupments** | |
| | **Pre-Pay Review** | |
| | **Post-Pay Review** | |
| | **Referred to State, Local Authorities** | |

**For Internal Use Only.  Not to be released outside the Government without consent from DHA Program Integrity.**

The Contractor attests, by submission of this form, that all data provided is true and accurate as of the date of submission

# Program Integrity Cost Avoidance and Recovery/Recoupments

**Contractor:**                                                                 **Calendar Year/Quarter:**

## COST AVOIDANCE

| Prepayment Review Denials - Providers | Amount |
|---|---|
|  |  |
| TOTAL | $ |

| Prepayment Review Denials - Beneficiaries | Amount |
|---|---|
|  |  |
| TOTAL | $ |

| Prepayment Duplicate Denials | Amount |
|---|---|
|  |  |
| TOTAL | $ |

| Claim Check Mutually Exclusive | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| Rebundling | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| Other Prepay | Amount | Description |
|---|---|---|
|  |  |  |
| TOTAL | $        - |  |

| Sanctioned Provider Denials | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| PBM Prepay Desk Audit | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

**For Internal Use Only.  Not to be released outside the Government without consent from DHA Program Integrity.**
**The Contractor attests, by submission of this form, that all data provided is true and accurate as of the date of submission**

# Program Integrity Cost Avoidance and Recovery/Recoupments

Contractor:                                                                          Calendar Year/Quarter:

## RECOVERIES AND RECOUPMENTS

| Post Duplicate Denials | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| OHI | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| Recoupments | Initiated | Collected |
|---|---|---|
|  |  |  |
| TOTAL | $        - | $ |

| Offsets | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| Violation of Part Agreement | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| PBM Postpay Desk Audit | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| Balance Billing Violation | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| PBM Postpay Field Audit | Amount |
|---|---|
|  |  |
| TOTAL | $        - |

| Other Postpay Recoveries | Amount | Category |
|---|---|---|
|  |  |  |
| TOTAL | $        - |  |

| Return on Investment | Amount |
|---|---|
| A) Total Cost Avoidance | $        - |
| B) Total Recoveries and Recoupments | $        - |

| ROI Calculation (A+B-C) / C | $        - |
|---|---|

| Return on Investment - Costs | Amount |
|---|---|
| 1.  Labor Costs (Salaries, Benefits, Consultants, etc) |  |
| 2.  Sub-contracting Costs |  |
| 3.  Overhead Costs (Building expenses, Utilities, etc) |  |
| 4.  Administrative Costs (Supplies, Association Fees, etc) |  |
| 5.  Travel and Training Costs |  |
| 6.  Technology Costs (Equipment, AntiFraud Software, etc) |  |
| 7.  Other Miscellaneous Costs |  |
| C)  TOTAL COSTS | $            - |

**For Internal Use Only.  Not to be released outside the Government without consent from DHA Program Integrity.**

The Contractor attests, by submission of this form, that all data provided is true and accurate as of the date of submission

## Program Integrity Eligibility Recoupment Status

**Contractor:**                                                                                           **Quarter:**

| Beneficiaries | | Recoupments | | |
|---|---|---|---|---|
| # Eligibility Changes Reported by DMDC | # With Eligibility Recoupments | Requested | Recovered/Refunded | Transferred to DHA |

**For Internal Use Only.  Not to be released outside the Government without consent from DHA Program Integrity.**

**The Contractor attests, by submission of this form, that all data provided is true and accurate as of the date of submission**

Provider Refunds Single Claim and Multiple Claims CDRL Qxxx
Reporting Period

Attachment A

Required Reporting Information for Contractor Activity

Provider Name

Tax ID

Group NPI

Individual NPI

Identification Source (How was Provider Identified)

Date Provider was Identified

Strategy

Actions Taken During Reporting Period

Disposition

Provider Refunds Single Claim and Multiple Claims CDRL Qxxx
Reporting Period

Attachment B
Required Reporting Information
Provider Name
Tax ID
Group NPI
Individual NPI
Claim #
Patient Name
Sponsor Number
Date of Service (Range)
Reason for Refund
Overpaid Amount - Refund Amount
Comments
*Include Supporting Information to Include Refund Form submitted to Contractor

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q111 | Cost Savings and Avoidance Report | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.2.9.7 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| | | | | a. ADDRESSEE | | Final |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Reg / Repro |
| N/A | | See Block 16 | See Block 16 | | | |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION | Submit through the DHA e-Commerce Extranet (Per TOM C14) |

FIRST SUBMISSION
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 20 calendar days after the end of the first contract quarter
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The purpose of this report is measure cost savings and avoidance associated with different aspects of the TRICARE Pharmacy Program and how it is managed, and allow the Government to measure the success of these efforts.

The report shall summarize cost savings data reported separately under this contract to provide a comprehensive record of all cost savings and avoidance results.

The report shall include cost avoidance associated with the Contractor's OHI identification and development efforts.  Cost avoidance amounts reflect the difference between what the Government paid with OHI and what it would have paid as a Primary payer.

For all cost savings and avoidance included in the report, the Contractor shall describe how values are calculated and validated ,and document any assumptions used. The report shall also show cost avoidance trends from the beginning of the contract.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page __1__ of __1__ Pages

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q120 | CHCBP Monitoring Report | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.2.7.2.2 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA E-commerce Extranet (Per TOM C14) |

16. REMARKS

FIRST SUBMISSION:
  Frequency: Monthly (for the first three months)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  (The COR may direct monthly submission anytime the Government feels closer monitoring of the Contractor's performance is warranted.)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:

The Contractor shall submit a report on the outcome of its coordination process with the CHCBP Contractor, as described in TOM, Chapter 23, Section 3.

The report shall include the following:

- Date file received from CHCBP Contractor
- Date pharmacy Contractor finished profile updates for all beneficiaries meeting CHCBP cat caps
- Date Contractor completed issuing refunds of all excess copayments collected
- Number of beneficiaries newly identified by CHCBP Contractor as having met CHCBP cat cap
- Total number of beneficiaries identified by CHCBP Contractor as having met CHCBP cat cap
- Number of beneficiaries newly identified in Contractor's system as having met CHCBP cat cap
- Total Number of beneficiaries identified in pharmacy Contractor's system as having met CHCBP cat cap
- Number of beneficiaries who paid copayments in excess of cat cap
- Number of recoupment actions undertaken against beneficiaries who showed uncollected copays after a CHCBP cat cap correction was received

Submit through the
DHA E-commerce
Extranet
(Per TOM C14)

| 15. TOTAL ➡ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**      PREVIOUS EDITION MAY BE USED.      Page ___1___ of ___1___ Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q130 | Eligibility Recoupment Status Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.13.2.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | | | |
|---|---|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | |

FIRST SUBMISSION:

Frequency: Quarterly (Calendar Quarter) (With a monthly breakout of data. The COR may direct the Contractor to monthly submissions at any time if the government feels closer monitoring of the Contractor's performance is warranted.)

Reporting Period Start Date: Start of service delivery

Due Date: 30 calendar days after end of reporting period

SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No

FILE FORMAT: Microsoft Excel

CONTENT DETAILS: This report shall track ESI efforts to recoupment monies.

Beneficiaries:
- Number of eligibility changes reported by DMDC by month
- Number of recoupments from other sources by month

Recoupments:
List count of individual beneficiaries, volume of claims, and total dollar value for each category
- Received each month
- In Queue (waiting to be researched and/or processed)
- In Process (being researched)
- Initial Letters Sent
- Recovered/ Refunded
- Administrative Removals (Requests for equitable relief granted)
- Transferred to DHA

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period plus ending month of last option period.

- Definitions Page

| 15. TOTAL ➡ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

## Eligibility Recoupment Status Report

Contractor: _____     Quarter: _____

| | | | | | YTD |
|---|---|---|---|---|---|
| **Month:** | | | | | |
| **Beneficiaries:** | | | | | |
| # of Eligibility Chages Report by DMDC | | | | | |
| # of Eligibility Recoupments | | | | | |
| | | | | | |
| **Recoupments:** | | | | | |
| Requestd | | | | | |
| Recovered/Refunded | | | | | |
| Transferred to DHA | | | | | |

## Eligibility Recoupment Status Report

Contractor                                          Quarter

| Month: | | | | |
|---|---|---|---|---|
| **Beneficiaries:** | | | | |
| # of Eligibility Chages Report by DMDC | | | | |
| # of Eligibility Recoupments | | | | |
| | | | | |
| **Recoupments:** | | | | |
| Requestd | | | | |
| Recovered/Refunded | | | | |
| Transferred to DHA | | | | |

| YTD |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q140 | Quality Review Program Report | Initial |

**17. PRICE GROUP**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.14.1.1.2 | Pharm Ops |

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| No | D | See Block 16 | See Block 16 | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE |
| N/A | | See Block 16 | See Block 16 | |

| | | b. COPIES | | |
|---|---|---|---|---|
| | | | Final | |
| | Draft | Reg | Repro | |

**16. REMARKS**

FIRST SUBMISSION
 Frequency:  Quarterly (Option Period)
 Reporting Period Start Date:  Start of service delivery
 Due Date:  45 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall meet criteria in the TRICARE Operations Manual, Chapter 1, Section 4, Paragraph 4.3. The report, in consolidated fashion, shall include:
- Sample size and error rates in each category in tabular form and categorize errors by type (Categories will include retail, specialty, mail order, compounds, approved paper claims, and denied paper claims)
- A complete description of each type or error defined by the contractor
- Graphs showing the trending of error rates for each category against prior results under this contract, inclusive of at last 8 previous quarters of data, when available
- Validation that sample size requirements have been met
- A description of the research conducted to identify root causes for errors
- Explanation of the root causes identified
- Plans to resolve the root causes to prevent future errors and reduce error rates
- Updates on correction and mitigation steps taken to resolve errors identified in past reports and an evaluation of the success of these measures
- Discussion of the overall trend of error rates in each category and the contractor's effectiveness at lowering rates over time

A log of the claims constituting the sample shall be retained by the contractor for each audit and made available to the Government upon request. This log shall be in MS Excel format and shall include, at minimum: Claim ICN, Processing Date, Claim Category, and Audit Results.

Submit through the DHA e-Commerce Extranet.
(Per TOM Ch 14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved OMB
No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | NA | TDP ____ TM ____ OTHER | Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q150 | Specialty Pharmacy Services Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.4.8, H.4.13, H.4.14, H.4.15 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | | |
|---|---|---|---|---|---|---|---|---|
| | | See Block 16 | See Block 16 | | | b. COPIES | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | | |
| | | See Block 16 | See Block 16 | | | Reg | Repro | |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | FTP Server provided by the Government |
| Frequency: Quarterly (Option Period) | |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: 30 calendar days after end of reporting period | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |

PHI/PII: Yes
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall provide a report on the dispensing of specialty prescriptions and clinical services provided. Report shall include all prescriptions dispensed by Specialty Network Pharmacies for drugs identified as DoD Specialty Drugs. Data elements and format will be mutually agreed upon by Contractor and Government. At a minimum, the report shall include summary and trend utilization and cost data broken out by patient, prescription, 30 day equivalent prescription point of service, and specialty network. The report shall also include detail sections showing top drugs/pharmacies by cost and utilization, broken out by point of service. The report may also include interventions, appropriate use metrics and other relevant outcomes, as set forth by industry standards, for patients receiving specialty services at Contractor's network specialty pharmacies.

The Contractor shall provide reporting of measurements incorporated in all specialty network pharmacies dispensing Hemophilia, Multiple Sclerosis and Hepatitis C medications to meet the performance guarantees in Sections H.4.13, H.4.14., and H.4.15. The data elements and format will be mutually agreed upon by the Contractor and Government. The data provided shall be auditable and the methodology utilized to determine if the guarantees are met or not met shall be transparent and easy to follow.

Quarterly frequency applies to the submission of the report to the Government – within the report, all metrics shall be presented by calendar month from the start of the Option Period.

| 15. TOTAL | → | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**        PREVIOUS EDITION MAY BE USED.        Page __1__ of __1__ Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q160 | Educational Update Report | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.4.1.4 | DHA Communications/Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days following the initial mailing of educational
  information to beneficiaries
SUBSEQUENT SUBMISSION:  CONTINUE  FROM FIRST SUBMISSION

PHI/PII: No
File Format: Microsoft Word

CONTENT DETAILS:
Contractor shall submit on a quarterly basis an accurate, original and publication quality education article or other educational item on a topic of interest to the beneficiaries and in accordance with the Contractor's Beneficiary Education Plan.

Draft article is to be submitted allowing no less than 14 days for the Government to provide comments.  Final submission received by the 30th day shall reflect Government comments.

Distribution column:
Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 17. PRICE GROUP |
|---|

| 18. ESTIMATED TOTAL PRICE |
|---|

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q170 | Market Drug Trend Report | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.7.2.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final | |
|---|---|---|---|---|---|---|
| N/A | See Block 16 | See Block 16 | | | Reg | Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after the end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMSSION

PHI/PII: No
FILE FORMAT: To be mutually agreed upon by the Government and the
Contractor

CONTENT DETAILS:
The Contractor shall provide market drug trend reports and pipeline analysis,
quarterly at a minimum. Format and elements of the report will be mutually
agreed upon by the Government and the Contractor. Report shall include, at a
minimum:

- Actionable information (i.e., quantitative analysis of utilization and spend in both
  the commercial and DoD sectors) for drugs currently on the DoD Uniform
  Formulary or entering the market
- Drug pipeline analysis
- Patient extension and expiration analysis
- General assumptions of current and future state of the pharmaceutical market

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q180 | Specialty Pharmacy Accreditation Performance Guarantee Report | REV on 12/23/2021 |

**17. PRICE GROUP**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR H.4.12 | DHA/Pharm Ops |

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE |
|---|---|---|---|---|
| | D | See Block 16 | See Block 16 | |

| | | b. COPIES | | |
|---|---|---|---|---|
| | Draft | Final | | |
| | | Reg | Repro | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of pharmacy services
  Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION


PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS: All network specialty pharmacies shall maintain accreditation by a nationally recognized external accrediting body (e.g., URAC, ACHC, CPPA, etc.)

The report shall include, at a minimum, the following for all network specialty pharmacies:

-Pharmacy Name
-NCPDP
-Active Specialty Pharmacy Accreditation (Y/N)
-Accreditation body
-Accreditation expiration (if applicable)

If no accreditation:
-Reason for not being accredited
-Seeking a waiver from the performance guarantee (Y/N)
-Reason for waiver

Submit through the DHA e-Commerce Extranet.
(Per TOM Ch 14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin Valibhai | 12/23/2021 | Henry Gibbs | 12/23/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED

Page

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| | | |

16. REMARKS *(Continued)*

# INSTRUCTIONS FOR COMPLETING DD FORM 1423

FOR THE CONTRACTOR

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

**A. CONTRACT LINE ITEM NO.**   **B. EXHIBIT**   **C. CATEGORY:**
TDP_____TM_____OTHER _____

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q190 | Network Pharmacy Performance Report | REV on 12/23/2021 |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | C.3.3.4 | Pharm Ops |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

| | a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|---|
| | | Draft | Fina l | |
| | | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after the end of the reporting period
SUBSET SUBMISSIONS: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall provide a report on network pharmacy performance that provides unbiased, benchmarked data using industry-standard quality metrics. Data elements and format will be mutually agreed upon by the Contractor and Government.

Submit through the DHA e-Commerce Extranet.
(Per TOM Ch 14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie Jones | 12/23/2021 | Henry Gibbs | 12/23/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED   Page 1 of 1   Page

**CONTRACT DATA REQUIREMENTS LIST**

*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

16. REMARKS *(Continued)*

**DD FORM 1423-1, FEB 2001**

Page_____of_____Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q200 | National Prime Vendor (NPV) Performance Report | REV on 12/23/2021 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.8.11 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|---|
| N/A | | See Block 16 | See Block 16 |

| 14. DISTRIBUTION | | | |
|---|---|---|---|
| | | b. COPIES | |
| a. ADDRESSEE | Draft | Fina l | |
| | | Reg | Repro |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: Quarterly (Option Period)
 Reporting Period Start Date: Start of service delivery
 Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:

The Contractor shall provide a report on NPV fill-rates, manufacture performance and specific medication (by GCN or NDC) performance. Data elements and format will be mutually agreed upon by the Contractor and Government. The methodology utilized to determine performance should be transparent and easy to follow. The report should highlight chronic drug shortages or market disturbances that may impact fill-rates.

Submit through the DHA e-Commerce Extranet.
(Per TOM Ch 14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 12/23/2021 | Henry J Gibbs | 12/23/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED          Page 1 of 1          Page s

# CONTRACT DATA REQUIREMENTS LIST

*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

16. REMARKS *(Continued)*

**DD FORM 1423-1, FEB 2001**

Page____of____Pages

## CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

*Form Approved*
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | Attachment A | TDP _____ TM _____ OTHER | Performance Report | |

**D. SYSTEM/ITEM**
TRICARE Pharmacy Program

**E. CONTRACT/PR NO.**
HT940221C0007

**F. CONTRACTOR**
Express Scripts, Inc (ESI)

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | | 3. SUBTITLE |
|---|---|---|---|
| R010 | NPV Discrepancy Report | | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.8.21.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date:  Start of service delivery
  Due Date:  Within 2 business days from the date the order was received
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel or a format mutually agreed upon by the NPV and the Contractor

CONTENT DETAILS:
This report will be used to communicate discrepancies identified within a purchase order to the NPV once an order is received by the Contractor.
The report shall include, at a minimum, the following fields:

Name of Facility
Location of Facility
Prime Vendor
Account Number
Invoice Number
Date Order Was Placed

Activity Point of Contact
POC Telephone
POC E-mail

Report Detail:
Call Number
Date Received
NDC#/PVON ordered
Unit of Measure Ordered
Description
Packing Slip Quantity
Receipt Quantity

Continued on page 2

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Short Quantity
Overage Quantity
Return Authorization for Overage (Provided by NPV)
Document Number (DoDAAC, the Julian date, and the last 4 digits of the call number/PIID)
Comments

Definitions tab

Facility Name

Prime Vendor:

Account Number:

Invoice Number:

Discrepancy Report for Call number: XXXX

Activity POC:

Telephone:

Email:

Date:

| Date Recd | NDC#/PVON ordered | Unit of Measure Ordered | Description | Packing Slip Qty | Receipt Qty | Short Qty | Overage Qty | Return Authorization for Overages | Document Number | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

**A. CONTRACT LINE ITEM NO.**  **B. EXHIBIT**  **C. CATEGORY:**

TDP _____ TM _____ OTHER _____

| **D. SYSTEM/ITEM** | **E. CONTRACT/PR NO.** | **F. CONTRACTOR** |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| **1. DATA ITEM NO.** | **2. TITLE OF DATA ITEM** | **3. SUBTITLE** |
|---|---|---|
| R020 | Pharmacy Change Monitoring Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| **4. AUTHORITY** (Data Acquisition Document No.) | **5. CONTRACT REFERENCE** | **6. REQUIRING OFFICE** |
|---|---|---|
| | CTR C.3.3.9 | Pharm Ops |

| **7. DD 250 REQ** | **9. DIST STATEMENT REQUIRED** | **10. FREQUENCY** | **12. DATE OF FIRST SUBMISSION** | **14. DISTRIBUTION** | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | **b. COPIES** | |
| **8. APP CODE** | D | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** | **a. ADDRESSEE** | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency:  As Required
  Reporting Period Start Date: Start of service delivery
  (Beginning 60 days prior to and continuing 180 days
  after each network change submit weekly reports)
  Due Date: Friday during weekly reporting
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PI: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall identify and track impacted beneficiaries by the following categories:
- Specialty Medications
- Limited Distribution Medications
- Hemophilia Medications
- Other Non-Specialty Medications

Tracking information shall attempt to account for all impacted beneficiaries,
including but not limited to the following:
- Total beneficiaries who have filled a medication at the impacted pharmacy within
  6 months before the change
- Number and percentage of impacted beneficiaries who have subsequently filled
  the prescription at:
    o TRICARE Home Delivery
    o MTF Pharmacy
    o Other Retail Network Pharmacy
- Number and percentage of impacted beneficiaries who have not refilled or have
  done so at an impacted pharmacy

The Contractor may end weekly reports when one of the following criteria has
been met:
1)  Direction to end tracking has been received from the government.
2)  All beneficiaries have filled medications at an alternative pharmacy.
3)  180 days has passed since the effective date of the network change.

FTP Server
provided by the
government with
notification to COR

| **15. TOTAL** | 0 | 0 | 0 |
|---|---|---|---|

| **G. PREPARED BY** | **H. DATE** | **I. APPROVED BY** | **J. DATE** |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page __1__ of __1__ Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| *(1 Data Item)* | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____  TM _____  OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R030 | Ad Hoc Management Reports | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.14.12 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | | Submit as directed by Contracting Officer | | |
|---|---|---|---|---|

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date:  Start of service delivery
  Due Date:  As specified by the Government
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII:  Yes
FILE FORMAT: As specified by the Government

CONTENT DETAILS:  The contractor shall provide additional reports to support benefit design review and evaluation, at the request of the Government.

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R040 | Appeals Processing Guidelines, Desk Instructions and Reference Material | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C12 S1 & 32 CFR 199.10 | OGC |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

b. COPIES

| 16. REMARKS | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
|---|---|

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Start of service delivery
  Due Date: 60 calendar days before start of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: As updates/changes occur

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
The contractor shall deliver one complete set of its processing guidelines, desk instructions, and reference materials covering all tasks required in TOM, Chapter 12, Section 1 and provide updates as changes occur.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Christopher D Jung | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R050 | Breach Report | Initital |

| 17. PRICE GROUP |
|---|

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C1 S5 | DHA Privacy Office |

| 18. ESTIMATED TOTAL PRICE |
|---|

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit to email address on Breach Response page of DHA Privacy Office Website |
| Frequency: As Required | |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: Within 24 hours of discovery of breach and updates with new information as required | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |
| | |
| PHI/PII: No | |
| FILE FORMAT: PDF | |
| | |
| CONTENT DETAILS: | |

The Contractor shall complete the fillable DD Form 2959, Breach of Personally Identifiable Information (PII) and Protected Health Information (PHI) Report, (available at http://www.health.mil/Military-Health-Topic/Privacy-and-Civil-Liberties/Breaches-of-PII-andPHI) and email the form to dha.ncr.pcl.mbx.dha-privacy-officer@mail mil. The Contractor is responsible for reporting all information needed by the DHA Privacy Office to make timely and accurate determinations on reports to Health and Human Services (HHS) as required by the HHS Breach Rule and reports to the Defense Privacy and Civil Liberties Division as required by DoD Privacy Act Issuances. For non-cyber incidents without a US-CERT number, the contractor shall assign an internal tracking number and include that number in Box I.e of DD Form 2959.

The Contractor shall submit updated Breach of Personally Identifiable Information (PII) Report DD Form 2959 as additional information required by the form is received (indicate the submission date in the "Updated Report" box at the first line of the form). Examples of updated information the Contractor shall report include, but are not limited to: confirmation on the exact data elements compromised, the root cause of the incident, vulnerabilities, exploited, and any mitigation actions to include sanctions, training, incident containment, follow-up, etc.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Joseph E Davidge | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | Form Approved<br>OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

**A. CONTRACT LINE ITEM NO.**

**B. EXHIBIT**

**C. CATEGORY:**
TDP _____ TM _____ OTHER _____

**D. SYSTEM/ITEM**
TRICARE Pharmacy Program

**E. CONTRACT/PR NO.**
HT940221C0007

**F. CONTRACTOR**
Express Scripts, Inc (ESI)

| 1. DATA ITEM NO.<br>R060 | 2. TITLE OF DATA ITEM<br>Program Integrity Standard Operating Procedures | 3. SUBTITLE<br>Initial | 17. PRICE GROUP |
|---|---|---|---|

**4. AUTHORITY** *(Data Acquisition Document No.)*

**5. CONTRACT REFERENCE**
TOM C13 S1

**6. REQUIRING OFFICE**
Program Integrity (PI)

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ<br>N/A | 9. DIST STATEMENT REQUIRED<br>D | 10. FREQUENCY<br>See Block 16 | 12. DATE OF FIRST SUBMISSION<br>See Block 16 | 14. DISTRIBUTION |
|---|---|---|---|---|
| 8. APP CODE<br>N/A | | 11. AS OF DATE<br>See Block 16 | 13. DATE OF SUBSEQUENT SUBMISSION<br>See Block 16 | |

| 14. DISTRIBUTION | | | |
|---|---|---|---|
| a. ADDRESSEE | b. COPIES | | |
| | Draft | Final | |
| | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: As updates/changes occur
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
The contractor shall develop and maintain standard operating procedures (e.g. desk procedures). A copy, in electronic read-only format, shall be provided to Program Integrity (PI) at the start of the contract with updates provided as changes occur.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY<br>Alison H Coleman | H. DATE<br>4/19/2021 | I. APPROVED BY<br>Henry J Gibbs | J. DATE<br>4/19/2021 |
|---|---|---|---|

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R070 | State of Emergency Report | Initital |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR C.2.8.6.5 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |

16. REMARKS

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 10 days after the final expiration date (including any extension dates) of the last affected area
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS: The report shall provide accurate and complete documentation for the dates, areas of impact and use of waivers for all state of emergency declarations.  The report shall be a rolling summary to include all State of Emergency waiver requests.

At a minimum, the report shall include:
- Area(s) affected (listed by county if not state-wide)
- Type of event (e.g. hurricane, severe weather, fires, etc)
- Beginning and end date of State of Emergency
- If the refill too soon waiver was approved or disapproved
- Refill too soon waiver effective date
- Refill too soon waiver expiration date (including original and any extension dates)
- Total number of prescriptions filled with a waiver
- Notes (as applicable, such as number of extension, changes in parameters, etc)

Submit through the
DHA e-Commerce
Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**       PREVIOUS EDITION MAY BE USED.       Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R080 | Audit Detail Worksheet | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C13 S3 | Program Integrity (DHA-PI) |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| | D | See Block 16 | See Block 16 | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| | | See Block 16 | See Block 16 | |

| | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|

16. REMARKS

FIRST SUBMISSION:
 Frequency:  As Required
 Reporting Period Start Date:  Start of service delivery
 Due Date:  30 calendar days after case development completion, to be submitted with case referral
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII:  Yes
FILE FORMAT: Microsoft Word/Microsoft Excel

CONTENT DETAILS:
Audit findings must be reported in a clear and concise manner. Items required to ensure valid extrapolation and facilitate extrapolation replication which shall be reported on extrapolation worksheet.

Template is attached with updates provided by the government as required.

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Submit directly to Program Integrity

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page 1 of 3 Pages

| Contractor Name | |
|---|---|
| Case Name | |
| Referral Date | |

## Audit Detail Worksheet (pg. 1)

*Note: For stratified sampling, this worksheet, a claim level Excel file, and RAT-STATS Extrapolation Text file shall be returned to DHA PI for each stratum.*

| | Audit Design | | |
|---|---|---|---|
| 1 | Is the audit based on one or more random sample(s) without replacement? | ☐ Yes<br>☐ No (Proceed to Step 15) | Sampling shall occur at the claim level. Line items are summed to reach a netted amount for the claim. |
| 2 | Descriptive name for the audit or the stratum | | E.g. Stratum 2: Mid-cost claims for surgery ($2000-$8000) |
| 3 | Type of claims audited | | E.g. clinic, procedure, surgery, physical therapy |
| 4 | Start of claim date range | /    / | |
| 5 | End of claim date range | /    / | |
| | **Sample Size Estimation using RAT-STATS** | | |
| 6 | Universe Size | | Provide the universe size. For stratified sample designs, this is the universe size for the stratum. |
| 7 | Type of Sample Size Determination Used<br>a. Attribute (for Rates)<br>b. Variable (for Total $) | ☐ Attribute<br>☐ Variable | Variable sample size calculations are most appropriate for extrapolation of total dollars of overpayment. Use of attribute-based sample size may result in inadequate confidence and precision for total overpayment in the full audit. |
| 8 | Confidence Level and Precision | 90% Confidence and<br>☐ 5% precision<br>☐ 10% precision<br>☐ 15% precision | Confirm use of 90% confidence level with selected precision range<br>*Note: RAT-STATS requests precision as a range, e.g. 10% in RAT-STATS is equivalent to ± 5%.* |
| 9 | Estimate of the Universe Mean.<br>a. Value<br>b. Source | Value:<br><br>Source: | a. For estimation of cost of overpayment, this value is the average dollars overpaid. Note that underpayments represent $0 of overpayment.<br>b. This estimate can come from a random probe sample or prior knowledge. |
| 10 | Estimate of the universe standard deviation (SD)<br>a. Value<br>b. Source | Value:<br><br>Source: | This estimate can come from a random probe sample or prior knowledge. 95% of the claims in a sample of $150 mean and $50 SD of overpayment are anticipated to be in the range from $0 to $300 of overpayment. |
| 11 | Sample Size returned by RAT-STATS | | A minimum sample size for each stratum of 30 claims is required. RAT-STATS will annotate sample sizes <30 with an asterisk.<br>*Note: For any claim with insufficient documentation for review, attribute an overpayment equal to the paid amount. Therefore no oversampling is required.* |

| Contractor Name | |
|---|---|
| Case Name | |
| Referral Date | |

**Audit Detail Worksheet (pg. 2)**
*Note: For stratified sampling, this worksheet, a claim level Excel file, and RAT-STATS Extrapolation Text file shall be returned to DHA PI for each stratum.*

| | Sampled Units and Audit Findings | | |
|---|---|---|---|
| 12 | RAT-STATS Seed Number Used | | *Note: Select a new seed number for each audit or stratum within an audit and record here.* |
| 13 | Number of claims selected | | • Order the claims in ascending Internal Control Number (ICN) order.<br>• If the number of claims desired by the RAT-STATS sample size estimate exceeds the number of claims in the universe or stratum, the audit must be refocused, stratified, and/or employ a 100% sample for outlier claims. |
| 14 | Provide an Excel spreadsheet that contains:<br>  a. Sample item number<br>  b. Paid amount $<br>  c. Overpayment $ | Name of Excel spreadsheet: | • The spreadsheet shall contain one row for each claim audited.<br>• Full claims will be netted for the paid and overpayment amounts.<br>• For any claim with insufficient documentation for review, attribute an overpayment equal to the paid amount.<br>• Enter underpayments as $0 of overpayment.<br>• *Note: In RAT-STATS, Paid amounts are called Examined values and Overpayments are called Difference values.* |
| | **RAT-STATS Appraisal Extrapolation Results** | | |
| 15 | Type of RAT-STATS Appraisal Used | | • E.g. Stratified from the Variable Appraisal menu in RAT-STATS.<br>• *Note: If a 100% audit was used, use the Unrestricted Variable Appraisal and enter the number of claims audited as the universe size and sample size.* |
| 16 | Provide the output from RAT-STATS in a Text file | Name of text file: | • Select one of the Output To options that includes a Text File to provide this item. |
| 17 | Enter the Total of Difference Values from the RAT-STATS output | | • This is also known as the point estimate of the overpayment for the audit.<br>• For stratified audits, enter the overall result here on the worksheet for each stratum. |
| 18 | Enter the Lower Bound and Precision Percent achieved for the Overpayment values at 90% and 95% confidence levels. | 90% Confidence:<br>Lower Bound: _____<br>Precision %: _____<br><br>95% Confidence<br>Lower Bound: _____<br>Precision %: _____ | • Note: Confidence levels are for the observed overpayments. RAT-STATS supplies the requested 90% and 95% confidence levels in the Text file output under the Difference section by default.<br>• If the Precision percent for 90% confidence is higher than 25%, this audit may be disallowed at the discretion of DHA PI.<br>• *Note: A precision percent of 0.00% will be listed if a 100% Audit was used.* |

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R090 | Fraud/Abuse Patient Harm-Initial Notification Checklist | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C13 S3 | Program Integrity (PI) |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final | |
| | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: Upon notification of confirmed patient harm
SUBSEQUENT SUBMISSON: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: No specific file format

CONTENT DETAILS:
A completed Fraud/Abuse Patient Harm-Initial Notification Checklist shall be submitted to DHA PI when submitting a case in which a fraudulent or abusive act resulted in patient harm.

Template is attached with updates provided by the government as required.

Submit directly to Program Integrity

| 15. TOTAL | | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page 1 of 2 Pages

## FRAUD/ABUSE PATIENT HARM-INITIAL NOTIFICATION CHECKLIST

1. Provider Name:

2. Provider Type:

3. Provider TIN:

4. Address of Provider:

5. Is the provider network/non-network:

6. Patient Harm Allegation:

7. Medical determination of patient harm made by:

8. How was allegation reported/identified:

9. # of Beneficiaries actively seeing provider:

10. Prior complaints?  If yes, provide details if complaints are related to this allegation?

11. Are network providers available to relocate beneficiaries' actively seeing provider?

12. Have referrals been discontinued to this provider?

13. Are state licensure authorities involved?  If yes, provide details:

14. Are any law enforcement agencies investigating allegations?  If yes, provide details:

15. Provide estimated date of case referral submission to DHA-PI:

16. Provide DHA-PI with copies of any medical records that substantiate this allegation.


*NOTE: Patient harm refers to a fraudulent or abusive practice directly causing a patient who is undergoing treatment for a disease, injury, medical, or dental condition to suffer actual physical injury or psychological injury or acceleration of an underlying condition. The determination of patient harm has occurred must be based on the opinion of a qualified physician, dentist, or pharmacist.

**NOTE: Medical Malpractice issues are not considered patient harm unless a fraudulent or abusive practice resulted in injury.


FOR OFFICIAL USE ONLY

This document is the property of the Department of Defense- Defense Health Agency (DHA) Program Integrity Office.  Contents may contain Law Enforcement Sensitive information, and may not be disclosed to any party outside DHA nor may this document be distributed outside the receiving agency without prior authorization of DHA.  Law enforcement sensitive information may be withheld from the public as disclosure could cause a foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

**FRAUD/ABUSE PATIENT HARM-INITIAL NOTIFICATION CHECKLIST**

1. Provider Name:

2. Provider Type:

3. Provider TIN:

4. Address of Provider:

5. Is the provider network/non-network:

6. Patient Harm Allegation:

7. Medical determination of patient harm made by:

8. How was allegation reported/identified:

9. # of Beneficiaries actively seeing provider:

10. Prior complaints?  If yes, provide details if complaints are related to this allegation?

11. Are network providers available to relocate beneficiaries' actively seeing provider?

12. Have referrals been discontinued to this provider?

13. Are state licensure authorities involved?  If yes, provide details:

14. Are any law enforcement agencies investigating allegations?  If yes, provide details:

J 5. Provide estimated date of case referral submission to  DHA-PJ:

16. Provide DHA-PI with copies of any medical records that substantiate this allegation.


*NOTE: Patient harm refers to a fraudulent or abusive practice directly causing a patient who is undergoing treatment for a disease, injury, medical, or dental condition to suffer actual physical injury or psychological injury or acceleration of an underlying condition. The determination of patient harm has occurred must be based on the opinion of a qualified physician, dentist, or pharmacist.

**NOTE: Medical Malpractice issues are not considered patient harm unless a fraudulent or abusive practice resulted in injury.

**FOR OFFICIAL USE ONLY**

**This document is the property of the Department of Defense- Defense Health Agency (DIIA) Program Integrity OFFICE.  Contents may contain Law Enforcement Sensitive information, and may not be disclosed to any party outside DHA nor may this document be distributed outside the receiving agency without prior authorization of DHA.  Law enforcement sensitive information may be withheld from the public as disclosure could cause a foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, S USC Section 551.**

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R100 | DHA/MTF Fraud & Abuse Referral Cover Sheet | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C13 S3 | Program Integrity (PI) |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE |
|---|---|
| FIRST SUBMISSION: | Submit directly to Program Integrity |

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: Case Referral Submission – 30 calendar days after case development
  Non-Case Referral Submission – when documents are delivered to DHA-PI
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Word, or Adobe PDF

CONTENT DETAILS:
The following shall be submitted to DHA-PI:

A completed DHA/MTF Fraud & Abuse Referral Cover Sheet shall be included with every case referral meeting DHA-PI's threshold.

Template is attached with updates provided by the government as required.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

# DHA/MTF FRAUD AND ABUSE REFERRAL COVER SHEET

| | |
|---|---|
| SUBJECT NAME(S): | ADDRESS (CITY, STATE): |

| | |
|---|---|
| TIN(S)/EIN/NPI: | 180 DAY START DATE: |

POTENTIAL FRAUD OR ABUSE ISSUES (List section(s) of 32 CFR 199.9 (b) and/or (c) that are alleged to have been violated):

SUBJECT(S) TYPE: e.g.: Beneficiary, Provider, Hospital, Clinic type, Dentist, Surgeon, DME, General Practice, Pharmacy.

| | |
|---|---|
| CONTRACTOR/MTF POC: | PHONE NUMBER: |

## DOLLAR DAMAGES

| | |
|---|---|
| ACTUAL: | EXTRAPOLATED: |

## DHA INTERNAL USE ONLY:

| | |
|---|---|
| RECEIVED DATE: | |
| ACTION OFFICER: | REFERRAL SOURCE: |

## CASE RELATIONSHIP

| | |
|---|---|
| LEAD NUMBER: | QUI TAM NUMBER: |

FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is the property of the Department of Defense, Defense Health Agency (DHA) Program Integrity Office. Contents may contain Law Enforcement Sensitive information, and may not be disclosed to any party outside DHA nor may this document be distributed outside the receiving agency without prior authorization of DHA Law enforcement sensitive information may be withheld from the public as disclosure could cause a foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

Nov 2013

# DHA/MTF FRAUD AND ABUSE REFERRAL COVER  SHEET

| SUBJECT NAME(S): | ADDRESS (CITY, STATE): |
|---|---|

| TIN(S)/EIN/NPI: | 180 DAY START DATE: |
|---|---|

**POTENTIAL FRAUD OR ABUSE ISSUES** (List section(s) of 32 CFR 199.9 (b) and/or (c) that are alleged to have been violated):

**SUBJECT(S) TYPE:** e.g.: Beneficiary, Provider, Hospital, Clinic type, Dentist, Surgeon, DME, General Practice, Pharmacy.

| CONTRACTOR/MTF POC: | PHONE NUMBER: |
|---|---|

| DOLLAR DAMAGES | |
|---|---|
| ACTUAL: | EXTRAPOLATED: |

| DHA INTERNAL USE ONLY: | |
|---|---|
| RECEIVED DATE: | |
| ACTION OFFICER: | REFERRAL SOURCE: |

| CASE RELATIONSHIP | |
|---|---|
| LEAD NUMBER: | QUI TAM NUMBER: |

FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is the property of the Department of Defense, Defense Health Agency (DHA) Program Integrity Office. Contents may contain Law Enforcement Sensitive information, and may not be disclosed to any party outside DHA nor may this document be distributed outside the receiving agency without prior authorization of DHA Law enforcement sensitive information may be withheld from the public as disclosure could cause a foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

Nov 2013

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | Form Approved<br>OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R110 | Declaration of Transfer and Destruction of Records | Initial | n |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | TOM C2 S6 | DHA Records Management | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | |
| 8. APP CODE | C | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | |
| N/A | | See Block 16 | See Block 16 | | Draft | Final Reg / Repro |

16. REMARKS

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after successful records transfer
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Word for template and final signed document in PDF

CONTENT DETAILS:
The contractor shall complete the attached template, Declaration of Transfer and Destruction of Records, in accordance with the directions provided in TOM C9 S5.

Template is attached with updates provided by the government as required.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Glinda L Hodgkin | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page <u>1</u> of <u>4</u> Pages

**<CONTRACTOR LETTERHEAD>**
**This must be submitted on Contractor Letterhead**

**DECLARATION OF TRANSFER AND DESTRUCTION OF RECORDS**

The undersigned individuals hereby declare that *<Enter Contractor Name>*, *<Enter Contract Number>* has transferred records and permanently removed/destroyed the DHA records identified below, including removal/destruction and completely wiping (using an approved sanitization method) from all electronic systems and databases, and any related backup/convenience data (paper copies, tapes, cartridges, CDs, vendors, other electronic storage devices, etc.) in accordance with 36 CFR Chapter XII, Subchapter B and NIST SP 800-88: Guidelines for Media Sanitization.

The official federal records have been successfully transferred and completion of this document certifies that non-records (i.e. convenience copies) at *<Enter Contractor Name>* have been permanently destroyed.

**Transfer Information**

Record File Number: _____

Transfer Date(s): _____

Transfer  Number(s):

_____ Description/

Comment: _____

_____

Format: _____Paper _____Electronic

Records transferred to DHA per DHA agreement? _____Yes _____No _____N/A

Records received by DHA? _____Yes _____No _____N/A

Records transferred to incoming contractor? _____Yes _____No _____N/A

Records received by incoming contractor? _____Yes _____No _____N/A

**Recipient Point of Contact Information (knowledgeable of transfer data)**

*<Contractor Name/ DHA Office Name>*: _____

POC Name: _____ Phone Number:

_____ Email Address:

_____

**<CONTRACTOR LETTERHEAD>**
**This must be submitted on Contractor**
**Letterhead**

<u>**Record Information**</u>

Volume/Size of records destroyed: _____

Method of destruction: _____

Destruction Date: _____

Certificate of Destruction: _____Yes _____No

The undersigned individuals declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Transferring POC Name: _____

Title: _____

Date: _____

Signature: _____

**<CONTRACTOR LETTERHEAD>**
**This must be submitted on Contractor Letterhead**

**DECLARATION OF DESTRUCTION OF RECORDS**

The undersigned individuals hereby declare that *<Enter Contractor Name>*, *<Enter Contract Number>* has destroyed records and permanently removed the DHA records identified below, including completely wiping (using an approved sanitization method) from all electronic systems and databases, and any related backup/convenience data (paper copies, tapes, cartridges, CDs, vendors, other electronic storage devices, etc.) in accordance with 36 CFR Chapter XII, Subchapter B and NIST SP 800-88: Guidelines for Media Sanitization.

All official federal records have been successfully destroyed and completion of this document certifies that non-records (i.e. convenience copies) at *<Enter Contractor Name>* have been permanently destroyed.

Record File Number: _____

Volume/Size of Records Destroyed:
_____

Method of Destruction: _____

Destruction Date: _____

Certificate of Destruction: _____Yes _____No

Format: _____Paper _____Electronic

The undersigned individuals declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Name: _____

Title: _____

Date:_____

Signature: _____

<span style="color:red">**<CONTRACTOR LETTERHEAD>**
**This must be submitted on Contractor Letterhead**</span>

**Instructions:**

1. For official federal records that have been transferred to an incoming contractor, complete pages 1-2 on company letterhead and include the applicable Notice of Destruction (NOD) when notifying DHA.
2. For official federal records that have met their disposition and have been destroyed or removed from the current contractor's server, complete page 3 on company letterhead and include the applicable NOD when notifying DHA.

**DECLARATION OF TRANSFER AND DESTRUCTION OF RECORDS**

The undersigned individuals hereby declare that *<Enter Contractor Name/DHA Office Name>*, *<Enter Contract Number/DHA Office Symbol>* has transferred records and permanently removed/destroyed the DHA records identified below, including removal/destruction and completely wiping (using an approved sanitization method) from all electronic systems and databases, and any related backup/convenience data (paper copies, tapes, cartridges, CDs, vendors, other electronic storage devices, etc.) in accordance with 36 CFR Chapter XII, Subchapter B and NIST SP 800-88: Guidelines for Media Sanitization.

The official federal records have been successfully transferred and completion of this document certifies that non-records (i.e. convenience copies) at *<Enter Source Office Name>* have been permanently destroyed.

**Transfer Information**

Record File Number: _____

Transfer Date(s): _____

Transfer Number(s): _____

Description/Comment: _____

_____

Format: _____Paper _____Electronic

Records transferred to DHA per DHA agreement? _____Yes _____No _____N/A

Records received by DHA? _____Yes _____No _____N/A

Records transferred to incoming contractor? _____Yes _____No _____N/A

Records received by incoming contractor? _____Yes _____No _____N/A

1

<span style="color:red">**&lt;CONTRACTOR LETTERHEAD&gt;**</span>
<span style="color:red">**This must be submitted on Contractor Letterhead**</span>

**Recipient Point of Contact Information (knowledgeable of transfer data)**

<span style="color:red">*&lt;Contractor Name/ DHA Office Name&gt;*</span>: _____

POC Name: _____ Phone Number: _____

Email Address: _____

**Record Information**

Volume/Size of records destroyed: _____

Method of destruction: _____

Destruction Date: _____

Certificate of Destruction: _____Yes _____No

_____

The undersigned individuals declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Transferring POC Name: _____

Title: _____

Date: _____

Signature: _____

2

**<CONTRACTOR LETTERHEAD>**
**This must be submitted on Contractor Letterhead**

### DECLARATION OF DESTRUCTION OF RECORDS

The undersigned individuals hereby declare that *<Enter Contractor Name>*, *<Enter Contract Number>* has destroyed records and permanently removed the DHA records identified below, including completely wiping (using an approved sanitization method) from all electronic systems and databases, and any related backup/convenience data (paper copies, tapes, cartridges, CDs, vendors, other electronic storage devices, etc.) in accordance with 36 CFR Chapter XII, Subchapter B and NIST SP 800-88: Guidelines for Media Sanitization.

All official federal records have been successfully destroyed and completion of this document certifies that non-records (i.e. convenience copies) at *<Enter Source Office Name>* have been permanently destroyed.

Record File Number: _____

Volume/Size of Records Destroyed: _____

Method of Destruction: _____

Destruction Date: _____

Certificate of Destruction: _____Yes _____No

Format: _____Paper _____Electronic

_____

The undersigned individuals declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Name: _____

Title: _____

Date: _____

Signature: _____

| CONTRACT DATA REQUIREMENTS LIST<br>*(1 Data Item)* | Form Approved<br>OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER   Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R120 | Transition-In MOU | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | TOM C23 S5 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

| 14. DISTRIBUTION | | | | |
|---|---|---|---|---|
| a. ADDRESSEE | Draft | Final | | b. COPIES |
| | | Reg | Repro | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Contract Award
  Due Date: 15 calendar days from end of Post Award Conference and 15 calendar days from any changes
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon by Government and the Contractors.

CONTENT DETAILS: In the event of a non-incumbent Contractor, the incoming and outgoing Contractors will develop a MOU to support the coordination of transition activities as required in the contract and TRICARE Manuals.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page   1   of   1   Pages

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R121 | Transition-Out MOU | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | TOM C23 S5 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | b. COPIES |
| N/A | | See Block 16 | See Block 16 | | | |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final | |
| | | Reg | Repro |
| Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of transition-out
  Due Date: 15 calendar days from end of Post Award Meeting and 15 calendar days from any changes
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon by Government and the Contractors.

CONTENT DETAILS: In the event of a non-incumbent Contractor, the incoming and outgoing Contractors will develop a MOU to support the coordination of transition activities as required in the contract and TRICARE Manuals.

| 17. PRICE GROUP |
|---|

| 18. ESTIMATED TOTAL PRICE |
|---|

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | | Form Approved OMB<br>No. 0704-0188 |
|---|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R130 | Specialty Pharmacy NDC Change Requests Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.4.7.2 | DHA Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | | b. COPIES |
|---|---|---|
| FIRST SUBMISSION:<br>Frequency: One Time<br>Reporting Period Start Date: Start of service delivery<br>Due Date: 2nd business day following the start of service delivery<br>SUBSEQUENT SUBMISSION:<br>Frequency: As Required<br>Reporting Period Start Date: Start of service delivery<br>Due Date: When an alternate product's availability is confirmed with NPV<br><br>PHI/PII: No<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>The Contractor shall provide a report as needed of all requested specialty drug NDCs proposed for immediate change for replenishment to designated specialty pharmacies, submitted for DHA review and CO or COR approval.<br>The Government reserves the right to make modifications to the report requirements after the first submission.<br><br>The report must include, at a minimum, the following:<br>Request ID (contractor-specified)<br>Date Submitted to DoD<br>Type of Change<br>Dispensing Site (if multiple location)<br>Generic Code Number (GCN)<br>GCN Sequence Number (GSN)<br>Current NDC<br>Current Manufacturer<br>Current NDC National Contract (Y/N)<br>Current Medical Pricing Catalog Cost<br>Cost Difference<br>New Medical Pricing Catalog Cost<br>New NDC Selection<br>New Manufacturer Selection<br>Drug Name, Strength, Form<br>New NDC National Contract (Y/N)<br><br><br>Continued on page 2 | By email to COR and individuals designated by the Government | |

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

<table>
<tr><td colspan="3" align="center"><b>CONTRACT DATA REQUIREMENTS LIST</b><br><i>(1 Data Item)</i></td></tr>
</table>

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Reason for Requested Change (e.g., backorder, cannot support DoD usage, Government-directed, change from MPPP, temporary use of commercial product, other applicable reasons)
Contractor's Assigned POC (if multiple POCs are involved)
Summary of Contractor/Prime Vendor Communication (including specific comments regarding NDC unavailability, additional background information supporting change)
Package Size of New NDC
Anticipated TPharm5 Monthly Usage (units)
Projected Annual Impact (Cost Difference * Monthly Usage * 12 months)
Burning Specialty Pharmacy's Inventory (indicate Y/N)
Unit pack (if package cannot be broken, indicate Y/N)
New NDC on Medical Pricing Catalog? (indicate Y/N)
New NDC TAA Compliant (indicate Y/N)
New NDC Have a NAD Waiver (indicate Y/N)
Change to Specialty Pharmacy's Commercial Preferred NDC (Y/N)
Change from Contractor's commercial preferred NDC to DoD preferred NDC? (indicate Y/N)
Holding Replenishment Owed? (indicate Y/N)
Transferring Replenishment Owed to another previously approved? (indicate Y/N)
If transferring RO, to what NDC? (indicate N/A or specify NDC)
Seeking RO on new NDC? (indicate Y/N)
Change Approval fields (blank for documentation)
- DoD Guidance
- TPharm5 POC
- TPharm5 COR

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER ____ | Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R140 | Specialty Market Priced Pharmaceutical Program Report | REV on 03/01/2023 |

**17. PRICE GROUP**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.4.7.6 | DHA Pharm Ops |

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE |
|---|---|
| FIRST SUBMISSION: | By email to |

16. REMARKS

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: 2nd business day after MPPP offer(s) are identified
SUBSEQUENT SUBMISSION:
  Frequency: As Required (monthly while offers are active)
  Reporting Period Start Date:  Continue from first submission
  Due Date:  2nd business day after MPPP offer(s) are identified (for monthly submissions, 10 calendar days after end of reporting period)

PHI/PII: No
FILE FORMAT:  Microsoft Excel

CONTENT DETAILS:
This report shall identify and track all offers, offer status, claims volume approved and dispensed, per month and per offer, associated with Market Priced Pharmaceutical Program for specialty drugs, and cost savings per quarter. The Contractor shall provide a report showing offer summary with accepted, declined, and expired offers. The report will also include offer history, accepted offer tracking, savings summary, and savings details.
This report shall be delivered on a monthly cadence until all active offers have expired.

SUMMARY
Number of Offers by Status (e.g. Denied, Accepted, Expired) per month.

ACCEPTED OFFER TRACKING
Offer Accepted Date
Dispensing Start Date
Dispensing End Date (Offer Complete Date)
Drug Description (drug, strength, form)
Offer NDC
Medical Pricing File (MPF) NDC
Offer Units
Offer Price
Weighted Avg MPF Price (based on any price changes on the MPF during offer duration)
Offer Status (e.g. expired, in-progress)

Continued on page 2

Distribution addressee column:
By email to
COR and all
individuals
designated by the
Government

| 15. TOTAL ➡ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A. Valibhai | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page  1  of  3  Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: TDP _____ TM _____ OTHER Performance Report |
|---|---|---|

| D. SYSTEM/ITEM TRICARE Pharmacy Program | E. CONTRACT/PR NO. HT940221C0007 | F. CONTRACTOR Express Scripts, Inc (ESI) |
|---|---|---|

**16. REMARKS** *(Continued)*

By Month:
- Units Dispensed
- Cost per Units dispensed
- Calculated MPF Cost
- Savings
- Estimated Incentive

SAVINGS DETAILS
Offer Accepted Date
Offer Unit Price
MPF Unit Price (wt. average to account for pricing changes during offer period)
Start Date
End Date
Quantity Dispensed
Total Offer Cost
Total MPF Cost
Savings

HISTORICAL
Offers Identified by Contractor
Offer Status (e.g., Denied, Accepted, Expired)
Date Submitted
Expiration Date
Type of Offer (e.g., Saving, Stability)
Savings (after administration fee)
Current Drug GSN and GCN
Current Drug NDC
Drug description (drug, strength, form)
Current Drug Manufacture
Current Drug Cost
Medical Pricing File Contract Number
Estimated Monthly Usage (units) (broken out by dual eligible vs TRICARE only)
Offer Drug NDC
TAA Compliant (Y/N)
Therapeutically Equivalent (Y/N)
Offer Drug Manufacture
Total Units offered Offer
Purchase Cost
Contractor Incentive (Total offer value x 10%)
Admin Fee
Total Cost to Government (Purchase Cost + Fees)
Unit Price Difference (Current Unit Cost – Offer Unit Cost)
Estimated Offer Days
Offer Units
Estimated Claim Volume

Continued on page 3

**DD FORM 1423-1, FEB 2001**

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _Performance Report_____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Total Offer Value (Unit Price Difference x Offer Units)
Government Savings (Total Offer Value – ESI Incentive – Admin Fee)
Contractor Comments
Government Approver
Date Approved or Denied

Market Conditions shall be provided with each offer.

Reports shall include Revision log and definitions tab.

The Government reserves the right to adjust the report and data elements after receiving the first report.

# CONTRACT DATA REQUIREMENTS LIST
## (1 Data Item)

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R150 | Systems Integration Test Plans | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TSM C3 S4.4 | HPOSS |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Contract Award
  Due Date: 10 calendar days after completion of test
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII:  No
FILE FORMAT: No specified file format

CONTENT DETAILS:
The contractor shall develop test plans in coordination with DHA and DMDC. The contractors shall further refine their testing efforts by documentation of the test scenarios upon request. The contractors shall submit to DHA updated test scenario matrices which document the test results and any open issues or defects discovered. Contractors shall provide sufficient resources to complete testing in accordance with DHA guidelines and standards.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| James W Frank | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**      PREVIOUS EDITION MAY BE USED.      Page 1 of 1 Pages

## CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R160 | B2B Gateway Questionnaire | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TSM C1 S1.1 | HPOSS |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|
| N/A | D | See Block 16 | See Block 16 |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Reg (Final) | Repro (Final) |

**16. REMARKS**

FIRST SUBMISSION:
Frequency: As Required
Reporting Period Start Date: Contract Award
Due Date: Within 10 calendar days after the new requirements have been provided to the contractor
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: No specified file format

CONTENT DETAILS:
The contractor shall complete the current version of the B2B Gateway Questionnaire (to be provided by DHA) identifying the required system communication infrastructure between the contractor and the MHS systems. This includes all Wide Area Network (WAN), LAN, VPN, Web DMZ, and B2B Gateway access requirements. The completed Questionnaire shall be returned to the DHA designated POC for review and approval. I&O will coordinate any requirements for additional information with the DHA POC and schedule any meetings required to review the Questionnaire. The contractor shall provide DHA or the equivalent office with a copy of the approved and signed B2B Questionnaire for all system communication efforts.

Current B2B Questionnaire is attached with updates provided by the government as required.

By email to individuals designated by the Government

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Steven F Alvarado | 4/19/2021 | Orlando Januario Jr. | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 28 Pages



DEFENSE HEALTH AGENCY

*Business 2 Business (B2B) Gateway Questionnaire*
Phase II – [INSERT VENDOR NAME AND MTFs IF LISTED]

April 21, 2020
Version 10.4

Defense Health Agency

## CHANGE / REVISION RECORD

This record is maintained throughout the life of the document; each published update is recorded. A Change Package (re-issue of changed pages only) carries change bars in the page margins to identify differences from the preceding issue. Due to the scope of change that necessitates a Revision (re-issue of entire document); a Revision does not carry change bars.

| DOCUMENT VERSION NUMBER | REVISION SUMMARY | DATE |
|---|---|---|
| Version 5.0 | Updated to reflect transition from DISA to DHA | 12/14/15 |
| Version 6.0 | Updated to reflect AnyConnect option | 4/4/16 |
| Version 7.0 | Updated to reflect Citrix option | 11/9/16 |
| Version 8.0 | Updated contact list to reflect current personnel | 12/2/16 |
| Version 9.0 | Updated the TOC. Updated General Information Page. Updated the DHA staff information. Updated the Implementation Checklist. Removed the DD Form 2875 attachment and screenshot and added a Web link to access the form. Added an appendix to gather data for software and hardware requirements. Revised the B2B Requirements appendix. Added a signature line for program office's ISSM. | 8/8/17 |
| Version 10.0 | Update DoD POC information. Replace "Netscreen" with "Cisco ISR" under Network Boundary Information. Update Network Address table and Notes below table. Update Appendix I. Add Appendix K and update following Appendices' letters. | 10/26/17 |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

| Version 10.2 | "eMASS #" section added in General Information table. Update B2B Mailbox email address in DoD POC table. Last Mile Information table of Appendix E updated. Appendix J &K edited. | 1/23/18 |
|---|---|---|
| Version 10.3 | Updated Appendix F: Phase I/Existing Connection chart. Clarified Example row on Phase II Chart | 1/31/18 |
| Version 10.4 | Updated; Network Boundary Information: added section 5. What are the new Network Addresses for supporting your Warm DRE ISR device? Appendix A: Software and Settings/Hardware Requirements: For Server to Server Connections Appendix F: removed phase 1 table. | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

## TABLE OF CONTENTS

INTRODUCTION.................................................................................................................. 5

DHA POLICY FOR COMMUNICATIONS ..................................................................... 6

*Commercial Partner POC Information*............................................................................*10*

IMPLEMENTATION CHECKLIST .................................................................................. 11

APPENDIX A: SOFTWARE AND SETTINGS/HARDWARE REQUIREMENTS ......... 12

APPENDIX B: SUBMISSION OF THE SYSTEM AUTHORIZATION ACCESS REQUEST (SAAR) FORM 2875 ......................................................................................... 13

APPENDIX C: USER PERFORMANCE REQUIREMENTS............................................ 14

*User System Requirements*...............................................................................................*14*

APPENDIX D: SYSTEM PERFORMANCE REQUIREMENTS .................................... 15

*System (Third Party Partner) to System (MHS) Requirements* ........................................*15*

APPENDIX E: VPN IMPLEMENTATION FORM ........................................................ 16

*Last Mile Information – WAN Access* .............................................................................*16*
*Network Boundary Information (not required for Citrix)* ................................................*16*
*Firewall Specifics/Proxy Servers (not required for Citrix)* .............................................*18*

APPENDIX F: DHA B2B CONNECTIVITY REQUIREMENTS SUBMISSION .......... 19

APPENDIX G: "AS IS" DIAGRAM *(NOT REQUIRED FOR CITRIX)* ...................... 20

APPENDIX H: LAST MILE DIAGRAM *(NOT REQUIRED FOR CITRIX)*................. 21

APPENDIX I: DEVICE PACKAGE SLIP *(NOT REQUIRED FOR CITRIX)*............... 22

APPENDIX J: ISSM APPROVAL (FOR ALL NEW CONNECTIONS)......................... 23

APPENDIX K: SITE ISSM APPROVAL......................................................................... 24

APPENDIX L: PROGRAM MANAGER APPROVAL .................................................... 25

APPENDIX M: SECURITY APPROVAL......................................................................... 26

APPENDIX N: PROJECT MANAGER APPROVAL (FOR NEW CONNECTIONS ONLY)........................... 27

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

## Introduction

Defense Health Agency (DHA) oversees the Military Health System (MHS) Infrastructure and Operations (I&O).  DHA is chartered to design, provision, and deploy a standards based, common telecommunications infrastructure throughout the MHS.

This information paper identifies the required parameters for Commercial Business Partners to connect to an MHS Military Treatment Facility (MTF) or other Department of Defense (DoD) .mil network using a Virtual Private Network (VPN). This information sheet is intended do the following:

- Adhere to the DoD Guidelines for third party vendors
- Adhere to the policies of connectivity and device management of the third party vendor
- Meet the functional and technical requirements as designed for a given project
- Acknowledge through digital signature the agreed upon functional and technical requirements

In prioritizing security and confidentiality of DoD system resources and networks, the gateway approach is the standard for all non-DoD resources to connect, communicate, and manage systems within the DoD. In the gateway solution, the third party affiliate will terminate at a DMZ and then be re-directed to its destination. This is the recommended long-term solution to ensure data and system resource security and confidentiality.

The following criterion depicts a Gateway solution:

- There is a single reference point for the third party affiliate to the DoD thus eliminating any back doors to the DoD
- Third party affiliate VPN device procurement resource must be identified
- Third party affiliate VPN device model must be in the product line of the DHA – MHS Standard
- The DHA VPN team maintains Configuration Management and support of the VPN device located at the Third Party Affiliate's DMZ
- MHS traffic can be more effectively managed
- Adheres to the DoD initiative to move away from third party affiliates connecting directly to a MTF

This document is to serve as a template to identify the requirements of the sponsoring organization and the third party partner to DHA. Below will be detailed information that when completed will be used for:

- Establishing necessary requirements
- Configuring the MHS B2B Gateway
- Configuring the VPN appliance

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

### DHA Policy for Communications

The TRICARE Systems Manual (TSM 7950.1-M) discusses the requirements necessary for Managed Care Contractors to interface with the Department of Defense (DoD):

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

## General Information

### Project Information

| Request Type | ☐ New Connection(s) | ☐ Changes/Updates to Existing Connection(s) | ☐ Decommission Connection(s) |
|---|---|---|---|
| **Connection Type:** For legacy Juniper connections select "Changes/Updates.." and/or "Decommission.." | ☐ **Server to Server** *Allows continuous connectivity between the partner-and DHA-hosted servers. The commercial partner (vendor) will be required to procure and install a DHA-configured and tested Cisco VPN router (Cisco ISR) on its premise at all appropriate locations. The device (which will be remotely managed by DHA) will provide a controlled entry/exit point and an encrypted pathway for all communications between the commercial partner and its DHA-hosted system(s). System-to-system communications are defined as automated processes between two systems that require always-on connectivity.* | | ☐ **Client to Server** *Allows the commercial partner system administrators to manage and monitor those systems for which they are responsible. Client-to-server communications are defined as any administrative function that requires administrative input (Remote Desktop, Dameware, SSH, etc).This will be an on-demand solution and will require the administrator to establish a connection for each use through a DHA provided Virtual Desktop Infrastructure (VDI) using CAC authentication.* |
| **eMASS #** (DHA ID for the system with which the vendor is communicating.) | | | |
| **Project Name** *(Vendor Name to MHS Name)* | | | |
| **Program Office** | | | |
| **Description:** What is this for? | | | |
| | Requested Date: | | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

| | Critical Date: | |
|---|---|---|

DoD POC Information

Please complete the following:

| DoD Organization | Name | Phone | E-Mail |
|---|---|---|---|
| Government POC Sponsoring the B2B Gateway Connection | | | |
| Contracting Officer/COR | | | |
| System ISSM | | | |
| DHA B2B ISSM | Mr. Eric Wildermuth | (703) 681-1145 | Eric.R.Wildermuth.civ@mail.mil |
| DHA B2B Project Manager | Mr. Edward R. Chaplin Jr. | (854) 444-5594 | eddie.chaplin@nsoc.health.mil |
| DHA B2B Project Lead | Mr. Orlando Januario Jr. | (210) 295-3599 | orlandojr.januario.civ@mail.mil |
| DHA B2B PM Support | Ms. Asha Jones<br>Ms. Ernestina B. Owusu Ansah<br>Ms. Michael M. Meeks | (571) 765-6136<br>(571) 384-6757 | asha.z.jones2.ctr@mail.mil<br>ernestina.b.owusuansah.ctr@mail.mil<br>michael.m.meeks3.ctr@mail.mil |
| DHA B2B Cyber Support | S2S ISSM – Mr. Eric Wildermuth<br>S2S ISSO – Mr. Jay Dwight<br>C2S ISSM – Mr. Stephan Worcester<br>C2S ISSO – Mr. Stephen Baker | (703) 681-1145<br><br>Mobile<br>(210) 295-8761<br><br>Mobile | eric.wildermuth2.civ@mail.mil<br><br>james.h.dwight4.ctr@mail.mil<br>stephan.p.worcester.civ@mail.mil<br><br>stephen.baker.ctr@nsoc.health.mil |
| DHA Engineer | | | |
| DHA Other | NSOC Remote Systems Management<br>Data Center Operations Support | N/A<br><br>N/A | rsm@nsoc.health.mil<br><br>dcops_support@nsoc.health.mil |
| DHA Global Service Center | DHA Global Service Center Personnel | (800) 600-9332 | dhagsc@mail.mil |
| DHA B2B Mailbox | DHA B2B Team | N/A | dha.ncr.ops-sustain.list.b2b-phase2@mail.mil |
| .MIL Gov. | | | |
| .MIL PM Support | | | |
| .MIL Firewall Engineer | | | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

| .MIL System Administrator | | | |
|---|---|---|---|

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

Commercial Partner POC Information

*Please complete the following:*

| Organization | Name | Phone | E-Mail |
|---|---|---|---|
| PM | | | |
| Application /System Engineer | | | |
| Network Administrator | | | |
| Security Manager | | | |
| Network Manager | | | |

| Organization | Name | Phone | E-Mail | Procedures |
|---|---|---|---|---|
| Help Desk Contact Information | | | | |
| After-Hours Support Contact Information | | | | |

*Organization Address:*

*Physical Device Location (not required for Citrix):* {NOTE:  Be sure to include the full address, building, room, and rack where the MHS router node will be deployed}

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

Implementation Checklist

*Please check the following:*

| Question | Yes | No | Date Complete |
|---|---|---|---|
| 1. Has the software requirements for C2S connection been provided by vendor? **(Appendix A)** | | | |
| 2. For C2S; Is Form 2875 completed? **(See PDF file "DHAGSC_B2B_C2S 3.13.2020)** | | | |
| 3. Internet addresses are publicly routable for all B2B applications? *(Clients need a unique address for authentication tracking.)* | | | |
| 4. Is user performance requirement information completed? **(Appendix C)** | | | |
| 5. Is system performance requirement information completed? **(Appendix D)** | | | |
| 6. Has the VPN Implementation Form been completed? **(Appendix E)** | | | |
| 7. Has Connectivity Requirements Sheet been submitted? **(Appendix F)** | | | |
| 8. Has "As Is" Network Diagram been provided? **(Appendix G - Attachment)** | | | |
| 9. Has VPN Last Mile Diagram **(Appendix H)** been discussed and concurred by both sides? | | | |
| 10. Is VPN device procured? **(Appendix A, S2S connections only)** | | | |
| 11. Has the VPN device been configured and STIGed by DHA?<br><br>*(Please send and expect to receive appliance from the contact and address below for configuration:*<br><br>*Shaun Pillé*<br>*KSH Solutions, Inc.*<br>*5965 Core Road, Suite 624*<br>*North Charleston, SC 29406)* | | | |
| 12. Has VPN Installation been scheduled? | | | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

Appendix A: Software and Settings/Hardware Requirements

**For Client to Server Connections:**

We need to better understand the administrative tasks to be performed by the commercial partner to determine software and setting requirements. Please answer the following questions:

| Question | Response |
|---|---|
| 1. What is the highest number of simultaneous users you expect to have active connections at peak usage? | |
| 2. List the full name of all applications that you expect to use in management of your servers and/or remote assets. Please include any Proprietary software. | |
| 3. For each application, please list all dependencies required for full functionality, including: a) Active X settings; b) Specific browsers required (Chrome, Firefox, etc.); c) Browser settings required; d) SSL/CA Certificate installations | |

**For Server to Server Connections:**

The commercial partner will be required to purchase one of the following Cisco device(s) for their location(s):

- ISR 1111x    Less than 5Mb
- ISR 4331    Between 5Mb-30Mb
- ISR 4451    Between 30Mb-300Mb
- CSR 1000v    variable based on license and circuit availability

Also, please make certain to provide (on Appendix F) 2 public IP addresses for each device to be installed.

*Note: The Cisco pubs indicate higher bandwidth capabilities for models noted above; however, the Cisco figures are under ideal conditions (UDP, low overhead, etc.). These considerations were evaluated by the DHA engineers and factored in the configurations and other overhead/loading factors (noted above). If you opt to select the next lower/smaller model, then there is a potential risk of overloading the device, which will require the procurement of a replacement with the next higher model.*

*A 3 year maintenance agreement and at minimum a PERF (SEC) license on top of IP base is required. If you are unsure of your actual throughput requirement, DHA recommends the HSEC license be also purchased.*

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

## Appendix B: Submission of the System Authorization Access Request (SAAR) Form 2875

The DD 2875 form and instructions are provide as a separate PDF document named "DHAGSC_B2B_C2S 3.13.2020"

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

Appendix C: User Performance Requirements

| Project Name | |
|---|---|
| Program Office | |
| Project POC | |

User System Requirements

| Subject Matter | Metric |
|---|---|
| *Commercial User to MHS System* | |
| Number of Users * | |
| Number of Existing User Accounts* | |
| Number of New User Accounts Needed* | |
| Peak Operational Time | |
| Operational Time Frame (Per Day) | |
| Operational Time Frame (Per Week) | |
| Operational Time Frame (Per Year) | |
| Number of concurrent sessions per user | |
| Number of concurrent users * | |
| Average file/data size per user | |
| Average number of transactions per day/ per user | |
| Expected % growth per year | |
| Other | |
| Other | |
| Other | |
| Other | |
| Other | |
| *MHS User to Third Party System* | |
| Number of Users | |
| Peak Operational Time | |
| Operational Time Frame (Per Day) | |
| Operational Time Frame (Per Week) | |
| Operational Time Frame (Per Year) | |
| Number of concurrent sessions per user | |
| Number of concurrent users | |
| Average file/data size per user | |
| Average number of transactions per day/ per user | |
| Expected % growth per year | |

* Note: Each user should be coming from a unique IP address

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

## Appendix D: System Performance Requirements

| Project Name | |
|---|---|
| Program Office | |
| Project POC | |

## System (Third Party Partner) to System (MHS) Requirements

| Subject Matter | Metric |
|---|---|
| Expected screen refresh time | |
| Expected response time | |
| Expected % availability uptime | |
| Meantime between failure | |
| Meantime to repair | |
| Sustained throughput requirement | |
| Max packet loss acceptable | |
| Max latency | |
| Expected bandwidth between systems | |
| Peak bandwidth requirements | |
| Other | |
| Other | |
| Other | |
| Other | |
| Other | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

Appendix E: VPN Implementation Form

| Project Name | |
| --- | --- |
| Program Office | |
| Project POC | |

Last Mile Information – WAN Access

*Please check the following for the .MIL side of the connection:*

| Question | Answer |
| --- | --- |
| 1. Who is your Internet Service Provider? *(Please Specify)* | |
| 2. Assessment and Authorization | |
| a. What type of certification does the Gov. Sponsor require? DIACAP/RMF, Certificate of Networthiness (CON), Platform IT (PIT), DODI8582.01 | |
| b. What is the current status of required certification and date of your expected date of certification? | |
| c. Has documentation been provided to the B2B team as evidence of the A&A process? (ATO memo, 8582 evidence, CON memo, or PIT memo) | |

*Please check the following for the .COM side of the connection:*

| Question | Answer |
| --- | --- |
| 1. Who is your Internet Service Provider? *(Please Specify)* | |
| 2. Assessment and Authorization | |
| a. What type of certification does the Gov. Sponsor require? DIACAP/RMF, Certificate of Networthiness (CON), Platform IT (PIT), DODI8582.01 | |
| b. What is the current status of required certification and date of your expected date of certification? | |
| c. Has documentation been provided to the B2B team as evidence of the A&A process? (ATO memo, 8582 evidence, CON memo, or PIT memo) | |

Network Boundary Information *(not required for Citrix)*

1. What are the Interfaces of the Border Router?

| Interface | IP Address | Subnet Mask | Default Gateway |
| --- | --- | --- | --- |
| | | | |
| | | | |

2. What are the External and DMZ Interfaces of the Firewall?

| Interface | IP Address | Subnet Mask | Default Gateway |
| --- | --- | --- | --- |
| | | | |
| | | | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

3. What is the Network Space between the Firewall and Border Router where the Cisco ISR will be installed?

   NOTES:

   a. *Ensure the Network between the Firewall and the Border Router has sufficient address space to support splitting the network.*

   b. *Ensure the Bit Boundaries are valid and are NOT CROSSED when splitting into smaller subnets.*

| IP Network/ Mask | Subnet Mask |
|---|---|
|  |  |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

4. What are the new Network Addresses for the Cisco ISR device?

|  | External Interface | Subnet Mask | Default Gateway |
|---|---|---|---|
| Primary ISR |  |  |  |
| Secondary ISR |  |  |  |
|  | RLOC IP | Subnet Mask | Default Gateway |
| Primary ISR |  | 255.255.255.255 | NA |
| Secondary ISR |  | 255.255.255.255 | NA |
|  | Internal Interface | Subnet Mask | Default Gateway |
| Primary ISR |  |  |  |
| Secondary ISR |  |  |  |
| Floating |  |  |  |

**Note 1:** For HA setup, each device would require a unique External, Internal and RLOC IP address. One additional floating Internal IP is required for VRRP failover.
**Note 2:** All IP addresses for the ISR need to be publically routable. Private address space using a NAT is not permitted.
**Note 3:** RLOC IP addresses should be /32 addresses and not a part of the subnet used by the External or Internal interfaces.

5. What are the new Network Addresses for supporting your Warm DRE ISR device?

|  | External Interface | Subnet Mask | Default Gateway |
|---|---|---|---|
| Primary ISR |  |  |  |
| Secondary ISR |  |  |  |

**Note 1:** In the event a vendor cannot maintain a fully functional DRE circuit a small bandwidth (10 – 30 Mbps) circuit is required. DHA requires connectivity to all ISR devices at any given time to maintain the configuration and IOS updates. This is a STIG requirement. The secondary interface on the ISR will be used and it will require an additional IP address on a different subnet from the main WAN interface.

**Firewall Specifics/Proxy Servers** *(not required for Citrix)*

*Please check the following:*

| Question | Yes | No |
|---|---|---|
| 1. Is this site using Network Address Translation (NAT) Static (1 to 1)? |  |  |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

## Appendix F: DHA B2B Connectivity Requirements Submission

| Vendor Name | |
|---|---|
| Program Office | |
| Project POC | |

| Phase II Environment Type *(Please submit B2BQ for each environment. One environment per B2BQ)* | | | ☐ Test | | | | | ☐ Production | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **APPLICATION NAME** | **DESCRIPTION** | **IP PROTOCOL** | **SERVICE** | **LOW PORT** | **HIGH PORT** | **VENDOR SERVER NAME** | **VENDOR SERVER IP** | **VENDOR SERVER NAT** | **DHA SERVER NAME** | **DHA SERVER IP** | **DHA SERVER NAT** | **DHA SITE LOCATION** | **CONNECTION SOURCE** | |
| *Example* Eg. BDMS | Eg. Blood Donor Management Server | Eg. TCP | Eg. SFTP | Eg. 22 | 22 | Comm Vault Server | X.X.X.X | Provided By NSOC RSM | Insight Server | X.X.X.X | Provided By NSOC RSM | NMC San Diego | .COM | *Example* |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

**Appendix G: "As Is" Diagram** *(not required for Citrix)*

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

**Appendix H: Last Mile Diagram** *(not required for Citrix)*



The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

**Appendix I: Device Package Slip** *(not required for Citrix)*

*INCLUDE THIS DOCUMENT INSIDE THE CISCO ISR SHIPPING PACKAGE*

| Name of Project | |
|---|---|
| Point of Contact (POC) | Name of Company<br>ATTN: POC Name<br>ADDRESS<br>Contact Number<br>Email |
| Device Serial Number | |
| Device Model | |
| Shipping Tracking Number | |

NOTE:
*After shipment, please send a copy of this appendix to DHA B2B PM Support.*

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

**Appendix J: ISSM Approval** (For all new connections)

Information System Security Manager
B2B Implementation Approval

[ ] As the ISSM for the DHA B2B C2S, I have reviewed the appropriate documentation and provide the approval to proceed as planned.

[ ] As the ISSM for the DHA B2B S2S, I have reviewed the appropriate documentation and provide the approval to proceed as planned.

_____

TYPED NAME

_____

SIGNATURE                                                    DATE

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

**Appendix K: Site ISSM Approval** (For all connections; i.e. add/remove/modify)

Information Assurance Manager
B2B Implementation Approval

As the Site ISSM for [**appropriate program office or installation**]*,* I have reviewed the appropriate documentation and provide the approval to proceed as planned.

_____
TYPED NAME

_____
PROGRAM OFFICE

_____
SIGNATURE                                    DATE

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

**Appendix L: Program Manager Approval** (For all connections; i.e. add/remove/modify) May sign in lieu of multiple site ISSM connections sic Appendix K

<div align="center">

Program Manager
B2B Implementation Approval

</div>

As the Government Sponsor for [**appropriate program office or installation**]**,** I have reviewed the appropriate documentation and vendor certification. I provide the approval to proceed as planned.

_____

TYPED NAME

_____

SIGNATURE                                                        DATE

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

**Appendix M: Security Approval** (For all connections; i.e. add/remove/modify)

<div align="center">

**Commercial Partner Security Manager**
**B2B Implementation Approval**

</div>

As the Security Manager of the [VENDOR partner], I have reviewed the appropriate documentation and provide the approval to proceed as planned.

_____
 TYPED NAME

_____
SIGNATURE                                              DATE

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Defense Health Agency

**Appendix N: Project Manager Approval** (For all connections; i.e. add/remove/modify)

<div align="center">

Defense Health Agency B2B Gateway Project Manager
B2B Implementation Approval

</div>

As the Business-to-Business Gateway Project Manager for DHA, I have reviewed the appropriate documentation and provide the approval to proceed as planned.

_____

TYPED NAME

_____

SIGNATURE                                                            DATE

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R170 | Mission-Essential Contractor Services Plan | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | Section I, DFARS Clause 252.237-7023 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg / Repro |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

b. COPIES

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: One Time
 Reporting Period Start Date: Start of service delivery
 Due Date: No later than 90 calendar days prior to the start of pharmacy services
SUBSEQUENT SUBMISSION:
 Frequency: As Required
 Reporting Period Start Date: Start of service delivery
 Due Date: Within 30 days of making a change requiring an update to the plan

PHI/PII: No
FILE FORMAT: PDF

CONTENT DETAILS: The Contractor shall submit a plan for providing
Mission-Essential Contractor Services in accordance with DFARS Clause
252.237–7023.

The Government has determined the following tasks to be essential contractor
services:

1. Dispensing of medications at a retail network pharmacy, specialty pharmacy,
MTF pharmacy or TRICARE mail order pharmacy
2. Additional functions as required to support prescription dispensing in (1); may
include limited clinical, administrative, financial and customer service tasks.

The plan shall be updated as required to ensure that it accurately addresses all
current contract requirements and the contractor's operational approach to meeting
those requirements.

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | | Form Approved OMB No. 0704-0188 |
|---|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R180 | MOU with TMEP Contractor | Initial |

| 17. PRICE GROUP |
|---|
| |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1 | Pharm Ops |

| 18. ESTIMATED TOTAL PRICE |
|---|
| |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg / Repro |
| N/A | | See Block 16 | See Block 16 | | | |

| 16. REMARKS | DISTRIBUTION |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. |
| Frequency: One Time | (Per TOM Ch 14) |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: 180 calendar days before the start of service delivery | |
| SUBSEQUENT SUBMISSION: | |
| Frequency: As Required | |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: As updates/changes occur | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Mutually agreed upon format | |
| | |
| CONTENT DETAILS: | |
| The Contractor shall establish a Memorandum of Understanding (MOU) with TRICARE Medicare Eligible Program (TMEP) contractor and submit to the Government. | |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 02/02/2022 | Henry J Gibbs | 02/02/2022 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED   Page 1 of 1   Page 6

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER  Plan _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| T010 | Transition-In Plan | Initial |

| 17. PRICE GROUP |
|---|

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.2 | Pharm Ops |

| 18. ESTIMATED TOTAL PRICE |
|---|

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE |
| N/A | | See Block 16 | See Block 16 | |

| | | b. COPIES | | |
|---|---|---|---|---|
| | | Draft | Final | |
| | | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: One Time
 Reporting Period Start Date: Transition-In
 Due Date: 10 calendar days after the start of transition
SECOND SUBMISSION:
 Frequency:  One Time
 Reporting Period Start Date:  Transition-In
 Due Date: 15 calendar days following the post award conference
SUBSEQUENT SUBMISSIONS:
 Frequency:  Monthly
 Reporting Period Start Date:  1st calendar day of the month following the post
 award conference
 Due Date: 15 calendar days after end of reporting period

PHI/PII:  No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
This transition plan shall be submitted as described in TOM, Chapter 23, Section 5
and Section C.15.1 of the contract.

Submit through the DHA e-Commerce Extranet (Per TOM C14)

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| T020 | Transition-In Status Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 16. REMARKS | DISTRIBUTION |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet (per TOM C14) |

FIRST SUBMISSION:
 Frequency: Weekly (Sun-Sat)
 Reporting Period Start Date: 20 calendar days after start of Transition-In
 Due Date: Tuesday after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION
Reporting shall continue through the 180th day following the start of Option Period 1 or until notified by the COR to discontinue the report, if earlier.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
Report on the status of transition in activities. Report shall address those items identified in the Transition In Plan as being key to the success of the transition. The report will highlight items that are delayed or at risk or waiting on Government decisions. The report shall provide details on delays or potential delays. The report will identify where Government intervention with external parties may be required. The report will identify decision dates to keep contractor on target. The contractor will prioritize based on the greatest risk to work flow. The contractor will provide updates on risk and risk mitigation strategies.

| 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| T030 | Transition-Out Plan | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.2.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | | | |
|---|---|---|---|
| FIRST SUBMISSION | Submit through the DHA e-Commerce Extranet (per TOM C14) | | |

FIRST SUBMISSION
 Frequency: One-Time
 Reporting Period Start Date: Transition-Out
 Due Date: Within 30 days of award of a successor contract or notification of the government's decision to not exercise available option periods or otherwise termination of the contract.
SUBSEQUENT SUBMISSION: NONE

PHI/PII: No
FILE FORMAT: Mutually agreed upon format with the Government

CONTENT DETAILS:
The Phase-Out Transition Plan shall be developed in coordination with the incoming contractor and meet all requirements identified in C.15.2 and TOM, Chapter 23, Section 5, Paragraph 4.1. The Phase-Out Transition Plan shall describe in detail the steps to be completed to successfully transition the TRICARE Pharmacy Program to the incoming contractor.

Submit through the DHA e-Commerce Extranet (per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page __1__ of __1__ Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| T040 | Transition-Out Status Report | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.2.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION | Submit through the DHA e-Commerce Extranet (per TOM C14) | | | |
| Frequency: Weekly (Sun-Sat) | | | | |
| Reporting Period Start Date: Transition-Out, 30 calendar days after award of a successor contract | | | | |
| Due Date: Tuesday after end of reporting period | | | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | | |
| | | | | |
| PHI/PII: No | | | | |
| FILE FORMAT: Mutually agreed upon format with the Government | | | | |
| | | | | |
| CONTENT DETAILS: | | | | |
| Report on the status of transition out activities. Report shall address those items identified in the Transition Out Plan, in accordance with the requirements in the Contract. Reporting shall continue until notified by the COR to discontinue. | | | | |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page 1 of 1 Pages

| CONTRACT DATA REQUIREMENTS LIST | Form Approved OMB |
|---|---|
| (1 Data Item) | No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP ___ TM ___ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| W010 | Mail Order Rebaseline & Continuous Monitoring Approval Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.8.14-15 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION | By email to all |
| Frequency: Weekly (Sun-Sat) | individuals |
| Reporting Period Start Date: Start of service delivery | designated by |
| Due Date: To be mutually agreed upon with the Government | the government |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Microsoft Excel | |
| | |
| CONTENT DETAILS: | |
| Annual Rebaseline - During each option period, the Contractor shall submit a baseline listing of multi-source generic or branded products by 11-digit NDC, to identify the therapeutically equivalent NDC that is the most economical to the Government. Submission will be divided in weekly batches during the rebaseline process to account for all opportunities identified for approval by the CO or COR. Continuous Monitoring – The Contractor shall continuously monitor availability and pricing of all replenished products and provide weekly recommendations to the Government for the most cost-effective agents to be dispensed through TMOP. The Government reserves the right to make modifications to the report requirements after the first submission. | |
| | |
| The report must include, at a minimum, the following: | |
| APPROVAL REPORT | |
| Request ID (Contractor specified) | |
| Date Submitted to DoD | |
| Dispensing Site (if multiple locations) | |
| Generic Code Number (GCN) | |
| GCN Sequence Number (GSN) | |
| Type of Change | |
| Current NDC | |
| Current Medical Pricing Catalog Description | |
| Current Manufacturer | |
| Current NDC Brand/Generic Indicator | |
| Current NDC Medical Pricing Catalog Hierarchy | |
| Current Size | |
| Current Contract Number | |
| Current Medical Pricing Catalog Cost | |

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 5 Pages

## CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
NAD Waiver Expiration Date
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC
unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Guidance
- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

AVAILABILITY ISSUES – If the recommended NDC is not available, the Contractor shall provide recommended course
of action based on availability status and market conditions.
Request ID (Contractor specified)
Date Submitted to DoD
Initial NPV Status Date
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost
Recommended NDC
Recommended Medical Pricing Catalog Description

Continued on page 3

## CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: TDP _____ TM _____ OTHER _Performance Report_ |
|---|---|---|

| D. SYSTEM/ITEM TRICARE Pharmacy Program | E. CONTRACT/PR NO. HT940221C0007 | F. CONTRACTOR Express Scripts, Inc (ESI) |
|---|---|---|

**16. REMARKS** *(Continued)*

Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
NAD Waiver Expiration Date
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Status of New NDC from National Prime Vendor (annotate estimated time frame for availability)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Guidance (e.g., await release date, research alternative, stay with current NDC)
- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

AWAIT RELEASE – For unavailable NDCs that the Government has previously approved to await release date, the Contractor shall provide updated status information and recommended course of action.
Request ID (Contractor specified)
Date Submitted to DoD
Original Submission Date to DoD
Days in "Await Release" Status
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size

Continued on page 4

DD FORM 1423-1, FEB 2001

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | | TDP ____ TM ____ OTHER Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Current Contract Number
Current Medical Pricing Catalog Cost
Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
DEA Schedule
NAD Waiver Expiration Date
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Status of New NDC from National Prime Vendor (annotate estimated timeframe for availability)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

 - DoD Guidance (e.g., await release date, research alternative, stay with current NDC)
 - DoD Approval Comments
 - TPharm5 POC
 - TPharm5 COR

APPROVED CHANGES NOT COMPLETED (Over 30
Days) Request ID (Contractor specified)
Date Submitted to DoD
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost

Continued on page 5

## CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP ____ TM ____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Actual Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
DoD Approval Status
DoD Approval Date
Approval + 30 Days (date)
Contractor Last Date Reviewed
NPV Change Date
Contractor Estimated Change Date
Current Status
Reason for Delay
Contractor Comments
Unit pack (if package cannot be broken, indicate Y/N)Contractor's Assigned POC (if multiple POC are involved)

The report shall also include a MASTER record to include all line items from the aforementioned tabs, in order to provide a historical view of all NDCs offered and reviewed through the Annual Rebaseline or Continuous Monitoring processes. The MASTER record should allow a user to determine all offers, responses and their occurrence.

The report shall include:

- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved OMB |
|---|---|---|
| (1 Data Item) | | No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP ___ TM ___ OTHER ___ Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| W011 | Specialty Pharmacy Rebaseline & Continuous Monitoring Approval Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.4.7.4 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION:<br>Frequency: Weekly (Sun-Sat)<br>Reporting Period Start Date: Start of service delivery<br>Due Date: To be mutually agreed upon with the Government<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: No<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>Annual Rebaseline – During each option period, the Contractor shall submit a baseline listing of multi-source generic or branded products by 11-digit NDC for approval by the CO or COR, to identify the therapeutically equivalent NDC that is the most economical to the Government.<br>Continuous Monitoring – The Contractor shall continuously monitor availability and pricing of all replenished products and provide weekly recommendations to the Government for the most cost-effective agents to be dispensed through designated replenished Specialty Pharmacies. The Government reserves the right to make modifications to the report requirements after the first submission.<br><br>The report must include, at a minimum, the following:<br><br>APPROVAL REPORT<br>Request ID (Contractor specified)<br>Date Submitted to DoD<br>Dispensing Site (if multiple locations)<br>Generic Code Number (GCN)<br>GCN Sequence Number (GSN)<br>Type of Change<br>Current NDC<br>Current Medical Pricing Catalog Description<br>Current Manufacturer<br>Current NDC Brand/Generic Indicator<br>Current NDC Medical Pricing Catalog Hierarchy<br>Current Size<br>Current Contract Number<br>Current Medical Pricing Catalog Cost<br>Recommended NDC | By email to all individuals designated by the Government |

Continued on page 2

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

DD FORM 1423-1, FEB 2001    PREVIOUS EDITION MAY BE USED.    Page 1 of 5 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT N/A | C. CATEGORY: TDP _____ TM _____ OTHER Performance Report | | |
|---|---|---|---|---|
| D. SYSTEM/ITEM TRICARE Pharmacy Program | | E. CONTRACT/PR NO. HT940221C0007 | F. CONTRACTOR Express Scripts, Inc (ESI) | |

**16. REMARKS** *(Continued)*

Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
NAD Waiver Expiration Date
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

AVAILABILITY ISSUES — If the recommended NDC is not available, the Contractor shall provide recommended course of action based on availability status and market conditions.
Request ID (Contractor specified)
Date Submitted to DoD
Initial NPV Status Date
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost
Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC

Continued on page 3

DD FORM 1423-1, FEB 2001

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT N/A | C. CATEGORY: TDP ____ TM ____ OTHER _Performance Report_ | |
|---|---|---|---|
| D. SYSTEM/ITEM TRICARE Pharmacy Program | | E. CONTRACT/PR NO. HT940221C0007 | F. CONTRACTOR Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
NAD Waiver Expiration Date
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Status of New NDC from National Prime Vendor (annotate estimated timeframe for availability)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Guidance (e.g., await release date, research alternative, stay with current NDC)
- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

AWAIT RELEASE – For unavailable NDCs that the Government has previously approved to await release date, the Contractor shall provide updated status information and recommended course of action.
Request ID (Contractor specified)
Date Submitted to DoD
Original Date Submitted to DoD
Days in "Await Release" Status
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost

Continued on page 4

DD FORM 1423-1, FEB 2001

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT N/A | C. CATEGORY: TDP ____ TM ____ OTHER Performance Report | |
|---|---|---|---|
| D. SYSTEM/ITEM TRICARE Pharmacy Program | E. CONTRACT/PR NO. HT940221C0007 | F. CONTRACTOR Express Scripts, Inc (ESI) | |

**16. REMARKS** *(Continued)*

Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
DEA Schedule
NAD Waiver Expiration Date
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Status of New NDC from National Prime Vendor (annotate estimated timeframe for availability)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Guidance (e.g., await release date, research alternative, stay with current NDC)
- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

APPROVED CHANGES NOT COMPLETED
Request ID (Contractor specified)
Date Submitted to DoD
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost
Recommended NDC

Continued on page 5

DD FORM 1423-1, FEB 2001

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT N/A | C. CATEGORY: TDP ___ TM ___ OTHER Performance Report |
|---|---|---|

| D. SYSTEM/ITEM TRICARE Pharmacy Program | E. CONTRACT/PR NO. HT940221C0007 | F. CONTRACTOR Express Scripts, Inc (ESI) |
|---|---|---|

16. REMARKS *(Continued)*

Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
DEA Schedule
Estimated Annual Usage (units)
Actual Daily Usage (units)
Price Difference
Value Opportunity (Estimated Annual Usage * Price Difference)
DoD Approval Status
DoD Approval Date
Approval + 30 Days (date)
Contractor Last Date Reviewed
NPV Change Date
Contractor Estimated Change Date
Current Status
Reason for Delay
Contractor Comments
Unit pack (if package cannot be broken, indicate Y/N)

The report shall also include a MASTER record to include all line items from the aforementioned tabs, in order to provide a historical view of all NDCs offered and reviewed through the Annual Rebaseline or Continuous Monitoring processes. The MASTER record should allow a user to determine all offers, responses and their occurrence.

The report shall include:

- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| W012 | Mail Order Backorder Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.1.18.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | By email to COR and all individuals designated by the Government |
|   Frequency: Weekly (Sun-Sat) | |
|   Reporting Period Start Date:  Start of service delivery | |
|   Due Date:  Wednesday after end of reporting period | |
| SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION | |

PHI/PII:  No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a cumulative log documenting all items at TMOP that have been placed on backorder status.

The report must include, at a minimum, the following:
Date added to log
Date backorder resolved
Drug Name
GCN
GCN Sequence Number
Average Dispensing Quantity
Estimated Annual Usage (units) (Per dispensing site)
Number days on BO
Contractor's Assigned POC (if multiple POC are involved)
Reason for backorder (recall, national backorder, temporary backorder, etc.)
NPV Comments (e.g., inventory on hand, get-well dates, etc.)
Contractor's Comments
Anticipated date for canceling prescription orders

Using Commercial NDC (Y/N)
Commercial NDC
Commercial Drug Name
Manufacture
Brand or Generic
Pkg Size
Expected days of use of Commercial NDC

Continued on page 2

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 2 Pages

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|

TDP _____ TM _____ OTHER _Performance Report_____

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Potential supply:
Date available
Drug Name
GCN
GCN Sequence Number
NDC
Current Medical Pricing Catalog Hierarchy
Contract Number (Government contract number)
Manufacturer
Brand or Generic
Pkg Size
Sustainable Supply (Y/N)
Volume Available
Expected days of use of available inventory


Definitions Tab

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER | Data Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| W020 | MTF CHCS Data Integrity Report - High Dose & Invalid Provider | REV on 03/01/2023 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.5.3.6 | Pharm Ops |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Weekly (Mon-Sun)
  Reporting Period Start Date: Start of service delivery
  Due Date: 1st business day following one week after end of reporting period
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide reports of the paid claims that generated and retained a DUR for a high dose or invalid provider alert at the time of report generation. The date range will include 1 week (Mon-Sun), according to date processed. The Contractor shall run the report seven (7) calendar days after the close of the reporting period to allow time for claims to be corrected by the MTF.  The reports shall be broken out by MTF and sent to the contact at each MTF designated by the Government.  A master file shall also be provided to the DHA.   The Government reserves the right to make modifications to the report requirements after the first submission.

The reports shall have two subsets of claims.

1) For claims generating a high dose alert, due to incorrect quantity or incorrect days supply, the report shall include the following fields:
Branch of Service
TRICARE Region
Service Command
Site MTF
Pharmacy Name
Pharmacy NPI
Date Dispensed
Date Written
PDW Rx#
Drug Name
Drug Strength
Drug Dosage Form
NDC Drug Code

Continued on page 2

FTP Server provided by the government with notification to COR

**15. TOTAL** → 0 | 0 | 0

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

| CONTRACT DATA REQUIREMENTS LIST | | |
| --- | --- | --- |
| *(1 Data Item)* | | |

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT Exhibit A | C. CATEGORY: TDP _____ TM _____ OTHER Data Report |
| --- | --- | --- |
| D. SYSTEM/ITEM TRICARE Pharmacy Program | E. CONTRACT/PR NO. | F. CONTRACTOR |

**16. REMARKS** *(Continued)*

Metric Quantity
Day Supply
Alert Message
Notes from MTF to Contractor (blank for MTF to provide notes back to Contractor)

2) For claims generating an invalid provider alert, the report shall include the following fields:
Branch of Service
TRICARE Region
Service Command
Site MTF
Pharmacy Name
Pharmacy NPI
Date Dispensed
Date Written
PDW Rx #
Drug Name
Drug Strength
Drug Dosage Form
NDC Drug Code
Metric Quantity
Days Supply
Submitted Provider ID
DEA Class
Patient Last Name, First Initial
Reason Provider is Invalid
Notes from MTF to Contractor (blank for MTF to provide notes back to Contractor)
Correct Provider Identifier (blank for MTF to provide correct provider identifier back to Contractor)

The report shall include:

- Solutions tab to provide guidance to MTFs on corrective steps to take to resolve high dose or invalid provider issues
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

## CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER | Data Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| W021 | MTF CHCS High Cost Claim Report | REV on 03/01/2023 |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.5.3.5 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION<br>  Frequency: Weekly (Mon-Sun)<br>  Reporting Period Start Date: Start of service delivery<br>  Due Date: 1st business day following one week after end of reporting period<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: Yes<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>The Contractor shall provide a report of MTF claims that exceed a cost threshold established by the Government, currently $2,000, at the time of report generation. The report shall exclude known high cost drugs identified by the Government. The date range will include 1 week (Mon-Sun), according to date processed. The Contractor shall run the report seven (7) calendar days after the close of the reporting period to allow time for claims to be corrected by the MTF. The reports shall be broken out by MTF and sent to the contact at each MTF designated by the Government. A master file shall also be provided to the DHA. The Government reserves the right to make modifications to the report requirements after the first submission.<br><br>Raw Data fields include:<br>Branch of Service<br>TRICARE Region<br>Service Command<br>Site MTF<br>Pharmacy Name<br>Pharmacy NPI<br>PDW Rx #<br>Drug Name<br>Drug Strength<br>Drug Dosage Form<br>NDC Drug Code<br>Date Dispensed<br>Quantity Dispensed<br><br><br><br>Continued on page 2 | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |

15. TOTAL → 0 0 0

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 3 Pages

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _Data Report_____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

Quantity Dispensed
Day Supply
Total Submitted Amount Due
Notes from MTF to Contractor (blank for MTF to provide notes back to Contractor)

The report shall include:
- Solutions tab to provide guidance to MTFs on corrective steps to take to resolve high cost claims
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**Department of Defense W021- MTF CHCS High Cost Claim Report**

**Reporting Period: mm/dd/yyyy-mm/dd/yyyy**

| Branch of Service | TRICARE Region | Service Command | Site MTF | Pharmacy Name | Pharmacy NPI | PDW Rx# | Drug Name | Drug Strength | Drug Dosage Form | NDC Drug Code | Date Dispensed | Quantity Dispensed | Days Supply | Total Submitted Amount Due | Notes from MTF to Contractor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | *This is blank for MTF to populate* |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | Form Approved<br>OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ | Data Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| W030 | MHS GENESIS Drug Reject Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.5.4.10 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |

FIRST SUBMISSION:
  Frequency: Weekly (Sun-Sat)
  Reporting Period Start Date:  Start of service delivery
  Due Date:  1st business day after end of reporting period
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII:  Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a weekly summary of data on all MHS GENESIS claims that trigger a reject, according to date processed.  This report shall exclude any rejects due to system downtime.  The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:
Branch of Service
PDW Prescription Number
TRICARE Region
Service Command
Site MTF
Date Processed (date provider/pharmacy input RX to CHCS, or date of subsequent pharmacy edits or reversal)
Prescriber ID
Pharmacy NPI
Pharmacy Name
NDC Drug Code
Drug Name
Drug Strength
Drug Dosage Form
Quantity
Days Supply
New/Refill Code
Submitted Amount
HCFA_TRMC (term date) and/or OBSDTEC (obsolete date) [provide for Reject 77 only; all else, leave field blank]

Continued on page 2

| 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _Data Report_____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Legend/OTC indicator
Reject Code 1
Reject Description 1
Reject Code 2
Reject Description 2
Reject Code 3
Reject Description Code 3

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ | Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| W040 | Operations Issue Log | REV on 2/16/2022 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| N/A | CTR C.14.3 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | By email to all |
| Frequency: Weekly | individuals designated |
| Reporting Period Start Date: Start of Service Delivery | by the government |
| Due Date: 2 business days prior to scheduled operations meeting | or participants in |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | scheduled operations |
| | meetings |
| PHI/PII: No | |
| FILE FORMAT: Mutually agreed upon by government and the contractor. | |

CONTENT DETAILS: The contractor shall keep a log of operational issues that the contractor and/or the government are working to resolve. The purpose of the log is to track all issues requiring monitoring, provide the current status, identify actions taken or planned to resolve the issue and the expected schedule for performing these actions, and document the time period between identification and resolution.

At a minimum, the report shall include:
- Item description
- Date opened
- Updates on each issue, with the date each update was provided
- Contractor POC
- Government POC (as necessary)

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 2/16/2022 | Henry J Gibbs | 2/16/2022 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED     Page _1_ of _1_     Page 6