# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| THE STATE OF VERMONT,<br><br>      Plaintiff,<br><br> v.<br><br>EVERNORTH HEALTH, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICE, INC.; MEDCO HEALTH SOLUTIONS, INC.; EXPRESS SCRIPTS PHARMACY, INC.; ACCREDO HEALTH GROUP, INC.; ASCENT HEALTH SERVICES LLC; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, L.L.C.; CAREMARKPCS HEALTH, L.L.C.; CAREMARK, L.L.C.; ZINC HEALTH VENTURES, LLC; ZINC HEALTH SERVICES, LLC; CAREMARK ARIZONA SPECIALTY PHARMACY, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; CAREMARK FLORIDA SPECIALTY PHARMACY, LLC; CAREMARK ILLINOIS SPECIALTY PHARMACY, LLC; CAREMARK KANSAS SPECIALTY PHARMACY, LLC; CAREMARK MASSACHUSETTS SPECIALTY PHARMACY, LLC; CAREMARK MICHIGAN SPECIALTY PHARMACY, LLC; CAREMARK NEW JERSEY SPECIALTY PHARMACY, LLC; CAREMARK NORTH CAROLINA SPECIALTY PHARMACY, LLC; AND CAREMARK TENNESSEE SPECIALTY PHARMACY, LLC,<br><br>      Defendants. | Civil Action No. 2:24-cv-1103 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Express Scripts Pharmacy, Inc. ("Express Scripts Pharmacy"), by its undersigned counsel, hereby certifies the following:

- Express Scripts Pharmacy is a non-governmental corporate party. The Cigna Group, a publicly traded corporation, is the parent of Express Scripts Pharmacy via wholly-owned subsidiary. No other publicly held corporation owns 10% or more of Express Scripts Pharmacy's stock.

- The Cigna Group, Express Scripts Pharmacy's parent via wholly-owned subsidiary, issues shares of ownership to the public as a publicly traded corporation.

Dated October 16, 2024

| RULE GARZA HOWLEY LLP | DOWNS RACHLIN MARTIN PLLC |
|---|---|
| Deborah A. Garza* | */s/ Timothy C. Doherty, Jr.* |
| Daniel J. Howley* | Timothy C. Doherty, Jr. |
| Emily M. Renzelli* | 199 Main Street, P.O. Box 190 |
| Emma P. Dick* | Burlington, VT 05402-0190 |
| Erica N. Baum* | Telephone: 802-863-2375 |
| 901 7th Street NW, Suite 600 | E-mail: tdoherty@drm.com |
| Washington, D.C. 20001 | |
| Telephone: (202) 843-9280 | |
| garza@rulegarza.com | |
| howley@rulegarza.com | |
| renzelli@rulegarza.com | |
| dick@rulegarza.com | |
| baum@rulegarza.com | |
| *(*pro hac vice motions forthcoming)* | |

*Counsel for Evernorth Health, Inc.; Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Medco Health Solutions, Inc.; Express Scripts Pharmacy, Inc.; Accredo Health Group, Inc.; Ascent Health Services LLC*

## CERTIFICATE OF SERVICE

I, Timothy C. Doherty, Jr., hereby certify that a copy of the foregoing document was filed electronically on October 16, 2024. Notice of this filing will be sent to counsel of record in this case by operation of the Court's CM/ECF system. A copy will also be served via email on:

Jill S. Abrams
Merideth C. Chaudoir
Office of the Attorney General
109 State Street
Montpelier, VA 05609
Tel. (802) 828-1106
Email: Jill.Abrams@vermont.gov
Email: Merideth.Chaudoir@vermont.gov

LISTON DEAS PLLC
W. Lawrence Deas, Esquire
William Liston III, Esquire
Post Office Box 14127
Jackson, Mississippi 39236
Tel. (601) 981-1636
Email: lawrence@listondeas.com
Email: william@listondeas.com

THE CICALA LAW FIRM PLLC
Joanne Cicala, Esquire
Josh Wackerly, Esquire
R. Johan Conrod, Esquire
101 College Street
Dripping Springs, Texas 78620
Tel. (512) 275-6550
Email: joanne@cicalapllc.com
Email: josh@cicalapllc.com
Email: johan@cicalapllc.com

DAVID NUTT & ASSOCIATES PC
Matthew C. McDonald, Esquire
605 Crescent Blvd., Suite 200
Ridgeland, Mississippi 39157
Tel. (601) 898-7302
Email: Mattm@davidnutt.com

FORMAN WATKINS & KRUTZ LLP
Tanya D. Ellis
Trey Watkins
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201
Tel. (601) 960-8600
Email: tanya.ellis@formanwatkins.com
Email: trey.watkins@formanwatkins.com

                                                    */s/ Timothy C. Doherty, Jr.*
                                                    Timothy C. Doherty, Jr.