**UNITED STATES DISTRICT COURT**

**OFFICE OF THE CLERK**

DISTRICT OF VERMONT

FEDERAL BUILDING

**BURLINGTON, VERMONT 05402-0945**

☐ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☒ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

**JEFFREY S. EATON**
CLERK

October 17, 2024

Donna Waters, Court Operations Manager
Vermont Superior Court, Civil Division
Washington Unit
65 State Street
Montpelier, VT  05602

  RE: _State of Vermont v. Evernorth Health, Inc. et al_

Dear Ms. Waters:

  The above entitled action has been removed to this court and is pending as docket number _2:24-CV-1103_.  I am enclosing a copy of our docket sheet for your information.

  I am at this time requesting a _certified_ copy of your docket sheet and the complete **_original_** file.  If your file is electronic, please contact our Operations Specialist (Lisa Wright, 802-951-8116) for assistance. If there is a charge for this, please bill the removing attorney:

    Timothy C. Doherty, Jr., Esq.
    Gina M. Puls, Esq.
    Downs Rachlin Martin PLLC
    199 Main Street, P.O. Box 190
    Burlington, VT 05402-0190

          Sincerely,

          _/s/Kristin Pratico_
          Deputy Clerk

Enclosure
  Docket Sheet

Cc (no enclosure):
Timothy C. Doherty, Jr., Esq.
Gina M. Puls, Esq.
Kendall A. Hoechst, Esq.