UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| THE STATE OF VERMONT,<br><br>*Plaintiff*,<br><br>v.<br><br>EVERNORTH HEALTH, INC., et al.,<br><br>*Defendants*. | Civil Action No. 2:24-cv-1103<br>Hon. Mary Kay Lanthier<br><br>**Oral Argument Requested** |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants Evernorth Health, Inc., Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Medco Health Solutions, Inc.; Express Scripts Pharmacy, Inc.; Accredo Health Group, Inc.; Ascent Health Services LLC; CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; Caremark, L.L.C.; Zinc Health Ventures, L.L.C.; Zinc Health Services, L.L.C.; Caremark Arizona Specialty Pharmacy, L.L.C.; Caremark California Specialty Pharmacy, L.L.C.; Caremark Florida Specialty Pharmacy, L.L.C.; Caremark Illinois Specialty Pharmacy, L.L.C.; Caremark Kansas Specialty Pharmacy L.L.C.; Caremark Massachusetts Specialty Pharmacy, L.L.C.; Caremark Michigan Specialty Pharmacy, L.L.C.; Caremark New Jersey Specialty Pharmacy, L.L.C.; Caremark North Carolina Specialty Pharmacy, L.L.C.; and Caremark Tennessee Specialty Pharmacy, L.L.C. (collectively, "Defendants")[1] request that the Court dismiss with prejudice the Plaintiff State of Vermont's First

---

[1] Several Defendants—including Evernorth Health, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Ascent Health Services LLC; CVS Health; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; Caremark, L.L.C.; Caremark Arizona Specialty Pharmacy, L.L.C.; Caremark California Specialty Pharmacy, L.L.C.; Caremark Florida Specialty Pharmacy, L.L.C.; Caremark Illinois Specialty Pharmacy, L.L.C.; Caremark Kansas Specialty Pharmacy L.L.C.; Caremark Massachusetts, L.L.C.; Caremark

Amended Complaint, ECF No. 26, for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Defendants' Motion is supported by the Memorandum of Law filed simultaneously herewith.

**Oral Argument Requested**

Defendants respectfully request oral argument on this Motion given the complexities of the industry at issue and the intricacies of the arguments that follow.

Dated: April 15, 2025

Respectfully submitted,

| RULE GARZA HOWLEY LLP | DOWNS RACHLIN MARTIN PLLC |
|---|---|
| | */s/ Gina M. Puls* |
| Deborah A. Garza* | Gina M. Puls |
| Daniel J. Howley* | Tristram J. Coffin |
| Emily M. Renzelli* | Downs Rachlin Martin PLLC |
| Emma P. Dick* | 199 Main Street |
| Erica N. Baum* | PO Box 190 |
| 901 7th Street NW, Suite 600 | Burlington, VT 05402-0190 |
| Washington, DC 20001 | Telephone: (802) 863-2375 |
| (202) 843-9280 | gpuls@drm.com |
| garza@rulegarza.com | tcoffin@drm.com |
| howley@rulegarza.com | |
| renzelli@rulegarza.com | |
| dick@rulegarza.com | |
| baum@rulegarza.com | |
| (**admitted pro hac vice*) | |

---

Michigan Specialty Pharmacy, L.L.C.; Caremark New Jersey Specialty Pharmacy, L.L.C.; Caremark North Carolina Specialty Pharmacy, L.L.C.; Caremark Tennessee Specialty Pharmacy, L.L.C; Zinc Health Ventures, L.L.C.; and Zinc Health Services, L.L.C.—previously moved to be dismissed from this action for lack of personal jurisdiction. *See* Defendants' Motions to Dismiss for Lack of Personal Jurisdiction, ECF Nos. 71, 72. This Motion incorporates and is made without waiver to those arguments.

2

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP | DINSE P.C. |
| | */s/ Kendall Hoechst* |
| Enu Mainigi* | Kendall Hoechst, Esq. |
| Craig D. Singer* | Anne Rosenblum, Esq. |
| R. Kennon Poteat III* | Dinse P.C. |
| Adam J. Podoll* | 209 Battery Street, PO Box 988 |
| Daniel Dockery* | Burlington, VT 05402 |
| 680 Maine Avenue SW | khoechst@dinse.com |
| Washington, DC 20024 | arosenblum@dinse.com |
| Telephone: (202) 434-5000 | |
| emainigi@wc.com | |
| csinger@wc.com | |
| kpoteat@wc.com | |
| apodoll@wc.com | |
| ddockery@wc.com | |
| (**admitted pro hac vice*) | |

*Counsel for CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; Caremark, L.L.C.; Zinc Health Ventures, L.L.C.; Zinc Health Services, L.L.C.; Caremark Arizona Specialty Pharmacy, L.L.C.; Caremark California Specialty Pharmacy, L.L.C.; Caremark Florida Specialty Pharmacy, L.L.C.; Caremark Illinois Specialty Pharmacy, L.L.C.; Caremark Kansas Specialty Pharmacy L.L.C.; Caremark Massachusetts Specialty Pharmacy, L.L.C.; Caremark Michigan Specialty Pharmacy, L.L.C.; Caremark New Jersey Specialty Pharmacy, L.L.C.; Caremark North Carolina Specialty Pharmacy, L.L.C.; and Caremark Tennessee Specialty Pharmacy, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2025 a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Gina M. Puls*
Gina M. Puls