## UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
### BURLINGTON, VERMONT 05402-0945

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

**JEFFREY S. EATON**
CLERK

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

September 8, 2025

Charles W. Brand, Esq.
Tanya D. Ellis, Esq.
Thomas J. Fyke, Esq.
Walter G. Watkins, Esq.
Forman Watkins & Krutz LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201-2375

Gina M. Puls, Esq.
Tristram J. Coffin, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190

Jill S. Abrams, Esq.
Merideth C. Chaudoir, Esq.
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609

Adam J. Podoll, Esq.
Alexander Gazikas, Esq.
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

Joanne M. Cicala, Esq.
Josh T. Wackerly, Esq.
R. Johan Conrad, Jr., Esq.
Cicala Wackerly Conrod PLLC
101 College Street
Dripping Springs, TX 78620

Anne B. Rosenblum, Esq.
Kendall A. Hoescst, Esq.
Dinse P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988

Daniel Howley, Esq.
Deborah Garza, Esq.
Emma P. Dick, Esq.
Erica N. Baum, Esq.
Rule Garza Howley
901 7th Street NW, Suite 600
Washington, DC 20001

Benjamin Nicholas Hazelwood, Esq.
Craig D. Singer, Esq.
Daniel M. Dockery, Esq.
Enu Mainigi, Esq.
James J. Montgomery, Esq.
Raymond K. Potetat, III, Esq.
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

Emily M. Renzell , Esq.
Rule Garza Howley LLP
1152 15th St NW
Washington, DC 20005

Re:    *State of Vermont v. Evernorth Health, Inc. et al*
        Docket No. 2:24-cv-1103

Dear Counsel:

    Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE).  Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

---

[1] A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.

Vaughn A. Carney, Esq. South Burlington, Vermont
Robert B. Hemley, Esq., Burlington, Vermont
Andrew Manitsky, Esq., Burlington, Vermont

The intention is that all parties strive to agree on one evaluator.  If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).

Regardless of the method, please note that you are required to file your selection with the Court by **September 25, 2025**.[2]

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Lisa Wright*
Acting ENE Administrator
(802) 951-8116

---

[2] If selecting evaluator on Court roster, use CM/ECF event *ENE Documents – Evaluator Selection Response.*
    If stipulating to evaluator under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents – ENE by Stipulation.*