IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| THE STATE OF VERMONT,<br><br>*Plaintiff,*<br><br>v.<br><br>EVERNORTH HEALTH, INC., ET AL.<br><br>*Defendants* | Civil Action No. 2:24-cv-1103<br>Hon. Mary Kay Lanthier |

## NOTICE OF DATE AND TIME FOR ENE SESSION

Pursuant to the Court's instructions (ECF No. 116), the Parties submit the following date for their Early Neutral Evaluation session: **April 15, 2026**.

Dated: January 16, 2026                               Respectfully Submitted,

                                                                            STATE OF VERMONT
                                                                            CHARITY R. CLARK
                                                                            ATTORNEY GENERAL

                                                                            */s/ Jill Abrams*
                                                                            Jill S. Abrams
                                                                            Merideth C. Chaudoir
                                                                            Assistant Attorneys General
                                                                            109 State Street
                                                                            Montpelier, Vermont 05609
                                                                            Tel: (802) 828-1106
                                                                            jill.abrams@vermont.gov
                                                                            Merideth.chaudoir@vermont.gov

OF COUNSEL:

Joanne M. Cicala (*pro hac vice*)                     W. Lawrence Deas (*pro hac vice forthcoming*)
Josh Wackerly (*pro hac vice*)                        William Liston, III (*pro hac vice forthcoming*)
R. Johan Conrod (*pro hac vice*)                      LISTON & DEAS, LLC
CICALA WACKERLY CONROD PLLC                           P.O. Box 14127
101 College Street                                    Jackson, MS 39236

Dripping Springs, TX 78620
Tel: (512) 275-6550
joanne.cicala@cwc.law
josh.wackerly@cwc.law
johan.conrod@cwc.law

Tel: (601) 981-1636
lawrence@listondeas.com
william@listondeas.com

Walter G. Watkins, III *(pro hac vice)*
Tanya D. Ellis *(pro hac vice)*
Will Brand *(pro hac vice)*
Thomas Joel Fyke *(pro hac vice)*
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Tel: (601) 960-8600
trey.watkins@formanwatkins.com
tanya.ellis@formanwatkins.com
will.brand@formanwatkins.com
joel.fyke@formanwatkins.com

Matthew C. McDonald *(pro hac vice forthcoming)*
DAVID NUTT & ASSOCIATES, PC
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157
Tel: (601) 898-7302
mattm@davidnutt.com

*Counsel for Plaintiff State of Vermont*


Gina M. Puls
Tristram J. Coffin
DOWNS RACHLIN MARTIN PLLC
199 Main Street
Burlington, VT 05402
T: (802) 863-2375
gpuls@drm.com
tcoffin@drm.com

Daniel Howley
Deborah Garza
Emma P. Dick
Erica N. Baum
Emily M. Renzelli
RULE GARZA HOWLEY LLP
901 7th Street NW, Suite 600
Washington, DC 20001
T: (202) 843-9280
howley@rulegarza.com
garza@rulegarza.com
dick@rulegarza.com
baum@rulegarza.com
renzelli@rulegarza.com

Enu Mainigi*
Craig D. Singer*
R. Kennon Poteat III*
Adam J. Podoll*
Daniel Dockery*
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
T: (202) 434-5000
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
ddockery@wc.com
(**admitted pro hac vice*)

Kendall Hoechst, Esq.
Anne Rosenblum, Esq.
DINSE P.C.
209 Battery Street, PO Box 988
Burlington, VT 05402
T: (802) 864-5751
khoechst@dinse.com

rgh-vermont@RuleGarza.com

*Counsel for Evernorth Health, Inc. (formerly known as Express Scripts Holding Company), Express Scripts, Inc.,, Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Medco Health Solutions, Inc., Express Scripts Pharmacy, Inc., Accredo Health Group, Inc., Ascent Health Services LLC*

arosenblum@dinse.com

*Counsel for CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C., Zinc Health Ventures, LLC; Zinc Health Services, LLC; Caremark Arizona Specialty Pharmacy, L.L.C.; Caremark California Specialty Pharmacy, L.L.C.; Caremark Florida Specialty Pharmacy, L.L.C.; Caremark Illinois Specialty Pharmacy, L.L.C.; Caremark Kansas Specialty Pharmacy, L.L.C.; Caremark Massachusetts Specialty Pharmacy, L.L.C.; Caremark Michigan Specialty Pharmacy, L.L.C.; Caremark New Jersey Specialty Pharmacy, L.L.C.; Caremark North Carolina Specialty Pharmacy, L.L.C.; Caremark Tennessee Specialty Pharmacy, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Charles W. Brand*
Charles W. Brand